| | |
|---|---|
| **From:** | Pablo Fajardo Mendoza [pafabibi@gmail.com] |
| **Sent:** | Wednesday, January 02, 2008 2:08 PM |
| **To:** | ALEJANDRO PONCE; ANCHUNDIA ALEXANDRA; Juan Pablo Saenz; JULIO PRIETO; LUIS YANZA: STEVEN DONZIGER |
| **Subject:** | TASKS |
| **Attachments:** | NECESSARY TASKS TO BE COMPLETED IN THE YEAR 2008 [TAREAS NECESARIAS A DEARROLLAR [sic] EN EL AÑO 2008].doc |

Friends, colleagues and comrades of the legal team:

I've attached a document about some tasks and goals for 2008 that [we will be] discussing.

Please take a look at it, and if I've missed something, add it and let me know.

Hugs to all you guys, there is no longer a woman on the team…

Pablo Fajardo

[CERT.GEOTEXT]

**NECESSARY TASKS TO BE COMPLETED IN THE YEAR 2008**

Dear friends, colleagues or comrades of the legal team, we're beginning a new year, and with it, we should rethink and reorganize the necessary tasks that we should complete over the year 2008.

Below I offer for your consideration the following activities which we should complete over the 363 days we have left in this year.

**GENERAL OBJECTIVE**: Knock out the opponent, until destroying it. But before that happens, we have to cash the juicy checks…

**SPECIFIC OBJECTIVES**

1.  Not wait for them to attack us, instead always keep attacking. Keeping in mind what they can do.
2.  Show that they're corrupt, thieves and destroyers.
3.  Create more arguments planned to destroy them further.
4.  Stir up the cases: Supreme Court of Justice and Prosecutor's Office (we take advantage of the new Prosecutor). For example, we could file a complaint with the Prosecutor's Office reporting the fact that Texaco operated and extracted crude outside the concession area.
5.  Watch over the Havoc case.
6.  Coordinate with the President of the Republic for defense on the accusation of denial of justice.
7.  We expand and sell the case better at different levels of Ecuadorian and Latin American society.
8.  We watch over the process of naming new Superior Court Justices.

So, we will be alert and very watchful over all proceedings and activities related to the main case.

**JANUARY**

1.  Sustain the watch over the Court with the legal team and the social base (we should understand that there will be a new judge, and we need to show the new judge that have we've been strong,  from day one).
2.  Complete the answers to filings that we have pending.
3.  Intensify the attack on the enemy (all of us should think of more aggressive things to further destroy the political, economic and social image of the company and its defenders).
4.  Get the interpreter into position for the moral damages claim before the judge and follow the proper procedure.

DONZ00025654 Page 1 of 3

5. Complete all preparation work for the inspection we need to conduct in upcoming days. (Annexes: genocide, health, HBT-AGRA, fusion, violations of justice…among others)
6. Prepare the legal scenario for the defense of the expert report.
7. Follow up on the theft case at Expert Cabrera's office.

**FEBRUARY**

1. Begin drafting the final argument…
2. Attack the enemy to defend the expert report…
3. Sustain the moral damages claim
4. Conduct the Aguarico 02 well inspection

**MARCH**

1. Write the answer to the expert report
2. Continue drafting the [final] argument
3. Respond to the CV attacks
4. Coordinate with the Communications team on the scheduled announcement of the expert report results. This will allow us to place the report before the Public opinion in order to make it airtight against the campaign Texaco will launch.

**APRIL**

1. Complete the draft of the [final] argument
2. Complete the draft of the position statement regarding the expert report and submit it
3. Keep up with minor responses and heavy attacks
4. Mediation Hearing in the Moral damages claim

**MAY**

……………………
………………
…………..

JUNE

RESPONSES BY THE EXPERT TO THE QUESTIONING BY Texaco AND US

JULY

…………………..
……………….

[CERT.GEOTEXT]

AUGUST

File position statement on the expert's clarifications

**SEPTEMBER**

File [final] argument and request for resolution…

**DECEMBER**

Cash juicy checks


Well, we all know that there will be a ton of minor things we'll need to work on and that will, in fact, keep us busy the entire year.

What I want to make clear, comrades, are the most important points that we should carry out and the very strong front we must maintain. Our duty is to exert the maximum possible pressure, so that the judge or the Court, so that the case, does not become paralyzed. We need to press for CV to be given a lot of time to state our position on the expert report…in short, not give the enemy much time


Humbly,

Pablo Fajardo M

[CERT.GEOTEXT]


**GEOTEXT**
Translations, Inc.

STATE OF CALIFORNIA              )
ESTADO DE CALIFORNIA         )
                                              )
COUNTY OF SAN FRANCISCO  )
CONDADO DE SAN FRANCISCO  )        ss

### CERTIFICATION/
### CERTIFICACIÓN

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document.

Por la presente certifico que la traducción adjunta de español a inglés es, a mi leal saber y entender, traducción fiel y exacta del documento adjunto.

BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

Steve Walsh, West Coast Client Manager/Gerente de Relaciones con Clientes Costa Occidental
Geotext Translations, Inc.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me on this _7_ day of _December_, 20_10_, by ___Steve Walsh___, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

Estado de California, Condado de San Francisco

Suscrito y declarado bajo juramento (o afirmado) ante mí en este día _7_ de _diciembre_ del 20_10_, Por ___Steve Walsh___,

Habiendo acreditado en mi presencia, mediante prueba satisfactoria, que es la persona (personas) que compareció (comparecieron) ante mí.

Firma: _____[firma]_____

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel +1.212.631.7432 fax +1.212.631.7778
San Francisco  220 Montgomery Street Ste. 438, San Francisco CA 94104 U.S.A tel +1.415.576.9500 fax +1.415.520.0525
Washington  1025 Connecticut Avenue, Suite 1000, Washington, DC 20036, U.S.A. Tel +1.202.828.1267 Fax +1.202.828.1271
London  8-11 St. John's Lane, London EC1M 4BF, United Kingdom Tel +44.20.7553.4100 Fax+44.20.7990.9909
Paris  75 Boulevard Haussmann, F- 75008 Paris, France tel +33.1.42.68.51.47 fax +33.1.77.72.90.25
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  |  www.geotext.com

| | |
|---|---|
| **From:** | Pablo Fajardo Mendoza [pafabibi@gmail.com] |
| **Sent:** | Wednesday, January 02, 2008 2:08 PM |
| **To:** | ALEJANDRO PONCE; ANCHUNDIA ALEXANDRA; Juan Pablo Saenz; JULIO PRIETO; LUIS YANZA; STEVEN DONZIGER |
| **Subject:** | TAREAS |
| **Attachments:** | TAREAS NECESARIAS A DEARROLLAR EN EL AÑO 2008.doc |

Amigos, colegas y camaradas del equipo legal.

Adjunto un documento que lo iemos discutiendo sobre algunas tareas y metas del 2008.

Por favor denle un ojaso, si algo se me escapa, incrporen y haganmelo saber.

Un abrazo a todos ya no hay mujer en el equipo...


Pablo Fajardo

DONZ00025653 Page 1 of 1

## TAREAS NECESARIAS A DEARROLLAR EN EL AÑO 2008

Estimados amigos, colegas o camaradas del equipo legal, estaos iniciando un nuevo año, y con ello debemos repensar y reorganizar las tareas necesarias que debemos realizar en el transcurso del año 2008.

Pongo bajo vuestra consideración las siguientes actividades que debemos realizar a lo largo de los 363 días que nos restan de éste año.

**OBJEIVO GENERAL.-** Noquear al contrincante, hasta pulverizarlo. Pero antes que so ocurra debemos cobra los jugosos cheques...

**OBJETIVOS ESPECIFICOS.**

1. No esperar que ellos nos ataquen, sino nosotros continuar atacando siempre. Teniendo en cuenta lo que pueden hacer.
2. Demostrar que son unos corruptos, ladrones y destructores
3. crear más argumentos planificados para destruirlos más.
4. Remover los casos: Corte Suprema de Justicia y Fiscalía (aprovechamos el nuevo Fiscal). Se me ocurre por ejemplo poner un nuevo escrito ante la Fiscalía denunciando el hecho que Texaco operó y extrajo crudo fuera del área de la concesión.
5. Estar vigilantes del caso Havoc
6. Coordinar con al Presidencia de la República para la defensa sobre la acusación de la denegación de justicia.
7. Expandamos y vendemos mejor el caso en distintos niveles de la sociedad ecuatoriana y Latinoamericana.
8. Vigilamos el proceso de designación de nuevos Magistrados de las Cortes Superiores.

En fin estaremos pendientes y supervigilantes de todos los procesos y actividades vinculados con el caso principal.

**ENERO**

1. Sostener la vigilancia en la Corte con el equipo legal y la base social. (debemos entender que habrá nuevo juez, y necesitamos demostrarle al nuevo juez que somos fuerte, desde los primeros días).
2. Concluir con la respuesta los escritos que tenemos pendiente
3. Redoblar el ataque al enemigo. (debemos pensar todos en cosas más agresivas que destruyan más la imagen política, económica y social de la egresa y sus defensores)
4. Posesionar al intérprete para la demanda de daño moral ante el juez y darle el seguimiento adecuado al proceso.

5. Concluir con todos los preparativos para la inspección que debemos realizar en los próximos días. (anexos: genocidio, salud, HBT-AGRA, fusión, ofensas a la justicia… entre otros)
6. Preparar el escenario jurídico para la defensa del dictamen pericial
7. Dar seguimiento al caso del robo a la oficina del Perito Cabrera

**FEBRERO**

1. Iniciar la escritura del alegato final…
2. Atacar al enemigo para defender el dictamen pericial…
3. Sostener la demanda de daño moral
4. Realizar la inspección al pozo Aguarico 02

**MARZO**

1. Escribir la respuesta al dictamen pericial
2. Continuar con la escritura del alegato
3. responder a los ataques de CV
4. Coordinar con el equipo de Comunicación la difusión programada de los resultados del dictamen pericial. Esto nos permitirá posesionar el dictamen ante la opinión Pública para volverlo invulnerable por la campaña que Texaco emprenderá.

**ABRIL**

1. Concluir la escritura del alegato
2. Concluir la escritura del pronunciamiento al dictamen pericial y entregarlo
3. sostener los respuestas menores y ataques fuerte
4. Audiencia de Conciliación en la demanda de daño Moral

**MAYO**

……………..
………….
…………

JUNIO

RESPUESTAS DEL PERITO ANTE LOS CUESTIONAMIENTOS DE Texaco Y NOSOTROS

JULIO

………………
…………..

DONZ00025654 Page 2 of 3

AGOSTO

Presentar pronunciamiento a las aclaraciones del perito

**SEPTIEMBRE**

Presentar alegato y pedido de resolución…

**DICIEMBRE**

Cobrar jugosos cheques

Bueno todos sabemos que harán montón de cosas menores que debemos trabajar y que de hecho nos mantendrán muy ocupados todo el año.

Lo que quiero que esté claro compañeros son los puntos más importantes que debemos realizar y la línea muy fuerte que debemos mantener. Nuestro deber es presionar al máximo posible para que el juez o la Corte para que el caso no se paralice. Debemos presionar para que nos e conceda mucho tiempo a CV para pronunciarse sobre el dictamen pericial… en fin no darle mucho tiempo al enemigo

Humildemente

Pablo Fajardo M

DONZ00025654 Page 3 of 3