| | |
|---|---|
| From: | Steven Donziger [sdonziger@gmail.com] |
| Sent: | Tuesday, September 09, 2008 8:31 AM |
| To: | luis yanza |
| **Subject:** | important question/CONFIDENTIAL |

IN TOTAL CONFIDENCE

Friend,

We have a problem and I need advice. There are two possible investors in New York who can help us quite a bit with money now through upcoming years. I've talked to them periodically over the last months about the possibility and it seems they want to make a multi-million dollar investment. The exact amount is unknown, but more or less could be about 10 million. This could resolve many of our problems and strengthen us should the battle continue until we're really old. It could also help us with the Kohn issue and his slowness in paying, and could also strengthen the Front by providing more for it.

Both have read our contract (between the attorneys and the Front) and say that it's not very clear. To receive the injection of money, we (Kohn and I) are promising a percentage of the fees based on 25% of whatever is recovered in a settlement or a judgment. The two potential investors are bothered by the contract saying "between 10% and 25%" and they are concerned that the clients could object to the efforts made by the attorneys to recover the totality of the 25% (although the contract does also say that the attorneys have that right). Further, they're bothered by the fact that the name of Bonifaz appears. I've told them that given our relationship, we don't expect any problem of the sort, but they, understandably, cannot understand that. So, in order to receive the new money, we'd have to modify the contract to "remove" any confusion per their criteria.

The new old ones also have the same concern, but they are not pressuring us and appear more flexible.

My question is would it be possible to do a new contract? The idea that I propose is for us to write up a new, simpler contract, signed by the leadership plus Kohn and myself. Besides that, we could clarify among ourselves that the Front receive a percentage of the fees (like 10%) recovered to be directed to the Front to make anything they'd like, such as the foundation we had discussed.

These agreements would have to be kept completely quiet and in confidence because in the end, Chevron will pressure us (the Front and the attorneys together) to lower the fees quite a bit, and we have to be strong and united at that time. It would be best if Chevron did not know that the Front will receive money because Reis Veiga will go nuts and politically that could harm the image. But the other option (leave the issue confusing) could be even worse.

We'll have to do it rather quickly, within the upcoming weeks. If there is any long delay, both could lose interest or confidence. If we don't do it, we continue as we have been, with the same insecurities. Although that option isn't preferred, it would be doable.

I await your thoughts.


SRD

[CERT.GEOTEXT]

--
Steven Donziger
212-570-4499 (land)
212-409-8628 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
███████████████
███████████████

DONZ00030370 Page 2 of 2

[CERT.GEOTEXT]



**GEOTEXT**
Translations, Inc.

| | |
|---|---|
| STATE OF CALIFORNIA ) | |
| ESTADO DE CALIFORNIA ) | |
| ) | |
| COUNTY OF SAN FRANCISCO ) | |
| CONDADO DE SAN FRANCISCO ) | ss |

### CERTIFICATION/ CERTIFICACIÓN

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document.

Por la presente certifico que la traducción adjunta de español a inglés es, a mi leal saber y entender, traducción fiel y exacta del documento adjunto.

_____

Steve Walsh, West Coast Client Manager/Gerente de Relaciones con Clientes Costa Occidental
Geotext Translations, Inc.

[Notary Stamp: BRANDON CARNEY, COMM. # 1755114, NOTARY PUBLIC - CALIFORNIA, SAN FRANCISCO COUNTY, My Comm. Expires July 3, 2011]

| | |
|---|---|
| State of California, County of San Francisco | Estado de California, Condado de San Francisco |
| Subscribed and sworn to (or affirmed) before me on this _8_ day of _December_, 20 _10_ by ___Steve Walsh___, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me. Signature: _[signature]_ | Suscrito y declarado bajo juramento (o afirmado) ante mí en este dia _8_ de _diciembre_ del 20 _10_, Por ___Steve Walsh___, Habiendo acreditado en mi presencia, mediante prueba satisfactoria, que es la persona (personas) que compareció (comparecieron) ante mí. Firma: _[firma]_ |

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel +1.212.631.7432 fax +1.212.631.7778
San Francisco  220 Montgomery Street Ste. 438, San Francisco CA 94104 U.S.A tel +1.415.576.9500 fax +1.415.520.0525
Washington  1025 Connecticut Avenue, Suite 1000, Washington, DC 20036, U.S.A. Tel +1.202.828.1267 Fax +1.202.828.1271
London  8-11 St. John's Lane, London EC1M 4BF, United Kingdom Tel +44.20.7553.4100 Fax+44.20.7990.9909
Paris  75 Boulevard Haussmann, F- 75008 Paris, France tel +33.1.42.68.51.47 fax +33.1.77.72.90.25
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  |  www.geotext.com

| | |
|---|---|
| From: | Steven Donziger [sdonziger@gmail.com] |
| Sent: | Tuesday, September 09, 2008 8:31 AM |
| To: | luis yanza |
| Subject: | pregunta importante/CONFIANZA |

DE CONFIANZA TOTAL

Amigo,

Tenemos un problema y pido consejo. Hay dos posibles inversionistas en Nueva York que nos puedan ayudar mucho con plata ahora hasta los proximos anos. He estado de vez en cuando hablando con ellos por algunos meses sobre la posibilidad y parece que quieren hacer una inversion de varias millones de dolares. La cantidad exacta no se sabe pero mas o menos pueda ser como 10 millones. Eso nos puede resolver muchos problemas y fortalecernos por si acaso la lucha sigue hasta estamos verdaderamente viejos. Tambien nos puede ayudar con la cuestion de Kohn y su lentitud de pagar, y tambien se puede fortalecer el Frente con mas aporte.

Los dos han leido nuestro contrato (entre los abogados y el Frente) y dicen que no esta tan claro. Para recibir la inyeccion de plata, les estamos (Kohn y yo) prometiendo un porcentaje de los honorarios basado en 25% de lo que estara recuperado en un arreglo o en una sentencia. Los dos posibles inversionistas estan molestos que el contrato dice "entre 10% y 25%" y estan preocupados que los clientes puedan oponer un esfuerzo de los abogados de recuperar la totalidad de 25% (aunque tambien el contrato dice los abogados tienen eso derecho). Tambien, estan molestos que el nombre de Bonifaz aparece. Yo les he dicho que dado a nuestra relacion no esperamos ningun problema asi, pero ellos entendiblemente no puedan comprender eso. Entonces, para recibir la nueva plata tendriamos que modificar el contrato para "quitar" cualquiera confusion segun el criterio de ellos.

Tambien tienen la misma preocupacion los nuevos viejos, pero no nos esta presionando y aparecen mas flexibles.

La pregunta que tengo es seria posible hacer un nuevo contrato? La idea que propongo es escribimos un nuevo contrato mas sencillo firmado por los dirigentes mas Kohn y yo. Aparte, podemos hacer una clarificacion entre nosotros que el Frente reciba un porcentaje de los honorarios (como 10%) recuperados para estar dirigidos al Frente para hacer qualquiera cosa que quiera, como la fundacion que habiamos hablado.

Esos acuerdos tendrian que mantenerse totalmente callado y de confianza porque en el fin Chevron nos va a presionar (el Frente y el abogados conjunto) para bajar mucho los honorarios y tenemos que ser fuerte y unidos en eso momento. Mejor que no saben los de Chevron que el Frente recibira plata porque Reis Veiga lo va a hacerse loco y politicamente puede danar la imagen. Pero la otra opcion (dejar la cuestion como confusa) puede ser aun mas mal.

Lo tendriamos que hacer mas o menos rapido, dentro de las proximas semanas. Si hay una demorra larga los dos puedan perder interes o confianza. Si no lo hacemos, seguimos igual con las mismas inseguridades. Aunque esa opcion no es preferible, seria manejable.

Espero tus reflexiones.

SRD

```
--
Steven Donziger
212-570-4499 (land)
212-409-8628 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
```