| | |
|---|---|
| **From:** | Mike Bonfiglio |
| **To:** | berlinger@radicalmedia.com |
| **Sent:** | 6/28/2007 12:37:00 AM |
| **Subject:** | Re: update |

Just spoke with Steven -- all is well. We will reconnect before the week is out to confirm all logistics. I think it makes sense to have just 2 crews -- 1 with San Carlos group going to the march, the other with Steven, Pablo & Luis. We can get a moment with Maria Aguinda at the march, but she's not one of our continuing characters. Do you agree? Probably makes the most sense for Juan Diego to be with San Carlos contingent, as he has the stronger relationship with Maria and Silvia as well as Rosa.

On Jun 27, 2007, at 6:18 PM, Joe Berlinger wrote:

> I am shooting but mike please call steven asap
> Sent via BlackBerry from T-Mobile
>
> -----Original Message-----
> From: "Steven Donziger" <sdonziger@gmail.com>
>
> Date: Wed, 27 Jun 2007 18:19:41
> To:"Mike Bonfiglio" <bonfiglio@radicalmedia.com>
> Cc:"Joe Berlinger" <berlinger@radicalmedia.com>
> Subject: update
>
>
> We need to talk, but these are my quick thoughts:
>
> 1) Live Earth -- I just spoke to Quigley (who is in Quito), and he
> said his video is set for the live global feed for Live Earth... we
> need to figure out how to coordinate with what Joe is doing and what
> Trudie expects. I will send a longer email to you and Trudie about
> this later today. He says he plans to make Pablo a major part of his
> video. Martin Sheen is narrating. This might be just for the
> global feed, but ideally it would be shown in the stadium along with
> Joe's movie. Don't pass this on to Trudie until we talk please. We
> need to come up with a common plan, and I have no idea what Trudie has
> arranged with Kevin Wall.
>
> 2) In terms of Tuesday, I think it would be great to send a crew to
> Rumipamba to follow Maria Aguinda to the march... they are leaving
> real early as they are far from Lago, but this could make it
> interesting. I think a second crew should follow the San Carlos crowd
> to the march... focusing on the girl and her mother with cancer.
> Perhaps a third crew could be with us in Lago greeting people when
> they arrive. Obviously this is a lot, but this is going to be a
> kick-ass day.
>
> 3) The other thing that would be good to capture is our private
> "army" which has been very effective. Yesterday they followed a
> Texaco lawyer into the judge's chambers and had a confrontation. This
> is a critical part of our strategy that is allowing the case to go
> forward ... I think u should capture this.
>
> My U.S. cell now works in Ecuador, so you can call me on that.
>
> Abrazos, SRD
>
>
>
>

JB-NonWaiver00061808

```
> On 6/27/07, Mike Bonfiglio <bonfiglio@radicalmedia.com> wrote:
>> Hey Steven,
>> We are mobilizing 2 crews to cover this (Pocho and Juan Diego). When
>> are you traveling to the Oriente? Who should we coordinate air tix/
>> hotels with to make sure our guys travel with you? We may send Juan
>> Diego early to cover a scene in San Carlos (Rosa treating the little
>> kids with skin ailments at the clinic) on Monday am. We also may have
>> 1 of our crews travel with a community to the march and have the
>> other with you guys greeting the arrivals. Do you know if there is a
>> contingent from either San Carlos or Dureno going to the march?
>> Also, are you and Pablo traveling to New York together? We'd like to
>> shoot your departure.
>> Any input would be greatly appreciated.
>> thanks a million!
>>
>> On Jun 26, 2007, at 7:44 PM, Steven Donziger wrote:
>>
>>> I think u guys should think about shooting Monday and Tuesday. On
>>> Monday, Richard the new expert is going to take sampling for the
>>> first
>>> time in Lago, and a ton of people will be there to protect him from
>>> the Chevron lawyers... then you could film us getting ready for the
>>> big march.
>>>
>>> the march will be the biggest in the history of the Frente... it
>>> will
>>> be a perfect bookend to the huge march on Oct 21, 2003, the first
>>> day
>>> of the trial...
>>>
>>> u can capture the main characters (me, Pablo, Luis) early in the
>>> morning tuesday greetign the communities as they travel to lago from
>>> the hinterlands...
>>>
>>> u need to see this a major scene... this is going to be huge.
>>>
>>> don't mail it in, dudes!!
>>>
>>> --
>>> Steven Donziger
>>> 212-570-4499 (land)
>>> 212-570-9944 (fax)
>>> Redacted
>>>
>>> Steven R. Donziger
>>> Redacted
>>
>>
>
>
> --
> Steven Donziger
> 212-570-4499 (land)
> 212-570-9944 (fax)
> Redacted
>
> Steven R. Donziger
> Redacted
```