```
BEG_CTRL_NUM     : DONZ00106774
END_CTRL_NUM     : DONZ00106774
DATESENT         = 09/05/2006
TIMESENT         = 11:24:46
RECEIVEDDATE     = 09/05/2006
TIMERECEIVED     = 11:24:46
FILENAME         : Re: one other thing.msg
SUBJECT          : Re: one other thing
TEXT             : From:  Steven Donziger <sdonziger@gmail.com>
                   Sent:  Tuesday, September 5, 2006 11:25 AM
                   To:  aaron <aaron@ampdmf.org>
                   Subject:  Re: one other thing
```

Man, I wish I could travel like you guys.  I am around today if you want to talk.  I am traveling to Quito tomorrow (Wed).  Best, SRD

On 9/5/06, aaron <aaron@ampdmf.org> wrote:

> I have it and will send it along shortly. I think getting them to rescind would be great, more for our case but for theirs too. The problem is how to do it, since we can't necssarily just submit something and expect a ruling. Maybe Pablo can have one of his backroom conversations -- it's worth just asking them how they would go about it.

> Things were wild getting into and out of NY with the storm and losing electricity at D's parents' place -- we barely made it, and I am in London now. I'm staying at a friends house for a few days with (finally) a reliable internet connection, so I think I can be available some this week if you would like. I guess you are travelling to Ecuador today (Tuesday)? I will try to call or otherwise expect to get in touch tomorrow and later this week. Next week, just so you know, I will be moving to a house with a much less reliable internet connection but I should still have some time to work on this and that.

> Best
> Aaron

> Steven Donziger writes:

> Do you have a copy of that decision by the Lago judge from 2001 that the
> 1999 law is not retroactive?  Do you think it would be worth it to get
> them
> to reverse that formally to undermine Chevron's position before Judge
> Sand?
> Thanks, SRD
>
> --
> Steven Donziger
> 212-570-4499 (land)
> 212-570-9944 (fax)
> 917-566-2526 (cell)
>
> Steven R. Donziger
> Law Offices of Steven R. Donziger, P.C.
> 111 E. 79th St. #5
> New York, New York 10021
> Email: sdonziger@gmail.com

```
--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
▇▇▇▇▇▇
New York, New York 10021
Email: sdonziger@gmail.com
```

| | | |
|---|---|---|
| FROM | : | Steven Donziger <sdonziger@gmail.com> |
| RECIPIENT | : | aaron <aaron@ampdmf.org> |
| CUSTODIAN | : | Donziger, Steven |
| SOURCE | : | Sent.pst |
| PAGES | = | 0 |
| DOCTYPE | : | E-MAIL |
| BOX_NO | = | 0 |
| ITEM_NO | = | 21491 |
| UPDATEDATE | = | 01/17/2011 |
| PRIV_DOC_NO | = | 0 |
| NATIVELINK | : | M:\Production\Gibson\Chevron\CONCORDANCE_DONZIGER_COMPEL\DON031\NATIVES\022\DONZ00106774.msg |