# **Strategic Plan**
## **(2/20/06)**

### *Documents*:

Short sheet, settling experts
Short sheet, judge

SRD: Meet with judge, meet with court

### *Communications*:

Press Releases
Callejas leave/FCPA
Texaco corruption/Remediation and Guanta
San Carlos
Update of trial results
Mobilization

General
Press Conferences with allies/CONAIE, Ponce
NGO full time
Diplomatic program
Ben: find old San Carlos doctor

Documents
Analysis of Why Texaco Losing
Press Kit (Rico) ("Si se puede")
List of people (Carmen)

Appointments:
Vargos Pazos/Chavez
Illingworth/Ambassador
Tandazo/Correa/local legislators

### *Legal*:

Judge:
We accuse of falling into Texaco's corruption
We request his removal

Settling Experts
Request doing away with settling experts—unnecessary concept;
Request for just 1, new ones who will accept payments

Inspections

We already waived all but 3-5
We propose a Global Assessment

Guanta
Request for punishment, more investigation

Callejas
Deceiving the judge, it is a crime: send to Prosecutor General's Office

Other
Reis Veiga witness
Criminal case
Civil case Attorney General
Investigation

Legal Procedural:
Strengthen attorneys
Lobby court
Lobby settling experts

Annexes:
Merger/Health/Sampling
History/Science/Remediation

Other:
Always links each motion to theory of the case

Pablo
Still wants to negotiate a new schedule
Does not understand the theory of the case
Can't see the forest for the trees
We waived inspections
Does not understand the lack of money
Does not take advice from Alejandro and me


***Personnel***.
NGO organizer
2-3 lawyers:
    Young one for the office
    Experienced one for lobbying

Measures:

APV/SRD meet with judge
APV/SRD meet with settling experts
Alberto speak to judge, comes to San Carlos


### *San Carlos plan:*

FCPA
Photos: Perez Pallares, Callejas, Reis Veiga
Day before, request RV as witness
    Julio—resp for fraud
    Give Maest/Powers doc during inspection
Theory of the case
    Tort - 100% Tex, even if PE
    Tie to Sacha Central/river (Powers)
Witnesses/technicians
    Powers/Maest - tie to River
Witnesses/Health
    Child with cancer; woman with cancer; old doctor
    American doctor/toxicologist
    Cromoso[m]e damage test
Means: pit tour in the morning, see sick people
Observers
    International monitoring
    National observers: anticorruption commission
    Technical observers: Gustavo and Fernando

### **Donziger Docs**

Ann/Bill document
Why Tex Losing Case
San Carlos Media

Lupita: chronicle articles, appts
Ben: Vargos Pazzos house, SRD receipts, Chevron bush photo
Fausto: remediation report; settling expert report; gf appt
Julio: List of laws, with one liners; meeting with comptroller's office; Callejas bar complaint;
Julio press materials: case summary for judge; fraud press release
Luis: Bonifaz ltr, appts, Manuel pay shift, go over money
SRD: Guerra, Yanez

# MERRILL CORPORATION
Merrill Communications LLC



225 Varick Street
New York, NY 10014 • (212) 620-5600

State of New York )
Estado de Nueva York

) ss:
) a saber:

County of New York )
Condado de Nueva York

### Certificate of Accuracy
### Certificado de Exactitud

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation from Spanish into English of the attached document.

Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y completa del idioma español al idioma inglés del documento adjunto.

Dated: February 2, 2011
Fecha: 2 de febrero de 2011

_____

Violeta Lejtman
Team Lead – Legal Translations
Merrill Brink International/Merrill Corporation
_____[firmado]_____
Violeta Lejtman
Líder del equipo – Traducciones Legales
Merrill Brink International/Merrill Corporation

Sworn to and signed before
Jurado y firmado ante
Me, this ____2nd_____day of
mí, a los _____2_____ días del
_____February_____ 2011
mes de ____febrero____ de 2011

_____
Notary Public
Notario Público

[firmado]
GINA ST LAURENT           [sello]
Notary Public, State of New York
No. 01ST6146442
Qualified in New York County
Commission Expires May 15, 2014

<u>**Strategic Plan**</u>
<u>**(2/20/06)**</u>

<u>***Documentos:***</u>

Short sheet, Peritos dirimentes
Short sheet, judge

SRD: Meet with judge, meet with court


<u>***Communications:***</u>

<u>Boletines</u>
Callejas leave/FCPA
Texaco corruption/Remediation and Guanta
San Carlos
Update of trial results
Mobilization

<u>General</u>
Press Conferneces with allies/CONAIE, Ponce
ONG tiempo complete
Programa Diplomatica
Ben: find old San Carlos doctor

<u>Documents</u>
Analysis of Why Texaco Losing
Press Kit (Rico) ("Si se puede")
Lista de personas (Carmen)

<u>Citas</u>:
Vargos Pazos/Chavez
Illingworth/Embajadora
Tandazo/Correa/local legislators

<u>***Legal***</u>:

<u>Juez:</u>

Acusamos de caer en corrupcion de Texaco
Pedimos su salida

<u>Peritos Dirimentes</u>
Pide retiro de peritos dirimentes como concepto innecesario;
Pide solo 1, nuevos quienes aceptaran pagos

Inspecciones
Desistimos todos menos 3-5 ya
Proponemos Peritaje Global

Guanta
Pedimos castigo, mas investigacion

Callejas
Engano al juez, es delito – send to fiscalia

Otra
Reis Veiga testigo
Caso penal
Caso civil procurador
Investigacion

Legal Procesal:
Fortalecimiento de abogados
Cabildeo de corte
Cabildeo de dirimentes

Anexos:
Fusion/Health/Sampling
History/Science/Remediation

Otra:
Siempre vincula cada escrito a teoria del caso

Pablo
Todavia quiere negociar nuevo calendario
No entiende teoria del caso
Metido en arboles, no vea el bosque
Desistimos inspecciones
No entiende la falta de plata
No escuche consejo do yo y alejandro


*Personnel*:
ONG organizador
2-3 abogados:
    Joven para oficina
    Viejo para cabildear

Medidas:

APV/SRD meet with judge
APV/SRD meet with peritos dirimentes
Alberto hable con el juez, viene a San Carlos

### *Plan San Carlos*:

FCPA
Photos: Perez Pallares, Callejas, Reis Veiga
Dia antes, pida RV como testigo
    Julio—resp para el fraude
    Give Maest/Powers doc during inspection
Teoria del caso
    Tort – 100% Tex, even if PE
    Tie to Sacha Central/river (Powers)
Testigos/Tecnico
    Powers/Maest – tie to River
Testigos/Salud
    Nino con cancer; mujer con cancer; Viejo medico
    Medico/toxicologico Estadounidense
    Cromosone damage test
Medios: gira para piscinas en la manana, ver gente enferma
Observadores
    Monitoreo Internacional
    Veeduria nacional – commission anti-corrupcion
    Veeduria tecnica – Gustavo y Fernando

### Donziger Docs

Ann/Bill document
Why Tex Losing Case
San Carlos Medios

Lupita: chronicle articles, appts
Ben: Vargos Pazzos house, SRD receipts, Chevron bush photo
Fausto: remediation report; perito dirimente report; gf appt
Julio: List of laws, with one liners; meeting with contraloria; Callejas bar complaint;
Julio press materials: case summary for judge; fraud press release
Luis: Bonifaz ltr, appts, Manuel pay shift, go over money
SRD: Guerra, Yanez