74JEREPC

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  THE REPUBLIC OF ECUADOR and
   PETROECUADOR,
4
                   Plaintiffs,
5
           v.                              04 CV 8378(LBS)
6
   CHEVRONTEXACO CORPORATION and
7  TEXACO PETROLEUM COMPANY,

8                  Defendants.

9  ------------------------------x

10                                  April 19, 2007

11

12  Before:

13               HON. LEONARD B. SAND,

14                              District Judge

15                  APPEARANCES

16  WINSTON & STRAWN, LLP
        Attorneys for Plaintiffs
17  BY: ERIC BLOOM
        RAUL HERRERA
18
   JONES DAY
19      Attorneys for Defendants
   BY: LOUIS K. FISHER
20

21

22

23

24

25

74JEREPC

1        (In open court)

2        THE COURT:  Good afternoon.  Just one moment, please.

3        Just state your name and who you represent so that the

4 court reporter can make a note.

5        MR. FISHER:  This is Louis Fisher from Jones Day

6 representing Chevron and Texaco Petroleum Company.

7        MR. BLOOM:  And this is Eric Bloom from Winston &

8 Strawn on behalf of the plaintiffs.  And with us, your Honor,

9 also on the call is my partner, Raul Herrera.

10       MR. HERRERA:  Raul Herrera with Winston & Strawn, your

11 Honor.

12       THE COURT:  All right.  I have received a notice of

13 motion to supplement the summary judgment record.  I've

14 received letters from Jones Day dated April 6, 9th and 17th and

15 a letter from Winston & Strawn dated April 13th.

16       Insofar as there is a motion to supplement the summary

17 judgment record, am I correct that that is unopposed?  Please

18 state your name.

19       MR. BLOOM:  This is Eric Bloom.

20       Your understanding is correct.  We did, however,

21 follow response, simply responding to the defendant's statement

22 as to the relevance or alleged relevance of the documents, but

23 we do not oppose the supplementation of the record.

24       THE COURT:  All right.  I've endorsed the motion

25 papers.  Motion granted without opposition.

74JEREPC

```
 1              Before we turn to the discovery questions, let me ask
 2      this:   The last time I inquired of counsel as to the status of
 3      the litigation in Ecuador, I was told that a representative of
 4      the Court was inspecting sites and that was -- and they were
 5      awaiting a report from him.   The documents which are just added
 6      to the record include a statement as to the status of the case,
 7      which would seem to indicate that it was farther advanced.   Can
 8      anybody enlighten me as to that?   He said -- it says on the
 9      fifth paragraph of the press release that the Chief Justice had
10      appointed expert Richard Cabrera to quantify the overall damage
11      within 120 days in order to establish the cost of remediation
12      finally, reaching the final stages of the case, he said.
13              What does that mean in terms of the status of the
14      litigation by the Lago Agrio plaintiffs in Ecuador?
15              MR. BLOOM:   This is Eric Bloom.   I made inquiry, your
16      Honor, in preparation for the call.   As I understand it, and
17      consistent with what you just read, that case has now entered
18      what we refer to as the damages phase, where what they are
19      looking at is what kinds of remediation might be possible, and,
20      I mean, what the costs of such remediation would be.
21              THE COURT:   And they do that prior to a determination
22      as to liability?
23              MR. BLOOM:   That's correct.
24              MR. FISHER:   Your Honor, this is Louis Fisher from
25      Jones Day.   My understanding is that they have begun that phase
```

74JEREPC

1    with this new expert not only prior to the termination of

2    liability but prior to the completion of the site inspections

3    that have been going on for some time now, and that those two

4    things are going to proceed on a dual track.   Chevron is

5    contesting a number of actions that the Court has recently

6    taken to, in our view, rush this case along.

7            One thing that's happened is at the beginning of the

8    proceedings the judge in Lago Agrio asked both sides to

9    identify a list of sites that they wanted to have these

10   inspections at.   Both sides did that.   The Lago Agrio

11   plaintiffs listed many more sites than the defendants.   And

12   apparently, recently the Lago Agrio plaintiffs have not been

13   happy with the course of the inspections that they themselves

14   had requested, so they asked to not have the inspection, the

15   inspections that they had requested at many of these sites.

16   And that was the first thing that the judge did, was he granted

17   that request to allow him to reduce the number of inspections.

18   But there are still several inspections remaining to go.

19           And the second thing the judge did, which, again, in

20   our view is irregular and we're contesting it, is to appoint

21   this expert mentioned in the press release before the remaining

22   inspections have been completed.

23           THE COURT:   And those remaining inspections are being

24   done by somebody else, is that right?

25           MR. FISHER:   That's my understanding, your Honor.

74JEREPC

 1          THE COURT:  All right.  So all of this is prior to any

 2    argument or ruling on the legal issues in the case, is that

 3    correct?

 4          MR. FISHER:  Well, this is Louis Fisher again.  Well,

 5    it's certainly prior to any ruling.  I think it's fair to say

 6    that there was some preliminary arguments on the legal issues

 7    that were made, but the judge, you know, deferred to a later

 8    time certainly the decision.  And I would think that there

 9    would be further argument on that down the road.

10          MR. BLOOM:  But as I understand it, your Honor, I

11    think your Honor's understanding is correct.  There is no

12    determination one way or the other on liability.  I believe the

13    typical way that it's done down there is you get an entire

14    ruling all at once so liability and damages, for example, are

15    not bifurcated, as these sometimes are up here.

16          THE COURT:  That was Mr. Bloom who just spoke?

17          MR. BLOOM:  Yes.

18          THE COURT:  All right.  The reporter is looking very

19    unhappy because it's hard on the speaker phone to identify the

20    speakers.

21          All right.  Now, let's turn to Chevron's request to

22    reopen discovery in light of the supplementation of the record,

23    and that is vigorously opposed by Ecuador.  There are two

24    phases to that.  One is document discovery, and my

25    understanding is Ecuador objects on two grounds.  One is that

74JEREPC

1    discovery is over and that these matters were the subject of a

2    discovery request and responses.  And as to the documents,

3    there is, again, a statement as to the discovery -- the efforts

4    made to locate documents.  And no such documents are in the

5    possession or control of Ecuador.

6              I have this question that I'd like to address to

7    counsel for Chevron.  My understanding is that the present

8    administration in Ecuador has been in place for approximately

9    eight weeks, but if support by the government of Ecuador is a

10   violation of the contract between Ecuador and Chevron, why

11   isn't that now established by the documents which have just

12   been made part of the record?  Ecuador can hardly state we are

13   not supporting the Lago Agrio plaintiffs when it issues a press

14   statement to the contrary.  Why isn't -- and it's now an

15   established fact.

16             MR. FISHER:  Your Honor, this is Louis Fisher for

17   Chevron.  Preliminarily, if I may, I wasn't sure if your Honor

18   had referenced earlier on, we had set sort of a reply letter

19   dated April 17th that we sent by Fed Ex.  I wasn't sure if you

20   got that or not.  I just wanted to let you know that we had

21   sent it.

22             To answer your question, we believe that it is

23   sufficiently established.  We'd like the additional discovery

24   just in case your Honor ultimately thinks we need to establish

25   a little more than that.  So that's really the short answer.

74JEREPC

1    We believe that if we get additional discovery or find out what
2    documents have been destroyed, we could establish even more
3    than this establishes.  We don't think that's necessary, but
4    until your Honor rules, we don't necessarily have that comfort.
5             THE COURT:  Well, I don't think that that's a reason
6    to conduct discovery.  If I should conclude that it's relevant
7    but has not been sufficiently established, then obviously I
8    would advise.  But it seems to me now that there is enough work
9    to be done in connection with this case, rather than to engage
10   in further discovery when the ultimate fact -- that is, that
11   there is at present a supportive relationship between the
12   government of Ecuador and the plaintiff -- Lago Agrio
13   plaintiffs -- does Ecuador now dispute that that relationship
14   exists?
15             Incidentally, I know Chevron is enamored with the word
16   collusion.  They never meet and they never talk and they never
17   write; they collude.  And, you know, I think maybe they --
18   that's overworked, but that's, as is -- is there any issue as
19   to whether the Republic of Ecuador is now supporting the claim
20   of the Lago Agrio plaintiffs?  Is that a disputed issue?
21             MR. BLOOM:  This is Eric Bloom on behalf of the
22   plaintiffs.  I think all that we do not dispute is that certain
23   statements of support were made.  The question that I have is,
24   but what is support?  Leaders around the world, and certainly
25   in this country, make statements all the time.  The

74JEREPC

1   appropriateness of those statements may well be debated, but

2   it's I think a leap that a statement of support constitutes a

3   breach of the 1995 settlement agreement which doesn't prohibit

4   any party from making any statements at any time.

5           THE COURT:  All right.  Obviously whether there's a

6   breach or not is a legal issue which is not going to be

7   resolved by discovery.

8           What is it that Chevron thinks could be established by

9   further discovery?

10          MR. FISHER:  Well, your Honor, I think to begin with

11  we'd establish, to the extent it's not already been established

12  already, that this is far more than Mr. Bloom would like to

13  portray it, as a mere unthinking and renegade statement by a

14  new and wet behind the ears president.  I think that this is

15  certainly consistent with what we've seen in the past from

16  e-mails that incidentally were deleted by Ms. Escobar, the

17  Deputy Attorney General.  It's consistent with what we've seen

18  from the former Attorney General in writing to our own Attorney

19  General in the United States seeking his investigation of my

20  client.

21          And, you know, there's really no telling what else has

22  been deleted, because Ms. Escobar admitted that she regularly

23  deleted documents, notwithstanding the fact that we had a

24  pending --

25          THE COURT:  All right.  I've reread all that about the

74JEREPC

1   prior discovery and the claims of the legion and so on.  It

2   seems to me that you should leave well enough alone.  You now

3   have the ultimate statement by the president that they are

4   supporting, and I think he has some -- he goes beyond that and

5   says --

6           MR. FISHER:  He says the support is going to include

7   helping them gather evidence.

8           THE COURT:  So they are.  I see nothing to be gained

9   by further discovery, and the application to reopen discovery

10  is denied.

11          Thank you, gentlemen.

12          MR. FISHER:  Thank you, your Honor.

13          MR. BLOOM:  Thank you, your Honor.

14          (Adjourned)

15

16

17

18

19

20

21

22

23

24

25