| | |
|---|---|
| **From:** | Raul.Herrera@aporter.com |
| **Sent:** | Wednesday, October 31, 2007 6:26 PM |
| **To:** | Steven Donziger |
| **Subject:** | Re: WSJ idea |

Of course! U da man!

```
----- Original Message -----
From: "Steven Donziger" [sdonziger@gmail.com]
Sent: 10/31/2007 06:23 PM AST
To: rherrera25<rherrera25@cox.net" <rherrera25@cox.net>
Cc: sdonziger@yahoo.com; Raul Herrera
Subject: Re: WSJ idea
```

can i edit it?

On 10/31/07, rherrera25@cox.net <rherrera25@cox.net> wrote:

   Thrust of the response from the Amb of Ec on behalf of the Gov't should be (but leave it to you to put pen to paper):

   The Gov't of Ecuador is disappointed in the light-hearted manner the WSJ addressed an issue of such magnitude which was the subject of a 30-month federal district court litigation in yesterday's article entitled XXX" dealing with ChevronTexaco's environmental disaster in the Oriente region of Ecuador.  In the matter of Ecuador & PetroEcuador v ChevronTexaco and Texaco Petroleum (citation), senior Federal Judge Leonard B Sand ruled that the Government of Ecuador and its state-owned oil company, PetroEcuador, were not obligated to indemnify CXT for the liability that may result from the lawsuit underway in Ecuadorian courts.  The federal court matter has been appealed to the Court of Appeals by CXT.  In the Ecuadorian matter, _____ (citation), over xx indigenous communities and 30,000 people have sued CXT in local courts for almost US$10,000,000 for environmental damage to …. in which allegedly 18 billion zzz were spilled over the 28 year history of CXT's oil exploration in Ecuador.  We are confident of the fair and equitable treatment that CXT will receive under the Ecuadorian judicial system.  It is worth noting that from 1992 when CXT was initially sued (and the year it left Ecuador) until 2004, CXT petitioned a federal district court to transfer the matter to Ecuador, and in 2004 the case was filed in the local courts of Ecuador.  The WSJ owes the Government and citizens of Ecuador an apology for the irresponsible journalism reflected in yesterday's article.

--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)

917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
████████████████
New York, New York 10025
Email: sdonziger@gmail.com

DONZ00021209 Page 2 of 2