| | |
|---|---|
| **From:** | Raul.Herrera@aporter.com |
| **Sent:** | Wednesday, October 31, 2007 7:18 PM |
| **To:** | Steven Donziger |
| **Subject:** | Re: try this |

I like it. Thks,

----- Original Message -----
From: "Steven Donziger" [sdonziger@gmail.com]
Sent: 10/31/2007 06:52 PM AST
To: Raul Herrera
Subject: try this

Dear Editor,

The column by Bret Stephens about Chevron's responsibility for contamination in Ecuador's Amazon missed a critical fact: Chevron already has lost at trial in a major U.S. federal court case where it attempted to pin responsibility for damage it caused in Ecuador on our government and state oil company, PetroEcuador.  Chevron brought this U.S. case in 2004 and worked on it for close to 30 months.  Last ___, Senior Federal Judge Leonard B. Sand, after hearing days of expert testimony, ruled against Chevron by determining  that Ecuador was not responsible for any liability that might result from the lawsuit brought by thousands of rainforest residents over Chevron's allegedly sub-standard environmental practices.  While the U.S. case is on appeal, the trial in Ecuador is ongoing.  Thus far, Chevron has generated more than 100,000 pages of evidence and tens of thousands of chemical sampling results.  Chevron has been afforded ample due process over legal issues relating to its operations in Ecuador, both in Ecuador and the U.S.  The company should respect the law and let the Ecuador trial reach a final conclusion so responsibility for the environmental damages can be determined.

Eduardo Gallegos


--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com