| | |
|---|---|
| From: | Raul.Herrera@aporter.com |
| Sent: | Thursday, November 01, 2007 2:50 PM |
| To: | Steven Donziger |
| Subject: | Fw: carta |
| Attachments: | CARTA EDITOR WALL STREET JOURNAL.doc |

Raúl R. Herrera
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Raul.Herrera@aporter.com
Direct: (202) 942-6601
Fax: (202) 942-5999
www.arnoldporter.com


RAUL:
TE MANDO LA CARTA.
ABRAZOS,
L.G.

 (See attached file: CARTA EDITOR WALL STREET JOURNAL.doc)

------------------------------------------------------------------------
This communication may contain information that is legally privileged, confidential or exempt from disclosure.  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited.  Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
------------------------------------------------------------------------

| | |
|---|---|
| Raul Herrera | Raul.Herrera@aporter.com |
| Arnold & Porter LLP | Telephone:   202-942-6601 |
| 555 Twelfth Street, NW | Fax:         202-942-5999 |
| Washington, DC  20004-1206 | |

For more information about Arnold & Porter LLP, click here:
          http://www.arnoldporter.com



# EMBAJADA DEL ECUADOR

Washington, November 1st  2007

Dear Editor:

The Wall Street Journal piece by Brett Stephens ("Amazonian Swindle", October 30 2007) regarding Chevron Corporation's responsibility for contamination in Ecuador's Amazon, misses a crucial fact: Chevron has already lost a major U.S. federal court case where it attempted to pin responsibility for damages it has caused in Ecuador on the state oil company, PETROECUADOR.  To attribute the legal dispute to a simple case of greed fails to take into account the thousands of Ecuadoreans who will suffer health related problems resulting from Chevron's neglect for generations to come.

Last June, Senior Federal Judge Leonard B. Sand issued a summary judgment against Chevron.  He determined that neither Ecuador nor PETROECUADOR were responsible for any liability that might result from the lawsuit brought by thousands of rainforest residents over Chevron's sub-standard environmental practices during the course of its operations in Ecuador.  Similarly, Chevron is currently involved in a legal battle in the Ecuadorean courts.

Chevron has been afforded ample due process over legal issues relating to its operations not only in the U.S., but in Ecuador as well.  Any statement suggesting otherwise is irresponsible and misleading.  The oil company should respect the law and let the Ecuador trial reach a final conclusion so that responsibility for the environmental damages can be determined.  The people of Ecuador deserve no less.

Dr. Luis Gallegos
Ambassador of the Republic of Ecuador to the United States of America
                                                                            Washington, D.C.