| | |
|---|---|
| **From:** | Doug Beltman |
| **Sent:** | Wednesday, September 30, 2009 5:00 PM |
| **To:** | 'Steven Donziger' <sdonziger@donzigerandassociates.com> |
| **Subject:** | RE: can u be available tomorrow afternoon for a phone call? |

Yes, I'm available. Doug.

**Douglas Beltman**
*Executive Vice President*
_____

**STRATUS CONSULTING**
1881 Ninth Street, Suite 201
Boulder, Colorado 80302

Mail:   PO Box 4059, Boulder, CO 80306-4059

   303.381.8000
f  303.381.8200

www.stratusconsulting.com
view our current employment opportunities

This electronic message, and any attachments hereto, is the property of the sender and may contain information that is confidential or proprietary to sender. It is intended for the exclusive use of the recipient or recipients named above. If you are not an intended recipient of the message, please be advised that you are not authorized to disclose, copy or distribute the message or any information in the message. Although this e-mail, and any attachments, is believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. The sender accepts no responsibility for any loss or damage arising in any way from its use.

**From:** Steven Donziger [mailto:sdonziger@donzigerandassociates.com]
**Sent:** Wednesday, September 30, 2009 5:38 PM
**To:** Doug Beltman
**Subject:** can u be available tomorrow afternoon for a phone call?

Big legal meeting in DC.  Want to discuss scientific evidence w Winston lawyers.  Might need to call around 2 or 3 EST for questions.  Possible?

SRD
--
Steven Donziger
212-570-4499 (land)
212-409-8628 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
███████████████

New York, New York 10025
Email: sdonziger@gmail.com

STRATUS-NATIVE050326