| | |
|---|---|
| From: | Steven Donziger [sdonziger@gmail.com] |
| Sent" | Monday, June 22, 2009 4:16 AM |
| To: | Juan Pablo Sáenz |
| Cc: | Pablo Fajardo 2; julprieto; Luis Yanza; renatog85; mey_1802 |
| Subject: | Re: WORRISOME |

You have to go to Correa to put an end to this shit once and for all

2009/6/22 Juan Pablo Sáenz <juanpasaenz@hotmail.com>

Of course you have to go to the source, but it's essential that there be a public record of our position on the matter.

Juan Pablo Sáenz M.

Ofc: 593(2)2273533
Cell: 593(9)6043779

-----

www.texacotoxico.org

---

Date: Sun, 21 Jun 2009 21:47:29 – 0500
Subject: Re: WORRISOME

From: pafabib@gmail.com
To: juanpasaenz@hotmail.com
CC: julprieto@hotmail.com; toxico@ecuanex.net.ec; renatog85@hotmail.com; sdonziger@gmail.com; mey_1802@hotmail.com

I think that more than to the Universe [*El Universo*], you have to go to the earth. To the [Ministry of the Environment] or at least to Mr. Mosquera, who's coordinating the PRAS. The goal needs to be to compel changes, and we need to achieve it.

Bb

On June 21, 2009 17:55, Juan Pablo Sáenz <juanpasaenz@hotmail.com> wrote:

And for the time being, send a letter to the Universe [*El Universo*] publicly stating that the Ministry is making a grave mistake that affects the environment and the residents of the Amazon region. That figure is ridiculous for a comprehensive remediation.

Juan Pablo Sáenz M.



Ofc: 593(2)2273533
Cell: 593(9)6043779

---

www.texacotoxico.org

---

Date: Sun, June 21, 2009 13:29:45 – 0500
Subject: WORRISOME
From: pafabibi@gmail.com
To: juanpasaenz@hotmail.com; julprieto@hotmail.com; toxico@ecuanex.net.ec; renatog85@hotmail.com; sdonziger@gmail.com; mey_1802@hotmail.com

Friends, today in the daily newspaper the Universe [*El Universo*] a short article was published entitled STATE ASSUMES ENVIRONMENTAL CLEAN UP. It's on page 8.

What's worrisome about it is that according to the note, the state would spend $96 million to remediate the environmental waste, including that left by Chevron…

That's bad for two basic reasons:

  a. The financial cost is extremely low
  b. The remediation they do isn't good. What's going to happen is that they're going to veneer more or less what Texaco did.
  c. The article is perfect for Texaco to say that the State finally assumed its duty and is going to clean up what it ought to.

I think the issue is very unfavorable for us.

I suggest you try to get an appointment with the Minister of the Environment and try to compel the following:

  1. That the remediation be aimed at Campo Libertador, which is the field that needs it most.
  2. Also get her to commit to conducting the remediation with stricter standards and in a broader area of action.
  3. Point out what happened with PEPDA—show her that that was a disaster.
  4. Get her to form an investigative commission, IN DEPTH samplings, at the pits that PEPDA remediated, to demonstrate that that job was done badly and that the [Ministry of the Environment] can't make the same mistake.

In short, if we don't act, Chevron will take advantage of this and really screw us.

This is my humble opinion.

Bebe

---
Microsoft brings you a new way to search the web. Try Bing™ now

---
Lauren found her dream laptop. Find the PC that's right for you.

--
Steven Donziger
212-570-4499 (land)
212-409-8628 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
█████████
New York, New York 10025
Email: sdonziger@gmail.com

**From:** Steven Donziger [sdonziger@gmail.com]
**Sent:** Monday, June 22, 2009 4:16 AM
**To:** Juan Pablo Sáenz
**Cc:** Pablo Fajardo 2; julprieto; Luis Yanza; renatog85; mey_1802
**Subject:** Re: PREOCUPANTE.

Hay que ir a Correa para poner fin a esta mierda por una vez

2009/6/22 Juan Pablo Sáenz <juanpasaenz@hotmail.com>
Por supuesto que hay que ir a la fuente, pero es esencial que quede constancia pública de nuestra posición al respecto.


Juan Pablo Sáenz M.

Ofi: 593(2)2273533
Cel: 593(9)6043779
-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-
www.texacotoxico.org


Date: Sun, 21 Jun 2009 21:47:29 -0500
Subject: Re: PREOCUPANTE.

From: pafabibi@gmail.com
To: juanpasaenz@hotmail.com
CC: julprieto@hotmail.com; toxico@ecuanex.net.ec; renatog85@hotmail.com; sdonziger@gmail.com; mey_1802@hotmail.com


Yo pienso que más que al Universo, hay que ir a la tierra. Al MAE o por lo menos al señor Mosquera que coordina el PRAS. La meta debe ser obligar a generar cambios y debemos lograrlo


Bb



El 21 de junio de 2009 17:55, Juan Pablo Sáenz <juanpasaenz@hotmail.com> escribió:

Y por lo pronto, enviar una carta al Universo expresando públicamente que el Ministerio está cometiendo un grave error para con el ambiente y los pobladores de la Amazonía, pues la suma es ridícula para una remediación comprehensiva.

Juan Pablo Sáenz M.

Ofi: 593(2)2273533
Cel: 593(9)6043779

-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-

www.texacotoxico.org

---

Date: Sun, 21 Jun 2009 13:29:45 -0500
Subject: PREOCUPANTE.
From: pafabibi@gmail.com
To: juanpasaenz@hotmail.com; julprieto@hotmail.com; toxico@ecuanex.net.ec; renatog85@hotmail.com; sdonziger@gmail.com; mey_1802@hotmail.com

Amigos, el día de hoy en el diario Universo se publicó una nota, titulada. ESTADO ASUME ARREGLO AMBIENTAL. Está en la página 8.

Lo preocupante de eso es que según la nota el estado gastaría 96 millones de dólares en remediar los desechos ambientales incluidos dejados por Chevron...

Eso es malo por dos cosas básicas:

a. El costo económico es bajísimo
b. La remediación que hacen no es buena, lo que va a pasar es que van a maquillar más o menos lo que hizo texaco.
c. Es una nota perfecta para que Texaco diga que por fin el Estado asumió su deber y va a limpiar lo que le corresponde.

Creo que el tema no es nada favorable para nosotros.

Sugiero que en lo posible busquen una cita con la señora Ministra del Ambiente y se traten de obligar en lo siguiente:

1. Se le hagan orientar esa remediación al Campo Libertador, es el campo que mas necesita.
2. Además hay que obligarle que la remediación se la haga con estándares más exigentes y en un radio de acción mayor.
3. Se puede poner como antecedente lo ocurrido con PEPDA, demostrarle que eso fue un desastre.
4. Lograr que se haga una comisión de investigación, muestreos a PROFUNDIDAD, en las piscinas que remedió PEPDA, para demostrar que ese trabajo es mal hecho y que el MAE no puede cometer el mismo error.

En fin si no actuamos, Chevron sacará ventaja de esto y nos joderá bastante.

Es mi humilde opinión.

Bebe

---

Microsoft brings you a new way to search the web. Try Bing™ now

---

Lauren found her dream laptop. Find the PC that's right for you.

--
Steven Donziger
212-570-4499 (land)
212-409-8628 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com