# MERRILL CORPORATION



**225 VARICK STREET**
NEW YORK, NY 10014 • PHONE: (212) 620-5600

State of New York                           )
Estado de Nueva York

                                            )           SS:
                                            )        a saber:
County of New York                          )
Condado de Nueva York

## Certificate of Accuracy
## Certificado de Exactitud

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation from Spanish into English of the attached document.

Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y completa del idioma español al idioma inglés del documento adjunto.

Dated: January 31, 2011
Fecha: 31 de enero de 2011

_____
Weikwang Ng (Jason)
Project Manager – Legal Translations
Merrill Brink International/Merrill Corporation
_____[firmado]_____
Weikwang Ng (Jason)
Gerente de Proyecto – Traducciones Legales
Merrill Brink International/Merrill Corporation

Sworn to and signed before
Jurado y firmado ante
Me, this _____31st_____day of
mí, a los _____31_____días del
_____January_____ 2011
mes de ___enero___ de 2011

_____
Notary Public
Notario Público

                                            [firmado]
GINA ST LAURENT
Notary Public, State of New York         [sello]
No. 01ST6146442
Qualified in New York County
Commission Expires May 15, 2014

OFFICES IN MAJOR CITIES THROUGHOUT THE WORLD