# Schmitt, Daniel E.

**From:** Leila Salazar Lopez [leila@igc.org]
**Sent:** Friday, December 22, 2006 7:43 PM
**To:** Steven Donziger
**Subject:** Makarik Nihua/Judith's concerns...

Steven,

Hey there!  Before I leave fro break, I wanted to make sure I sent you this info.

Makarik Nihua's main concerns:

1.  Makarik Nihua does not feel represented, and does not want to be represented, by the Frente, 2.  Makarik Nihua does not want the Frente to say that they represent all affected peoples.  They actually think that the "accion popular"
only represents the 9 people who signed the lawsuit when it was filed, not all of the people affected, 3.  Makarik Nihua believes that the Asamblea is not representative of the affected peoples (ie...badly structured), 4.  Makarik Nihua does not agree with the remediation plan (even though a remediation plan does not exist yet), and 5.  Makarik Nihua believes that the Frente/Asamblea (mainly colonos) will keep all of the money if CVX is forced to pay for clean up.


Judith's additional concerns/confusions:

1.  Statistics around the daily discharge of toxic formation waters.
We say 18 billion gallons.
2.  Total Cofan population.  We say 400 total in the area where Texaco first began operations, which is Dureno.  We are not talking about the total Cofan population.
3.  $6 billion remediation costs.  To clarify, once again,  this is from Dave Russell's PRELIMINARY ANALYSIS.  It is preliminary, but we use it to put out a figure that will scare Chevron and investors.  A full cost analysis has yet to be completed.


I just wrote to Judith asking her to confirm if these are correct.
I'll let you know what she says.

Happy Holidays!

Leila