.

| | |
|---|---|
| **From:** | Charles Champ [champcw1@yahoo.com] |
| **Sent:** | Tuesday, January 09, 2007 4:56 PM |
| **To:** | Steven Donziger |
| **Subject:** | epiphany |

Steven,

I think I figured it out how to do this job for about
$1 billion.  The more I dig and the more I discuss with others, the more I learn.

The key is to get Chevron to settle for $1 billion.
$500 million up-front, $100 million each year for 5 years.

Currently, I have it in hand drawn boxes in decision pathways.  Priorities - I found a Brazilian company that can 'correct' the ground water situation fairly inexpensively.  My Portuguese is worse than my Spanish.  Still working on it.

I don't want to bore you with the details, but a few minor changes in technology design will increase capacity and lower costs - i.e. - the microbial remediation - we buy the first round of microbes and grow them ourselves = savings of $120 million.

Change the pump design to carry everything but 'boulders'.  50 mesh size on the soil wash. Downhole inject or send to the remediation station the oil phase.  If you don't have to separate the oil phase from the water phase and can inject in a disposal well = savings of $300 million + time.

If the project startup date is delayed by 2 to 3 years, the interest on the $500 + $100 million/ year accumulates.  The startup just for planning and mobilization is at least a year if not more.  A slow start to increase the funds value.  The medical centers can be funded through a matching international foundation.  Seperate the funds with a specific goal in mind for the medical centers - like 1 per year for 10 years.  The numbers do work.

Let me know where you are.  I need to send you some more 'stuff'.

Hope all is well.

Charlie