**From:**      Mike Bonfiglio
**To:**          Joe Berlinger
**Sent:**      6/13/2007 7:23:09 PM
**Subject:**   Re: emergency

Makes sense. Leaving now.

On Jun 13, 2007, at 2:22 PM, Joe Berlinger wrote:

if you want...but I think it takes away from the idea that he's running back to quito.  Plus, he's working for Russ, which is a little dicey to say
On Jun 13, 2007, at 2:15 PM, Mike Bonfiglio wrote:

Got it. Should I also have him say where he's really going so we can show that he's a crazy international lawyer doing a million things?

On Jun 13, 2007, at 2:14 PM, Joe Berlinger wrote:

obviously let's get a full understanding of the issue and pretend he is going to Quito...what this means for the case, etc,
On Jun 13, 2007, at 1:45 PM, Mike Bonfiglio wrote:

I'll be at his house with him at 3 as he gets ready to leave for the airport.


Begin forwarded message:

**From:** "Steven Donziger" <sdonziger@gmail.com>
**Date:** June 13, 2007 1:15:25 PM EDT
**To:** "Joe Berlinger" <berlinger@radicalmedia.com>,  "Mike Bonfiglio" <bonfiglio@radicalmedia.com>
**Subject: emergency**

get someone to the office to shoot... there is a major celebration going on,
the perito just got sworn in...  this is a huge victory!!!!!!!!


--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
**Redacted**

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com



DEPOSITION
EXHIBIT
198

JB-NonWaiver00062204