**From:** Pablo Fajardo Mendoza [pafabibi@gmail.com]
**Sent:** Thursday, August 14, 2008 7:10 AM
**To:** Steven Donziger
**Subject:** Re: interesting

Things rise. It used to be: if you repeat a thing THREE times it becomes the truth.


BB


2008/8/13, Steven Donziger <sdonziger@gmail.com>:
If you repeat a lie a thousand times it becomes the truth.

—Steven Donziger


Steven Donziger
212-570-4499 (land)
212-409-8628 (fax)
917-566-2526 (cell)

Steven R Donziger
Law Offices of Steven R Donziger, P C
245 W 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com

# MERRILL CORPORATION



225 VARICK STREET
NEW YORK, NY 10014 • PHONE: (212) 620-5600

State of New York                )
Estado de Nueva York

                                 )        ss:
                                 )        a saber:

County of New York               )
Condado de Nueva York

### Certificate of Accuracy
### Certificado de Exactitud

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation from Spanish into English of the attached document.

Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y completa del idioma español al idioma inglés del documento adjunto.

Dated: January 30, 2011
Fecha: 30 de enero de 2011

_____
Weikwang Ng (Jason)
Project Manager – Legal Translations
Merrill Brink International/Merrill Corporation
_____[firmado]_____
Weikwang Ng (Jason)
Gerente de Proyecto – Traducciones Legales
Merrill Brink International/Merrill Corporation

Sworn to and signed before
Jurado y firmado ante
Me, this _____30th_____ day of
mí, a los _____30_____ días del
_____January_____ 2011
mes de_____enero_____ de 2011

_____
Notary Public
Notario Público

[firmado]
GINA ST LAURENT
Notary Public, State of New York  [sello]
No. 01ST6146442
Qualified in New York County
Commission Expires May 15, 2014

.

| | |
|---|---|
| **From:** | Pablo Fajardo Mendoza [pafabibi@gmail.com] |
| **Sent:** | Thursday, August 14, 2008 7:10 AM |
| **To:** | Steven Donziger |
| **Subject:** | Re: interesante |

Las cosas suben. antes era: si una mentira se repite TRES veces se hace verdad.

BB


2008/8/13, Steven Donziger <sdonziger@gmail.com>:
Si repitan una mentira mil veces se hace la verdad.

--Steven Donziger

--
Steven Donziger
212-570-4499 (land)
212-409-8628 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com