UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

      -against-                                    11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Chevron should file with the Court a DVD or CD-ROM containing the exhibits presented at the February 8, 2011 oral argument.

      SO ORDERED.

Dated:     February 9, 2011

                                                      _____
                                                         Lewis A. Kaplan
                                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-9-11