```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-9-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
CHEVRON CORPORATION,

                Plaintiff,

     -against-                                   11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff has moved for a temporary restraining order and a preliminary injunction barring, among other things, enforcement in the United States and elsewhere of a multi-billion dollar judgment judgment that it anticipates will be entered against it shortly by an Ecuadorian court. The Court yesterday granted a temporary restraining order and has scheduled argument on the motion for a preliminary injunction for 9:30 a.m. on February 18, 2011.

        The motion may implicate relations between the United States and Ecuador and, in addition, raise issues in which the United States has an interest. Accordingly, the Court hereby solicits the views, if any, of the U.S. Department of State with respect to the pending motion. Should the Department wish to express a position, the Court would appreciate receiving its submission on or before February 15, 2010 or, in any case, as soon thereafter as possible.

        The parties are directed to provide copies of (1) this order, (2) all papers filed herein, and (3) this Court's and the Court of Appeals' decision in *In re Chevron Corp.*, Nos. 10 Mc 0001 and 10 Mc 002 to the Legal Advisor of the Department of State no later than the close of business on February 10, 2011.

        SO ORDERED.

Dated:     February 9, 2011

                                                                            Lewis A. Kaplan
                                                             United States District Judge