UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>STEVEN DONZIGER, et al.,<br><br>                Defendants. | Case No. 11-CV-0691 |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants Hugo Gerado Camacho Naranjo and Javier Piaguaje Payaguaje (the "Ecuadorian Plaintiffs") in the above-captioned action. Undersigned counsel appears without waiver of the Ecuadorian Plaintiffs' defenses to the allegations of the Complaint and/or service thereof, including but not limited to the defense of lack of personal jurisdiction. All future correspondence and papers filed or served in connection with the above-captioned action are to be directed to the undersigned.

Dated: New York, New York
       February 11, 2011

                                          s/ *Norman Siegel*
                                          Norman Siegel
                                          260 Madison Avenue
                                          New York, NY  10016
                                          (212) 532-7586

                                          and

                                          s/ *Steven J. Hyman*
                                          Steven J. Hyman
                                          McLaughlin & Stern, LLP
                                          260 Madison Avenue
                                          New York, NY  10016
                                          (212) 448-1100