UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

CHEVRON CORPORATION,

           Plaintiff,

-against-                           11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

           Defendants.
------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-11

## ORDER

LEWIS A. KAPLAN, *District Judge*.

       Papers in opposition to Chevron's motion for preliminary injunction were due by 5 p.m. on February 11, 2011. None of the defendants, except for Hugo Gerado Camacho Naranjo and Javier Piaguaje Payaguaje, have filed opposition papers. Nevertheless, in order to facilitate careful consideration of the motion for preliminary injunction, the temporary restraining order is hereby extended to 11:59 p.m. on March 8, 2011.

       SO ORDERED.

Dated:     February 14, 2011

                                             Lewis A. Kaplan
                                           United States District Judge