18002441880  Received  Feb 14 2011 02:16 pm  01:51:01 p.m.  02-14-2011  4/4
Case 1:11-cv-00691-LAK-JCF   Document 112   Filed 02/16/11   Page 1 of 1
Case 1:11-cv-00691-LAK   Document 82   Filed 02/11/11   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| CHEVRON CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>STEVEN DONZIGER, et al.,<br><br>                Defendants. | Case No. 11-CV-0691<br><br>**SUBSTITUTION OF COUNSEL** |

We the undersigned, hereby consent and agree that Norman Siegel, Esq. and Steven J. Hyman, Esq., 260 Madison Avenue, New York, NY 10016 be substituted in the place and stead of the undersigned, Orans, Elsen, Lupert & Brown, LLP as attorneys for Defendants Hugo Gerado Camacho Naranjo and Javier Piaguaje Payaguaje (the "Ecuadorian Plaintiffs") in the above-captioned action.

**ORANS, ELSEN, LUPERT & BROWN LLP**

/s/ *Sheldon Elsen*
Sheldon Elsen, Esq.
875 Third Avenue, 28th Floor
New York, New York 10022-7203
Tel: 212-586-2211
Fax: 212-765-3662

**NORMAN SIEGEL**

s/ *Norman Siegel*
Norman Siegel, Esq.
260 Madison Avenue
New York, NY 10016
(212) 532-7586

and _____
Steven J. Hyman, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

SO ORDERED

_____
2/14/11

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED #: 2/16/11

1