USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/11

**Pablo Fajardo Mendoza**
Sucumbíos – Ecuador

DOCKET

RECEIVED
FEB 24 2011
JUDGE KAPLAN'S CHAMBERS

February 23, 2011

The Honorable Lewis A. Kaplan
500 Pearl Street
New York, NY 10007

Re: Chevron Corp. v. Steven Donziger, et al.

Dear Judge Kaplan:

I am the lawyer for the Ecuadorian nationals and organizations, which have been sued in a matter currently pending before Your Honor. I understand that I am also a defendant in the lawsuit. I also understand the time for the Ecuadorian defendants to respond to the complaint is this Friday, February 25, 2011. Although all of the Ecuadorian defendants, including myself, vigorously dispute Chevron's claim that this Court has any jurisdiction over us, we believe it is necessary to protect our rights. Accordingly, I and these Ecuadorian defendants, request an extension of time to respond to the complaint, similar to the extension that has been agreed to by Chevron with respect to the other defendants in this case. Chevron would not agree to the extension I now request from Your Honor.

Sincerely,

Pablo Fajardo Mendoza

Dirección: Lago Agrio, Avenida 20 de Junio y Cofanes. Telf. 5932-62831-550; Quito. Calle José Abascal E12-79 y Portete, teléfono: 022-273-533. Correo Electrónico: pafabibi@gmail.com
Página Web: www.texacotoxico.org