USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-24-11

RECEIVED
FEB 24 2011
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

CHEVRON CORPORATION,

       Plaintiff,

       v.

STEVEN DONZIGER, et al.,

       Defendants.

-----------------------------------------------------------

11 Civ. 0691 (LAK)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED, that the time of defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje to answer, move against, or otherwise respond to the complaint herein be and hereby is adjourned to March 16, 2011.

    IT IS FURTHER STIPULATED, that if defendants Naranjo and Payaguaje move to dismiss the complaint, then plaintiff shall have up to thirty-five days from date of service of said motion to serve papers in opposition.

    IT IS FURTHER STIPULATED, that if plaintiff serves papers in opposition more than twenty-one days after service of any such motion, then defendants Naranjo and Payaguaje shall serve reply papers within fourteen days of service of plaintiff's papers in opposition.

    IT IS FURTHER STIPULATED, that if plaintiff serves papers in opposition to any such motion within twenty-one days of service of any such motion, then defendants Naranjo and Payaguaje shall serve reply papers within seven days of service of plaintiff's papers in

opposition.

New York, New York
February 23, 2011

                        Gibson, Dunn & Crutcher, LLP
                        By _____
                              Randy M. Mastro
                        Attorneys for Plaintiff
                        200 Park Avenue
                        New York, New York 10166-0193
                        212-351-4000

                        _____
                        Norman Siegel
                        260 Madison Avenue
                        New York, New York 10016
                        212-532-7586

                        McLaughlin & Stern, LLP
                        By _____
                              Steven J. Hyman

                        Attorneys for defendants Hugo
                        Gerardo Camacho Naranjo and
                        Javier Piaguaje Payaguaje
                        260 Madison Avenue
                        New York, New York 10016
                        212-448-1100

So Ordered:
_____
Lewis A. Kaplan, U.S.D.J.

2/24/11