UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION<br><br>              Petitioner,<br><br>v.<br><br>STEVEN DONZIGER, et al.<br><br>              Defendants. | Civil Action No: 1:11-cv-00691-LAK |

___

**DEFENDANTS' HUGO GERARDO CAMACHO NARANJO AND JAVIER PIAGUAJE PAYAGUAJE NOTICE OF JOINDER IN DEFENDANT STEVEN DONZIGER'S APPLICATION FOR TRANSFER OF CASE AS RELATED TO *AGUINDA, ET AL.*, 93-CV-07527 JSR, PURSUANT TO RULE 15 OF THE DIVISION OF BUSINESS AMONG DISTRICT JUDGES, SOUTHERN DISTRICT**
___

**PLEASE TAKE NOTICE** that on February 28, 2011, Defendant to this action, Steven R. Donziger, moved this Court for a transfer of case as related to *Aguinda, et al. v. Texaco, et al.*, 93-CV-07527, pursuant to Rule 15 of the Division of Business Among District Judges, Southern District.  Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje hereby join in that motion.[1]

___

[1] By joining Defendant Steven R. Donziger's motion for a transfer of case, Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje do not intend to waive any defenses they may have to this action or to the application for injunctive relief, including but not limited to, a lack of personal jurisdiction, improper venue, insufficiency of process, and insufficiency of service of process.

Dated: March 2, 2011

        By:    *s/ Julio C. Gomez*_____
                Julio C. Gomez
                SDNY Bar No. JG0005
                GOMEZ LLC
                ATTORNEY AT LAW
                The Trump Building
                40 Wall Street, 28th Floor
                New York, NY 10005
                Tel 212-400-7150
                Fax 212-400-7151
                Email: jgomez@gomezllc.com


                *s/ Carlos A. Zalaya, II*_____
                Carlos A. Zelaya, II
                (*Pro Hac Vice* Application Pending)
                F. Gerald Maples, PA
                365 Canal Street, Suite 2650
                New Orleans, Louisiana 70130
                Tel: 504-569-8732
                Fax: 504-525-6932
                Email: czelaya@fgmapleslaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 2, 2011, I caused the Notice of Joinder in Defendant Steven Donziger's Application for Transfer of Case as related to *Aguinda, et al. v. Texaco, et al.*, 93-CV-07527, pursuant to Rule 15 of the Division of Business Among District Judges, Southern District on behalf of Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje to be electronically filed with the Clerk of the Court using CM/ECF system which shall forward a true copy to all counsel of record.  Pursuant to Local Rule 5.2 this electronic filing is deemed service for purpose of Fed. R. Civ. P. 5.

  I certify under penalty of perjury that the foregoing is true and correct. Executed on March 2, 2011.


                 By: *s/ Julio C. Gomez*
                     Julio C. Gomez