**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>                    Plaintiff,<br><br>              v.<br><br>STEVEN DONZIGER, et al.,<br><br>                    Defendants. | Case No. 11-CV-0691<br>EFC Case<br><br>NOTICE OF MOTION ON SHORT NOTICE TO INCREASE BOND AMOUNT |

3/8/11

PLEASE TAKE NOTICE that on a day to be determined by this Court, GOMEZ LLC Attorney At Law, counsel for Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje (collectively, the "Ecuadorian Plaintiffs"), shall apply to the Honorable Lewis A. Kaplan, U.S.D.J., at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York, Room 12-D for an Order increasing the amount of the bond posted by the Plaintiff Chevron Corporation ("Chevron") in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, the Ecuadorian Plaintiffs rely upon the Memorandum of Law in Support of Motion on Short Notice to Increase Bond Amount Posted by Chevron Corporation and the accompanying Declaration of Juan Pablo Sáenz M. (with Exhibits).

Dated: February 27 2011          By: /s Julio C. Gomez
                                      Julio C. Gomez
                                      SDNY Bar No. JG0005
                                      GOMEZ LLC
                                      ATTORNEY AT LAW
                                      The Trump Building
                                      40 Wall Street, 28th Floor
                                      New York, NY 10005
                                      Tel: 212-400-7150
                                      Fax: 212-4007151
                                      E-mail: jgomez@gomezllc.com

*The motion is denied as moot.*

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, U.S.D.J.
3/8/11