UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 3/14/11

CHEVRON CORPORATION,

    Plaintiff,

v.

STEVEN DONZIGER *et al.*,

    Defendants.

11-CV-0691 (LAK)
ECF Case

**SUBSTITUTION OF COUNSEL**

We the undersigned, hereby consent and agree that Julio C. Gomez, Esq. of GOMEZ LLC Attorney At Law, located at 40 Wall Street, 28th Floor, New York, NY 10005 and Carlos A. Zelaya, II, Esq. (*pro hac vice* forthcoming) of F. Gerald Maples, PA, 365 Canal Street, Suite 2650, New Orleans, LA 70130 be substituted in the place of the undersigned, Norman Siegel, Esq. and Steven Hyman, Esq.

Executed March 1, 2011.

**NORMAN SIEGEL**

*/s/ Norman Siegel*
Norman Siegel, Esq.
260 Madison Avenue
New York, NY 10016
Tel: 212-532-7586

and

**JULIO C. GOMEZ**

*/s/ Julio C. Gomez*
GOMEZ LLC
ATTORNEY AT LAW
The Trump Building
40 Wall Street, 28th Floor
New York, NY 10005
Tel: 212-400-7150
Fax: 212-400-7151
Email: jgomez@gomezllc.com

MCLAUGHLIN & STERN, LLP

*[signature]*

Steven Hyman, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

SO ORDERED

*[signature]*

LEWIS A. KAPLAN, USDJ

3/14/11