FILED U.S.D.C.
MAR 24 2011
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>                Plaintiff,<br><br>        v.<br><br>STEVEN DONZIGER, et al.,<br><br>                Defendants. | Case No. 11-CV-0691(LAK)<br>ECF Case<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje appeal to the United States Court of Appeals for the Second Circuit from the following Orders entered by the District Court: (1) March 7, 2011 Order (Dkt. No. 181), as amended on March 10, 2011 (Dkt. No. 195) and as further amended on March 22, 2011 (Dkt. No. 227); (2) March 7, 2011 Order (Dkt. No. 183); and (3) March 8, 2011 Order (Dkt. No. 188).

///

///

///

///

///

///

Dated: March 24, 2011

Respectfully Submitted,

By: /s/ Julio C. Gomez
Julio C. Gomez
SDNY Bar No. JG0005
GOMEZ LLC
ATTORNEY AT LAW
The Trump Building
40 Wall Street, 28th Floor
New York, NY 10005
Tel: 212-400-7150
Fax: 212-400-7151
Email: jgomez@gomezllc.com

Carlos A. Zelaya, II (Admitted *Pro Hac Vice*)
F. GERALD MAPLES, PA
365 Canal Street, Suite 2650
New Orleans, Louisiana 70130
Tel: 504-569-8732
Fax: 504-525-6932
Email: czelaya@fgmapleslaw.com