UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

      -against-                                 11 Civ. 0691 (LAK)

STEVEN DONZIGER et al.,

                Defendants.
------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/11

## SCHEDULING ORDER

LEWIS A. KAPLAN, *District Judge.*

      1.    Unless otherwise ordered, the following schedule shall govern proceedings with respect to Count Nine of the complaint in this action:

           (a)    Any amendments or motions for leave to amend pleadings shall be filed on or before May 13, 2011.

           (b)    Any motions for leave to add parties shall be filed on or before May 13, 2011.

           (c)    All notices pursuant to Fed. R. Civ. P. 44.1 shall be filed on or before May 13, 2011.

           (d)    Initial expert disclosures shall be made no later than July 1, 2011.

           (e)    Rebuttal expert disclosures shall be made no later than August 1, 2011.

           (f)    All discovery shall be completed by September 15, 2011.

           (g)    All summary judgment or other dispositive motions shall be filed no later than September 23, 2011.

           (h)    All papers in opposition to any summary judgment or other dispositive motions shall be filed no later than October 10, 2011.

    (i) All reply papers in support of any summary judgment or other dispositive motions shall be filed no later than October 19, 2011.

    (j) Unless Count Nine is sooner disposed of by other means, the trial will commence on November 14, 2011.

  2. All discovery with respect to matters not relevant to Count Nine and any alleged defenses thereto is stayed pending further order of the Court.

  3. In view of the desirability of joining issue for the purpose, among others, of determining the scope of discovery with respect to Count Nine and the somewhat uninformative nature of the list of affirmative defenses provided voluntarily by defendant Donziger, the Court, pursuant to Fed. R. Civ. P. 12(a)(4), directs defendant Donziger, notwithstanding the pendency of his motion to dismiss, to file an answer to the complaint no later than April 28, 2011.

  4. The parties are granted leave to conduct expedited discovery with respect to Count Nine and any defenses thereto. The Court expects them to cooperate in scheduling depositions, agreeing to expedited periods within which to respond to document request and other written discovery, and otherwise preparing Count Nine for disposition on its merits within the limits of this schedule.

SO ORDERED.

Dated: April 15, 2011

*[signature]*
Lewis A. Kaplan
United States District Judge