# APPENDIX A

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix A
"The Lago Agrio Plaintiffs" (Defendants)

|     | Defendant | Province of Citizenship | Country of Citizenship |
| --- | --- | --- | --- |
| 1.  | Alfredo Donaldo Payaguaje Payaguaje | Sucumbios | Republic of Ecuador |
| 2.  | Angel Justino Piaguaje Lucitante | Unknown | Republic of Ecuador |
| 3.  | Armando Wilfrido Piaguaje Payaguaje | Sucumbios | Republic of Ecuador |
| 4.  | Beatriz Mercedes Grefa Tanguila | Orellana | Republic of Ecuador |
| 5.  | Benancio Freddy Chimbo Grefa | Sucumbios | Republic of Ecuador |
| 6.  | Bertha Antonia Yumbo Tanguila | Orellana | Republic of Ecuador |
| 7.  | Carlos Grega Huatatoca | Orellana | Republic of Ecuador |
| 8.  | Catalina Antonia Aguinda Salazar | Orellana | Republic of Ecuador |
| 9.  | Celia Irene Viveros Cusangua | Orellana | Republic of Ecuador |
| 10. | Clide Ramiro Aguinda Aguinda | Orellana | Republic of Ecuador |
| 11. | Daniel Carlos Lusitande Yaiguaje | Sucumbios | Republic of Ecuador |
| 12. | Delfin Leonidas Payaguaje Payaguaje | Sucumbios | Republic of Ecuador |
| 13. | Elias Roberto Piyahuaje Payahuaje | Sucumbios | Republic of Ecuador |
| 14. | Emilio Martin Lusitande Yaiguaje | Sucumbios | Republic of Ecuador |
| 15. | Fermin Piaguaje Payaguaje | Sucumbios | Republic of Ecuador |
| 16. | Francisco Alvarado Yumbo | Orellana | Republic of Ecuador |
| 17. | Francisco Matias Alvarado Yumbo | Orellana | Republic of Ecuador |
| 18. | Francisco Victor Tanguila Grefa | Orellana | Republic of Ecuador |
| 19. | Gloria Lucrecia Tanguila Grefa | Orellana | Republic of Ecuador |
| 20. | Guillermo Vicente Payaguaje Lusitante | Sucumbios | Republic of Ecuador |
| 21. | Heleodoro Pataron Guaraca | Orellana | Republic of Ecuador |
| 22. | Hugo Gerardo Camacho Naranjo | Orellana | Republic of Ecuador |
| 23. | Javier Piaguaje Payaguaje | Sucumbios | Republic of Ecuador |
| 24. | Jose Gabriel Revelo Llore | Orellana | Republic of Ecuador |
| 25. | Jose Miguel Ipiales Chicaiza | Orellana | Republic of Ecuador |
| 26. | Lidia Alexandra Aguinda Aguinda | Orellana | Republic of Ecuador |

1

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix A

|   | Defendant | Province of Citizenship | Country of Citizenship |
|---|---|---|---|
| 27. | Lorenzo Jose Alvarado Yumbo | Orellana | Republic of Ecuador |
| 28. | Lourdes Beatriz Chimbo Tanguila | Orellana | Republic of Ecuador |
| 29. | Lucio Enrique Grefa Tanguila | Orellana | Republic of Ecuador |
| 30. | Luis Agustin Payaguaje Piaguaje | Sucumbios | Republic of Ecuador |
| 31. | Luis Armando Chimbo Yumbo | Orellana | Republic of Ecuador |
| 32. | Luisa Delia Tanguila Narvaez | Orellana | Republic of Ecuador |
| 33. | Maria Victoria Aguinda Salazar | Orellana | Republic of Ecuador |
| 34. | Maria Clelia Reascos Revelo | Orellana | Republic of Ecuador |
| 35. | Maria Hortencia Viveros Cusangua | Orellana | Republic of Ecuador |
| 36. | Maria Magdalena Rodriguez Barcenes | Orellana | Republic of Ecuador |
| 37. | Miguel Mario Payaguaje Payaguaje | Sucumbios | Republic of Ecuador |
| 38. | Narcisa Aida Tanguila Narvaez | Orellana | Republic of Ecuador |
| 39. | Octavio Ismael Cordova Huanca | Sucumbios | Republic of Ecuador |
| 40. | Olga Gloria Grefa Cerda | Orellana | Republic of Ecuador |
| 41. | Patricio Alberto Chimbo Yumbo | Orellana | Republic of Ecuador |
| 42. | Patricio Wuilson Aguinda Aguinda | Orellana | Republic of Ecuador |
| 43. | Reinaldo Lusitande Yaiguaje | Sucumbios | Republic of Ecuador |
| 44. | Rosa Teresa Chimbo Tanguila | Orellana | Republic of Ecuador |
| 45. | Segundo Angel Amanta Milan | Orellana | Republic of Ecuador |
| 46. | Simon Lusitande Yaiguaje | Sucumbios | Republic of Ecuador |
| 47. | Teodoro Gonzalo Piaguaje Payaguaje | Sucumbios | Republic of Ecuador |