# APPENDIX B

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B
Selected Violations of 18 U.S.C. §§ 1341, 1343 (Mail and Wire Fraud)

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 1. | Steven Donziger | Dr. Charles Calmbacher | September 9, 2004 | Email | Manufacture false evidence. | Donziger sent a memorandum by email to Calmbacher and other members of the technical team reminding the team that "the goal is to win the legal case, not to produce an independent scientific report." Amended Complaint ("Am. Compl.") ¶ 111. |
| 2. | Donziger | Alberto Wray | October 20, 2004 | Email | Manufacture false evidence. | Donziger sent an email to Wray explaining Calmbacher had been removed from the field, and "will still sign the perito reports, but we might have to write them in Quito." Am. Compl. ¶ 114. |
| 3. | Dave Russell | Donziger | November 1, 2004 | Email | Manufacture false evidence. | Russell sent an email to Donziger and other team members stating they needed to stop analyzing for BTEX and GRO because the "data is self defeating except to show the contamination is much more recent that [sic] we would desire, and that would lead to an argument [sic] that the contamination is by PetroEcuador rather than Texaco." Am. Compl. ¶ 172. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 4. | Donziger | Calmbacher | January 27, 2005 | Email | Manufacture false evidence. | Donziger sent an email to Calmbacher asking Calmbacher to send signature pages via DHL which Donziger had said would be used to file an expert report correctly stating Calmbacher's views. The RICO Defendants and their co-conspirators then used Calmbacher's signature to submit falsified reports to the Lago Agrio court under Calmbacher's name. Am. Compl. ¶¶ 118-20. |
| 5. | Calmbacher | Donziger | On or around January 27, 2005 | Overnight Courier | Manufacture false evidence. | In response to Donziger's request, Calmbacher signed several blank pages which Donziger told him would be used to file an expert report correctly stating Calmbacher's views, and sent the signed pages to the RICO Defendants and their co-conspirators by overnight courier. The RICO Defendants and their co-conspirators then used Calmbacher's signature to submit falsified reports to the Lago Agrio court under Calmbacher's name. Am. Compl. ¶¶ 118-20. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 6. | Donziger | Calmbacher | March 3, 2005 | Email | Manufacture false evidence. | Donziger sent an email to Calmbacher asking for a "repeat of the [signature] papers [he] sent last time" to be sent via FedEx overnight. The RICO Defendants and their co-conspirators then used Calmbacher's signature to submit a falsified report to the Lago Agrio court under Calmbacher's name. Am. Compl. ¶¶ 118-20. |
| 7. | Calmbacher | Donziger | March 3, 2005 | Overnight Courier | Manufacture false evidence. | In response to Donziger's request, Calmbacher signed several blank pages which Donziger told him would be used to file an expert report correctly stating Calmbacher's views, and sent the signed pages to the RICO Defendants and their co-conspirators by overnight courier. The RICO Defendants and their co-conspirators then used Calmbacher's signature to submit a falsified report to the Lago Agrio court under Calmbacher's name. Am. Compl. ¶¶ 118-20. |
| 8. | Cristobal Bonifaz | Joseph Kohn, Donziger | March 3, 2005 | Email | Threaten Chevron with economic harm through scheme to procure criminal prosecutions of Chevron's attorneys. | Bonifaz sent an email to Kohn, Donziger, and others, discussing a strategy to focus their energies on "de-stroy[ing] [Reiss Veiga's] reputation" in order to force Chevron to settle the case. Am. Compl. ¶ 199. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 9. | Donziger | Alejandro Ponce | July 25, 2005 | Email | Prevent Disclosure of Fraudulent Scheme. | Donziger sent an email to Ponce asking for advice regarding how to deal with Calmbacher, expressing concern that Calmbacher would "inform the court that the Selva Viva project is a fraud." Am. Compl. ¶ 113. |
| 10. | Donziger | Ponce | February 10, 2006 | Email | Collude with the Government of Ecuador and manipulate and collude with Ecuadorian judicial system. | Donziger sent an email to Ponce asking him to meet with the judge one-on-one to explain their theory of the case and all of the issues from the plaintiffs' perspective. Am. Compl. ¶ 78. |
| 11. | Donziger | Ponce | June 14, 2006 | Email | Manipulate and collude with Ecuadorian judicial system. | Donziger sent an email to Ponce instructing him to "prepare a detailed plan with the necessary steps to attack the judge through legal, institutional channels and through any other channel you can think of." Am. Compl. ¶ 72. |
| 12. | Donziger | Daria Fisher | July 12, 2006 | Email | Threaten Chevron with economic harm through government investigations based on fraudulent, manufactured evidence. | Donziger and Fisher exchanged emails regarding their ongoing efforts to cause an SEC investigation of Chevron. Donziger noted, "I sort of feel this is bogus, but as long as they want to look at it we should keep feeding them stuff." Am. Compl. ¶ 241. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 13. | Amazon Watch | Donziger | August 9, 2006 | Email | Threaten Chevron with economic harm through campaign of public pressure based on false and misleading statements. | The Director of Communications at Amazon Watch sent an email to Donziger attaching a press release that was posted on amazonwatch.org and chevrontoxico.org, in which he had "only changed one word" from what Donziger sent. The email acknowledges the target of the releases is Chevron, not the media, with the goal to "get under Chevron management's skin" as much as possible. The attached press release asserts the disavowed $6 billion damages figure. Am. Compl. ¶ 219. |
| 14. | Kohn, Swift & Graf, P.C. | Selva Viva CIA LTDA, Ecuador | January 22, 2007 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $12,000.00. Am. Compl. ¶¶ 31, 185, 328. |
| 15. | Donziger | Joseph Berlinger | February 9, 2007 | Email | Threaten Chevron with economic harm through campaign of public pressure based on false and misleading statements. | Donziger emails Berlinger to give him instructions regarding filming a hearing and notes that he did "not want to [be] seen as helping [Berlinger] . . . in front of the Chevron lawyers." Am. Compl. ¶ 228. |
| 16. | Kohn, Swift & Graf, P.C. | Selva Viva | February 5, 2007 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $75,000.00. Am. Compl. ¶¶ 31, 185, 328. |

*Chevron Corp. v. Donziger et al.: Amended Complaint Appendix B*

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 17. | Donziger | Kamp | March 6, 2007 | Email | Promote false evidence. | Donziger forwarded a press release to Kamp touting the disavowed $6 billion damages figure and discussing a letter signed by leaders of indigenous groups seeking criminal prosecution of Pallares and Viega. Donziger noted, "we are kicking some ass and it feels awfully good." Am. Compl. ¶ 210. |
| 18. | Kohn, Swift & Graf, P.C. | Selva Viva | March 20, 2007 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $40,000.00. Am. Compl. ¶¶ 31, 185, 328. |
| 19. 6 | Amazon Watch, Donziger | n/a | March 20, 2007 | Wire (Press Release) | Promote false evidence. | Amazon Watch released a press release touting Russell's $6 billion figure, knowing that the figure was exaggerated and had been disavowed by Russell. Am. Compl. ¶ 108. |
| 20. | Luis Yanza | Donziger | April 2007 | Telephone | Collude with the Government of Ecuador. | Yanza and Donziger spoke on the telephone regarding Yanza's meeting with President Correa and setting up the April 26, 2007 tour of the consortium area by Correa. Am. Compl. ¶¶ 206, 208. |
| 21. | Kohn, Swift & Graf, P.C. | Selva Viva | April 13, 2007 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $30,000.00. Am. Compl. ¶¶ 31, 185, 328. |

*Chevron Corp. v. Donziger et al.:* Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 22. | Yanza | Donziger | April 17, 2007 | Email | Execute extortionate scheme by manipulating and colluding with members of the Ecuadorian judicial system and court appointed expert. | Yanza sent Donziger an email noting that himself, "Pablo, Alejandro," and "some other manager" were meeting with the judges the next day regarding the case, and that they had "met with Richard [Cabrera] and everything is under control. We gave him some money in advance." Am. Compl. ¶ 185. |
| 23. | Donziger | Fajardo | May 10, 2007 | Email | Manufacture false evidence and collude with court-appointed expert. | Donziger sent an email to Fajardo stating that they should have Cabrera find against Plaintiffs on some issues to create the illusion that Cabrera was independent, and look for ways to make sure Texaco did not know anything about Cabrera's work or plan. Am. Compl. ¶ 139. |
| 24. | Kohn, Swift & Graf, P.C. | Selva Viva | May 11, 2007 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $40,000.00. Am. Compl. ¶¶ 31, 185, 328. |
| 25. | Donziger | Berlinger | June 13, 2007 | Email | Execute extortionate scheme by colluding with the Government of Ecuador and court-appointed expert. | Donziger sent an email to Berlinger asking him to "get someone to the office to shoot" because "the perito just got sworn in . . . this is a huge victory!!!!!!!" Am. Compl. ¶ 140. |
| 26. | Kohn, Swift & Graf, P.C. | Selva Viva | June 14, 2007 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $100,000.00. Am. Compl. ¶¶ 31, 185, 328. |

*Chevron Corp. v. Donziger et al.:* Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 27. | Fajardo | Donziger | June 22, 2007 | Email | Execute and prevent disclosure of extortionate scheme | Fajardo sent an email to Donziger, referring to him as "Lagarto 3," containing account details to log into a private email account regarding "expert examination" to "learn about the plan." He instructs Donziger not to email a copy of the plan to anyone, and only to indentify himself as Lagarto 3.  Am. Compl. ¶ 162. |
| 28. | Donziger | Berlinger | June 27, 2007 | Email | Threaten Chevron with economic harm through campaign of public pressure. | Donziger sent an email to Berlinger urging him to bring camera crews down to capture a march of their "private 'army' which has been very effective." He notes this was a "critical part of [their] strategy that is allowing the case to go forward." Am. Compl. ¶ 76. |
| 29. | Kohn, Swift & Graf, P.C. | Selva Viva | July 20, 2007 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $100,000.00.  Am. Compl. ¶¶ 31, 185, 328. |
| 30. | Yanza | Donziger | August 8, 2007 | Email | Facilitate transfer of funds for fraudulent scheme. | Yanza sent an email to Donziger saying he is going to the office "to take care of . . . the money for the Huao," and asks "[d]o you know if JK was able to transfer something to the new account for which I gave him the details?" Am. Compl. ¶¶ 29, 185, 328-29. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 31. | Donziger | Karen Wilson | August 14, 2007 | Email | Facilitate transfer of funds for fraudulent scheme. | Donziger sent an email requesting that Kohn Swift transfer $50,000.00 to an account for the Frente in Ecuador. Donziger explained that Yanza ran the Selva Viva account, which was created "simply as a pass thru mechanism to administer funds for the litigation" in Ecuador, and that the Frente controlled Selva Viva. Am. Compl. ¶ 113. |
| 32. | Kohn, Swift & Graf, P.C. | Selva Viva | September 4, 2007 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $50,000.00. Am. Compl. ¶¶ 31, 185, 328. |
| 33. | Yanza | Donziger | September 12, 2007 | Email | Fund extortionate scheme to defraud Chevron. | Yanza sent an email to Donziger asking him to get Kohn to wire $30,000 to a "secret account" and $20,000 to Selva Viva's account in order to pay Cabrera. Am. Compl. ¶ 185. |
| 34. | Donziger | Douglas Beltman, Ann Maest | September 19, 2007 | Email | Collude with Government of Ecuador. | Donziger sent an email to Stratus asking for help defining the "norms" of clean-up so they could "propose these norms to the Ministry of Energy which governs these norms[,] and whose Minister is a good friend of ours, so that the Ministry issues them as an official decree before the trial ends." Am. Compl. ¶ 148. |
| 35. | Kohn, Swift & Graf, P.C. | Selva Viva | October 17, 2007 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $50,000.00. Am. Compl. ¶¶ 31, 185, 328. |

*Chevron Corp. v. Donziger et al.: Amended Complaint Appendix B*

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 36. | Donziger | Chris Lehane | October 29, 2007 | Email | Threaten Chevron with economic harm through campaign of public pressure based on false and misleading statements. | Donziger sent an email to Chris Lehane, a political consultant known for attack strategies, stating they need to get more press to increase pressure on Chevron leading to upcoming mediation in order to increase the settlement price. Am. Compl. ¶ 216. |
| 37. | Donziger | Raul Herrera | October 31, 2007 | Email | Fraudulently misrepresent proceedings in Ecuador and threaten Chevron with economic harm through campaign of public pressure based on false and misleading statements. | Donziger ghostwrote a letter to the editor of the Wall Street Journal in the name of Ecuador's ambassador to the United States, and sent it to a Wall Street Journal reporter via email. The letter was a response to a column about Chevron's responsibility for contamination in Ecuador and claimed that Chevron was "afforded ample due process." Am. Compl. ¶ 81. |
| 38. | Beltman | Donziger | November 6, 2007 | Email | Manufacture false evidence and collude with court-appointed expert. | Beltman sent an email to Donziger attaching a report on the cost estimate to clean up the contaminated pits. Am. Compl. ¶ 147. |
| 39. | Kohn, Swift & Graf, P.C. | Selva Viva | November 13, 2007 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $70,000.00.  Am. Compl. ¶¶ 31, 185, 328. |

*Chevron Corp. v. Donziger et al.: Amended Complaint Appendix B*

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 40. | Beltman | Donziger | November 16, 2007 | Email | Manufacture false evidence and collude with court-appointed expert. | Beltman sent an email to Donziger regarding "avoided costs" analysis and "amount of additional money/equity that Chevron has now because they did not build and maintain proper pits and reinject water from 1967-1991." Am. Compl. ¶ 148. |
| 41. | Donziger | Beltman | November 16, 2007 | Email | Manufacture false evidence and collude with court-appointed expert. | Donziger responded to Beltman email regarding "avoided costs" saying that "we need to get somebody else to look at the model" because it "sounds awfully low." Am. Compl. ¶ 148. |
| 42. | Beltman | Donziger | November 17, 2007 | Email | Manufacture false evidence and collude with court-appointed expert. | Beltman responded to Donziger regarding "avoided costs" issue, explaining the "unjust enrichment calculation." Am. Compl. ¶ 148. |
| 43. | Donziger | Beltman | November 17, 2007 | Email | Manufacture false evidence and collude with court-appointed expert. | Donziger responded to Beltman's explanation of "avoided costs" and unjust enrichment issues, directing him to not "say or even suggest anything that backs away from the [unjust enrichment] figures" in the plaintiffs' submission. Am. Compl. ¶ 148. |
| 44. | Kohn, Swift & Graf, P.C. | Selva Viva | December 17, 2007 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $50,000.00. Am. Compl. ¶¶ 31, 185, 328. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 45. | Fajardo | Donziger, Yanza | January 2, 2008 | Email | Manufacture false evidence and collude with court-appointed expert; defraud Chevron; manipulate and collude with Ecuadorian judicial system. | Fajardo emailed a list of "'necessary tasks" for 2008, including to "knock out" Chevron but to first "cash the juicy checks," to "stir up the cases" in the Supreme Court of Justice and Prosecutor's Office by "tak[ing] advantage of the new Prosecutor," to "watch over" the Havoc case, "[c]oordinate with the President of the Republic for defense on the accusation of denial of justice," "watch over the process of naming new Superior Court Justices," "[c]omplete all preparation work for the inspection we need to conduct," including "Annexes: genocide, health . . .," to "Prepare the legal scenario for the defense of the expert report," "[w]rite the answer to the expert report," "[c]oordinate with the Communications team on the scheduled announcement of the expert report results," and to "exert the maximum possible pressure, so that the judge or the Court, so that the case, does not become paralyzed." Am. Compl. ¶ 60. |
| 46. | Kohn, Swift & Graf, P.C. | Selva Viva | January 17, 2008 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $50,000.00. Am. Compl. ¶¶ 31, 185, 328. |

12

*Chevron Corp. v. Donziger et al.:* Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 47. | Luis Miguel Garcia Aragón | Beltman | January 22, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Cabrera team member Aragón sent an email to Beltman "reestablishing communication" and stating "we're moving forward with our model thanks to your help." Am. Compl. ¶ 154. |
| 48. | Aragón | Beltman, Maest | January 23, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Email exchange between Beltman, Maest and Cabrera team member Aragón discussing "incorporating uncertainty into the calculus" and asking whether it was ok to use the U.S. treasury rate for discounting restoration costs. Am. Compl. ¶ 154. |
| 49. | Yanza | Donziger | January 29, 2008 | Email | Facilitate transfer of funds for fraudulent scheme; manufacture false evidence and collude with court-appointed expert. | Yanza asks Donziger to "[b]efore you travel please confirm that our friend JK makes the deposit in the other account. I already sent him the bank information." He also reports that "[t]he expert did not appear to answer questions before the court" and that the judge therefore cancelled the hearing, but that "he'll certainly set another date" and "[w]e're on top of this issue." Am. Compl. ¶¶ 29, 185, 328-29. |
| 50. | Beltman | Donziger, Maest, Fajardo | February 8, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to Donziger, et al. attaching a draft outline of proposed annexes to the Cabrera Report. Am. Compl. ¶ 147. |
| 51. | Kohn, Swift & Graf, P.C. | Selva Viva | February 11, 2008 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $20,000.00. Am. Compl. ¶¶ 31, 185, 328. |

*Chevron Corp. v. Donziger et al.: Amended Complaint Appendix B*

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 52. | Beltman | "Stratus Science Group," David Chapman | February 22, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to other Stratus consultants seeking to motivate the Stratus team as they must "write, over the next 2 to 3 weeks, probably the single most important technical document for the case [which] will pull together all of the work over the last 15 or so years on the case and make recommendations for the court to consider in making its judgment" while knowing that the technical document was the Cabrera Report itself. Am. Compl. ¶ 149. |
| 53. | Beltman | Maest | February 26, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to Stratus team, including Maest, regarding schedule for completion of work on the Cabrera Report, and attaching an outline of the report listing true authors of each portion and who the portions would be attributed to (generally Cabrera). Am. Compl. ¶ 147. |
| 54. | Beltman | Donziger | February 27, 2008 | Email | Manufacture false evidence and collude with court-appointed expert. | Beltman sent an email to Donziger stating "[a]ttached is my rough start of the Peritaje Global report," and asks whether it is "on track in terms of tone, language level, and content?" Am. Compl. ¶ 150. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 55. | Donziger | Beltman | February 27, 2008 | Email | Manufacture false evidence and collude with court-appointed expert. | Donziger responded to Beltman's email attaching "rough start of the Peritaje Global report" saying "I think it's working. Keep going." Am. Compl. ¶ 150. |
| 56. | Beltman | Maest | February 29, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to Maest and another Stratus consultant listing annexes to cut from the final report in order to have it complete in time "given the turnaround time for translation and review." Am. Compl. ¶ 147. |
| 57. | Beltman | Michael Carney | March 1, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to another Stratus consultant with comments concerning drafting of an ecorisk annex and considerations surrounding translations. He notes that it will be translated in Spanish and that the "main audience for this is the judge." Am. Compl. ¶ 147. |
| 58. | Kohn, Swift & Graf, P.C. | Selva Viva | March 5, 2008 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $40,000.00. Am. Compl. ¶¶ 31, 185, 328. |
| 59. | Beltman | Brian Lazar | March 5, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to another Stratus consultant discussing edits to an annex concerning soil clean up costs. Am. Compl. ¶ 147. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 60. | Beltman | Translating Spanish, Inc. | March 7, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to Translating Spanish, Inc. concerning translation of attached "ecosystem value" annex from English to Spanish, and discussing progress of translation of other annexes such as "Environmental standards, Pit (plus) cleanup costs, [and] value of human life losses." Am. Compl. ¶ 152. |
| 61. | Beltman | Translating Spanish, Inc. | March 7, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to Translating Spanish, Inc. concerning translation of attached annexes concerning environmental standards and soil remediation. Am. Compl. ¶ 152. |
| 62. | Beltman | Maest | March 10, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to Maest and other Stratus consultants concerning review, analysis, and translation of annexes to Cabrera Report including "environmental standards, eco impacts from contamination, pit cleanup costs, value of human life losses, habitat losses, [and] TexPet remediation." Am. Compl. ¶ 147. |
| 63. | Beltman | Maest | March 10, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to Maest asking for help with drafting the main Cabrera Report "now that the annexes [were] out of the way." Am. Compl. ¶ 150. |

*Chevron Corp. v. Donziger et al.: Amended Complaint Appendix B*

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 64. | Beltman | Donziger | March 10, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to Donziger discussing status of translations of annexes, asking Donziger to make any changes in redline, and stating that with the annexes mostly out of the way, he would now "get back to the [Cabrera] report." Am. Compl. ¶ 150. |
| 65. | Beltman | Donziger | March 11, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to Donziger attaching an outline of the Cabrera report which included a listing of who would write each section of the report, and who each section would be attributed to, which was not the actual authors. Am. Compl. ¶ 153. |
| 66. | Maest | Beltman | March 11, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Maest sent an email to Beltman stating she could help Beltman draft the main Cabrera Report. Am. Compl. ¶ 147. |
| 67. | Translating Spanish, Inc. | Beltman | March 11, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | "Translating Spanish, Inc." sent an email to Beltman attaching a translated VSL annex. Am. Compl. ¶ 152. |

*Chevron Corp. v. Donziger et al.: Amended Complaint Appendix B*

17

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 68. | Beltman | Translating Spanish, Inc. | March 12, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to Translating Spanish, Inc. attaching "the main report," written in English, and stating it was a high priority to be translated into Spanish because it needed to be filed soon with the court in Ecuador. The attached report stated that it was written by Richard Cabrera, although it was actually prepared by Beltman and other Stratus consultants. Am. Compl. ¶ 152. |
| 69. | Beltman | Donziger | March 13, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to Donziger listing what he had sent so far including the "main report" and "annexes." He notes that the main report still needs to be translated, and "a native Spanish speaker" will need to read the translations "to make sure they make sense." Am. Compl. ¶ 147. |
| 70. | Enlaso Enterprise Language Solutions | Stratus | March 13, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Enlaso Enterprise Language Solutions sent an email to Stratus regarding an estimate for translation services for annexes to the Cabrera Report. Am. Compl. ¶ 152. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 71. | Beltman | Stratus | March 18, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to other Stratus consultants regarding the "unjust enrichment annex" and attaching copies in Spanish and English. He asks the consultants to fill in the tables in both versions and send back to him as soon as possible. Am. Compl. ¶ 147. |
| 72. | Amazon Watch, Donziger | Chairman of the United States Securities and Exchange Commission | March 18, 2008 | Mail | Threaten Chevron with economic harm through government investigations based on fraudulent, manufactured evidence. | Amazon Watch sent a letter to the SEC seeking investigation and sanction of Chevron for alleged failure to comply with securities regulations, emphasizing the forthcoming Cabrera Report, and the independence of its purported author, "an independent special master" that had prepared his report "mak[ing] use of all evidence collected" with "a large team of technical experts under [his] supervision." Am. Compl. ¶ 240. |
| 73. | Beltman | William Powers | March 20, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to Powers asking for "the status of the report" and noting that "we need to submit everything to the court on Monday (!!!)" Am. Compl. ¶ 147. |
| 74. | Maest | Beltman | March 20, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Maest sent an email to Beltman, attaching annex regarding soil remediation with her comments. Am. Compl. ¶ 147. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 75. | Beltman | Lazar | March 21, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to another Stratus consultant concerning an annex regarding soil remediation. Am. Compl. ¶ 147. |
| 76. | Powers | Beltman | March 22, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Powers drafted Annex S to the Cabrera Report and emailed it to Beltman for incorporation into the report. Am. Compl. ¶ 147. |
| 77. | Beltman | Donziger | March 23, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to Donziger regarding whether Fajardo and Yanza received Powers' report. He notes that they need to format it and take Powers name off; "but they can figure that out." Am. Compl. ¶ 153. |
| 78. | Beltman | Chapman | March 24, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to other Stratus consultants discussing the validity of survey collected data used for the Cabrera Report. Am. Compl. ¶ 147. |
| 79. | Jennifer Peers | Fajardo | March 27, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | A Stratus consultant, Peers, sent an email to Fajardo regarding updated language for annex regarding ecological impacts of contamination. Am. Compl. ¶ 147. |
| 80. | Fajardo | Peers | March 27, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Fajardo responded to Peers' email regarding updated language, stating that it was too late to make changes. Am. Compl. ¶ 147. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 81. | Amazon Watch, Amazon Defense Front, Fajardo | n/a | April 3, 2008 | Wire (Press release) | Falsely promote Cabrera Report as independent and/or neutral. | In a press release issued by Amazon Watch and the Front, Fajardo made knowingly false statements about Cabrera's independence. He stated, "Chevron's claim that Professor Cabrera is cooperating with the plaintiffs is completely false," and that "Chevron is frightened by Cabrera precisely because he is an independent and credible expert." Am. Compl. ¶230. |
| 82. | Kohn, Swift & Graf, P.C. | Selva Viva | April 11, 2008 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $70,000.00. Am. Compl. ¶¶31, 185, 328. |
| 83. | Yanza and Fajardo | United States Trade Representative Susan Schwab | April 29, 2008 | Mail | Falsely promote Cabrera Report as independent and/or neutral. | Yanza and Fajardo sent a letter to a United States Trade Representative misstating that Cabrera was "an independent court-appointed special master" and misstating that "the bulk of the evidence relied on [by Cabrera] was provided by Chevron itself via its own sampling evidence." Am. Compl. ¶242. |
| 84. | Kohn, Swift & Graf, P.C. | Selva Viva | May 5, 2008 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $35,000.00. Am. Compl. ¶¶31, 185, 328. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 85. | Beltman | Donziger | May 14, 2008 | Email | Prevent disclosure of fraudulent scheme. | Beltman sent an email to Donziger stating that "Karen [Hinton] wants to give the Clapp report to a reporter, but we can't do that since it's an Annex. I'll tell her not to because I'm not sure of the report pedigree, but we need to be careful about this." Am. Compl. ¶ 158. |
| 86. | Beltman | Karen Hinton | May 14, 2008 | Email | Prevent disclosure of fraudulent scheme. | Beltman sent an email to Hinton explaining that she could not give out copies of a report by Clapp to reporters, falsely claiming he was "not sure of its pedigree" and failing to disclose that the true reason was that the report was used as an annex to the Cabrera Report. Am. Compl. ¶ 158. |
| 87. | Amazon Watch, The Front | n/a | May 21, 2008 | Wire (Press release) | Falsely promote Cabrera Report as independent and/or neutral. | Amazon Watch and the Front authored a press release falsely stating that Cabrera was independent and misleadingly omitting the RICO Defendants' and their co-conspirators' role in writing his report: "A recent court-ordered report, written by an independent expert, has proposed that Chevron pay a minimum of $7 billion and up to $16 billion to compensate for environmental contamination." Am. Compl. ¶ 214. |
| 88. | Kohn, Swift & Graf, P.C. | Selva Viva | June 9, 2008 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $30,000.00. Am. Compl. ¶¶ 31, 185, 328. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 89. | David Mills, Beltman, Chapman | Steve Hampton, California Department of Fish and Game, Office of Spill Prevention and Response | June 12, 2008 | Email | Falsely promote Cabrera Report as independent and/or neutral. | A Stratus consultant sent an email on behalf of himself, Beltman, Chapman, and others at Stratus, asking Hampton to consider reviewing and endorsing the Cabrera Report. The email fails to disclose Stratus and the other the RICO Defendants' and their co-conspirators' role in ghostwriting the report. Am. Compl. ¶ 181. |
| 90. | Beltman | Amazon Watch | June 26, 2008 | Email | Falsely promote Cabrera Report as independent and/or neutral. | Beltman sent an email to Amazon Watch stating that Stratus was working on assembling a team of "well-credentialed experts" to review Cabrera's report and provide support to be shared with the Lago Agrio court and the media. Am. Compl. ¶ 176. |
| 91. | Donziger | Fajardo, Yanza | June 26, 2008 | Email | Execute scheme to extort and defraud Chevron. | Donziger sent an email urging people to "think again and think outside the box of the law if necessary. Think politics, law, or a combination . . . . If the law is in the way, then tell me how to change the law. If an executive order can help, then tell me how. If the new Constitution can help, tell me how." Am. Compl. ¶ 147. |
| 92. | Kohn, Swift & Graf, P.C. | Selva Viva | July 2, 2008 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $30,000.00. Am. Compl. ¶¶ 31, 185, 328. |

*Chevron Corp. v. Donziger et al.: Amended Complaint Appendix B*

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 93. | Kohn | Beltman | July 7, 2008 | Email | Manufacture false evidence, collude with court-appointed expert, and falsely promote Cabrera Report as independent and/or neutral. | Kohn sent an email to Beltman approving Stratus upcoming work which included executing peer reviews of the Cabrera Report, working on comments on the Cabrera Report, and working on Cabrera response due in November. Am. Compl. ¶ 147. |
| 94. | Beltman | Lazar | July 28, 2008 | Email | Manufacture false evidence, collude with court-appointed expert, and falsely promote Cabrera Report as independent and/or neutral. | Beltman sent an email to another Stratus consultant asking for help editing Stratus's original English versions of annexes to the Cabrera report so that they appear to be translations of the Spanish version of the Cabrera report. Am. Compl. ¶ 152. |
| 95. | Beltman | Donziger | July 29, 2008 | Email | Falsely promote Cabrera Report as independent and/or neutral. | Beltman sent an email to Donziger detailing Stratus's attempts to obtain endorsements for the Cabrera Report, stating they were having difficulty finding academics who were willing to endorse the Cabrera Report, and suggesting they should turn to consultants and/or their internal team for endorsements instead. Am. Compl. ¶ 183. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 96. | Fajardo | Maest, Beltman | July 31, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Fajardo sent an email to Maest and Beltman asking about the progress of comments, which they had agreed to draft by the end of July according to the plan they set out during their meeting in Boulder in June. Am. Compl. ¶147. |
| 97. | Beltman | Maest | August 1, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent Maest and other Stratus consultants an email detailing "what [they] need[ed] to do for the comments on the Cabrera report." Am. Compl. ¶167. |
| 98. | Kohn | Beltman, Donziger | August 5, 2008 | Emails | Manufacture false evidence and collude with court-appointed expert. | In emails exchanged between Kohn, Donziger, and Beltman, Kohn instructed Beltman to conduct analysis "of the type in your section 2 of cleanup to 1,000 ppm instead of 100" because apparently "Cabrera exclusively uses 1000." Am. Compl. ¶147. |
| 99. | Kohn, Swift & Graf, P.C. | Selva Viva | August 11, 2008 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $38,000.00. Am. Compl. ¶¶31, 185, 328. |
| 100. | Kohn, Swift & Graf, P.C. | Selva Viva | September 11, 2008 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $28,000.00. Am. Compl. ¶¶31, 185, 328. |
| 101. | Kohn, Swift & Graf, P.C. | Selva Viva | October 3, 2008 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $32,000.00. Am. Compl. ¶¶31, 185, 328. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 102. | Beltman | Donziger | October 6, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to Donziger listing current work including revising and reevaluating portions of the Cabrera Report, and working with Donziger on how to prepare responses to Chevron's comments on the report. Am. Compl. ¶ 167. |
| 103. | Beltman | Peers | October 27, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman and Stratus consultant Jennifer Peers exchanged emails regarding work of U.S. consultant 3TM in which Peers noted that they needed to revise 3TM's work to "clean up the language so it [would] sound[] more like [Cabrera] and less like a comment." Am. Compl. ¶ 167. |
| 104. | Beltman | Stratus | October 29, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Beltman sent an email to another Stratus consultant noting his desire that work performed by U.S. consultant 3TM "be in a form that someone in Ecuador could have written." Am. Compl. ¶ 167. |
| 105. | Maest | Powers | October 31, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Maest sent an email to Powers asking him to respond to questions to the Cabrera Report posed by the Lago Agrio Plaintiffs. Am. Compl. ¶ 168. |

*Chevron Corp. v. Donziger et al.:* Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 106. | Powers | Maest | November 4, 2008 | Email | Manufacture false evidence, and collude with court-appointed expert. | Powers drafted answers to the questions posed in response to the Cabrera Report and sent them to Maest. The answers were later filed with the Lago Agrio court as Cabrera's answers to questions posed by the Lago Agrio Plaintiffs. Am. Compl. ¶ 168. |
| 107. | Donziger | Beltman | November 4, 2008 | Email | Prevent disclosure of fraudulent scheme. | Donziger sent an email to Beltman regarding the need to prevent expert Richard Clapp from "go[ing] off the reservation" and "talk[ing] to the congressman in a way that damns the Cabrera report with faint praise if you know what I mean." Am. Compl. ¶ 158. |
| 108. | Beltman | Donziger | November 6, 2008 | Email | Prevent disclosure of fraudulent scheme. | Beltman sent an email to Donziger stating they should not distribute copies of either of two reports written by Clapp because one of them would "probably appear in the expert's response to comments. I don't think we should hand out either one as Clapp's, thereby distributing proof." Am. Compl. ¶ 169. |
| 109. | Kohn, Swift & Graf, P.C. | Selva Viva | November 14, 2008 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $40,000.00. Am. Compl. ¶¶ 31, 185, 328. |

*Chevron Corp. v. Donziger et al.: Amended Complaint Appendix B*

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 110. | Beltman | Donziger | November 18, 2008 | Email | Prevent disclosure of fraudulent scheme. | Beltman sent an email to Donziger stating they must limit distribution of a 5-page report written by Clapp regarding his Ecuador trip. Beltman states the report "CANNOT go into the Congressional Record as being authored by him." Am. Compl. ¶158. |
| 111. | Amazon Watch, The Front | n/a | December 1, 2008 | Wire (Press release) | Falsely promote Cabrera Report as independent and/or neutral. | Amazon Watch and the Front distributed a press release about the Stratus review of the Cabrera Report, entitled, "Chevron's $27 Billion Liability in Ecuador's Amazon Confirmed by Team of Independent Scientists." The press release stated that Cabrera was independent and that his report had been confirmed by a "team of independent scientists" and failed to disclose the relationship between Stratus and Cabrera. Am. Compl. ¶233. |
| 112. | Stratus, Beltman, Maest | n/a | December 1, 2008 | Email/Mail/Internet | Falsely promote Cabrera Report as independent and/or neutral. | Stratus released a fifteen page document, signed by Beltman, Maest, and other Stratus consultants, distributed by physical and electronic mail and posted online, "analyzing" and defending Cabrera's report as the work of a court appointed neutral expert, and failing to disclose that Stratus and the other RICO Defendants and their co-conspirators actually drafted the report. Am. Compl. ¶177. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 113. | Amazon Watch | Beltman | December 1, 2008 | Email | Threaten Chevron with economic harm through campaign of public pressure based on false and misleading statements. | Email exchange with the subject line "2009 Shareholder Resolution – Urgent Update" regarding proposed shareholder resolution providing that a "court-appointed expert in the Ecuadorian litigation has recommended that Chevron be held liable for up to $27.3 billion in damages," but failing to disclose that Stratus and the other RICO Defendants and their co-conspirators actually drafted the expert's report finding Chevron liable.  Am. Compl. ¶ 254. |
| 114. | Kohn, Swift & Graf, P.C. | Selva Viva | December 18, 2008 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $30,000.00.  Am. Compl. ¶¶ 31, 185, 328. |
| 115. | Beltman | Cindy Buhl, Office of United States Congressman Jim McGovern | December 19, 2008 | Email | Falsely promote Cabrera Report as independent and/or neutral and threaten Chevron with economic harm through campaign of public pressure based on false and misleading statements. | Beltman provided United States Congressman Jim McGovern's office "some talking points" for an interview with the Los Angeles Times, falsely telling the Congressman's staff that "[t]he Court Expert reviewed available scientific data and concluded that people in the area suffer from many illnesses caused by the contamination, including cancer."  Am. Compl. ¶ 244. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 116. | Fajardo | Berlinger | January 22, 2009 | Email | Falsely promote Cabrera Report as independent and/or neutral and prevent disclosure of fraudulent scheme. | Fajardo sent an email to Bonifiglio and Berlinger reiterating the need to delete the images they had discussed from the Crude documentary, noting the issue was "so serious that we can lose every-thing." Am. Compl. ¶226. |
| 117. | Beltman | Cindy Buhl, Office of United States Congressman Jim McGovern | January 31, 2009 | Email | Falsely promote Cabrera Report as independent and/or neutral. | Beltman forwarded Cabrera's reports, stating "[t]he Court Expert's March 2008 report summary is attached," and that "[a]lso attached is the November 2008 response to the [Lago Agrio] Plaintiff's questions that was written by the Court Expert." Beltman failed to disclose that he and the Lago Agrio Plaintiffs' other U.S. consultants ghostwrote the report as well as the re-sponse. Am. Compl. ¶244. |
| 118. | Kohn, Swift & Graf, P.C. | Selva Viva | February 4, 2009 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $30,000.00. Am. Compl. ¶¶31, 185, 328. |

*Chevron Corp. v. Donziger et al.: Amended Complaint Appendix B*

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 119. | Amazon Watch, The Front, Fajardo | n/a | February 13, 2009 | Wire (Press Release) | Falsely promote Cabrera Report as independent and/or neutral. | Amazon Watch and the Front issued a press release in which Fajardo made knowingly false statements about Cabrera's independence, stating that the comments made by Chevron General Counsel Charles James "alleging without proof that an independent court expert was cooperating with the plaintiffs were 'false and defamatory' and could expose Chevron shareholders to additional liability." Am. Compl. ¶ 249. |
| 120. | Kohn, Swift & Graf, P.C. | Selva Viva | March 9, 2009 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $30,000.00. Am. Compl. ¶¶ 31, 185, 328. |
| 121. | Beltman | Donziger | March 18, 2009 | Email | Falsely promote Cabrera Report as independent and/or neutral. | Beltman sent Donziger an email containing draft language denying that the Lago Agrio Plaintiffs were in collusion with Cabrera and claiming that "Cabrera's November response to the plaintiffs is clearly his own." However, Beltman knew that he and the Lago Agrio Plaintiffs' other U.S. consultants had drafted the response. Am. Compl. ¶ 234. |

*Chevron Corp. v. Donziger et al.: Amended Complaint Appendix B*

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 122. | Ali Pflaum | Emma Vaughn | April 6, 2009 | Email | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | At the request of the RICO defendants, who were attempting to cover up Carlos Beristain's presence in some Crude footage, Pflaum sent an email to Emma Vaugn at CNN, asking her to "NOT include any footage from Trudie's visit to the Cofan community that features a man in a white t-shirt." Am. Compl. ¶227. |
| 123. | Kohn, Swift & Graf, P.C. | Selva Viva | April 21, 2009 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $10,000.00. Am. Compl. ¶¶ 31, 185, 328. |
| 124. | Kohn, Swift & Graf, P.C. | Selva Viva | May 7, 2009 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $20,000.00. Am. Compl. ¶¶ 31, 185, 328. |
| 125. | Amazon Watch, Donziger | Chevron Shareholders | May 25, 2009 | Mail | Threaten Chevron with economic harm through campaign of public pressure based on false and misleading statements. | Amazon Watch sent a letter to Chevron shareholders asserting Chevron had made "false, misleading, or incomplete filings with the SEC," quoting two analysts stating the litigation was hurting Chevron's stock price, and relying on the "independent court damages assessment" without disclosing  that the RICO Defendants and their co-conspirators had written that "assessment." Am. Compl. ¶ 250. |
| 126. | Kohn, Swift & Graf, P.C | Selva Viva | May 28, 2009 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $22,000.00.  Am. Compl. ¶¶ 31, 185, 328. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 127. | Beltman | Representative of Brazil's Aggue Magal-hães (Haggai Magellan) Re-search Center | June 26, 2009 | Email | Falsely promote Cabrera Report as independent and/or neutral. | Beltman sent an email to the Center seeking an endorsement of the Cabrera Report, providing a copy of the report and Stratus's analysis of it, and rec-ommending the Center sign an evalua-tion that Stratus drafted. Stratus failed to disclose its own consultants ghost-wrote the report. Am. Compl. ¶ 182. |
| 128. | Kohn, Swift & Graf, P.C. | Selva Viva | June 29, 2009 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $20,000.00.  Am. Compl. ¶¶ 31, 185, 328. |
| 129. | Kohn, Swift & Graf, P.C. | Selva Viva | July 16, 2009 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $70,000.00.  Am. Compl. ¶¶ 31, 185, 328. |
| 130. | Kohn, Swift & Graf, P.C. | Selva Viva | August 26, 2009 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $20,000.00.  Am. Compl. ¶¶ 31, 185, 328. |
| 131. | Andrew Wil-son | Donziger, Beltman | August 29, 2009 | Email | Manipulate and collude with Ecua-dorian judicial sys-tem. | Wilson sent an email to Donziger, and Beltman, attaching transcripts from two meetings with Judge Nuñez, noting one transcript "seems to show Nuñez was aware that his actions were helping fur-ther something that was improper to be part of as a judge."  Am. Compl. ¶ 91. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 132. | Yanza | Donziger | September 17, 2007 | Email | Fund extortionate scheme to defraud Chevron. | Yanza sent an email to Donziger with the subject line "transfer" and containing details for a bank account for the Frente in Lago Agrio. Yanza notes, "I hope you make a deposit right away because I offered to give the Wao [Cabrera] another advance tomorrow and I don't want to look bad." Am. Compl. ¶¶ 29, 185, 328-29. |
| 133. | Kohn, Swift & Graf, P.C. | Selva Viva | September 23, 2009 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $20,000.00. Am. Compl. ¶¶ 31, 185, 328. |
| 134. | Donziger | Beltman | September 30, 2009 | Email | Execute extortionate scheme by colluding with the Government of Ecuador. | Donziger sent an email to Beltman noting he was meeting with the Republic of Ecuador's attorneys in DC and needed Beltman to provide scientific analysis. Am. Compl. ¶ 82. |
| 135. | Beltman | Donziger | September 30, 2009 | Email | Execute extortionate scheme by colluding with the Government of Ecuador. | Beltman agreed to be available for a call to discuss scientific evidence to be provided to the Republic of Ecuador's attorneys. Am. Compl. ¶ 82. |
| 136. | Kohn, Swift & Graf, P.C. | Selva Viva | October 20, 2009 | Payment via Wire Transfer | Fund extortionate scheme to defraud Chevron. | Disbursement of $27,000.00. Am. Compl. ¶¶ 31, 185, 328. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 137. | Amazon Watch, Donziger | Chevron Chief Executive Officer John Watson | December 17, 2009 | Mail | Threaten Chevron with economic harm through campaign of public pressure based on false and misleading statements. | Amazon Watch sent a letter to Chevron's then Chief Executive Officer citing the fraudulent damages assessment from the Cabrera Report and threatening "until Chevron takes meaningful steps to resolve this case, it will continue to play out in the courts of Ecuador, as well as the global court of opinion" and warning "we don't make these suggestions lightly or symbolically." Am. Compl. ¶ 222. |
| 138. | RICO Defendants, Donziger | United States District Court, Southern District of New York | January 14, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Complaint caused to be filed by the RICO Defendants and their co-conspirators on behalf of the Lago Agrio Plaintiffs in a U.S. court made false and misleading statements about Cabrera's independence with the intent of securing a court order compelling Chevron to stay the treaty arbitration. Am. Compl. ¶ 308. |
| 139. | Donziger | Calmbacher | March 2010 | Telephone | Prevent disclosure of fraudulent scheme. | Donziger telephoned Calmbacher in an attempt to prevent him from exposing the truth about the falsified reports filed in his name by the RICO Defendants and their co-conspirators. Am. Compl. ¶ 315. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 140. | Julio Prieto | Donziger, Yanza, Fajardo | March 30, 2010 | Email | Prevent disclosure of fraudulent scheme. | Prieto sent an email to Donziger, Yanza, and Fajardo noting that "the effects" of disclosure were "potentially devastating in Ecuador (apart from destroying the proceeding, all of us, your attorneys, might go to jail)." Am. Compl. ¶ 270. |
| 141. | RICO Defendants, Donziger | United States District Court, Southern District of New York | April 23, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Filing in U.S. court by the RICO Defendants and their co-conspirators making false and misleading statements regarding the relevance of *Crude* footage with the intent of deceiving the court. The RICO Defendants and their co-conspirators asserted the footage had "no relevance to anything" but the subsequently obtained footage showed evidence of the RICO Defendants' and their co-conspirators' collusion and scheme to defraud Chevron. Am. Compl. ¶ 305. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 142. | Andrew Wilson | Donziger | April 23, 2010 | Email | Prevent disclosure of fraudulent scheme. | Wilson sent an email regarding "next steps," and, regarding the Chapman deposition, stated that "Chapman did an excellent job of not remembering anything – but Chevron will be able to do a side-by-side comparisons [*sic*] of Stratus work product and his report to a judge that will smell bad . . . we need a way to explain how he got access to our docs. Because it seems that he did incorporate Stratus work product and the longer we do not let the real story come out the worse it will be when it does." Am. Compl. ¶ 274. |
| 143. | Donziger | Wilson | April 23, 2010 | Email | Prevent disclosure of fraudulent scheme. | Donziger responded to April 23, 2010 Wilson email re "explaining" collusion with expert, saying "We need a face to face asap. When is beltman depo?" Am. Compl. ¶ 274. |
| 144. | Wilson | Donziger | May 4, 2010 | Email | Prevent disclosure of fraudulent scheme. | Wilson wrote in email exchange that "[t]he more we emphasisze [sic] [Cabrera's] neutrality the less sense it makes that we were talking to him outside of school." Am. Compl. ¶ 278. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 145. | Jay Horowitz | Donziger | May 5, 2010 | Email | Prevent disclosure of fraudulent scheme. | Co-conspirator Horowitz sent an email to co-conspirator Westenberger and Donziger, discussing strategies for preventing discovery and noting that arguing Cabrera "considered" Stratus's work would be "way too much of a stretch" given that substantial portions of the Cabrera report were written by Stratus consultants. Am. Compl. ¶ 278. |
| 146. | RICO Defendants, Stratus, Donziger | United States District Court, District of Colorado | May 5, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Filing in U.S. court by the RICO Defendants and their co-conspirators making false and misleading statements regarding Cabrera's independence with the intent of deceiving the court. In a Motion for Protective Order, the RICO Defendants and their co-conspirators misrepresented that Cabrera was independent. Am. Compl. ¶ 273. |
| 147. | Fajardo, RICO Defendants | United States District Court, District of Colorado | May 5, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Declaration of Fajardo filed in a U.S. court making false and misleading statements about Cabrera's independence with the intent of deceiving the court. Fajardo falsely claimed Cabrera's work was independent, and grossly misstated the level of disclosure provided to Chevron and the court regarding the RICO Defendants' and their co-conspirators' work with Cabrera. Am. Compl. ¶ 287. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 148. | RICO Defendants, Donziger | United States District Court, Southern District of Texas | May 7, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Filing in U.S. court by the RICO Defendants and their co-conspirators making false and misleading statements regarding Cabrera's independence with the intent of deceiving the court. The RICO Defendants and their co-conspirators misrepresented that Cabrera was independent. Am. Compl. ¶273. |
| 149. | Fajardo; RICO Defendants | United States District Court, Southern District of Texas | May 7, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Declaration of Fajardo filed in a U.S. Court making false and misleading claims regarding Cabrera's independence with intent of deceiving the court. Fajardo falsely claimed Cabrera's work was independent, and grossly misstated the level of disclosure provided to Chevron and the court regarding the RICO Defendants' and their co-conspirators' work with Cabrera. Am. Compl. ¶287. |
| 150. | Jonathan Abady | Donziger | May 16, 2010 | Email | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Abady, responding to Maazel's email expressing concern about Stratus' relationship with Cabrera, acknowledged that one problem they had was "Cabrera's wholesale adoption of Stratus' work product w/o attribution," but despite that he still thought there was a basis for asserting that "all aspects of our relationship w Cabrera were ok." Am. Compl. ¶278. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 151. | Horowitz | Donziger | May 16, 2010 | Email | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | In an email chain among RICO co-conspirators regarding representations regarding the Lago Agrio Plaintiffs' relationship with Cabrera in a planned court filing, Horowitz concluded that "it appears not only that Cabrera and plaintiffs can be charged with a 'fraud'" due to Cabrera's report, "but that Stratus was an active conspirator." Am. Compl. ¶ 284. |
| 152. | RICO Defendants, Stratus, Donziger | United States District Court, District of Colorado | May 17, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Filing in U.S. court by the RICO Defendants and their co-conspirators making false and misleading statements regarding Cabrera's independence with the intent of deceiving the court. The RICO Defendants and their co-conspirators claimed Cabrera's statements that he was independent occurred before a Lago Agrio court order authorizing submissions from the parties. However, the RICO Defendants and their co-conspirators maintained an ongoing relationship with Cabrera for nearly a year prior to that order. Am. Compl. ¶ 288-89. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 153. | Fajardo | n/a | May 24, 2010 | Wire (Press Release) | Falsely promote Cabrera Report as independent and/or neutral. | When asked about the involvement of Stratus, Fajardo told the media, "They are our technical advisers in the United States, and they have worked with us for some years, but they have never interfered in the trial." Am. Compl. ¶ 235. |
| 154. | Maazel | Donziger | May 27, 2010 | Email | Prevent disclosure of fraudulent scheme. | Co-conspirator Maazel sent an email to Donziger discussing strategies to avoid the "Stratus/Cabrera revelation" from coming out in court in Colorado. Am. Compl. ¶ 271. |
| 155. | Westenberger | Donziger | May 27, 2010 | Email | Prevent disclosure of fraudulent scheme. | Co-conspirator Westenberger, in discussing strategies for limiting discovery of the Cabrera fraud via email, wrote "What about the following? Appeal; move for stay; if we win with kane great; if we lose, we produce whatever we want (narrow read); gd complains and then we move for clarification. If we lose again, we think about another appeal." Am. Compl. ¶ 300. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 156. | Donziger | Wilson | May 27, 2010 | Email | Prevent disclosure of fraudulent scheme. | Donziger sent an email to Wilson stating, "I think we should appeal on the theory that we gain a greater advantage by fighting them on everything, and tying them up, than in conceding any-one thing even if we expect to ulti-mately lose that one thing down the road." Am. Compl. ¶ 300. |
| 157. | Fajardo, RICO Defen-dants | United States District Court, Dis-trict of New Jersey | June 7, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as inde-pendent and/or neu-tral. | Declaration of Fajardo filed in U.S. Court making false and misleading claims regarding Cabrera's independ-ence with intent of deceiving the court. Fajardo falsely claimed Cabrera's work was independent, and grossly misstated the level of disclosure provided to Chevron and the court regarding the RICO Defendants' and their co-conspirators' work with Cabrera. Am. Compl. ¶ 287. |
| 158. | RICO Defen-dants, Donziger | United States District Court, Dis-trict of New Jersey | June 7, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as inde-pendent and/or neu-tral. | Filing in U.S. court by the RICO De-fendants and their co-conspirators mak-ing false and misleading statements regarding Cabrera's independence with the intent of deceiving the court. The RICO Defendants and their co-conspirators misrepresented that Cabrera was independent. Am. Compl. ¶ 273. |

*Chevron Corp. v. Donziger et al.: Amended Complaint Appendix B*

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 159. | Amazon Watch, The Front | n/a | June 8, 2010 | Wire (Press release) | Falsely promote Cabrera Report as independent and/or neutral. | In a press release, the RICO Defendants and their co-conspirators claimed the $27 billion figure in the Cabrera Report was "starting to look like a glaring underestimate compared to the astronomical damages facing BP in the gulf oil spill, according to an analysis in *The New York Times* published today." Am. Compl. ¶ 214. |
| 160. | Donziger | James Tyrell, Eric Westenberger, Eric Daleo | June 14, 2010 | Email | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Donziger sent an email to co-conspirators at Patton Boggs discussing their plan to repackage the fraudulent Cabrera Report. He explained: "The Ecuador team is getting nervous that there is an increasing risk that our 'cleansing' process is going to be outrun by the judge and we will end up with a decision based entirely on Cabrera. Absent our intervention ASAP, they believe the judge could issue autos para sentencia in about 3-4 weeks, which would in effect bar our remedy to the Cabrera problem." Am. Compl. ¶ 191. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 161. | RICO Defendants, Donziger | United States Court of Appeals, Second Circuit | June 14, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Filing in U.S. court by the RICO Defendants and their co-conspirators making false and misleading statements with the intent of deceiving the court. The RICO Defendants and their co-conspirators made knowingly false statements about the content of *Crude* footage, and with knowing falsity claimed Chevron had never made the arguments regarding wrongdoing before the Ecuadorian court.  Am. Compl. ¶ 304. |
| 162. | Abady, Wilson | Donziger | June 15, 2010 | Email | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Abady sent an email to Donziger and other co-conspirators suggesting they admit that they submitted findings to Cabrera which were properly adopted by Cabrera, and by failing to admit such, they looked "coy at best and silly and untrustworthy at worst." Wilson responded wondering "whether we do better by explaining that we authored the report – rather than letting Chevron tell that story like Nancy Drew."  Am. Compl. ¶ 272. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 163. | RICO Defendants, Donziger | United States District Court, District of Colorado | June 21, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Filing in U.S. court by the RICO Defendants and their co-conspirators making false and misleading statements with the intent of deceiving the court. In a "Second Response to 'Update on Lago Agrio Proceeding,'" the RICO Defendants and their co-conspirators falsely claimed that any of their materials which had ultimately been included in Cabrera's report were submitted to Cabrera pursuant to a Lago Agrio court order. Am. Compl. ¶ 273. |
| 164. | Fajardo, RICO Defendants | United States District Court, District of Colorado | June 21, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Filing in U.S. court by the RICO Defendants and their co-conspirators attaching as an exhibit a filing Fajardo submitted to the Lago Agrio court, which makes false and misleading statements regarding Cabrera's independence, with the intent of deceiving the court. Am. Compl. ¶ 273. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 165. | Fajardo, RICO Defendants | United States District Court, Southern District of California | June 26, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Declaration of Fajardo filed in U.S. Court making false and misleading claims regarding Cabrera's independence with intent of deceiving the court. Fajardo falsely claimed Cabrera's work was independent, and grossly misstated the level of disclosure provided to Chevron and the court regarding the RICO Defendants' and their co-conspirators' work with Cabrera. Am. Compl. ¶ 287. |
| 166. | Donziger, RICO Defendants | United States District Court, Southern District of California | June 26, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Filing in U.S. court by the RICO Defendants and their co-conspirators making false and misleading statements regarding Cabrera's independence with the intent of deceiving the court. The RICO Defendants and their co-conspirators misrepresented that Cabrera was independent. Am. Compl. ¶ 273. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 167. | Donziger, RICO Defendants | United States District Court, District of Colorado | July 9, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Filing in U.S. court by the RICO Defendants and their co-conspirators making false and misleading statements regarding Cabrera's independence with the intent of deceiving the court. The RICO Defendants and their co-conspirators falsely contended Cabrera was not an expert for one party, but a court-appointed neutral, despite the facts that they met with Cabrera prior to his appointment to plan his expert report and that the RICO Defendants' U.S. team actually wrote the report. Am. Compl. ¶ 273. |
| 168. | Donziger | Daleo | July 2, 2010 | Email | Prevent disclosure of fraudulent scheme. | Daleo sent an email to Westenberger stating that "tomorrow's production to Chevron will be the leanest to date at 37 documents," and that unfortunately, they "are coming to what appears to be the end the road in terms of 'publicly available' material to produce." Daleo then notes that "[if] you think this is unacceptably low, we can produce some documents we were trying to hold off producing that are nonprivileged but potentially damaging." Donziger responds, "excellent." Am. Compl. ¶ 271-72. |

*Chevron Corp. v. Donziger et al.: Amended Complaint Appendix B*

47

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 169. | Wilson | Donziger | July 19, 2010 | Email | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Donziger and RICO co-conspirators discussed what to say regarding the Lago Agrio Plaintiffs' relationship with Villao, a Cabrera team member who also worked for the Lago Agrio Plaintiffs. Wilson warned they needed to be careful because it was "not clear our relationship with Villao was disclosed." Am. Compl. ¶ 277. |
| 170. | Donziger | Wilson | July 19, 2010 | Email | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Donziger responded, "we say not concealed. Is that good enough? We could also not respond." Am. Compl. ¶ 277. |
| 171. | Wilson | Donziger | July 19, 2010 | Email | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Wilson responded to Donziger's email about Villao disclosure, noting that if Villao worked for UBR at the same time he was on Cabrera's team, it was not on his CV which "seems a bit like concealment." Wilson then recommended not making a specific comment about Villao. Am. Compl. ¶ 277. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 172. | Westenberger | Donziger | July 22, 2010 | Email | Prevent disclosure of fraudulent scheme | Westenberger sent an email to Donziger pointing out problems with Fajardo's "attempt to compare what Chevron supposedly did vis a vis certain experts what allegedly happened with plaintiffs and Cabrera." Nonetheless, in multiple briefs subsequently filed in various actions, RICO Defendants argued that what they did vis-à-vis Cabrera was akin to what Chevron allegedly did vis-à-vis Barros. Am. Compl. ¶ 295. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 173. | RICO Defendants, Donziger | United States Court of Appeals, Third Circuit | July 30, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Filing in U.S. court by the RICO Defendants and their co-conspirators making false and misleading statements regarding Cabrera's independence with the intent of deceiving the court. The RICO Defendants and their co-conspirators claimed that Cabrera's statements that he was independent all occurred before a Lago Agrio court order authorizing submissions from the parties. However, the RICO Defendants and their co-conspirators maintained an ongoing relationship with Cabrera for nearly a year prior to that order. The RICO Defendants and their co-conspirators also argued in the filing that there was no evidence supporting Chevron's claim that Villao had any connection to Chevron, or that he had even worked for UBR when he was a member of Cabrera's disclosed team. But several months later, when this District ordered Defendant Donziger to produce his own files, they revealed that Donziger and the other RICO Defendants and their co-conspirators had had direct communications with Villao regarding his contribution to the Cabrera Report. Am. Compl. ¶ 277. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 174. | RICO Defendants, Donziger | United States Court of Appeals, Fifth Circuit | August 2, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Filing in U.S. court by the RICO Defendants and their co-conspirators making false and misleading statements regarding Cabrera's independence with the intent of deceiving the court. The RICO Defendants and their co-conspirators claimed that Cabrera's statements that he was independent all occurred before a Lago Agrio court order authorizing submissions from the parties. However, the RICO Defendants and their co-conspirators maintained an ongoing relationship with Cabrera for nearly a year prior to that order. Am. Compl. ¶ 288-89. |
| 175. | Fajardo, RICO Defendants | United States District Court, Middle District of Tennessee | August 11, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Declaration of Fajardo filed in U.S. Court making false and misleading statements regarding Cabrera's independence with intent of deceiving the court. Fajardo falsely claimed Cabrera's work was independent, and grossly misstated the level of disclosure provided to Chevron and the court regarding the RICO Defendants' and their co-conspirators' work with Cabrera. Am. Compl. ¶ 287. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 176. | Adlai Small | Donziger | August 18, 2010 | Email | Prevent disclosure of fraudulent scheme. | Small sent an email to Donziger discussing expert report issues, and stated, "One overarching theme to think about throughout this process is how we want the new expert to address the Cabrera report and its conclusion. While our new expert will most likely rely on some of the same data as Cabrera (and come to the same conclusions as Cabrera), do we think the expert should make specific mention of such consistencies?" Small went on to explain to Donziger that he thought they should attempt to structure the new expert reports in such a way that they might rehabilitate the tainted Cabrera report to some degree, so that someone presented with the new reports "might feel comfortable concluding that certain parts of Cabrera are a valid basis for damages. Am. Compl. ¶ 191. |
| 177. | Abady | Donziger | August 19, 2010 | Email | Prevent disclosure of fraudulent scheme. | Abady sent an email to Donziger and others noting that the Weinberg Group's purpose was to "provid[e] a submission with their name on it." Am. Compl. ¶ 192. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 178. | Fajardo, RICO Defendants | United States District Court, Western District of North Carolina | August 24, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Declaration of Fajardo filed in U.S. Court making false and misleading claims regarding Cabrera's independence with intent of deceiving the court. Fajardo falsely claimed Cabrera's work was independent, and grossly misstated the level of disclosure provided to Chevron and the court regarding the RICO Defendants' and their co-conspirators' work with Cabrera. Am. Compl. ¶ 287. |
| 179. | Fajardo, RICO Defendants | United States District Court, District of New Mexico | August 25, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Declaration of Fajardo filed in U.S. Court making false and misleading claims regarding Cabrera's independence with intent of deceiving the court. Fajardo falsely claimed Cabrera's work was independent, and grossly misstated the level of disclosure provided to Chevron and the court regarding the RICO Defendants' and their co-conspirators' work with Cabrera. Am. Compl. ¶ 287. |

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 180. | Fajardo, RICO Defendants | United States District Court, Southern District of New York | August 28, 2010 | Electronic Case Filing and Service | Prevent disclosure of fraudulent scheme and falsely promote Cabrera Report as independent and/or neutral. | Declaration of Fajardo filed in U.S. Court making false and misleading claims regarding Cabrera's independence with intent of deceiving the court. Fajardo falsely claimed Cabrera's work was independent, and grossly misstated the level of disclosure provided to Chevron and the court regarding the RICO Defendants' and their co-conspirators' work with Cabrera. Am. Compl. ¶ 287. |
| 181. | Daleo | Donziger | September 8, 2010 | Email | Prevent disclosure of fraudulent scheme. | Donziger and co-conspirators from Patton Boggs discussed via email the importance of having someone defend the Powers deposition, given "[h]e has substantial knowledge and involvement in the Cabrera Report drafting." Am. Compl. ¶ 276. |
| 182. | Maazel | Donziger | September 22, 2010 | Email | Prevent disclosure of fraudulent scheme. | Co-conspirator Maazel and Donziger discussed a strategy for preventing disclosure of Donziger's emails by claiming the only fraud was Donziger's and not the Lago Agrio Plaintiffs'. Am. Compl. ¶ 298. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B

| | From | To | Date | Format | Purpose | Description and Complaint Reference |
|---|---|---|---|---|---|---|
| 183. | Donziger, Donziger & Associates, PLLC | Michael Goldhaber | October 20, 2010 | Email | Threaten Chevron with economic harm through campaign of public pressure based on false and misleading statements. | Donziger sent an email to Goldhaber discussing "off the record" details regarding Diego Borja for potential inclusion in a press release.  Am. Compl. ¶ 214. |
| 184. | Donziger, Donziger & Associates, PLLC | Westenberger | November 10, 2010 | Email | Threaten Chevron with economic harm through campaign of public pressure based on false and misleading statements. | Donziger sent an email to co-conspirator Westenberger asking if it would be okay with Karen Hinton sitting in on their meeting and talk about press strategy.  Am. Compl. ¶ 214. |

*Chevron Corp. v. Donziger et al.*: Amended Complaint Appendix B