UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN DONZIGER *et al.*,<br><br>    Defendants. | CASE NO. 11-CV-0691 (LAK) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants HUGO GERARDO CAMACHO NARANJO AND JAVIER PIAGUAJE PAYAGUAJE (the "Ecuadorian Plaintiffs"), in the above-captioned action.

Undersigned counsel appears without waiver of the Ecuadorian Plaintiffs' defenses to the allegations of the Complaint and/or service thereof, including but not limited to the defense of lack of personal jurisdiction. Undersigned counsel respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, an attorney duly admitted to practice before this Court:

Tyler G. Doyle<br>
SMYSER KAPLAN & VESELKA, L.L.P.<br>
700 Louisiana, Suite 2300<br>
Houston, TX 77002<br>
Tel: 713.221.2358<br>
Fax: 713.221.2320<br>
tydoyle@skv.com

Dated:   December 12, 2011
        Houston, Texas

329142.1

SMYSER KAPLAN & VESELKA, L.L.P.

By: /s/ Tyler G. Doyle
TYLER G. DOYLE
CRAIG SMYSER (*pro hac vice pending*)
LARRY R. VESELKA (*pro hac vice pending*)
CHRISTINA A. BRYAN (*pro hac vice pending*)
700 Louisiana, Suite 2300
Houston, TX 77002
Telephone: 713.221.2330
Facsimile:  713.221.2320
Email:   tydoyle@skv.com
Email:   csmyser@skv.com
Email:   lveselka@skv.com
Email:   cbryan@skv.com

Attorneys for Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje

## CERTIFICATE OF SERVICE

On December 12, 2011, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of Court using the CM/ECF system which shall forward a true copy to all counsel of record and pursuant to Local Rule 5.2 is deemed service for purposes of Fed. R. Civ. P. 5.   I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2011.

/s/ Tyler G. Doyle
Tyler G. Doyle

329142.1