UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CHEVRON CORPORATION,

        Plaintiff,

v.

STEVEN DONZIGER, et al.,

        Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/11

CASE NO. 11-CV-0691 (LAK)

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced by Chevron Corporation on February 1, 2011, with the filing of the summons and complaint. I further certify that this Court found in an Opinion dated March 7, 2011 that Defendants Pablo Fajardo Mendoza ("Fajardo"), Luis Yanza ("Yanza"), Frente de Defensa de la Amazonia (the "Frente"), Selva Viva Selviva Cia, Ltda. ("Selva Viva"), and 45 of the Lago Agrio Plaintiffs[1] (the "45 defaulting Lago Agrio

---

[1] There are 47 individual Ecuadorian Defendants known as the "Lago Agrio Plaintiffs." *See* Dkt. 1. Of these defendants, only two (Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje) have not yet defaulted. *See* Dkt. 129; Dkt. 181 at 87-88. The 45 defaulting Lago Agrio Plaintiffs are: Maria Aguinda Salazar, Carlos Grefa Huatatoca, Catalina Antonia Aguinda Salazar, Lidia Alexandra Aguinda Aguinda, Patricio Alberto Chimbo Yumbo, Clide Ramiro Aguinda Aguinda, Luis Armando Chimbo Yumbo, Beatriz Mercedes Grefa Tanguila, Lucio Enrique Grefa Tanguila, Patricio Wilson Aguinda Aguinda, Celia Irene Viveros Cusangua, Francisco Matias Alvarado Yumbo, Francisco Alvarado Yumbo, Olga Gloria Grefa Cerda, Lorenzo Jose Alvarado Yumbo, Narcisa Aida Tanguila Narvaez, Bertha Antonia Yumbo Tanguila, Gloria Lucrecia Tanguila Grefa, Francisco Victor Tanguilla Grefa, Rosa Teresa Chimbo Tanguila, Jose Gabriel Revelo Llore, Maria Clelia

[Footnote continued on next page]

Plaintiffs") are in default for failing to timely answer or otherwise respond to the complaint. Dkt. 181 at 3, 99-100. I further certify that the docket entries indicate a copy of the summons and complaint, and other supporting papers, was served on defaulting defendants as follows:

1. In accordance with the Court's Order to Show Cause Why a Temporary Restraining Order and Preliminary Injunction Should Not Be Entered filed on February 3, 2011, Dkt. 4, Fajardo, Yanza, the Frente, Selva Viva, and the 45 defaulting Lago Agrio Plaintiffs were properly served by overnight mail on February 3, 2011 and by e-mail on February 4, 2011. *See* Dkt. 75, 96, 117.

2. In addition to the service methods authorized by the Court's Order to Show Cause Why a Temporary Restraining Order and Preliminary Injunction Should Not Be Entered, the Frente was personally served on February 14, 2011. *See* Dkt. 92, 93. Fajardo and Yanza were personally served on February 15, 2011. *See* Dkt. 115, 116.

I further certify that the Court entered an order on February 24, 2011 in which it extended the deadline for the Defaulting Defendants to respond to the Complaint from February 25, 2011 to March 1, 2011. *See* Dkt. 127.

---

[Footnote continued from previous page]
Reascos Revelo, Maria Magdalena Rodriguez Barcenes, Jose Miguel Ipiales Chicaiza, Heleodoro Pataron Guaraca, Luisa Delia Tanguila Narvaez, Lourdes Beatriz Chimbo Tanguila, Maria Hortencia Viveros Cusangua, Segundo Angel Amanta Milan, Octavio Ismael Cordova Huanca, Elias Roberto Piyahuaje Payahuaje, Daniel Carlos Lusitande Yaiguaje, Benancio Fredy Chimbo Grefa, Guillermo Vicente Payaguaje Lusitante, Delfin Leonidas Payaguaje Payaguaje, Alfredo Donaldo Payaguaje Payaguaje, Teodoro Gonzalo Piaguaje Payaguaje, Miguel Mario Payaguaje Payaguaje, Fermin Piaguaje Payaguaje, Reinaldo Lusitande Yaiguaje, Luis Agustin Payaguaje Piaguaje, Emilio Martin Lusitande Yaiguaje, Simon Lusitande Yaiguaje, Armando Wilfrido Piaguaje Payaguaje, and Angel Justino Piaguage Lucitante. *Id.*

2

I further certify that the docket entries indicate that Fajardo, Yanza, the Frente, Selva Viva, and the 45 defaulting Lago Agrio Plaintiffs have failed to appear or file any proper response with respect to the complaint herein.

The default of the aforementioned Defendants is hereby noted.

Dated: New York, New York
      March 11, 2011

_____
**RUBY J. KRAJICK**
Clerk of the Court

By: _____
Deputy Clerk