UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHEVRON CORPORATION,

          Plaintiff,

-against-                        11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

          Defendants.
------------------------------------------------x

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6/25/12 |

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        1.    By paragraph 2 of the order filed February 16, 2012 [DI 389], the Court directed that deposition testimony should not be given, nor interrogatories or requests for admissions substantively answered, nor requested or subpoenaed documents produced pending further order of the Court. So much of paragraph 2 of that order is hereby vacated. Discovery now shall proceed in the ordinary course.

        2.    The Court has fully considered the parties' submissions with respect to scheduling. This case shall proceed in accordance with the following schedule:

        (a)    Applications for leave to amend or to add additional parties shall be made no later than August 1, 2012.

        (b)    Absent leave of Court, no interrogatories, document requests, or requests for admissions shall be served after December 1, 2012.

        (c)    Initial expert disclosures shall be served no later than February 1, 2013.

        (d)    Rebuttal expert disclosures shall be served no later than March 15, 2013.

        (e)    All discovery shall be completed no later than May 31, 2013.

        (f)    The joint pretrial order, requests to charge, and any motions for summary judgment shall be filed no later than June 30, 2013.

2

3.  Compliance with Rule 26(a)(1)(iii) is deferred pending further order of the Court.

SO ORDERED.

Dated:   June 25, 2012

_____
Lewis A. Kaplan
United States District Judge