UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHEVRON CORPORATION,

               Plaintiff,

-against-                                       11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

               Defendants.
------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/12
```

                                             **ORDER**

LEWIS A. KAPLAN, *District Judge*.

        Plaintiff's motion to carry over from 11 Civ. 3718 (LAK) and calendar the motion practice as to subpoenas served on Joseph Kohn (and his firm), Andrew Woods and Laura Garr [DI 475] is denied. But it would be exceptionally wasteful to begin all over again, principally to re-serve papers already served. A principal effect of such a course, moreover, would be to consume time unnecessarily. Accordingly,

        1.     The subpoenas previously served on Mr. Kohn, his firm and Ms. Garr in the prior action are deemed to have been served today in this action except to the extent that any of these witnesses demonstrates, on or before July 7, 2012, that the witness or witnesses no longer is within the geographic range of subpoenas issued by this Court. In the case of Mr. Woods, the subpoena previously served on him is not deemed to have been served today as he already has demonstrated that he no longer is within the geographic range of subpoenas issued by this Court.

        2.     Chevron is deemed to have moved to compel Mr. Kohn, his firm and Ms. Garr to comply with the subpoenas addressed to them. The Court takes judicial notice of the papers submitted in support of and in opposition to the motion to compel that was made in the prior action. Mr. Kohn, his firm, Ms. Garr and the defendants in this action on or before July 12, 2012 may supplement the opposing papers submitted in the prior action. Chevron may respond to any such additional filings on or before July 21, 2012. Mr. Kohn, his firm, Ms. Garr, and the defendants in this action may reply to any such response by Chevron on or before July 28, 2012.

        SO ORDERED.

Dated:    June 25, 2012

                                                          Lewis A. Kaplan
                                                  United States District Judge