DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/12

KAPLAN, J

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN DONZIGER, THE LAW OFFICES OF STEVEN R. DONZIGER; et al.,<br><br>Defendants. | Case No. 11-CV-0691 (LAK) |



RECEIVED
OCT 12 2012
JUDGE KAPLAN'S CHAMBERS

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED that the time of Defendants Steven Donziger, The Law Offices of Steven R. Donziger and Donziger & Associates, PLLC to file papers in opposition to Chevron Corporation's Motion for Summary Judgment on its Eighth Claim for Relief (Dkt. No. 583) and Chevron Corporation's Statement of Material Facts in Support of Motion for Summary Judgment on its Eighth Claim for Relief (Dkt. No. 585) is extended by fourteen days, to November 5, 2012.

IT IS FURTHER STIPULATED that the time of Chevron Corporation to file a reply brief in support of its Motion for Summary Judgment is extended by an additional seven days beyond the time provided for in the Local Rules. Therefore, Chevron Corporation shall have up to fourteen days, plus any additional days afforded due to the method of service, to file a reply brief.

The foregoing STIPULATION is without prejudice to any parties right to seek additional time from the Court pursuant to the Federal Rules of Civil Procedure, the Local Civil Rules of

699054.01

this District, and the Court's individual practices.

SO STIPULATED.

Dated: October 10, 2012

By: *Randy M. Mastro / JKS*
RANDY M. MASTRO
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone:   212.351.4000
Facsimile:   212.351.4035
Email:   rmastro@gibsondunn.com

**Attorneys for Plaintiff**
CHEVRON CORPORATION

Dated: October 10, 2012

By: *[signature]*
JOHN W. KEKER (*pro hac vice*)
ELLIOT R. PETERS
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1704
Telephone:   415.391.5400
Facsimile:   415.397.7188
Email:   jkeker@kvn.com
Email:   epeters@kvn.com

**Attorneys for Defendants**
STEVEN DONZIGER, THE LAW OFFICES
OF STEVEN R. DONZIGER

IT IS SO ORDERED.

Dated: __10/12__, 2012

By: *[signature]*
HONORABLE LEWIS A. KAPLAN
United States District Judge

2

699054.01