# GIBSON DUNN

**MEMO ENDORSED**





Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

October 15, 2012

VIA HAND DELIVERY

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Chevron Corp. v. Donziger, et al.*, Case No. 11-civ-0691 (LAK)

Dear Judge Kaplan:

I am counsel of record for Plaintiff Chevron Corporation ("Chevron") in the above-referenced action, and will be appearing for Chevron at the conference on October 18, 2012 before Your Honor. I respectfully request that this Court authorize my colleagues Andrea Neuman and Jason Stavers to bring an iPad and a laptop, respectively, to court in order to access materials relevant to the conference.

We appreciate the Court's consideration of this request and look forward to appearing before Your Honor on Thursday.

Respectfully,

Randy M. Mastro

RMM/pd

cc: All counsel of record (via e-mail)

*[Handwritten endorsement:]* Granted. The Court sees no such [?]

SO ORDERED.

LEWIS A. KAPLAN, USDJ     10/16/12

Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich • New York
Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.