UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHEVRON CORPORATION,

                    Plaintiff,


          -against-                                    11 Civ. 0691 (LAK)


STEVEN DONZIGER et al.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/12

## ORDER

LEWIS A. KAPLAN, *District Judge.*

          In connection with their efforts to resolve outstanding discovery disputes, the parties' attention is drawn to *OSRecovery, Inc. v. One Group International, Inc.,* No. 02 Civ. 8993 (LAK), 2005 WL 1828736, at *2 n.1 (S.D.N.Y. Aug. 3, 2005).

          SO ORDERED.

Dated:          October 18, 2012


                                        Lewis A. Kaplan
                                  United States District Judge