UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>STEVEN DONZIGER, THE LAW OFFICES OF STEVEN R. DONZIGER,<br><br>et al.,<br><br>                    Defendants. | CASE NO. 11-CV-0691(LAK) |

**DEFENDANTS HUGO GERARDO CAMACHO NARANJO AND JAVIER PIAGUAJE PAYAGUAJE'S NOTICE OF MOTION FOR CERTIFICATION OF THE COURT'S NOVEMBER 27, 2012 ORDER FOR INTERLOCUTORY APPEAL**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated December 4, 2012, Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje, by and through undersigned counsel, hereby move this Court, before the Honorable Lewis A. Kaplan, at the United States Courthouse for the Southern District of New York, Courtroom 12D, 500 Pearl Street, New York, New York 10007, at such time as counsel may be heard, for an Order, pursuant to 28 U.S.C. § 1292(b), certifying for interlocutory appeal the Court's November 27, 2012 Order denying Defendants' motion for judgment on the pleadings.

1

390799.1

Respectfully submitted,

Dated: December 4, 2012
       Houston, TX

By:     /s/  *Tyler G. Doyle*
    CRAIG SMYSER (*pro hac vice*)
    LARRY R. VESELKA (*pro hac vice*)
    TYLER G. DOYLE
    SMYSER KAPLAN & VESELKA, L.L.P.
    700 Louisiana, Suite 2300
    Houston, TX 77002
    Telephone: 713.221.2330
    Facsimile:  713.221.2320
    Email:    csmyser@skv.com
    Email:    lveselka@skv.com
    Email:    tydoyle@skv.com

    Julio C. Gomez
    GOMEZ LLC
    The Trump Building
    400 Wall Street, 28th Floor
    New York, NY  10005
    Tel:    212.400.7150
    Fax:   212.400.7151
    Email:  jgomez@gomezllc.com

*Attorneys for Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje*

390799.1