```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHEVRON CORPORATION,

                        Plaintiff,

       -against-                                    11 Civ. 0691 (LAK)

STEVEN DONZIGER et al.,

                        Defendants.
------------------------------------------------x
```

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Faisal Baki moves to quash a subpoena issued by the United States District Court for the Northern District of New York and served upon Microsoft Corporation insofar as the subpoena seeks information relating to Mr. Baki.

        Motions to quash or modify subpoenas must be made to the courts that issue them, in this case the United States District Court for the Northern District of New York. The motion therefore is denied without prejudice to the filing of such a motion in that court.

        SO ORDERED.

Dated:     December 12, 2012

                                                                       _____
                                                                     Lewis A. Kaplan
                                                             United States District Judge