UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHEVRON CORPORATION,

                         Plaintiff,

          -against-                                          11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 1/3/12               │
└─────────────────────────────────┘
```

# ORDER

LEWIS A. KAPLAN, *District Judge.*

          In order to eliminate an unintended ambiguity, the second sentence of Section IV of the Memorandum Opinion dated December 19, 2012 is hereby amended to read:

> The LAP Representatives shall not seek to enforce the subpoenas listed in Dkt. 667 Ex. 1 nor obtain any documents or other things pursuant to them, provided, however, that this sentence does not apply to those served on the Chamber of Commerce of the United States, Trevor Andrew Melby, and Ogilvy & Mather.

          SO ORDERED.

Dated:          January 3, 2013

                                        _____
                                        Lewis A. Kaplan
                                        United States District Judge