# EXHIBIT B

**The statements by Fernando Reyes are false, so he must ans…ays plaintiffs' attorney in lawsuit against Chevron – Texaco Case**            **12/16/12 2:39 PM**



On February 14, 2011, after 19 years of litigation, a judgment was handed down in favor of the plaintiffs. Chevron must pay $19 billion or be a fugitive from Ecuadorian justice.

# The statements by Fernando Reyes are false, so he must answer for perjury, says plaintiffs' attorney in lawsuit against Chevron



Quito Ecuador, December 15, 2012.- The statements made by Engineer Fernando Reyes are false and make it clear that he was always working for Chevron, said Pablo Fajardo, attorney for the plaintiffs in the Ecuadorian Amazon, in the environmental lawsuit against the oil company.

Fajardo said he had held a couple of meetings with the aforementioned engineer, whom he consulted on matters concerning the oil industry, considering him an expert on the subject.

The attorney for the plaintiffs stated that Reyes always showed interest in meddling in the case, even saying that "he wanted to earn a lot of money," and, oddly, he was always there, without being invited, at the meetings of the plaintiffs' work team, who always acted transparently and in public view, so they never prevented him from being present. Of course, said the attorney, "we never

http://www.casotexaco.com/son-falsas-las-declaraciones-de-fernando-r…r-perjurio-dice-abogado-de-los-demandantes-en-juicio-contra-chevron/

CERT. MERRILL VER: JD

**The statements by Fernando Reyes are false, so he must ans…ays plaintiffs' attorney in lawsuit against Chevron – Texaco Case**                                                                    **12/16/12 2:39 PM**

suspected that he was always working for Chevron," which becomes evident with these statements, which have been provided by the company itself.

Mr. Fernando Reyes was an important part of the remediation carried out by Texaco between 1995 and 1998, acting as one of the "experts" in the proceedings. As is known, this remediation was fraudulent, which is documented in reports of the Office of the General Comptroller of Ecuador. The work performed by the company, in order to avoid a judgment against it, consisted of covering 133 pits, of the 880 whose existence was proven during the proceeding, with rubble and soil.

With respect to the expert examinations carried out during the proceeding, Attorney Pablo Fajardo said that, according to legal procedures and Ecuadorian practice, the parties were responsible for full payment to the experts they designated; this is what Chevron did with the technical personnel responsible for 60 expert reports.

He added that the plaintiffs also hired many Ecuadorian experts, with whom they spoke, among them Mr. Fernando Reyes, whom they never nominated as an expert because he was never trustworthy. Fajardo called this engineer a "corrupt person who sold himself to the highest bidder," and so they rejected him. The statements that have surfaced now show that "we were not wrong, now we realize that he was always secretly working for the oil company," he stated.

Finally, the plaintiffs' attorney indicated that Reyes must answer for perjury, having made these false statements under oath.

Contacts: Union of those Affected by Texaco
Quito Ecuador
Telephones: (593) 2 273533
Electronic mail: casotexaco@gmail.com
Maria Eugenia Garces: 0999225516
Nancy Rodríguez: 0999949337
Galo Toapanta: 0984827428

http://www.casotexaco.com/son-falsas-las-declaraciones-de-fernando-r…r-perjurio-dice-abogado-de-los-demandantes-en-juicio-contra-chevron/

CERT. MERRILL VER: JD

# MERRILL CORPORATION
Merrill Communications LLC



225 Varick Street
New York, NY 10014 • (212) 620-5600

State of New York                    )
Estado de Nueva York                 )

                                     )          ss:
                                     )          a saber:
County of New York                   )
Condado de Nueva York                )

## Certificate of Accuracy
## Certificado de Exactitud

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation from Spanish into English of the attached document.
Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y completa del idioma español al idioma inglés del documento adjunto.

Dated: December 17, 2012
Fecha: 17 de diciembre de 2012

Violeta Lejtman
Team Lead – Legal Translations
Merrill Brink International/Merrill Corporation
_____[firmado]_____
Violeta Lejtman
Líder del equipo – Traducciones Legales
Merrill Brink International/Merrill Corporation

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2014

Sworn to and signed before
Jurado y firmado ante
Me, this _____17th_____ day of
mí, a los _____17_____ días del
_____December_____ 2012
mes de ____diciembre____ de 2012

Notary Public
Notario Público

[firmado]
[sello]

OFFICES IN MAJOR CITIES THROUGHOUT THE WORLD

Son falsas las declaraciones de Fernando Reyes por lo que deberá responder por perjurio, dice abogado de los demandantes en juicio contra Chevron | Caso Texaco

Case 1:11-cv-00691-LAK Document 746-2 Filed 01/28/13 Page 5 of 7

12/16/12 2:39 PM



| Inicio | La Demanda | El Juicio + | Quiénes somos + | Multimedia + | Documentos + | Contacto | Blog |

# Son falsas las declaraciones de Fernando Reyes por lo que deberá responder por perjurio, dice abogado de los demandantes en juicio contra Chevron

PUBLICADO EN NOTICIAS



Quito Ecuador, 15 de diciembre de 2012.- Las declaraciones vertidas por el Ingeniero Fernando Reyes son falsas y dejan en claro que siempre estuvo trabajando para Chevron, dijo Pablo Fajardo, abogado de los demandantes de la Amazonía ecuatoriana, en el juicio ambiental contra la petrolera.

Fajardo dio a conocer que mantuvo un par de reuniones con el mencionado ingeniero  a quien consultó sobre temas referentes a la industria petrolera, al considerarlo experto en el tema.

El abogado de los demandantes afirmó que Reyes siempre mostró interés por inmiscuirse en el caso, incluso llegando a decir que "quería ganar mucho dinero" y extrañamente siempre estaba sin ser invitado en las reuniones del equipo de trabajo de los demandantes, quienes siempre actuaron con transparencia y de manera pública, por lo que nunca impidieron su presencia.  Por supuesto, dijo el abogado, "nunca

**Síguenos**



**Síguenos en Facebook**



Chevron Tóxico Oficial
Like

10,102 people like Chevron Tóxico Oficial.

**Últimas noticias**

La Presidenta de la Corte Provincial de Sucumbíos ratifica la orden de pago contra Chevron.

Video: Marcamos el límite contra Chevron.

Infografía: ¿Por qué fue condenada Chevron?

Son falsas las declaraciones de Fernando Reyes por lo que deberá responder de juicio contra Chevron Texaco    12/16/12 2:39 PM

Case 1:11-cv-00691-LAK Document 746-2 Filed 01/28/13 Page 6 of 7

sospechamos que él siempre estuvo trabajando para Chevron", lo que se hace evidente con estas declaraciones que han sido entregadas por la propia compañía.

El señor Fernando Reyes, fue parte importante en la remediación realizada por Texaco, entre los años 95 y 98, donde fungió como uno de los "expertos" en el proceso.  Como es de conocimiento esta remediación fue fraudulenta, lo que consta en informes de la Contraloría General del Ecuador.  El trabajo realizado por la compañía, con el fin de evitar su sentencia consistió en tapar con escombros y tierra 133 piscinas, de las 880 cuya existencia fueron comprobadas durante el juicio.

Con respecto a los peritajes llevados a cabo durante el juicio, el abogado Pablo Fajardo informó que, de acuerdo a los procedimientos legales y la práctica ecuatoriana, las partes se responsabilizan del pago total de los peritos a los que nombraba; así procedió Chevron con los técnicos responsables de 60 informes periciales.

Dijo además, que en el caso de los demandantes también se buscaron muchos expertos ecuatorianos, con quienes se habló y entre ellos estaba el señor Fernando Reyes, a quien nunca lo insinuaron como perito porque nunca fue confiable.  Fajardo calificó a este Ingeniero como un "corrupto que se vendía al mejor postor" y por eso lo descartaron.  Las declaraciones aparecidas ahora, dan muestra de que no "estábamos equivocados, ahora nos damos cuenta de que siempre fue un trabajador secreto de la petrolera", afirmó.

Finalmente el abogado de los demandantes indicó que Reyes deberá responder por perjurio, al haber realizado juramentadamente estas falsas declaraciones.

*Contactos: Unión de Afectados por la Texaco*
*Quito Ecuador*
*Teléfonos: (593) 2 273533*
*Correo electrónico: casotexaco@gmail.com*
*María Eugenia Garcés: 0999225516*
*Nancy Rodríguez: 0999949337*
*Galo Toapanta: 0984827428*

**Otros artículos que pueden interesarte**









**Indígena Siekopai dirige Unión de Afectados por Texaco-Chevron**

**Se renueva directiva de afectados por Texaco**

**Juez argentino aceptó embargos de activos y bienes de Chevron en Argentina.**

**Juez de Sucumbíos emitió orden de embargo en contra de los bienes de Chevron en Ecuador.**

Case 1:11-cv-00691-LAK Document 746-2    Filed 01/28/13   Page 7 of 7

Enlaces de instituciones aliadas
que apoyan la lucha

Últimos tweets

Chevron_Toxico

Galería

