UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

      -against-                                                                                    11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------------------------------x

## SECOND PROTECTIVE ORDER

LEWIS A. KAPLAN, *District Judge.*

      The Court having found good cause therefor, that absent such relief there is an unacceptable risk of retaliation and harm to Doe 1 and Doe 2, and that all other legal requirements for such relief have been satisfied, it is hereby

      ORDERED, that defendants shall not disclose either of the Doe 1 and Doe 2 declarations filed by Chevron in support of its motion for summary judgment, or any identifying information about Doe 1 or Doe 2 that has been redacted in other declarations, to anyone other than counsel of record in this action except with prior leave of this Court granted on notice to plaintiff and upon such conditions as the Court may impose.

      Further opinion to follow.

      SO ORDERED.

Dated:      February 14, 2013

                                                                     Lewis A. Kaplan
                                                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/13