```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

    -against-                                  11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------x

## SECOND PROTECTIVE ORDER
### (MODIFIED)

LEWIS A. KAPLAN, *District Judge.*

        The Court having found good cause therefor, that absent such relief there is an unacceptable risk of retaliation and harm to Doe 1 and Doe 2, and that all other legal requirements for such relief have been satisfied, it is hereby

        ORDERED, that the Doe 1 and Doe 2 declarations filed by Chevron in support of its motion for summary judgment, and any identifying information about Doe 1 or Doe 2 that has been redacted in other declarations (collectively, the "Doe Information"), shall not be disclosed to anyone other than counsel of record in this action and the chief executive officer and general counsel of Stratus Consulting, Inc., Douglas Beltman, and Ann Maest (the "Stratus Defendants"), except with prior leave of this Court granted on notice to plaintiff and upon such considerations as the Court may impose.

        ORDERED, that to whatever extent the Doe Information is disclosed to any of the Stratus Defendants, they shall not disclose any of the Doe Information to anyone except the Court in this action or as may be permitted by order of this Court granted on notice to plaintiff and upon such considerations as the Court may impose.

        SO ORDERED.

Dated:    February 21, 2013

                                                                 _____
                                                                  Lewis A. Kaplan
                                                                United States District Judge