UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

---------------------------------x

CHEVRON CORPORATION,

        Plaintiff,

-against-

STEVEN R. DONZIGER, et al.,

        Defendants.

---------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/13

Case No. 11 Civ. 0691 (LAK)

*Denied*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

3/4/13

**CHEVRON CORPORATION'S NOTICE OF MOTION
FOR SUMMARY JUDGMENT ON ITS EIGHTH CLAIM FOR RELIEF
(VIOLATION OF NEW YORK JUDICIARY LAW § 487)**

PLEASE TAKE NOTICE that upon the annexed Rule 56.1 Statement of Facts dated October 5, 2012; the Declaration of Randy M. Mastro dated October 5, 2012 together with the exhibits thereto; the memorandum of law submitted herewith; all prior pleadings and proceedings in this and related actions; and such argument as may be received by this Court at the time of a hearing, plaintiff Chevron Corporation, by and through its undersigned counsel, will move this Court, before the Honorable Lewis A. Kaplan, at the Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, at a time and date to be determined by the Court, for: (1) summary judgment on its eight claim for relief (violation of New York Judiciary Law § 487) against Defendants Donziger, The Law Offices of Steven R. Donziger, and Donziger & Associates, PLLC (collectively "Donziger"); (2) such other and further relief as the Court may deem just and proper.

1