UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHEVRON CORPORATION,

                        Plaintiff,

          -against-                                      11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                        Defendants.
------------------------------------------------------------------X

## **JOINT ORDER NO. 1**

Given the contentiousness of the parties even in response to our request for objective information pertaining to scheduling, and the need to address **preliminary** matters, we will hold a relatively short (no more than one hour) conference call either tomorrow, March 30, at 12:00 p.m. New York time or Monday, April 1, at 6:00 p.m. New York time. We expect to use this conference call principally to ask questions, and we will make determinations, including when to hold an organizational meeting, after the call. Counsel are directed to inform Mr. Ormand, by separate email (not copying any counsel) before 8:00 p.m. New York time tonight, as to which of the above-referenced times they prefer. We will then advise you all of the day and the time of the conference call and will circulate dial-in information. If lead counsel cannot attend the call at the designated time, they shall send a delegate in their stead.

        The email to Mr. Ormand shall contain no argument and no criticism of opposing counsel whatsoever. We find, as did Judge Kaplan, that the contentious exchanges among

counsel are counter-productive and unprofessional, and expect them to cease as we move forward in this proceeding.

Finally, in light of the proposed settlement between Chevron and Stratus, the stay of discovery deadlines with respect to Stratus, and the unlikelihood that Stratus will be participating to a significant degree in discovery, we do not think Stratus' presence is necessary at this point. Stratus is welcome to participate if they wish to do so.

So ordered.

Dated: March 29, 2013
New York, New York


/s/ Theodore H. Katz                    /s/ Max Gitter
Theodore H. Katz                        Max Gitter
Special Master                          Special Master