UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN DONZIGER, et al.,<br><br>　　　　　Defendants. | Case No. 11-CV-0691 (LAK) |

**STEVEN DONZIGER, THE LAW OFFICES OF STEVEN R. DONZIGER AND DONZIGER & ASSOCIATES, PLLC'S JOINDER IN DEFENDANTS HUGO GERARDO CAMACHO NARANJO AND JAVIER PIAGUAJE PAYAGUAJE'S MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD WITH NEW EVIDENCE**

745231

PLEASE TAKE NOTICE that Defendants Steven Donziger, The Law Offices of Steven R. Donziger, and Donziger & Associates, PLLC's (collectively "Donziger") join in Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje's Motion to Supplement the Summary Judgment Record With New Evidence (Dkt. No. 973).  For all the reasons set forth in the moving papers, Donziger respectfully requests that this Court grant Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje's Motion to Supplement the Summary Judgment Record With New Evidence.

Dated:  April 4, 2013                              Respectfully submitted,


By: */s/ Matthew M. Werdegar*
JOHN W. KEKER (*pro hac vice*)
ELLIOT R. PETERS
JAN NIELSEN LITTLE (*pro hac vice*)
MATTHEW M. WERDEGAR (*pro hac vice*)
633 Battery Street
San Francisco, CA  94111-1809
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188
Email:    jkeker@kvn.com
Email:    epeters@kvn.com
Email:    jlittle@kvn.com
Email:    mwerdegar@kvn.com

Attorneys for STEVEN DONZIGER, THE LAW OFFICES OF STEVEN R. DONZIGER, AND DONZIGER & ASSOCIATES, PLLC

1