UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————X
CHEVRON CORPORATION,

          Plaintiff,

   -v-

STEPHEN DONZIGER et al.,

          Defendants.
————————————————————————————X

No. 11 Civ. 0691 (LAK)

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

    Please enter my appearance as counsel in this case for non-party Patton Boggs LLP. I certify that I am admitted to practice and am in good standing in this Court.

Dated: New York, New York
       April 12, 2013

                LEADER & BERKON LLP

                By: /s/ Thomas K. Richards
                   THOMAS K. RICHARDS (TR 8945)
                   630 Third Avenue, 17th Floor
                   New York, New York 10017
                   Telephone: (212) 486-2400
                   Facsimile: (212) 486-3099
                   trichards@leaderberkon.com

                *Attorneys for non-party Patton Boggs LLP*