UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHEVRON CORPORATION,

          Plaintiff,

-against-                                                                    11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

          Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff shall show cause, on or before April 25, 2013, why its motion to compel [DI 854] should not be denied as moot in light of the materials submitted in connection with DI 973.

        SO ORDERED.

Dated:    April 19, 2013

                                                      Lewis A. Kaplan
                                                 United States District Judge