UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CHEVRON CORPORATION,

    Plaintiff,

  v.

STEVEN DONZIGER, et al.,

    Defendants.

------------------------------------x

11 Civ. 0691 (LAK)

MEMO ENDORSED

**PLAINTIFF CHEVRON CORPORATION'S MOTION TO COMPEL THE LAP REPRESENTATIVES TO PRODUCE THE EMAIL EXCHANGE ON OR ABOUT OCTOBER 9, 2012 BETWEEN PABLO FAJARDO AND JAROD STEWART OF THE SMYSER FIRM REFERENCED IN PARAGRAPH 9 OF THE STEWART DECLARATION (DKT. 951)**

*Motion disposed of as indicated on the record during 4/16-18/2013 hearing.*

SO ORDERED

*/s/ Lewis A. Kaplan/*

LEWIS A. KAPLAN, USDJ

4/19/13

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
*Attorneys for Plaintiff Chevron Corporation*