UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

------------------------------------- x
CHEVRON CORPORATION,                  :
                                      :
                    Plaintiff,        :
                                      :
        v.                            :   11 Civ. 0691 (LAK)
                                      :
STEVEN DONZIGER, *et al.*,             :
                                      :
                    Defendants.       :
                                      :
------------------------------------- x

**PLAINTIFF CHEVRON CORPORATION'S MOTION TO
COMPEL DEFENDANTS TO PRODUCE DOCUMENTS AND OTHER MATERIALS
FOR THE SANCTIONS EVIDENTIARY HEARING SCHEDULED TO BEGIN ON
APRIL 16, 2013**

*Motion disposed of in major part as indicated on second during 4/16 – 18/13 hearings and in all other respects denied as moot.*

SO ORDERED

/s/ Lewis A. Kaplan
_____
LEWIS A. KAPLAN, USDJ
4/19/13

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
*Attorneys for Plaintiff Chevron Corporation*