UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN DONZIGER, THE LAW OFFICES OF STEVEN R. DONZIGER, et al.,<br><br>　　　　　　Defendants. | CASE NO. 11-CV-0691(LAK)<br><br>NOTICE OF MOTION OF SMYSER KAPLAN & VESELKA, L.L.P. TO WITHDRAW AS ATTORNEY IN CHARGE FOR DEFENDANTS HUGO GERARDO CAMACHO NARANJO AND JAVIER PIAGUAJE PAYAGUAJE |

　　　　PLEASE TAKE NOTICE Smyser Kaplan & Veselka, L.L.P., counsel for Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje will move this Court, before the Honorable Lewis A. Kaplan, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007-1312, at a time and date to be determined by the Court, for an order: (1) granting the withdrawal of Smyser Kaplan & Veselka, L.L.P. and Craig Smyser as Attorney in Charge for Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje.

Dated: May 6, 2013
　　　　Houston, Texas

　　　　　　　　　　　　　　　　　　By: _____/s/ *Tyler G. Doyle*_____
　　　　　　　　　　　　　　　　　　　　CRAIG SMYSER (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　LARRY R. VESELKA (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　TYLER G. DOYLE
　　　　　　　　　　　　　　　　　　　　SMYSER KAPLAN & VESELKA, L.L.P.
　　　　　　　　　　　　　　　　　　　　700 Louisiana, Suite 2300
　　　　　　　　　　　　　　　　　　　　Houston, TX 77002

412479.1

Telephone: 713.221.2330
Facsimile:  713.221.2320
Email:    tydoyle@skv.com
Email:    csmyser@skv.com
Email:    lveselka@skv.com

Julio C. Gomez
GOMEZ LLC
The Trump Building
400 Wall Street, 28th Floor
New York, NY  10005
Tel:    212.400.7150
Fax:    212.400.7151
Email:  jgomez@gomezllc.com

*Attorneys for Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje*

2

412479.1