```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHEVRON CORPORATION,

          Plaintiff,

    -against-                                         11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

          Defendants.
------------------------------------x

**ORDER**

Lewis A. Kaplan, *District Judge*.

        The parties by May 15, 2013 jointly shall provide to the Court a list setting forth (1) the depositions conducted in the 11 Civ. 3718 action and the dates on which those depositions were conducted, (2) the depositions conducted in this action and the dates on which those depositions were conducted, (3) the remaining depositions in this action and the dates on which they are scheduled to occur, and (4) the total number of documents each party has produced in response to document requests in each of this action and the 11 Civ. 3718 action.

        SO ORDERED.

Dated:     May 9, 2013

                                                             Lewis A. Kaplan
                                                United States District Judge