UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>STEVEN DONZIGER, et al.,<br><br>                Defendants, | Case No. 11-cv-0691 (LAK)<br>ECF Case<br><br><br><br>NOTICE OF APPEAL |

Notice is hereby given that Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje ("Ecuadorian Plaintiffs") appeal to the United States Court of Appeals for the Second Circuit from the Order entered in the above-captioned matter on April 12, 2013 (Dkt. 1012), granting the motion of Plaintiff Chevron Corporation ("Chevron") to compel discovery from non-parties Laura Garr, the law firm Kohn Swift & Graff, P.C., and Joseph Kohn.  Defendants Steven Donziger, The Law Offices of Steven R. Donziger, and Donziger & Associates, PLLC, join in this appeal for the purpose of preserving any work-product objections not available to the Ecuadorian Plaintiffs.

Dated: May 10, 2013            Respectfully submitted,

                                          By: /s/ Tyler G. Doyle
                                              Ty Doyle
                                              Craig Smyser (admitted *pro hac vice*)
                                              Larry R. Veselka (admitted *pro hac vice*)
                                              SMYSER KAPLAN & VESELKA LLP
                                              700 Louisiana, Suite 2300
                                              Houston, Texas 77002
                                              Tel: (713) 221-2330
                                              Fax: (713) 221-2320
                                              Email: tydoyle@skv.com

413932.1

    /s/ Julio Gomez
Julio C. Gomez
SDNY Bar No. JG0005
GOMEZ LLC
ATTORNEY AT LAW
The Trump Building
40 Wall Street, 28th Floor
New York, NY 10005
Tel: 212-400-7150
Fax: 212-400-7151
Email: jgomez@gomezllc.com

ATTORNEYS FOR DEFENDANTS,
HUGO GERARDO CAMACHO NARANJO
And JAVIER PIAGUAJE PAYAGUAJE


    /s/ John W. Keker
John W. Keker (pro hac vice)
Elliot R. Peters
Jan Nielsen Little (pro hac vice)
Matthew M. Werdegar (pro hac vice)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: jkeker@kvn.com
Email: epeters@kvn.com
Email: jlittle@kvn.com
Email: mwerdegar@kvn.com

ATTORNEYS FOR STEVEN DONZIGER, THE
LAW OFFICES OF STEVEN R. DONZIGER,
AND DONZIGER & ASSOCIATES, PLLC