UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHEVRON CORPORATION,

                    Plaintiff,


          -against-                                      11 Civ. 0691 (LAK)


STEVEN DONZIGER, et al.,

                    Defendants.
-------------------------------------------------------------X

## SPECIAL MASTERS' INTERIM REPORT NO. 1

Pursuant to Paragraph 2(e) of the Court's Order of appointment dated March 26,

2013, ECF No. 942, we hereby issue our first Interim Report, dealing with the depositions to be

held at the United States Embassy in Lima, Peru.

By email dated Sunday, April 28, 2013, Mr. Veselka, counsel for defendants

Camacho and Piaguaje, wrote to Mr. Weitzman, counsel for Chevron, to inform Mr. Weitzman

that defendants planned to withdraw their notices of deposition for the following witnesses:

Messrs. Guerrero, Racines, Campuzano, Carvajal, and Cuirpoma, whose depositions were

noticed by defendants, and Ms. Centeno, whose deposition was cross-noticed. Mr. Weitzman

forwarded that email to us on that same date, and requested that we convene a conference call the

following day to address several issues, including primarily scheduling issues, that arose as a

result of Mr. Veselka's April 28 email.

We held a conference call with the parties on April 29, 2013; the relevant portions

of the transcript of that call are attached hereto as Exhibit A. During the call, Mr. Veselka

confirmed that defendants had indeed withdrawn their deposition notices with respect to the

above-referenced witnesses:

> MR. VESELKA: . . . We were advising [Chevron] that we were
> going to withdraw our notice and all our withdrawals will get filed
> today.
>
> ***
>
> SPECIAL MASTER KATZ: So with the understanding that it now
> appears from what I can see that we have the two defendants to be
> deposed, Mr. Reyes and if he shows up Mr. Zambrano, correct?
>
> MR. VESELKA: Which we hope to be able to confirm something
> as soon as possible.
>
> SPECIAL MASTER KATZ: Well, we will talk about that. So am I
> correct those are the only depositions people intend to go forward
> with in Lima?
>
> MR. VESELKA: That is my understanding, yes, sir, on behalf of
> Camacho and Payaguaje, yes, sir.
>
> MR. MASTRO: Yes.

4/29/13 Conf. Call Tr. at 9:3-6, 16:5-21.  During that same call, Mr. Mastro, on behalf of

Chevron, confirmed that Chevron would not seek to depose Ms. Centeno if she was not going to

appear to be deposed by defendants.  See id. at 5:21-24 ("we simply wanted to preserve our

rights to cross-examine her if she did appear").

> The depositions of Messrs. Reyes, Camacho and Piaguaje—and, if he appears,

Mr. Zambrano—will be taken at the Embassy in Lima during the week of May 13.

> Respectfully submitted,

/s/ Theodore H. Katz                    /s/ Max Gitter
Theodore H. Katz, Special Master        Max Gitter, Special Master

Dated: May 10, 2013
       New York, New York

# **Exhibit A**

Page 1

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  11 CIV 0691(LAK)

5  - - - - - - - - - - - - - - - - - - -x

6  In re:

7  APPLICATION OF CHEVRON

8  - - - - - - - - - - - - - - - - - - -x

9

10                    Via Teleconference

11                    New York, New York

12

13                    April 29, 2013

14                    2:40 p.m.

15

16            TRANSCRIPT OF PROCEEDINGS

17

18

19

20

21

22

23

24

25

Page 2

1
2   A P P E A R A N C E S:
3
4       GIBSON DUNN & CRUTCHER LLP
5       200 Park Avenue
6       New York, New York 10166
7            Attorneys for Plaintiff
8       BY:   RANDY MASTRO, ESQ.
             ANDREA E. NEUMAN, ESQ.
9            REBECCA GRAY, ESQ.
10
11
12      SMYSER KAPLAN & VESELKA, LLP
13      Bank of America Center
14      700 Louisiana, Suite 2300
15      Houston, Texas 77002
16           Attorneys for Defendants
17           Javier Piaguaje Payaguaje,
18           Hugo Gerardo and Camacho Naranjo
19      BY:   LARRY R. VESELKA, ESQ.
             JAROD STEWART, ESQ.
20
21
22
23
24
25

Page 3

1

2    A P P E A R A N C E S: (Continued)

3

4        GOMEZ LLC

5        111 Quimby Street, Suite 8

6        Westfield, New Jersey 07090

7                Attorneys for Defendants

8                Javier Piaguaje Payaguaje,

9                Hugo Gerardo and Camacho Naranjo

10       By:    JULIO C. GOMEZ, ESQ.

11

12

13   ALSO PRESENT:

14       HON. THEODORE H. KATZ (Ret.),

15       Special Master

16

17       MAX GITTER, ESQ., Special Master

18

19       JUSTIN ORMAND, ESQ., Assistant to

20       Special Master

21

22

23

24

25

Page 5

1        Transcript of Proceedings

2   Honors, we sent a notice of an

3   intention to depose her.  I think that

4   Mr. Veselka will be able to tell us.

5   It's their witness.  She works for

6   Selda Viva.

7        MR. VESELKA:  No, she doesn't.

8        MR. MASTRO:  She doesn't work

9   for Selda Viva anymore?

10       MR. VESELKA:  She hasn't for

11  years.  The person is not working

12  there.  We have trouble getting in

13  touch with her.  We have not been able

14  to confirm her willingness to appear.

15  We are trying to get in touch with

16  her, trying to find out.  We haven't

17  been able to confirm it.  That is why

18  we cancelled, that is one of the

19  reasons why we cancelled because we

20  couldn't confirm it.

21       MR. MASTRO:  In any event, we

22  simply wanted to preserve our rights

23  to cross-examine her if she did

24  appear, but if she's not going to

25  appear -- We don't want to be in a

```
 1        Transcript of Proceedings
 2    and be efficient with the time in
 3    Lima.  We were advising them that we
 4    were going to withdraw our notice and
 5    all our withdrawals will get filed
 6    today.
 7        SPECIAL MASTER KATZ:  So again,
 8    Mr. Mastro, where does that leave you
 9    with these withdrawn depositions?
10        MR. MASTRO:  Well, the other
11    withdrawn depositions are Chevron
12    witnesses, so they are confirming that
13    they are withdrawing depositions.  And
14    I want it understood that they can't
15    go back later and say just before
16    trial now we want to depose those
17    because we are calling all those
18    witnesses at trial.  So they are
19    waiving the right to call those
20    witnesses period.
21        MR. VESELKA:  I do not agree
22    with that, but it would depend upon
23    the circumstances at the time and the
24    court's order.  That is not an issue
25    to be decided here today.  That is an
```

Page 16

1       Transcript of Proceedings
2   their position and you have gotten our
3   position, the Special Masters'
4   position.
5       SPECIAL MASTER KATZ:  So with
6   the understanding that it now appears
7   from what I can see that we have the
8   two defendants to be deposed, Mr.
9   Reyes and if he shows up Mr. Zambrano,
10  correct?
11      MR. VESELKA:  Which we hope to
12  be able to confirm something as soon
13  as possible.
14      SPECIAL MASTER KATZ:  Well, we
15  will talk about that.  So am I correct
16  those are the only depositions people
17  intend to go forward with in Lima?
18      MR. VESELKA:  That is my
19  understanding, yes, sir, on behalf of
20  Camacho and Payaguaje, yes, sir.
21      MR. MASTRO:  Yes.  We cross
22  noticed the Zambrano deposition,
23  Zambrano being somebody who they put
24  in a declaration from, albeit one that
25  wasn't notarized foresworn in this