UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
CHEVRON CORPORATION, :
:
Plaintiff, :
:
v. : 11 Civ. 0691 (LAK)
:
STEVEN DONZIGER, *et al.*, :
:
Defendants. :
:
------------------------------------- x

**PLAINTIFF'S AND DEFENDANTS' JOINT STATUS REPORT REGARDING THE PRODUCTION OF GARR AND KOHN DOCUMENTS PURSUANT TO RULE 502(D)**

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Attorneys for Plaintiff Chevron Corporation

**STATUS REPORT**

As directed by the Court, the parties respectfully submit this joint status report.  Dkt. 1131.  On or about May 9, 2013, pursuant to the joint request of Plaintiff Chevron Corporation ("Chevron"), Defendants Steven Donziger and his law offices, Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje, Joseph C. Kohn and Kohn, Swift & Graf, P.C. (collectively, "Kohn"), and Laura Garr, the Court entered a Stipulation and Order relating to the documents on the privilege logs of Garr and Kohn.  Dkt. 1126.  Under the terms of that Stipulation and Order, on or about May 10, 2013, Chevron received approximately 9,000 Garr documents from Donziger's counsel and approximately 29,000 Kohn documents from Kohn's counsel.  Given the number of documents and limited time, Chevron conducted an expedited, preliminary review of these documents.  Of the approximately 9,000 Garr documents, Chevron has identified a subset of approximately 150 that it wants for immediate use during next week's depositions through trial.  Of the approximately 29,000 Kohn documents, Chevron has preliminarily identified a subset of approximately 300 that it wants for immediate use during next week's depositions through trial.  Chevron then met and conferred by telephone this afternoon and again this evening with counsel for Donziger, Camacho, Piaguaje, Kohn, and Garr.  The parties have scheduled another meet and confer telephone call for tomorrow afternoon.  The parties will update the Court as soon as they conclude the meet and confer process.

Dated: May 13, 2013    Respectfully submitted,
New York, New York    GIBSON, DUNN & CRUTCHER LLP


        /s/ Randy M. Mastro
        Randy M. Mastro
        Andrea E. Neuman
        200 Park Avenue
        New York, New York 10166
        Telephone: 212.351.4000
        Facsimile: 212.351.4035

1

        William E. Thomson
        333 South Grand Avenue
        Los Angeles, California 90071
        Telephone: 213.229.7000
        Facsimile: 213.229.7520
        Attorneys for Chevron Corporation