UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEVRON CORPORATION,

    Plaintiff,

v.

STEVEN DONZIGER, et al.,

    Defendants.

Case No. 11 Civ. 0691 (LAK)

## ~~PROPOSED~~ ORDER

Brownstein Hyatt Farber Schreck, LLP and Constantine Cannon, LLP are hereby ordered to produce all of the documents on their respective privilege logs and provide testimony subject to the Federal Rule of Evidence 502(d) Stipulation between the parties to this action. This order constitutes a court order requiring disclosure of information relating to the representation of a client for the purposes of Colorado Rules of Professional Conduct 1.6(b)(7) and 1.9(c)(2).

IT IS SO ORDERED.

Dated: May 17, 2013

By: _____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE