# EXHIBIT 2

**From:** NYSD_ECF_Pool@nysd.uscourts.gov [mailto:NYSD_ECF_Pool@nysd.uscourts.gov]
**Sent:** Wednesday, April 17, 2013 9:36 AM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:11-cv-00691-LAK-JCF Chevron Corporation v. Donziger et al Motion for Leave to File Document

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Mastro, Randy on 4/17/2013 at 9:36 AM EDT and filed on 4/17/2013
**Case Name:**      Chevron Corporation v. Donziger et al
**Case Number:**    1:11-cv-00691-LAK-JCF
**Filer:**          Chevron Corporation
**Document Number:** 1037

**Docket Text:**
**MOTION for Leave to File *DECLARATION OF ANNE CHAMPION IN FURTHER SUPPORT OF OPPOSITION TO DEFENDANTS' JOINT MOTION TO RECONSIDER MARCH 15, 2013 ORDER ON SUBPOENA TO PATTON BOGGS*. Document filed by Chevron Corporation. (Attachments: # (1) MOTION FOR LEAVE TO FILE DECLARATION OF ANNE CHAMPION IN FURTHER SUPPORT OF OPPOSITION TO MOTINO TO RECONSIDER (DKT 905), # (2) DECLARATION OF ANNE CHAMPION IN FURTHER SUPPORT OF OPPOSITION TO MOTINO TO RECONSIDER (DKT 905))(Mastro, Randy)**

**1:11-cv-00691-LAK-JCF Notice has been electronically mailed to:**

Anne Marie Champion    achampion@gibsondunn.com

Benjamin H. Green    bgreen@zeklaw.com

Caroline Curtiss Marino    cmarino@leaderberkon.com

Charles MacNeil Mitchell    cmitchel@winston.com, docketny@winston.com

Christopher Michael Joralemon    cjoralemon@gibsondunn.com, aarias@gibsondunn.com

Craig Smyser    csmyser@skv.com

Elliot Remsen Peters    epeters@kvn.com, apicar@kvn.com, chernandez@kvn.com, efiling@kvn.com, lmandin@kvn.com, nvo@kvn.com, nvs@kvn.com, rxa@kvn.com, whicks@kvn.com

James J. Rohn    jrohn@conradobrien.com

James Kenneth Leader    jkleader@leaderberkon.com

Jan Nielsen Little    jlittle@kvn.com, bhaugeberg@kvn.com, efiling@kvn.com, sgiminez@kvn.com

Jason B. Stavers    jstavers@gibsondunn.com, dluca@gibsondunn.com

Jefferson Eliot Bell    jbell@gibsondunn.com

Jeffrey David Coren    jcoren@gibsondunn.com

John W. Keker    jkeker@kvn.com, efiling@kvn.com

Joshua J. Voss    jvoss@conradobrien.com, jpaulukas@conradobrien.com

Julio Cesar Gomez    jgomez@gomezllc.com

Justina K. Sessions    jsessions@kvn.com

Matthew M. Werdegar    mwerdegar@kvn.com, efiling@kvn.com, jsessions@kvn.com, mls@kvn.com

Michael Erik Sims    msims@zeklaw.com, bkusmin@zeklaw.com, ffarkas@zeklaw.com, mfletcher@zeklaw.com, srao@zeklaw.com, tcollins@zeklaw.com

Nikki H. Vo    nvo@kvn.com

Patricia Mary Hamill    phamill@conradobrien.com

Paula Lenore Blizzard    pblizzard@kvn.com, efiling@kvn.com, mcanales@kvn.com, rxa@kvn.com

Randy M. Mastro    rmastro@gibsondunn.com, aarias@gibsondunn.com, kaigeldinger@gibsondunn.com, ngezgin@gibsondunn.com

Reed Michael Brodsky    rbrodsky@gibsondunn.com

S. Alyssa Young     ayoung@leaderberkon.com

Seth D. Ard     sard@susmangodfrey.com, mritter@susmangodfrey.com

Stuart Alan Krause     skrause@zeklaw.com, apark@zeklaw.com, mantonivich@zeklaw.com, mmillnamow@zeklaw.com

Thomas Key Richards     trichards@leaderberkon.com

Tyler Geoffrey Doyle     tydoyle@skv.com, cbryan@skv.com, hchavez@skv.com, jstewart@skv.com, lcasas@skv.com, lmurphy@skv.com, rgoodson@skv.com, ssloan@skv.com

William Edward Thomson     wthomson@gibsondunn.com

**1:11-cv-00691-LAK-JCF Notice has been delivered by other means to:**

Andrea E. Neuman
Gibson, Dunn & Crutcher LLP(Irvine)
3161 Michelson Drive
Irvine, CA 92612

Christina A. Bryan
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street
Suite 2300
Houston, TX 77002

Christopher J. Young
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Garland D Murphy , IV
Smyser Kaplan & Veselka, LLP
700 Louisiana
Suite 2300
Houston, TX 77002

John Rodgers


Larry R Veselka
Smyser Kaplan & Veselka, LLP
700 Louisiana
Suite 2300
Houston, TX 77002

Laura Belanger

Scott A Edelman
Gibson, Dunn & Crutcher, LLP (CA)
1881 Page Mill Road
Palo Alto, CA 94304

William S. Hicks
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/17/2013] [FileNumber=11326741-0] [8fc7d8859948531eb447f9f4014448029a632cf56869f8a79ae2b4b9b91b6b123b b2cd35e630201a989530b741cb21bc1f98ac021f6fa110d0541712dff05961]]
**Document description:** MOTION FOR LEAVE TO FILE DECLARATION OF ANNE CHAMPION IN FURTHER SUPPORT OF OPPOSITION TO MOTINO TO RECONSIDER (DKT 905)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/17/2013] [FileNumber=11326741-1] [181292ad0b608b2537b66a65d55833654ec9b2b7098fea5ed7c469e9f5937eb89e 9dbcbf000efac2e8b9e6c69358570a5131baf7161e795b57d7a2fd371ecd6a]]
**Document description:** DECLARATION OF ANNE CHAMPION IN FURTHER SUPPORT OF OPPOSITION TO MOTINO TO RECONSIDER (DKT 905)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/17/2013] [FileNumber=11326741-2] [867f188e29e6bd43db466cf7ac1912298d5fb3abc20f5dfee691fbbf9c4d28afeb 49f3047ecf5452f4e714adcfb5ab37df228a5232bc769749c2b8ffee9204f6]]