# EXHIBIT 8

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Christopher M. Joralemon
Direct: +1 212.351.2668
Fax: +1 212.351.5268
CJoralemon@gibsondunn.com

Client: 19624-00020

February 22, 2013

VIA EMAIL AND FEDERAL EXPRESS

Jan Little, Esq.
Matt Werdegar, Esq.
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111

Craig Smyser, Esq.
Larry Veselka, Esq.
Smyser, Kaplan & Veselka LLP
700 Louisiana Street, Suite 2300
Houston, TX 77002

Stuart A. Krause, Esq.
Benjamin Green, Esq.
Zeichner, Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

Re:   *Chevron Corp. v. Donziger, et al.*, 11 Civ. 00691 (LAK) (S.D.N.Y.)

Dear Counsel:

   I enclose on behalf of Chevron Corporation the following materials as part of its continuing production in the above referenced matter:

1. A DVD containing REPLACEMENT documents (Volume No. CVX-RICO-R-03);

    a. For Bates No. CVX-RICO-4738694-96, Chevron is producing a version that adds a redaction in the document, which is subject to work product protection and was produced in error; This letter serves as the notice of clawback of that document; Please replace the previously produced versions of that document with the pages produced on this DVD and destroy or return all copies of the prior version of CVX-RICO-4738694-96;

    b. For Bates Nos. CVX-RICO-4865632-33 and CVX-RICO-4713640-41, Chevron is producing revised versions of these documents that include non-privileged portions of the documents that were inadvertently redacted in the previously produced copies;

    c. For Bates Nos. CVX-RICO-4915609-13, CVX-RICO-4868709, CVX-RICO-4876667-70, CVX-RICO-4863843-46, CVX-RICO-4970983-92, CVX-RICO-4984901-07, and CVX-RICO-5015450-58, Chevron is producing revised versions of

GIBSON DUNN

February 22, 2013
Page 2

    these documents which inadvertently omitted the "Confidential" stamp and which Chevron is designating as "Confidential"; Please confirm that the earlier-produced versions are returned or destroyed within a week;

2. A hard drive containing documents produced to Chevron by third-parties in this Action, Bates numbered as they were produced (Volume No. CVX-RICO-3-006);

3. A hard drive containing documents Bates numbered CVX-RICO-3537398 to CVX-RICO-3574753 (Volume No. CVX-RICO-3-007);

4. A DVD containing Chevron-affiliated custodian documents, Bates numbered CVX-RICO-5038634 to CVX-RICO-5040498 (Volume No. CVX-RICO-5-011);

5. A DVD containing documents gathered by Chevron, Bates numbered CVX-RICO-5549995 to CVX-RICO-5575429 (Volume No. CVX-RICO-5-012);

6. A DVD containing documents gathered by Chevron, Bates numbered CVX-RICO-5917801 to CVX-RICO-5917803 (Volume No. CVX-RICO-5-014); and

7. A DVD containing documents from Chevron, Bates numbered CVX-RICO-9172711 to CVX-RICO-9173387 (Volume No. CVX-RICO-9-012).

The encryption passwords for these DVDs and hard drives will be sent separately via email. Please do not hesitate to contact me with any questions.

Sincerely,

/s/ Christopher M. Joralemon
Christopher M. Joralemon