# EXHIBIT 9

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Christopher M. Joralemon
Direct: +1 212.351.2668
Fax: +1 212.351.5268
CJoralemon@gibsondunn.com

Client: 19624-00020

March 8, 2013

VIA EMAIL AND FEDERAL EXPRESS

Jan Little, Esq.
Matt Werdegar, Esq.
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111

Craig Smyser, Esq.
Larry Veselka, Esq.
Smyser, Kaplan & Veselka LLP
700 Louisiana Street, Suite 2300
Houston, TX 77002

Stuart A. Krause, Esq.
Benjamin Green, Esq.
Zeichner, Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

Re:   *Chevron Corp. v. Donziger, et al.*, 11 Civ. 00691 (LAK) (S.D.N.Y.)

Dear Counsel:

   I enclose on behalf of Chevron Corporation the following materials as part of its continuing production in the above referenced matter:

1. A DVD containing additional Chevron-affiliated custodian document, Bates numbered CVX-RICO-5040499 to CVX-RICO-5078399 (Volume No. CVX-RICO-5-015);

2. A DVD containing documents produced to Chevron by third-parties in this Action, Bates numbered as they were produced (Volume No. CVX-RICO-3-008);

   a. CVX-RICO-3-008 includes replacements for the following documents which have been reproduced by Glenavy Capital LLC and Burford Group LLC (collectively, "Burford"): BUR0004397-BUR0004495; BUR0004496-BUR0004564; BUR0004565-BUR0004640; BUR0004641-BUR0004728; BUR0004729-BUR0004800; BUR0007031-BUR0007106; BUR0006039-BUR0006039; BUR0006040-BUR0006040; BUR0016164-BUR0016173; BUR0026724-BUR0026728; BUR0031723-BUR0031725; BUR0031815-BUR0031816; BUR0047097-BUR0047109; BUR0047294-BUR0047306;

**GIBSON DUNN**

March 8, 2013
Page 2

> BUR0049435-BUR0049442; BUR0049656-BUR0049663. Burford has recalled these documents because they were inadvertently produced. Please destroy or return all copies of these previously produced documents, including any copies you have disclosed to others.
>
> b. CVX-RICO-3-008 also includes replacement images for documents from David Russell originally produced at CVX-RICO-3-006. The images for those documents were inadvertently produced without Bates numbers and are being replaced here.

3. A DVD containing REPLACEMENT documents (Volume No. CVX-RICO-R-04);

   a. For documents Bates numbered: CVX-RICO-4888998; CVX-RICO-4752337-41; CVX-RICO-4935528-32; CVX-RICO-4787028-31; CVX-RICO-4703254-56; CVX-RICO-4967822-28; CVX-RICO-4787055-58; CVX-RICO-4758014-15; CVX-RICO-4763063-66, Chevron is producing revised versions of these documents which inadvertently omitted the "Confidential" stamp and which Chevron is designating as "Confidential"; Please confirm that the earlier-produced versions are returned or destroyed within a week;

   b. For documents Bates numbered: CVX-RICO-4348704-06; CVX-RICO-4393059-61; CVX-RICO-4394386-99; CVX-RICO-4489507; CVX-RICO-4489634-35; CVX-RICO-4499604-06; CVX-RICO-4499607-09; CVX-RICO-4499610-16; CVX-RICO-4499617-19; CVX-RICO-4504041-43; CVX-RICO-4506278-79; CVX-RICO-4507451-53; CVX-RICO-4509485-93; CVX-RICO-4510713-14; CVX-RICO-4510898; CVX-RICO-4510912-13; CVX-RICO-4513125-28; CVX-RICO-4513808-09; CVX-RICO-4514023; CVX-RICO-4515241-46; CVX-RICO-4515704-08; CVX-RICO-4516867; CVX-RICO-4517645-46; CVX-RICO-4517648-49; CVX-RICO-4518006-07; CVX-RICO-4518088-98; CVX-RICO-4521418-20; CVX-RICO-4559497-98; CVX-RICO-4565794-95; CVX-RICO-4565812; CVX-RICO-4565814; CVX-RICO-456581; CVX-RICO-4565818; CVX-RICO-4567234-37; CVX-RICO-4574880-84; CVX-RICO-4610175-523; CVX-RICO-4612489-98; CVX-RICO-4615613-682; CVX-RICO-4615749; CVX-RICO-4615796; CVX-RICO-4615811-22; CVX-RICO-4615824; CVX-RICO-4616591; CVX-RICO-4617688; CVX-RICO-4617690; CVX-RICO-4617796-876; CVX-RICO-4618258-63; CVX-RICO-4618530; CVX-RICO-4618673-78; CVX-RICO-4620052-100; CVX-RICO-4620105; CVX-RICO-4620107; CVX-RICO-4620109; CVX-RICO-4622575-615; CVX-RICO-4623099; CVX-RICO-4626970-7022; CVX-RICO-4637108-12; CVX-RICO-4638244-62; CVX-RICO-4639859-62;

**GIBSON DUNN**

March 8, 2013
Page 3

CVX-RICO-4641381-83; CVX-RICO-4642821-30; CVX-RICO-4644740-96; CVX-RICO-4644957-97; CVX-RICO-4662038-60; CVX-RICO-4668105-58; CVX-RICO-4668767-806; CVX-RICO-4699262-85; CVX-RICO-4707938; CVX-RICO-4719102; CVX-RICO-4720568-70; CVX-RICO-4720736-37; CVX-RICO-4758402-03; CVX-RICO-4785009-10; CVX-RICO-4794945-55; CVX-RICO-4797057-170; CVX-RICO-4806754-55; CVX-RICO-4809702-03; CVX-RICO-4809704-06; CVX-RICO-4809707-18; CVX-RICO-4809719-33; CVX-RICO-4809734-45; CVX-RICO-4809746-53; CVX-RICO-4809754-64; CVX-RICO-4810659; CVX-RICO-4810661-66; CVX-RICO-4810788-90; CVX-RICO-4811128; CVX-RICO-4890069-73; CVX-RICO-4902176; CVX-RICO-4905216; and CVX-RICO-5038815-17, Chevron is producing revised versions of these documents that include non-privileged portions of the documents that were inadvertently redacted in the previously produced copies.

The encryption passwords for these DVDs and hard drives will be sent separately via email. Please do not hesitate to contact me with any questions.

Sincerely,

/s/ Christopher M. Joralemon
Christopher M. Joralemon

**March 8, 2013**

| Production Volume | Password |
|---|---|
| CVX-RICO-R-04 | G!8$oN#Dn^8p+yZn7 |
| CVX-RICO-3-008 | G!8$oN#Dn^9pX+yT5* |
| CVX-RICO-5-015 | f55FrRGD |
| Privilege Logs (Vol. 9 and 10) | -beO>;hgOU\fS(,M:rT) |





**ngl network global logistics**

**BILL OF LADING**

P.O. BOX 7210, BROOMFIELD, CO 80021

www.nglog.com

**TRACKING NO.**

**FROM:** Shipper Name:   Phone:   DATE: 03/09/13

Eric Jacobi
Jones Day
51 Louisiana Ave NW
Washington DC 20001
USA

SHIPPER ZIP CODE

**INTERNATIONAL**
These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion to U.S. law prohibited.

**SECURITY STATEMENT**
I certify that this cargo does not contain any unauthorized explosives, incendiaries, or hazardous materials. I understand that cargo items tendered for air transportation are subject to aviation security controls by air carriers and may be opened for inspection by governmental agencies and, at its option, Network Global Logistics. Copies of all shipping documents showing shipper, consignee, cargo description, and other relevant data will be retained on file for thirty days.

Shipper's Signature   Date

**TO:** Consignee Name:   Phone:

Craig Smyser smyser Kaplan   attorney
700 Louisiana
Suite 2300
Houston TX 77002

CONSIGNEE ZIP CODE

**PLEASE NOTE**
NETWORK GLOBAL LOGISTICS' LIABILITY IS LIMITED. By tendering this shipment to NETWORK GLOBAL LOGISTICS, shipper agrees to the Conditions of Contract described on the reverse side of this Bill of Lading.

**OKAY TO LEAVE**
Your signature/initials or oral directive authorizes Network Global Logistics to deliver this shipment to the named recipient without obtaining a signature. In connection therewith, shipper agrees to defend, indemnify, hold harmless Network Global Logistics from any claims involving or arising from alleged loss, damage, misdelivery or nondelivery of the shipment.

**BILLING INFO:** ☐ BILL SHIPPER  ☐ BILL CONSIGNEE  ☐ BILL 3RD PARTY

**ACCOUNT NO:** _____ **BILL ATTN:** _____

**REFERENCE:**

**SPECIAL HANDLING:**
☐ Hold at Airport  ☐ Sat. Delivery  ☐ Sun. Delivery  ☐ Holiday  ☐ Consignee Only  ☐ Dry Ice

Sign or initial to authorize delivery without obtaining signature.

**SERVICES:**
☐ Expedited Ground
☐ International
☐ Same Day/NFO

DECLARED VALUE FOR CARRIAGE $ _____ .00

Network Global Logistics' liability for loss or damage to this shipment is agreed to be $100 or actual damage, whichever is less, unless a higher value is declared upon tender of the shipment to Network Global Logistics and applicable charges paid thereon. The maximum declared value for any shipment is $25000. (See Conditions of Contract - paragraph (1).)

**DRIVERS SIGNATURE**
Elgar

Date / Time
03/09/13   11:35

| No. Pieces | Total Weight (subject to re-weigh) | Description of Pieces & Contents (Inaccurate Descriptions May Delay or Cancel Shipment) |
|---|---|---|
| 1 | | Document |

No. of Pieces Received / Comments

**Consignee Signature:** Gabriel Byrne   Date / Time: 3-11-13

Received in Good Order Except as Noted

The Conditions of Contract on the reverse side are part of this Bill of Lading.

**Pickup No.**

Revision: 2007-4-25   CONSIGNEE MEMO