# EXHIBIT 10

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Ethan Dettmer
Direct: +1 415.393.8292
Fax: +1 415.374.8444
EDettmer@gibsondunn.com

Client: 19624-00020

April 25, 2013

**VIA EMAIL AND FEDERAL EXPRESS**

Jan Little, Esq.
Matt Werdegar, Esq.
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111

Craig Smyser, Esq.
Larry Veselka, Esq.
Smyser, Kaplan & Veselka LLP
700 Louisiana Street, Suite 2300
Houston, TX 77002

Re:   *Chevron Corp. v. Donziger, et al.*, 11 Civ. 00691 (LAK) (S.D.N.Y.)

Dear Counsel:

On behalf of Chevron Corporation ("Chevron"), as part of its continuing production in the above-referenced matter, I enclose a DVD containing documents recently produced to Chevron by third-parties in this action, Bates numbered as they were produced (Volume No. CVX-RICO-3-009).

This production does not include any documents that were produced pursuant to Federal Rule of Evidence 502(d) stipulations by third parties in this action.

The encryption passwords for this hard drive will be sent separately via email. Please do not hesitate to contact me with any questions.

Sincerely,


/s/ Ethan D. Dettmer
Ethan D. Dettmer

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON, DUNN & CRUTCHER LLP**



Chevron Corp. v. Donziger, et al.
S.D.N.Y. Case No. 11-CV-00691 (LAK)

CVX-RICO-3-009
April 25, 2013