# EXHIBIT 13

Case 1:11-cv-00691-LAK-JCF   Document 1257-14   Filed 06/20/13   Page 1 of 3

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Ethan Dettmer
Direct: +1 415.393.8292
Fax: +1 415.374.8444
EDettmer@gibsondunn.com

Client: 19624-00020

May 6, 2013

VIA ELECTRONIC MAIL

Craig Smyser, Esq.
Smyser Kaplan & Veselka
Bank of America Center
700 Louisiana Street, Suite 2300
Houston, TX 77002

Jan Little, Esq.
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111

Re:   *Chevron v. Donziger, et al., Case No. 11-CIV-0691-LAK*

Dear Counsel:

I write on behalf of Plaintiff Chevron Corporation ("Chevron") in response to your letter of May 2, 2013 regarding the production of documents from Burford Capital LLC and related entities ("Burford"). Although your concerns are properly addressed to Burford, Chevron can provide the following information:

First, Chevron did not make any confidentiality designations over documents produced by Burford. Rather, Chevron produced the documents as they were produced to Chevron by Burford.

Second, Chevron did not redact any portion of the documents produced by Burford, nor did Chevron provide any input on the decisions Burford made about redactions of its own documents.

Third, Chevron has produced to Defendants all the documents (and privilege log) produced to Chevron by Burford, pursuant to Chevron's subpoena in this matter.

Accordingly, any concerns that the Donziger Defendants and the LAPs may have with respect to Burford's confidentiality designations and Burford's redaction of its

**GIBSON DUNN**

Craig Smyser, Esq.
Jan Little, Esq.
May 6, 2013
Page 2


documents are properly addressed to Burford – which is "the Producing Party" under the operative Protective Order.

Sincerely,


/s/ Ethan D. Dettmer
Ethan D. Dettmer

EDD/skp
cc:  Counsel of Record