# EXHIBIT 17

# CHECKLIST OF DOCUMENTS TO COME

| | Description and dates expected | Date Rec'd |
|---|---|---|
| 1. | 60 Minute TV program segment on case – Steven – July 21 | 7/21 |
| 2. | View of slide presentation on technical aspects of case – Steven – July 21 | 7/23 |
| 3. | Chronological list of people involved in case on Chevron side – Eric – July 21 | |
| 4. | Chart of the organization that Pablo showed us Friday, in English, if possible – Steven – 7/21 | |
| 5. | Chevron asset locations – Eric – 7/21 | Memo received – 7/22 |
| 6. | List of principal investors in Chevron – Steven – 7/21 | 7/21 |
| 7. | List of analysts covering Chevron stock – Steven – 7/21 | 7/21 |
| 8. | CV of Grant Fine. Also need to set up telephone call, and Steven needs to contact him as to availability and rates, today if possible. – 7/21 | CV received Also received Grant's outline of areas of investigation. Telephone discussion on 7/29/10. |
| 9. | Arrange consulting engagement with Robert Unsworth on intense, full-time basis, particularly to immediately work on Barros report – Eric – As soon as possible -- notify us when this is done. – Steven – 7/21 | Steven and Adlai met with Unsworth on 8/4/10 to discuss case and engagement. In process. |
| 10. | Arrange for Ecuadorian engineering consultant to assist in case – Steven – 7/21 | |
| 11. | Information on principal target jurisdictions – Eric – 7/21 | 7/22 |
| 12. | Revised budget through year end that is comprehensive. As discussed, put litigation team first, then experts, supporting team etc. Experts should be included and identified by category, by name where we have identified them. These include damages (3 experts), ethics, international arbitration, toxic etc. Also want a category for local counsel in the US, and abroad in targeted jurisdictions. Also include out of pocket expenses re copying, communications, translations, travel etc. As discussed, there will be a different calculation for the investigator assuming full-time over the next 4 to 6 months and the admin figure of $350,000 will be reduced sharply. – Steven – 7/23 | Expected soon. |

WOODS-HDD-0015239

CVX-RICO-1480568

| | Description and dates expected | Date Rec'd |
|---|---|---|
| 13. | Draft settlement plan and program – Eric -- during week of July 26 | First INVICT draft received on 8/10/10. Frank has sent comments. |
| 14. | Call from Eric and Steven from Ecuador to discuss their findings after review of Barros report. Probably will call on Thursday July 29. | Changed – to be done by memo from Steven. |
| 15. | Summary of Barros report – Steven and Eric - July 30 | To come shortly. |
| 16. | Draft of procedures to go after assets – Eric - July 30 | |
| 17. | Experts analysis of different approaches to damages and different projections – Review of Chevron evidence, and computations based on that, with Barros perhaps broken out as a separate analysis with the $3 to $5 billion; and analysis of evidence used by Cabrero. – Eric -- Aug. 2 at latest, but with expected results to be given to us beforehand by Steven, Eric and experts. | |
| 18. | Analysis of the doctrine that courts do not punish clients under various circumstances when their representatives have committed misdeeds and clients are innocent. Jim had a quote from Shakespeare but I can't recite it. – Eric -- during week of July 26 | |
| 19. | Identify possible Latin born US based university professor to consult with us -- Eric -- during week of July 26 | |
| 20. | Write up of Ecuadorian law from Pablo (I noted this but don't have specifics) – Steven - during week of July 26 | |
| 21. | Input from PB about the best method and most effective defendants in a enforcement proceeding. For example, best answers and strategy if Chevron claims it only has a holding company in Ecuador with limited assets. – Eric – during week of July 26 | |
| 22. | List and discussion of technical experts – Eric | 7/22 |
| 23. | Audit reports prepared by Texaco contractors in 1992 and 1993. Also summaries of those reports. | 7/23 |
| 24. | | |
| 25. | | |
| 26. | | |

WOODS-HDD-0015240

CVX-RICO-1480569

| | Description and dates expected | Date Rec'd |
|---|---|---|
| 27. | | |

WOODS-HDD-0015241
CVX-RICO-1480570