# EXHIBIT 21

| | |
|---|---|
| From: | Tyrrell, James |
| Sent: | Thursday, September 20, 2012 4:58 PM |
| To: | 'cbogart@burfordfinance.com' |
| Subject: | Re: Lunch |

Chris:

Great! Let's plan for 7:15 AM at a place to be determined.

Jim

----- Original Message -----
From: Christopher Bogart [mailto:cbogart@burfordfinance.com]
Sent: Thursday, September 20, 2012 04:42 PM
To: Tyrrell, James
Subject: RE: Lunch

I'll miss you across the pond! But yes, I am still free on 10 October and would be delighted to meet for breakfast. I'm flexible about time and place as long as I can make it to my office for a 9am board meeting.

Chris


Christopher P. Bogart
Chief Executive Officer


www.burfordfinance.com
This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. Burford Group is an investment business focused on dispute finance; it is not a law firm, does not have or establish attorney-client relationships and does not provide legal advice.


-----Original Message-----
From: Tyrrell, James [mailto:JTyrrell@PattonBoggs.com]
Sent: Thursday, September 20, 2012 4:18 PM
To: Christopher Bogart
Cc: Tyrrell, James
Subject: Lunch

Chris,
My London trip has been cancelled. I am still available to meet you for breakfast on October 10th around 7:30. Please let me know if that still works for you.

1

Best regards,

Jim

James E. Tyrrell, Jr., Esq.
PATTON BOGGS LLP
One Riverfront Plaza
Newark, New Jersey   07102-0301
Main:  (973) 848-5600
Direct: (973) 848-5620
Fax:  (973) 848-5601
jtyrrell@pattonboggs.com
www.pattonboggs.com

-----Original Message-----
From: Christopher Bogart [mailto:cbogart@burfordfinance.com]
Sent: Friday, September 14, 2012 8:52 AM
To: Tyrrell, James
Subject: RE: Lunch

I am waiting for a couple of things to settle down but I may well be able to do breakfast in London on Sept 27 - if that remains free for me, would it work for you?



Christopher P. Bogart
Chief Executive Officer



www.burfordfinance.com
This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.  Burford Group is an investment business focused on dispute finance; it is not a law firm, does not have or establish attorney-client relationships and does not provide legal advice.

-----Original Message-----
From: Tyrrell, James [mailto:JTyrrell@PattonBoggs.com]
Sent: Thursday, September 13, 2012 5:32 PM
To: Christopher Bogart
Subject: Re: Lunch

Chris:

Great to hear from you.  I anticipate being in London from Sept. 23 to Sept. 27 if that offers additional possibilities. Otherwise, breakfast on Oct. 10 works fine.

Jim

----- Original Message -----
From: Christopher Bogart [mailto:cbogart@burfordfinance.com]
Sent: Thursday, September 13, 2012 02:50 PM
To: Tyrrell, James
Cc: Conti, Patrick
Subject: RE: Lunch

Hi, Jim.  Thanks for the note.  I'd love to get together.

I'm in London the week of October 1, and I actually have quite a horrendous fall travel schedule, so I am not quite sure when we could make a lunch work.  Is there any chance of meeting for breakfast on October 10 around 730/745am?

Chris



Christopher P. Bogart
Chief Executive Officer



www.burfordfinance.com
This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.  Burford Group is an investment business focused on dispute finance; it is not a law firm, does not have or establish attorney-client relationships and does not provide legal advice.



-----Original Message-----
From: Tyrrell, James [mailto:JTyrrell@PattonBoggs.com]
Sent: Thursday, September 13, 2012 1:53 PM
To: Christopher Bogart
Cc: Conti, Patrick
Subject: Lunch

Chris:

You and I are scheduled to speak on the same panel for the ICC Institute of World Buisiness in Paris on November 26.  I propose that we meet in NYC for lunch during the week of Oct. 1 to discuss what we should cover.  I want to have enough time to have one of my associates do any necessary research and to pull together a powerpoint, if appropriate.  We can also use the occasion to catch up.  I look forward to hearing from you.  Best regards.

Jim
DISCLAIMER: This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) at (202) 457-6000 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender

3

to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at http://www.pattonboggs.com.


DISCLAIMER: This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) at (202) 457-6000 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at http://www.pattonboggs.com.


DISCLAIMER: This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) at (202) 457-6000 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at http://www.pattonboggs.com.