# EXHIBIT 22

| | |
|---|---|
| **From:** | Tyrrell, James |
| **Sent:** | Tuesday, October 09, 2012 9:30 AM |
| **To:** | 'cbogart@burfordfinance.com' |
| **Subject:** | Re: Breakfast tomorrow |

Chris:

Great. I look forward to seeing you.

Jim

**From:** Christopher Bogart [mailto:cbogart@burfordfinance.com]
**Sent:** Tuesday, October 09, 2012 09:25 AM
**To:** Tyrrell, James
**Subject:** Breakfast tomorrow

Jim:

I made a reservation for 715am at Gaby in the Sofitel – does that suit?

Chris


Christopher P. Bogart
Chief Executive Officer



www.burfordfinance.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. Burford Group is an investment business focused on dispute finance; it is not a law firm, does not have or establish attorney-client relationships and does not provide legal advice.