# EXHIBIT 23

| | |
|---|---|
| From: | Christopher Bogart <cbogart@burfordfinance.com> |
| Sent: | Friday, October 19, 2012 1:29 PM |
| To: | Tyrrell, James |

Jim,

Again, it was nice to see you, and I'm looking forward to the next steps we discussed on various matters.

You're going to get a letter from Mark Hansen reminding you and others of your obligations in the Ecuador matter.  While that is obviously important to us, as we discussed, I think we can set all things Ecuador over to one side and not have them interfere with an ongoing relationship.  I just wanted to give you a head's up so that there aren't any mixed messages.

Best,

Chris


Christopher P. Bogart
Chief Executive Officer



www.burfordfinance.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.  Burford Group is an investment business focused on dispute finance; it is not a law firm, does not have or establish attorney-client relationships and does not provide legal advice.