# EXHIBIT 24

| | |
|---|---|
| From: | Christopher Bogart <cbogart@burfordfinance.com> |
| Sent: | Wednesday, November 14, 2012 8:19 PM |
| To: | marc.apfelbaum@twcable.com; jeff.zimmerman@twcable.com |
| Cc: | Tyrrell, James; Aviva Will |
| Subject: | TWC modem fee class actions |

I see you're defendants again for your nasty anti-consumer actions …!

I'm writing to introduce you to Jim Tyrrell, now of Patton Boggs and head of their NY/NJ practice and formerly a Latham litigation partner who has a long and successful record.  Jim is well known to us.

Jim has successfully opposed the lawyer bringing these actions, he tells me, and thus I am putting all of you together.

Hope you guys are well.

Chris


Christopher P. Bogart
Chief Executive Officer


.

www.burfordfinance.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.  Burford Group is an investment business focused on dispute finance; it is not a law firm, does not have or establish attorney-client relationships and does not provide legal advice.