# EXHIBIT 26

| | |
|---|---|
| **From:** | Christopher Bogart <cbogart@burfordfinance.com> |
| **Sent:** | Friday, November 16, 2012 7:02 PM |
| **To:** | Tyrrell, James |
| **Subject:** | RE: ICC Litigation Funding Conference |

We'll miss you!

Christopher P. Bogart
Chief Executive Officer



www.burfordfinance.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.  Burford Group is an investment business focused on dispute finance; it is not a law firm, does not have or establish attorney-client relationships and does not provide legal advice.

---

**From:** Tyrrell, James [mailto:JTyrrell@PattonBoggs.com]
**Sent:** Friday, November 16, 2012 6:14 PM
**To:** Christopher Bogart
**Subject:** ICC Litigation Funding Conference
**Importance:** High

Chris:

Many thanks for your prompt effort to introduce me to your former colleagues at Time Warner Cable.  As it is always necessary to move quickly in seeking a new matter, we had not yet completed our conflict check when I asked for your assistance.  I fully understand the problem that our firm's representation of an adverse party before the FCC poses for Time Warner Cable.  Of course, I did not know of this conflict at the time I requested your assistance.

I have attached an e-mail that I sent today to Katharine Bernet which speaks for itself.  I will be unable to join you at the Paris conference due to the two lost weeks resulting from our office closure and the acquisition of a major new matter related to the Hurricane Sandy disaster.  I hope that you and your colleagues have a wonderful Thanksgiving and a successful trip to Paris.  Best personal regards.

Jim


James E. Tyrrell, Jr., Esq.
**PATTON BOGGS LLP**
One Riverfront Plaza
Newark, New Jersey   07102-0301
Main:  (973) 848-5600
Direct: (973) 848-5620
Fax:  (973) 848-5601
jtyrrell@pattonboggs.com
www.pattonboggs.com

1

**From:** Tyrrell, James
**Sent:** Friday, November 16, 2012 5:54 PM
**To:** 'Katharine.bernet@iccwbo.org'
**Cc:** 'Scrantom@blackrobecapital.com'
**Subject:** ICC Litigation Funding Conference
**Importance:** High

Dear Ms. Bernet,

I am scheduled to speak at the ICC Institute of World Business Law's conference on Third-Party Litigation Funding in International Arbitration.  I regretfully can no longer attend the event due to the aftermath of Hurricane Sandy.  As you likely are aware, Hurricane Sandy greatly impacted the New York/New Jersey area.  My New Jersey-based law office (Patton Boggs LLP) was out of power for two weeks and has incurred significant damage.  Additionally, I now have new cases to deal with directly relating to the storm.  Because of the time and effort required to recover from our two-week closing, I cannot leave the country at this time.

To assist the ICC in dealing with my absence, I have coordinated with Tim Scrantom (Managing Director at BlackRobe Capital LLC and current ICC panelist).  Subject to your approval, he has graciously agreed to cover my panel spot (9:15 – 10:45) in addition to his responsibilities for his panel (11:00 – 12:30).  I have copied Mr. Scrantom on this correspondence.  I sincerely apologize for any inconvenience this may cause, but I am certain that Mr. Scrantom's assistance will help make this conference the outstanding event I was so looking forward to attend.

If you need anything from me, please let me know.  I look forward to another opportunity to work with the ICC in the future.

Best Regards,

Jim Tyrrell


James E. Tyrrell, Jr., Esq.
**PATTON BOGGS LLP**
One Riverfront Plaza
Newark, New Jersey   07102-0301
Main:  (973) 848-5600
Direct: (973) 848-5620
Fax:  (973) 848-5601
jtyrrell@pattonboggs.com
www.pattonboggs.com

DISCLAIMER: This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) at (202) 457-6000 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at http://www.pattonboggs.com.