# EXHIBIT 28

# GIBSON DUNN

May 1, 2013

<u>VIA ELECTRONIC MAIL</u>

Craig Smyser
Larry Veselka
Smyser Kaplan & Veselka, LLP
700 Louisiana
Suite 2300
Houston, TX 77002

Jan Little, Esq.
Matt Werdegar, Esq.
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111

Re:    *Chevron Corp. v. Donziger, et al.*, 11 Civ. 00691 (LAK) (S.D.N.Y.)

Dear Counsel:

I write on behalf of Chevron Corporation ("Chevron") to notify the parties that Chevron and Alberto Guerra have agreed to the following additional terms, which are still being drafted by counsel in the form of a written agreement:

     1.     Given Mr. Guerra's current status in the United States, Chevron could not lease a vehicle for Mr. Guerra, as provided in the parties' January 27, 2013 agreement. Accordingly, Chevron has purchased a used vehicle for Mr. Guerra for approximately the same price as the amount it would have cost to lease a similar late model vehicle for two years. Chevron and Mr. Guerra have agreed that at the end of the period of the January 27, 2013 agreement, Mr. Guerra will return the used vehicle to Chevron, and in exchange, Chevron will pay the vehicle insurance payments required under state law during the life of the January 27, 2013 agreement.

     2.     Since the January 27, 2013 agreement, Mr. Guerra continued his efforts to search for, obtain, and provide additional records and documents relevant to this case, including additional bank records and the Memory Aid produced to you on or about April 5, 2013. As a result, Chevron will make an additional payment to or as directed by Mr. Guerra in the amount of $10,000 for obtaining and providing this additional documentary evidence.  We do not expect Mr. Guerra to do any further work searching for, obtaining, and providing documentary evidence.

**GIBSON DUNN**

May 1, 2013
Page 2


As previously explained, counsel for Chevron and Mr. Guerra are drafting a written agreement reflecting these terms and will produce any such agreement once signed.


Sincerely,


/s/ Avi Weitzman
Avi Weitzman


cc:  Counsel of record