# EXHIBIT 29

**From:** Jonathan Molot [mailto:jmolot@burfordfinance.com]
**Sent:** Monday, December 17, 2012 3:56 PM
**To:** Andrew Langhoff
**Cc:** Tyrrell, James
**Subject:** Re: Tommy Boggs

Great. I will be there at 10.


Thanks

Jon

Sent from my iPhone

On Dec 17, 2012, at 3:29 PM, "Andrew Langhoff" <alanghoff@burfordfinance.com> wrote:

> Jim –
>
> I am confirming our discussion – we would be pleased to speak with Tommy Boggs this Wednesday, the 19th.  Our Jon Molot will be present at your DC offices at that time; I will participate by telephone.
>
> Kind confirm when you can.
>
> Cheers,
>
> Andrew

> **From:** Jonathan Molot
> **Sent:** Friday, December 14, 2012 8:36 AM
> **To:** Andrew Langhoff
> **Cc:** Tyrrell, James
> **Subject:** Re: Tommy Boggs
>
> Thanks Jim.
>
>
> Andrew, I think I should probably do it in  person while you are on the phone.  I will coordinate times with you.

1

Jon

Sent from my iPhone

On Dec 14, 2012, at 8:27 AM, "Andrew Langhoff" <alanghoff@burfordfinance.com> wrote:

> Thanks Jim – I will be discussing with our Jon Molot later today – we will shortly suggest  a few possible meeting/phone times for next week.
>
> Kind regards,
>
> Andrew Langhoff
> Chief Operating Officer
>
> **BURFORD CAPITAL**
>
> www.burfordcapital.com
>
> This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.  Burford Group is an investment business focused on dispute finance; it is not a law firm, does not have or establish attorney-client relationships and does not provide legal advice.