UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHEVRON CORPORATION,

                 Plaintiff,

-against-                                     11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Special Masters are requested, in accordance with the Order of Appointment and Fed. R. Civ. P. 53, to file at their earliest convenience such materials as are appropriate to ensure that the complete record is before the Court with respect to those of their rulings as to which either side has requested or hereafter requests review.

        SO ORDERED.

Dated:      June 24, 2013

                                                  Lewis A. Kaplan
                                             United States District Judge