UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

-against-

                                                  11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/13

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        The motion of the LAP Representatives for an extension of time within which to respond to the order to show cause, dated June 19, 2013, is granted to the extent that their time, as well as that of the Donziger Defendants, is extended to and including July 5, 2013, and otherwise denied.

        SO ORDERED.

Dated:    June 25, 2013

                                                        _____
                                                                 Lewis A. Kaplan
                                                            United States District Judge