# Exhibit D

1

1   UNITED STATES DISTRICT COURT
2   SOUTHERN DISTRICT OF NEW YORK
3   11 CIV 0691(LAK)
4   ------------------------------------x
    CHEVRON CORPORATION,

            Plaintiff,

      - against -

    STEVEN DONZIGER, et al.,

            Defendants.

    ------------------------------------x
                June 6, 2013
                9:13 a.m.


            Videotaped Deposition of JOSEPH
    KOHN, taken by Plaintiff, pursuant to
    Subpoena, held at the offices of Gibson
    Dunn & Crutcher LLP, 200 Park Avenue, New
    York, New York, before Todd DeSimone, a
    Registered Professional Reporter and
    Notary Public of the State of New York.

**2**

```
 1
 2   A P P E A R A N C E S :
 3   GIBSON, DUNN & CRUTCHER LLP
     200 Park Avenue
 4   New York, New York 10166
       Attorneys for Plaintiff
 5   BY:   ANDREA E. NEUMAN, ESQ.
       aneuman@gibsondunn.com
 6
 7    - and -
 8   GIBSON DUNN & CRUTCHER LLP
     1801 California Street
 9   Denver, Colorado 80202-2642
       Attorneys for Plaintiff
10   BY:   JASON B. STAVERS, ESQ.
       jstavers@gibsondunn.com
11
12
13   GOMEZ LLC
     111 Quimby Street
14   Suite 8
     Westfield, New Jersey 07090
15     Attorneys for Defendants Javier
       Piaguaje Payaguaje and Hugo Gerardo
16     Camacho Naranjo
     BY:   JULIO C. GOMEZ, ESQ.
17
18
19
20
21
22
23
24
25
```

**3**

```
 1
 2   A P P E A R A N C E S : (Continued)
 3
     CONRAD O'BRIEN, P.C.
 4   1500 Market Street
     Centre Square
 5   West Tower, Suite 3900
     Philadelphia, Pennsylvania 19102-2100
 6     Attorneys for The Witness
     BY:   PATRICIA M. HAMILL, ESQ.
 7       phamill@conradobrien.com
         JOSHUA J. VOSS, ESQ.
 8       jvoss@conradobrien.com
 9
10
11   ALSO PRESENT:
12     MAX GITTER, ESQ. Special Master
13     JUSTIN ORMAND, ESQ., Assistant to the
       Special Master
14
       BRENT WELLS, Videographer
15
       JOSE LUIS MARTIN, ESQ., Chevron
16     Corporation
17
18
19
20
21
22
23
24
25
```

**4**

```
 1          J. KOHN
 2          THE VIDEOGRAPHER:  We are now
 3   on the record.  Please note that the
 4   microphones are sensitive and may pick up
 5   whispering and private conversations.
 6   Please turn off all cell phones or place
 7   them away from the microphones, as they
 8   can interfere with the deposition audio.
 9   Recording will continue until all parties
10   agree to go off the record.
11          My name is Brent Wells
12   representing Veritext New York.  The date
13   today is June 6th, 2013 and the time is
14   approximately 9:13 a.m.
15          This deposition is being held
16   at Gibson Dunn, located at 200 Park
17   Avenue, New York, New York.  The caption
18   of this case is Chevron Corporation versus
19   Steven Donziger, et al.  This case is
20   filed in the United States District Court,
21   Southern District of New York, case number
22   11 CIV 069(LAK).  The name of the witness
23   is Joseph Kohn.
24          At this time the attorneys
25   present in the room will identify
```

**5**

```
 1          J. KOHN
 2   themselves and the parties they represent
 3   after which our court reporter, Todd
 4   DeSimone, representing Veritext, will
 5   swear in the witness and we can proceed.
 6          MS. NEUMAN:  Andrea Neuman,
 7   Gibson Dunn, on behalf of Chevron
 8   Corporation.
 9          MR. STAVERS:  Jason Stavers,
10   Gibson Dunn, on behalf of Chevron
11   Corporation.
12          MR. MARTIN:  Jose Martin from
13   Chevron Corporation.
14          THE SPECIAL MASTER:  Max
15   Gitter, the Special Master.  Seated to my
16   right is my assistant, Justin Ormand.
17          MR. GOMEZ:  Julio Gomez, Gomez
18   LLC, on behalf of defendants Hugo Camacho
19   and Javier Piaguaje.
20          Mr. Donziger has asked me to
21   express that he has had to prioritize
22   other work in this case today and could
23   not be here at this time, but he reserves
24   the right to appear later in the day.
25          MS. HAMILL:  Patricia Hamill
```

**2 (Pages 2 to 5)**

**6**

1          J. KOHN
2   and Joshua Voss for third-party deponent
3   Mr. Joseph Kohn.
4          *   *   *
5   J O S E P H   K O H N,
6   called as a witness, having been first
7   duly sworn, was examined and testified
8   as follows:
9   EXAMINATION BY MS. NEUMAN:
10      Q.    Good morning, Mr. Kohn.
11      A.    Good morning.
12      Q.    Could you state your full name
13   for the record.
14      A.    Yes, it is Joseph C. Kohn.
15          MS. HAMILL:  Ms. Neuman, may I
16   make a statement on the record before we
17   begin?
18          MS. NEUMAN:  Yeah, I'm sorry.
19          MS. HAMILL:  I just wanted to
20   make it clear that Mr. Kohn is here today
21   pursuant to a subpoena served on him by
22   plaintiff Chevron Corporation.  Mr. Kohn
23   is an attorney who formerly represented a
24   group of Ecuadorian individuals identified
25   in this matter as the Lago Agrio

**7**

1          J. KOHN
2   plaintiffs.
3          With his testimony today,
4   Mr. Kohn does not intend to and will not
5   invoke privilege on behalf of his former
6   clients; instead, it is his expectation
7   and understanding that current counsel,
8   Mr. Gomez, for the Lago Agrio plaintiffs,
9   will lodge any privilege objections he
10   deems appropriate.
11          If no objection is made by
12   Mr. Gomez, Mr. Kohn will assume that no
13   privilege is at issue and will respond to
14   the question posed.  If Mr. Gomez does
15   raise a privilege objection, Mr. Kohn will
16   await Special Master Gitter's ruling on
17   the objection and will be guided by that
18   ruling as to whether to proceed or not
19   with an answer to the question posed.
20          MR. GOMEZ:  I concur.
21          THE SPECIAL MASTER:  Thank you.
22      Q.    Mr. Kohn, what is your date of
23   birth?
24      A.    July 15th, 1957.
25      Q.    Where were you born?

**8**

1          J. KOHN
2      A.    In Bryn Mawr, Pennsylvania.
3      Q.    What is your current
4   occupation?
5      A.    I am a lawyer.
6      Q.    And what is your current work
7   address?
8      A.    It is 1 South Broad Street,
9   Philadelphia, Pennsylvania, 19107.
10      Q.    And you have mentioned you are
11   a lawyer.  I assume you are familiar with
12   the conduct of a deposition?
13      A.    Yes, I am, as a general matter.
14   I'm not familiar with every stipulation or
15   ruling that may have occurred in this
16   matter, but as a general proposition, yes.
17      Q.    In terms of any of the basic
18   rules, like us not talking over one
19   another, you not guessing, do I need to go
20   over those with you?
21      A.    I don't believe so.
22      Q.    Okay.  Is there anything that
23   interferes with your ability to give
24   truthful testimony today?
25      A.    No, ma'am.

**9**

1          J. KOHN
2      Q.    Anything that would interfere
3   with your memory today?
4      A.    No.
5          MS. NEUMAN:  I'm going to mark
6   as Exhibit 4001 a subpoena dated June
7   6th -- I'm sorry, a subpoena commanding
8   your appearance at this deposition dated
9   May 31st, 2013.  The deposition date being
10   June 6th, 2013 at 9 a.m.
11          (Plaintiff's Exhibit 4001
12   marked for identification.)
13      Q.    Your counsel mentioned in her
14   opening remarks, Mr. Kohn, that you are
15   appearing here pursuant to subpoena.  Is
16   this a subpoena that you are appearing
17   pursuant to?
18      A.    Yes, it is.
19      Q.    A couple of questions about the
20   way documents are maintained at Kohn Swift
21   & Graf.
22          You are currently with the firm
23   of Kohn Swift & Graf?
24      A.    Yes.
25      Q.    The documents that you produced

3 (Pages 6 to 9)

10

J. KOHN
1
2  in this matter, did they come from the
3  files of Kohn Swift & Graf?
4      A.    Yes.
5      Q.    In the ordinary course of the
6  business of Kohn Swift & Graf, do you
7  regularly communicate by e-mail within the
8  firm?
9      A.    I would say yes, e-mail is
10  regularly used, but it is not by any means
11  the sole or principal method of
12  communication.  We are a much smaller firm
13  than Gibson Dunn.  We are all in one
14  building on one floor, so it is very easy
15  to simply walk next door to the office or
16  pick up a phone.
17          But e-mail communication is
18  certainly part, since e-mail has become
19  prevalent.
20      Q.    You and the other lawyers at
21  your firm use e-mail at times to
22  communicate with one another and
23  communicate with co-counsel that's in
24  another office, that sort of thing; is
25  that right?

11

J. KOHN
1
2      A.    Yes, absolutely.
3      Q.    And that has been true since
4  2003?
5      A.    Yes.
6      Q.    Does your firm maintain e-mail
7  records in a central managed computer
8  system of some kind?
9      A.    Yes.
10      Q.    And that has been true since
11  2003?
12      A.    Yes.
13      Q.    And did Kohn Swift & Graf
14  maintain both electronic and hard copy
15  documents related to the Ecuador
16  litigation?
17      A.    There were both electronic and
18  hard copy documents, yes.
19      Q.    Does Kohn Swift & Graf keep
20  regular accounting records of its costs
21  and expenditures in the ordinary course of
22  its litigation matters?
23      A.    Yes, it does.
24      Q.    Are these accounting records
25  maintained in a centralized manner?

12

J. KOHN
1
2      A.    Yes.
3      Q.    Were you involved in the
4  identification, collection and production
5  of documents in response to Chevron's
6  subpoena?
7      A.    I was involved in it, yes.
8      Q.    And to your knowledge, were the
9  documents produced located in Kohn Swift &
10  Graf's files?
11      A.    Do you mean -- to my knowledge,
12  all the documents that were requested were
13  produced and we only produced documents
14  from Kohn Swift & Graf files.
15      Q.    From your business files?
16      A.    Correct.
17      Q.    And you Bates stamped those
18  documents with a KSG prefix?
19      A.    It was handled by our counsel,
20  the Conrad O'Brien firm, and certain
21  outside vendors who worked on that
22  project.
23          MS. HAMILL:  And we did use KSG
24  as a prefix for the production documents.
25      Q.    Do you have any reason to

13

J. KOHN
1
2  believe that any of the documents produced
3  in response to Chevron's subpoena are not
4  what they appear to be, in other words, if
5  you produced an e-mail that purports to be
6  from you to someone else on a certain
7  date, do you have any reason to believe
8  that's not what that document is?
9      A.    No, I don't.
10          MS. NEUMAN:  I'm going to have
11  marked as Exhibit 4002 Exhibit A to the
12  protective order in this matter.
13          (Plaintiff's Exhibit 4002
14  marked for identification.)
15      Q.    Mr. Kohn, before coming here
16  today, did you read the protective order
17  in this matter?
18      A.    Yes, I did.
19      Q.    And is that your signature that
20  appears on Exhibit 4002 agreeing to be
21  bound by the protective order?
22      A.    Yes, it is.
23      Q.    And you do agree to be bound by
24  that order, sir?
25      A.    Yes, I do.

**4 (Pages 10 to 13)**

14

J. KOHN
2    Q.    You graduated from the
3  University of Pennsylvania in 1979?
4    A.    Correct.
5    Q.    What law school did you attend?
6    A.    Villanova University.
7    Q.    When did you graduate?
8    A.    1982.
9    Q.    Since graduating, have you
10  worked with Kohn Swift & Graf?
11    A.    I have, although the firm name
12  has changed over time, but it has been one
13  continuous firm.
14    Q.    And the Kohn in Kohn Swift &
15  Graf, is that you or your father or
16  someone else?
17    A.    That is my father, Harold Kohn.
18    Q.    The firm, although the name has
19  changed, was started in 1969?
20    A.    Yes.
21    Q.    Are you a former candidate for
22  Pennsylvania Attorney General?
23    A.    I am indeed.
24    Q.    Is one of your primary areas of
25  expertise class actions?

15

J. KOHN
2    A.    Yes, I would say so.
3    Q.    What would you say your other
4  primary areas of expertise are as a
5  lawyer?
6    A.    Business and commercial
7  litigation, antitrust, securities
8  litigation, consumer-related litigation,
9  and the firm also has done a certain
10  amount of environmental, mass tort
11  litigation.  I have done some of that.
12        And more recently,
13  international human rights cases,
14  particularly the Holocaust-era cases.
15    Q.    Your firm has been lead counsel
16  in environmental class actions?
17    A.    We have been lead counsel in
18  environmental and toxic tort cases, yes, I
19  suppose some were class actions, some were
20  simply multi-party cases.  More recently
21  multi-party than class cases.
22    Q.    Based on the individualized
23  injury issues primarily?
24    A.    Yes.
25    Q.    Prior to 2003, did you have

16

J. KOHN
2  experience with environmental either
3  multi-party or class action matters?
4    A.    Yes.
5    Q.    Did you have any such
6  experience related to the petroleum
7  industry?
8    A.    I don't recall any.
9    Q.    Not that you recall?
10    A.    Specifically to the petroleum
11  industry, I don't recall.
12    Q.    And when I say petroleum
13  industry, you understand me to be covering
14  oil and gas?
15    A.    Right.
16    Q.    I will hand you a document that
17  was previously marked as Exhibit 3607.
18        This is a copy of the Lago
19  Agrio complaint that was filed in May of
20  2003.  The first half of the document is
21  in Spanish, and then attached to the
22  Spanish is an English translation.  And to
23  the extent we have documents that are
24  Spanish originals throughout the day, that
25  should be the pattern.

17

J. KOHN
2        MS. HAMILL:  And they have been
3  translated by Chevron?
4        MS. NEUMAN:  Certified
5  translations.  Generally speaking, the
6  certification is included in the front of
7  the exhibit, although I don't see it
8  attached to Exhibit 3607, but they are all
9  certified translations, not internal
10  translations and not done by Chevron
11  personnel.
12    Q.    Have you seen Exhibit 3607
13  before, Mr. Kohn?
14    A.    I believe -- I did see the
15  complaint that was filed.  I haven't seen
16  it in this form with the exhibit number on
17  it, but I have seen the complaint.
18    Q.    And you are aware that an $18
19  billion judgment has been issued on this
20  complaint?
21    A.    Yes.
22    Q.    Do you or your firm, Kohn Swift
23  & Graf, have any economic interest in that
24  judgment currently?
25    A.    No, we do not.

5 (Pages 14 to 17)

18

J. KOHN
1
2    Q.    Have you disavowed any economic
3 interest in the Lago Agrio judgment?
4    A.    Yes, we have.
5    Q.    When did you do that?
6    A.    In the fall or winter of 2010,
7 I think the firm made it clear that we had
8 no interest in any potential attorneys'
9 fee that might ever be obtained or awarded
10 in the matter.
11          The firm also had out-of-pocket
12 costs, expenses, related to the matter,
13 and the end of last year the firm
14 determined that we would not -- or we
15 would formally disavow and waive any such
16 claim for any cost reimbursement.
17    Q.    In what form did the cost
18 waiver you have just referred to take
19 place?
20    A.    Well, the firm decided to write
21 it off, if you will, and we did follow up
22 with a letter to the plaintiff groups who
23 had originally retained the firm simply
24 confirming that fact.
25    Q.    Do you know the approximate

19

J. KOHN
1
2 date of that letter?
3    A.    I believe it was sent in March
4 of this year.
5    Q.    2013?
6    A.    Yes.
7    Q.    Have you or your firm had any
8 other communications with the plaintiff
9 group in 2013?
10    A.    No.
11    Q.    Have you had any other
12 communications with the plaintiff group in
13 2011 or 2012?
14    A.    No.
15          THE SPECIAL MASTER:  Excuse me,
16 Mr. Kohn, did your letter to the plaintiff
17 group in March of this year state a reason
18 for the disavowal?
19          THE WITNESS:  No, sir.
20    Q.    In 2003 when Exhibit 3607 was
21 originally filed in Ecuador, Kohn Swift &
22 Graf was U.S. counsel for the plaintiffs,
23 correct?
24    A.    We were one of the U.S.
25 counsel, yes.

20

J. KOHN
1
2    Q.    Who were the other U.S. counsel
3 at that time?
4    A.    Mr. Bonifaz, Cristobal Bonifaz
5 and his firm.
6    Q.    What was the name of
7 Mr. Bonifaz's firm in 2003?
8    A.    I believe it was something to
9 the effect of Law Offices of Cristobal
10 Bonifaz or Bonifaz & Associates, something
11 to that effect.
12    Q.    Was Mr. Donziger also U.S.
13 counsel in 2003?
14    A.    I don't recall specifically.
15 There were periods of time when
16 Mr. Donziger would appear on papers as a
17 member of the Bonifaz firm, if you will, with the
18 signature block, if you will, with the
19 Bonifaz firm.  There were other times when
20 he would appear simply as his own attorney
21 or own proprietorship or firm.
22          So I can't be specific in 2003
23 which area it was, but he was involved in
24 that time frame in the case.
25    Q.    Mr. Donziger was a lawyer

21

J. KOHN
1
2 working on the case in 2003 under some
3 auspice?
4    A.    I believe so, yes.  There were
5 periods of time prior to the trial getting
6 geared up in Ecuador when Mr. Donziger was
7 sort of in for periods and sort of out for
8 periods, primarily in the '90s when the
9 matter was in New York.
10    Q.    I'm going to distinguish
11 between the Aguinda case in New York with
12 the 86 plaintiffs and this case in Ecuador
13 in 2003 with the 48 somewhat different
14 plaintiff group.
15    A.    Okay.
16    Q.    So when I'm referring to the
17 complaint, I'm only referring to the 2003
18 complaint.  Does that make sense?
19    A.    I understand, yes.  Obviously
20 trying to give the reason why I couldn't
21 be 100 percent clear on 2003 specifically
22 as to whether Donziger was there at that
23 moment.
24    Q.    Understood.  Were you
25 personally involved in developing the

6 (Pages 18 to 21)

22

J. KOHN

1
2 legal strategy for the complaint filed in
3 2003?
4     A.     I had a very minor role in
5 that.  It was primarily Alberto Wray, the
6 Ecuadorian lawyer, who crafted the
7 strategy.  I would say Mr. Bonifaz was in
8 a secondary position relative to Dr. Wray
9 and I was the last person with some
10 comments.
11     Q.     Do you speak any Spanish?
12     A.     I do not.
13     Q.     Can you read Spanish?
14     A.     No.
15     Q.     Do you speak any languages
16 other than English?
17     A.     No.  Many, many years of French
18 and I'm not very good.
19     Q.     I can relate to that
20 particularly.
21          Did you ever see an English
22 translation of Exhibit 3607 before it was
23 filed?
24     A.     I cannot be sure.  I certainly
25 saw an English translation at or about the

23

J. KOHN

1
2 time it was filed.  It may have been
3 shortly before or shortly after.
4     Q.     Have you ever been to Ecuador?
5     A.     Yes.
6     Q.     On how many occasions?
7     A.     I believe either three or four
8 occasions.
9     Q.     Do you recall roughly when
10 those three or four visits were?
11     A.     Yes.
12     Q.     Could you tell me?
13     A.     Sure.  The most recent was in I
14 believe it would have been September or
15 October of 2007, and that was for the
16 purpose of -- well, anyway, 2007.
17          The other two or three visits
18 were in the 1990s while the matter was
19 pending in New York.
20     Q.     What was the purpose of your
21 visit to Ecuador in September of 2007?
22     A.     It was to meet with several of
23 the plaintiffs, the plaintiffs' counsel
24 and plaintiffs' representatives to prepare
25 for a mediation session before Mediator

24

J. KOHN

1
2 Jonathan Marks which took place in
3 November of 2007.
4     Q.     When you referred to the
5 plaintiffs, do you mean the 48 individual
6 plaintiffs?
7     A.     No, I'm referring to some
8 subset of the 48 and/or Mr. Yanza and
9 other individuals who were the leadership
10 of the plaintiff organizations and the
11 community organizations that were affected
12 by the -- or lived in the area where the
13 oil exploration had occurred.
14     Q.     Who by name participated in the
15 September 2007 meetings?
16     A.     I remember Mr. Fajardo in
17 there.  I remember Mr. Yanza.  I remember
18 I believe it was Mr. Saenz, we referred to
19 him as Juampa was his nickname.
20     Q.     Saenz, Juan Pablo Saenz?
21     A.     Yes, I believe that's who, that
22 he was there.  I believe Humberto Piaguaje
23 was present for certain discussions.
24          There were several other
25 individuals who worked at the office of

25

J. KOHN

1
2 the plaintiffs that were either assisting
3 in some way, they may have been attorneys
4 or they may have simply been, you know,
5 nonlawyers who were assisting, and there
6 were several other client representatives,
7 some of whom then came to the actual
8 mediation in Washington D.C.
9          There were probably four or
10 five representatives of the plaintiffs in
11 addition to Mr. Fajardo and Mr. Yanza who
12 actually attended the mediation.  Also
13 Donziger was present during those meetings
14 in the fall of '07.
15     Q.     Do you know if any of the named
16 plaintiffs participated in any of those
17 meetings?
18     A.     I could not be sure if they did
19 or not.
20     Q.     The global inspection was going
21 on in September of 2007.  Did you meet
22 Richard Stalin Cabrera Vega during your
23 visit?
24     A.     I did not.
25     Q.     Have you ever met Richard

26

J. KOHN

1  Stalin Cabrera Vega?
2      A.    I don't believe I have, no.
3      Q.    You have to let me finish even
4  though you know what I'm going to say.
5      A.    I'm sorry.
6      Q.    How did you first come to know
7  Mr. Cristobal Bonifaz?
8      A.    He contacted our firm sometime
9  prior to the commencement of the case for
10 the purpose of discussing our involvement
11 in a potential litigation.
12     Q.    Had you known Mr. Bonifaz prior
13 to that contact?
14     A.    I had not.
15     Q.    Had you worked with Mr. Bonifaz
16 prior to the Ecuador related cases?
17     A.    No.
18     Q.    Was it your understanding that
19 Mr. Bonifaz was an experienced U.S.
20 attorney in 2003?
21     A.    In 2003 or in --
22     Q.    Yes, sir.
23     A.    Yes.
24     Q.    Mr. Bonifaz is Ecuadorian by
25

27

J. KOHN

1  birth?
2      A.    Yes, as I understand he is.
3      Q.    Is it your understanding that
4  Mr. Bonifaz had contacts within the
5  Ecuadorian government in 2003?
6      A.    Yes, he had some contacts or
7  knew certain people in different
8  departments.
9      Q.    Have you ever met with anyone
10 from the Republic of Ecuador or
11 representing the Republic of Ecuador since
12 the Aguinda case was filed in 2003?
13     A.    I met with U.S. lawyers who
14 represented the Republic in some of the
15 various litigations that have been related
16 to the Aguinda case.
17     Q.    Those lawyers were from Winston
18 & Strawn?
19     A.    They were from Winston &
20 Strawn, and also Mr. Herrera, who I
21 believe was at one time with Winston and
22 one time with Arnold & Porter.  I'm not
23 sure where he was at that time.
24     Q.    Raul Herrera?
25

28

J. KOHN

1      A.    Yes.  And I don't believe that
2  I -- I believe that one meeting that I
3  attended with Winston & Strawn lawyers
4  there were some individuals from Ecuador
5  who were attorneys for some department, I
6  don't know if they were with the Attorney
7  General's office in Ecuador or some other
8  entity in Ecuador.
9      Q.    It is not clear to you now who
10 they were?
11     A.    I don't recall their names.  I
12 recall there was a man and a woman, but I
13 don't recall names.
14     Q.    Other than Raul Herrera, what
15 were the names of the Winston & Strawn
16 lawyers that you met with?
17     A.    There was Eric Bloom, and was
18 it Mr. Mitchell, I guess, just those two,
19 I believe.
20     Q.    And how many occasions did you
21 meet with counsel for the Republic of
22 Ecuador in connection with the 2003
23 litigation?
24     A.    I believe two or three,
25

29

J. KOHN

1  something like that.
2      Q.    Do you recall the approximate
3  dates of those meetings?
4      A.    One was maybe as late as 2008
5  or 2009 possibly, and that's the meeting I
6  recall where the other individuals from
7  Ecuador were there, and then one was I
8  think in early 2007, it was at a time when
9  there was a hearing before Judge Sand on
10 some matter, and we got together before or
11 after -- I think after the hearing and
12 talked for a while.
13     Q.    And do you remember an
14 approximate date for the third meeting, if
15 there was one?
16     A.    It probably would have been in
17 between those two.
18     Q.    The meeting in 2008 or 2009,
19 who attended that meeting?
20     A.    Mr. Bloom was there.  I
21 believe -- and again I may be incorrect on
22 the name, Mr. Mitchell, but another lawyer
23 who you would know who has been on the
24 papers, I think the last name was
25

8 (Pages 26 to 29)

30

J. KOHN

1 Mitchell, taller fellow, I think a little
2 bit more senior in the firm to Mr. Bloom,
3 although Mr. Bloom is.
4     I might be getting the name
5 wrong.  But he would be on those pleadings
6 at that time.
7     Q.    Could it have been Mitchell
8 MacNeil?
9     A.    It could be, yeah.  At least I
10 had one name right.
11     And the two people from Ecuador
12 that I identified, Donziger, and then I
13 believe both Mr. Hillwig and Mr. Glazer
14 from our firm were also there.
15     Q.    What are Mr. Hillwig's and
16 Mr. Glazer's full name?
17     A.    Craig Hillwig and Neil Glazer.
18     Q.    What is their role at your
19 firm?
20     A.    They are, or were, active
21 litigating lawyers in the firm.  I believe
22 Mr. Hillwig was throughout that period of
23 time a shareholder in the firm.  We are a
24 PC, so we don't have partners.

31

J. KOHN

1     I believe Mr. Glazer was not at
2 that time, although -- I believe he was
3 not, although, again, he may have been.
4     Q.    But Mr. Glazer was employed by
5 the firm as a lawyer?
6     A.    Yes, absolutely.
7     Q.    Is Mr. Glazer still with Kohn
8 Swift & Graf?
9     A.    No, he is not.
10     Q.    Is Mr. Hillwig still with Kohn
11 Swift & Graf?
12     A.    Yes, he is.
13     Q.    Anyone else attended the 2008
14 or 2009 meeting with counsel for the
15 Republic of Ecuador?
16     A.    Not that I remember.  There may
17 have been, again, another Winston & Strawn
18 lawyer in and out or something to that
19 effect.
20     Q.    Where was this meeting held?
21     A.    At the Winston office in
22 Washington D.C.
23     Q.    How long did it last,
24 approximately?

32

J. KOHN

1     A.    Two to three hours.
2     Q.    What was the purpose of the
3 meeting?
4     A.    It was to discuss the matters
5 that were pending between the Republic and
6 Chevron.  I believe it was at or about the
7 time of the -- what I refer to as the BIT
8 arbitration matter beginning or there was
9 some issues of seeking dismissal of those
10 or seeking to enjoin the arbitration is my
11 recollection.
12     Q.    When you say BIT, you are
13 referring to the Bilateral Investment
14 Treaty arbitration?
15     A.    Yes.  I believe there was more
16 than just one such litigation.  So it was
17 one of those.
18     Q.    Did counsel for the ROE and
19 counsel for the Lago Agrio plaintiffs
20 coordinate on a regular basis?
21     A.    I think there was coordination
22 from time to time that I was aware of that
23 would relate to these kinds of issues,
24 when there was some matter pending in a

33

J. KOHN

1 litigation between Chevron and the
2 Republic of Ecuador that was about or
3 implicating or relating in some way to the
4 case in Ecuador, there would be some
5 discussions.  I was aware of some of
6 those.  There may have been others that
7 Donziger was having that I'm not aware of.
8     Q.    The meetings that -- the
9 meeting that you had in '08 or '09 with
10 counsel for the Republic of Ecuador, were
11 any decisions made at that meeting about
12 positions that the plaintiffs would take?
13     A.    I don't recall decisions being
14 made.  I recall sort of discussing the
15 procedural posture of the case, what
16 options or what things plaintiffs might
17 do.  I think there was some discussion
18 should plaintiffs intervene in those or
19 seek to intervene or take some position.
20     Q.    In that same meeting, were
21 there any decisions made as to any actions
22 that the Republic of Ecuador would take?
23     A.    I don't recall it boiling down
24 to kind of decision time.  It was more of

9 (Pages 30 to 33)

34

```
 1              J. KOHN
 2    information and trying to understand the
 3    process.
 4        Q.     To your knowledge, did the
 5    Republic and the plaintiffs ever enter
 6    into a formal joint defense agreement?
 7        A.     I do not know if a formal
 8    agreement was ever completed.  I remember
 9    discussing the subject of a joint
10    prosecution or joint defense agreement.
11        Q.     But you don't recall ever
12    actually entering into one?
13        A.     My recollection is it was never
14    finalized, but I could be wrong.
15        Q.     The meeting that you had with
16    counsel for the Republic in early 2007,
17    what was the purpose of that meeting?
18        A.     My recollection is it was after
19    the argument or there was an evidentiary
20    hearing of some kind before Judge Sand,
21    and we walked over to some little
22    restaurant near the courthouse and it was
23    more just typical lawyers after an
24    argument post, you know, postgame wrap-up,
25    how did this go, what did you think of
```

35

```
 1              J. KOHN
 2    this point, what do you think the judge is
 3    going to decide.
 4              The issue at that point was
 5    whether there was an agreement to
 6    arbitrate that Chevron -- I believe it was
 7    Chevron's claim that the Republic had to
 8    arbitrate any claims relating to
 9    environmental issues in Ecuador, and it
10    was boiling down to -- it was all those
11    issues about the Gulf agreement and those
12    old contracts and did anybody ever succeed
13    to the rights to arbitrate under the
14    original agreements.
15        Q.     In this meeting in early 2007,
16    were the participants the same as in the
17    '08-'09 meeting or were they different?
18        A.     I believe at that meeting it
19    was only myself, Donziger, Mr. Bloom and
20    Mr. MacNeil.  There may have been another,
21    a third Winston lawyer who was there, but
22    I recall Eric and the other gentleman.
23        Q.     And were any agreements entered
24    into at this meeting between counsel for
25    the Republic of Ecuador and counsel for
```

36

```
 1              J. KOHN
 2    the plaintiffs?
 3        A.     Not that I remember.
 4        Q.     The in-between meeting that you
 5    mentioned that we are not sure about the
 6    date, do you know where that occurred?
 7        A.     I don't have a clear
 8    recollection.  I do remember a couple of
 9    phone calls with Eric Bloom and/or other
10    Winston people, again, around these issues
11    of the arbitration, around the issues of
12    the BIT arbitration, similar in nature.
13              There were certain -- I guess
14    there was some effort on the part of the
15    Winston lawyers to obtain the background
16    information about the underlying dispute
17    and litigation, which was the subject of
18    their disputes with Chevron.
19        Q.     Did the ROE ever provide any
20    financial support, to your knowledge, for
21    the plaintiffs' litigation in Ecuador?
22        A.     I am not aware of any.  I am
23    aware of a process that occurred I believe
24    in the late '90s where an individual
25    working for the plaintiffs traveled around
```

37

```
 1              J. KOHN
 2    and got information about the various well
 3    sites and took photographs and did some
 4    other basic research and may have
 5    had -- I think there was some discussion
 6    that he had some -- obtained some records
 7    from or had some assistance from
 8    PetroEcuador or had access to some files
 9    that they had and there may have been some
10    other, as you frame it, assistance at that
11    time, but that's the only thing that I can
12    remember.
13        Q.     And is the individual you are
14    referring to Manuel Pallares?
15        A.     Yes.
16        Q.     At what point in time did
17    Mr. Pallares start working for the
18    plaintiffs?
19        A.     I believe he was involved from
20    the earliest point of the case, even
21    perhaps before the matter was filed in New
22    York, but certainly early in the New York
23    litigation.
24        Q.     And who is Mr. Pallares?  What
25    does he do for a living?
```

10 (Pages 34 to 37)

38

J. KOHN

1
2    A.    That's a good question.  I
3    believe he has some relationship to
4    Mr. Bonifaz as sort of a nephew or cousin
5    or cousin of an in-law.  There was some
6    familial relationship, but not necessarily
7    father and son or whatever.
8          And he just seemed to be kind
9    of, you know, an independent guy.  He
10   didn't look like he sort of necessarily
11   had a 9 to 5 job, and he would pitch in at
12   times and he would travel out to the
13   Oriente and live out there for a couple of
14   weeks and come back.
15   Q.    Was Mr. Pallares an engineer of
16   any kind?
17   A.    I don't believe he was.  I
18   don't know.  I really don't know.  He very
19   well could have had an engineering degree
20   for all I know.
21   Q.    To the extent Mr. Pallares had
22   any environmental or engineering training
23   of any kind, you don't know what it might
24   have been?
25   A.    Correct.

39

J. KOHN

1
2    Q.    And as far as you know, he
3    didn't have any such training?
4    A.    I'm not aware of any.
5    Q.    Did you ever have any
6    interactions with President Correa?
7    A.    No.
8    Q.    Did you ever have any
9    interactions with Alexis Mera?
10   A.    No.
11   Q.    One of President Correa's
12   lawyers?
13   A.    No.
14   Q.    Did you ever have any
15   interactions with any of the ministers in
16   Ecuador, Minister of the Environment?
17   There is a lot of ministries.
18   A.    I don't believe so.  Again, in
19   the New York phase there was a time when I
20   believe it was the Procurador, which I
21   understood to be comparable to the
22   Attorney General of Ecuador, came to New
23   York in connection with one of the
24   hearings in New York, and he was present,
25   he had a press conference in New York, and

40

J. KOHN

1
2    I was there and it was conducted in
3    Spanish.  So that was the extent of my
4    contact with him.
5          But no, other than that, no
6    other contact as I can recall.
7    Q.    Did you have a private meeting
8    of any kind with the Procurador?
9    A.    I think there was some
10   discussion before, you know, the court
11   appearance or before the press conference
12   where, you know, a group of lawyers who
13   were counsel for the Republic of Ecuador
14   at that time, a group of the plaintiffs'
15   lawyers, were present in a conference
16   room, but it was more of a social
17   discussion as I recall than a substantive
18   one.
19   Q.    Are you aware of any requests
20   by anyone acting on behalf of the
21   Ecuadorian plaintiffs to the Republic of
22   Ecuador to intervene in any way in the
23   litigation against Chevron?
24   A.    I do not recall any, as you
25   phrased that question with respect to

41

J. KOHN

1
2    Chevron.  There was certainly discussion
3    and motion practice in the 1990s when
4    Texaco was a defendant, or the defendant,
5    about whether the Republic of Ecuador and
6    PetroEcuador were indispensable parties,
7    and then there was some subsequent
8    litigation where I believe a motion was
9    filed for some kind of limited
10   intervention as I recall before Judge
11   Rakoff, and it is all in that history.
12   Q.    But focusing on 2003 forward,
13   are you aware of any requests by anyone
14   acting on behalf of the Lago Agrio
15   plaintiffs being made to the Republic of
16   Ecuador for the Republic to intervene in
17   any way in the litigation against Chevron?
18   A.    In the litigation in Ecuador?
19   Q.    Yes, sir.
20   A.    I'm not aware of any such
21   request.
22   Q.    Why don't we turn to
23   Mr. Donziger for a moment.  Mr. Donziger
24   speaks Spanish?
25   A.    Yes, he does.

11 (Pages 38 to 41)

42

J. KOHN

Q.     Mr. Donziger reads and can
write in Spanish, to your knowledge?

A.     Yes.

Q.     Did he represent to you that he
could do those things?

A.     Well, he did them.  He didn't
have to make a separate representation.  I
observed it.

Q.     In 2003, what was your
understanding of Mr. Donziger's legal
experience outside the Ecuador litigation?

A.     My understanding is that he had
worked for a time in Washington D.C. as a
public defender or otherwise had done some
criminal defense work, that he had had
some experience with respect to either
writing, editing, working on some sort of
a book relative to criminal law issues,
and that his other litigation experience
was fairly limited.

He had been associated with
some other firm or firms in New York for
periods of time.

Q.     Did Mr. Donziger have any

43

J. KOHN

experience litigating environmental
issues, to your knowledge?

A.     I do not believe he did.

Q.     During the course of the 2003
Ecuador litigation, Mr. Donziger traveled
to Ecuador approximately once a month.
Did Kohn Swift & Graf pay for these trips?

A.     We paid for certain of the
trips, many of the trips.  I would not be
sure that we paid for every single one of
them.

Q.     Once the case was filed in
2003, was it part of Mr. Donziger's role
on the case to be in Ecuador on a regular
basis and monitor the litigation,
supervise aspects of it?

A.     When the case was filed in
2003, both Mr. Bonifaz and Mr. Donziger
were actively involved or present in
Ecuador, I don't know for the actual
filing of the complaint, but certainly for
the first phase of the -- what I
understood was the first phase of the
trial.

44

J. KOHN

Mr. Donziger at that point
really threw himself into the matter.  I
viewed it very much as -- almost as a
volunteer.  He was actively engaged with
the proceedings in Ecuador to a point
where he was doing more of it than
Mr. Bonifaz was.

I would have viewed him at that
point as really still an associate or a
lawyer on the Bonifaz team.  And over a
period of that time and fairly early in
that trial phase, he sort of took the
leadership role and spent the time and
exerted himself and took on that role as
the principal American lawyer who was
engaged with the process in Ecuador.

Q.     Throughout the time that you
and Kohn Swift & Graf were involved in the
litigation from 2003 until 2010 --

A.     2009, I believe November 2009.

Q.     Okay, I'm sorry, through
2009 -- so I will withdraw that and try
again.

THE SPECIAL MASTER:  Excuse me,

45

J. KOHN

I didn't catch that.  Did you say
something after the words -- I don't think
the reporter caught it, but I thought I
heard you say after the words 2009 that
you withdrew, or something like that?

THE WITNESS:  Yes, I said in
2009 when we withdrew.

THE SPECIAL MASTER:  Thank you.

Q.     Throughout the time that you
and Kohn Swift & Graf were involved in the
litigation from 2003 until 2009, was
Mr. Donziger the lead U.S. lawyer on the
case?

A.     Yes, other than that early
phase that I just described with Bonifaz
very early on.

Q.     Did Kohn Swift & Graf have a
written agreement with Mr. Donziger in
2003?

A.     No.

Q.     Did the plaintiffs have a
written agreement with Mr. Donziger in
2003?

A.     I'm not aware of a separate

46

J. KOHN

1  agreement with him.  And, again, I'm
2  unaware whether he was still part of the
3  Bonifaz firm, as I mentioned that he would
4  appear on pleadings as a lawyer in the
5  Bonifaz firm.  So in that sense there was
6  an agreement between plaintiffs and the
7  Bonifaz firm.
8      Q.     Excepting the early part of the
9  case in 2003, would you say that
10 Mr. Donziger worked on the case full-time
11 while you were involved?
12     A.     Yes.
13     Q.     Was Mr. Donziger involved in
14 developing the legal strategy for the
15 complaint?
16     A.     I do not recall one way or the
17 other whether he was.
18     Q.     During the time that Kohn Swift
19 & Graf was involved, did the firm pay
20 Mr. Donziger a stipend of some kind for
21 his work on the case?
22     A.     At different points in time we
23 did and, again, maybe not from 2003
24 continually, but yes, the answer is yes.

47

J. KOHN

1      MS. NEUMAN:  Let me show the
2  witness a document we will mark as Exhibit
3  4003.
4      THE SPECIAL MASTER:  Before you
5  get to that, Mr. Kohn, when you withdrew
6  in November of 2009, was there a writing
7  evidencing that withdrawal?
8      THE WITNESS:  Yes, sir, there
9  is a letter, I believe it is later -- late
10 November of '09 and it has been filed with
11 pleadings in this matter.
12     THE SPECIAL MASTER:  And it was
13 from you to whom?
14     THE WITNESS:  It was from me to
15 Mr. Fajardo, Mr. Yanza and the other
16 leadership groups that were the same
17 parties that are on retention agreements
18 from 2002 or '3 and 2006, it was updated.
19     THE SPECIAL MASTER:  Is that a
20 multi-page letter?
21     THE WITNESS:  My letter was a
22 multi-page letter, yes.
23     THE SPECIAL MASTER:  Then I
24 think I have seen it.

48

J. KOHN

1      (Plaintiff's Exhibit 4003
2  marked for identification.)
3      Q.     I have handed the witness a
4  document that has been marked for the
5  record as Exhibit 4003.  This document has
6  a header that reads 7181-12287,
7  Texaco-Ecuador KS&G Expenses, 1993 to
8  5-31-09, and bears the Bates numbers
9  KSG00135246 through KSG00135258.
10     Have you seen Exhibit 4003
11 before, Mr. Kohn?
12     A.     I have seen these documents
13 which make up this exhibit, but I don't
14 believe they were all, if you will, part
15 of one document originally.  This seems to
16 be a compilation of a series of documents.
17 But I have seen each component part of
18 Exhibit 4003.
19     Q.     Focusing just on the first two
20 pages of Exhibit 4003, is this a summary
21 of the expenses that Kohn Swift & Graf
22 incurred in the Ecuador-related litigation
23 for the time period noted in the header,
24 '93 through 5-31-09?

49

J. KOHN

1      A.     Yes, it is.
2      Q.     And did someone in your offices
3  prepare this summary?
4      A.     Yes.
5      Q.     And is this summary accurate as
6  far as you know?
7      A.     I believe it is accurate for
8  the purpose for which it was prepared,
9  but, you know, I'm unclear as to why such
10 a document would have been generated at
11 that particular time.  But I would assume
12 it was an accurate reflection.
13     Q.     I think there is a handwritten
14 note in the upper corner on the first page
15 that says 6-12-07, to J. Kohn.
16     A.     It would be '09, I think.  It
17 looks like '07 on this, but I would
18 speculate that it is '09 and it just got
19 cut off in the photocopying, because the
20 printed part runs through '09, so it would
21 have been --
22     Q.     Oh, I see.  And then there is
23 also page 3 of the exhibit is a June 12th,
24 '09 e-mail exchange between yourself and

13 (Pages 46 to 49)

50

J. KOHN

1  Kathy Kenny?
2  A.    Yes.
3  Q.    Who is Ms. Kenny?
4  A.    She is the bookkeeper for our
5  firm.
6  Q.    And is it your understanding
7  that Ms. Kenny prepared the first two
8  pages of Exhibit 403?
9  A.    She did, or they would have
10 been prepared from her records and
11 possibly another member of the firm staff
12 put it into this particular form.
13 Q.    Do you know the purpose for
14 which the first two pages of Exhibit 403
15 were prepared?
16 A.    I don't recall what the
17 specific issue might have been as to why,
18 you know, in June of '09 such a document
19 was prepared. I would think there was the
20 general discussions at that point of what
21 our firm's commitment had been to the
22 matter. There was some discussions of
23 other law firms potentially joining the
24 matter for the plaintiffs.

51

J. KOHN

1  And it may have had some
2  relation to sort of what is that history,
3  what are the costs that are already
4  expended in this matter if people are
5  going to have discussions about things
6  going forward.
7  But I don't have a specific
8  recollection as to why this piece of paper
9  in this format was prepared at that
10 moment.
11 Q.    The re line on the page 3
12 e-mail exchange says Firm Expense Schedule
13 For Meeting Today. Does that refresh your
14 recollection in any way?
15 A.    It really does not beyond what
16 I had said.
17 Q.    Without regard to the purpose
18 for which it was prepared, any reason to
19 think the first two pages of Exhibit 4003
20 are not accurate?
21 A.    I have no reason to think it
22 was not an accurate summary at that time.
23 Q.    Do you see on the left-hand
24 margin where it says Cost Code?

52

J. KOHN

1  A.    Yes.
2  Q.    Are those codes that Kohn Swift
3  & Graf developed to allocate costs in the
4  categories?
5  A.    Yes, these are our -- that
6  would apply to any matter in the firm
7  across the board.
8  Q.    Under Public Relations/Press,
9  there is an entry that says SRD
10 Productions, a little less than halfway
11 down. Do you see that?
12 A.    Yes.
13 Q.    What is that?
14 A.    I do not know as I sit here
15 today.
16 Q.    Do you know if that relates to
17 Mr. Donziger?
18 A.    I do not know, although I
19 believe those are his initials. I
20 would -- I wouldn't say guess, but I would
21 surmise that there were periods of time in
22 the '90s when Mr. Donziger was essentially
23 providing press release type services
24 relative to the litigation, and perhaps he

53

J. KOHN

1  had formed some name or had some business
2  name at that time.
3  But that is -- I have no
4  specific recollection of that. It could
5  be something like that.
6  Q.    For the Ecuador case from 2003
7  forward, did Mr. Donziger manage the press
8  relations aspect of the case for the
9  plaintiffs?
10 A.    Yes. There were certain
11 professional firms that worked on the
12 matter in the public relations/press
13 relations field, but he managed and
14 supervised that work.
15 Q.    Under number 7, Professional
16 Services, do you see the name Alejandro
17 Ponce-Villacis?
18 A.    Yes.
19 Q.    Who is Mr. Ponce-Villacis?
20 A.    He is an attorney who resides
21 in Ecuador, did at that time. He may have
22 also had some affiliation or relation with
23 a U.S. law firm, but my recollection is he
24 was an Ecuadorian lawyer who did some work

54

```
 1          J. KOHN
 2  on the case.
 3      Q.    Did you ever meet
 4  Mr. Ponce-Villacis?
 5      A.    Yes, I did.
 6      Q.    On how many occasions?
 7      A.    I can recall two occasions.
 8      Q.    When were those?
 9      A.    One would have been at the time
10  of the fall of 2007 meeting, and I recall
11  he attended a dinner that we had.
12          He was not, as I recall, at the
13  meeting at the plaintiff office.  I recall
14  he came to the hotel where I was staying
15  and then I traveled with him and I believe
16  also Donziger to a restaurant where some
17  other combination of the lawyers and/or
18  plaintiffs were present for dinner.
19      Q.    What was the second occasion?
20      A.    The second I believe was at
21  Mr. Donziger's wedding in New York City,
22  and I don't recall the date.  It was prior
23  to '07.
24      Q.    Have you had any contact with
25  Mr. Ponce-Villacis since 2007?
```

55

```
 1          J. KOHN
 2      A.    No.
 3      Q.    And do you know the type of
 4  work that he did on the case from 2003
 5  forward?
 6      A.    I believe that he did work more
 7  in the nature of briefing or legal
 8  analysis as opposed to participating in
 9  the inspections out in the Oriente.
10          He was affiliated with a firm
11  in Quito, I believe, and he was a more
12  experienced general litigator, is my
13  understanding, than Mr. Fajardo, for
14  example, so he was engaged, as I said,
15  more for the purpose of developing the
16  legal arguments or participating in
17  briefing of more intense legal issues.
18      Q.    And is it Mr. Donziger that
19  explained to you the reasons for
20  Mr. Ponce-Villacis' engagement and his
21  relative higher level of experience than
22  that of Mr. Fajardo's?
23      A.    Yes, Mr. Donziger had contacted
24  him before I knew of him.
25      Q.    And recommended that he be
```

56

```
 1          J. KOHN
 2  retained?
 3      A.    Yes.
 4      Q.    Under the Technical Team
 5  Expenses, it lists Global Environmental
 6  Operation.  Are you familiar with that
 7  company?
 8      A.    I do not have a specific
 9  recollection as to how they fit into the
10  operation.
11      Q.    Are you familiar with the name
12  David Russell?
13      A.    Yes, I am.
14      Q.    And did Mr. Russell's company
15  do the bulk of the environmental
16  investigation in Ecuador early on?
17      A.    They did.  Yes, they did.  That
18  was my supposition that perhaps this was
19  Mr. Russell's time period, yes.
20      Q.    And if we wanted to see the
21  amount of monies paid to Global
22  Environmental, we would go over to the
23  2004 column where there is an entry for
24  $620,000 and the 2005 column where there
25  is an entry for $88,309.88; is that right?
```

57

```
 1          J. KOHN
 2      A.    Correct.  Yes.
 3      Q.    Is there something amiss?  You
 4  look like there is something amiss.
 5      A.    It looks like some to me --
 6  some of these columns, it looks like a
 7  longer period of time of their involvement
 8  than I recall.
 9          So my sense might be that
10  certain payments for other technical team
11  experts are in this column for Global
12  because I did not recall that Global was
13  involved for that length of time and for
14  that volume of work.
15      Q.    It is two years, '04 and '05?
16      A.    Yeah, but on my chart there is
17  also payments in '06, '07 and '08.  So
18  that's what is giving me some pause and
19  that causes me --
20          MS. HAMILL:  Use your pad to go
21  along in the line.
22      Q.    There is a 620 and an 88,309
23  and then there is nothing.
24      A.    Yes, got it now.
25      Q.    And is Dave Russell and Global
```

15 (Pages 54 to 57)

58

```
 1            J. KOHN
 2  Environmental working in 2004 and 2005
 3  only more consistent with your
 4  recollection?
 5      A.    Yes.  I apologize, I was
 6  looking at the wrong column.
 7      Q.    Underneath Global Environmental
 8  Operation, there is an Edison Camino
 9  Castro.  Who is that?
10      A.    As I understand that, he is an
11  Ecuadorian engineer who participated in
12  the litigation during the judicial
13  inspection phase.
14      Q.    Under Mr. Castro, there is
15  listed Amazonia, Frente De Defensa.  Do
16  you see that?
17      A.    Yes.
18      Q.    That's the FDA organization?
19      A.    That's the entity that I refer
20  to as the Frente, which as I understood it
21  was sort of an umbrella organization of
22  the various communities, tribal groups,
23  etc., that worked and lived in the area
24  and that was affected by the oil
25  operations and that they had formed this
```

59

```
 1            J. KOHN
 2  organization for the purpose of pursuing
 3  remedies both in the litigation and
 4  otherwise, and providing other kinds of
 5  services and activities for the people who
 6  lived in that area.
 7      Q.    In 2003, did the FDA have any
 8  legal status?  Was it incorporated in any
 9  way or recognized under Ecuadorian law in
10  any way?
11      A.    I would not know about
12  Ecuadorian law as such.  But my
13  understanding was that this was an
14  organization or at least that concept of
15  this umbrella group which consisted of
16  what the people in Ecuador spoke of as the
17  communities, and these actual indigenous
18  tribes, that they had formed this umbrella
19  group.
20           When or at what point they may
21  have filed some kind of legal document or
22  articles of incorporation, I would not
23  have any knowledge of that.  But the fact
24  of that kind of organization was something
25  that was described to me by Mr. Bonifaz
```

60

```
 1            J. KOHN
 2  initially, you know, very early in this
 3  whole process in the '90s, and whether it
 4  became more formal over time or when the
 5  action was filed in '03, it became -- or
 6  took on some other formality, I'm not
 7  familiar with that.
 8      Q.    So do you have any knowledge as
 9  to whether the Frente was an actual legal
10  entity of any kind?
11      A.    I understood that it was, but I
12  couldn't, you know, be more specific as to
13  what type of entity under Ecuadorian law
14  or when such action was taken or did they
15  change it over time.
16      Q.    Starting in --
17           THE SPECIAL MASTER:  Excuse me,
18  before we leave the subject of the Frente,
19  is that Mr. Yanza's organization?
20           THE WITNESS:  I understood he
21  was involved with it or had some role in
22  it and then -- yes.  Yes, I viewed him as
23  a spokesperson for it or as some kind of a
24  leader of it.
25           THE SPECIAL MASTER:  Did it
```

61

```
 1            J. KOHN
 2  have an office, to your knowledge?
 3           THE WITNESS:  Yes.
 4           THE SPECIAL MASTER:  Where?
 5           THE WITNESS:  Again, in the
 6  fall of '07 I went to Lago Agrio, and
 7  there was an office there that I
 8  understood was the office of the Frente.
 9           THE SPECIAL MASTER:  What was
10  on the front door?
11           THE WITNESS:  I don't recall
12  the front door per se, but I do recall it
13  being very much represented as the office
14  of the Frente, and there were, you know, a
15  dozen people in there and different
16  offices and posters of activities they
17  were working on.
18           THE SPECIAL MASTER:  Is it a
19  different office from the Selva Viva
20  offices?
21           THE WITNESS:  It was different
22  than an office in Quito which I also
23  attended, which was the one I was
24  referring to earlier which I understood to
25  be -- Selva Viva was the plaintiff legal
```

16 (Pages 58 to 61)

---

**62**

J. KOHN

1 team.  The Frente being something that had
2
3 a broader mission as I understood it.
4         Again, the Frente may have also
5 had some kind of office in Quito, but I
6 don't recall seeing that as anything
7 separate from the plaintiff legal team
8 office which was in a house, in a
9 freestanding two or three-story home in
10 Quito, just so you will know what I'm
11 talking about.
12     Q.     In the Frente office in Lago,
13 was that office in a freestanding house or
14 some other --
15     A.     It was in sort of a low-rise
16 office building, I recall.
17     Q.     And how many offices did they
18 have?
19     A.     I recall walking up the stairs
20 to a second floor or a third floor and it
21 being a 50, 60-foot hallway down one way
22 and then sort of an L shape and then
23 another, you know, similar space going the
24 other direction.
25         Again, whether there were

---

**63**

J. KOHN

1
2 other -- you know, there would have been
3 four or five offices along each of those
4 arms of the L.  Again, whether they had
5 other space in that building or not, you
6 know, I was being sort of shown around.
7     Q.     From what you saw, the Frente
8 at least had eight to ten offices in their
9 Lago Agrio space?
10     A.     They had space and desks, yes.
11         MR. GOMEZ:  Excuse me, can we
12 have a time frame for the record of this
13 visit?
14         THE WITNESS:  This was the fall
15 of 2007.
16     Q.     According to Exhibit 4003 --
17         THE SPECIAL MASTER:  I'm sorry,
18 this one is 4003 that we have been looking
19 at?
20         MS. NEUMAN:  Yes, sir.
21     Q.     Kohn Swift & Graf started
22 making payments to the Frente in 2005, you
23 will see there there is payments totaling
24 $335,000; do you see that, Mr. Kohn?
25         THE SPECIAL MASTER:  That is

---

**64**

J. KOHN

1
2 Selva Viva.  That is Selva Viva,
3 Ms. Neuman.  Use your pad to go across.  I
4 think you had the same problem Mr. Kohn
5 had a minute or so ago.
6         MS. NEUMAN:  I'm sorry.
7     Q.     It is $40,000 in 2005.  Do you
8 see that payment, Mr. Kohn?
9     A.     For the Frente?
10     Q.     For the Frente.
11     A.     Yes, I see that one.
12     Q.     What was that payment for, or
13 those payments?
14     A.     I could not tell you
15 specifically what those were -- what
16 that's related to.
17         THE SPECIAL MASTER:  Mr. Kohn,
18 did you ever have an audit done by any
19 outside organization of what these monies
20 were for, all of these monies on this
21 chart?
22         THE WITNESS:  We have not had
23 an outside audit.
24         THE SPECIAL MASTER:  Have you
25 had an inside person conduct an audit?

---

**65**

J. KOHN

1
2         THE WITNESS:  Not an audit per
3 se, as I understand the term.  At various
4 times we received materials from Selva
5 Viva and the Frente that collected
6 receipts, and they were supposed to be
7 doing it on a monthly basis, they did it
8 at times on a monthly basis, other times
9 they would lag.
10         We did review those books of
11 receipts when they came in to make sure
12 they were, you know, in terms of the
13 totals, reflecting these payments.  Other
14 matters on here, you know, transcript
15 costs is minor compared to some of these
16 others, so we didn't audit those.  We
17 didn't audit --
18         THE SPECIAL MASTER:  Did
19 anybody do an investigation at your firm
20 of these costs and expenses in connection
21 with either your withdrawal from the case
22 or the disavowal of the fees and expenses
23 relating to the judgment?
24         THE WITNESS:  Well, we have
25 certainly looked at these kinds of things

**17 (Pages 62 to 65)**

66

J. KOHN

1       J. KOHN
2  many times but have not gone back, and,
3  you know, audited to see, you know, if
4  Karen Hinton actually did something in
5  that month, although that was a different
6  kind of a retainer.
7       As to the Selva expenses, we
8  looked at those books but they lagged
9  behind for a period of time and we have
10 not gone back and tried to match it dollar
11 for dollar.
12      THE SPECIAL MASTER:  Counsel,
13 while we are on this document, can you
14 just, for my benefit, explain to me the
15 stamp here that says Confidential, Subject
16 to Protective Order, does this have
17 something to do with the Section 502
18 stipulation?  Is that what that stamp is
19 related to?
20      MS. NEUMAN:  Yes, sir.
21      THE SPECIAL MASTER:  So that if
22 you are going to be showing documents with
23 a KSG prefix here today, they are all
24 going to have this stamp, that is to say
25 they will be part of the 502 stipulation,

67

1       J. KOHN
2  so they are part of the 450 documents or
3  something like that that --
4       MS. NEUMAN:  300, yes.
5       THE SPECIAL MASTER:  I'm sorry?
6       MS. NEUMAN:  300.
7       THE SPECIAL MASTER:  350
8  documents which I otherwise would have
9  been examining?
10      MS. NEUMAN:  That's exactly
11 right.
12      THE SPECIAL MASTER:  All right,
13 thank you.  Or may still need to examine.
14      MR. STAVERS:  For the record,
15 Special Master, it is 300 from Kohn and
16 150 that were produced by Laura Garr.
17      THE SPECIAL MASTER:  Got it,
18 thank you.
19      Q.    Mr. Kohn, also on Exhibit 4003
20 there is a Joseph Mutti entry; do you see
21 that? M-u-t-t-i.
22      A.    Can you point me to which
23 general category?
24      Q.    Under Professional Expenses,
25 Experts.

68

1       J. KOHN
2       A.    Got it, yes.  Yes, I see that.
3       Q.    Who is Mr. Mutti?
4       A.    As I understand it, Mr. Mutti
5  is an individual who had some
6  responsibility with respect to maintaining
7  or designing, updating, a website that
8  related to the litigation.
9       Q.    What was the name of that
10 website?
11      A.    My recollection is it was
12 Toxico or something to that effect.  It
13 may have changed over time.
14      Q.    Chevron Toxico?
15      A.    I don't recall.  I did not
16 visit it particularly.  I was aware -- I
17 think I saw it in some of the earlier
18 iterations.
19      Q.    When you say you didn't visit
20 it, you mean you didn't go to it online?
21      A.    Correct.
22      Q.    And that website was sponsored
23 by -- paid for by the plaintiffs' lawyers?
24      A.    In part.  Again, whether there
25 were other contributions that may have

69

1       J. KOHN
2  been paid as well, I know we paid
3  Mr. Mutti certain expenses to maintain it.
4       Q.    And post things to it and so
5  on?
6       A.    That's correct.
7       Q.    Were there other websites that
8  the plaintiffs' lawyers maintained other
9  than Toxico or Chevron Toxico?
10      A.    I am not aware of others.
11      Q.    And who controlled the content
12 on Toxico or Chevron Toxico?
13      A.    My understanding is that
14 Donziger was involved with it, and I have
15 a slight recollection whether Amazon Watch
16 or some other third-party organizations
17 may have had some input in that, but I
18 couldn't be certain of that.
19      Q.    Did you or anyone at Kohn Swift
20 & Graf have responsibility for reviewing
21 and approving postings on Toxico or
22 ChevronToxico.com before they were posted?
23      A.    No, I did not.
24      Q.    Did you have any control over
25 the content of the website?

18 (Pages 66 to 69)

---

70

J. KOHN

1
2      A.     I never raised any question or
3   asserted any control.  You know, I might
4   have theoretically had that right or
5   power, but I never engaged with that.
6      Q.     You never exercised any
7   practical control over the website; is
8   that right?
9      A.     Right, I did not.
10         THE SPECIAL MASTER:  Did you
11   ever hear of a website called The Chevron
12   Pit?
13         THE WITNESS:  I have not heard
14   of that one.
15      Q.     Down further on Exhibit 403
16   under Trial Expenses, there is shown
17   payments to Cabezas & Wray.  That is
18   Alberto Wray's firm, correct?
19      A.     Yes.
20      Q.     And you paid Mr. Wray for his
21   representation of the plaintiffs in
22   Ecuador, I mean your firm?
23      A.     We paid for at least some
24   portion of that representation, yes.
25      Q.     Do you know if anyone else

---

71

J. KOHN

1
2   compensated Mr. Wray?
3      A.     I'm not aware of anyone else
4   doing that.
5      Q.     And to be clear, all the monies
6   that were paid on behalf of the plaintiffs
7   during the course of the Ecuador-related
8   litigation came from the firm, Kohn Swift
9   & Graf, and not from you personally; is
10   that right?
11      A.     Yes, any Kohn Swift & Graf
12   payments came from the firm.  There were
13   some other sources of payment other than
14   Kohn Swift & Graf.
15         Your question may have subsumed
16   that issue that all expenses paid were
17   only from Kohn Swift & Graf.  But to the
18   extent anything was paid from Kohn Swift &
19   Graf, it was paid from the professional
20   corporation.
21      Q.     You personally did not finance
22   the litigation with your personal funds;
23   is that fair, or accurate?
24      A.     Indirectly, I suppose, but it
25   all was paid from the firm, yes.

---

72

J. KOHN

1
2      Q.     On page 2 of Exhibit 4003,
3   there are payments to Louis Dematties.
4   What was his role on the case?
5      A.     I believe Mr. Dematties is a,
6   and I could have this confused with
7   another individual, was a professional
8   photographer who prepared kind of a coffee
9   table book, if you will, of conditions in
10   Ecuador, and the firm purchased a number
11   of those books from him and paid him for
12   the books.
13         I think he also may have been
14   involved in exhibits, you know, gallery
15   exhibits of his photographic work, and we
16   may have had some payment in terms of
17   underwriting or contributing to those
18   events.
19      Q.     Did you pay Mr. Dematteis to
20   take the pictures in the first place?
21      A.     No.  As I understand it, it was
22   a project he was working on.  My
23   recollection is it was after the work had
24   already been done.
25      Q.     Also on the second page of

---

73

J. KOHN

1
2   Exhibit 403, there is an entry for
3   Fernando Reyes showing a payment to
4   Mr. Reyes for $3,000.  Do you see that?
5      A.     Yes.
6      Q.     Do you know who Mr. Reyes is?
7      A.     I do not have a recollection of
8   who he is although I believe -- no, it may
9   be an individual who was one of the
10   engineering people, but I don't recall.
11      Q.     If he was shown on this chart
12   as receiving $3,000, do you have any
13   reason to believe that money was not paid
14   to him?
15      A.     No, I do not have any reason to
16   believe that.
17      Q.     Two spaces under Mr. Reyes,
18   there is a payment -- another payment to
19   the Frente of $100,000.
20      A.     Yes.
21      Q.     If I have my lines correct.
22      A.     Uh-huh.
23      Q.     Do you know what the purpose of
24   that payment was?
25      A.     I do not know what that

---

19 (Pages 70 to 73)

74

```
 1           J. KOHN
 2  particular one was.
 3       Q.    Do you have a general sense of
 4  why Kohn Swift & Graf was making payments
 5  directly to the Frente?
 6       A.    I understood it was in
 7  connection with the funding of first the
 8  judicial inspections, other litigation
 9  expenses.  At some point it sort of
10  crossed over with Selva, but I did not
11  distinguish in my mind the functioning of
12  Selva versus the functioning of the
13  Frente.
14           My understanding was Selva was
15  created sort of for ease of accounting in
16  many ways to be able to disburse to the
17  subcontractors and subvendors that were
18  working on the litigation.  Early on with
19  the inspections, you know, we were making
20  payments sort of directly to some of these
21  engineers, or to the lab for the lab work.
22           Then, as I understood, that was
23  being consolidated either through the
24  Frente or through Selva, in addition to
25  the payments for the office and the
```

75

```
 1           J. KOHN
 2  computers and the local press person, etc.
 3       Q.    Two lines under the Frente
 4  entry, there is Payments to UMEA
 5  University (San Sebastian).
 6           Do you see that?
 7       A.    Yes.
 8       Q.    What was Dr. Sebastian's role
 9  on the plaintiffs' team?
10       A.    My recollection is he had done
11  some sort of an epidemiological study or
12  perhaps a case study that wouldn't rise to
13  the level of an epidemiological study with
14  respect to health issues.
15           Again, whether he was asked to
16  file some sort of affidavit or declaration
17  or provide some more reporting with
18  respect to his work.
19       Q.    Did the plaintiffs' legal team
20  fund Dr. Sebastian's original study?
21       A.    I don't believe that to be the
22  case.
23       Q.    Did the Frente fund
24  Dr. Sebastian's original study?
25       A.    I do not know if they did.  I'm
```

76

```
 1           J. KOHN
 2  not aware of it if they did.
 3       Q.    You mentioned labs a minute
 4  ago.  Are you aware that the plaintiffs
 5  for a period of time used a lab called
 6  Catolica in Ecuador?
 7       A.    I don't think I ever knew a
 8  name of a lab.  My recollection relating
 9  to labs was early on when Dave Russell was
10  doing some work there was some issues or
11  confusion about whether things would be
12  shipped to the United States for analysis
13  or they could be done in Ecuador and there
14  were sort of some false starts or wheel
15  spinning around that process.
16           Then as the inspections got
17  under way, I understood that there was
18  some procedure in place that was, you
19  know, able to move from point to point and
20  from inspection to inspection and
21  continue.
22       Q.    So Catolica is a lab that is
23  actually located in Ecuador.  Do you have
24  any knowledge as to why the plaintiff team
25  stopped using the Catolica lab?
```

77

```
 1           J. KOHN
 2       A.    None whatsoever.
 3       Q.    The plaintiffs' team also used
 4  a lab called Havoc Laboratories.  Did you
 5  visit that lab when you were in Ecuador?
 6       A.    No.
 7       Q.    Do you know why the plaintiffs'
 8  team started using the Havoc lab?
 9       A.    No.
10       Q.    Mr. Donziger and the plaintiffs
11  on multiple occasions prevented
12  inspections of Havoc Laboratory.
13           Did you ever discuss with
14  Mr. Donziger why that inspection was being
15  prevented?
16       A.    I recall some discussion about
17  some motion practice, as I would call it,
18  that Chevron was seeking some inspection.
19           I remember, I believe, Donziger
20  told me or would have told me at the time
21  that Chevron was making some contention
22  that the lab was substandard or not doing
23  proper work and that the plaintiffs were
24  opposing such motion, and that was about
25  the extent of it.
```

20 (Pages 74 to 77)

78

J. KOHN
1
2     Q.     Did Mr. Donziger represent to
3  you that the lab was accredited to do the
4  testing that it was engaged in?
5     A.     You know, I don't remember
6  specific words as such being spoken.  I
7  remember Mr. Donziger's summary of the
8  situation to be this was, you know, an
9  attack by Chevron upon this lab and upon
10  any results that may have come out of this
11  lab, that it was not meritorious and that
12  the plaintiffs were opposing it or
13  resisting.
14     Q.     If the lab was accredited to do
15  the tests that it was doing and had the
16  equipment on site to do those tests, did
17  Mr. Donziger explain to you why an
18  inspection of the lab would be harmful to
19  the plaintiffs' case?
20     A.     He did not that I can recall.
21  You know, I have sort of vague
22  recollections of, you know, this is kind
23  of being done to intimidate or to, you
24  know, try to find any possible, you know,
25  issue that could be used against them in

79

1         J. KOHN
2  some way, you know, fishing expedition
3  kind of thing or intimidation kind of
4  thing.
5         The notion of attacking the
6  other side's labs and test results in
7  litigation was not new or surprising to
8  me.  You know, we see it in U.S.
9  litigation all the time, you know, people
10  attack, you know, on both sides the
11  scientific research.  So I thought it was
12  part of that -- what I have called the
13  blocking and tackling of litigation.
14     Q.     And did you personally
15  participate in the decision to prevent an
16  inspection of the Havoc lab?
17     A.     I did not participate in those
18  kind of, you know, in what I would call
19  the motion practice, the strategic or the
20  litigation tactics, the pleadings in
21  Ecuador.
22         I was informed of certain
23  developments at times and informed
24  generally of the overall process, that
25  there was this first phase, there was the

80

1         J. KOHN
2  inspection phase, and that there would be
3  this final phase.
4     Q.     From 2004 forward did you get
5  all your information relating to the
6  Ecuador case from Mr. Donziger?
7     A.     There was a period of time when
8  Mr. Bonifaz was still involved, although,
9  as I say, he was becoming less so involved
10  and Mr. Donziger was becoming more so
11  involved, in that 2003-2004-2005 time
12  frame.  So all the information either came
13  from Mr. Donziger or from Mr. Bonifaz.
14         As Mr. Bonifaz left the case
15  entirely in '05 or '06, then it really was
16  exclusively Mr. Donziger.  I also had some
17  conversations with Alberto Wray, but they
18  were -- I don't recall any, you know,
19  individual conversation I had with
20  Dr. Wray where it was just he and I were
21  talking, it was always in the context of a
22  conference call with either Mr. Bonifaz or
23  Mr. Donziger or both and Dr. Wray on the
24  line.
25         THE SPECIAL MASTER:  Excuse me,

81

1         J. KOHN
2  Ms. Neuman, my curiosity and need to
3  actually understand all these things on
4  the document in terms of the mechanical
5  aspects of the document is getting the
6  better of me.
7         I now understand that the
8  documents, to the extent labeled
9  confidential, subject to protective order,
10  mean that they are subject to the 502
11  stipulation.  May I inquire maybe of
12  counsel for the witness about the stamp,
13  the Bates stamp stamping, okay?
14         MS. HAMILL:  Yes, certainly.
15         THE SPECIAL MASTER:  I take it
16  that since this document has a number of
17  135246 at the bottom, that at least that
18  many documents were collected or stamped
19  for some purpose or another, right?
20         MS. HAMILL:  Yes, or pages of
21  documents.
22         MR. VOSS:  It is pages of
23  documents.
24         MS. HAMILL:  If it gets any
25  more technical than that, I'm going to

21 (Pages 78 to 81)

82

```
 1              J. KOHN
 2   hand this microphone to Mr. Voss.
 3          THE SPECIAL MASTER:  Would you
 4   do that, because I'm about to get more
 5   technical, if I may.
 6          Can I find out when these
 7   documents were Bates stamped?  Was it in
 8   connection with this litigation or was it
 9   in connection with the litigation that I
10   know took place in Philadelphia relating
11   to documents?
12          MR. VOSS:  This was in
13   connection with this case.
14          THE SPECIAL MASTER:  And
15   approximately when were they Bates
16   stamped?
17          MR. VOSS:  These documents as
18   produced I believe were Bates stamped in
19   approximately December 2012, which doesn't
20   fit the litigation time frame because we
21   had been ordered to produce in 2011 on the
22   Count 9 docket, and that was stayed and
23   our production was on the FTP site.
24          I later learned during the down
25   time that that website had been deleted
```

83

```
 1              J. KOHN
 2   inadvertently by our vendor, so in
 3   December 2012 we reproduced and
 4   re-Bates-stamped our production.
 5          THE SPECIAL MASTER:  Now, there
 6   was a proceeding before Judge Francis,
 7   correct, relating to the assertions of
 8   privilege?
 9          MR. VOSS:  I'm sorry, I missed
10   the first part.
11          THE SPECIAL MASTER:  There was
12   a proceeding before Magistrate Judge
13   Francis relating to the issue of
14   privilege?
15          MR. VOSS:  Correct.
16          THE SPECIAL MASTER:  And
17   refresh me as to when that proceeding was,
18   roughly.
19          MR. VOSS:  The hearing was mid
20   July, maybe late July 2011.
21          THE SPECIAL MASTER:  So I
22   presume therefore that whatever
23   organization of the documents had taken
24   place, had taken place before that
25   hearing?
```

84

```
 1              J. KOHN
 2          MR. VOSS:  We were prepared to
 3   produce if an order to produce came out.
 4   Yes, they were prepared.
 5          THE SPECIAL MASTER:  And was
 6   there a privilege log prepared before
 7   that, that is before the hearing?
 8          MR. VOSS:  There were two
 9   privilege logs, correct.
10          THE SPECIAL MASTER:  And I take
11   it the -- two privilege logs -- and I take
12   it that in keeping with the statement of
13   your colleague at the opening that for
14   purposes of ascertaining whether or not
15   your former clients -- or Mr. Kohn's
16   former clients would assert privilege,
17   that you allowed them to look at the
18   privileged documents or gave them, that is
19   their counsel, the privileged documents
20   before the hearing had occurred; is that
21   fair to say?
22          MR. VOSS:  I'm going to hand
23   the mike to Ms. Hamill.  She has more
24   information on that than I do.
25          MS. HAMILL:  What is fair to
```

85

```
 1              J. KOHN
 2   say is that we gave them an opportunity
 3   had they wanted to review the documents to
 4   review them in advance of any production.
 5          At the very beginning of the
 6   litigation in Philadelphia, that's when
 7   the first privilege log was prepared, and
 8   we gave them an opportunity as well once
 9   that was prepared to also look at the
10   documents at that time.  So there were
11   several opportunities along the way.
12          THE SPECIAL MASTER:  And did
13   they avail themselves of those
14   opportunities?
15          MS. HAMILL:  No, they did not.
16          THE SPECIAL MASTER:  On none of
17   those occasions?
18          MS. HAMILL:  No, they did not.
19          THE SPECIAL MASTER:  At any
20   time did the counsel for the Lago Agrio
21   plaintiffs look through the -- ask for and
22   look at the documents on your privilege
23   logs?
24          MS. HAMILL:  No, they did not.
25   But I will say that they did continue to
```

22 (Pages 82 to 85)

86

J. KOHN

1  ask us to assert the privilege, but they
2  ask us to assert the privilege, but they
3  did not look at the documents themselves.
4      THE SPECIAL MASTER:  And so
5  they had no idea whether the documents
6  were privileged or not from their point of
7  view; is that correct?
8      MS. HAMILL:  In terms of them
9  not physically inspecting them, that's
10  correct.
11      THE SPECIAL MASTER:  And is it
12  fair to say that until today no counsel
13  for the Lago Agrio plaintiffs looked
14  through the documents that were on your
15  privilege log?
16      MS. HAMILL:  That's correct,
17  prior to the production here recently
18  pursuant to Judge Kaplan's order.
19      THE SPECIAL MASTER:  You mean
20  last month?
21      MS. HAMILL:  Yes, your Honor.
22      THE SPECIAL MASTER:  Why don't
23  we take our morning break right now.
24      THE VIDEOGRAPHER:  We are going
25  off the record.  The time is 10:43 a.m.

88

J. KOHN

1      Third Circuit, we also had the documents
2      Third Circuit, we also had the documents
3  available on an FTP site which was
4  available to all parties, including
5  Chevron and the plaintiffs'
6  representatives.
7      THE SPECIAL MASTER:  And do you
8  know to what degree either the plaintiffs
9  or the -- either side made use of that FTP
10  site?
11      MS. HAMILL:  I don't have
12  access to that information.
13      THE SPECIAL MASTER:  And is
14  that the FTP site that accidentally
15  deleted all of the documents?
16      MS. HAMILL:  That is a
17  different one, your Honor.
18      THE SPECIAL MASTER:  So that
19  FTP site is still there?
20      MS. HAMILL:  I don't believe
21  that one is, but this has been a long,
22  ongoing process, so there have been a
23  number of iterations.
24      THE SPECIAL MASTER:  Got it,
25  okay.  Thanks very much.

87

J. KOHN

1      (Recess taken.)
2      (Recess taken.)
3      THE VIDEOGRAPHER:  We are back
4  on the record.  The time is 11 a.m.  This
5  is the beginning of disk two.
6      MS. HAMILL:  Special Master
7  Gitter, may I amplify a little bit on my
8  prior information regarding access to the
9  documents?
10      THE SPECIAL MASTER:  You may.
11      MS. HAMILL:  Your Honor, we
12  went back and looked at some of our
13  records and with respect to the 1782
14  action in Philadelphia.  First of all, we
15  served our privilege log on all parties on
16  December 6th, 2010.  We then arranged over
17  the following -- there was a hearing
18  originally on December 17th before Judge
19  DuBois, and following that hearing we
20  arranged for plaintiffs' counsel, it was
21  Patton Boggs at the time, to have access
22  to the Kohn Swift documents.
23      We then, following Judge
24  DuBois' ruling allowing production and
25  before a stay was put in place by the

89

J. KOHN

1      MS. HAMILL:  You're welcome.
2      MS. HAMILL:  You're welcome.
3  Thank you.
4      THE SPECIAL MASTER:  There
5  isn't an FTP site right now, right?
6      MR. VOSS:  Correct, no FTP
7  site.
8      THE SPECIAL MASTER:  You said
9  something that somebody looked at this
10  smaller group of documents within the past
11  month, that is the Section 502 stipulated
12  documents?
13      MS. HAMILL:  We actually
14  produced, made a full production to all
15  parties subsequent to Judge Kaplan's
16  ruling.  So Chevron and the representative
17  for the Lago Agrio plaintiffs got the full
18  production, which was far more than the
19  300 documents which have been identified.
20      THE SPECIAL MASTER:  Got it.
21  Thank you very much.
22  BY MS. NEUMAN:
23      Q.    Mr. Kohn, do you still have
24  Exhibit 4003 in --
25      THE SPECIAL MASTER:  Excuse me

23 (Pages 86 to 89)

90

```
 1            J. KOHN
 2   one second.
 3            Do you know exactly which
 4   ruling of Judge Kaplan, following which
 5   ruling it was?
 6            MS. HAMILL:  It was in May.  I
 7   would have to pull the --
 8            THE SPECIAL MASTER:  Was it the
 9   May 15th order?
10            MS. HAMILL:  May 15th sounds
11   correct, yes.
12            THE SPECIAL MASTER:  So
13   sometime between May 15th and -- shortly
14   after May 15th you made a full production
15   to both sides?
16            MR. VOSS:  The order was
17   followed by a subsequent order urging the
18   parties to engage in a 502 conversation.
19   We had that meet and confer and entered
20   into a stipulation.  Only upon the
21   execution of the stipulation and execution
22   by Judge Kaplan making it an order of the
23   court did we produce.
24            THE SPECIAL MASTER:  That is
25   later than May 15th, I'm certain.  I think
```

91

```
 1            J. KOHN
 2   it was actually May 24th.
 3            MS. HAMILL:  On a break we can
 4   confirm that date.
 5            THE SPECIAL MASTER:  That would
 6   be great.  I would love to know it.
 7            MS. NEUMAN:  Clarifying the
 8   record, Chevron selected the 300.
 9            THE SPECIAL MASTER:  That I
10   know.
11            MS. NEUMAN:  Okay.
12            THE SPECIAL MASTER:  And they
13   said okay.
14   BY MS. NEUMAN:
15       Q.   Mr. Kohn, do you still have
16   Exhibit 403 in front of you, sir?
17       A.   I have Exhibit 4003, but I
18   understand what you are talking about,
19   just so the record is clear.
20       Q.   Towards the bottom of the first
21   page there is a separate entry,
22   Professional Fee - Steven Donziger.
23            Do you see that entry?
24       A.   Yes.
25       Q.   Are those the payments made to
```

92

```
 1            J. KOHN
 2   Mr. Donziger for his work on the
 3   Ecuador-related litigation by Kohn Swift &
 4   Graf?
 5       A.   They are broken into the two
 6   pieces, one designated fees, one
 7   designated expenses, which were
 8   reimbursement of out-of-pocket expenses
 9   that he had.
10            The other was the accumulation
11   of what I think we had originally referred
12   to earlier as a stipend, but we viewed it
13   as an advance against any fee that might
14   ultimately be recovered in the case.
15       Q.   And based on Exhibit 403, it
16   looks like Kohn Swift & Graf paid to
17   Mr. Donziger in fees, separate from any
18   expenses, approximately $150,000 a year in
19   '03, '04 and '05; is that right?  I'm
20   sorry, '04, '05 and '06.
21       A.   Yes.
22       Q.   The amount that Mr. Donziger
23   was paid as fees, who determined that
24   amount?
25       A.   It was requested by Donziger
```

93

```
 1            J. KOHN
 2   initially as a monthly payment for time
 3   spent in Ecuador, and he requested it and
 4   I agreed to it and moved forward on that
 5   basis.
 6       Q.   Did Mr. Donziger ever provide
 7   you with any time sheets or other
 8   accounting for his time spent on the case?
 9       A.   Not in this period.  Early on
10   in the New York litigation we had a more
11   formal exchange of time records, as is
12   customary in class action cases that we
13   are involved in.
14            He would provide a document in
15   the form of an invoice on a monthly basis
16   or sometimes they would lag behind and he
17   would say here is an invoice for the last
18   two or three months.  So there was the
19   invoice.  There was not broken-down time
20   records.  For large periods of this time
21   it was my understanding that he was
22   working virtually on a full-time basis.
23       Q.   When you say he provided an
24   invoice, did the invoice have a
25   description of what he was doing or was it
```

24 (Pages 90 to 93)

94

```
1              J. KOHN
2    simply a monthly request for a certain
3    amount of money?
4        A.      It was simply the monthly
5    amount that had been agreed to and any
6    particular time, and it would state the
7    month and name, address, and the amount,
8    and which month it related to.
9        Q.      Was anyone other than yourself
10   and Mr. Donziger involved in agreeing to
11   the amount that Mr. Donziger would be paid
12   in this advance fee form?
13       A.      No.
14       Q.      Exhibit 4003 reflects that as
15   of May 31st of 2009, Kohn Swift & Graf had
16   paid to Mr. Donziger in fees $833,577.75;
17   is that accurate?
18       A.      Yes.
19       Q.      Exhibit 4003 also reflects that
20   as of May 31st, 2009, Kohn Swift & Graf
21   had reimbursed Mr. Donziger $148,972.11;
22   is that right?
23       A.      That's what it shows, yes.
24       Q.      Did Kohn Swift & Graf ever give
25   monies to Mr. Donziger to spend on behalf
```

95

```
1              J. KOHN
2    of litigation separate from the fees and
3    expense reimbursements?
4        MS. HAMILL:  You mean
5    personally to Mr. Donziger for his use?
6        MS. NEUMAN:  Or to his firm,
7    once he had a firm, to put in an Ecuador
8    case account.
9        A.      Not that I'm aware of.  I'm
10   aware of the monthly payment we have been
11   talking about, and then the expenses were
12   documented with receipts for those
13   amounts.
14       I wasn't aware of some other,
15   if you would, like litigation fund advance
16   contribution.  I don't recall any such
17   thing, and I don't believe any such thing
18   occurred when we were involved in the
19   case.
20       Q.      On page 3 of Exhibit 403, the
21   e-mail indicates that as of this point in
22   time, June of '09, Mr. Donziger is
23   claiming to be owed an additional $65,000.
24       Do you see that?
25       A.      I see that handwritten portion
```

96

```
1              J. KOHN
2    at the bottom and then I see in the
3    typewritten portion of the e-mail a
4    different number for Donziger of 77.  So I
5    would have to study this to understand
6    what the difference is.
7        THE SPECIAL MASTER:  I think
8    for the record page 3 should be identified
9    by its actual Bates number because
10   different people count differently.  It is
11   Bates number KSG00135248.
12       Q.      And it is an e-mail exchange
13   dated June 12, 2009 between Mr. Kohn and
14   Kathy Kenny of the Kohn Swift & Graf firm?
15       A.      Correct.
16       THE SPECIAL MASTER:  Also I'm
17   noticing that for the benefit of the court
18   reporter, it is Exhibit 4003, not 403,
19   that we are looking at.
20       Q.      On Exhibit 4003, it reflects at
21   this point in time that Mr. Donziger still
22   has invoices into Kohn Swift & Graf for an
23   additional $77,000 or $65,000; is that
24   right?
25       A.      That's what this e-mail and
```

97

```
1              J. KOHN
2    handwritten note says, yes.
3        Q.      Were there additional monies
4    paid to Mr. Donziger?
5        A.      I don't know as I sit here
6    right now, but I believe there were
7    schedules similar to the first two pages
8    of 4003 that were prepared at some point
9    after June of '09, and those might give
10   you the answer to that.
11       Q.      Has Mr. Donziger ever refunded
12   to Kohn Swift & Graf any of the fees he
13   received in connection with the Ecuador
14   litigation?
15       A.      No.
16       Q.      Has Mr. Donziger ever refunded
17   to Kohn Swift & Graf any of the expense
18   payments that were made by the firm on his
19   behalf?
20       A.      No.
21       Q.      Mr. Wray, Alberto Wray, who was
22   counsel of record in 2003, he was a former
23   Ecuadorian Supreme Court justice?
24       A.      That was my understanding, yes.
25       Q.      Was he hired by yourself and
```

25 (Pages 94 to 97)

**98**

J. KOHN
1
2  Mr. Bonifaz to represent the plaintiffs in
3  Ecuador?
4      A.      The contact was through
5  Mr. Bonifaz and, yes, there was --
6  Dr. Wray had done some work in the New
7  York case in terms of expert declarations
8  and affidavits on forum non conveniens
9  issues, and I'm not sure what the details
10  of the retention, if you will, at that
11  point were.
12          And I believe or recall a
13  letter agreement between Dr. Wray and
14  Mr. Bonifaz of which our firm may have
15  also been a signatory to, confirming his
16  representation and involvement in the
17  refiling of the matter in Ecuador.
18      Q.      The filing of the new complaint
19  in Ecuador against Chevron?
20      A.      The 2003 complaint in Ecuador,
21  correct.
22      Q.      And Chevron was not a party in
23  New York, correct?
24      A.      At the end of the day, it was,
25  or Chevron Texaco.  The final proceedings

**99**

J. KOHN
1
2  occurred after the merger.  There was
3  still some proceeding I think in the
4  Second Circuit and certainly there was
5  some final remand before Judge Rakoff.
6      Q.      Other than the letter agreement
7  you have mentioned, any other written
8  agreements with Mr. Wray?
9      A.      With Mr. Wray and Mr. Bonifaz
10  and myself?
11      Q.      Yes, sir.
12      A.      Again, there may have been some
13  things that predate, but I believe there
14  was a letter prior to the filing of the
15  2003 action that set the relationship.
16      Q.      Were any of the 48 plaintiffs
17  consulted in connection with the retention
18  of Mr. Wray by you?
19      A.      Not by me.
20      Q.      Do you know if any of the
21  plaintiffs were consulted before Mr. --
22  before you and Mr. Bonifaz entered into
23  the letter agreement with Mr. Wray?
24      A.      I don't know from personal
25  knowledge, but I had a general

**100**

J. KOHN
1
2  understanding that Mr. Bonifaz had
3  communicated with at least certain of the
4  plaintiffs, with the leadership of the
5  communities, as I have outlined, and that
6  the plaintiffs were informed of what had
7  happened or was happening in the New York
8  matter.
9          There was some lag time between
10  the final forum non conveniens decisions
11  and the refiling of the matter.  It was
12  certainly my understanding that Bonifaz
13  and Dr. Wray had those communications.
14      Q.      The New York matter that was
15  brought against Texaco, that was brought
16  by 86 individual plaintiffs?
17      A.      It was some number like that.
18  I couldn't swear it was 86, but it is
19  something in that range.
20      Q.      When you say they were informed
21  about what happened in that matter, was
22  that by your firm or by someone else?
23      A.      Our firm did not have direct
24  communication with them, although I did
25  attend some group meetings in the '90s

**101**

J. KOHN
1
2  where there were large numbers of people
3  there, and it is my understanding that at
4  least many of those people were
5  plaintiffs, and many of the plaintiffs
6  were there, although maybe not 100
7  percent.
8          But it was my understanding
9  that Mr. Bonifaz, getting it through
10  Dr. Wray or through Luis Yanza or others,
11  had a line of communication with those
12  folks.
13      Q.      The large meetings in the '90s,
14  did those take place in New York or
15  somewhere else?
16      A.      They took place in Ecuador.
17      Q.      Any meetings with the
18  plaintiffs in New York that you attended?
19      A.      There were meetings with
20  smaller groups.  There were a handful of
21  representatives of plaintiffs that did
22  appear at some of the court hearings
23  during the New York litigation.
24          Again, I could not converse
25  with them directly because of the language

**26 (Pages 98 to 101)**

102

J. KOHN

1  barrier, but I was, you know, present at
2  the court and sort of socializing before
3  and after.
4        Q.    Now, in the 2003 Ecuador
5  litigation there was a power of attorney
6  purporting to have been signed by the 48
7  plaintiffs and nominating Mr. Wray as
8  their lawyer filed in Ecuador.
9        Are you aware of that?
10        A.    I'm not aware of that degree of
11  detail.
12        Q.    Did you or anyone from your
13  firm have any involvement in obtaining the
14  plaintiffs' signatures on that document?
15        A.    No.
16        Q.    Are you aware that Dr. Gus
17  Lesnevich has opined that 20 of the
18  signatures on that document were forged?
19        A.    I am not aware of that opinion.
20        Q.    Pursuant to the complaint, the
21  FDA is the entity designated to receive
22  the judgment.  Are you aware of that?
23        A.    Yes.
24        Q.    Did you participate in the
25

*(line numbers 1-25 shown at left)*

103

J. KOHN

1  decision to make the FDA the beneficiary
2  of the judgment?
3        A.    I was aware of that procedure,
4  as it was explained to me from Dr. Wray
5  and Mr. Bonifaz.
6        I don't have clear recollection
7  whether it was explained in a conversation
8  directly with Dr. Wray or it was just a
9  conversation I had with Bonifaz relaying
10  what Dr. Wray had said.  But the way it
11  was explained to me is that Ecuadorian law
12  permitted or indeed may have even required
13  this kind of procedure of a collective
14  action or a collective plaintiff having
15  the standing and the ability to assert the
16  claim, and indeed it may have even risen
17  to the level that it had to be such an
18  entity, that there was no kind of analog
19  to a multi-plaintiff class action.
20        And I sort of analogize it in
21  my own mind to some of those old Supreme
22  Court cases that talked about
23  organizational standing, where NAACP had
24  standing in cases as an organization for
25

104

J. KOHN

1  its members.  That was the way that I
2  understood it as a legal construct.
3        Q.    And you understood the 2003
4  Ecuador complaint to be brought as a
5  collective action?
6        A.    Yes, or as -- or for this
7  Frente organization which had that ability
8  or that right to do so.
9        Q.    The Frente is also designated
10  to receive the 10 percent payment under
11  the Environmental Management Act.
12        Were you involved in the
13  decision that that money would go to the
14  Frente?
15        A.    No, I was not, and I think that
16  all took place after November of 2009 when
17  we were no longer involved.
18        Q.    No, it is in the complaint.
19        A.    Oh, okay.  I was not involved
20  with that particular decision.  Again, my
21  understanding was this was the procedure
22  that applied to this kind of an action in
23  Ecuador and they were following that
24  procedure.
25

105

J. KOHN

1        Q.    Are you familiar with the
2  Environmental Management Act, the EMA,
3  under Ecuadorian law?
4        A.    No, I am not.
5        Q.    Do you know if anyone
6  affiliated with the Ecuadorian plaintiffs
7  was involved in getting that legislation
8  passed?
9        A.    I do not know that.  You know,
10  I recall sort of a general swirl of
11  contentions around legislation, I thought
12  some related to the Law 55, which I
13  thought dealt with forum non issues and
14  some may have related to this
15  environmental management law, but I can't
16  separate out those discussions or
17  understandings.
18        I was not involved in any
19  communication that I can recall with
20  anyone in Ecuador about it.
21        Q.    About the Environmental
22  Management Act?
23        A.    Right.
24        Q.    Did Mr. Donziger ever relate to
25

27 (Pages 102 to 105)

106

J. KOHN

1  you that he was involved with anyone in
2  Ecuador regarding the drafting or the
3  enactment of the Environmental Management
4  Act?
5      A.    I don't remember him ever
6  saying anything about that.
7      Q.    Did Mr. Wray relate to you that
8  he was involved with anyone in Ecuador
9  regarding the drafting or enactment of the
10  Environmental Management Act?
11      A.    I don't recall any such
12  discussion with Dr. Wray about that.
13      Q.    What about Mr. Bonifaz?
14      A.    I have a vague recollection
15  about Mr. Bonifaz -- there was a period of
16  time, if I could backtrack in my answer,
17  when given the decision of the lower court
18  on forum non conveniens and the pendency
19  of the second appeal, that Mr. Bonifaz and
20  I discussed the very likely prospect that
21  the order would be upheld, perhaps with
22  some conditions, and if the case were to
23  proceed, there would have to be an action
24  in Ecuador.

107

J. KOHN

1      I have a vague recollection
2  that in that period, which stretched, you
3  know, 18 months or more, that Mr. Bonifaz
4  was talking about some things that maybe
5  should be done to prepare or to be in a
6  stronger position in Ecuador.  Do I have a
7  specific recollection that that involved
8  this statute?  I don't.  I don't even know
9  if it was passed in that time period or
10  earlier or what happened.
11      Q.    It was enacted in 1998.  Does
12  that refresh your recollection?
13      A.    That would be before the time
14  period that I was really thinking of.  I
15  think at that point we still thought we
16  were going to be in New York.  But, again,
17  it could have overlapped with the general
18  recollection I have.
19      Q.    You referred to Mr. Wray as
20  Dr. Wray.  Is that because in Spanish
21  lawyers are referred to as Dr. as opposed
22  to Mr.?
23      A.    That's the way I understand he
24  is referred to in Ecuador.  That's the way

108

J. KOHN

1  he signs papers, etc.
2      Q.    Is it your understanding that
3  all Ecuadorian lawyers are called Dr.?
4      A.    Yes, that's my understanding,
5  yes.
6      THE SPECIAL MASTER:  Especially
7  by their mothers.
8      Q.    Do you know a Jose Javier
9  Fajardo Mendoza?
10      A.    I don't believe so.  I know
11  Pablo Fajardo, but I don't know another
12  Fajardo.
13      Q.    Do you know his brother who
14  goes by the name Jose Javier Fajardo
15  Mendoza?
16      A.    I do not.
17      Q.    Did you know of his brother
18  being president of the FDA at any point in
19  time?
20      A.    No.
21      Q.    Luis Yanza, you met Mr. Yanza?
22      A.    Yes, I have.
23      Q.    On how many occasions have you
24  met Mr. Yanza?

109

J. KOHN

1      A.    Maybe somewhere between
2  eight -- or seven or eight to ten to
3  twelve.
4      Q.    How many of those meetings were
5  in the United States?
6      A.    Well, again, I was in Ecuador
7  either three or four times, so the
8  remaining number would have been in the
9  U.S.
10      Q.    You met with Mr. Yanza each of
11  the times you were in Ecuador?
12      A.    He was there each of the times
13  I was there, yes.
14      Q.    What was Mr. Yanza's role as
15  part of the plaintiffs' team in the
16  Ecuador litigation, the 2003 Ecuador
17  litigation?
18      A.    I understood that he was, you
19  know, a leader or at some point maybe the
20  liaison between the Frente and the legal
21  team, both the Ecuador legal team and the
22  U.S. lawyers, that he was involved from
23  the very outset of the organizing of the
24  folks who lived there, the outset of the

28 (Pages 106 to 109)

110

J. KOHN
1
2  process of considering and moving ahead
3  with litigation.
4        He helped facilitate gathering
5  information relative to the case.  He
6  helped facilitate communication with the
7  plaintiffs.  He would be, using my NAACP
8  example, as he was the executive director
9  or president of the association or held
10  those kinds of titles at various times.
11  Q.     Kohn Swift & Graf paid
12  Mr. Yanza a salary of some sort; is that
13  right?
14  A.     I understood that through the
15  payments to Selva Viva, and also I
16  understood Mr. Yanza was really the
17  organizer or an officer of Selva Viva.
18        It was represented to me by
19  Mr. Donziger that Mr. Yanza was an
20  accountant or had accounting background
21  and training and that he maintained those,
22  you know, the checkbook or he was the
23  treasurer, if you will, and bookkeeper and
24  accountant for Selva, and that from the
25  monthly payments that were budgeted for

111

J. KOHN
1
2  Selva, he was receiving some salary of a
3  fairly modest amount, but I don't recall
4  the exact amount.
5  Q.     Was it your understanding that
6  salary was for his accounting work?
7  A.     Accounting work and the other
8  time and expenditure of effort that he was
9  putting into the case.  I understood that
10  he was essentially full-time on the
11  various issues that I described.
12        THE SPECIAL MASTER:  Mr. Kohn,
13  did you see any of the outtakes of the
14  film Crude?
15        THE WITNESS:  I saw a few of
16  them that had been part of some -- the
17  briefing in this matter.  I have not by
18  any means seen all of them.
19        THE SPECIAL MASTER:  Did you
20  see any involving Mr. Yanza?
21        THE WITNESS:  I don't know if
22  the -- I have seen -- I saw Mr. Yanza in
23  the Crude film, but I can't distinguish as
24  I sit here today between outtakes and the
25  actual thing that went to the film.

112

J. KOHN
1
2        THE SPECIAL MASTER:  Did you
3  ever see him in the outtakes or film out
4  of doors?
5        THE WITNESS:  You know, I
6  certainly have seen him out of doors,
7  whether it was in that film, I don't know
8  whether he also was in the 60 Minutes
9  version.  But I have some general
10  recollection of seeing him, yes.
11        THE SPECIAL MASTER:  Do you
12  have any recollection of seeing him with
13  effigies of the two criminal defendants,
14  Mr. Pallares and Mr. Veiga?
15        THE WITNESS:  I don't remember
16  that.  But I sort of remember him being
17  present at sort of demonstrations, there
18  were sort of marches and demonstrations at
19  the beginning of the litigation.  I
20  believe I saw photos of that.
21        I remember seeing him present,
22  I think they had press events, outside
23  press conferences, I can remember him
24  being present.  I don't remember the
25  effigies.

113

J. KOHN
1
2  BY MS. NEUMAN:
3  Q.     Are you aware of Mr. Yanza
4  meeting with the judges on the Ecuador
5  case on behalf of the plaintiffs?
6  A.     I am not.
7  Q.     Are you aware of Mr. Yanza
8  being involved in conversations about
9  legal strategy on the case?
10  A.     Yes, he was.
11  Q.     He was involved in those?
12  A.     Yes, he was.
13  Q.     Did Kohn Swift & Graf ever do a
14  background check on Mr. Yanza?
15  A.     No.
16  Q.     Do you know what degrees, if
17  any, Mr. Yanza holds?
18  A.     No, I do not.
19  Q.     Do you know anything about his
20  background other than what he or
21  Mr. Donziger have related to you?
22  A.     No, other than I guess some
23  background was provided by Mr. Bonifaz.
24  You know, again, when I first met
25  Mr. Yanza, it was very much with

29 (Pages 110 to 113)

114

J. KOHN

1         J. KOHN
2  Mr. Bonifaz.  Just getting some of this
3  general description of what his role was
4  and how he was involved with the Frente
5  would have come as much perhaps from
6  Mr. Bonifaz as from Mr. Donziger.
7      Q.     The salary that was paid to
8  Mr. Yanza by Selva Viva, did Mr. Donziger
9  set that salary?
10     A.     Mr. Donziger was involved with
11 and developed the budget, requested it of
12 us, explained what the items were.  Again,
13 whether he, as you say, decided what it
14 was or that was a result of discussions he
15 may have had with Yanza and Fajardo and
16 others, I don't know.
17     But from my perspective,
18 Donziger was, you know, was the one
19 responsible for the, you know, supervision
20 of that operation and he related --
21 relayed to us and developed the budget and
22 we agreed to move forward on that basis.
23     Q.     I'm going to try and break that
24 down just a little bit.
25     Selva Viva was the organization

115

J. KOHN

1         J. KOHN
2  that was created in Ecuador to manage the
3  litigation funds of the plaintiffs' team;
4  is that right?
5      A.     That's correct, as I understand
6  it, yes.
7      Q.     Mr. Donziger was the president
8  of Selva Viva, correct?
9      A.     I did not understand that until
10 your discovery in this action.  At the
11 time I was involved, I understood that it
12 was the Ecuadorian folks who were officers
13 of that.
14     Q.     Mr. Donziger never told you
15 that he had made himself president of
16 Selva Viva?
17     A.     Not that I can remember.
18     Q.     Whatever his official corporate
19 role, from your perspective it was
20 Mr. Donziger's responsibility to present
21 Kohn Swift & Graf with Selva Viva's budget
22 for the litigation.  Was that budget done
23 on an annual basis?
24     A.     It was done periodically.  It
25 changed over some time.  It wasn't

116

J. KOHN

1         J. KOHN
2  strictly an annual process.  It might have
3  changed after a six-month period and then
4  it might have been the same for 18 months.
5  But it did evolve and change.
6      Again, I didn't view
7  necessarily that Mr. Donziger was going to
8  develop that.  This was something that
9  sort of developed from what he was doing
10 in Ecuador and worked its way back to me
11 and to our firm.
12     Q.     So periodically on behalf of
13 Selva Viva Mr. Donziger would present you
14 with proposed budgets for financing the
15 litigation?
16     A.     Correct.
17     Q.     You and he would go through the
18 proposed Selva Viva budgets and either
19 agree or disagree on the amounts that
20 would be provided to Selva Viva to fund
21 the litigation; is that right?
22     A.     That is correct.
23     Q.     The amounts that appeared in
24 the budget that were presented to you by
25 Mr. Donziger, you don't have personal

117

J. KOHN

1         J. KOHN
2  knowledge as to how the individual amounts
3  were developed?
4      A.     I do not have knowledge as to
5  how the individual amounts were developed,
6  although I saw some breakdown of them.  So
7  if there was a salary for a lawyer of
8  $5,000 a month, I didn't understand
9  necessarily how they got to $5,000, but I
10 understood what that number was and
11 acquiesced or agreed to the
12 appropriateness of it.
13     Q.     Paying the person that amount?
14     A.     For that time period, yeah,
15 right.
16     And I would add, or just to
17 supplement the descriptions in your
18 questions, that some of those budgets of
19 the Selva Viva budget was presented at
20 least on certain occasions, Mr. Yanza also
21 participated in those discussions in some
22 of those.
23     There were one or two occasions
24 where he wasn't in the U.S. and we had
25 some meetings, and they had, you know, a

118

J. KOHN

1  writing that laid out those budgets.
2  Donziger was there and Mr. Yanza was also
3  there, again speaking through translation
4  to me.
5      Q.    Does Mr. Yanza speak English to
6  your knowledge?
7      A.    Very, very little.  I mean,
8  hello, good morning, that sort of thing,
9  but any substantive discussion was in
10 Spanish.
11     Q.    In terms of setting salaries
12 for the Ecuadorian lawyers other than
13 Dr. Wray, did you act on the
14 recommendation of Mr. Donziger or did you
15 obtain any independent information on the
16 salaries that Ecuadorian lawyers make?
17     A.    I relied on Mr. Donziger's
18 recommendations, which appeared to be
19 within the realm of reason, but we did not
20 do a survey or any other investigation of
21 salaries for Ecuadorian lawyers.
22         There was a lawyer early on in
23 the inspection matter who I understood was
24 part of Alberto Wray's office, a woman
25

119

J. KOHN

1  named Monica, I do not remember her last
2  name --
3      Q.    Pereja?
4      A.    Pereja.  And she had made
5  certain requests for a contract or a
6  salary at a certain level which was more
7  than what some of these other folks were
8  making, so I had that form of comparison
9  or basis of comparison.  That was it.
10     Q.    In terms of Mr. Yanza's Selva
11 Viva salary, did you have any comparisons
12 for the value of the work that he was
13 doing, independent from what Mr. Donziger
14 provided you?
15     A.    No, ma'am.
16     Q.    Did Kohn Swift & Graf pay
17 bonuses to Mr. Yanza at Mr. Donziger's
18 recommendation?
19     A.    I don't remember anything
20 specific, although, you know, it is
21 possible that at some point there may have
22 been, well, this has been going on for X
23 number of years, and, you know, the end of
24 this year, you know, can we pay another 5

120

J. KOHN

1  or $10,000 to someone, but I don't even
2  have a recollection of that.
3         But it is possible there could
4  have been that kind of a bonus in those
5  parameters.
6      Q.    To the extent there were
7  conversations about potentially paying
8  bonuses to Mr. Yanza or any of the
9  Ecuadorian lawyers, those were
10 conversations between yourself and
11 Mr. Donziger?
12     A.    If they occurred, that's the
13 way it would have occurred, if we were
14 aware of them.
15     Q.    Do you recall receiving a bonus
16 request directly from Mr. Yanza?
17     A.    No.
18     Q.    Do you recall ever receiving a
19 bonus request directly from any of the
20 Ecuadorian lawyers?
21     A.    No.
22     Q.    Mr. Donziger gave testimony
23 about buying Mr. Yanza a house, providing
24 him with $12,000 to buy a house in 2007.
25

121

J. KOHN

1  Were you involved in any
2  discussions regarding giving Mr. Yanza
3  $12,000 to buy a house?
4      A.    I was not involved in any
5  discussions about giving him such a bonus.
6  There came a point where Donziger told me
7  that he had done that.  I think it came up
8  in the context of some ancillary budget
9  type discussions, and I said well, that
10 was very nice of you to do, but that's not
11 coming out of our budget.
12         And I recall Mr. Donziger
13 saying something to the effect of, you
14 know, he had done this for Luis out of
15 friendship, and, you know, kind of
16 humanitarian reasons, but he also wanted
17 it to be clear that he didn't want the
18 other people working on the case to become
19 aware of it, lest they also ask very
20 similar treatment or feel that he was
21 playing favorites or some such thing.
22     Q.    When you say the other people
23 on the case, you mean the Ecuadorian
24 lawyers?
25

31 (Pages 118 to 121)

**122**

J. KOHN

1
2    A.    Yes.
3    Q.    Was Mr. Donziger seeking to
4  have Kohn Swift & Graf pay -- reimburse
5  him the $12,000 that he had given to
6  Mr. Yanza?
7    A.    He was kind of elliptically
8  getting to that, in other words, this is
9  why, you know, quote, we are behind, or
10  why there is, you know, overbudget or, you
11  know, the budget that had been developed X
12  months earlier was proving to be
13  inadequate.
14         And some things, you know,
15  would occur, there are unexpected events
16  in litigation, I understood some of that,
17  or additional -- there was, you know, some
18  inspections might have taken longer and
19  what have you.  But, you know, this one
20  was one that I said, you know, take it out
21  of your advances.
22    Q.    In connection with these
23  discussions with Mr. Donziger, did you
24  ever see any documents confirming that
25  Mr. Yanza actually bought a house?

**123**

J. KOHN

1
2    A.    No, it was all just oral, just
3  conversation.
4    Q.    Let me rephrase that.
5         When you were in Ecuador, did
6  you ever see this house Mr. Yanza had
7  supposedly used the $12,000 to buy?
8    A.    I do not believe so.  No, I
9  mean, it was not -- you know, I was in the
10  one house, I assume it was not that house
11  that was being used as the office.  But
12  there was no other effort was made to show
13  it to me as far as I know.
14    Q.    During the time that Kohn Swift
15  & Graf was involved in the 2003 Ecuador
16  litigation, did you view Mr. Yanza as
17  having authority to make decisions on
18  behalf of the 48 individual plaintiffs?
19         MR. GOMEZ:  Objection, form.
20         THE SPECIAL MASTER:  The form
21  is okay.
22    A.    Yeah, I viewed that he had
23  decision-making authority by virtue of his
24  position with the Frente on matters and
25  that as well as that he had been

**124**

J. KOHN

1
2  exercising those kinds of decisions
3  throughout the case.  So I guess the short
4  answer would be yes.
5    Q.    And throughout this time,
6  Mr. Yanza was paid to act on behalf of the
7  plaintiffs?
8    A.    During certain periods of time,
9  yes.
10    Q.    In addition to being involved
11  in legal discussions about the case, were
12  you involved in discussions where
13  Mr. Yanza was designated to take other
14  acts on behalf of the plaintiffs such as
15  organize PR events or interact with the
16  Republic or other types of actions?
17         MR. GOMEZ:  Objection,
18  compound.
19         THE SPECIAL MASTER:  I think
20  the examples were needed.  It is not
21  compound.  You may answer.
22    A.    I guess in a general way I was.
23  Certainly the contacts with the officials
24  or government or different agencies, I
25  understood that he did some of that work.

**125**

J. KOHN

1
2  There was communication with members of
3  the Ecuadorian Parliament or Congresses.
4         From time to time I believe he
5  had some contact with that.  I certainly
6  understood he had contact with
7  environmental organizations or NGOs.  I
8  understood he was involved with some, you
9  know, the press conferences, these
10  demonstrations or marches that would occur
11  from time to time, you know, on behalf of
12  the plaintiffs and his organization.
13         I understood it all came from
14  the pyramid, if you will, of the Frente,
15  that he was acting as the Frente.  The
16  Frente included the indigenous tribal
17  groups, the community groups, individuals,
18  and that he acted as a spokesperson and a
19  leader of that whole structure.
20    Q.    You understood that Selva Viva
21  had bank accounts in Ecuador, correct?
22    A.    Right.
23    Q.    And Kohn Swift & Graf would
24  transfer money from its bank accounts to
25  the Selva Viva bank account from time to

32 (Pages 122 to 125)

126

J. KOHN

1    J. KOHN
2 time?
3    A.    Correct.
4    Q.    What was your understanding as
5 to who had control of the Selva Viva
6 account, in other words, who was the
7 signatory on that account?
8    A.    It was my understanding that it
9 was Mr. Yanza.  Again, there may have been
10 other signatories, but he was in charge.
11    Q.    Did Kohn Swift & Graf ever do
12 an audit of the Selva Viva bank accounts?
13    A.    No.
14    Q.    You understand that Selva Viva
15 funds were used to pay Cabrera?
16    A.    I was aware of or was informed
17 of certain payments that were being made
18 and was always represented to me by
19 Donziger that these were part of the
20 litigation process in Ecuador whereby if a
21 party demands or requests that expertise
22 or that expert, that that party was
23 required to pay for that time and that it
24 was being done through the court, that the
25 court ordered it, that the court required

127

J. KOHN

1    J. KOHN
2 it, and that was the procedure.
3         MR. GOMEZ:  I'm sorry, the last
4 word, was that "required"?
5         THE WITNESS:  The court
6 required it and that that was the
7 procedure.
8    Q.    Did Mr. Donziger ever discuss
9 with you at any time making payments to
10 Mr. Cabrera outside the court process,
11 payments that were not approved by the
12 court?
13    A.    Absolutely not.  And, if
14 anything, the contrary was expressed, when
15 there were criticisms of Cabrera being
16 made by Chevron, and I believe at one time
17 there was a specific question or comment
18 made by one of Chevron's attorneys to
19 Donziger and myself, I later asked him
20 about Cabrera, saying there was some
21 influence or something -- the comment as I
22 recall was from Mr. Cullen at a meeting
23 that I had with him at the Jones Day firm.
24    Q.    Tim Cullen?
25    A.    Yes.  And he said something to

128

J. KOHN

1    J. KOHN
2 the effect, he didn't make a big deal out
3 of it, but, you know, we know the
4 plaintiffs are influencing Cabrera.
5         Later, after we broke up with
6 Mr. Cullen, I asked Mr. Donziger, you
7 know, what's he talking about?  He said,
8 well, they had some motion that they had
9 filed, that they, Chevron, in Ecuador
10 where they attached a check payable to
11 Mr. Cabrera and filed it, but it was the
12 court-permitted payment to the expert, and
13 he sort of laughed, ha ha, and like that's
14 all.
15         I said, that's all it is?  I
16 said, well, that's kind of, you know, and
17 then the second piece of his explanation
18 was that during Mr. Cabrera's work he was
19 photographed or seen in the presence of
20 some of the plaintiffs at a well site,
21 when he was out in the field doing some
22 kind of work, and according to Donziger,
23 Donziger stating, and Chevron is making a
24 big deal of this because they are saying
25 they saw him in the presence of the

129

J. KOHN

1    J. KOHN
2 plaintiffs when all it was was he was out
3 doing his fieldwork and that's where those
4 people live and a couple of them came to
5 observe him there.  And that was the end
6 of that discussion.
7         There was a later comment along
8 the same lines from Mr. Cullen and
9 Mr. James at a meeting that I had with
10 them later, again, asked Donziger the same
11 questions, what are they talking about?
12 The same answers with respect to well,
13 they saw Cabrera with some of the
14 plaintiffs at this well site.
15         And I believe there was maybe
16 even a third conversation at or about the
17 time of the November '07 mediation.
18    Q.    So I have the timing right, you
19 have mentioned three conversations.
20         The first one involved just
21 you, Mr. Cullen and Mr. Donziger; is that
22 right?
23    A.    I can't be 100 percent sure if
24 it was just Mr. Cullen and me or whether
25 it was -- whether Donziger was also -- it

130

J. KOHN

1
2  is possible that a reference by Mr. Cullen
3  may have been made just to me.
4      Q.    That conversation, when was
5  that one?
6      A.    My recollection is it would
7  have been sometime in 2007 prior to the
8  November '07 mediation.  Whether it was --
9  I had three or four meetings with
10 Mr. Cullen in that time frame.  I think
11 the first one was in February '07.  I
12 think there was one towards the end of
13 March '07.  There was one July '07.  So it
14 could have been in any of those meetings.
15     Q.    And was that the first
16 conversation on this issue of payments to
17 Cabrera that you had with Mr. Donziger?
18     A.    The first one I can remember,
19 yeah.
20     Q.    The next one that included
21 Mr. James?
22     A.    That was in February of 2009.
23     Q.    February of 2009?
24     A.    '09, yes, after the Cabrera
25 report was issued by that time.

131

J. KOHN

1
2      Q.    And who participated in that
3  conversation?
4      A.    Mr. James and Mr. Cullen for
5  Chevron, Mr. Ben Barnes and myself for the
6  plaintiffs.
7      Q.    Was there a third conversation?
8      A.    I have another recollection of
9  a conversation in connection with the
10 November '07 mediation.
11     Mr. Cullen was accompanied by
12 Mr. Scott from Chevron at that mediation
13 as well as other Jones Day lawyers, and I
14 have a recollection of Mr. Cullen -- at
15 that point in time the Cabrera report had
16 not been issued, but the study was under
17 way, that he was denigrating in some way
18 Cabrera or Cabrera's independence or the
19 fact that the plaintiffs were influencing
20 Cabrera in some way.
21     Q.    Who is "he"?
22     A.    Mr. Cullen was making that
23 comment.  Again, it wasn't a big deal.  He
24 wasn't waving his arms.  It was just
25 stated.  I recall discussion then out in a

132

J. KOHN

1
2  breakout conference room, similar to the
3  setup here, with Donziger, Mr. Fajardo,
4  Mr. Yanza was also present at the
5  mediation, there were several other
6  plaintiffs, and I inquired what is he
7  talking about?  The same explanation, oh,
8  it is the same old stuff about the one
9  check that they have found and/or the
10 photographs at the well site.
11     I have a pretty clear
12 recollection that at that time I said,
13 look, if there is anything going on, they
14 are going to find out about it and don't
15 think you can keep some secrets.
16     Absolutely, this is all BS,
17 this is all just, you know, Chevron thinks
18 they are going to lose and they are just
19 looking for excuses.  That is what
20 Donziger said.
21     Mr. Fajardo was there.  I don't
22 know whether he could understand the
23 English.  We were having that conversation
24 in English.
25     Q.    Was anyone translating for

133

J. KOHN

1
2  Mr. Fajardo at that time?
3      A.    I don't recall that specific
4  breakout conversation being translated,
5  you know, in real-time.  Again, whether
6  people huddled later and I was someplace
7  else or not, but I don't remember that
8  being translated.
9      Q.    In this conversation in the
10 breakout room in November 2007, you
11 specifically asked Mr. Donziger if
12 Mr. Cabrera had been paid outside the
13 court process and he specifically denied
14 it; is that right?
15     A.    I didn't ask it the way you
16 phrased it, has he been paid outside of
17 the court process.  I asked a more
18 open-ended general question, what is Tim,
19 or Mr. Cullen, referring to?
20     And I also have a recollection,
21 again, I may be off on the timing, that
22 Chevron was very public in its criticism
23 of Cabrera during the whole process, that
24 there may have even been advertisements in
25 the newspaper or columns or press releases

**34 (Pages 130 to 133)**

134

```
 1            J. KOHN
 2   that the whole Cabrera process was
 3   improper and tainted.  So, you know, it
 4   was sort of out there in the litigation.
 5   It was an issue.
 6            And I was asking, you know,
 7   what are they talking about?  Is there
 8   anything to this?  And it was always
 9   dismissed in the way I have described it.
10   But I don't think I asked the specific
11   question, you know, are you sure you are
12   not making payments to him outside of the
13   court process?
14            But he did refer to the one
15   payment that had been brought up, that it
16   was all -- all it was was the payment
17   going right through the court and exactly
18   as required by the process in Ecuador.
19       Q.    Were you aware at this time in
20   November of 2007 that Chevron had filed
21   multiple formal objections on the record
22   in Ecuador to what it believed were
23   improper interactions between Cabrera and
24   the plaintiffs' team?
25       A.    In a general way, I think as I
```

135

```
 1            J. KOHN
 2   have just alluded to, I understand it was
 3   public, the criticism of Cabrera was
 4   public.  I was not shown or did not
 5   receive copies of those -- of specific
 6   motions, although much later in the time
 7   frame, in the '09 time frame I'm sure you
 8   have seen some of the e-mails when our
 9   firm was attempting to obtain precisely
10   that kind of information, let's see what
11   the full record is, let's see what the
12   pleadings are in all these matters.
13            But I was aware, again, of the
14   criticism.  Mr. Cullen voiced it at the
15   mediation.  It was in the press.
16       Q.    Did you ever have any
17   conversations directly with Mr. Fajardo
18   about Mr. Cabrera and Chevron's
19   allegations that the plaintiffs' team were
20   inappropriately interacting with
21   Mr. Cabrera?
22       A.    Well, other than, you know,
23   there was the one I referenced, he was
24   there.  Again, we were not speaking the
25   same language.
```

136

```
 1            J. KOHN
 2            There was a meeting in late
 3   March or April of 2010, again, this was
 4   after our firm had sent a letter
 5   withdrawing as counsel.  Mr. Fajardo,
 6   Mr. Yanza and I believe Mr. Humberto
 7   Piaguaje came to the U.S., came to our
 8   office, and Chevron had already begun the
 9   1782 discovery proceedings, and I asked at
10   that time, you know, about what you folks
11   were uncovering primarily in the
12   proceeding in Denver against Stratus.
13       Q.    Humberto Piaguaje, he is not a
14   named plaintiff, correct?
15       A.    I would have to look.  It is
16   certainly my understanding that he was a
17   plaintiff in the original New York action,
18   and I don't recall whether he was then one
19   in the Ecuador action or not.  I mean, I
20   could look at the list.
21       Q.    Do you know how the 48
22   plaintiffs were determined, how it was
23   determined who would be the named
24   plaintiffs?
25       A.    No.
```

137

```
 1            J. KOHN
 2       Q.    In your meeting in April of
 3   2010, was it your understanding that
 4   Mr. Piaguaje, Humberto Piaguaje, was
 5   participating either as a plaintiff or a
 6   plaintiff representative?
 7       A.    Yes, either a plaintiff or a
 8   plaintiff representative.
 9       Q.    Was there anybody else in this
10   meeting --
11       A.    Or more precisely, I understood
12   he was there as a plaintiff
13   representative.  He may also have been a
14   plaintiff.  But it was clear that for part
15   of the meeting that the plaintiff
16   representatives were there.
17       Q.    The April 2010 --
18       A.    Again, it was either March or
19   April 2010.
20       Q.    -- meeting, anyone else
21   participate other than yourself,
22   Mr. Donziger, Mr. Yanza and Mr. Piaguaje?
23       A.    Donziger was not there.
24       Q.    Oh, Donziger did not
25   participate in the meeting?
```

35 (Pages 134 to 137)

138

1           J. KOHN
2     A.    No, ma'am.
3     Q.    And who translated -- well, I
4 take it the conversation between yourself
5 and Mr. Yanza and Mr. Fajardo were
6 translated; is that right?
7     A.    Correct.
8     Q.    And who did the translation?
9     A.    A paralegal in our office who
10 was there at that time, but is no longer
11 in our office.  Her name is Sofia Lopez.
12    Q.    Was there anybody else present
13 during this meeting in April 2010?
14    A.    Mr. Hillwig and Mr. Glazer from
15 our firm were also there.
16    Q.    Do either of those gentlemen
17 speak Spanish?
18    A.    Certainly not fluently.
19    Q.    Do you know if they speak it at
20 all?
21    A.    I really don't.  I just sort of
22 have a suspicion that Mr. Glazer may have
23 had high school Spanish equivalent to my
24 high school French.
25    Q.    This meeting was in your

139

1           J. KOHN
2 offices in Philadelphia?
3     A.    Yes.
4     Q.    How long did the meeting last?
5     A.    About an hour and a half.
6     Q.    What was the purpose of the
7 meeting?
8     A.    The meeting was requested by
9 Mr. Fajardo and Mr. Yanza and Mr. Piaguaje
10 ultimately as a result of the letter I
11 sent in November 2009.  It was my
12 understanding that they were in the United
13 States for the purpose of having other
14 meetings with Donziger and I assumed at
15 the time other law firms.  It was just my
16 assumption.  They did not tell me that.
17          They did tell me that they had
18 some time in their schedule and that they
19 were headed to New York after the time we
20 would spend in Philadelphia.  And the
21 purpose was to discuss the case going
22 forward and whether our firm had any
23 interest to reinvolve ourselves or to
24 participate in some way in the case going
25 forward.

140

1           J. KOHN
2     Q.    And was there a reason that
3 Mr. Donziger was not participating in the
4 meeting?
5     A.    Well, from my perspective, I
6 had no intention of meeting with him
7 further.  I had had a discussion about
8 three weeks or a month earlier at his
9 request at the Susman Godfrey law firm in
10 New York, which our firm had retained in
11 the fall of 2009, and I had stated my
12 position relative to him at that time.
13          So this was something that the
14 Ecuadorian folks who I mentioned there
15 were coming to talk to our firm
16 separately.
17          MS. NEUMAN:  I want to show the
18 witness a document that we are going to
19 mark as Exhibit 4004.  It is a four-page
20 document bearing the Bates numbers
21 KSG00055094 through 55097.
22          (Plaintiff's Exhibit 4004
23 marked for identification.)
24    Q.    Mr. Kohn, do you recognize
25 Exhibit 4004?

141

1           J. KOHN
2     A.    Yes, I do.
3     Q.    What is it?
4     A.    It is handwritten notes of the
5 meeting in our office, which, according to
6 this document, says was April 29th, 2010,
7 which were produced by our firm, which
8 were in our firm's files, and I'm not
9 certain whether these are the notes of
10 Mr. Hilwig or of Mr. Glazer.
11          There is a reference to
12 Mr. Glazer's initials on the bottom of
13 page 2, which might indicate that it is
14 Mr. Hilwig's notes, and he is referring to
15 a third person.  On the other hand, it is
16 sort of a summary -- could have also been
17 Mr. Glazer just noting, he referring to
18 himself by his own initials and what he
19 stated at the time.
20    Q.    In either event, Exhibit 4004
21 is not in your handwriting?
22    A.    That's right, it is not my
23 handwriting.
24    Q.    In the April -- let me withdraw
25 that.

142

J. KOHN

1    Did you have any other -- did
2
3 you only have one meeting with Mr. Fajardo
4 and Mr. Yanza and Mr. Piaguaje in the
5 March/April 2010 time frame?
6    A.    Yes, just the one meeting.
7    Q.    And does Exhibit 4004, although
8 not your notes, refresh your recollection
9 that the meeting occurred on April 29th of
10 2010?
11    A.    You know, not really.  I see
12 that.  I don't have any reason to doubt
13 the accuracy of it.  But my recollection
14 would still be it was March or April.  But
15 I see it there.
16    Q.    During the meeting that you had
17 in the spring of 2010 with Mr. Fajardo and
18 Mr. Yanza, did you discuss the topic of
19 Richard Cabrera?
20    A.    I'm not even sure if I remember
21 the name Cabrera coming up.  I do remember
22 at a point, because the information or the
23 litigation relative to Stratus in Denver
24 was ongoing at that time, there had been
25 some issues that had come out, others that

143

J. KOHN

1
2 would come out later, or facts that would
3 come out later.
4    So I remember referring to the
5 Denver case or the issue of Stratus
6 providing material to Cabrera, and I
7 recall that coming sort of later in the
8 time that either I was speaking or sort of
9 walking through chronologically some
10 issues that I had become aware of and
11 asking to the effect, you know, what, you
12 know, what's going on, you know, you need
13 to tell us anything -- the premise of the
14 meeting was they wanted to move forward,
15 did our firm want to reengage in the case
16 and be part of some sort of committee or
17 team of counsel.
18    I said well, first of all, you
19 know, I had a series of things, I would
20 not do anything, get involved in any case
21 that Donziger was still involved in.
22 Number two, I said you would have to tell
23 us and explain to us everything that has
24 happened.  We need a full understanding of
25 the record and particularly what is going

144

J. KOHN

1
2 to happen or coming out with respect to
3 the discovery from Stratus.  We were
4 speaking through a translator, so some of
5 this was kind of slow going.
6    Mr. Fajardo's response was it
7 is nothing.  The court in Ecuador, there
8 is a court order that allowed the parties
9 to exchange information or provide expert
10 materials to -- I don't know if the name
11 Cabrera was used -- but to the
12 court-appointed expert, and that's that.
13    And I said well, if that's all
14 there is to it, then why haven't you and
15 your great lawyer, Mr. Donziger, filed a
16 short motion with the court in Denver that
17 attaches that order and says what are they
18 talking about, we have an absolute right
19 under Ecuadorian procedures and here is a
20 court order that allows us to do such a
21 thing.
22    MR. GOMEZ:  Objection.  I'm
23 going to move to strike this as
24 nonresponsive.  The question was
25 whether --

145

J. KOHN

1
2    THE SPECIAL MASTER:  I see what
3 the question is.  No, he answered it in
4 his own way.
5    Q.    Mr. Kohn, could you --
6    THE SPECIAL MASTER:  It is not
7 irrelevant to the question.
8    Q.    After you said to Mr. Fajardo
9 why don't you and Mr. Donziger just file a
10 motion in Denver that provides the
11 Ecuadorian court order and confirms that
12 any action you had with Mr. Cabrera was
13 appropriate, how did Mr. Fajardo respond?
14    MR. GOMEZ:  Objection,
15 privileged.
16    THE SPECIAL MASTER:  Let me
17 hear the answer and then I will rule.
18    A.    He responded very briefly, kind
19 of a well, maybe we will, maybe we should,
20 but it was kind of a look down at your
21 shoes and move along to other issues, but
22 kind of a, you know, we are, you know,
23 maybe we should, or we are considering our
24 options, but nothing more detailed than
25 that.

37 (Pages 142 to 145)

146

```
1              J. KOHN
2        Q.    In the 2010 conversation that
3    you had --
4              MR. GOMEZ:  Sorry, move to
5    strike.
6              THE SPECIAL MASTER:  No, no,
7    no.  This is part and parcel of the
8    statement that the witness has described
9    which is clearly in furtherance of the
10   fraud that has been found -- excuse me, it
11   is in furtherance of the fraud.  The
12   statement that this is all pursuant to a
13   court order is exactly the cover-up that
14   was being used in the Fajardo affidavit
15   that went to the court in Denver, and this
16   is part and parcel of it.  No, it is not
17   privileged.
18       Q.    Mr. Kohn, were you or Kohn
19   Swift & Graf counsel to the plaintiffs at
20   this time, April 2010?
21       A.    I considered that we were
22   former counsel and operating under
23   whatever requirements there are with
24   respect to former clients, but the letter
25   I sent in November '09 indicated that
```

147

```
1              J. KOHN
2    unless or until other understandings and
3    agreements and disclosures were made, that
4    our firm was withdrawing and we acted upon
5    that and did not take any other action.
6              I had some other letters that I
7    sent as some of these revelations started
8    developing in the 1782 discovery, but I
9    viewed them as sending them to former
10   clients.
11       Q.    During this April 2010 meeting
12   with Fajardo and Yanza, was there any
13   discussion as to whether the plaintiffs'
14   team in Ecuador had ever had any private,
15   secret meetings with Mr. Cabrera?
16       A.    No.  It was pretty much limited
17   -- the issue of Cabrera was pretty much
18   limited as I described, you would need to
19   tell us, you would need to make a full
20   disclosure as to whatever relations, and I
21   was focusing on the Stratus piece of it at
22   that time, and I have already testified as
23   to what I can remember about that.  I
24   don't remember any more detail than that.
25       Q.    Were there any statements made
```

148

```
1              J. KOHN
2    by either Mr. Fajardo or Mr. Yanza as to
3    whether or not Stratus had had meetings
4    with Mr. Cabrera?
5        A.    We didn't discuss meetings that
6    I can recall.
7        Q.    Were there any statements made
8    by either Mr. Fajardo or Mr. Yanza in this
9    meeting as to whether or not Stratus was
10   the primary author of Mr. Cabrera's
11   report?
12       A.    Nope.
13       Q.    Did either Mr. Yanza or
14   Mr. Fajardo indicate in this meeting that
15   they thought you knew that Stratus had
16   written Cabrera's report?
17       A.    No, and again, sort of in
18   hindsight it is quite the contrary, there
19   was this whatever is done is perfectly
20   legal under the Ecuadorian system and
21   there is an order that allowed submission
22   of materials either to the court or to the
23   expert for the expert to look at and
24   consider in his work.
25             And it certainly would have
```

149

```
1              J. KOHN
2    been an opportunity to say, you know, Joe,
3    what are you talking about?  Don't you
4    know that we, you know, had meetings with
5    Cabrera and Stratus did and that's all
6    fine?  But that is not what was said.
7              MS. NEUMAN:  I'm going to hand
8    the witness a document that I'm going to
9    mark as Exhibit 4005.
10             (Plaintiff's Exhibit 4005
11   marked for identification.)
12             MS. NEUMAN:  It is an e-mail
13   from Pablo Fajardo to Joseph Kohn dated
14   Saturday, May 1st, 2010, which is then
15   forwarded by Mr. Kohn to Sofia Lopez, with
16   a request that it be translated.
17             Ms. Lopez then forwards a
18   translation to Mr. Kohn, which Mr. Kohn
19   then forwards to Mr. Hillwig and
20   Mr. Glazer.
21             The document bears the Bates
22   numbers KSG00028684 through KSG00028686.
23       Q.    Mr. Kohn, could you take a look
24   at Exhibit 4005 and let me know when
25   you've had a chance to read it.
```

38 (Pages 146 to 149)

150

J. KOHN

1
2      (Witness perusing document.)
3      A.      Okay, I have had a chance to
4  look at it.
5      Q.      Do you recall receiving Exhibit
6  4005 from Mr. Fajardo on or about May 3rd
7  of 2010?
8          MR. GOMEZ:  Objection, form.
9          THE SPECIAL MASTER:  I'm sorry,
10  what was that?
11          MR. GOMEZ:  Objection, form.
12          MS. HAMILL:  It is May 1st.
13  Did you say May 3rd?
14          MS. NEUMAN:  I'm sorry, let me
15  rephrase it.
16      Q.      Do you recall receiving the
17  original e-mail that's written in Spanish
18  and dated May 1st, 2010 from Mr. Fajardo
19  on or about that date?
20      A.      I recall receiving it after the
21  meeting in our office, and, again, seeing
22  these dates, I still think the meeting was
23  March or April, but yes, I recall
24  receiving this e-mail shortly after the
25  meeting.

151

J. KOHN

1
2      Q.      In this e-mail, Mr. Fajardo
3  states, as translated by Ms. Lopez, "I was
4  remembering some of the information we
5  shared regarding the process in Ecuador
6  and considering the possible scenarios by
7  which Chevron could try to delegitimate
8  the Cabrera report.  I think I did not
9  mention this detail.  Based on the same
10  order of the judge by which we submitted
11  information to Expert Cabrera, we
12  proceeded to submit a packet of
13  information, mainly the input of Stratus,
14  around the middle of March 2008."
15          Do you see that?
16      A.      Yes, I do.
17      Q.      Was it your understanding when
18  you received this e-mail from Mr. Fajardo
19  that he was representing to you that the
20  plaintiffs had submitted a packet of
21  information mainly from Stratus to
22  Mr. Cabrera through the court or
23  privately?
24      A.      I understood that it was
25  submitted pursuant to a court order.  I

152

J. KOHN

1
2  didn't know whether -- or he contended it
3  was submitted, to be more precise, through
4  some sort of court process.
5          Whether that process said you
6  must file it with what we would call the
7  clerk of the court and then provide copies
8  to the expert or whether you were simply
9  allowed to send it directly to the expert
10  under this procedure that they were
11  describing, I didn't draw that
12  distinction.
13          But I understood that he was
14  representing that information had been
15  provided in an appropriate, legal manner
16  under their procedures.
17      Q.      The order that Mr. Fajardo had
18  referred to in your in-person meeting and
19  then refers to again in this e-mail as
20  "the same order," did you ask to see that
21  order?
22      A.      I'm pretty sure I did at the
23  meeting, or at least certainly implied
24  with the conversation about, well, if
25  that's such a simple matter, why don't you

153

J. KOHN

1
2  pull that order out and give it to the
3  judge in Denver and put an end to the 1782
4  discovery.
5          So I don't remember if it came
6  up, you know, do you have that with you,
7  could we look at it right now, if it got
8  into that detail.  There was certainly a
9  sense -- the opportunity was there if they
10  wanted to -- or if he wanted to explain
11  further that he could have pulled the
12  document out, the order rather, the
13  alleged order, out of his briefcase and
14  gone through it with us right there.  That
15  opportunity was presented.
16      Q.      Were you ever provided the
17  order Mr. Fajardo was referring to by
18  Mr. Fajardo?
19      A.      I don't recall getting it, but
20  it is conceivable.  I don't recall.  I
21  don't recall.
22      Q.      You don't recall the order or
23  what it might have said; is that right?
24      A.      That's right.
25      Q.      Are the statements that

154

J. KOHN

1
2    Mr. Fajardo makes in his e-mail contained
3    in Exhibit 4005 as translated for you
4    consistent with the information he gave
5    you in the meeting?
6        A.    I'm sorry, I lost the last part
7    of your question.
8        Q.    The representations he makes in
9    the e-mail, although they have more
10   detail, are they consistent with the
11   representations he made in your in-person
12   meeting?
13       A.    Well, to a certain extent,
14   although now he is providing some
15   additional -- you know, he did not
16   reference, you know, what he now calls the
17   packet of information from Stratus.  He
18   did not give any specificity about some
19   March 2008 packet.
20            It was more just this general
21   notion that under the Ecuadorian
22   procedure, the independent expert is
23   allowed to obtain or receive or review
24   information that the parties submit, and
25   that's the way it is done in Ecuador and

155

J. KOHN

1
2    that's the way it has always been done and
3    it is simple.  He did not get into the
4    specificity about a particular packet or a
5    particular date.
6            So this was providing
7    additional information further along the
8    line, but not inconsistent, but it was
9    some further explication of his contention
10   as to the process.
11       Q.    Did you have any conversations
12   with Mr. Fajardo after you received his
13   e-mail in Exhibit 4005?
14       A.    I had no other conversations
15   that I can recall.  There was some further
16   correspondence both I think from our firm
17   and ultimately whether it was from
18   Mr. Fajardo or from plaintiffs to our
19   firm.
20            I spoke to some guy named
21   Economou who came to our office
22   purportedly as a representative of the
23   plaintiffs.
24       Q.    Nicolas Economou of H5?
25       A.    Yes.  Again, whether he -- but

156

J. KOHN

1
2    nothing -- I did not have a conversation
3    that I can recall with Mr. Fajardo after
4    the meeting on April 29th.
5        Q.    Did you have any conversations
6    with Mr. Yanza after the meeting in April
7    of 2010?
8        A.    No.  Again, some
9    correspondence, but no conversations that
10   I can remember.
11       Q.    Were there any other
12   representations that Mr. Fajardo made to
13   you about the plaintiffs' team's
14   interactions with Cabrera that you recall?
15           MR. GOMEZ:  Objection, time
16   frame.
17           MS. NEUMAN:  At any time.
18       A.    Not beyond what I have already
19   testified to.
20           THE SPECIAL MASTER:  Wait a
21   second.  Let's get specific here.  Are you
22   talking about the same meeting?  Mr. Gomez
23   is right.
24           MS. NEUMAN:  No, separate from
25   the meeting, were there other

157

J. KOHN

1
2    representations made to Mr. Kohn by
3    Mr. Fajardo about Mr. Cabrera and the
4    plaintiffs' interactions with him.
5            THE WITNESS:  May I answer,
6    sir?
7            THE SPECIAL MASTER:  Hold on a
8    second.  Let me see the entirety of the
9    question.  Yes, you may.  Now you may.
10       A.    I don't recall any other
11   conversations.  There may be some
12   information reflected in the letters that
13   were written and received after that time
14   period.  They would be in the documents.
15       Q.    Did you have any conversations
16   with Mr. Donziger after your April 2010
17   meeting with Mr. Fajardo and Mr. Yanza on
18   the topic of Mr. Cabrera and plaintiffs'
19   interactions with Mr. Cabrera?
20       A.    No, I did not.
21       Q.    When Chevron filed --
22           THE SPECIAL MASTER:  Excuse me
23   one second.  Did you say that you had a
24   conversation with Mr. Donziger in February
25   of 2010 in the presence of Mr. Susman?

**40 (Pages 154 to 157)**

158

1        J. KOHN
2        THE WITNESS:  I believe it was
3   probably March of 2010, but yes, I did
4   testify.
5        THE SPECIAL MASTER:  Where was
6   that?
7        THE WITNESS:  It was at the
8   office of Susman Godfrey in New York, the
9   office they had at that time, I believe
10  they have moved locations since then,
11  their midtown office.
12      Q.    When did Kohn Swift & Graf
13  retain Susman Godfrey to represent the
14  firm in connection with its representation
15  of the plaintiffs in the Ecuador action?
16      A.    It was at or about the time of
17  the letter I sent in November of 2007.
18      Q.    2009?
19      A.    2009, yes, sorry.
20      Q.    After your November 2009
21  correspondence, on how many occasions did
22  you meet with Mr. Donziger?
23      A.    Once.
24      Q.    And is that the meeting at the
25  Susman Godfrey offices in March of 2010?

159

1        J. KOHN
2      A.    Yes.
3      Q.    How long was that meeting?
4      A.    I believe it was less than an
5   hour.
6      Q.    Who participated in the meeting
7   other than yourself and Mr. Donziger?
8      A.    Ms. Garr was there with
9   Mr. Donziger, Mr. Susman, Steve Susman was
10  there, and there was another lawyer from
11  his office, an associate whose name I do
12  not recall, it is not Mr. Art, who then
13  worked on some of the other matters.  It
14  was another gentleman.
15      Q.    And what occurred during this
16  one-hour meeting?
17      A.    I'm pretty clear it was
18  probably less than an hour.  It was
19  certainly no more than an hour.
20        Mr. Donziger and Ms. Garr came
21  into the meeting room, sat down, whether
22  it was Mr. Susman or I who said to
23  Mr. Donziger, you requested the meeting,
24  what is it that you want to discuss?  Then
25  Mr. Donziger began to speak, and I recall

160

1        J. KOHN
2   him saying that --
3        MR. GOMEZ:  Objection.  I just
4   want to caution the witness not to reveal
5   any privileged communications.
6        THE SPECIAL MASTER:  Huh?  What
7   privileged communications?
8        MR. GOMEZ:  We have a
9   discussion about to take place between
10  counsel at a critical time.  I don't know
11  what he is --
12       THE SPECIAL MASTER:  Between
13  counsel?  He had resigned.
14       MR. GOMEZ:  Well, they may have
15  been talking about the case.  That may
16  have been the purpose of the hearing.
17       THE SPECIAL MASTER:  Let's hear
18  it.
19      A.    He began by saying, addressing
20  me and saying I don't know, you may be
21  wondering how we have been able to
22  continue to fund the case since November,
23  and I just shook my head or gave an
24  expression I don't care.
25        And he said he has been, you

161

1        J. KOHN
2   know, talking to a number of law firms and
3   contemplating putting a committee of some,
4   you know, committee of counsel together
5   and would our firm have any interest, you
6   know, in having a seat on that committee
7   or being part of that committee.
8        I said, you know, I responded
9   as follows:  That the time for any sort of
10  good faith, you know, committee that
11  really worked together in my view has long
12  since past, that before I would ever
13  consider anything you need to respond to
14  some letters that Mr. Susman had sent to
15  Donziger, simply at that point preserving
16  our firm's rights under the retainer
17  agreements and under an agreement that we
18  had with Donziger, just asking for what
19  agreements are you entering into, what
20  other firms are participating in the case,
21  on what basis.  You would have to give
22  full disclosure on that before anybody
23  would consider anything.
24        And I said you would have to
25  come clean, and I'm 99.9 percent sure I

41 (Pages 158 to 161)

162

```
 1              J. KOHN
 2   used the term "come clean" about whatever
 3   is going on with Stratus and the Denver
 4   1782 proceeding.
 5              And I recall Donziger responded
 6   that at that point he had some agreement
 7   with the Emery firm that they would
 8   receive a fee equal to 2 percent of
 9   whatever fee he might receive, that it did
10   not impinge any interest on whatever share
11   our firm might have had under these old
12   agreements.
13              And, again, whether I had to
14   sort of go back and ask a second time
15   about Denver, I'm not sure, or he just
16   continued a narration.  You know, at some
17   point I mentioned that the lawyer from the
18   Constantine firm had told me that he had
19   withdrawn because of information that
20   might be developed or come out in the
21   Stratus 1782 proceeding.
22              So, you know, I raised that.
23   Whether I raised that in the first time I
24   asked the question or had to sort of
25   follow up with that, I can't divide it
```

163

```
 1              J. KOHN
 2   that perfectly.  And, again it was kind of
 3   a look at your shoes shuffle, and he said
 4   someone on the Ecuadorian team may have
 5   provided some documentation to Cabrera,
 6   and if it comes out, that will be, you
 7   know, could be embarrassing, or again,
 8   Chevron will try to make a big deal out of
 9   it.
10              And I responded by saying
11   Steve, I find that highly unlikely.  My
12   sense is that they are probably going to
13   find a lot of e-mail traffic going back
14   and forth and that you orchestrated it.
15   And he looked at the shoes and did not
16   respond directly to that, continued about
17   well, you know, we are trying to put a new
18   team together.
19              He kept talking about the team
20   and the team is working well together, at
21   which point Mr. Susman spoke up for the
22   first time and said, what team are you
23   talking about?  I think literally saying
24   who is going to get involved in this.
25              Mr. Donziger said well, I
```

164

```
 1              J. KOHN
 2   really would not -- I would rather not
 3   tell you now.  I don't want to tell you
 4   who I'm talking to about bringing in to a
 5   case that I'm asking you to join with, but
 6   I'm not going to tell you who the other
 7   lawyers are.
 8              I had somehow had some
 9   indication that he had approached the
10   Motley Rice firm.  I think I threw out, do
11   you honestly think the Motley Rice firm is
12   going to get involved in this?  And he was
13   like well, I would rather not say.
14              At that point Mr. Susman and I
15   kind of looked at each other.  Mr. Susman
16   asked some question about look, regardless
17   of what you are doing, why can't you
18   defend these depositions?  He said between
19   your firm or Kohn Swift, don't you have
20   people who can go to these depositions,
21   specifically talking about the Calmbacher
22   deposition where no one had appeared for
23   the plaintiffs.
24              MR. GOMEZ:  Excuse me, who said
25   that last part?
```

165

```
 1              J. KOHN
 2              THE WITNESS:  Mr. Susman, Steve
 3   Susman.
 4              And at that point the meeting
 5   just ended.  I think Mr. Susman had to go
 6   to some function, my recollection is maybe
 7   this was around 4 o'clock, so he had to be
 8   somewhere at 5, and I said good-bye to
 9   Mr. Susman in the hallway and went out to
10   the elevator lobby and rode down in the
11   elevator with Donziger and Ms. Garr, and
12   none of us spoke to each other, walked
13   outside, and Donziger said, you know, he
14   was going one way, I went the other way,
15   whether it was the way to the train
16   station or not, and he said I'll call you
17   in a few days, and I never heard from him
18   and didn't care to hear from him or expect
19   to hear from him.
20              I forgot one fairly important
21   thing that was stated at the meeting.  I
22   think I also said at that meeting clearly,
23   and this was in the middle, I guess after
24   we had some discussion about the Denver
25   thing, I said I don't, you know, want to
```

**42 (Pages 162 to 165)**

166

J. KOHN

1
2  be part of any team that you are part of.
3  I looked him in the eye and said I do not
4  trust you and would not work in any kind
5  of committee where you would purport to
6  have any authority and that the best thing
7  for the case was for you to withdraw from
8  the case in a public and definitive manner
9  and have a smooth transition to some other
10  people who could try to salvage the case.
11         He said at that point, well,
12  maybe I should.  I did not believe that
13  because of his commitment and involvement
14  with the case for such a long period of
15  time that he had any intention of
16  withdrawing.
17     Q.    Other than saying to you during
18  this meeting that someone on the local
19  Ecuadorian team may have provided
20  information to Mr. Cabrera, did
21  Mr. Donziger make any other
22  representations about interaction between
23  the plaintiffs' team and Mr. Cabrera?
24     A.    No, that was it.  Again, with
25  the additional phrase that, you know, it

167

J. KOHN

1
2  may be embarrassing or Chevron will try to
3  make a big deal out of it or try to
4  embarrass plaintiffs because of it.
5     Q.    Did Ms. Garr say anything
6  during the meeting?
7     A.    No.
8     Q.    On the issue of the Constantine
9  Cannon firm, you mentioned that you spoke
10  to someone from that firm who had
11  withdrawn from the matter; is that right?
12     A.    Either withdrawn or never
13  appeared, one or the other.
14     Q.    Who was that?
15     A.    I believe it is Mr. Shindler or
16  Shinder.
17     Q.    And how did you come to speak
18  to Mr. Shinder?
19     A.    He originally called me
20  sometime, it might have been
21  January/February of 2010, saying that his
22  firm was getting involved or was involved
23  for the plaintiffs and he was calling to
24  ask if we had some information or material
25  about Mr. Calmbacher.  This was in advance

168

J. KOHN

1
2  of the Calmbacher deposition.
3         There had been essentially a
4  collection lawsuit filed by Mr. Russell
5  against our firm and Donziger for some
6  unpaid fees for his time, and I recall
7  that the Constantine lawyer had some
8  specific question, is there anything in
9  that file or that lawsuit that might be
10  relevant to the deposition, and, you know,
11  I answered his question, I said we would
12  look and send him whatever we had on it.
13  I said I didn't think there was.  There
14  was nothing confidential.  A complaint was
15  filed.  We negotiated some reduction and
16  that was it.  And we did subsequently send
17  him whatever we had on that matter.
18         Then after the Calmbacher
19  deposition occurred and we learned about
20  it through the media and that no one had
21  appeared for the plaintiffs, I called him
22  and said, just out of curiosity, what
23  happened to you?  Why weren't you
24  involved?
25     Q.    And what did Mr. Shinder say in

169

J. KOHN

1
2  response to your inquiry?
3     A.    He said our firm was looking at
4  this, and I believe he referenced the
5  Denver or the Stratus matter, and he said
6  there is a lot of stuff around that and we
7  just decided it was better off not getting
8  involved in the case.
9     Q.    Did he provide any more detail?
10     A.    No, and I didn't, you know,
11  really ask him.  You know, he was being
12  somewhat circumspect, as was I.  You know,
13  I didn't have any particular interest.
14     Q.    In the meeting with
15  Mr. Donziger and Ms. Garr, you mentioned
16  that Constantine Cannon had withdrawn or
17  decided not to get engaged?
18     A.    I believe my recollection of
19  the sequence is the Calmbacher deposition
20  would have occurred.  I had had the
21  conversation with Shinder, Shindler,
22  whatever his name is, and then the meeting
23  occurred in Mr. Susman's office.
24         Because I think I made
25  reference --

43 (Pages 166 to 169)

170

1          J. KOHN
2      Q.     To the Constantine Cannon
3  withdrawal?
4      A.     To this guy saying he is not
5  getting involved because of Stratus and
6  Denver, what's going on.
7      Q.     You said that you told
8  Mr. Donziger at this point in time you did
9  not trust him.  Do you recall that?
10     A.     Yes.
11     Q.     Why didn't you trust
12  Mr. Donziger at this point in time?
13     A.     Well, it was a cumulation of
14  events.  Obviously you've seen some of the
15  documents relating in sort of the end of
16  '08, '09, throughout '09, culminating in
17  my letter of November '09.
18         You know, prior to any of the
19  1782 actions proceeding, the relationship
20  had just completely deteriorated where he
21  wouldn't share information.  He would, you
22  know, sort of deny access to things, make
23  decisions and announce them.  Obviously
24  what had come out at the Calmbacher
25  deposition was all, you know, news.

171

1          J. KOHN
2         I felt, again, at that point
3  knowing the full extent of all the things
4  that had been developed in the discovery
5  in this proceeding and in the 1782 cases,
6  which were just sort of getting under way
7  at that time, I felt as a business
8  relationship that he was not someone that
9  I could trust.  Certain things had come
10  out, you know, after the fact that he had
11  been meeting with or communicating with
12  other law firms about involvement in the
13  case without our knowledge, and I viewed
14  us as having a co-counsel relationship, if
15  you will, shopping the case unbeknownst to
16  us.
17         There were some things that
18  seemed sort of minor now compared to some
19  of the other issues that have developed.
20  There was a point in time where Mr. James
21  had called me to say -- to complain that
22  Mr. Barnes, who is a registered lobbyist
23  in Washington, and a formidable,
24  experienced individual, was speaking to
25  either officers or board members of

172

1          J. KOHN
2  Chevron about the matter and saying -- and
3  Mr. James, you know, was very light about
4  it, he says, you know, we are on a
5  first-name basis, he said Joe, what is --
6  this guy Barnes is talking to, you know,
7  my board, and it is a represented party,
8  what are you doing?  I said well, he is a
9  nonlawyer.  I always thought a nonlawyer
10  wasn't subject to that.
11         But we went back and did some
12  research, and, you know, it is arguable
13  that the lawyer as part of a legal team or
14  a legal matter, it doesn't have to be as
15  strong as taking direction from the
16  lawyers, but just part of that process,
17  that it would be subject to the same kind
18  of rules or the lawyers could have an
19  ethical issue of communicating with a
20  represented party.
21     Q.     Through the lobbyist?
22     A.     Yeah, to the party, not to the
23  parties' lawyers.  Mr. Hillwig prepared a
24  legal memorandum.  We shared it with
25  Mr. Donziger, and he kind of, you know,

173

1          J. KOHN
2  poo-pooed the whole thing, oh, big deal,
3  let them complain about that.
4         Again, a small thing compared
5  to some of these other things, but not the
6  kind of, you know, people that I usually
7  have as co-counsel.
8         This situation, the exact same
9  situation arose a month or two later when
10  Donziger said something to the effect that
11  Willie Brown, the former Mayor and Speaker
12  in California who was helping the
13  plaintiffs, also was reaching out to
14  individuals that he knew at Chevron or
15  board members potentially.
16         I said Steve, I don't think you
17  can do that.  In fact, Mr. Brown actually
18  is a lawyer, unlike Mr. Barnes.  And
19  Donziger's response was oh, let them file
20  an ethical complaint against Willie Brown,
21  and, you know, we will just blow it up
22  into a bigger press thing.
23         I had seen by 2009, or by --
24  had I seen by that time -- I'm not sure --
25  well, I had seen at least a portion of the

44 (Pages 170 to 173)

174

J. KOHN

1   J. KOHN
2   film Crude, and there were just -- to me
3   it was a revelation because the Donziger
4   that I saw in Crude was not the person
5   that I spent time with.  The bombast and
6   the, you know, the statements were, you
7   know, not the person that I had, you know,
8   spent time with.  It was a different -- it
9   was almost like a Jekyll and a Hyde kind
10  of a thing, so in terms of answering your
11  question about trust.
12       And just little things about
13  the way in the film, there is the setup
14  for the meeting in our office with
15  Mr. Yanza, Mr. Fajardo and others, and I'm
16  not sure if the meeting was sort of in the
17  end of '06 or '07, but there is sort of
18  this clip in the movie of Donziger
19  explaining to them why they are going to
20  Philadelphia.  We are going to meet these
21  guys.  We are going to get some money.  I
22  think he was like Joe Kohn is a nice guy
23  or he has going to greet Joe and his
24  approach and talk to him on that basis.
25       The whole premise of that was

175

1   J. KOHN
2   completely false in the sense that I had
3   known Mr. Yanza since -- or had met him in
4   1993.  There was no meeting that was
5   occurring for the first time.
6       You know, it was a little
7   offputting to me to see that this kind of
8   reference of, well, we are just going to
9   go to these guys like they are an ATM
10  machine and get, you know, let's get us
11  some money while we are really running the
12  case.  I was under the impression that we
13  were being informed as appropriate on
14  matters and on the general trajectory of
15  the case and the basic, you know, movement
16  of the process through Ecuador.  We were
17  not, you know, the Ecuadorian lawyers.
18  But this kind of notion of I have this
19  case over here and we are just coming to
20  you for some money, there was just a
21  falsity to that presentation.
22       So I think, you know, all of
23  that by the time -- then the Constantine
24  person telling me, then Donziger saying
25  oh, it is really somebody in Ecuador might

176

1   J. KOHN
2   have given something to them, when, you
3   know, he had been very much in charge of
4   the process, the cumulator of that caused
5   me not to trust him.
6       MS. NEUMAN:  We are out of
7   tape.  So should we take our lunch break?
8       THE SPECIAL MASTER:  Why don't
9   we do that.
10      THE VIDEOGRAPHER:  We are going
11  off the record.  The time is 12:37 p.m.
12      (Luncheon recess:  12:37 p.m.)

177

1   J. KOHN
2   A F T E R N O O N   S E S S I O N
3   1:30 p.m.
4   J O S E P H   K O H N, resumed.
5       THE VIDEOGRAPHER:  We are back
6   on the record.  The time is 1:30 p.m.
7   This is the beginning of disk three.
8   CONTINUED EXAMINATION
9   BY MS. NEUMAN:
10  Q.     Mr. Kohn, I want to follow up
11  on a few things you said right before the
12  lunch break.  You mentioned Ben Barnes
13  working on behalf of the plaintiffs in the
14  Ecuador litigation; is that right?
15  A.     Yes.
16  Q.     What were Mr. Barnes'
17  responsibilities?
18  A.     They were primarily to deal
19  with government relations issues in
20  Washington beginning with issues of the
21  U.S. trade representative.
22       It was my understanding that
23  Chevron had made certain appeals to the
24  Trade Office concerning the conduct of the
25  litigation in Ecuador and requesting

45 (Pages 174 to 177)

178

J. KOHN

1  certain action be taken on its behalf or
2  pursuant to certain regulations or
3  treaties or obligations that they thought
4  could be invoked, Chevron thought could be
5  invoked, and Mr. Barnes was brought on
6  board by the plaintiffs' legal team to
7  address those issues.  There was also, we
8  understood, lobbying of Congress relative
9  to the same issues.
10       Again, Mr. Barnes was brought
11  in to respond or rebut or address those
12  issues.  And as I indicated earlier with
13  respect to the issue of the direct
14  contacts to any Chevron executives or
15  board members, he also believed that he
16  had certain contacts and relationships
17  that could facilitate a line of
18  communications that could lead to a
19  negotiation and a settlement of the case.
20       Q.    When did Mr. Barnes start
21  working for the plaintiff team?
22       A.    Sometime in late 2007 or early
23  2008.  I have a recollection that at the
24  time of the mediation with Mr. Marks in
25

179

J. KOHN

1  November of '07 that we at least had
2  spoken with Mr. Barnes, consulted with
3  him, that he already had agreed to start
4  working on the matter or that he was going
5  to shortly.
6       Q.    Was Mr. Barnes still working on
7  the matter when Kohn Swift & Graf withdrew
8  in November of '09?
9       A.    Yes, he was.
10       Q.    Now, you indicated that he was
11  involved in government relations related
12  to the U.S. trade representative; is that
13  right?
14       A.    Yes, among other things, yes.
15       Q.    Was the issue with the U.S.
16  trade representative that Ecuador was in
17  breach of its contractual obligations and
18  thus should not receive beneficial trade
19  preferences?
20       A.    I understood that Chevron was
21  contending that the Republic of Ecuador
22  should not have trade preferences and I
23  thought that some of the reasons or at
24  least one of the reasons was that the
25

180

J. KOHN

1  Ecuadorian legal system was denying due
2  process to a U.S. entity, Chevron, in the
3  Lago litigation; that there may have been
4  other issues as well, but that that was
5  one of the arguments or series of
6  arguments or points that were being
7  offered by Chevron as to why there was
8  violation of the treaty and why some
9  action could be taken.
10       Q.    Did Mr. Barnes, while working
11  for the plaintiffs, lobby on behalf of the
12  Republic of Ecuador that it should be
13  allowed to keep its trade preferences?
14       A.    I was never present at any
15  meeting where Mr. Barnes was speaking to
16  either a U.S. Congressperson or U.S.
17  government official or trade
18  representative.  I understood his mission
19  from our point of view was to not have a
20  finding that our case was somehow a
21  violation or that due process was being
22  violated in Ecuador such that there could
23  be some finding that could be used to
24  defeat the case.
25

181

J. KOHN

1       I don't believe -- there are
2  some issues about registering as a
3  lobbyist which maybe harkens back to my
4  answer right before lunch, but I don't
5  believe he ever was lobbying on behalf or
6  he was ever retained by the Republic of
7  Ecuador, but I'm not aware of that.
8       Q.    Was Mr. Barnes registered as a
9  lobbyist for the plaintiffs?
10       A.    At one point he was registered
11  as a lobbyist for our law firm.  When that
12  came to our attention, we asked that he
13  register as a lobbyist for the plaintiffs,
14  and that's what my understanding was he
15  was in fact doing.  I wrote him and he
16  eventually changed -- or did change that
17  fairly promptly, withdrew or corrected
18  whatever filing you would make as to on
19  whose behalf you were a lobbyist.
20       Q.    When Mr. Barnes registered as a
21  lobbyist for Kohn Swift & Graf, did he do
22  that without your knowledge?
23       A.    I recall it was discussed -- my
24  position always was that you should
25

**46 (Pages 178 to 181)**

182

J. KOHN
1
2  register as a lobbyist for either the
3  Frente or the plaintiffs, that that was
4  appropriate.
5       I recall having discussions,
6  there was some prohibition against
7  registering as a lobbyist for foreign
8  individuals or foreign entities, and
9  recall the answer was no. There might be
10 certain issues with respect to a foreign
11 government, but not with respect to
12 foreign individuals. And, you know, I
13 assumed or believed I had made myself
14 clear. Later at some point in the process
15 Mr. Glazer in our office noticed the
16 actual registration that one has to file
17 as a lobbyist listed our firm. At that
18 point I raised it immediately with
19 Donziger and with Barnes.
20      At the same time we also
21 determined that Mr. Downey's firm had also
22 registered as a lobbyist for Kohn Swift &
23 Graf and I had a specific conversation
24 with Mr. Downey in Ms. Hinton's presence
25 where I had made the same statement, you

183

J. KOHN
1
2  know, that it didn't make sense to
3  register as a lobbyist for U.S.-based
4  lawyers, that you are really in fact here
5  for the plaintiffs. Unless there is some
6  prohibition about registering for a
7  foreigner, you should register
8  accordingly. I thought Mr. Downey
9  understood that.
10      So I had a conversation with
11 Mr. Donziger about that, and we can get
12 into it if you want to know about it.
13 Otherwise then I wrote to both
14 Mr. Downey's office and Mr. Barnes' office
15 and I believe at least in the case of
16 Mr. Barnes he did re-register as a
17 lobbyist for the Frente, but I could be
18 wrong about those details.
19     Q.   Do you know if Mr. Downey
20 re-registered?
21     A.   I know he immediately withdrew
22 as any kind of a lobbyist for our firm and
23 I believe he did -- or at that point he
24 may have not registered for anyone and not
25 worked on the matter any further.

184

J. KOHN
1
2      Q.   Other than Mr. Downey and
3  Mr. Barnes, were there other lobbyists
4  retained by the plaintiffs' team?
5      A.   Those are the only ones I can
6  remember. And I believe those are the
7  only ones, at least up until November
8  2009. I don't know about since then.
9      Q.   Was Mr. Donziger supervising
10 directly the work of Mr. Barnes and
11 Mr. Downey?
12     A.   Yes, he was. In fact, that was
13 part of the conversation I had with him.
14     Q.   In the conversation you had
15 with Mr. Donziger about registering -- the
16 lobbyist registering as being lobbyists
17 for the plaintiffs, was Mr. Donziger
18 objecting to that?
19     A.   Yes. He said in his view that
20 was -- it should be for our firm, that he
21 was aware of some other situation where
22 lobbyists have registered on behalf of the
23 law firm that was pressing a matter or was
24 involved in a matter.
25      I said for a couple of reasons

185

J. KOHN
1
2  I did not think that was the way to go.
3  One was that I don't know what precisely
4  they are doing or purporting to do on our
5  behalf. I remember specifically saying
6  they certainly don't report to me or I do
7  not supervise them.
8       I said, additionally, it seems
9  to just kind of look funny or look bad
10 that somebody would be a lobbyist for a
11 U.S.-based law firm when the case is about
12 the people in Ecuador who are the, you
13 know, purported victims of all this. And
14 if he thought it was okay for them to
15 register on behalf of a law firm then they
16 should do so on behalf of his law firm.
17 And the next thing we know they registered
18 on behalf of the Frente.
19     Q.   Did Mr. Donziger articulate any
20 reason why he didn't want Mr. Barnes or
21 Mr. Downey to register on behalf of the
22 plaintiffs or the Frente?
23     A.   Nope, nothing that I can recall
24 other than what I had said, that he had
25 seen it before, you know, it happens in

47 (Pages 182 to 185)

186

J. KOHN
1   J. KOHN
2   Washington, nobody would notice or nobody
3   would make a big deal of it, that kind of
4   a tone to the discussion.
5       Q.    Did Mr. Barnes reach out
6   directly to Chevron's board members?
7       A.    I believe he had some direct
8   contact with former Senator Sam Nunn who I
9   believe at the time was a board member and
10  they, you know, were doing some things
11  together and working on some other
12  projects and sort of in the context of
13  being in some other setting or some other
14  meeting he had some discussions with him.
15      And he also had another friend
16  and a contact whose first name is Wayne,
17  and I forget the last name, but a, you
18  know, senior gentleman, approximately
19  Mr. Barnes' age, who had worked for some
20  period of time for an organization or a
21  lobbying group of the petroleum industry.
22  He was no longer at that organization but
23  had been for a number of years and he also
24  felt he could be helpful in, A, opening
25  channels of communication, number one,

187

1       J. KOHN
2   and, secondly, providing some heft to the
3   notion that the plaintiff team could draw
4   on people who would have the ability to
5   implement some kind of a remediation
6   program if we ever got that far, that you
7   could look to people who could, you know,
8   hire the kinds of engineers and
9   engineering firms who would be engaged to
10  perform such services or who could bring
11  kind of proper oversight, who could
12  facilitate issues with the Ecuadorian
13  government, if we ever got to that point,
14  which we did not.  We are a long way from
15  there.
16      Q.    Was Mr. Barnes directed as part
17  of his engagement to reach out directly to
18  Chevron board members?
19      A.    Well, we had some of that
20  discussion earlier.  I think it was
21  something that he offered to do, wanted to
22  do, said he could do.  I didn't focus on
23  the issue of the ethical relation of
24  talking to represented parties until
25  Mr. James raised it.  At that point I

188

1       J. KOHN
2   passed it along to Donziger.  I probably
3   said it also to Mr. Barnes and kind of,
4   you know, I'm telling you, you know, this
5   is what the rule is and this is what it
6   is.
7       But it was not the kind of
8   relationship where I would order him to do
9   something.  I was informing him of that
10  position and I'm not authorizing it and
11  I'm not directing it.  But he is a very,
12  you know, person of a lot of substance and
13  a lot of history and a lot of contacts
14  and, you know, not necessarily somebody
15  that you would tell what to do in that
16  situation.
17      Q.    But you were -- or your firm,
18  rather, was paying Mr. Barnes for what he
19  was doing on behalf of the plaintiffs,
20  right?
21      A.    I'm happy to say Mr. Barnes was
22  a gentleman and he is one guy I didn't
23  have to pay.  He was actually working on
24  his own dime.
25      Q.    Did Mr. Barnes have a

189

1       J. KOHN
2   contingent interest in the litigation?
3       A.    Yes and no.  There was a
4   proposed agreement as to a percentage
5   related to -- what would have been a
6   percentage of the recovery and a letter
7   was prepared and forwarded and never
8   signed by Mr. Barnes or other people in
9   his office.
10      It was something, you know,
11  that I raised from time to time and in
12  some of my letters in the November '09
13  period and thereafter I make some
14  reference to the plaintiffs, that going
15  forward they need to make sure they have
16  appropriate agreements with the various
17  professionals that are all understood by
18  everyone, that are ethical and legal, and
19  I was referring in part to agreements with
20  the nonlawyers who were -- or who
21  purported to have any kind of contingency
22  interest in the thing.
23      Q.    Did the issue of Mr. Barnes
24  having a contingent interest in the
25  litigation come up when he was first

48 (Pages 186 to 189)

190

J. KOHN

1
2  engaged by the plaintiffs?
3      A.    Yes.
4      Q.    And was it agreed at that point
5  in time that rather than being paid in
6  exchange for his lobbying activities he
7  would receive a percentage interest in the
8  judgment?
9      A.    Whether it was for the -- it
10 was for his overall involvement and yes,
11 so it would include the lobbying and his
12 other matters, yes.
13     Q.    And what was that percentage?
14     A.    My recollection is, and I think
15 it would be spelled out in the proposed --
16 or the letter agreements that were not
17 signed, or that were forwarded, that it
18 was partly time-based, if a resolution of
19 the case could occur relatively promptly,
20 within I think a year or 18 months, that
21 he would have a 17 percent of the total --
22 of the amount equal to what the total
23 amount of the attorneys' fees were, and it
24 would go down to 12 percent or 12.5
25 percent or some such thing after the first

191

J. KOHN

1
2  time period expired.
3      Q.    And that agreement was
4  negotiated between Mr. Barnes and whom?
5      A.    Primarily Mr. Barnes and
6  Mr. Donziger.  I was brought into it.  It
7  was sort of presented, I mean, there was
8  negotiation, that was -- at least when I
9  heard that was kind of the first proposal
10 which I said was okay, agreed to, and then
11 it was somewhat puzzling to me that then
12 we couldn't get a letter signed that
13 memorialized it.
14        There was some discussions
15 later then as things did not get resolved
16 as promptly as we optimistically thought
17 they might that it should change to, you
18 know, forget the reduction, you know,
19 after the time period, but, you know,
20 which would be the higher number, and then
21 we, you know, I started raising issues of
22 well, wait a minute, what if -- shouldn't
23 there be some sunset provision to this as
24 well.  What if this goes on for ten years
25 and you are not really doing anything

192

J. KOHN

1
2  after, you know, a year or two, shouldn't
3  there be some other step-down or
4  phase-down.
5        And this was all about the
6  point in, you know, mid to late 2009 when,
7  you know, when we withdrew.  So there was
8  never any resolution to those discussions.
9      Q.    That you know of with
10 Mr. Barnes?
11     A.    Yeah, that I was involved in,
12 yes.
13     Q.    Is it fair to say that the
14 entire time Mr. Barnes was lobbying on
15 behalf of the plaintiffs, he expected to
16 have a percentage interest in the
17 judgment?
18        MR. GOMEZ:  Objection, calls
19 for speculation.
20     A.    Yeah, it gets a little bit into
21 what's in his mind.  But I would think he
22 proposed -- he proposed working under that
23 arrangement.  We agreed oral to it.  He in
24 fact undertook activities, never signed
25 the letter, so I'm not sure how that plays

193

J. KOHN

1
2  into his thinking.
3        THE SPECIAL MASTER:  Excuse me
4  one second.  Did anybody do any legal
5  research whether or not you could, under
6  the statutes regulating lobbyists in
7  Washington, you could have a contingent
8  fee arrangement based on a judgment?
9        THE WITNESS:  I did not
10 personally or our firm did not.
11 Mr. Barnes worked with, or as part of his
12 group, there was at least one lawyer, and
13 I think actually this refreshes me,
14 Mr. Gitter, that I think the proposed
15 agreements were with a Mr. Sharp in the
16 Ben Barnes Group who is an attorney.
17        So I did not, but I understood,
18 you know, that they were looking at all
19 this and they understood what their
20 obligations were as lobbyists and they
21 were not new to that profession or that
22 process, so I assumed they were operating
23 within whatever realm that they needed to
24 for their firm.
25     Q.    The percentage interest in the

49 (Pages 190 to 193)

194

J. KOHN

1   J. KOHN
2   judgment that you orally agreed to with
3   Mr. Barnes, was that out of the attorney
4   fee portion or out of the totality of the
5   judgment?
6       A.     It was calculated out of the
7   attorneys' fee, and that's why I made
8   reference in there, there is certainly
9   some e-mails or some letter about it that
10  the agreement would have to be structured
11  directly with the plaintiffs because, you
12  know, the lawyer can't share fees with a
13  nonlawyer. So it couldn't be -- but that
14  it wouldn't increase the amount of funds
15  that were taken out of any judgment or
16  recovery. So the lawyers would reduce
17  their fee by that much, some slice of it,
18  directly in agreement with the plaintiffs
19  would be paid to compensate the Barnes
20  Group.
21      Q.     And were the plaintiffs
22  themselves involved in any of the
23  negotiations with Mr. Barnes?
24      A.     Not that I'm aware of, but I
25  believe that -- I believe from

195

1   J. KOHN
2   Mr. Donziger that the plaintiff legal team
3   in Ecuador, Mr. Fajardo, Mr. Yanza, were
4   intimately aware of these issues and were
5   supportive and agreed to the retention and
6   the involvement of the Barnes Group.
7       Q.     And that's based exclusively on
8   what Mr. Donziger told you?
9       A.     Yes. I did not have any direct
10  discussion with Mr. Yanza or Mr. Fajardo
11  about involving or the retention or
12  contracting with Mr. Barnes.
13      Q.     You said that Mr. Barnes did
14  activities other than lobbying. What were
15  his other activities on behalf of the
16  plaintiffs?
17      A.     Well, the settlement outreach
18  that I talked about.
19      Q.     To Chevron?
20      A.     To Chevron. I don't know if he
21  had some more minor role in some of the
22  other public relations or press
23  activities. Karen Hinton was someone that
24  he had worked with in the past and he
25  recommended her to handle that side of it.

196

1   J. KOHN
2   So I assume they had some interaction on
3   some of those issues, or at least in terms
4   of getting her sort of started on the
5   process.
6       Q.     Any other activities that
7   Mr. Barnes handled?
8       A.     None that I'm aware of.
9       Q.     You mentioned Mr. Willie Brown.
10  What was his role in the plaintiffs' team?
11      A.     He was -- did not in my view
12  have a particularly defined role. He was
13  someone who was perceived as from the
14  perspective of being well known and
15  effective in all issues California where
16  Chevron was.
17             It was, again, a notion that
18  there would be some comfort or some other
19  heft that could be brought to a plaintiff
20  negotiating team, if we got to serious
21  discussions, someone who we believed could
22  be trusted by the leadership at Chevron,
23  counsel, and, you know, just someone who
24  could be sort of another player in support
25  of that kind of role of moving towards a

197

1   J. KOHN
2   settlement and then, you know, what would
3   have been a major rehabilitation program
4   in Ecuador.
5       Q.     When did Mr. Brown first get
6   involved?
7       A.     My sort of guesstimate would be
8   2008 or 2009, and I believe there is a
9   letter that was sent by our firm to
10  Mr. Brown and he signed it.
11      Q.     And was Mr. Brown also
12  receiving a percentage fee based on the
13  recovery?
14      A.     I believe it is recited in the
15  letter. My recollection is something like
16  2 percent of the fee or something, in that
17  range, and he is an attorney.
18      Q.     And his portion was to come out
19  of the attorney fee portion?
20      A.     Correct, 2 percent of the
21  attorneys' fee and he was retained as an
22  attorney. I think the letter was probably
23  with him at his law firm or in that
24  regard.
25      Q.     And did Mr. Brown to your

198

1           J. KOHN
2    knowledge reach out to anyone on the
3    Chevron board directly?
4       A.    I don't have any direct
5    knowledge of that.  I recall a discussion
6    with Mr. Donziger as I related before
7    lunch sort of raised -- where it was
8    raised.  I don't know if I ever received
9    anything specific.
10          I think he also was acquainted
11   with Charles James, the general counsel at
12   the time, and of course it would have been
13   perfectly appropriate to talk to him.  And
14   I think, again, he may have -- I never
15   spoke directly to Mr. Brown.
16      Q.    At any time?
17      A.    At any time, I never had the
18   pleasure of meeting him.
19      Q.    Who got Mr. Brown involved in
20   representing the plaintiffs?
21      A.    He was a contact and a friend,
22   an acquaintance of Mr. Barnes.
23      Q.    Did Mr. Donziger enter into any
24   unethical fee splitting -- I'm going to
25   start over.

199

1           J. KOHN
2           Did Mr. Donziger enter into any
3    unethical fee splitting agreements that
4    you are aware of?
5       A.    I am not aware of any
6    agreements beyond what I have described
7    with Mr. Barnes, and I certainly discussed
8    with Mr. Donziger and with Mr. Barnes that
9    the structuring of that needed to be, you
10   know, as I said, it had to be a direct
11   relationship with the plaintiffs.  It
12   could be calculated the way we were
13   talking about it, you could figure out
14   what the amount was by referring to a
15   percentage of the lawyer fees, but you had
16   to have a direct agreement with the
17   clients.
18          I certainly asked for any such
19   agreements through Mr. Susman and
20   mentioned, you know, in my letters to the
21   plaintiffs in I think the November '09
22   letter as well as some later that they
23   needed to sit down and make sure that they
24   had proper, enforceable, appropriate
25   agreements with any of these other

200

1           J. KOHN
2    professionals.
3           I'm aware there was some
4    communication we received from lawyers for
5    Ms. Hinton at one point in time where, I
6    didn't speak directly to Ms. Hinton about
7    it, but her lawyer said that Mr. Donziger
8    had assured her or promised her she would
9    have some sort of bonus if the case came
10   to conclusion, and I had some discussions
11   with those lawyers, but there was never
12   any resolution during my time period.
13      Q.    In these conversations that you
14   have mentioned that you had with
15   Mr. Donziger where you brought up the
16   ethical issue associated with Mr. Barnes
17   reaching out directly to Chevron board
18   members and/or Mr. Brown reaching out
19   directly to Chevron board members, did
20   Mr. Donziger make it clear to you in these
21   conversations that he was unconcerned with
22   that ethical rule?
23      A.    Yes, I think that's a fair
24   summary, and I relayed some of that before
25   lunch.  Certainly more so with respect to

201

1           J. KOHN
2    the conversation about Mr. Brown, that was
3    subsequent, and perhaps less adamant with
4    respect to the initial conversation about
5    Mr. Barnes, but did not seem concerned and
6    almost had kind of a contrarian, you know,
7    oh, that will be good, let's have a
8    dust-up about that and that will be just
9    more fuel for the fire.
10      Q.    And is it fair to say that
11   Mr. Donziger made no commitment to
12   instruct both Mr. Barnes and Mr. Brown not
13   to have any direct contact with the
14   represented Chevron parties?
15      A.    He certainly made no such
16   commitment to me, but I didn't, you know,
17   ask him in those words.  You know, I
18   didn't say will you commit to tell them
19   not to do this.  We just had the
20   conversations that I relayed.
21      Q.    The agreement that you
22   mentioned that related to Ms. Hinton, I
23   want to talk about that for a minute.
24      A.    Okay.
25      Q.    How did it first come to your

202

J. KOHN

1  attention that Karen Hinton was taking the
2  position that she had an interest in the
3  judgment?
4      A.    I believe I either heard that
5  from Mr. Donziger or I received a direct
6  communication from the lawyers
7  representing Ms. Hinton, whose names I
8  don't remember, but they were lawyers at
9  the Steptoe & Johnson firm in Washington
10  D.C.
11      Q.    Why was Ms. Hinton's Steptoe
12  lawyers reaching out to you?  What was
13  their purpose?
14      A.    Their purpose was to have a
15  more formal or a formal written
16  understanding about the bonus that
17  Mr. Donziger had discussed with her or, in
18  their view, promised her.
19      Q.    And counsel from Steptoe
20  represented to you that Mr. Donziger had
21  promised Mrs. Hinton a bonus if the
22  plaintiffs won the case?
23      A.    Yes, not only won -- no,
24  received any recovery in the case,

203

J. KOHN

1  collected; not only won, but collected.
2      Q.    Won and collected?
3      A.    Right.
4      Q.    Were you present during any
5  conversations between Mr. Donziger and
6  Ms. Hinton where this promise of a bonus
7  was made?
8      A.    No.
9      Q.    Did you ever discuss this issue
10  with Ms. Hinton directly?
11      A.    I do not believe I did.  I
12  certainly had several conversations with
13  the Steptoe & Johnson lawyers, but I did
14  not discuss it directly with her.
15      MS. NEUMAN:  I'm going to hand
16  the witness a document we have marked as
17  Exhibit 4006.  It is a three-page document
18  which is an e-mail exchange dated June
19  25th and June 26th.  The first two e-mails
20  in the exchange are between Joseph Kohn
21  and Grace Fremlin, and the next two
22  exchanges are between Joe Kohn and Steven
23  Donziger on the next day, June 26th, 2009.
24      (Plaintiff's Exhibit 4006

204

J. KOHN

1  marked for identification.)
2      THE SPECIAL MASTER:  Counsel, I
3  don't know why I have to keep saying this.
4  Let's identify the documents by Bates
5  number on the record, please, so that we
6  all know what we are doing, right?
7      MS. NEUMAN:  And the Bates
8  numbers on the document are KSG00004278
9  through 4280.
10      (Witness perusing document.)
11      Q.    Mr. Kohn, have you had a chance
12  to review Exhibit 4006?
13      A.    Yes, I have.
14      Q.    The second page Bates stamped
15  KSG4279, which begins "Dear Joe, Doug and
16  I have conferred with Karen and have the
17  following proposal on her success bonus
18  compensation.  For the purposes of
19  discussion, the proposal expressed is a
20  percentage of the net, that is the funds
21  received by all lawyers minus expenses.
22  Once the agreement is reached in
23  principal, the percentages will be
24  converted into actual dollar amounts that

205

J. KOHN

1  correspond to a collected settlement or
2  damage award."
3      Do you see that?
4      A.    Yes.
5      Q.    Was it your understanding at
6  this time that Grace Fremlin of Steptoe &
7  Johnson represented Ms. Hinton?
8      A.    Yes.
9      Q.    And this is the success bonus
10  compensation that you were just testifying
11  about that Ms. Hinton was requesting?
12      A.    Yes.
13      Q.    In 2009?
14      A.    Yes.
15      Q.    Above Ms. Fremlin's proposal
16  there is an e-mail from Steven Donziger to
17  yourself in which Mr. Donziger says "It
18  was a mistake to even engage in this
19  negotiation.  Please don't do anything
20  else without contacting me."  Then further
21  down Mr. Donziger states "I would offer a
22  bonus at our exclusive discretion.  Be
23  prepared to kiss Karen Hinton good-bye."
24      Do you see that?

**52 (Pages 202 to 205)**

206

```
 1              J. KOHN
 2     A.    Yes, I do.
 3     Q.    Did you ever have any
 4  conversations with Mr. Donziger on whether
 5  or not he had made any promises to
 6  Ms. Hinton?
 7     A.    Yes.
 8     Q.    What did he tell you?
 9     A.    My recollection is that he, A,
10  denied having made a specific agreement,
11  as to a specific amount or having, quote,
12  reached agreement, and that he said he had
13  some discussions with her that would have
14  been more in the nature of almost as he
15  puts it in this e-mail, yes, if things go
16  well in the case and we win, we will, you
17  know, see if we can do something at that
18  point or there would be some, you know,
19  discretionary payment, people who worked,
20  you know, we are going to appreciate and
21  make sure people feel treated fairly; that
22  he acknowledged having that kind of a
23  discussion, but not to the point of a
24  specific yes, I hereby agree to a bonus
25  and now let's tell the lawyers to paper
```

207

```
 1              J. KOHN
 2  it.
 3     Q.    Subsequent to the e-mail
 4  exchanges in Exhibit 4006, did you and
 5  Mr. Donziger discuss whether any agreement
 6  was ultimately reached with Ms. Hinton on
 7  this issue?
 8     A.    Nothing more specifically -- I
 9  mean, there may have been some other
10  follow-up e-mails. I don't think this was
11  the end of the contact from the Steptoe
12  lawyers, so there might have been some
13  other follow-up in the short period of
14  time after that.
15          I have a recollection at one
16  point Steven said, well, I will talk
17  directly to Karen Hinton about this, and
18  then, again, I had the general questions
19  in the letters from the Susman firm,
20  meeting in 2010, any other agreements you
21  have reached with people about the case
22  that we need to know about.
23     Q.    Did you refer the Susman
24  lawyers to Mr. Donziger after this point
25  in time?
```

208

```
 1              J. KOHN
 2     A.    No, when I was talking about
 3  the Susman lawyers, I was talking about --
 4     Q.    I'm sorry, Steptoe. I meant
 5  Steptoe.
 6     A.    I did not refer them. They
 7  certainly were aware of Donziger's
 8  involvement and that was that they were --
 9  that was their starting point, that there
10  had been conversations between Donziger
11  and Karen Hinton. So I don't remember, it
12  is possible that I said, you know, for any
13  further discussion of this issue refer
14  them to Donziger, but I don't remember
15  that. It is possible that something like
16  that occurred.
17     Q.    Do you know why the Steptoe
18  lawyers reached out to you?
19     A.    I can surmise, but I don't
20  recall them stating why.
21     Q.    Ms. Hinton and Hinton
22  Communications were the main PR
23  representatives for the plaintiffs?
24     A.    From the point that they got
25  involved through recently I gather. But
```

209

```
 1              J. KOHN
 2  they were not involved in the entirety of
 3  the time period of the case.
 4     Q.    From the point they first got
 5  involved until you withdrew, they were the
 6  main PR firm for the plaintiffs?
 7     A.    Yes.
 8     Q.    Did Mr. Donziger supervise
 9  Ms. Hinton's work?
10     A.    Yes, and from all indications
11  had worked very closely with her.
12     Q.    He worked very closely with
13  her?
14     A.    Yes. I would say it was a more
15  detailed or more involved relationship
16  than just a, quote, supervisor.
17     Q.    In terms of the plaintiffs'
18  press releases that Ms. Hinton and Hinton
19  Communications would issue, who had to
20  review and approve those communications
21  before they could be issued by Hinton?
22     A.    Well, certainly Donziger was
23  intimately involved, as I understood, with
24  any and all press releases. Whether at
25  some point, you know, their working
```

**53 (Pages 206 to 209)**

210

J. KOHN

1  relationship reached a point where Karen
2  and/or her company could respond to
3  situations or issue something without a
4  direct, you know, word for word sign-off
5  on a particular thing, I don't know. It
6  is conceivable that happened.
7  But certainly anything that I
8  saw or was aware of, Donziger was
9  directing. In many cases he was the
10 scrivener or the author of the release and
11 Ms. Hinton was supplying the supplemental
12 material or just doing the mechanics of
13 issuing it and making follow-up calls,
14 that sort of thing.
15 Q.    Was anyone at Kohn Swift & Graf
16 involved with reviewing and approving
17 Hinton-issued press releases before they
18 were released?
19 A.    For most of the time period we
20 were not. At some point in 2009, and,
21 again, you have seen some of the e-mails
22 or the documents when her firm made a
23 concerted effort to be more informed of
24 and involved with any details of these

211

J. KOHN

1  various projects, we expected that we
2  would be seeing press releases before they
3  were issued that did not in fact pan out
4  and did not in fact happen.
5  I think there is even some
6  e-mails that I reviewed in this history
7  that, you know, we were directly
8  complaining about how did this release go
9  out without us having the chance to look
10 at it or sign off on it or what have you.
11 Again, that was pretty close to sort of
12 the end of the relationship.
13 Q.    What led, in 2009, to your and
14 your firm's requesting the opportunity to
15 review press releases and approve them
16 before they were issued by the plaintiffs?
17 A.    I think it was just part of an
18 ongoing process that a lot of the activity
19 in the case seemed to be migrating from
20 Ecuador to the U.S.
21 I have sort of used this
22 description I think in the discussions
23 that I had with Mr. Fajardo in our office
24 in April of 2010, that we somehow viewed

212

J. KOHN

1  it as a play in three acts. Act one was
2  in the United States in the '90s and the
3  New York litigation. Act two was in
4  Ecuador in the 2003 period to the
5  conclusion. And there would be an act
6  three that would be at that point I
7  thought in the U.S. relative to
8  enforcement. Act three had a turn that I
9  did not foresee in act two. Yet it is in
10 fact a U.S. act three.
11 There was more activity now
12 with respect to the lobbying, with respect
13 to the public relations, the mediation in
14 the U.S., so that was sort of part one,
15 that we were perfectly prepared to be more
16 involved with those kinds of things that
17 we could help with, as opposed to
18 inspections in the jungles of Ecuador.
19 Secondly, I was getting
20 concerned and somewhat frustrated with the
21 length of time things were taking, that
22 they were not being concluded along the
23 schedule that I had been informed sort of
24 in the 2006-2007 time period. Even at the

213

J. KOHN

1  mediation in November of '07, Mr. Donziger
2  and Mr. Fajardo were very confident the
3  case would be concluded in six months or
4  eight months. Here we are, sort of two
5  years later, whatever.
6  We had a settlement meeting, as
7  you may be aware, in February '09 with
8  Chevron lawyers. Mr. Donziger was very
9  strident in the position that should be
10 taken at that meeting. So, you know,
11 after all that, you know, it sort of led
12 to the discussions we had at the beginning
13 or spring of 2009 of we really need to get
14 in and see the whole story here. We need
15 to see, you know, we need more information
16 about what is happening in Ecuador instead
17 of this kind of increasingly sketchy well,
18 the case is delayed or the case is on
19 track or Chevron filed another motion that
20 is delaying things. You know, it was just
21 kind of that would be the extent of the
22 description that we could get.
23 So I think this was just, in
24 terms of the press release piece of it, it

**54 (Pages 210 to 213)**

214

J. KOHN

1
2  was just part of being more on top of and
3  involved with those issues.
4      Q.     When Chevron filed the Stratus
5  1782 in December of 2009, did you receive
6  a copy of Chevron's 1782 petition?
7      A.     I don't think I was, you know,
8  served or received it anywhere.  I think
9  either Mr. Hillwig or Mr. Glazer became
10  aware of it in some way, shape or form and
11  just pulled it up off, you know, the
12  docket.
13      Q.     Did you review it?
14      A.     Yes.
15      Q.     The first firm to appear on
16  behalf of the Ecuadorian plaintiffs in
17  that Stratus 1782 was the Brownstein firm
18  in Denver.  Did you have any involvement
19  in selecting that firm?
20      A.     I have never heard of them.  I
21  was not involved.  And we had no
22  involvement from the date of my November
23  '09 letter, no involvement with any of the
24  actions that were taken after that point
25  in time.  The only discussions or meetings

215

J. KOHN

1
2  I had are the ones I discussed that
3  occurred at our office in April and the
4  month or so earlier with Donziger at the
5  Susman firm.
6      Q.     Did you ever have any
7  conversations with anyone from the
8  Brownstein firm about their representation
9  of the plaintiffs?
10      A.     Nope, never.
11      Q.     Did you ever have any
12  conversations with anyone from a McDermott
13  firm about representing the plaintiffs?
14      A.     Nope.
15      Q.     You mentioned Motley Rice
16  earlier.  Has anyone from Motley Rice ever
17  contacted you to discuss the Ecuador
18  litigation?
19      A.     I was contacted by a lawyer
20  from I believe their Connecticut office,
21  and the gentleman's name escapes me, not
22  to discuss litigating the case or any
23  issues relative to the 1782, but solely to
24  discuss any claims we might have or the
25  firm might have with respect to the prior

216

J. KOHN

1
2  time and expenses we had put in to the
3  case.
4      Q.     And you don't remember his
5  name?
6      A.     It might have been a name like
7  Foreman or something.  You know, if there
8  were some papers it would refresh me.  But
9  I recall that he was in the Connecticut
10  office of the Motley firm.  His background
11  was more of a commercial litigator or a
12  more defense type background than one
13  might think of other lawyers at the Motley
14  Rice firm.  And then there was one phone
15  call where he was on the line and Mr. Rice
16  was also on the line very briefly.
17      Q.     And what occurred during that
18  phone call?
19      A.     One or the other simply said
20  they were looking at some kind of a
21  restructuring of the plaintiffs' counsel
22  in the Ecuador case and they had some
23  possible funding source and they wanted to
24  treat our firm appropriately and fairly
25  and they had some outline of some

217

J. KOHN

1
2  agreement that would say, you know, our
3  sunk costs in the case would be recognized
4  in some way.
5      I believe they outlined the
6  fact that this proposed funder would be
7  entitled to or would want in any such
8  agreement to have sort of the first funds
9  out or have their payments reimbursed
10  initially at some multiplier.  My
11  recollection was three times whatever it
12  was that they were investing in the case.
13  And then the new lawyers would want, you
14  know, their slice.
15      So I think we did prepare a
16  schedule.  It was similar to Exhibit 4003,
17  the two pages of 4003 that had a schedule
18  of our history of expenditures and I think
19  we either updated that or just sent them
20  that document and said take a look at it,
21  these are just the expense piece and leave
22  aside the time and effort piece for now.
23  And that was pretty much the last I heard.
24  There was no other discussion.  It never
25  got to the point of any formal negotiation

218

J. KOHN

1  or draft agreements or any such thing that
2  I saw.
3      Q.     And you sent that information
4  to Motley Rice?
5      A.     I believe I sent it to the
6  Connecticut lawyer whose name I can't
7  remember.
8      Q.     And what was the timing of
9  these Motley Rice calls about fee
10 arrangements?
11     A.     My sense is it was not long
12 after my letter of November '09. It
13 was -- I don't know. I mean, I'm somewhat
14 confused as to whether -- I would have
15 said it was before the meeting I had with
16 Donziger at the Susman firm but I don't
17 think that makes sense because he hadn't
18 yet I don't think necessarily disclosed
19 that Motley Rice was one of the possible
20 participants. So it probably was more
21 like the spring of 2010.
22     Q.     In any of your conversations
23 with anyone from Motley Rice, was the
24 Cabrera fraud discussed?

219

J. KOHN

1      A.     No.
2      Q.     Were you ever contacted by
3  anyone from Patton Boggs in connection
4  with the Ecuador litigation?
5      A.     No.
6      Q.     Never?
7      A.     Absolutely not.
8      Q.     Did you ever talk to a Denver
9  lawyer by the name of John McDermott
10 regarding the Ecuador litigation?
11     A.     No.
12     Q.     Was it the experience of your
13 firm by late 2009 that Mr. Donziger was
14 consistently withholding critical
15 information?
16         MR. GOMEZ: Objection,
17 privileged.
18         THE SPECIAL MASTER: On the
19 face of it, it sounds like it is going to
20 be -- the withholding is in furtherance of
21 the fraud. But we will hear the answer.
22         MR. GOMEZ: Can we excuse the
23 witness, please?
24         THE SPECIAL MASTER: Okay.

220

J. KOHN

1         (Witness departs the room.)
2         MR. GOMEZ: On the face of it,
3  the question is extremely broad and vague.
4  My concern is that once the cat is out of
5  the bag, I can't put the cat back in the
6  bag.
7         THE SPECIAL MASTER: Well,
8  guess what, the cat has been out of the
9  bag for about two and a half years because
10 I believe his letter of November 2009
11 actually says that in haec verba. Am I
12 correct, Ms. Neuman? That's my
13 recollection of that letter.
14         MS. NEUMAN: Yes, the letter is
15 very detailed.
16         MR. GOMEZ: Then why are we, if
17 it is in the letter, why are we
18 questioning the witness?
19         THE SPECIAL MASTER: The only
20 subject that we are going to be talking
21 about now outside the witness' presence is
22 whether it is privileged. The answer is
23 absolutely not. This cat has been out of
24 the bag for three years and not just in

221

J. KOHN

1  the context of litigation.
2         But, in any event, why are we
3  talking about it? Because they are
4  entitled to find out exactly what is
5  behind it. Can we get the witness back?
6         Now, I could be wrong about the
7  in haec verba part but I'm reasonably
8  confident the import of that letter of
9  November 2009 was just what I said.
10        (Witness returns to the room.)
11        THE SPECIAL MASTER: Are we
12 going to see the letter now, Ms. Neuman?
13        MS. NEUMAN: Yes, we are
14 pulling the letter.
15        Could you reread the question
16 to the witness, please.
17        (The record was read.)
18     A.     I believe that phrase may be in
19 the letter I sent at the end of '09. It
20 is not conversationally the way I would
21 phrase it, but I would stand by or agree
22 with that statement, yes.
23        MS. NEUMAN: I'm going to hand
24 to the witness an exhibit that was

**56 (Pages 218 to 221)**

222

1          J. KOHN
2 previously marked as Exhibit 1629.  For
3 the record, this document consists of
4 three letters.  The first is an August
5 9th, 2010 letter to Mr. Fajardo,
6 Mr. Yanza, Mr. Piaguaje, Mr. Chavez,
7 Mr. Payaguaje and Mr. Criollo from
8 Mr. Kohn.  That letter bears the Bates
9 numbers DONZ00026949 through DONZ26949.
10          Attached to that is a November
11 10th, 2009 letter to Mr. Yanza and
12 Mr. Fajardo from Mr. Kohn which bears the
13 Bates numbers DONZ -- oh, Mr. Stavers is
14 pointing out to me that the Bates number
15 is identical.  So the second letter is
16 DONZ26949 pages 7 through 13 of 22.
17          And the third letter which is a
18 November 19, 2009 letter to Mr. Yanza and
19 Mr. Fajardo bears the Bates numbers 26949
20 pages 15 to 22.
21     Q.    Mr. Kohn, did you draft and
22 send all three letters included in Exhibit
23 1629?
24     A.    Yes, I did.
25     Q.    And did you send the letters on

223

1          J. KOHN
2 the dates indicated on each letter?
3     A.    I believe I did, or certainly
4 within a day of the dates on the letter.
5     Q.    I note that the letter -- let
6 me withdraw that.
7          Can you turn to page 15 of 22,
8 the third letter, the one dated November
9 19th, 2009.
10     A.    Yes.
11     Q.    It is addressed to Mr. Yanza
12 and Mr. Fajardo but there is no -- by
13 name -- but without an address.  Do you
14 see that?
15     A.    Yes, I do.
16     Q.    How would you send this letter
17 to them?
18     A.    I am pretty sure it was sent by
19 e-mail and we may have also sent a hard
20 copy follow-up.  I also had the
21 recollection at the time I sent these, I
22 sent our own Spanish translation with
23 them, or maybe that followed, but I have a
24 recollection that --
25     Q.    You sent a Spanish version of

224

1          J. KOHN
2 the letter?
3     A.    I believe so, yeah.
4     Q.    Or I should say of each of
5 these letters?
6     A.    I'm not 100 percent sure about
7 the August 9th, 2010 letter, which was the
8 first page of the exhibit.  I may not have
9 done a Spanish translation at that point.
10 My feeling was translate it yourself.  But
11 as to the first two, I'm pretty sure we
12 did forward a Spanish translation at the
13 same time.
14     Q.    In the November -- well, were
15 the contents of the November 19th, 2009
16 letter accurate at the time you wrote it?
17     A.    Yes.
18     Q.    In the November 2009 letter --
19     A.    There are two November 2009,
20 so --
21     Q.    I'm sorry, November 19th.
22     A.    Yes.
23     Q.    You state, on page 2, paragraph
24 4, "Our firm's support of the case has
25 been extraordinary.  In addition to the

225

1          J. KOHN
2 attorney time we have expended, we have
3 spent approximately $7 million, of which
4 $1.1 million has been paid to Doug
5 Beltman's company, $1 million to Steven
6 for fees and expenses and $700,000 on
7 public relations firms."
8          Is that accurate?
9     A.    Yes.
10     Q.    On the next page, page 3 of the
11 letter itself, the November 19th, 2009
12 letter, you state "Steven" -- that's
13 referring to Steven Donziger?
14     A.    Yes.
15     Q.    "Steven repeatedly makes
16 demands for funds from our firm which are
17 undocumented, not preapproved and outside
18 any agreed-upon budget."
19          Was that accurate?
20     A.    Yes.
21     Q.    Did Mr. Donziger represent to
22 you why he was making demands for
23 undocumented funds?
24     A.    It would come up in particular
25 conversations, I can recall in a few

226

J. KOHN

1  J. KOHN
2  instances, I suppose, thinking about it,
3  the discussion of the purchase of
4  Mr. Yanza's home was one such instance.
5         I remember one where, again,
6  sort of more summer of 2009 I believe that
7  Mr. Donziger telephoned me to request
8  payments or funding for some individual
9  who was purportedly going to write a
10 series of op-ed pieces, I think the number
11 was five or six, at a cost of $5,000 per
12 article, or per opinion.  I said that
13 sounded kind of overpriced and didn't make
14 a lot of sense, and we had Ms. Hinton on
15 board, isn't that kind of what she should
16 be doing, and didn't Mr. Donziger author a
17 lot of the letters to the editor and that
18 sort of thing, you know, and why do we
19 need yet another entity and some other
20 funding.  So he accepted that.
21        Then I think whether it was a
22 week later or two days later or two weeks
23 later I had another discussion with him
24 where he said he had already committed to
25 this person and the person had already

227

J. KOHN

1  J. KOHN
2  done one or two, you know, had written
3  some things, and he felt obliged to owe
4  him.  So we had the same discussion we had
5  about the home for Luis Yanza, that is
6  wonderful, but you can pay him out of
7  whatever funds you have.
8         You know, at this point it was
9  sort of a frustration level.  We were also
10 requesting the backup materials from Selva
11 Viva that had lagged now to a period of
12 like four, five, six months, or perhaps
13 even longer.  I had been saying, I had
14 been asking about maybe since July or
15 August of '09 and we still haven't even
16 gotten these basic, you know, monthly
17 books that we had been getting on a
18 regular basis for a period of time.
19        So that was I think part of
20 what we were referencing there.  There may
21 have been some other instances that I
22 don't have fresh in my mind right now.
23 Q.    In the third full paragraph on
24 this page of Exhibit 1629 you say "On the
25 contrary, we sent payments for over a year

228

J. KOHN

1  J. KOHN
2  at a time with no receipts or backup of
3  any kind being sent to us."
4         Was that accurate?
5  A.    My recollection is it might
6  have reached sort of a six or nine-month
7  range.  I'm somewhat surprised to see here
8  the year reference.  But it could have
9  been six or nine months before we sort of
10 started to make inquiry about them and
11 then it dragged on another three months
12 that it actually reached a year.
13        I think if it is in here, it
14 probably was correct at the time and
15 accurate but it may have overstated that
16 by several months.  It may have been an
17 exaggeration.
18 Q.    In the first paragraph on the
19 same page you state "Your letter frames
20 the fundamental problem which has affected
21 our firm's relationship with Steven and
22 which I have repeatedly raised with him,
23 namely the position that the budget
24 decisions and all strategy decisions in
25 the case will be made by Steven and our

229

J. KOHN

1  J. KOHN
2  firm is obligated to pay any and all
3  costs, whatever they might be, and whether
4  they are set forth in any budget or not
5  and have no other involvement or say in
6  the case."
7         Had Mr. Donziger been taking
8  the position that he was the one to make
9  all strategy decisions in the case?
10 A.    He had, and it was sort of a
11 gradual revelation and a process which had
12 culminated in the fall of 2009, and it had
13 become apparent to our firm that there had
14 been a concerted effort on his part to
15 downplay certain things, deflect meeting
16 dates, change the subject to whatever some
17 particular emergency might be that day,
18 and I had had probably four or five
19 separate sit-down meetings with him in the
20 period from sort of the end of '08 through
21 the beginning of November of '09 of sort
22 of increasing escalation of
23 contentiousness in our relationship, an
24 increasing level of frustration on my part
25 about being -- I think I used the term

58 (Pages 226 to 229)

230

J. KOHN

1    "blocked" in a lot of the discussion, why
2    are we being blocked from going here or
3    there or participating in a particular
4    meeting. The biggest and principal
5    example was our inability to get a meeting
6    with the Ecuadorian legal team to discuss
7    the preparation of the final submission,
8    as I understood it would be, and to just
9    get a handle on all the pending motions in
10   the case so that we could participate and
11   help and add our advice.
12            Mr. Hillwig and Mr. Glazer and
13   Mr. Solomon, Jared Solomon, who was
14   another attorney working on the matter,
15   were experiencing similar problems or
16   perhaps even more aggressive behavior from
17   Mr. Donziger in their one-on-one
18   relationships with him or in any kind of
19   discussions they had with him where I was
20   not participating. And through the
21   earlier phase of that, Mr. Donziger
22   remained, you know, friendly with me,
23   cheerful, I hear what you're saying, but,
24   as I say, it sort of continued to

231

J. KOHN

1    escalate. And sort of the last two such
2    meetings, you know, it was kind of the
3    point where this was a critical point in
4    this long relationship and this long
5    history of the case but simply we cannot
6    function in this manner anymore.
7        Q.      When you and your firm were
8    trying to get a meeting with the local
9    Ecuadorian lawyers in this time frame,
10   December '08 through November of '09, what
11   reasons did Mr. Donziger give for not
12   setting up that meeting?
13       A.      I think in terms of the sort of
14   express notion of a kind of all hands on
15   deck meeting probably began more in
16   March/April '09 and dragged on through,
17   you know, October/November '09.
18            But initially there was not
19   necessarily an objection, I recall, sort
20   of as a jumping off point in this
21   particular issue, a meeting in our office
22   which I think maybe was April -- March or
23   April of '09 attended by the four lawyers
24   in our firm that I mentioned, attended by

232

J. KOHN

1    Mr. Donziger and Mr. Woods and Ms. Garr I
2    believe, to sort of go over an agenda of
3    all, as we saw it, anything and everything
4    having to do with the case.  Included on
5    that I believe was the notion of either,
6    you know, our lawyers going to Ecuador or
7    the next time, you know, some of the team
8    was in the U.S., to really sit down and
9    get us into the day to day and the detail
10   of what was transpiring in the litigation.
11            Initially that was not rejected
12   by Mr. Donziger.  It was sort of recorded
13   as a good idea, "I'll get on it.  We'll
14   schedule it."  And then there is a
15   history, you know, months, tentative date
16   scheduled, other distractions would
17   occur.  Then there was some notion I think
18   that Pablo Fajardo was unavailable for a
19   large portion of the summer.  Then there
20   was a lot of talk about scheduling
21   something in August or right around Labor
22   Day, e-mails, I recall from the other
23   attorneys in our office, clearing
24   schedules, then sort of more kind of

233

J. KOHN

1    passive aggressive deflection from
2    Mr. Donziger, they are too busy on other
3    things right now.
4            And finally it reached a point
5    where Donziger sent an e-mail saying it is
6    not productive, it is not a productive use
7    of time for you to meet with the
8    Ecuadorian lawyers and it will not occur.
9    There were prior e-mails where Mr. Glazer
10   was communicating with the gentleman I
11   referred to as Juampa, who was probably
12   the best English speaker among the day to
13   day Ecuadorian legal team, and Donziger
14   sent some nasty e-mails, you know, don't
15   communicate with him directly.  It is
16   improper.  There is no reason.  Every
17   communication must go through me.
18            That would then follow a
19   pattern where I would have an e-mail or
20   telephone call with Donziger, you know,
21   what's this about?  This is crazy.
22            Well, you know, I'm busy, I'm
23   in Ecuador right now.  I'll be back next
24   week.  We will get together.

**59 (Pages 230 to 233)**

234

1          J. KOHN
2          We would get together, we would
3   have one of those series of, you know,
4   these meetings.
5          I used to go back and make
6   somewhat light of it with Mr. Hillwig or
7   Mr. Glazer and say it is like I'm going
8   through a divorce here, we sort of kiss
9   and make up and then next week he is
10  running around with the milkman again.  So
11  that was kind of the relationship.
12     Q.     Did Mr. Donziger ever give you
13  an explanation as to why he was
14  instructing Kohn Swift & Graf attorneys
15  not to interact directly with Juan Pablo
16  Saenz or other members of the Ecuadorian
17  legal team?
18     A.     No.  Initially it seemed to be
19  just sort of a delay tactic.  Initially it
20  seemed to me to be just kind of an
21  egotistical control kind of thing.  I even
22  put it to him point blank about that.  You
23  see that.  There is lingo in the
24  plaintiffs bar where you say a certain
25  lawyer or certain law firm is bearhugging

235

1          J. KOHN
2   a case.  They think a case is going to be
3   good so they put all their lawyers on it
4   and then you get to some point, well, we
5   know about the case, so you guys can't
6   participate in other aspects of the case.
7   It is usually in a matter where you have,
8   you know, plenty of plaintiffs' lawyers
9   where it looks like there is going to be
10  an almost certain recovery.
11         He would sort of laugh about
12  that term.  And then I had to use that
13  three or four times, stop bearhugging it,
14  why do you have to do everything.
15         He would explain it that he was
16  so involved.  He used the term repeatedly,
17  it's complicated, it's complicated.
18  Again, the lawyers in our office used to
19  sort of make a joke, it was right around
20  the time that that feature movie called
21  It's Complicated, which was sort of a
22  romance with Meryl Streep, and who is the
23  other guy, Baldwin.
24     Q.     Alec Baldwin.
25     A.     So we started saying he is back

236

1          J. KOHN
2   on the movie It's Complicated.  Then
3   finally it just reached the point, it was
4   just kind of mind boggling, no, I hereby
5   forbid you to have those conversations,
6   and it was part of a pattern.
7          Certainly in hindsight I go
8   back to the April '09 meeting or March '09
9   meeting in our office.  One of the other
10  items right at the top of the agenda was
11  that Mr. Hillwig and Mr. Glazer would go
12  to Mr. Donziger's apartment or his office,
13  which I understood was in the apartment,
14  and just, you know, get copies of all the
15  files, just download everything so we
16  could catch up to speed.  At the meeting
17  in our office he agrees to it.  Two,
18  three, four days later, a week later, no,
19  that's not a good idea.
20     Q.     And did he explain why?
21     A.     He did.  He said it's too
22  complicated.  It is too much stuff.  Your
23  guys, you know, should be focused on
24  particular assignments.  I'll get them up
25  to speed.

237

1          J. KOHN
2          You know, in hindsight I see
3   that, you know, that should have been the
4   absolute break point but obviously looking
5   back from sort of April '09 through
6   November of '09 we are still trying to
7   move ahead with some kind of a
8   constructive actual co-counsel
9   relationship that could work.  I'm trying
10  to understand kind of his, A, bearhugging
11  or control position, is it solely, you
12  know, an egotistical thing, is it solely a
13  business thing where he wants to be in a
14  position to say he did all the
15  decision-making and the work on the case
16  and therefore any recovery or any fee
17  should be, you know, he should be
18  aggrandized in that kind of a discussion
19  or negotiation that might occur.  That was
20  what I thought was going on.
21         So there was never any, you
22  know, clear answer as to why that
23  occurred.  And it reached a point where I
24  had to send a letter like this in a case
25  that our firm had been involved in for 16

**60 (Pages 234 to 237)**

238

J. KOHN
1
2  years and significant expenses, we put
3  completely at jeopardy because we just
4  couldn't function in that relationship
5  anymore.
6      Q.     Now, after Mr. Donziger
7  instructed the lawyers at your firm not to
8  engage with Mr. Saenz directly, did they
9  follow that instruction or did they
10  continue to attempt to get information
11  from Mr. Saenz?
12      A.     Well, they certainly continued
13  to try to schedule the meeting.  So I
14  think there was at least some discussion
15  along those lines.  I don't know if they
16  did have other discussions or the sense
17  was that Mr. Saenz would be following
18  Mr. Donziger's instructions and kind of
19  what was the point.
20          We were absolutely bewildered
21  in this time period.  We were scratching
22  our heads.  Events were not ceasing in the
23  case.  The whole situation with the Judge
24  Nunez thing occurred, as I recall, around
25  Labor Day of '09.  So there were sort of

239

J. KOHN
1
2  ongoing things that we thought we were at
3  least having some participation in but
4  this overarching sort of inability to get,
5  you know, the relationship on track was
6  just, you know, was mind boggling.
7      Q.     Did anyone at Kohn Swift & Graf
8  in this time frame request the case
9  documents directly from the lawyers in
10  Ecuador as opposed to trying to get them
11  through Mr. Donziger?
12      A.     I don't know if that was in
13  some of the communications between
14  Mr. Glazer and Mr. Saenz.  Mr. Glazer I
15  think also made direct outreach to the
16  Winston lawyers and I think we got some
17  materials from them and I think there was
18  a similar, now it is coming back to me,
19  there may have been a similar e-mail from
20  Donziger, don't talk to the Winston people
21  directly, I have to coordinate all that.
22          Mr. Glazer had a certain amount
23  of material that he was, you know,
24  throwing himself into and going through.
25  But we didn't have all the -- so I don't

240

J. KOHN
1
2  know, to answer your specific question,
3  whether he made other attempts other than
4  the one or two attempts that show up in
5  the e-mail that then say stop, don't do
6  that.
7          I think Mr. Donziger was
8  trying -- or Mr. Glazer was trying to be,
9  you know, respectful of his position in
10  the firm as a new person on a case that
11  had a history.  He was very concerned and
12  voiced it about Donziger's behavior and,
13  as I say, it would result in some series
14  of meetings trying to solve that problem
15  which, you know, was never solved.
16      Q.     So on Exhibit -- page 18 of 22
17  of Exhibit 1629, you state "At the same
18  time as we have spent enormous sums of
19  money on the case, Steven has denied us
20  access to documents, information and the
21  legal team, despite our repeated requests.
22  He has made it impossible for us to
23  effectively discharge our duty as
24  attorneys and has interfered with the
25  attorney-client relationship."

241

J. KOHN
1
2          And that statement was
3  accurate?
4      A.     Yes.
5      Q.     And that relates to what you
6  have just described as Mr. Donziger
7  refusing to set up meetings, refusing to
8  let Kohn Swift & Graf have a set of the
9  documents that he had in his offices,
10  instructing Kohn Swift & Graf lawyers not
11  to communicate with the Ecuadorian legal
12  team, instructing Kohn Swift & Graf
13  lawyers not to communicate with Winston &
14  Strawn lawyers?
15      A.     Correct.
16      Q.     Were there other additional
17  aspects to Mr. Donziger denying Kohn Swift
18  & Graf access to documents and information
19  that you recall?
20      A.     Yes.  I would put several other
21  events into that broad summary there.
22          After the press releases from
23  Chevron surrounding the Judge Nunez
24  alleged bribery or bribery scandal, we
25  raised with Donziger the notion of having

61 (Pages 238 to 241)

242

```
 1        J. KOHN
 2  a separate U.S. lawyer or lawyers conduct
 3  an investigation on behalf of our firm and
 4  his firm and/or even the legal team to try
 5  to ascertain what the facts were.  And we
 6  had a specific individual in mind who I
 7  spoke to and I think there is some
 8  documentation about that individual.
 9        I recall a conference call,
10  whether it was the day or the day after or
11  three days after the Nunez issue first
12  became public in which Donziger voiced
13  that's a good idea, that's great, and I
14  think I moved ahead with contacting, it is
15  Mr. Trujillo, Kenneth Trujillo, who is an
16  attorney in Philadelphia.
17        Then, you know, two, three days
18  later Mr. Donziger is calling me
19  separately saying that's not a good idea.
20  He has spoken to some other people he
21  knows, other lawyers, and, you know, any
22  such, you know, report or analysis could
23  be discoverable, etc.
24        We had some further
25  discussions.  We had at least one, if not
```

243

```
 1        J. KOHN
 2  two three-way calls between Mr. Trujillo,
 3  myself and Mr. Donziger.  I wanted to go
 4  ahead with introducing Mr. Trujillo or at
 5  least hearing his thoughts or his
 6  background.  Then there was a discussion
 7  or series of discussions, whether it was
 8  one telephone conversation or two or three
 9  I had with Donziger where he said it is
10  really going to be a major problem with
11  the lawyers and the client representatives
12  in Ecuador to send some kind of
13  investigator like that.  They will be
14  insulted, put off.  It will be a major
15  political issue for him to try to manage
16  and facilitate.
17        You know, I expressed some
18  frustration.  I said those things can be
19  overcome.  I said he ought to do
20  everything, you know, it may be that -- I
21  said you ought to look at the allegations
22  that Chevron had been making relative to
23  other issues in the case.  And he said do
24  you mean Cabrera?  And I said yeah, why
25  not?  Why don't we have him ask people
```

244

```
 1        J. KOHN
 2  about that as well, whatever charges, you
 3  know, Chevron had been making.
 4        Again, same answer, well, this
 5  is really going to be -- A, it is going to
 6  take time away from all the important
 7  things we are doing in the case and, B, it
 8  is just going to be a political management
 9  nightmare, diplomatic nightmare.  The
10  conversation ended.
11        I have a very clear
12  recollection that I get a phone call back,
13  whether it was 15 minutes later or two
14  hours later, but one of those, you know,
15  follow up, more getting back to you, and I
16  have a pretty clear recollection of this.
17  He called, he said Joe, I know you guys
18  have a firm and you have more people
19  involved, I'm just by myself, but I want
20  to give you my personal assurance that
21  there is nothing that has gone wrong in
22  here or nothing that could be embarrassing
23  or improper.  So I said okay, that sort of
24  made me feel better for some short period
25  of time, whether a day or two or three,
```

245

```
 1        J. KOHN
 2  but, you know, we had that conversation.
 3  So I would include that in the denying of
 4  access to the legal team.
 5        Another instance where we had
 6  engaged or consulted with a law professor,
 7  Mr. Gidi, sometime I believe in the summer
 8  of '09, again, for the same purpose,
 9  trying to educate us on the Ecuadorian
10  law, trying to get the best advice
11  possible in terms of putting together
12  whatever the final submission would be by
13  the plaintiff team, and Donziger just
14  resisted any efforts to have this man
15  either meet with the lawyers, to even
16  participate in any kind of conference
17  calls.
18        I remember one call we had to
19  get everybody's schedules coordinated to
20  have a call with Mr. Gidi or Dr. Gidi, I
21  think it is a Mr., and Donziger and Andrew
22  Woods.  A time is set.  We get on the
23  call.  Andrew is on the line.  Please hold
24  the line for Steven.  Just a minute.  You
25  know, five minutes later, well, Steven is
```

62 (Pages 242 to 245)

246

1        J. KOHN
2   doing some other things.  You could
3   practically hear like dishes clanging in
4   the background.
5        So then Donziger gets on the
6   line, yeah, what?  Why do we need this?
7   What's this about?  Just utter
8   unprofessional and inappropriate behavior.
9        I would further follow up
10  discussions with him in the series of
11  meetings I had mentioned, don't we need
12  someone like this?  Couldn't someone like
13  this be helpful to the case?  Aren't there
14  going to be issues if we get to any
15  enforcement proceedings as to whether
16  this, you know, this decision is
17  appropriate, you know, in the proper legal
18  forum and are we citing the right
19  statutes, etc., etc., etc.?  And it was
20  just an utter mind boggling roadblock.
21       Q.     I'm going to show you a
22  document that I'm going to mark as Exhibit
23  4007 which bears the Bates numbers
24  KSG92076 through 92082.
25       (Plaintiff's Exhibit 4007

247

1        J. KOHN
2   marked for identification.)
3        Q.     Is Exhibit 4007, Mr. Kohn, a
4   draft retention agreement your firm
5   prepared for Mr. Trujillo to conduct the
6   investigation you were describing a few
7   moments ago?
8        A.     Yes, this appears to be what I
9   would call a first draft.  I'm not sure if
10  it evolved beyond this form or the
11  discussions I had referenced earlier had
12  took place and it never moved any further
13  than that.  I don't believe this was ever
14  actually forwarded to Mr. Trujillo,
15  although the basic concepts may have been
16  discussed in it.
17       Q.     And in this draft that we have
18  marked as Exhibit 4007, the proposal is to
19  have Mr. Trujillo and his firm investigate
20  what knowledge members of the legal team
21  prosecuting the Aguinda litigation may
22  have of improprieties involving the judge,
23  and at the time the judge was Nunez,
24  correct?
25       A.     I'm not sure where you are

248

1        J. KOHN
2   reading from.
3        Q.     I'm sorry, we are in the first
4   paragraph.  "More specifically."
5        A.     Yes, I do see that, yes.  Yes,
6   I think that is specifically referring to
7   the Nunez incident.
8        Q.     When it says "judge and/or
9   government or ruling party officials"?
10       A.     Correct.
11       Q.     And it goes on to say "as well
12  as with respect to allegations leveled by
13  Chevron Corporation, the defendant in that
14  litigation, of improper contacts between
15  members of the Aguinda legal team and
16  various Ecuadorian judges, court-appointed
17  experts or government officials."
18       A.     Yes.
19       Q.     And those were the two large
20  areas that you were proposing an
21  independent investigator investigate at
22  this time in 2009; is that right?
23       A.     I wouldn't necessarily limit it
24  to two areas.  I would think contacts with
25  judges maybe is a secondary.  Contacts

249

1        J. KOHN
2   with experts is a third.  Government
3   officials is a fourth.  But it would
4   include all of those.
5        Q.     And what led you to propose
6   this investigation was both the
7   allegations with regard to Mr. Cabrera
8   that Chevron had made as well as the tapes
9   on which Judge Nunez appeared discussing
10  the case and which payments, if the
11  plaintiffs won the case, were also
12  discussed?
13       A.     Yes, and the refusal or the
14  inability of our office to get a meeting
15  of our own, the cumulation of the meetings
16  and discussions that we had since the
17  early spring of '09 to this point, which
18  was later September.  In other words, the
19  inability to get information and get facts
20  about the case.
21       Q.     Mr. Donziger, after originally
22  stating that it was a good idea to conduct
23  an investigation, repeatedly reached out
24  to you to discourage going forward with
25  this investigation, correct?

63 (Pages 246 to 249)

250

J. KOHN

1
2    A.     Several of the conversations
3  where he said it was not a good idea and
4  he had, in each of those conversations, he
5  had some other reference or some other
6  attorney that he had spoken to who he says
7  that was not recommending proceeding in
8  that manner.
9    Q.     Did you or Kohn Swift & Graf
10  ultimately hire Mr. Trujillo to conduct
11  the investigation?
12    A.     We did not.
13    Q.     Why not?
14    A.     Well, A, because within 45 days
15  of these discussions we withdrew entirely
16  from the case, so I think that, you know,
17  this was sort of another straw in the
18  camel's back at that point.
19          Secondly, I believe without
20  Donziger's agreement and cooperation it
21  would have been fruitless, that there
22  would have been no cooperation with
23  Mr. Trujillo, there would have been no
24  ability -- he wasn't going to, you know,
25  break down the door of their office and

251

J. KOHN

1
2  put them all in a room and interrogate
3  them.  It had to be done with a certain
4  degree of cooperation.
5          THE SPECIAL MASTER:  Excuse me,
6  Mr. Kohn, I want to harken back to
7  something you said before that is on my
8  mind and ask you this question:
9          Ms. Neuman asked you before
10  whether or not, I can't remember which
11  firm, had contacted you about your work, a
12  successor firm.  Patton Boggs never
13  contacted you before they became counsel
14  to the Lago Agrio plaintiffs?
15          THE WITNESS:  They never did.
16          THE SPECIAL MASTER:  Did the
17  Smyser firm ever contact you?
18          THE WITNESS:  Nope.
19          THE SPECIAL MASTER:  Did
20  Mr. Gomez ever contact you?
21          THE WITNESS:  No.
22          THE SPECIAL MASTER:  Did any of
23  them seek documents from you directly?
24          THE WITNESS:  Nope.
25          THE SPECIAL MASTER:  None of

252

J. KOHN

1
2  those firms ever asked to look at your
3  files?
4          THE WITNESS:  No, and neither
5  did Burford.
6          THE SPECIAL MASTER:  And how
7  many years have you been in the practice
8  of law?
9          THE WITNESS:  Since 1982.
10          THE SPECIAL MASTER:  And have
11  you ever taken over some case from some
12  prior predecessor law firm?
13          THE WITNESS:  A couple of
14  occasions, sure.
15          THE SPECIAL MASTER:  On those
16  occasions did you contact the predecessor
17  firm for their files to learn what you
18  could about the case?
19          THE WITNESS:  Sure, before
20  taking over as part of the decision
21  whether to take it over or not, it is the
22  process, yes.
23          THE SPECIAL MASTER:  Do you
24  know, were you ever told by Mr. Donziger
25  or anybody else why it was that none of

253

J. KOHN

1
2  these firms ever contacted your office?
3          THE WITNESS:  I was certainly
4  never told by Donziger.
5          THE SPECIAL MASTER:  Were you
6  told by anybody?  I don't want you to
7  speculate.
8          THE WITNESS:  No, nobody has
9  ever said or shared their decision-making
10  on that issue.
11          THE SPECIAL MASTER:  Thank you.
12  BY MS. NEUMAN:
13    Q.     Mr. Kohn, as a practical
14  matter, did Mr. Donziger --
15          MR. GOMEZ:  Excuse me, I want
16  to object to that line of questioning as
17  irrelevant.
18          THE SPECIAL MASTER:  I will
19  strike it then.
20  BY MS. NEUMAN:
21    Q.     Mr. Kohn, as a practical matter
22  did Mr. Donziger prevent Kohn Swift & Graf
23  from hiring Mr. Trujillo or any other
24  investigator to investigate the
25  allegations of fraud as they related to

64 (Pages 250 to 253)

254

```
1              J. KOHN
2    Mr. Cabrera and to investigate the Nunez
3    bribery scandal?
4         A.    He didn't prevent us from doing
5    so. I think my point of view would be he
6    was in a position to prevent it from being
7    in any way effective and to make it a
8    useless exercise. But no, we could have
9    gone forward and had its retention.
10        Q.    Did Mr. Donziger make it clear
11   that if you hired such an investigator, he
12   would not cooperate with them?
13        A.    Yes, he was clear about that,
14   yes.
15        Q.    Mr. Gidi --
16        A.    I think Gidi is the way it is
17   pronounced.
18        Q.    Gidi.
19        MS. HAMILL:  G-i-d-i.
20        Q.    Who was he?  Like what was his
21   background?
22        A.    As I recall, he is Brazilian by
23   nationality. He is a law professor. He
24   was at a U.S. law school for some period
25   of time on some sort of exchange program.
```

255

```
1              J. KOHN
2         I'm not sure how we originally
3    located his area of expertise, but he had
4    written and had been involved in some
5    model law drafting in civil code countries
6    in South America on certain issues,
7    including analogs to class action type
8    issues. I think that was something that
9    initially we had some interest in.
10        And, again, being the eternal
11   optimist I was, I thought it was also in
12   connection with any possible resolution,
13   any kind of settlement issues, and we had
14   had a discussion as recently in time to
15   these events as February 2009. But the
16   issue of how can there ever be any
17   finality, how can you ever get a complete
18   release of such claims would always come
19   up, where you don't have a Rule 23 type
20   order or judgment that binds everyone.
21        So we were looking at kind of
22   that subset of issues but also on the
23   broader issues of civil code litigation
24   and judgments.
25        Q.    Mr. Gidi I take it was fluent
```

256

```
1              J. KOHN
2    in Spanish?
3         A.    Yes, he was, as was
4    Mr. Trujillo.
5         Q.    And with regard to Mr. Gidi,
6    Mr. Donziger also made it clear that he
7    did not want to involve Mr. Gidi in the
8    case; is that right?
9         A.    Yes, he was completely
10   uncooperative in any efforts. I think
11   there is an e-mail where he complains that
12   it is not a good use of funds in the case.
13   I think the gentleman wanted a $3,000
14   retainer or $3,500 retainer. In the
15   scheme of things, I think my reply was
16   that is about two weeks of Karen Hinton.
17   I think it would be money well spent.
18        But we did ask, you know,
19   Mr. Gidi I think to look at certain of the
20   material. We at least tried to educate
21   him as best we could, and then, again, the
22   relationship terminated fairly soon
23   thereafter.
24        Q.    Now, you mentioned that you did
25   have the one or two conversations with
```

257

```
1              J. KOHN
2    individuals from Motley Rice; do you
3    recall that?
4         A.    Yes.
5         Q.    Did you raise in the
6    conversations with Motley Rice any issues
7    about the Cabrera or other fraud in the
8    case?
9         A.    I did not raise -- again, my
10   recollection is these conversations were
11   probably after the discussions I had had
12   in March of 2010. Things were starting to
13   come out in the Denver proceeding. The
14   Calmbacher deposition had certainly
15   already occurred I believe.
16        I did raise with the gentleman,
17   not with Mr. Rice, but the other lawyer
18   from that firm that you may want to sit
19   down and think about getting involved with
20   Donziger, and the gentleman's response was
21   well, I understand it is going to be a
22   difficult management problem from my
23   perspective, but I've managed some tough
24   situations before. I said okay.
25        Q.    Other than calling you to ask
```

65 (Pages 254 to 257)

258

```
1              J. KOHN
2    you questions about how much money Kohn
3    Swift & Graf had invested in the case, did
4    Motley Rice seek a copy of your records in
5    the case?
6        A.    No.
7        Q.    And you testified earlier in
8    response to my question that Patton Boggs
9    never contacted you.  That would include
10   not contacting you to get a copy of your
11   records, correct?
12       A.    Correct.
13            MS. NEUMAN:  I'm getting notes
14   on the tape.  Can we take a short break
15   and change the tape?
16            THE SPECIAL MASTER:  Sure.
17            THE VIDEOGRAPHER:  We are going
18   off the record.  The time is 3:01 p.m.
19            (Recess taken.)
20            THE VIDEOGRAPHER:  We are back
21   on the record.  The time is 3:23 p.m.
22   This is the beginning of disk four.
23            MS. NEUMAN:  Special Master
24   Gitter, on the objection that Mr. Gomez
25   lodged to your line of questioning, was it
```

259

```
1              J. KOHN
2    your ruling that all of those questions
3    and answers were stricken?
4            THE SPECIAL MASTER:  Yeah.
5    Yes, I mean, the answer is yes.
6            MS. NEUMAN:  Can we object to
7    them being stricken?
8            THE SPECIAL MASTER:  Look, I
9    didn't care that much about it, so I
10   struck it.  But I'm entitled to ask
11   whatever I want is the fact, because under
12   the order of appointment I have the power
13   to question witnesses just like any judge
14   has and I have no doubt that Judge Kaplan,
15   for example, might have asked those
16   questions.
17            MS. NEUMAN:  Could we have them
18   unstricken?  We think it is relevant.
19            THE SPECIAL MASTER:  Look,
20   rather than get into an argument with him,
21   I would just strike it, so they are
22   stricken.  He will owe me one for that.
23   BY MS. NEUMAN:
24       Q.    Mr. Kohn, Mr. Donziger
25   interviewed Mr. Cabrera and discussed with
```

260

```
1              J. KOHN
2    him becoming the Ecuadorian court's global
3    expert before the court appointed Cabrera.
4    Were you aware of any of the meetings that
5    Mr. Donziger had with Mr. Cabrera before
6    his appointment?
7        A.    Absolutely not.
8        Q.    Did Mr. Donziger ever discuss
9    with you vetting Fernando Reyes to
10   potentially be the Ecuadorian court's
11   global expert?
12       A.    Not that I remember.
13       Q.    Did Mr. Donziger ever tell you
14   that the Ecuadorian legal and technical
15   teams were going to meet with Mr. Cabrera
16   in March of 2007 in Ecuador?
17       A.    No.  I was unaware of that
18   until I saw it in the discovery that you
19   had obtained I gather from the filmmaker,
20   but I can't recall precisely how that came
21   to light.
22       Q.    The Crude outtakes?
23       A.    I believe that's when I first
24   became aware of that.
25       Q.    You knew, however, in March of
```

261

```
1              J. KOHN
2    2007 that Mr. Donziger and Ann Maest and
3    other environmental consultants for the
4    plaintiffs were going to Ecuador, correct?
5        A.    I knew they were in Ecuador at
6    various times in that time frame.  Without
7    saying something specific as to March '07,
8    I couldn't swear that it was March.  But
9    certainly the inspection process had been
10   ongoing for many years.  Then it was
11   moving into the final damage analysis
12   phase and I knew they were all involved
13   with that.
14       Q.    Were you aware of any monies
15   being paid to Mr. Cabrera before he was
16   appointed as the court's global expert?
17       A.    No, absolutely not.
18       Q.    The first thing that
19   Mr. Cabrera filed after he was appointed
20   the court's global expert was a workplan
21   that the plaintiffs' team had drafted.
22   Did anyone inform you that the plaintiffs'
23   team were drafting Cabrera's work plan?
24       A.    No one informed me that the
25   plaintiffs were drafting Cabrera's work
```

**66 (Pages 258 to 261)**

262

1    J. KOHN
2  plan. I was aware of documents that were
3  denominated or referred to as the
4  plaintiffs' work plan. So I have seen
5  that reference of work plan during those,
6  you know, during those years and during
7  that process. But no one ever mentioned
8  or said or explained that that was
9  Cabrera's work plan.
10   But I did have an understanding
11 that the court-appointed expert, I don't
12 know if I even knew the name Cabrera at
13 that point, but as matters had been
14 explained to me, I understood that that
15 individual was to have the right to or the
16 ability to review materials that were
17 otherwise in the record or that had been
18 developed in the evidence of the case.
19   Q.   Now, Kohn Swift & Graf hired
20 Stratus Consulting in August of 2007; does
21 that sound right to you?
22   A.   Yes, uh-huh.
23   Q.   What was your understanding of
24 what you were hiring Stratus to do?
25   A.   As I understood the Ecuadorian

263

1    J. KOHN
2  trial court system, it had been explained
3  to me originally by Alberto Wray, with
4  subsequent conversations with Mr. Bonifaz
5  as well, that it had three phases.
6   There was the first phase of
7  the trial where people submit materials
8  and the court reads into the record, etc.
9  Then there was the judicial inspection
10 phase. Then there was the third and final
11 phase which included the court expert as
12 well as the parties gathering, reviewing
13 all the records from the inspection phase
14 and the first phase as well, and putting
15 together what we would call the final
16 submission or the final arguments which
17 would include the claims for the damages
18 or the remediation, kind of the damage,
19 the notion of the damage phase of a
20 litigation.
21   So it was my understanding that
22 Stratus was being retained to direct and
23 participate in that third phase for the
24 plaintiffs, pulling together all of the
25 evidence that had been developed in the

264

1    J. KOHN
2  remediation as well as putting cost or
3  damage figures. I understood, and it says
4  it right in their agreement, that they
5  were doing that to submit those materials
6  to the court on behalf of the plaintiffs
7  and I had an understanding that that could
8  be material that the court and/or the
9  court-appointed expert could review or
10 criticize or adopt or accept in part or
11 deny in part. And that's what I
12 understood them to be doing.
13   Q.   Did you have any knowledge of
14 Stratus, Maest and Beltman, meeting with
15 Mr. Cabrera while they were working on
16 what became his report?
17   A.   I have no such knowledge of
18 that.
19   Q.   Did you have any knowledge that
20 Stratus was writing the report that
21 Mr. Cabrera would file, sign and file?
22   A.   No, that was contrary to what I
23 understood was the case. It was contrary
24 to what I understood the agreement was.
25   I did understand that Cabrera

265

1    J. KOHN
2  could have the right or the court expert
3  could have the right to review materials
4  that were otherwise properly filed and
5  submitted as part of the court proceeding
6  and as part of the record, that it wasn't
7  that the court expert, you know, could
8  only look at the raw data or the raw
9  evidence, you know, in isolation by his
10 lonesome. He had the ability to draw on
11 other materials that were otherwise in the
12 record is what I understood.
13   But I certainly did not
14 understand that anyone was, as to what has
15 developed in the facts or what has come
16 out now with these declarations from
17 Stratus, that they were writing in the
18 first person the, you know, conclusions of
19 Cabrera as well as the annexes which
20 either purport to be his work or purport
21 to be him adopting someone else's work.
22   Q.   Did you understand that the
23 report that Stratus -- that you knew
24 Stratus was writing got filed with the
25 Ecuadorian court at some point in time?

67 (Pages 262 to 265)

266

J. KOHN
1
2      A.     I understood that Stratus'
3   work, and I didn't have a clear
4   understanding that it was necessarily
5   going to be in one single filing or in one
6   single document, as far as I knew, work
7   that they might have done on pit cleanup
8   was a discrete piece of work that would be
9   filed, work that was done on other issues,
10  you know, reforestation, what have you,
11  might have taken the form of a separate
12  report, freestanding, that was filed or
13  submitted at a different time.
14         I didn't understand -- have
15  that understanding that it all was being
16  done at one time in one fell swoop.  I
17  understand it was all part of this
18  process, it was all part of the phase
19  three process.
20     Q.     Were you reviewing any of the
21  drafts of Stratus' work while they were
22  working on the global damage assessment?
23     A.     I received some materials from
24  Stratus during that time frame, but I did
25  not understand those to be that piece of

267

J. KOHN
1
2   their work.  For example, they did a
3   decent size report in connection with the
4   November '07 mediation with Jonathan Marks
5   and we attached some of those I think to
6   our mediation statement.
7          I didn't have an understanding
8   necessarily as to whether some of those
9   reports were also part of what would be
10  submitted as part of their other work or
11  whether it was specifically for the
12  mediation or whether it was a recap of
13  work they had done or that some members of
14  their team may have done during the
15  inspection phase.  But they were doing
16  that kind of work.
17         But I did not see drafts of
18  what ultimately -- what was -- what
19  ultimately I guess became the Cabrera
20  report but what I understood was being
21  part of this other process.
22     Q.     So you didn't see a draft
23  document written by Doug Beltman that
24  started with "I, Richard Cabrera"?
25     A.     No, absolutely not.

268

J. KOHN
1
2      Q.     Were you aware that
3   Mr. Donziger had instructed Stratus that
4   the work they were doing on the Cabrera
5   report had to be kept secret and
6   confidential?
7      A.     I was not aware of that.
8      Q.     Did Mr. Donziger ever discuss
9   with you keeping Stratus' work secret or
10  confidential?
11     A.     No.
12     Q.     Did anyone at Stratus ever
13  discuss with you keeping Stratus' work
14  secret or confidential?
15     A.     No.  I mean, in terms of the --
16  you know, the mediation session which was
17  one of the things I spent some time on in
18  that time frame, Mr. Beltman and Ms. Maest
19  were there.  We had a separate day with
20  Jonathan Marks where they made a
21  PowerPoint presentation and other
22  presentation.  They were present with the
23  Jones Day lawyers.  They participated in
24  some follow-up discussions I think with
25  either outside or in-house Chevron experts

269

J. KOHN
1
2   under the auspices of the mediation.
3          So as far as I knew they were
4   kind of there.  They could be questioned.
5   It wasn't a deposition, but they, you
6   know, there was back and forth and, you
7   know, again, I was not aware of this whole
8   notion of them writing some kind of, you
9   know, this ghostwriting and this
10  first-person document is absolutely news
11  to me and found out about it in the
12  discovery you folks developed and in the
13  declarations that were just filed
14  recently.
15     Q.     Were you aware on April 1st,
16  2008 when Mr. Cabrera filed what purported
17  to be his report assessing damages of $16
18  billion?
19     A.     Was I aware of what?
20     Q.     Aware that he had filed a
21  report assessing damages of $16 billion?
22         MS. HAMILL:  Objection to the
23  form.
24     A.     Yeah, I was generally aware.  I
25  thought the first iteration was less than

270

J. KOHN
1
2   that but I could be mistaken.  I was aware
3   when the report was issued or filed and it
4   became a public event.
5       Q.      Did you read an English version
6   of that report, the body of the report,
7   not all the annexes?
8       A.      Not at that time.  We began a
9   process of obtaining translations, which
10  is interesting that Stratus was also then
11  charging us for the translations of these
12  documents into English and that took some
13  period of time.
14              I certainly was aware of the
15  bottom line and I think aware of the kind
16  of component parts in the big picture.
17  And I can't pinpoint when we got an
18  English translation of the executive
19  summary piece of it, but it was some --
20  there was some lag time, but I had at
21  least some knowledge or awareness of what
22  the conclusions were.
23      Q.      When you got -- you did
24  eventually get an English translation of
25  the executive summary?

271

J. KOHN
1
2       A.      Yes.
3       Q.      And did you read it?
4       A.      I did.
5       Q.      And did you have an
6   understanding when you read it that it
7   included material drafted by Stratus?
8           THE SPECIAL MASTER:  Excuse me
9   a second, do I understand correctly what
10  you just said, namely that you were
11  charged by Stratus for the translation
12  back from Spanish to English?
13          THE WITNESS:  That is correct.
14  And of all the annexes, there were a
15  period of time when the annexes were sort
16  of trickling in over --
17          THE SPECIAL MASTER:  You mean
18  your firm, you are talking about your firm
19  was charged by Stratus for the translation
20  back from Spanish to English?
21          THE WITNESS:  Yes, and there is
22  some -- I think there are some of the
23  e-mails that refer to where we are saying
24  here's the translation we just translated,
25  annex A, B, C, and obviously counsel has

272

J. KOHN
1
2   those records.
3           THE SPECIAL MASTER:  Your
4   testimony as I understand it is you
5   learned in the course of discovery in this
6   matter that Stratus wrote the original
7   English that got translated into Spanish
8   for Cabrera; is that correct?
9           THE WITNESS:  That's exactly
10  the point.
11          THE SPECIAL MASTER:  And did
12  you get charged for that as well?
13          THE WITNESS:  Probably.  I
14  don't see it being broken out as a
15  translation the way this was broken out as
16  sort of a subcontractor or a vendor on the
17  translation piece of it.
18          THE SPECIAL MASTER:  Okay.
19  BY MS. NEUMAN:
20      Q.      At any time after Cabrera had
21  filed what was purported to be his report,
22  did you have any discussions with
23  Mr. Donziger as to how much or to what
24  extent the submissions that the plaintiffs
25  had made that you thought had been made on

273

J. KOHN
1
2   the record appeared in Cabrera's report?
3           MR. GOMEZ:  Objection, form.
4           THE SPECIAL MASTER:  I sustain
5   that objection.  I don't understand that
6   question either.
7       Q.      Was it your understanding,
8   Mr. Kohn, that Stratus was drafting
9   materials, writing reports, and that they
10  were then being filed with the Ecuadorian
11  court on the issue of the global damage
12  assessment?
13      A.      Either filed with the court or
14  submitted under some process with the
15  court.
16              Again, as we talked about
17  earlier, whether that could have included,
18  you know, just trying to get to
19  Mr. Cabrera with a copy to Chevron's
20  counsel or filing it with the clerk and
21  then it being transmitted, but I
22  understood it was being available in
23  accordance with appropriate and lawful
24  court procedures there.
25      Q.      Which in your mind would have

69 (Pages 270 to 273)

274

J. KOHN

1      J. KOHN
2  included the fact that Stratus was
3  submitting materials to Cabrera being
4  public or transparent?
5      A.    Yeah, absolutely.  And I think
6  probably in my mind I did visualize an
7  actual office in the courthouse where
8  these things were housed.
9      Q.    If you had known at the time
10  that Stratus was secretly drafting
11  Cabrera's report for him to sign, what
12  would you have done?
13         THE SPECIAL MASTER:  Calls for
14  speculation.
15      Q.    Did you ever have a
16  conversation with Mr. Donziger to ask him
17  to what extent or how much the work that
18  had been done by Stratus and filed was
19  adopted or relied on by Cabrera, sort of
20  how do we do with the stuff that Stratus
21  did versus what Chevron was arguing for?
22      A.    Not in that -- precisely as you
23  ask it.  I certainly understood that he
24  had accepted most or all or in some cases
25  even gone beyond that which the plaintiffs

275

1      J. KOHN
2  were proposing or seeking in the case.
3         You know, Chevron and the
4  plaintiffs had been bandying about that $5
5  billion or $6 billion number since early
6  in the process as a potential total damage
7  or remediation cost.  You know, this was
8  in excess of that.  So it was my
9  understanding that, you know, yes, he had
10  gone, you know, he had accepted the
11  plaintiffs' version of damages.
12         And I think, again, I felt the
13  $16 billion was a number that came later
14  in the day.  So I didn't get into a
15  breaking out, you know, how much, you
16  know, was pit cleanup, how much were the
17  other components.  We had done some of
18  that in the mediation statement breaking
19  out kind of rough guesstimates of those
20  demands.  But it obviously was a home run,
21  if you will, from the plaintiffs'
22  perspective.  He apparently had gone for
23  the plaintiffs' version of the case.
24      Q.    Did Mr. Donziger make any
25  statements to you at or about the time

276

1      J. KOHN
2  that the Cabrera report was issued that
3  you now know to be false with regard to
4  that report?
5      A.    Well, any of the statements
6  that we talked about earlier where -- I
7  think whether it was Mr. Cullen or the one
8  situation with Mr. Cullen and Mr. James
9  who said we think the plaintiffs have
10  influenced Cabrera, and I relayed those to
11  Mr. Donziger, and the response was, as I
12  said earlier this morning, what are they
13  talking about?  It is silly.
14         Certainly the statement the
15  following year after the Kenneth Trujillo
16  discussions that I want to assure you
17  personally that nothing has gone on here
18  that is a problem was false.
19         The statements in Mr. Susman's
20  office that, you know, some of the people
21  on the Ecuadorian team may have handed
22  some materials to him or provided some
23  materials was false.
24         I mean, that was the
25  opportunity at that point, I'm asking him

277

1      J. KOHN
2  point blank what is going to happen with
3  this thing in Denver or this discovery of
4  Stratus, that certainly would have been an
5  opportunity to say well, actually, Stratus
6  wrote the whole report in the first person
7  or, you know, had it been something I was
8  aware of, it was an opportunity to say
9  what are you talking about, Joe?  You know
10  we talked about it for years and it was
11  perfectly okay to do that.
12         But instead it was no, there
13  may be something that is going to be a
14  little embarrassing that we are going to
15  have to address.
16      Q.    Were you aware that plaintiffs
17  objected to the Cabrera report as unduly
18  favorable to Chevron?
19      A.    I knew there was a period of
20  comments.  I knew the report was
21  increased.  I was not, you know, focusing
22  on those kinds of issues or that process.
23  I was not, you know, consulted about the
24  particular approach to take on that.
25         Sort of second half of '08, as

70 (Pages 274 to 277)

278

J. KOHN

1  of July of '08 my focus was on trying to
2  see if there was a way to resolve this
3  long-running case.  We had had the
4  rudimentary beginnings with the mediation
5  in November of '07.  There was then a
6  process where we understood that Chevron
7  was insistent that the government of
8  Ecuador participate in any mediation and
9  the mediator was prepared to do that and
10  wanted to try to facilitate it.
11        We finally got word in July
12  that the government would, I heard that
13  from Mr. Donziger, he said he had gotten
14  some word the government was willing to
15  send a letter to Jonathan Marks if
16  Jonathan Marks were to request them to do
17  that, they would do that.  We then had
18  several conference calls with Mr. Cullen,
19  Mr. James was on some of them, about next
20  steps.  That finally culminated in some
21  phone calls from Mr. James to me in the
22  fall or winter of '08.
23        So that was my thinking, get
24  the case done, glad to hear we had finally

279

J. KOHN

1  gotten over this phase of the expert
2  report being issued, you know, kind of
3  what's left to do?  Why does it take this
4  long?  Why are we haggling for more money?
5  Any discussions that I had with
6  Mr. Donziger or the plaintiffs' team were,
7  you know, he had a huge claim here, we had
8  to be talking about how do you reduce that
9  to some reasonable level that might be
10  accomplishable in a settlement
11  negotiation.
12        So long-winded answer to your
13  question is that I didn't particularly
14  concern myself with objections or
15  increasing this number.  It was more than
16  adequate for what I saw could be any
17  possible basis for a resolution of the
18  litigation.
19    Q.    After Cabrera had filed his
20  report in April '09 --
21        MS. HAMILL:  April '08?
22        MS. NEUMAN:  '08, I'm sorry.
23    Q.    -- Stratus continued to do work
24  first on the plaintiffs' objections to the

280

J. KOHN

1  Cabrera report and then in drafting,
2  ghostwriting the Cabrera response to those
3  objections.
4        During the time that they were
5  ghostwriting Cabrera's response to the
6  objections, September/October '08, what
7  was your understanding as to what it was
8  that Stratus was doing and billing you
9  for?
10    A.    Several things.  I understood
11  that there was a process of some further
12  comments that the parties had a right to
13  comment upon the Cabrera report, so I
14  believe they had some involvement with
15  that.
16        I believe there was still the
17  notion of the final submission by the
18  plaintiffs, again, after the Cabrera
19  report, what was referred to by the
20  Ecuadorian lawyers as the Alegato, but
21  what I understood would be the final
22  collection of all the evidence, like the
23  final trial brief.  I understood they were
24  performing some work with those issues.

281

J. KOHN

1        There was ongoing work that
2  they did on tours, some press material.
3  There were shorter documents and shorter
4  reports that they were preparing on
5  certain subissues that were some for kind
6  of public relations consumption, some for
7  what I call preparation for any kind of
8  enforcement action that as a U.S.-based
9  expert firm that I relied upon or
10  considered to be competently doing their
11  job at the time, that they would be able
12  to, you know, put into a straightforward,
13  understandable format the voluminous
14  record in the case.
15        I guess by that time there
16  wasn't really active work with Marks or
17  that process had kind of ground to a halt.
18  Frankly at that point in time I began to
19  ask that very question, why do we need to
20  sort of have them on a continual sort of
21  monthly basis?  Can't we sort of bring
22  some of these costs to an end?
23        You know, some of the reference
24  in the November '09 letter is about, you

71 (Pages 278 to 281)

282

```
 1            J. KOHN
 2   know, the budgets, the issues over
 3   continued funding at those levels.  In
 4   conversations I had with Donziger, he
 5   would just reiterate that they were -- you
 6   know, a lot of things happening in the
 7   case, there may be still some motion
 8   practice, I think there are still some
 9   requests for additional inspections, there
10   is some follow-up inspections, at least
11   according to Donziger, and that Beltman
12   was just, you know, invaluable to that
13   kind of process.  60 Minutes got involved
14   at some point and he was invaluable to
15   that process.  He had to spend time there.
16   He had to explain all the records to them.
17            So it was kind of parsed out
18   into those hodgepodge of assignments.
19   Eventually those kind of conversations did
20   culminate in some exchange of e-mails with
21   Beltman and Donziger about -- where I
22   finally said to Beltman, look, I need to
23   know before you start to undertake any
24   more assignments exactly what you are
25   doing and how much it is going to cost,
```

283

```
 1            J. KOHN
 2   because it seemed that they were just kind
 3   of running the meter at that point.
 4        Q.   After the plaintiffs objected
 5   to the Cabrera report in November of '08,
 6   Cabrera issued his response and increased
 7   the damage award from $16 billion to $27
 8   billion.  Did you have any knowledge about
 9   the plaintiffs' team, including Stratus,
10   ghostwriting Cabrera's November 2008
11   report?
12        A.   No, ma'am, none.
13        Q.   Did you have any conversations
14   with Mr. Donziger after the second Cabrera
15   report came out about who had authored
16   that report?
17        A.   No.
18        Q.   In your first letter in Exhibit
19   1629 --
20        A.   Are you referring to the August
21   9, 2010?
22        Q.   Yes.
23            THE SPECIAL MASTER:  You mean
24   the last letter?
25            THE WITNESS:  The first in the
```

284

```
 1            J. KOHN
 2   exhibit chronologically.
 3        Q.   Dated August 9th of 2010, what
 4   led to your sending the August 9th, 2010
 5   letter?
 6        A.   This was sent, as it says in
 7   the first sentence, in response to a
 8   letter dated July 29th, 2010 which I had
 9   received from the individuals who are the
10   addressees on this letter.  So I had
11   received that letter from the plaintiff
12   group, Mr. Fajardo, Mr. Yanza, the others,
13   and this was in response to that.
14        Q.   At the bottom of the first
15   paragraph on the August 9th, 2010 letter,
16   you state "not only did we not know of any
17   of this conduct, it is contrary to
18   assurances that Donziger and you made to
19   us on numerous occasions."
20            Do you see that?
21        A.   Yes, I do see that.
22        Q.   Are you referring there to the
23   assurances that Mr. Donziger had given you
24   that there had been no improper contact
25   with Mr. Cabrera at any time by the
```

285

```
 1            J. KOHN
 2   plaintiffs' team?
 3        A.   Yeah, I believe I've covered
 4   all of those.  I may have omitted I think
 5   after the February '09 meeting, although
 6   we did discuss that meeting with Mr. James
 7   and Mr. Cullen, myself and Mr. Barnes,
 8   that both Mr. Barnes and I then brought
 9   Mr. Donziger up to date as to what
10   happened at that meeting and the same
11   discussion occurred about it's nothing.
12   Chevron, they've got nothing.  They are
13   grasping at straws.  They have this
14   photograph of Cabrera wandering around the
15   pits.  But other than -- nothing other
16   than I believe what I have already
17   testified to.
18        Q.   And in your view, all of those
19   statements made to you by Mr. Donziger are
20   false, were false at the time they were
21   made?
22        A.   I now know them to be false.  I
23   did not realize that at the time.
24        Q.   Have you and Mr. Barnes had any
25   discussions regarding the fact that
```

**72 (Pages 282 to 285)**

286

J. KOHN

1  Mr. Donziger misled you about Cabrera?
2
3      A.    I have had several discussions
4  with Mr. Barnes after November '09. I
5  don't think I just voiced specifically as
6  your question just said about being misled
7  about Mr. Cabrera. I discussed with him
8  the bigger picture of the utter mess that
9  the case had become and Mr. Donziger's
10  role in doing that.
11     Q.    Did you and Mr. -- did you
12  discuss with Mr. Barnes that you believed
13  that the plaintiffs ghostwriting of the
14  Cabrera report was improper?
15     A.    In terms of the sort of final
16  nail on the ghostwriting has been a fairly
17  recent development in my view in terms of
18  becoming aware of that as a, you know,
19  finality. I have not spoken to Mr. Barnes
20  probably since the fall of 2010. So I
21  think things were starting to kind of come
22  out, but they hadn't been quite that
23  definitive as you asked.
24     Q.    Did Mr. Barnes ever convey to
25  you that he had been misled by

287

J. KOHN

1  Mr. Donziger?
2
3      A.    He had discussions with me in
4  the period of time prior to my April
5  meeting with -- April 2010 meeting with
6  Pablo Fajardo and Yanza and Mr. Piaguaje
7  and prior to the meeting I had with
8  Donziger at the Susman firm where he
9  stated that he believed Donziger should
10  withdraw from the case and that he had
11  either some suggestions or ideas of other
12  law firms that might be able to get
13  involved.
14     And he said he was speaking
15  with Donziger about that. I don't think
16  he used the phrase I believe I have been
17  misled by Donziger, but at least at that
18  point he supported the notion of Donziger
19  withdrawing the case.
20     Q.    Did Mr. Barnes articulate why
21  he thought Donziger should withdraw?
22     A.    Not in so many words. I think
23  it was more a cumulation of sort of --
24  partly in my mind was still kind of just
25  the mismanagement of the matter going

288

J. KOHN

1  forward with respect to the 1782 discovery
2  that was under way.
3
4      There was not, you know,
5  defense of the Calmbacher deposition.
6  There was all this flailing away in the
7  Stratus matter by the Stratus and
8  plaintiff group. I don't recall him ever,
9  you know, using that kind of phraseology
10  to me, I also have been misled. He felt
11  that Donziger had sort of mismanaged or
12  mishandled the case, had gotten in over
13  his head. It was more in those kind of
14  nature. He didn't have the wherewithal or
15  the law firm that could move the case
16  forward.
17     Q.    Is it clear to you as you sit
18  here today that you were misled by
19  Mr. Donziger?
20     A.    I do believe that, yes.
21     Q.    In Exhibit 1629 on the first
22  page of the August 9th, 2010 letter you
23  state "His actions," referring to
24  Mr. Donziger, "in turn, have been driven
25  by what appear to us to be his efforts to

289

J. KOHN

1  control all matters in the case, make all
2  decisions, keep our firm in the dark,
3  withhold documents and information from
4  us, interfere with and block our efforts
5  to meet and discuss issues in the case in
6  a meaningful way, keep secrets from us,
7  prevent questioning of any of his actions
8  or decisions and prevent discussion
9  between and among professionals working
10  for you."
11     Was that your honest assessment
12  of what Mr. Donziger had been doing on the
13  case?
14     A.    As of this period of time, yes.
15  Obviously earlier periods of time I
16  trusted him very much.
17     Q.    And you now feel that trust was
18  abused?
19     A.    Absolutely, yes.
20     Q.    On page 4 of your August 9th,
21  2010 letter, in paragraph 2 you state
22  "Finally, and most disturbing and shocking
23  to our firm are recent revelations in
24  Chevron's discovery of the extent of

73 (Pages 286 to 289)

290

J. KOHN

1 
2  contacts with Cabrera, which our firm had
3  no knowledge of and never would have
4  approved."
5          Is that an accurate statement?
6      A.   Yes.
7      Q.   You go on to say "Indeed, it
8  appears to me that the outright refusal to
9  provide us with any information about
10  Cabrera's report or intended to hide from
11  us what may have been outrageously
12  improper conduct, we had several times
13  over the course of the last year indicated
14  that one matter that needed to be fully
15  discussed and explored was the experts'
16  reports and recommendations in the context
17  of discussing strategically how to frame a
18  final submission to the court that might
19  result in a defensible judgment.  As with
20  everything else, we were frustrated in our
21  efforts to have those conversations, but
22  at the time we simply assumed Cabrera's
23  work was sloppy and overambitious but had
24  been done independently."
25          Do you see that?

291

J. KOHN

1 
2      A.   Yes.
3      Q.   Is that accurate?
4      A.   Yes.  I think you just slightly
5  misread, "overly ambitious," and you said
6  "over," but I agree with that.
7      Q.   After Cabrera's report came
8  out, you were interviewed and referred to
9  him as the court's independent expert.
10          Do you recall that?
11      A.   Yes.
12      Q.   If you had known that the
13  plaintiffs' team and Stratus had written
14  Mr. Cabrera's report and provided it to
15  him the day before he filed it, would you
16  have ever referred to him as an
17  independent expert?
18      A.   No, and I would not have been
19  interviewed.  I would not have been
20  working on the matter.
21      Q.   You would have terminated your
22  firm's involvement in the matter had you
23  known that's what was going on?
24      A.   Well, I probably would have
25  taken the same kind of action I think I

292

J. KOHN

1 
2  recommended in this letter that we are
3  referring to in August 2010 and possibly
4  some earlier ones, which was the
5  plaintiffs -- my recommendation would be
6  that anyone who had any involvement with
7  such activity needed to fess up, withdraw
8  from the case, come clean, tell the whole
9  story to the court in Ecuador and see if
10  there was some way to salvage the matter
11  or move forward.  That would have been my
12  recommendation.
13      Q.   To let the court in Ecuador
14  know the full and complete extent to which
15  the plaintiffs had been involved with
16  Cabrera?
17      A.   Correct, to lay all that out
18  and to say that the people who were
19  involved in it were no longer involved in
20  it.  They will be terminated.  They will
21  have no further interest.  And try to have
22  some new representation that might be able
23  to salvage some result or some recovery
24  for the plaintiffs.
25      Q.   You go on to say in the last

293

J. KOHN

1 
2  paragraph on the same page "Pablo and
3  Luis" -- that's referring to Pablo Fajardo
4  and Luis Yanza?
5      A.   Yes.
6      Q.   -- "made similar assurances
7  during our meeting in April.  It is now
8  clear in hindsight that those statements
9  were blatant lies intended to induce our
10  firm into paying money" -- I'm sorry,
11  "more money for litigation expenses."
12          Do you see that?
13      A.   Yes.
14      Q.   And do you believe that Pablo
15  Fajardo and Luis Yanza lied to you in
16  April of 2010 to induce your firm to
17  continue to fund the litigation?
18          MR. GOMEZ:  Excuse me, what
19  page are we on?
20          MS. HAMILL:  4 of 22.
21      A.   The answer is yes, I do believe
22  that.  It is the meeting I referred to
23  earlier today.
24      Q.   Do you think Mr. Donziger also
25  hid from you what he had arranged to have

74 (Pages 290 to 293)

294

J. KOHN

1 Stratus do in terms of ghostwriting the
2 Cabrera report so that you would fund
3 Stratus' work because he knew that if you
4 knew what they were really doing you
5 wouldn't fund it?
6
7     A.     I do believe that, and I
8 believe Stratus did it for the same
9 reason.
10    Q.     If Mr. Donziger testified that
11 Joe Kohn knew at the time that it was
12 important to keep plaintiffs' involvement
13 in the preparation of the Cabrera report
14 confidential, would that testimony have
15 been true or false?
16    A.     Can I see the actual question
17 and answer?
18    Q.     Yes. I'm going to show the
19 witness page 3524 of the Donziger
20 deposition directing him to lines 7
21 through 11.
22        MS. HAMILL: What page number,
23 I'm sorry?
24        MS. NEUMAN: 3524.
25        (Witness perusing document.)

295

J. KOHN

1
2     A.     Okay, you are referring to the
3 answer at line 11?
4     Q.     Yes. The question is "And Joe
5 Kohn knew at the time that it was
6 important to keep plaintiffs' involvement
7 in the preparation of Cabrera's report
8 confidential, correct?
9        "Answer: I think so."
10        Did you know any such thing?
11    A.     No, I did not.
12    Q.     Right above that, Mr. Donziger
13 testifies as follows:
14        "Question: And he" --
15 referring to you -- "knew that the
16 plaintiffs' team was providing them to
17 Cabrera to incorporate verbatim into his
18 final report, correct?
19        "Answer: I believe so."
20        Did you know that Stratus was
21 providing things for Cabrera to
22 incorporate verbatim into his final
23 report?
24    A.     No, I didn't know that as
25 phrased in that question. I think as I

296

J. KOHN

1
2 have testified earlier, I did have an
3 understanding that certain materials could
4 be prepared by the parties' experts and
5 handled in an appropriate or lawful or
6 transparent way, and the expert had the
7 opportunity to either accept or reject or
8 accept in part or reject in part the
9 position of the parties.
10        But I did not understand that
11 it was being written as if it was his
12 conclusion or written in the first person.
13 But I did understand, and I think there is
14 material earlier, you know, the question
15 on the preceding page, "He knew the damage
16 assessments prepared by the plaintiffs
17 were being given to Cabrera?"
18        Again, not given in some
19 surreptitious way or some clandestine way,
20 but I understood that it was perfectly
21 appropriate for the plaintiffs to have
22 their advocacy that we would be heard by
23 this expert in some appropriate manner.
24        So it is a little fuzzy in some
25 of his "I believe so's" or "could have

297

J. KOHN

1
2 been" kind of answers.
3     Q.     But it is clear to you that you
4 were never told that the plaintiffs'
5 involvement in the preparation of the
6 Cabrera report was being kept confidential
7 or secret or anything like that?
8     A.     No.
9        MS. HAMILL: Can you read back
10 the question and answer because I think a
11 no to that might end up being one of those
12 double negatives.
13        (The record was read.)
14    A.     To supplement that, I was never
15 told that.
16    Q.     Thank you.
17        What was Amazon Watch's
18 relationship to the plaintiffs' team?
19    A.     They were an independent
20 environmental organization that supported
21 the cause of the plaintiffs to obtain some
22 redress or some environmental
23 rehabilitation in the area where they
24 lived.
25    Q.     Did Kohn Swift & Graf fund any

75 (Pages 294 to 297)

298

J. KOHN

1  J. KOHN
2  of Amazon Watch's activities?
3      A.     I believe we contributed to
4  certain programs or campaigns that they
5  had relative to the Ecuadorian litigation
6  or the Ecuadorian environmental issue.
7      Q.     Did Kohn Swift & Graf ever
8  review Amazon Watch's materials related to
9  the Ecuador case before they were
10  published or publicized?
11     A.     I'm not aware of doing so
12  before.  I think we did receive certain
13  materials after, but I had no recollection
14  anyway of any pre-review of any reports or
15  newsletters or anything that they would
16  put out.
17     Q.     Did to your knowledge
18  Mr. Donziger have the ability to review or
19  approve Amazon Watch materials before they
20  were published?
21     A.     I do not have knowledge of
22  that.  I do know that he, you know, spent
23  time and worked with them.  I would be
24  somewhat surprised if they would have
25  ceded control or approval of their

299

J. KOHN

1  J. KOHN
2  materials.  I did understand that they
3  were a separate functioning organization
4  that had other projects and causes other
5  than Ecuador.  And Atossa, the director or
6  head of it, was a pretty strong-willed and
7  strong-minded individual and I don't think
8  she would have acceded to Donziger coming
9  in and approving things.
10         Obviously if there were some
11  things that related to some technical
12  aspect of the litigation or what the
13  plaintiffs' legal team was proposing, it
14  might be appropriate to have his comment
15  or review or approval beforehand.
16     Q.     When Kohn Swift & Graf would
17  make what you have called contributions to
18  Amazon Watch, was it with the
19  understanding that those would be spent on
20  activities related to campaigning against
21  Chevron and on behalf of the Ecuadorian
22  plaintiffs in particular?
23     A.     I believe that they had written
24  proposals as to what this particular
25  campaign or activities or activism would

300

J. KOHN

1  J. KOHN
2  relate to, and my recollection is
3  certainly that it was focused on the
4  Ecuador situation.  It may have had some
5  broader effect on people of the Amazon
6  generally, but I think it was focused on
7  Ecuador.
8      Q.     Were the Amazon Watch people
9  ever directed by anyone on the plaintiffs'
10  team to put personal pressure on Chevron
11  executives?
12     A.     I'm not sure what you mean by
13  personal pressure.  There was certainly a
14  series and range of protests, marches,
15  activity around the shareholder -- annual
16  shareholder meeting of Chevron that Amazon
17  Watch participated in for the purpose of
18  drawing attention to this matter and
19  getting the attention of Chevron to
20  consider a negotiated resolution as
21  opposed to litigation forever.
22     Q.     Were you involved in any
23  discussions with Amazon Watch personnel
24  about targeting particular individuals at
25  Chevron?

301

J. KOHN

1  J. KOHN
2      A.     I don't recall any discussions,
3  but I do recall some materials or
4  documents that, you know, that highlighted
5  the president of Chevron.  Again, I don't
6  know whether that was in conjunction with
7  the shareholder meeting or otherwise.  But
8  I have some recollection of that.
9          Beyond that, I don't have
10  the -- you know, I would assume that it
11  might have also included board members or
12  other decision makers, but certainly the
13  president, President O'Reilly, was the one
14  that I recall.
15     Q.     And was the purpose of making
16  these campaign materials that targeted
17  President O'Reilly, for example, to put
18  pressure on Chevron to settle the Ecuador
19  litigation?
20     A.     I never viewed that it would
21  sort of take that final leap, to put
22  pressure to settle.  I viewed it as a way
23  to get the attention of the decision
24  makers so that they would go to the law
25  department and say this case is getting to

76 (Pages 298 to 301)

302

J. KOHN

1  J. KOHN
2  be a real pain in the neck and an
3  annoyance, what do these plaintiffs want,
4  is there some track to get rid of this
5  short of having this litigation go on.
6      Q.      So you viewed putting pressure
7  on the executives as a way to get their
8  attention so they would engage with the
9  law department and then find a way to
10 resolve the lawsuit?
11     A.      So that they would consider the
12 settlement option, yes.
13     Q.      Did you ever review or approve
14 any submission that Amazon Watch made to
15 the Securities and Exchange Commission?
16     A.      I wouldn't say we had approved
17 it. I certainly have seen such documents,
18 whether from Amazon Watch. You know, as I
19 sit here today, I couldn't tell you there
20 was an Amazon Watch submission, but I do
21 remember there were submissions on behalf
22 of either organizations or the plaintiff
23 group or in some cases both to the SEC.
24     Q.      And did you see the Amazon
25 Watch submissions to the SEC before they

303

J. KOHN

1  J. KOHN
2  were filed?
3      A.      I don't remember doing so. It
4  is possible, but I don't recall.
5      Q.      And do you know whether those
6  submissions were drafted by Amazon Watch
7  or Mr. Donziger?
8      A.      I do not know who the drafters
9  of those papers were.
10     MS. NEUMAN: I'm going to show
11 the witness a document I'm going to mark
12 as Exhibit 4008.
13     MR. GOMEZ: Can I get a reading
14 of the time, please?
15     MS. NEUMAN: A February 28th,
16 2006 --
17     THE VIDEOGRAPHER: We have gone
18 five hours 24 minutes.
19     MS. NEUMAN: -- letter from
20 Amazon Watch to Christopher Cox, Chairman,
21 U.S. Securities and Exchange Commission.
22     (Plaintiff's Exhibit 4008
23 marked for identification.)
24     THE SPECIAL MASTER: Excuse me,
25 Ms. Neuman, this appears to be a draft of

304

J. KOHN

1  J. KOHN
2  a letter, not a letter. If you look at
3  the bottom of the first page, you will see
4  track marks.
5      MS. NEUMAN: Yes, it is a
6  draft.
7      MR. GOMEZ: Excuse me, do we
8  know if this document has been produced?
9      MS. NEUMAN: It has been
10 produced. I don't know why it was printed
11 without the Bates number. We are checking
12 that.
13     MS. HAMILL: Do you know which
14 production it came out of?
15     MS. NEUMAN: No, because I
16 don't have the Bates number.
17     THE SPECIAL MASTER: Excuse me,
18 do we know who it was produced by? It is
19 very hard to get a production number off a
20 page.
21     MS. NEUMAN: Let's set that
22 aside while we investigate it further.
23     Q.      I'm going to hand the witness a
24 document previously marked as Exhibit
25 2222, which is entitled Waiver of Rights

305

J. KOHN

1  J. KOHN
2  Executed Before Notaries Public of
3  Massachusetts and Pennsylvania
4  Respectively.
5      If you turn to the last page of
6  Exhibit 2222, Mr. Kohn, there is a
7  signature block for a Joseph C. Kohn and a
8  signature. Is that your signature?
9      A.      Yes, it is.
10     Q.      This document is dated November
11 20th of 1996?
12     A.      Yes.
13     Q.      And it is an agreement which
14 includes a waiver of rights, in paragraph
15 2 on page 2, "This waiver includes the
16 impossibility of filing any court action
17 against the Ecuadorian state,
18 PetroEcuador, and its affiliate companies
19 or any other Ecuadorian public sector
20 institution or agency either in the United
21 States of America or in Ecuador."
22     Do you see that?
23     A.      Yes.
24     MS. HAMILL: This predates the
25 time period, the scope of the inquiry

77 (Pages 302 to 305)

306

J. KOHN

1   here.  But I will let you ask your
2   question.
3          MS. NEUMAN:  We didn't ask for
4   this document from Mr. Kohn.
5      Q.    This is an agreement that you
6   and Mr. Bonifaz entered into with the
7   Republic of Ecuador in November of 1996?
8      A.    We entered.  I'm just
9   confirming who the other parties are.  It
10  is the Republic, whether it also included
11  PetroEcuador as a separate entity, let me
12  just see.
13         (Witness perusing document.)
14     A.    Yeah, I would say it is the
15  Republic of Ecuador, PetroEcuador, and
16  affiliates of PetroEcuador are the other
17  parties to the case, to this agreement.
18     Q.    And who from the -- were you
19  personally involved in negotiation of this
20  agreement?
21     A.    No.
22     Q.    Did you have any communications
23  with anyone from the Republic of Ecuador
24  in connection with reaching this

307

J. KOHN

1   agreement?
2      A.    No.  My only discussions were
3   with Mr. Bonifaz about this topic and this
4   document.
5      Q.    And pursuant to this document,
6   the plaintiffs were agreeing not to sue
7   the Republic of Ecuador or PetroEcuador
8   for any of the contamination; is that
9   right?
10     A.    It is -- well, lawyers say a
11  document speaks for itself, but I think
12  that is a portion of it or a
13  characterization of at least some portion
14  of the overall agreement, yes.
15     Q.    And in exchange for that, was
16  the Republic of Ecuador supporting the
17  plaintiffs' litigation against at that
18  time Texaco?
19     A.    Well, it was taking this action
20  with respect to this proposed or purported
21  limited intervention.
22         MR. GOMEZ:  Objection,
23  privileged.
24         THE SPECIAL MASTER:  I don't

308

J. KOHN

1   understand the objection.
2          MR. GOMEZ:  Well, he is being
3   asked --
4          THE SPECIAL MASTER:  I think if
5   you are going to into detail here, I think
6   your witness ought to leave the room.
7          (Witness departs the room.)
8          THE SPECIAL MASTER:  As I hear
9   the question, it simply asked him to
10  explain what this document is.  And she is
11  shaking her head.
12         MS. NEUMAN:  Yes, that is my
13  intention, and I believe the question is
14  appropriate in that regard.
15         MR. GOMEZ:  I think the
16  document speaks for itself.  In addition,
17  Mr. Kohn did not sign this document.  His
18  mental impressions as an attorney at the
19  time that it was executed is a matter of
20  privilege.
21         MS. NEUMAN:  He did sign it.
22         MR. GOMEZ:  I'm sorry?
23         MS. NEUMAN:  It is notarized.
24         THE SPECIAL MASTER:  He signed

309

J. KOHN

1   the document.
2          MS. NEUMAN:  His signature is
3   notarized on both the English and Spanish
4   versions.
5          MR. GOMEZ:  I'm sorry, I didn't
6   see his signature.
7          THE SPECIAL MASTER:  Bring him
8   back.
9          MS. HAMILL:  I have a question.
10         Is the translation part of this
11  case or was this document translated and
12  is the understanding that Mr. Kohn signed
13  both an English translation and the
14  Spanish, or was the signature block from
15  the Spanish transposed onto the English
16  translation as a result of this
17  litigation?
18         MS. NEUMAN:  I think the
19  latter, because the translation is dated
20  January 26th of 2011.  Normally it says
21  signature, whereas here they have
22  recreated the electronic image of the
23  signature.
24         MS. HAMILL:  So can you make

78 (Pages 306 to 309)

310

J. KOHN

1  that clear on the record to Mr. Kohn what
2  it is that he is looking at, because
3  otherwise it appears that he signed --
4  what he did was signed a Spanish version,
5  the Spanish language version of this, not
6  the English version.  If you will make
7  that clear.
8          MR. VOSS:  There may be an
9  English version.
10         MS. HAMILL:  But not this one
11 in particular.
12         MR. VOSS:  I don't believe so.
13         MS. HAMILL:  Is it okay to have
14 him come back in?
15         THE SPECIAL MASTER:  Yes.  Are
16 you withdrawing your objection, Mr. Gomez?
17 Mr. Gomez, are you withdrawing your
18 objection?
19         MR. GOMEZ:  I'm thinking.  No,
20 I'm not withdrawing my objection.
21         THE SPECIAL MASTER:  As I read
22 the question on my screen here, it is
23 simply asking what the exchange was for
24 this -- what the consideration was for the

311

J. KOHN

1  waiver as set forth in the document.
2          That's all the question is
3  asking.  And if that's all the question is
4  asking, your objection is overruled.
5          MR. GOMEZ:  I understood the
6  question to be asking more than that.
7          THE SPECIAL MASTER:  Get him
8  back in here and we are going to get the
9  question right.
10         (Witness returns to the room.)
11         THE SPECIAL MASTER:  Mr. Kohn,
12 the question is what is the exchange of
13 the consideration here?  You are giving,
14 that is you and your client are giving a
15 waiver to the government of Ecuador and
16 PetroEcuador and in exchange what are they
17 doing?
18         THE WITNESS:  What they are
19 doing is I believe set forth in the first
20 subparagraph (c) in the Background
21 section, that they were participating in a
22 limited intervention or were agreeing to
23 attempt to do so.  I think initially they
24 were rebuffed by the District Court in

312

J. KOHN

1  that effort is my recollection.
2          And, again, without sounding
3  too legalese, as set forth the document
4  speaks, rather than characterize what that
5  is, that's in the paper and we can all
6  read it.
7          I think your question,
8  Ms. Neuman, was did they agree to, quote,
9  support the plaintiffs' case.  I would
10 think that's an overly -- a slightly too
11 broad way to describe it.  I think they
12 agreed to do this much, they didn't agree
13 to support the plaintiffs' case in any old
14 which way that they might be requested to
15 at some point in the future.
16 BY MS. NEUMAN:
17     Q.    Now, on the second page of the
18 waiver, it states "At the same time
19 Ecuador requests that the compensation
20 sought in the above-mentioned case be paid
21 exclusively by the company Texaco, and
22 that the Republic of Ecuador, PetroEcuador
23 and its affiliate companies, or any other
24 Ecuadorian public sector institution or

313

J. KOHN

1  agency not, under any circumstances, be
2  required to pay such compensation."
3          Do you see that?
4      A.    Yes, I do.
5      Q.    And you understood the
6  plaintiffs in having this agreement
7  executed by yourself and Mr. Bonifaz were
8  agreeing not to seek any compensation from
9  Ecuador, PetroEcuador, in connection with
10 the contamination?
11     A.    Yes, and that was consistent
12 with the litigation strategy we had from
13 the outset of that case, that we did not
14 bring an action against PetroEcuador or
15 the Republic of Ecuador, and there was
16 litigation up to the Second Circuit about
17 indispensable party issues and whether
18 they were required to be brought in under
19 I guess it was Rule 19 on indispensable
20 parties, and the Second Circuit ultimately
21 held that the Republic of Ecuador and
22 PetroEcuador were not indispensable
23 parties and the litigation could proceed
24 against one or more tortfeasors.

**79 (Pages 310 to 313)**

314

```
 1            J. KOHN
 2       This is somehow all tied up
 3  with that issue and phase in my
 4  recollection.
 5       MR. GOMEZ: Objection, move to
 6  strike everything after the response "yes"
 7  as privileged.
 8       THE SPECIAL MASTER: It is not
 9  privileged, but it is not responsive. It
10  is stricken.
11    Q.    Mr. Kohn, you said Mr. Bonifaz
12  negotiated Exhibit 2222; is that right?
13    A.    Yes.
14    Q.    Who did he negotiate it with?
15    A.    I believe the Attorney General
16  of Ecuador, identified here, and he had
17  U.S. counsel at the time, and I believe
18  this may very well be the gentleman I had
19  said in my earlier answer that came to New
20  York for some court proceeding and there
21  was the press conference and I at least
22  had some contact with.
23    Q.    The Procurador?
24    A.    Yes, it was either that
25  individual or his predecessor or
```

315

```
 1            J. KOHN
 2  successor, someone in that time frame.
 3    Q.    Now, when the action was filed
 4  in 2003 against Chevron, neither
 5  PetroEcuador nor the Republic of Ecuador
 6  were named in that action, correct?
 7    A.    Correct.
 8    Q.    And the agreement not to sue
 9  the Republic or PetroEcuador or hold them
10  liable for the contamination, did you
11  understand that agreement to apply to the
12  lawsuit that was filed in 2003?
13       MR. GOMEZ: Objection,
14  privileged.
15       MS. NEUMAN: It is an agreement
16  with a third party, your Honor.
17       THE SPECIAL MASTER: Just a
18  second. Please, do not argue and not in
19  front of the witness. I want to think
20  about it a second. I think you can
21  rephrase it to make sure it is not
22  privileged.
23       Was that conduct pursuant to
24  this agreement, if you put it that way, it
25  avoids any objection.
```

316

```
 1            J. KOHN
 2    Q.    In filing the complaint in 2003
 3  in Ecuador was not naming PetroEcuador or
 4  the Republic of Ecuador as defendants
 5  consistent with and pursuant to your
 6  agreement not to sue them as set forth in
 7  Exhibit 2222?
 8       MR. GOMEZ: Same objection.
 9    A.    I don't have a recollection of
10  this agreement being discussed or
11  considered with respect to which
12  defendants would be named in the 2003
13  case.
14       The fact of not naming the
15  Republic of Ecuador and PetroEcuador was
16  consistent with a litigation strategy that
17  had been extant since 1973 and the other
18  issues which I spoke --
19       MS. HAMILL: 1993?
20       THE WITNESS: I'm sorry, 1993,
21  that you can proceed against tortfeasors,
22  the ones you choose to, and the plaintiffs
23  had chosen not to name the Republic of
24  Ecuador or PetroEcuador in the New York
25  action and chose not to in the 2003
```

317

```
 1            J. KOHN
 2  action. I don't remember this coming up
 3  again or discussing it or if there had
 4  been an action against the Republic or
 5  PetroEcuador at that point it would have
 6  been viewed as a breach of this agreement.
 7       I don't remember discussing
 8  those issues or focusing on them. The
 9  plaintiffs had no intention of suing the
10  Republic of Ecuador or PetroEcuador either
11  in the U.S. from the beginning of the case
12  or in Ecuador.
13    Q.    You knew in representing the
14  plaintiffs in 2003 that PetroEcuador had
15  been the majority owner of the consortium
16  whose activities were at issue?
17       MR. GOMEZ: Objection,
18  privileged.
19    A.    I would have to, you know,
20  refresh my recollection --
21       MS. HAMILL: Hang on a second.
22       THE SPECIAL MASTER: Just a
23  second. That was a matter of public
24  knowledge. He did not acquire that
25  knowledge in confidence. Go ahead.
```

**VERITEXT REPORTING COMPANY**

318

```
1           J. KOHN
2           MR. GOMEZ:  Excuse me, we don't
3    know how he acquired that knowledge.
4           THE SPECIAL MASTER:  If it is a
5    matter of public knowledge, it is presumed
6    he knew it.  It is not -- it is not a
7    confidential fact or one he got in
8    confidence.  If it were a known public
9    fact that PetroEcuador was the majority
10   owner, as undoubtedly was the case in
11   Ecuador, as in the United States, it is
12   not privileged.
13   A.     Again, as I sit here today, I'm
14   not clear on all the percentages over the
15   long period of time of the consortium.
16   Certainly I understood by 2003 that
17   Texaco, Chevron, were no longer doing
18   business or operating in Ecuador.  I
19   understood that yes, PetroEcuador was, or
20   was operating it with other partners or on
21   its own these fields.  I understood that.
22          But, again, I don't have all
23   the different percentages on the top of my
24   head from those early agreements.
25   Q.     Have you ever met someone who
```

319

```
1           J. KOHN
2    worked for Texaco and now Chevron by the
3    name of Ricardo Reis Veiga?
4    A.     Yes.
5    Q.     On how many occasions did you
6    meet Mr. Veiga?
7    A.     Probably somewhere between
8    three and six.
9    Q.     Was it part of the plaintiffs'
10   strategy in the Ecuador-related litigation
11   to attack Mr. Veiga personally?
12          MR. GOMEZ:  Objection,
13   privileged.
14          THE SPECIAL MASTER:  Let me
15   hear the answer in camera first and then I
16   will decide.  Ms. Neuman, leave the room,
17   please.  And this part will be sealed,
18   this answer will be sealed, at least
19   temporarily.
20          (Ms. Neuman, Mr. Stavers and
21   Mr. Martin depart the room.)
22          THE WITNESS:  Could the
23   reporter read the question.
24          (The record was read.)
25   A.     I wasn't aware, as far as I
```

320

```
1           J. KOHN
2    remember, of participating in a strategy
3    session where that was put forward.  I do
4    recall there were press releases.  There
5    were attacks and there was this whole
6    history of the criminal proceeding which I
7    received some e-mails about over the
8    course of time.
9           THE SPECIAL MASTER:  That's not
10   privileged.  Unseal it.  Let Ms. Neuman
11   hear the answer.
12          (Ms. Neuman, Mr. Stavers and
13   Mr. Martin return to the room.)
14          THE SPECIAL MASTER:  Ms. Neuman,
15   you can look on the screen and see the
16   answer.  I have ruled that it is not
17   privileged.
18          MS. NEUMAN:  Thank you, your
19   Honor.
20          THE SPECIAL MASTER:  Not that
21   it is crime-fraud or anything, just that
22   it is not privileged.
23          MS. NEUMAN:  Let me hand the
24   witness a document previously marked as
25   Exhibit 2239.
```

321

```
1           J. KOHN
2           THE SPECIAL MASTER:  Do you
3    want an explanation of that, Mr. Gomez?  I
4    will send her out of the room again.
5           MR. GOMEZ:  No.
6           MS. NEUMAN:  Which is a March
7    3rd, 2005 e-mail from Cristobal Bonifaz to
8    Joe Kohn, Steven Donziger, JC Bonifaz,
9    Alberto Wray and Monica Pareja, CC Lela
10   Salazar, bearing the Bates numbers
11   DONZ-HDD-0046401.
12   BY MS. NEUMAN:
13   Q.     I'm going to direct your
14   attention, Mr. Kohn, to the last paragraph
15   of Mr. Bonifaz's e-mail where he states --
16          THE SPECIAL MASTER:  Excuse me,
17   I haven't finished reading this and I'm
18   wondering whether the attachment is a part
19   of the document you have marked.  Does
20   that attachment belong with that document?
21          MR. GOMEZ:  Let the record
22   reflect that pages 2 and 3 of this exhibit
23   do not possess a Bates number.
24          THE SPECIAL MASTER:  Yes,
25   that's why I asked.  They also have
```

**81 (Pages 318 to 321)**

322

```
 1          J. KOHN
 2  dramatically different dates.
 3          MS. NEUMAN:  The January 23rd,
 4  2011 letter to Mr. Edelman from Cristobal
 5  Bonifaz, we will have someone check the
 6  original exhibit to see if they are
 7  attached to the original exhibit.
 8          THE SPECIAL MASTER:  Whether
 9  they are attached to the original exhibit
10  or not, in what proceeding was this
11  exhibit made an exhibit?
12          MS. NEUMAN:  It would have been
13  marked in the 1782 proceedings.
14          THE SPECIAL MASTER:  In which
15  one, the Bonifaz 1782?
16          MS. NEUMAN:  Bonifaz or
17  Donziger.
18          THE SPECIAL MASTER:  Just one
19  second.
20          MR. STAVERS:  Exhibit 2239
21  comes from the deposition of Cristobal
22  Bonifaz on March 1st, 2011.
23          THE SPECIAL MASTER:  And I'm
24  not sure I understand, the attachment is a
25  letter from Mr. Bonifaz to Mr. Edelman at
```

323

```
 1          J. KOHN
 2  Gibson Dunn stating that something or
 3  other represents a complete and total
 4  waiver of any possible privileges of the
 5  Lago Agrio plaintiffs.
 6          MS. NEUMAN:  I don't know why
 7  the letter is appended, but I only
 8  intended to question Mr. Kohn on the
 9  e-mail.
10          THE SPECIAL MASTER:  I
11  understand.  Go ahead.
12          MR. STAVERS:  I just checked
13  the transcript of the Bonifaz deposition
14  in which this was introduced.  There is no
15  discussion of the other two pages.
16          My speculation is in the
17  processing of those exhibits for that
18  deposition that was inadvertently appended
19  because that was probably produced at some
20  other point, but I don't know.
21          THE SPECIAL MASTER:  All right.
22  There has been no objection to this, has
23  there, or has there?
24          MR. GOMEZ:  Well, can we
25  stipulate to separate the first page from
```

324

```
 1          J. KOHN
 2  the last two?
 3          MS. NEUMAN:  That's fine with
 4  me.
 5          THE SPECIAL MASTER:  That's
 6  fine.  Let's go.  There has been no
 7  objection.  Let's go.  Ask away.
 8      Q.    Mr. Kohn, did you receive
 9  Exhibit 2239 from Mr. Bonifaz on or about
10  March 3rd of 2005?
11      A.    I don't have a recollection of
12  this document.  I see I'm up here, e-mail,
13  although it is kind of an older version of
14  e-mail.  It doesn't show the e-mail
15  address that things do now.  I don't
16  recall this particular document.
17          If you are representing that it
18  was from Mr. Bonifaz's file and he didn't
19  get a document coming back saying you
20  can't hit that addressee, then I suppose I
21  did receive it.
22      Q.     And at this point in time,
23  March 3rd of 2005, both you and
24  Mr. Bonifaz are counsel for the Lago Agrio
25  plaintiffs?
```

325

```
 1          J. KOHN
 2      A.    Yes.
 3      Q.     In the last paragraph,
 4  Mr. Bonifaz states "Reis Veiga has too
 5  much personal stake in this case to turn
 6  around.  He will never do it as it will
 7  destroy him.  Thus, we have to destroy his
 8  reputation with Chevron Texaco as an
 9  incompetent any way we can to get our case
10  settled."
11          Do you see that?
12      A.    Yes, I do.
13      Q.     Do you recall Mr. Bonifaz
14  expressing the need to attack Mr. Reis
15  Veiga personally in this way?
16          MR. GOMEZ:  Objection,
17  privileged.
18          THE SPECIAL MASTER:  The first
19  question is do you recall.  If he doesn't
20  recall, there is no issue here.
21          THE WITNESS:  My answer to that
22  question would be I do not recall
23  Mr. Bonifaz saying those things or using
24  that kind of language.
25          THE SPECIAL MASTER:  Okay,
```

326

```
 1            J. KOHN
 2  there is no issue here.  Objection
 3  overruled.
 4      Q.     You are aware, Mr. Kohn, that
 5  criminal charges were ultimately brought
 6  by an Ecuadorian prosecutor against
 7  Mr. Reis Veiga?
 8      A.     I'm aware of that general issue
 9  and, yes, that they were brought, they
10  were dismissed, they were reinstated.  I
11  remember there was some back and forth on
12  it.  But I do remember that general topic.
13      Q.     Did you have any discussions
14  with Mr. Donziger about arranging the
15  plaintiffs' team working with the ROE to
16  have criminal charges brought against
17  Mr. Reis Veiga?
18          MR. GOMEZ:  Objection,
19  privileged.
20          THE SPECIAL MASTER:  That's not
21  at all clear, Mr. Gomez.  Let's get the
22  witness out of the room.
23          Before we get the witness out
24  of the room, Mr. Kohn, have you ever seen
25  a film clip of a Crude outtake of a
```

327

```
 1            J. KOHN
 2  discussion in the office of the Attorney
 3  General of Ecuador that was attended by
 4  Mr. Fajardo, among others, dealing with
 5  the subject of bringing criminal charges
 6  against Mr. Reis Veiga?
 7          THE WITNESS:  I don't recall
 8  seeing that outtake.  I do not believe I
 9  have.
10          THE SPECIAL MASTER:  Okay, why
11  don't you leave the room.
12          (Witness departs the room.)
13          THE SPECIAL MASTER:  Mr. Gomez,
14  have you ever seen that Crude outtake or a
15  transcript of it?
16          MR. GOMEZ:  I can't recollect
17  at this time.  I've seen a lot.
18          THE SPECIAL MASTER:  Well, I
19  think there is an issue there that needs
20  examination about the crime-fraud
21  exception, if you press this point.  I
22  have not done it.  I have not gone into
23  it.  But it is not self-evident that that
24  wasn't a crime or fraud.  That is, the
25  activities of Mr. Fajardo and others to
```

328

```
 1            J. KOHN
 2  bring about a criminal prosecution of
 3  Mr. Reis Veiga and then perhaps seeing to
 4  its dismissal when it no longer served
 5  their purposes.
 6          That would be the context or
 7  the charge that would be brought if one
 8  were to take the position that's a crime
 9  or fraud.  And I have not done that.  I
10  have not thought about it sufficiently.  I
11  would have to go back and look at the clip
12  again.  I would have to look at the
13  transcript again.  It would take me some
14  time to make that ruling one way or
15  another.  I don't think we have enough
16  time for me to do that this afternoon and
17  I don't particularly want to call Mr. Kohn
18  back.
19          So the question is whether we
20  can have some sealed portion of the
21  transcript, it can probably be avoided,
22  depending on what the witness has to say.
23  But if a privilege objection is raised and
24  continued, I have no choice but to do
25  something like that at some point.  It is
```

329

```
 1            J. KOHN
 2  up to you.
 3          I think the better course is to
 4  seal it -- well, it is going to be sealed
 5  anyway for the next 21 days, as we know,
 6  and to just put a pin in it, and if it
 7  turns out there is no privilege issue,
 8  nothing happens.  If it turns out to be a
 9  privilege issue, maybe I have to go do
10  something about it and maybe we will have
11  to call him back.  But I suggest we just
12  seal it and move on.
13          MR. GOMEZ:  We will cross this
14  bridge later.
15          THE SPECIAL MASTER:  We may
16  have to cross the bridge later, but I
17  don't think we need to right this minute.
18          MR. GOMEZ:  I think that is a
19  reasonable proposal.
20          THE SPECIAL MASTER:  Let's go.
21          MS. NEUMAN:  How much time do
22  we have left?
23          THE VIDEOGRAPHER:  About 13
24  minutes.
25          MS. NEUMAN:  I meant in the
```

83 (Pages 326 to 329)

330

J. KOHN

1  day, or how much time have we used?
2
3      THE VIDEOGRAPHER:  We have gone
4  five hours and 54 minutes.
5      THE SPECIAL MASTER:  So we have
6  about an hour, and this time is coming off
7  because the witness is out of the room.
8  So let's bring the witness back.  Let's
9  see what is going to go on.
10     We will seal this portion of
11  the transcript until further notice, not
12  just the 21 days that it remains
13  confidential.
14     MS. NEUMAN:  Well, we need to
15  change the tape.  I would rather change it
16  now than in 12 minutes.
17     THE SPECIAL MASTER:  That's
18  fine.  Let's do that.
19     THE VIDEOGRAPHER:  We are going
20  off the record.  The time is 4:45 p.m.
21     (Recess taken.)
22     THE VIDEOGRAPHER:  We are back
23  on the record.  The time is 4:50 p.m.
24  This is the beginning of disk five.
25     MS. NEUMAN:  May I have the

331

J. KOHN

1
2  pending question read back to the witness.
3      MR. GOMEZ:  And I just wanted
4  to clarify there is going to be a standing
5  objection, as we have discussed, to this
6  part.
7      THE SPECIAL MASTER:  That is
8  fine.  And it will be part of the same
9  sealing process.  Should we call it that,
10  Mr. Gomez?
11     MR. GOMEZ:  Yes, that way it
12  will just run smoother.
13     (The record was read.)
14  A.     I do not recall any
15  discussions.
16  Q.     Did you have any discussions --
17  you became aware when criminal charges
18  were brought against Mr. Veiga in Ecuador?
19  A.     I remember the general issue of
20  complaints by the plaintiffs relative to
21  the remediation agreement that was entered
22  into between Texaco and the government and
23  whether that agreement was complied with
24  or whether there had been a fraud in
25  connection with the work that was

332

J. KOHN

1
2  performed under that contract, and I
3  remember that spanning some period of
4  time, and I believe that the charges that
5  ultimately were brought against Mr. Veiga
6  related to that in some way is my
7  recollection.
8  Q.     Do you recall having any
9  conversations with Mr. Donziger about the
10  plaintiffs, the Ecuadorian plaintiffs
11  having the ability to make those charges
12  go away, the charges that had been brought
13  against Mr. Veiga, the criminal charges?
14  A.     I don't recall a discussion
15  about making charges go away once any
16  criminal charges were actually brought.
17  Q.     Did you have any discussions
18  with Mr. Donziger about the ability to
19  make criminal charges go away before they
20  were brought?
21  A.     I recall a meeting at our
22  office which was part of either the Crude
23  film or the outtakes where a piece of
24  paper was shown to me by Mr. Donziger that
25  purports to be some sort of complaint or

333

J. KOHN

1
2  report by plaintiffs' legal team relative
3  to this broader issue of the propriety or
4  any fraud in connection with the
5  remediation that was performed under that
6  contract, and I remember that I asked is
7  this something that the plaintiffs could
8  facilitate going away if requested.
9      What I was referring to was
10  this report or this complaint or this
11  filing which at that point was a cover
12  letter from some office in Ecuador, I
13  don't even know if it was the Procurador
14  or some other legal office, addressed to
15  the United States Attorney General stating
16  I've received this report from people in
17  Ecuador, would you look into this.
18     So at that point I didn't
19  believe there was any criminal case.
20  There was simply a request for somebody to
21  look into something.  The reason I asked
22  the question the way I did was I was
23  unclear when I saw this piece of paper
24  presented to me who were these plaintiffs
25  or the Ecuadorians who were making this

84 (Pages 330 to 333)

334

J. KOHN

1
2  complaint, was this someone who was part
3  of the case that we had brought in 2003,
4  was it a Judith Kimerling related group,
5  was it -- there were these independent
6  environmental groups, Accion Ecologica,
7  some such group, was it something that
8  they were putting out.
9         So that was the nature.  But I
10  did not think at that point there was any
11  criminal charges.  As I understand, there
12  wasn't anything until many years later and
13  I don't even know if it came through that
14  office or some other office, what have
15  you.
16      Q.     In that same conversation with
17  Mr. Donziger in your office, do you recall
18  him saying that for a couple of years
19  we've been trying to get the Attorney
20  General to do something about this?
21      A.     I remember the general -- I
22  don't remember those words.  I remember
23  the notion that this has been something
24  that has been going on for a long time in
25  Ecuador, even as the prior exhibit

335

J. KOHN

1
2  indicates during the period of time that
3  Mr. Bonifaz was more involved in the case.
4      Q.     Were you aware that
5  Mr. Donziger was working to try and get
6  criminal charges brought in Ecuador
7  against Mr. Reis Veiga?
8      A.     I did not understand it to be
9  narrowly focused on Mr. Veiga.  I
10  understood it to be with respect to the
11  overall issue of the remediation and
12  release agreement and the effectiveness of
13  that.
14         In my mind, it might have
15  included more individuals than Mr. Veiga.
16  It might have included some corporate
17  entity.  It might have included government
18  people or people who worked for the
19  government of Ecuador that the claim from
20  our perspective was if that release and
21  agreement were found some way to be
22  invalid, then it could no longer be
23  invoked as a defense by Chevron, and
24  Chevron was invoking it as an overarching
25  or overriding defense to the entire

336

J. KOHN

1
2  action.
3         But there was this remediation
4  agreement and release.  If that is
5  invalidated because it was induced by
6  fraud or wasn't fulfilled or the contract
7  wasn't, how woud you say it, executed or
8  performed, then that defense could go
9  away.
10         I didn't zero in that it was
11  Mr. Veiga per se.
12      Q.     You indicated, as I understand,
13  in one of your prior answers, that what
14  you thought you were saying the plaintiffs
15  could facilitate going away was not any
16  charges that were brought, but, rather,
17  the investigation itself; is that right?
18      A.     No.  What I was referring to
19  was the document that was represented to
20  be some kind of plaintiff document.  It
21  had the look of like a college term paper.
22  It didn't look like a legal lawsuit with
23  numbered paragraphs.  And it had some sort
24  of indication that it was a complaint or a
25  report.

337

J. KOHN

1
2         At that point it was clear from
3  reading the cover letter there were no
4  criminal charges and there was some
5  request to the Attorney General of the
6  United States in the Bush administration
7  to start some, and just by glancing at
8  that piece of paper for the first time I
9  didn't think that was going to happen.
10         So also in terms of the timing,
11  as I remember, you know, going back to the
12  record, this meeting was a couple of weeks
13  before a scheduled meeting with Mr. Cullen
14  at the Jones Day firm for the express
15  purpose of trying to see if there was a
16  start to a settlement process, which,
17  again, was where my head was after these
18  many years.  It seemed to be some glimmer
19  of some interest at least in having that
20  kind of discussion, albeit at an initial
21  lawyer to lawyer phase, and my thought was
22  the first thing that is going to be on the
23  table from a defendant is everything has
24  got to be resolved.  We are not going to
25  settle piecemeal.  We are not going to

85 (Pages 334 to 337)

338

1           J. KOHN
2   have other cases.  We are not going to
3   have a Kimerling group suing us.  We are
4   not going to have this report that you
5   sent to the Procurador or whomever you
6   know, to be pressed or pursued by
7   plaintiffs if we are settling with you.
8   We are going to want complete peace.
9           So that is what was in my head
10  at the time.
11          MS. NEUMAN:  I'm going to give
12  the witness a transcript from Crude
13  outclip, clip CRS 17000 clip 00, which I'm
14  going to mark as Exhibit 4009.
15          (Plaintiff's Exhibit 4009
16  marked for identification.)
17          (Witness perusing document.)
18  A.     Okay.
19  Q.     Do you see at the beginning of
20  the clip, Mr. Kohn, where Mr. Donziger
21  says -- and he is speaking to you,
22  correct?
23  A.     Yes.
24          THE SPECIAL MASTER:  Is this
25  the clip you were talking about that you

339

1           J. KOHN
2   saw in the film or in the outtakes?
3           THE WITNESS:  Yes, and this is
4   I believe the same one I was referring to
5   in the prior -- raised the same one I was
6   referring to in the prior answer.
7           THE SPECIAL MASTER:  By the
8   way, this is clearly not privileged in any
9   way.
10          MR. GOMEZ:  So we are going off
11  the seal?
12          THE SPECIAL MASTER:  For this
13  and his previous answer are clearly not
14  privileged.  Okay, let's go.
15  Q.     Mr. Kohn, do you see at the
16  beginning of the clip where Mr. Donziger
17  states "You know, this is a -- this is a
18  document that we prepared for the Vanity
19  Fair reporter and it has this whole, you
20  know -- this -- this is what the gov --
21  uh, the Attorney General of Ecuador gave
22  to the U.S. Department of Justice which is
23  about," and then you say "Okay," and he
24  says "the fraud.  You know, and it is
25  really solid."

340

1           J. KOHN
2           Do you see that?
3   A.     Yes.
4   Q.     So you understood during this
5   conversation that this report had already
6   been given to the Department of Justice by
7   the Attorney General of Ecuador, correct?
8           MR. GOMEZ:  Objection,
9   privileged.
10          THE SPECIAL MASTER:  No, no,
11  no, no.  This is a description of -- he is
12  really describing what was going on in the
13  film clip and what his understanding was
14  of what that film clip shows.  No, go
15  ahead.
16          MR. GOMEZ:  Well, that calls
17  for speculation.
18          THE SPECIAL MASTER:  No, it
19  doesn't.  He is in the film clip,
20  Mr. Gomez.
21          MR. GOMEZ:  I understand he is
22  in the film clip.  But she is asking him
23  about his understanding of --
24          THE SPECIAL MASTER:  Yes, and
25  his understanding is not a matter of

341

1           J. KOHN
2   speculation.  He just testified
3   essentially --
4           MR. GOMEZ:  His understanding
5   would be privileged.
6           THE SPECIAL MASTER:  No, it is
7   not.  Go ahead.
8   A.     Yes, I was seeing this material
9   for the first time, and just in terms of
10  setting the scene from my perspective, I
11  had been told by Mr. Donziger that a
12  documentary was being made and that folks
13  were going to be in our office and the
14  camera would be there.  I could not
15  imagine that they would have much interest
16  in filming lawyers around a conference
17  table.  I thought they would take some
18  pictures of this is where a meeting is and
19  they would disappear.
20          So I'm a little put off at this
21  moment that there is a camera staring at
22  me.  I'm seeing some piece of paper for
23  the first time and Mr. Donziger is then
24  launching into this explanation.
25          So as he is talking, I'm

86 (Pages 338 to 341)

342

J. KOHN

1    looking at it.  I see, although he I guess
2    later says this is -- or maybe before,
3    immediately prior to this he says
4    something to the effect that the Attorney
5    General has taken some action, and I look
6    at this and I say, well, this isn't a
7    report by the Attorney General, this says
8    plaintiffs' report.  But I have the camera
9    there, so I'm trying not to be accusatory
10   or look like I'm cross-examining my
11   co-counsel.  So what is this?
12          And all there is is a letter
13   from some officer in Ecuador forwarding it
14   to the Attorney General's Office of the
15   United States or it might have been
16   directed to the Attorney General.  So
17   that's sort of the initial thing.
18       Q.    So you knew during the
19   conversation that the Attorney General had
20   taken a plaintiffs -- the Attorney General
21   of Ecuador had taken a report drafted by
22   the plaintiffs and sent it to the
23   Department of Justice?
24       A.    Yeah, and it said plaintiffs'

343

J. KOHN

1    report on the cover of it and it was not
2    hidden.
3          Then, again, this sort of goes
4    back to some of my earlier answers of
5    seeing Crude and seeing sort of the --
6    just kind of the falsity in the setup of
7    things.  He started launching into this
8    kind of oh, great, now the Attorney
9    General of Ecuador has finally acted on
10   this, and I'm seeing this, and this isn't
11   action, this is him just getting some
12   report and shipping it off to somebody
13   else.  Then he gets into this, you know,
14   we wrote the report for him.  No, you
15   didn't.  It doesn't say it is his report.
16   It clearly says on its cover it is the
17   plaintiffs' report.
18          So kind of, what are you
19   talking about?  What are you trying to
20   make out of this, you know, term paper
21   that somebody wrote?
22          MR. GOMEZ:  Move to strike.
23          THE SPECIAL MASTER:  No, no, it
24   is not being stricken.  Go ahead.

344

J. KOHN

1       Q.    After Mr. Donziger showed you
2    the plaintiffs' report that the Attorney
3    General of Ecuador had sent to the
4    Department of Justice with the request for
5    an investigation, you say "All right," and
6    Mr. Donziger says "And then," and then you
7    say "So, again, that may be something that
8    we could facilitate going away at the
9    right time."
10          Do you see that?
11       A.    Yeah.  There is an interruption
12   in my answer.  He says "exactly" and then
13   I say "if they wanted it to go away"; the
14   "they" meaning Chevron.
15       Q.    And what you were suggesting we
16   could facilitate going away at the right
17   time was the investigation, correct?
18       A.    No.  It was this complaint that
19   was being lodged by the plaintiffs that
20   they are requesting some officer in their
21   country to either try to take some action
22   on, which apparently he hadn't, he had
23   simply handed it off to the U.S., but it
24   was the -- it was the complaint, not the

345

J. KOHN

1    government action, the complaint that was
2    the guts of this document, which was on
3    its face says some kind of plaintiff legal
4    team, and I had again the initial
5    uncertainty as to who is this group
6    exactly or what is this, who are the
7    authors of this, who are asserting this.
8       Q.    So you were saying that the
9    allegations of fraud that were in the
10   document that the Attorney General of
11   Ecuador sent to the U.S. Department of
12   Justice could be made to go away because
13   those allegations of fraud originated with
14   the plaintiffs?
15       A.    I'm suggesting --
16          MR. GOMEZ:  Objection,
17   privileged.
18          THE SPECIAL MASTER:  No, it is
19   not.
20       A.    I'm suggesting that the
21   plaintiffs could control the plaintiffs,
22   if these were in fact our group of
23   plaintiffs, and withdraw whatever
24   complaint or materials they had submitted

87 (Pages 342 to 345)

346

```
1          J. KOHN
2    and withdraw their request to their
3    government representatives to take any
4    action upon this.
5          I did not believe that anyone
6    could stop the U.S. Justice Department if,
7    you know, in the one in a million issue
8    that the U.S. Justice Department had any
9    interest in this, I certainly didn't have
10   to ask Mr. Donziger about that, I know, my
11   own experience, you know, what happens
12   when our government or if Justice starts
13   an action or is involved in an action.
14   And the Attorney General of Ecuador was
15   decidedly not taking any action, all he
16   was doing was sending a cover letter.
17         So I was very much focused on
18   yes, is it something that we as plaintiffs
19   are going to withdraw if, you know,
20   Chevron is not going to want to settle
21   with us and then have to, you know, have
22   people pressing, you know, for fraud
23   claims in Ecuador.
24   Q.      On the first -- in the earlier
25   part of the clip where we read
```

347

```
1          J. KOHN
2    Mr. Donziger says "for a couple of years
3    we've been trying to get the Attorney
4    General to try to do something like this,"
5    before this meeting did you know that
6    Mr. Donziger had been working for a couple
7    of years trying to get the Attorney
8    General of Ecuador to take action?
9          MR. GOMEZ:  Objection,
10   privileged.
11         THE SPECIAL MASTER:  I'm going
12   to make it part of the -- I think I can
13   probably cut through all this and solve
14   the issue.
15         Mr. Kohn, did you see -- I may
16   have asked this question -- did you see a
17   film clip from the Crude outtakes in which
18   Mr. Fajardo says to the Attorney General
19   of Ecuador, in words or substance, that it
20   is part of the plaintiffs' legal strategy
21   to bring criminal charges against
22   Mr. Veiga and Pallares in order to put
23   pressure on Chevron to settle?
24         That's not an exact quote, I
25   don't believe, but it is the sum and
```

348

```
1          J. KOHN
2    substance of what that clip shows in my
3    recollection.  Have you seen that clip?
4          THE WITNESS:  I have not seen
5    that.
6          THE SPECIAL MASTER:  Were you
7    aware that Mr. Fajardo had said that to
8    the Attorney General of Ecuador?
9          THE WITNESS:  No, I was not
10   aware of the meeting or the conversation.
11         THE SPECIAL MASTER:  Were you a
12   participant in any such action?
13         THE WITNESS:  No.
14         THE SPECIAL MASTER:  Okay, we
15   don't have to reach, not through this
16   witness, the issue.  The matter is
17   unsealed.  Let's go on.
18   Q.      Mr. Kohn, I'm going to hand you
19   a document bearing the Bates number
20   KSG00015456, which is a July 25th e-mail
21   between yourself and Kjjjwm@aol.com.  We
22   will mark this document as Exhibit 4010.
23         (Plaintiff's Exhibit 4010
24   marked for identification.)
25         (Witness perusing document.)
```

349

```
1          J. KOHN
2    Q.      Mr. Kohn, have you seen Exhibit
3    4010 before?
4    A.      Yes.
5    Q.      Is this an e-mail that you
6    received on or about July 25th of 2008?
7    A.      Yes, I believe it is, yes.
8    Q.      Who is Kjjjwm?
9    A.      That is an e-mail address for
10   an individual named Patrick McCarthy.
11   Q.      And who is Mr. McCarthy?
12   A.      Mr. McCarthy is an old friend
13   and acquaintance who has had a varied
14   career and currently resides and works in
15   the Washington D.C. area.
16   Q.      What is his profession?
17   A.      He is sort of a consultant and
18   a strategist.  He did practice law for a
19   period of time.  He was a television
20   reporter for a period of time.  I don't
21   believe he does either.  He purports to be
22   a strategist or an advisor.  He will say
23   he is not a lobbyist if asked.  He is not
24   a registered lobbyist.  Businessman, he
25   has various business opportunities that he
```

350

J. KOHN

1  pursues.
2  Q.    Was he hired to -- was
3  Mr. McCarthy hired to work on the Ecuador
4  case?
5  A.    He was never hired. He would
6  volunteer thoughts from time to time.
7  There was one meeting, I recall, or lunch
8  that I had with him and Mr. Donziger,
9  Mr. Woods, Mr. Hillwig, to sort of kick
10 around ideas and it never got any further
11 than that.
12 Q.    In the first paragraph of
13 Exhibit 4010, Mr. McCarthy says "Joe, I
14 estimate that if you tried, you would have
15 a better than 50 percent chance of
16 enlisting Ecuador President Correa to
17 personally join with your plaintiffs in
18 filing suit in early September at The
19 Hague to have Chevron judged guilty of
20 genocide of indigenous people either under
21 a reckless negligence or manslaughter
22 theory."
23 Do you see that?
24 A.    Yes, I do.
25

351

J. KOHN

1  Q.    Was Mr. McCarthy ever
2  authorized to attempt to reach out to the
3  Republic of Ecuador President Correa to do
4  a joint action?
5  A.    No, certainly not by me, and I
6  don't believe he had any other independent
7  contact with anyone else on the plaintiff
8  group. The one lunch with Mr. Donziger,
9  Mr. Donziger was on his cell phone for 70
10 percent of the lunch and didn't have any
11 particular interest in even hearing ideas
12 that this gentleman might come up with.
13 Q.    Was any action taken by anyone
14 else on Mr. McCarthy's idea to do joint
15 litigation with the ROE?
16 A.    No.
17 Q.    The Rainforest Action Network,
18 are you familiar with that organization,
19 Mr. Kohn?
20 A.    Somewhat yes. Somewhat
21 familiar, yes.
22 Q.    Did Kohn Swift & Graf fund any
23 of the Rainforest Action's activities
24 while involved with the Ecuador
25

352

J. KOHN

1  litigation?
2  A.    It is possible. I don't recall
3  it off the top of my head. My
4  recollection at this moment would be no
5  but I could be mistaken about that. There
6  may have been some contribution.
7  Q.    Did you have any control over
8  or input into any publications put out by
9  the Rainforest Action Network that related
10 to litigation in any way?
11 A.    No.
12 Q.    Do you know whether anyone else
13 on the plaintiffs' team did?
14 A.    I do not know whether anyone
15 did. I think my answer would be similar
16 to the answers about Amazon Watch, that
17 Rainforest Action Network is an
18 independent, preexisting organization that
19 has a multitude of projects or interests.
20 There was a project or I'm
21 aware that there was some meetings and
22 communications between Donziger,
23 Mr. Woods, other environmental groups, to
24 see if Rainforest Action Network would be
25

353

J. KOHN

1  more vocal, if there are other things they
2  could do with respect to this situation,
3  and I'm not sure how far this ever got.
4  I think it sort of tailed off around the
5  time that we withdrew in '09.
6  MS. NEUMAN: I'm going to mark
7  as Exhibit 4011 a document entitled
8  Agreement to Dispute a Case Against
9  Chevron Texaco, Now Chevron, in Ecuador,
10 bearing the Bates numbers DONZ00014089
11 through 14092. It includes both an
12 English and Spanish version of the
13 document.
14 (Plaintiff's Exhibit 4011
15 marked for identification.)
16 MS. HAMILL: And the English
17 version is a translation that's been done
18 in the course of this litigation; is that
19 correct?
20 MS. NEUMAN: No, I believe it
21 is part of the agreement and was produced
22 by Mr. Donziger. Because it has separate,
23 unique Bates numbers.
24 MR. GOMEZ: I'm sorry, what is
25

**89 (Pages 350 to 353)**

354

```
1              J. KOHN
2    this marked?
3         MS. NEUMAN:  4011.
4         Q.    Is this your signature,
5    Mr. Kohn, on the last page of Exhibit
6    4011?
7         A.    Yes.
8         Q.    And is this a fee agreement
9    that you and Mr. Donziger entered into in
10   2006 with the FDA, the FEINCE Cofan
11   organization and the ONISE Secoya
12   organization?
13        A.    Yes.
14        Q.    Were you involved in the
15   negotiation of this agreement with those
16   organizations?
17        A.    No.
18        Q.    Who negotiated this agreement?
19        A.    The original operative terms
20   were negotiated by Mr. Bonifaz with these
21   individuals, and there is a predecessor
22   document to this at the time of the action
23   being filed in 2003.
24             This document, which was simply
25   with these plaintiff organizations, our
```

355

```
1              J. KOHN
2    law firm and Mr. Bonifaz's law firm, this
3    document is essentially the same as the
4    earlier one, but it adds Mr. Donziger as a
5    separate retained lawyer or firm.
6         Q.    And was that --
7         A.    So, again, I would say
8    Mr. Bonifaz negotiated the original one.
9    Mr. Donziger was involved in the
10   preparation and request to the plaintiffs
11   to enter a new agreement that had him
12   listed as a separate lawyer or law firm
13   separate from Bonifaz.
14        Q.    And in this agreement, at
15   paragraph 3, it provides that the legal
16   fees, "the percentage will range between
17   10 and 25 percent of the monetary value
18   obtained as a result of the litigation or
19   a settlement.  The exact percentage to be
20   paid to the attorneys will be determined
21   by them on the basis of the nature of
22   their efforts and in relationship with the
23   monetary amount obtained as a result of
24   the litigation or settlement."
25             Do you see that?
```

356

```
1              J. KOHN
2         A.    Yes.
3         Q.    Were those provisions in the
4    original agreement that you would get
5    between 10 and 25 percent, as you, the
6    lawyers, decided?
7         A.    Yes.  There may have been a
8    word or two, but the concept was certainly
9    in the original agreement.  That range and
10   the notion that the lawyers would make
11   that determination based on the history of
12   the case or how it unfolded.
13        Q.    So the only change between the
14   original agreement and Exhibit 4011 was
15   the fact that Mr. Donziger was included,
16   in addition to yourself and Mr. Bonifaz,
17   as one of the attorneys entitled to the
18   percentage fee?
19        A.    That was certainly the reason
20   for the new document, as I understand it.
21   It is the principal addition.  There may
22   be some other more stylistic or less
23   substantive additions to the document.
24        Q.    And was Mr. Donziger not
25   included in the prior agreement at all?
```

357

```
1              J. KOHN
2         A.    The original agreement was
3    between the plaintiff -- these plaintiff
4    organizations, our law firm and
5    Mr. Bonifaz's law firm.
6              So, again, whether Donziger was
7    part of the Bonifaz firm at the time I
8    don't really know or have that
9    understanding.  I thought he was at the
10   time we were working together.  Then
11   there was this rift and this is at or
12   about the time that Mr. Bonifaz's
13   representation was coming to an end.
14        Q.    Mr. Bonifaz's representation of
15   the plaintiffs ended in February 2006; is
16   that right?
17        A.    I would have to check that
18   date.  I know there is -- I believe there
19   is a letter from the plaintiff
20   organizations terminating Mr. Bonifaz's
21   representation.  I don't know what the
22   date of that was.  Again, my recollection
23   was there would have been more space
24   between this document and that document.
25        Q.    If you look at the last page of
```

**VERITEXT REPORTING COMPANY**

212-267-6868          www.veritext.com          516-608-2400

358

J. KOHN

1
2  the document, Mr. Donziger's signature is
3  dated April of 2006.
4      A.    Yes, I see that.
5      Q.    Do you know when you signed
6  this document?
7      A.    I do not.
8      Q.    Is it accurate at this point in
9  time, early 2006, Mr. Donziger was able to
10  successfully negotiate with the
11  plaintiffs' group, adding himself to the
12  attorney fee agreement for the Ecuador
13  case?
14      A.    Yes, absolutely.
15      Q.    And as I understand it, you
16  weren't involved in those negotiations; is
17  that right?
18      A.    Correct.
19      Q.    And do you know whether or not
20  Mr. Bonifaz was involved in those
21  negotiations?
22      A.    I do not know one way or the
23  other whether he was.
24          MS. NEUMAN: I'm going to mark
25  as Exhibit 4012 what purports to be the

359

J. KOHN

1
2  Executive Committee of the Assembly of the
3  Victims of Texaco Resolution dated
4  February 10th, 2006.
5          (Plaintiff's Exhibit 4012
6  marked for identification.)
7      Q.    Is Exhibit 4012, Mr. Kohn, the
8  document that you were referring to as
9  firing Mr. Bonifaz?
10      A.    This appears to be an English
11  translation of it. I believe there is a
12  Spanish original.
13      Q.    What led to -- let me withdraw
14  that.
15          Was Mr. Donziger involved in
16  having Mr. Bonifaz fired in 2006?
17          MR. GOMEZ: Objection, vague,
18  and privileged.
19          THE SPECIAL MASTER: The
20  termination of a lawyer is not a
21  privileged matter.
22      A.    I don't know that he was
23  involved in the narrow final decision as
24  referenced in this translation of these
25  resolutions.

360

J. KOHN

1
2          He certainly was involved in
3  the day to day operation of the
4  proceedings in Ecuador and the management
5  of that, and there was a rift that
6  occurred between the plaintiffs and
7  Mr. Bonifaz on the one hand, between the
8  plaintiffs and Mr. Donziger on the one
9  hand and Mr. Bonifaz on the other hand,
10  and I'm not sure whether that was
11  occurring before Mr. Donziger was spending
12  that time there, whether his participation
13  led to it in some way.
14          I was not apprised of any
15  speculation or gossip about this
16  happening. I sort of heard about it as,
17  you know, a fait accompli, or sort of the
18  rift had occurred, the disillusionment of
19  the plaintiffs with Mr. Bonifaz had
20  occurred when I heard about it the first
21  time.
22      Q.    Did you know that Mr. Bonifaz
23  was going to be fired before he was fired
24  or did you not know it until he was fired?
25      A.    I may have known about it --

361

J. KOHN

1
2          MR. GOMEZ: Objection,
3  privileged.
4          THE SPECIAL MASTER: She is
5  only asking whether he knew about it.
6  There is no privilege here.
7      A.    I remember receiving a call
8  from Mr. Bonifaz and he said he was --
9  kind of chuckling when he said it -- he
10  said Joe, I got a letter from all the
11  plaintiffs firing me.
12          So in some sense I didn't know
13  that it had reached that level. I believe
14  I had some sense that there was some
15  disillusionment or that something like
16  that could happen if things didn't change
17  or if people couldn't get their heads
18  together, but I sort of remember that that
19  piece struck that that was news when he
20  called me and told me that he actually
21  received some communication.
22      Q.    When Mr. Wray transitioned off
23  the case, that was also in 2006, correct?
24      A.    I don't remember him ever,
25  quote, transitioning off the case. My

362

J. KOHN

1 understanding of Mr. Wray's role,
2 Dr. Wray's role, was he was very much
3 involved in what I call the first phase of
4 the trial and he actually made the
5 presentations and the legal arguments to
6 the court.
7 He then was gradually less
8 involved as we moved into the inspection
9 phase. The attorney from his office,
10 Monica, was involved at the beginning of
11 that process. I always understood that he
12 was still involved in the case, and it was
13 represented to us that if there were --
14 certainly if there were appellate
15 arguments that he would be somebody who
16 would participate, if there was going to
17 be a final argument in terms of the final
18 presentation or the phase three of the
19 case, I understood that he would be
20 involved with that.
21 But he transitioned off the
22 active day to day litigating. He was no
23 longer going to Lago Agrio for the
24 proceedings and inspections, etc.

363

J. KOHN

1 Q. You understood that in Lago
2 Agrio, outside of the case, Mr. Wray was
3 counsel of record, he was the one with the
4 plaintiffs' power of attorney, correct?
5 A. Yes.
6 Q. Did you also understand that in
7 2006 the plaintiffs gave a power of
8 attorney -- revoked the one they had given
9 to Mr. Wray and gave their power of
10 attorney to Mr. Fajardo to appear as
11 counsel of record in the case?
12 A. I did not know that detail or
13 that there was a revocation of Mr. Wray or
14 Dr. Wray's representation and I'm not sure
15 whether that would have been a formality
16 of a lawyer entering an appearance and
17 someone else withdrawing an appearance in
18 a litigation, but still being involved in
19 a case or still having a representation
20 under their procedures.
21 I never understood that Wray
22 had been terminated, fired, out of the
23 case the way Bonifaz was; quite the
24 contrary, I thought he remained involved,

364

J. KOHN

1 he was not going to be involved in the day
2 to day, he was not going to go out and do
3 the inspections.
4 Q. Were you involved in the
5 decision to make Mr. Fajardo counsel of
6 record for the plaintiffs, their lead
7 plaintiff -- their lead lawyer during this
8 inspection phase of the case?
9 A. No. I was aware of his efforts
10 and his work and how he had kind of earned
11 and worked and assumed that role. But I
12 was not involved in any decision-making to
13 make a change or to say he should be in
14 that role.
15 I was informed of that, I was
16 informed, again, through Mr. Donziger of
17 periodic developments in the case and the
18 progress of the case, and, you know, first
19 heard that there was this new, young
20 lawyer who was throwing himself into the
21 case, Mr. Fajardo, and doing a great job,
22 and working hard on it, and bright, and
23 all those kinds of things.
24 Q. You understood Mr. Fajardo had

365

J. KOHN

1 graduated from law school in 2004?
2 A. I'm not sure I knew that date.
3 I knew he was a young lawyer. I didn't
4 know that he was that recent of a grad.
5 Q. And did there come a time that
6 you saw that Mr. Fajardo had taken a lead
7 role in Ecuador, had become the face of
8 the plaintiffs' case?
9 A. I understood that as part of
10 the judicial inspection process. I think
11 I certainly had some understanding of that
12 prior to the Vanity Fair article. I
13 don't recall when that article came out,
14 but I knew, you know, of his role some
15 period of time before that date, if that
16 ties it into a date.
17 Q. In your understanding, he had
18 no significant litigation experience
19 outside of this case?
20 A. Right.
21 Q. You mentioned earlier when your
22 team was trying to work with Mr. Donziger
23 to get the materials they needed to draft
24 the final submission; do you recall that?

**92 (Pages 362 to 365)**

366

J. KOHN

1
2     A.     I recall the general topic in
3  that time period and it was not just for
4  the final submission issue, it was for
5  others, so it would just be a little
6  broader, but yes, I remember that general
7  topic.
8     Q.     Did Mr. Donziger ever make any
9  representations to you about whether in
10  Ecuador you could submit proposed
11  judgments?
12     A.     No, I don't recall discussing
13  it at that level that you could or could
14  not.  We were at the rudimentary stage
15  before that of trying to understand what
16  in fact were the procedures in Ecuador.
17  That was item one on the agenda, we had to
18  try to meet with the lawyers in Ecuador,
19  how does this process work.  I was
20  curious, you know, what does a judgment
21  look like in other cases.  What would a
22  court order or verdict or resolution of a
23  case look like in an automobile accident
24  case or some factory explosion.
25     I mean, that was the kind of

367

J. KOHN

1
2  basic questions we wanted to ask.  I think
3  we did in fact pose them to Donziger, the
4  kind of thing we wanted to explore with
5  Professor Gidi, etc., what are the
6  procedures and how do we comply with them,
7  how do we do the best job for the clients
8  under those rules.
9     Q.     Did anyone at Kohn Swift & Graf
10  get to the point of drafting a proposed
11  judgment or proposed findings of facts and
12  conclusions of law, anything like that?
13     A.     Nope.  We couldn't get the sort
14  of fundamental questions answered.  We had
15  some discussion I recall with Donziger and
16  Woods.  I didn't know whether this is --
17  whether it was something that an initial
18  decision would be made just with respect
19  to liability and there would be a whole
20  other phase of damages.
21     I didn't know if there would be
22  a procedure whereby there just might be a
23  total dollar verdict with a subsequent
24  kind of remedy phase where you go and
25  determine or get other submissions or

368

J. KOHN

1
2  other litigation around how you would
3  implement that sort of thing.  We couldn't
4  get to first base on having those kinds of
5  discussions.
6     (Plaintiff's Exhibit 4013
7  marked for identification.)
8     MS. NEUMAN:  I'm going to hand
9  the witness a document that I'm going to
10  mark as 4013.  It is entitled Selva Viva,
11  CIA LTDA Expenses Report, Period:
12  December 24th, 2006 through March 23rd,
13  2007.
14     It bears the Bates numbers
15  KSG00125011 --
16     MR. GOMEZ:  Could we have a
17  reading of the time, please?
18     MS. NEUMAN:  -- through KSG
19  001215208.
20     THE VIDEOGRAPHER:  Six hours
21  and 34 minutes so far.
22     Q.     Mr. Kohn, you testified earlier
23  about accountings that you would get
24  periodically from the Selva Viva entity to
25  account for the monies that Kohn Swift &

369

J. KOHN

1
2  Graf was transferring into their bank
3  account.  Do you recall that?
4     A.     Yes, I do.
5     Q.     Is Exhibit 4013 one of those
6  accountings?
7     A.     Yes, it is.
8     Q.     And they would be prepared by
9  or at least signed by Mr. Yanza as Exhibit
10  4013 is signed?
11     A.     Yes.
12     Q.     Looking at the categories of
13  expenses on the first page of 4013, it
14  appears that Kohn Swift & Graf was paying
15  essentially all of the expenses of the
16  legal team in Ecuador, including their
17  rent, their food and lodging, office
18  maintenance, office cleaning, office
19  supplies.  Do you see that?
20     A.     Yes.
21     Q.     And was that your understanding
22  when you were funding Selva Viva that you
23  were providing them, the legal team down
24  there, with office space and compensation
25  and everything they needed to operate an

93 (Pages 366 to 369)

370

J. KOHN

1 office?
2
3    A.    Yes, that sort of developed
4 over the time of the case.  Initially,
5 again, initially Dr. Wray's office was
6 involved.  I believe that some of the
7 payments to Dr. Wray that you saw in one
8 of the earlier exhibits today would have
9 been reimbursement for some of those
10 litigation-related expenses, the travel to
11 Lago, etc.
12    Then this began on a more
13 sporadic basis of, you know, we need a new
14 computer system or we need, you know, X, Y
15 or Z.  So we were sort of piecemeal making
16 those kind of decisions.  Then it evolved
17 to well, let's have a more
18 institutionalized, this is a monthly bill
19 or overhead to run the office that is
20 working full time on this matter and let's
21 set a monthly rate now that may have a
22 little bit of leeway or if some emergency
23 comes up or you need to buy some new
24 equipment or your telephones break that
25 you don't have to send something to our

371

J. KOHN

1
2 office and wait to have it done.
3    Then these reports would come
4 in in kind of a spiral bound, actually in
5 their original form appeared to be thicker
6 than this, somehow they seem a little more
7 thinner paper, more efficiently.  I guess
8 if some of these were the original
9 receipts they would have, you know, text
10 or two that you don't have here.  Then
11 these would come -- they were coming on a
12 regular basis.  There would be some
13 periods where they would lag, they would
14 catch up, and then at the end, there was
15 that big gap at the end.
16    Q.    Now, we, in reviewing the
17 documents that you made available to us,
18 could not find a Selva Viva accounting for
19 any time period after September 2007.
20    Do you recall receiving Selva
21 Viva accountings after September 2007?
22    A.    As I sit here now, I don't have
23 a specific recollection of them coming
24 after 2007, but I would say that that also
25 surprises me.  I thought it was later in

372

J. KOHN

1
2 the process that we began to say, you
3 know, that this lag time was beyond now
4 just kind of well, it takes us some time
5 to pull the records together or we are
6 shipping them or that kind of thing.
7    So, again, my sense was we
8 have -- we did receive reports after 2007.
9 It would just be surprising to me it was
10 that long a period of time.
11    Q.    And if you did receive those
12 reports and they weren't produced, do you
13 know why that would be?
14    A.    I do not know why that would
15 be.
16    Q.    Now, when you sent Selva Viva
17 money, we talked about that they had a
18 Banco Pichincha account and Kohn Swift &
19 Graf would transfer money to that account,
20 do you recall that?
21    A.    Yes.
22    Q.    In August of 2007, after
23 Cabrera had been appointed, there came a
24 time where your assistant, I believe her
25 name was Karen Wilson; is that right?

373

J. KOHN

1
2    A.    Yes, uh-huh.
3    Q.    Was asked to transfer money to
4 a different account, an account with a
5 different number.  Do you recall that
6 generally?
7    A.    I recall that generally, yes.
8    Q.    What explanation were you given
9 as to why money needed to go to a second,
10 different account in August and September
11 of 2007?
12    MR. GOMEZ:  Objection,
13 privileged.
14    THE SPECIAL MASTER:  First of
15 all, I don't think it is privileged.  It
16 is no more privileged than these invoices,
17 than any expense report -- expenses report
18 that is on any law firm bill to a client
19 and any different from a notation on a law
20 firm bill that says please remit to
21 account number such and such by wire
22 transfer at such and such bank in Des
23 Moines, Iowa, unless there is something
24 the matter with these transfers.
25    So either it is going to be

94 (Pages 370 to 373)

374

J. KOHN

1
2   entirely unprivileged because it is just
3   routine expenses and no more privileged
4   than any law firm issuing a bill for
5   expenses and disbursements to a client, or
6   vice versa, or it is initially privileged
7   and subject perhaps to a crime-fraud
8   exception, depending on the uses to which
9   the money is put.
10          So let's start with the easier
11  version and see whether or not it can
12  be -- the crime-fraud issue can be avoided
13  and let's see what the explanation is
14  first.
15          MS. HAMILL:  Do you remember
16  the question?  Do you want it read back?
17      Q.     What explanation were you given
18  as to why money needed to go to a second,
19  different account in August and September
20  of 2007?
21      A.     There was an explanation that
22  Donziger provided by e-mail to Ms. Wilson,
23  possibly also to Ms. Kenny, the
24  bookkeeper, in response to their e-mail
25  request which was simply this is a

375

J. KOHN

1
2   different account number, why is this a
3   new account, or they may have been making
4   sure do they have the correct information.
5   They just know that it was different than
6   where the other transfers had gone.
7          There was an e-mail response
8   from Donziger that essentially stated this
9   is just another account that Selva has
10  opened and it is otherwise being handled
11  in the same manner and Mr. Yanza will
12  provide the backup as he has been doing
13  for the other account.
14          I have some recollection that
15  Karen Wilson or Kathy Kenny just kind of
16  let me know, did you see this, this is why
17  this is a new number, kind of if I had
18  asked about it, this is why -- this a new
19  account, this is what Steven would have
20  referred to them.  And I have some vague
21  recollection that there might have been a
22  phone call with Donziger directly to me at
23  or about this time saying did Karen and
24  Kathy understand, this is just a new
25  account, the same bank.

376

J. KOHN

1
2          It was almost presented in the
3   sense of, you know, like our checkbook is
4   so screwed up on the first account I have
5   got to open up a second account, or I'm
6   having some dispute with the bank on the
7   one account, or it got better, you know,
8   there was some promotion the bank was
9   doing and they just opened another
10  account.  It was just presented as a very
11  ministerial issue.  And I'm sure you have
12  the e-mail back and forth on that.
13      Q.     We do, the e-mail with
14  Mr. Donziger and your assistant.
15          At the time of the second
16  request, September 12th of 2007,
17  Mr. Donziger's expense reports indicate
18  that he was meeting with you on that day
19  in Philadelphia.
20          Do you recall discussing the
21  issue with him in person of the second
22  account?
23      A.     No.
24      Q.     Do you recall any specific
25  representations he made to you, whether

377

J. KOHN

1
2   they were over the phone or in person,
3   regarding the need for the account or
4   the -- let me rephrase that.
5          You said that you had the
6   impression that the opening of the second
7   account was ministerial.
8          Did you get that impression
9   from Mr. Donziger?
10      A.     I got it certainly from the
11  e-mail and then secondly from my
12  recollection which was that it was a
13  follow-up phone call, it might have been
14  in person, I'm pretty sure it was a phone
15  call, but I believe it was just kind of do
16  Karen and Kathy understand any other
17  issues or any other questions about this
18  different account number.  And that was
19  the -- that was the end of it.  I didn't
20  think about it any further.
21      Q.     Did Mr. Donziger ever disclose
22  to you that the second account was being
23  opened to make payments to Mr. Cabrera
24  outside the court process?
25      A.     Certainly not.

378

1          J. KOHN
2     Q.    Are you aware that $33,000 of
3  $50,000 that Kohn Swift & Graf deposited
4  in the second account were paid to
5  Mr. Cabrera and that those monies were
6  never disclosed to the court?
7     A.    I am not aware of that.  I
8  understand that that's a claim and a
9  charge that is being made, but I certainly
10 did not know about it at the time.  I did
11 not know about it until it was made by
12 Chevron in this matter.
13    Q.    Do you have any understanding
14 that Banco Pichincha has now produced the
15 records for those accounts and it shows
16 the payment to Mr. Cabrera out of the
17 second secret account?
18    A.    I understood that there was
19 subpoenas to that bank.  I didn't know how
20 that ultimately was resolved and I was
21 never told that it was a, quote, secret
22 account.  I was never told to keep it
23 secret.
24          I was just told, you know, we
25 either changed banks or we just got a new

379

1          J. KOHN
2  account with the same bank, plus you have
3  a savings account and a checking account
4  at the same bank or you have an ATM card
5  with the bank, but you also have another
6  account.  It was very much in that vein.
7     Q.    You testified that Mr. Donziger
8  lied to you, and that had he not been
9  lying to you, you would have not continued
10 paying his fees.
11    A.    This would be another example,
12 yes.
13    Q.    Did you continue to pay
14 Mr. Donziger on the basis of statements
15 that you now know to be false?
16          MR. GOMEZ:  Objection, vague.
17    A.    We made payments during the
18 period after, yes, he was directly asked
19 about some of these issues, and in
20 hindsight I see did not give truthful
21 answers or gave completely false answers.
22          We certainly made payments
23 after the opening of this second bank
24 account, and when asked by albeit
25 administrative staff what's the reason,

380

1          J. KOHN
2  there was not an honest answer.  Then
3  there was a reaffirmation by him of the,
4  you know, the ministerial type answer.
5          So the answer to your question
6  is yes.
7          MS. NEUMAN:  I'm going to give
8  the witness a document I'm going to mark
9  as Exhibit 4014.  It bears the Bates
10 numbers KSG00170293 through KSG00170404
11 and is entitled Date: 9-23-2010 Pro Forma
12 Statement as of 9-20-10, Texaco-Ecuador
13 POLLU.
14          (Plaintiff's Exhibit 4014
15 marked for identification.)
16    Q.    Mr. Kohn, is Exhibit 4014 a
17 document prepared by Kohn Swift & Graf?
18    A.    Yes, it is.
19    Q.    And is it a document setting
20 forth expenses incurred in connection with
21 the Ecuador litigation?
22    A.    Yes.
23    Q.    The descriptions that go along
24 with the payments, are those descriptions
25 taken off the invoices that are provided

381

1          J. KOHN
2  to Kohn Swift & Graf?
3     A.    I believe these descriptions
4  are taken off the law firm's internal
5  disbursement memorandum which would
6  summarize or refer to or attach the
7  underlying invoice from the third party.
8          So the court reporter sends a
9  bill for the transcript, we would have the
10 bill from the court reporter, then there
11 is an internal little cover page that is
12 prepared, it is called a disbursement memo
13 that would say please draw a check to the
14 court reporter for deposition on this
15 date.
16          Now, some of those may have
17 more detail than others given the person
18 who prepares the disbursement memo, some
19 being more effusive in their descriptions
20 than others.
21    Q.    And to the extent you've got a
22 disbursement to Mr. Donziger and it
23 describes what he was doing, is that a
24 description that he would provide?
25    A.    Well, for the most part his

96 (Pages 378 to 381)

382

J. KOHN

1   invoices to us for the time or the fee
2   advance did not have much detail.  The
3   expenses did have detail.
4   Q.     But if the expenses said
5   payment to Steven Donziger for meeting
6   with so and so, would he be providing the
7   description of meeting with so and so?
8   A.     Yes.
9   Q.     And is this document, Exhibit
10  4014, a document that is kept in the
11  ordinary course of the Kohn Swift & Graf
12  firm's operations?
13  A.     All the information is.  The
14  documents are not necessarily printed
15  unless there is some request or need to do
16  so.
17  Q.     They are normally kept on your
18  system?
19  A.     Kept on the system, and there
20  is different ways to organize them by the
21  type of expense, which this appears to be,
22  as well as chronologically, you will see
23  all the postage is listed, all the, what
24  have you, but you could just do it I
25

383

J. KOHN

1   believe chronologically by each expense or
2   otherwise.
3   Q.     And the expense is entered when
4   the payment is made or the request for
5   payment is made?
6   A.     Good question.  Probably when
7   the check is -- I would believe when the
8   check is released by the bookkeeping
9   department to be sent.  But it is possible
10  it is when the disbursement memo is, and
11  then sometimes, you know, a bundle of
12  checks may sit for some period of time.
13  So there may be some that are entered and
14  mailed later.
15  Q.     And based on your experience,
16  are these records kept accurately at Kohn
17  Swift & Graf in terms of it shows you paid
18  an expense of someone on this case and
19  that is what you did?
20  A.     Yes, a great deal of our firm's
21  practice has been in situations where
22  courts have reviewed and/or approved fees
23  and expenses at the conclusion of the
24  case, so these are systems that have been
25

384

J. KOHN

1   in place for a long time, and I don't
2   believe there is ever been any question
3   about the firm's expense reimbursements in
4   cases.  They are of public record.
5   Q.     Have you taken any action
6   against Mr. Donziger based on his
7   misrepresentations to you and his
8   obtaining funds from you under false
9   pretenses?
10  A.     Yes.
11  Q.     What have you done in that
12  regard?
13  A.     We instituted a legal action in
14  the state court in Philadelphia,
15  Pennsylvania under a procedure in
16  Pennsylvania state practice, and then
17  shortly thereafter we entered into a
18  tolling and standstill agreement with
19  Donziger and his various law firm
20  entities, and then I think that, what they
21  call a writ of summons is the procedure to
22  initiate the action, and then that was
23  withdrawn, and at this point the tolling
24  agreement is still in place.
25

385

J. KOHN

1   Q.     What is the nature of the
2   action that you filed?  What are you suing
3   him for?
4   A.     Again, this procedure does not
5   require the filing of a complaint.  It
6   simply can be the writ of summons.  But
7   the claims would have been for torts and
8   contractual violations.
9   THE SPECIAL MASTER:  When was
10  that action instituted, sir?
11  THE WITNESS:  I believe in the
12  spring of 2012.  I think it was prior to
13  -- two years from the time that the 1782
14  proceedings with Stratus were beginning to
15  get under way or were revealing
16  information.
17  Q.     You mentioned a couple of times
18  the Calmbacher deposition and no one
19  appearing on behalf of the plaintiffs.
20  A.     Yes.
21  Q.     Did you ever have any
22  discussions with Mr. Donziger about why no
23  one appeared on behalf of the plaintiffs?
24  A.     I know I mentioned it at the
25

97 (Pages 382 to 385)

386

J. KOHN

1  meeting at the Susman firm in March of
2  2010.  I don't think there was necessarily
3  a clear response other than --
4        MR. GOMEZ:  Objection,
5  privileged.
6        THE SPECIAL MASTER:  Wait a
7  minute.  Wait one second.  I need to hear
8  the answer to hear whether the
9  communication was in furtherance of the
10  fraud.
11     A.    I believe the response --
12        THE SPECIAL MASTER:  Wait a
13  minute.  I think I need to hear it in
14  camera.  That is to say they need to leave
15  the room.
16        This is at a time notice that
17  was covered by the period -- while the
18  proceeding in Colorado, the 1782
19  proceeding in Colorado was going on, and
20  that is one of the specifications of
21  fraudulent conduct or potentially
22  fraudulent conduct that Judge Kaplan has
23  made.
24        MS. NEUMAN:  This is, though,

387

J. KOHN

1  your Honor, after the Kohn Swift & Graf
2  firm has withdrawn, and he previously
3  testified about the majority of what went
4  on in this meeting.  So I'm not sure why
5  this one --
6        THE SPECIAL MASTER:  The rest
7  of it is either privileged or not.  That
8  is water under the dam.  But this one I
9  think -- I would like to hear the answer
10  before I go further.
11        (Ms. Neuman, Mr. Stavers and
12  Mr. Martin depart the room.)
13        MS. HAMILL:  Can you for my
14  benefit read back the question, please.
15        (The record was read.)
16     A.    Very briefly, at the meeting at
17  the Susman firm in the spring of 2010, my
18  recollection is I pointed that out or
19  certainly it was in connection with -- I
20  explained I had spoken with the lawyer at
21  the Constantine firm, and my recollection
22  is Donziger had kind of a well, you know,
23  we are getting reorganized, we are kind of
24  screwed up, but those kind of things won't

388

J. KOHN

1  happen in the future, something to that
2  effect.
3        THE SPECIAL MASTER:  All right,
4  bring them in.  I don't think that is
5  privileged.
6        (Ms. Neuman, Mr. Stavers and
7  Mr. Martin return to the room.)
8        THE SPECIAL MASTER:  You can
9  read the answer.  It is not privileged.
10  BY MS. NEUMAN:
11     Q.    Did Mr. Donziger ever discuss
12  with you at any time his conversation with
13  Dr. Calmbacher before his deposition in
14  which he discouraged him from testifying?
15     A.    Nope.
16     Q.    Mr. Russell, who was the
17  original person in charge of the
18  plaintiffs' inspections in Ecuador, was
19  fired by Mr. Donziger.
20        Do you recall that?
21     A.    Well, I remember a couple of
22  things.  I remember that Mr. Russell
23  stopped work on it.  I don't know if he
24  quit or was fired or had some other, you

389

J. KOHN

1  know, mutual separation.
2        And I'm not 100 percent clear,
3  I guess he was there at the beginning of
4  the inspection process, not just in the
5  earlier phases.
6     Q.    To the extent Mr. Donziger --
7        THE SPECIAL MASTER:  Ms. Neuman,
8  you have a two-minute warning.
9        MS. NEUMAN:  Thank you.
10     Q.    To the extent Mr. Donziger
11  hired and fired people like Mr. Russell,
12  Mr. Calmbacher, Mr. Castro, who were
13  involved in and running the judicial
14  inspections in Ecuador, were those actions
15  he took of his own accord or did he
16  consult you first before hiring or firing
17  those individuals?
18        MR. GOMEZ:  Objection, assumes
19  facts.
20        THE SPECIAL MASTER:  No, it was
21  saved by "to the extent."  It is as if she
22  added the words "if any."  It begins with
23  the words "to the extent that."
24        MR. GOMEZ:  This is a

98 (Pages 386 to 389)

390

```
 1              J. KOHN
 2  hypothetical?
 3          THE SPECIAL MASTER:  No, "if
 4  any."  It is like adding the parenthetical
 5  "if any."  That is to say if he did that,
 6  if he was doing that.  Go ahead, answer
 7  the question.  It is not a hypothetical.
 8      A.      In certain situations I was
 9  consulted before engagement of these types
10  of individuals or professionals were made,
11  certainly before Mr. Russell got involved.
12          I have a recollection I was
13  aware of it and consulted and agreed to
14  move forward with Mr. Russell.  I don't
15  remember a specific situation with a
16  Mr. Calmbacher.  I think sort of once the
17  system was in place with Mr. Russell, if
18  he had subcontractors or people working
19  for him, I wouldn't necessarily be
20  informed of those or preapproved those
21  things.
22          In the cases of the discharge
23  or the termination or the firing, I was
24  not consulted before those events.  I
25  would be made aware of them.  And then
```

391

```
 1              J. KOHN
 2  later I think I cited some examples where
 3  in certain situations Mr. Donziger was
 4  making commitments and promises to people
 5  that I was not preinformed about, but
 6  informed later and then told that they
 7  needed some funding or some budget for
 8  some decision that had already been made.
 9  So it is a mixture.
10      Q.      You are aware that Mr. Donziger
11  testified before the Lantos Commission?
12      A.      I remember a committee or a
13  meeting room in Washington D.C.  Is that
14  what you are referring to?  It is a
15  one-day or a one-morning event, yes.
16          THE SPECIAL MASTER:  You have
17  one last question.
18          THE WITNESS:  This will be a
19  compound question.  Strike that.
20      Q.      In your view, could the
21  plaintiffs ever accurately portray
22  Mr. Cabrera as independent, an independent
23  expert or a special master?
24          MR. GOMEZ:  Objection.
25          THE SPECIAL MASTER:  The
```

392

```
 1              J. KOHN
 2  objection is well taken.  That's
 3  argumentative at least.  Okay, that is it.
 4  Thank you very much, Mr. Kohn.
 5          MR. GOMEZ:  I have some
 6  questions.  In addition, I do want to make
 7  a motion.  I will start with the motion.
 8          THE SPECIAL MASTER:  Start with
 9  the motion.
10          MR. GOMEZ:  My motion is we
11  have had --
12          MS. NEUMAN:  The witness?
13          MR. GOMEZ:  Perhaps the witness
14  should step out.
15          (Witness departs the room.)
16          MR. GOMEZ:  In anticipation of
17  this deposition, we entered into a 502
18  stipulation.  A 502 stipulation permitted
19  the use of certain documents with the
20  reservation of rights.  That document
21  speaks for itself and everyone here is
22  aware of it, and we have allowed the
23  deposition to proceed today in the
24  interest of good faith.
25          Mr. Kohn has testified to
```

393

```
 1              J. KOHN
 2  numerous questions regarding his mental
 3  impressions of the Lago Agrio litigation,
 4  and many of those impressions arise out of
 5  questions that originated with the
 6  documents that were the subject of the
 7  502.
 8          My motion is to, at this time,
 9  is to strike all of the testimony
10  regarding his mental impressions of such,
11  or, in the alternative, to preserve, as
12  per the 502 agreement, my clients'
13  objections.  That's my motion.
14          THE SPECIAL MASTER:  The motion
15  is denied.
16          Number one, I couldn't help but
17  notice, Mr. Gomez, that in the last two
18  days, approximately 30 documents in the
19  502 dealing with Ms. Garr and Mr. Cohen
20  were introduced.  You objected to the
21  introduction of exactly one out of the 30.
22  While the 502 preserves your privilege,
23  when it comes time, as it did come time to
24  introduce them, as you did in the case of
25  the McDermott deposition, if you want to
```

99 (Pages 390 to 393)

394

J. KOHN

1   J. KOHN
2   preserve the privilege, you have to assert
3   it at the use of the document.
4         Those documents -- and you did
5   it in one instance in connection with the
6   Garr deposition yesterday and you did it
7   numerous times in connection with the
8   McDermott deposition.  But you do have to
9   assert, notwithstanding the 502, you have
10  to assert the privilege if you want to
11  maintain it.
12        And the reason I was going to
13  raise this with you, because I was
14  wondering what it is you were doing here
15  and why it is, if you are still doing it,
16  why it is you are going to be making me go
17  through a bunch of documents, 400 plus,
18  for review when the most important of
19  them, the 29 most important were not
20  objected to when they were introduced
21  today.
22        So I haven't gone to the issue
23  of total waiver yet, but you certainly had
24  an obligation to assert the privilege, as
25  you recognized yesterday in one instance

395

J. KOHN

1   J. KOHN
2   with Ms. Garr and as you did in many
3   instances with Mr. McDermott.  The 502
4   doesn't relieve you of the obligation to
5   assert the privilege, if you have one,
6   when the document is introduced and is
7   first used.  You didn't assert any
8   privilege today at all.  That's number
9   one.
10        Number two, had you, in
11  connection with the testimony, asserted
12  privilege with respect to his mental
13  impressions, I would have dealt with it as
14  I have in the past.  For example, as I did
15  yesterday, I might well have ruled that
16  there was a waiver on the whole subject as
17  there was by dint of the testimonial
18  waiver in the Donziger 1782 when these
19  subjects were gone into in the greatest of
20  length without the slightest privilege
21  objection.
22        You can't simply sit there and
23  watch the witness testifying without
24  asserting a privilege objection if you
25  have one.  I'm sorry.  Your motion is

396

J. KOHN

1   J. KOHN
2   absolutely out of order.  It is not only
3   denied, I think it is just out of order.
4         What did you think you were
5   doing in not objecting and not asserting a
6   privilege as the documents were being
7   introduced?
8         MR. GOMEZ:  Your Honor, the 502
9   specifically states that it is stipulated
10  that Chevron may use these documents in
11  any respect, including, but not limited
12  to, all depositions.
13        THE SPECIAL MASTER:  Yes.  It
14  may use them, but you have to assert the
15  privilege.  That's how 502 works.  That's
16  my understanding of 502.
17        In fact, you specifically asked
18  me in an e-mail or on a phone call, you
19  specifically asked me now that we have a
20  502, are you going to be ruling on the
21  privilege -- are you going to be reviewing
22  the documents for privilege, and I said it
23  is my understanding that the issue doesn't
24  come up until you use them, until you seek
25  to use them at a deposition or at trial.

397

J. KOHN

1   J. KOHN
2   You had an obligation to assert
3   privilege the minute they were introduced,
4   as you did yesterday, and I ruled on it,
5   you may recall.  That was the one and only
6   time in 30 -- in at least 30, maybe 40
7   uses of the Garr and Kohn documents.
8         Frankly, before you made your
9   motion, I was about to excuse the witness
10  and ask on the record do I really need to
11  go through these boxes anymore and is
12  there anything left to your appeal?  And
13  the answer is absolutely not.  You didn't
14  assert, as to the 30 most important
15  documents out of that whole category of
16  450 documents, as to which you now have
17  taken an appeal, you objected to exactly
18  one.  Why would I have to go through these
19  boxes now and why isn't that appeal
20  absolutely academic?  Of course it is.
21        And the only question remaining
22  as far as I'm concerned now is whether you
23  have committed a waiver of all of those
24  documents, as to all of those documents,
25  even for trial purposes, because you

100 (Pages 394 to 397)

398

J. KOHN

1  didn't assert a privilege when you had an
2  opportunity to do so as to the 30 most
3  important, excuse me, 29 out of the 30
4  most important.
5
6         And I notice a very deafening
7  silence here in this room.
8         MR. GOMEZ: Your Honor, I
9  reserve my clients' rights --
10        THE SPECIAL MASTER: You can
11 reserve your clients' right. Read that
12 stipulation again, and I read it
13 specifically again because I couldn't help
14 but notice that out of the 15 or so
15 documents that were introduced yesterday,
16 you objected to exactly one, and I then
17 went back and looked at the stipulation
18 again.
19        I said to myself, you know, am
20 I missing something, and the answer is no.
21 I reread the stipulation. That preserves
22 your privilege for assertion at the right
23 time. Today was the right time. And
24 yesterday was the right time. And
25 independent of that, the witness'

399

J. KOHN

1
2  testimonial -- excuse me, any privilege
3  you had as to the witness' testimony was
4  either asserted and ruled upon or was
5  absolutely waived.
6         That's my ruling as to every
7  branch of your motion, and if you think
8  you have -- you know, you can take an
9  appeal from that to Judge Kaplan, but you
10 don't have -- excuse me, I don't think you
11 can take an appeal to Judge Kaplan from
12 anything that you didn't object to in the
13 testimony, period. That is gone. If you
14 didn't make me make a ruling, there is
15 nothing to appeal.
16        MS. NEUMAN: On the
17 questioning, your Honor, I don't believe
18 the Lago Agrio plaintiffs subpoenaed or
19 cross-noticed --
20        THE SPECIAL MASTER: That is a
21 separate issue, whether he gets to
22 examine. Now, seven hours has passed.
23 You would have to make a demonstration to
24 me in camera before I give you even the
25 three or four that you got, which I gave

400

J. KOHN

1
2  you in McDermott, and you did the wrong
3  thing, you didn't ask the three that you
4  asked for, you asked a fourth, as you
5  noticed. But in any event, we are all
6  smiling about that, but that's a separate
7  issue. I want to deal with this issue
8  first.
9         As to the witness' testimony,
10 you have no -- you have no additional
11 rights. You have no privilege. If you
12 didn't assert a privilege, and if I didn't
13 rule on it, you have no right to appeal,
14 there is nothing to appeal. I don't care
15 where he got his mental impressions. You
16 had an obligation to assert a privilege if
17 there were one, and you did assert
18 privileges and I ruled upon some of them.
19 In fact, I ruled upon all of them, and
20 some of them you won and some of them you
21 didn't win. That's what you had to do as
22 to the testimony.
23        As to the documents, I have
24 just told you what I think is clear as a
25 bell. There is just no issue about that

401

J. KOHN

1
2  as far as I can see. I reread the 502
3  with that point specifically in mind
4  because I was wondering yesterday why
5  would anybody want me to go through all
6  these 450 documents again and why is there
7  an appeal. Okay? You can understand why
8  I would ask that question.
9         In any event, shall we leave
10 that subject? You have my ruling on this
11 motion.
12        MR. GOMEZ: I have your ruling.
13        THE SPECIAL MASTER: Okay. I
14 didn't need to hear anything from anybody
15 else on this because I thought through the
16 issue beforehand for a different reason,
17 as you heard.
18        Now, in terms of, if you want
19 to ask a few questions, let's let them all
20 leave the room and you make an offer of
21 proof to me of what you would do and why
22 you couldn't do it before, etc., and
23 whether you really need it. And this is a
24 witness, by the way, you should
25 understand, you will have access to this

101 (Pages 398 to 401)

402

J. KOHN

1  witness for trial purposes.  You can
2  subpoena him.  He is within the subpoena
3  power of the court for trial.
4         MR. GOMEZ:  I understand that.
5         THE SPECIAL MASTER:  Please
6  leave the room.  He is going to make an
7  offer of proof to me in camera.
8         (Ms. Neuman, Mr. Stavers, Mr.
9  Martin, Ms. Hamill and Mr. Voss depart the
10  room.)
11         THE SPECIAL MASTER:  What do
12  you expect to prove and how many questions
13  do you think it is going to take?  It is
14  now a quarter after 6 and seven hours has
15  passed.
16         MR. GOMEZ:  I understand that.
17  I would be requesting 15 minutes to
18  question about how he was prepared for
19  this deposition.
20         THE SPECIAL MASTER:  No, no,
21  no.
22         MR. GOMEZ:  Because it is my
23  suspicion that Chevron may have assisted
24  him in the preparation of the deposition.

*Line numbers 1–25*

403

J. KOHN

1         It is also -- I think I should
2  be able to question him as to whether he
3  has been contacted by Chevron since he
4  withdrew from the case and now, whether he
5  has been threatened with a suit by Chevron
6  in order to persuade him to testify in a
7  particular way, whether he has reached any
8  kind of agreement with Chevron.
9         THE SPECIAL MASTER:  No, no,
10  no.  You didn't cross-notice him.  This is
11  clearly cross-examination material if used
12  at trial.  No, no, you can subpoena him
13  for trial on this.
14         The first one on his
15  preparation, that's one question.  That I
16  will allow.  That's it.  But the rest is
17  just regular cross-examination material.
18  I'm not going to let you do that.
19  Otherwise the seven-hour limit is
20  meaningless.
21         MR. GOMEZ:  Okay.  Well, I
22  mean, it is your ruling.  I don't agree
23  with it, but we will do that.
24         THE SPECIAL MASTER:  Okay.  Let

404

J. KOHN

1  me put it this way:  It is not the showing
2  of good cause -- you know, routine
3  cross-examination where the witness is
4  available for trial is not in my judgment
5  a showing of good cause under the rule
6  that allows the presumption to be
7  overcome.
8         MR. GOMEZ:  I have your ruling.
9         THE SPECIAL MASTER:  You have
10  my ruling.
11         Everybody back, one question,
12  or it may take two or three questions, but
13  the only thing you may elicit is whether
14  Chevron participated in his preparation
15  for this deposition.
16         (Ms. Neuman, Mr. Stavers, Mr.
17  Martin, Ms. Hamill, Mr. Voss and the
18  witness return to the room.)
19         THE SPECIAL MASTER:  Actually,
20  I did this once before, let me do it.
21         MR. GOMEZ:  I would like to do
22  it, your Honor, if you don't mind.
23         THE SPECIAL MASTER:  I want to
24  make sure it is going to be fast because I

405

J. KOHN

1  am going to stop you if it isn't.
2         MR. GOMEZ:  I understand.
3         MS. HAMILL:  May I ask what
4  the --
5         THE SPECIAL MASTER:  The
6  subject matter of the questioning is going
7  to be one subject and one subject only,
8  whether or not Chevron participated in the
9  preparation of the witness for this
10  deposition.
11  EXAMINATION BY MR. GOMEZ:
12     Q.     Mr. Kohn, did anyone working on
13  Chevron's behalf provide any assistance to
14  you or your counsel to prepare for this
15  deposition?
16     A.     Yes.
17     Q.     Who, and what assistance was
18  that?
19     A.     Ms. Neuman and I believe
20  another attorney from the Gibson Dunn firm
21  met with my lawyers, Ms. Hamill and
22  Mr. Voss, to discuss certain topics that
23  would be covered at the deposition.
24     Q.     How many meetings occurred for

102 (Pages 402 to 405)

406

J. KOHN

1
2  that purpose?
3      A.    I'm aware of one.
4      Q.    When did that meeting occur?
5      A.    Fairly recently, I believe it
6  was last week.
7      Q.    How long was that meeting?
8      A.    I do not know the time.  I was
9  not present, but I gathered it was -- I
10  don't know.  I mean, more than an hour or
11  two I would think.
12      Q.    Who was present in that
13  meeting?
14      A.    I know Patricia Hamill was,
15  Joshua Voss was, I believe Ms. Neuman was
16  there and another -- at least one other
17  Gibson Dunn lawyer I believe.  I'm not
18  sure who or if I was even informed who.
19      Q.    And can you be more specific
20  about the nature of the assistance --
21  about the exchanges that were made between
22  Gibson counsel and your counsel in
23  preparation for this deposition?
24      A.    As I understand it, our firm's
25  counsel, my counsel, wanted to know if

407

J. KOHN

1
2  Ms. Neuman was willing to share with them
3  the topics or subject matter that she
4  intended to ask about so that they could
5  inform me and we could be better prepared,
6  or if there was some issues that required
7  some research or some further study on my
8  part, that we would have some opportunity
9  to do that so that the deposition time
10  would be used effectively, efficiently.
11      Q.    Did the Gibson attorneys
12  provide your attorneys with suggestions on
13  responses to the questions you gave here
14  today?
15          MS. HAMILL:  Objection to the
16  form.  I think we are starting to get into
17  potentially privileged territory between
18  our counseling of Mr. Kohn for purposes of
19  this deposition and --
20          THE SPECIAL MASTER:  I will let
21  him answer that question.  That's it.
22      A.    I do not believe they provided
23  answers.  They were providing the
24  questions or the topics so that we knew
25  what topics would be covered, and if --

408

J. KOHN

1
2  again, if there were answers being
3  provided, Ms. Hamill or Mr. Voss may have
4  indicated what they understood I knew
5  about the situation.  They may have
6  offered that.  I don't recall that they
7  did, or I wasn't aware that they did or I
8  wasn't informed that they did.
9          It came to me as these are the
10  topics that are -- that Ms. Neuman was
11  willing to represent would be covered, but
12  it was by no means an exclusive list or it
13  was by no means binding in any way, shape
14  or form as I understood it.  I was told to
15  be ready for anything.
16      Q.    Was any of that information
17  provided in writing from Gibson to your
18  attorneys?
19      A.    I'm not aware of any writing.
20          THE SPECIAL MASTER:  That's it.
21  Thank you, Mr. Kohn.
22          THE WITNESS:  Thank you,
23  Mr. Gitter.  Thank you, Counsel.
24          MS. NEUMAN:  Thank you.
25          THE VIDEOGRAPHER:  We are going

409

J. KOHN

1
2  off the record.  The time is 6:18 p.m.
3
4      [TIME NOTED:  6:18 p.m.]
5  _____
6          JOSEPH KOHN
7  Subscribed and sworn to before me
8  this _____ day of _____, 2013.
9
10  _____
11          NOTARY PUBLIC
12
13
14
15
16
17
18
19
20
21
22
23
24
25

103 (Pages 406 to 409)

**410**

I N D E X

WITNESS     EXAMINATION BY     PAGE

KOHN     NEUMAN          6
         GOMEZ      405

E X H I B I T S

PLAINTIFF'S DESCRIPTION          PAGE
Exhibit 4001 Subpoena to Kohn          9
Exhibit 4002 Exhibit A to          13
        Protective Order
Exhibit 4003 KSG00135246-00135258    48
Exhibit 4004 KSG00055094-00055097    140
Exhibit 4005 KSG00028684-00028686    149
Exhibit 4006 KSG00004278-00004280    203
Exhibit 4007 KSG00092076-00092082    246
Exhibit 4008 Letter from Soltani    303
        to Cox dated 2/28/06
Exhibit 4009 Transcript of Clip    338
        CRS-170-00 Clip 00
Exhibit 4010 KSG00015456      348
Exhibit 4011 DONZ00014089-00014092  353
Exhibit 4012 Document entitled The  359
        Executive Committee of
        the Assembly of the
        Victims of Texaco
Exhibit 4013 KSG00125011-00125208  368
Exhibit 4014 KSG00170293-00170391  380


DIRECTIONS NOT TO ANSWER

Page    Line
   (NONE)

REQUESTS

Page    Line
   (NONE)

**412**

ERRATA SHEET
VERITEXT REPORTING COMPANY
1250 BROADWAY
NEW YORK, NEW YORK 10001
212-279-9424
NAME OF CASE: CHEVRON v. DONZIGER
DATE OF DEPOSITION: JUNE 6, 2013
NAME OF DEPONENT: JOSEPH KOHN
PAGE  LINE(S)    CHANGE          REASON
____|_____|_____|_____
____|_____|_____|_____
____|_____|_____|_____
____|_____|_____|_____
____|_____|_____|_____
____|_____|_____|_____
____|_____|_____|_____
____|_____|_____|_____
____|_____|_____|_____
____|_____|_____|_____
____|_____|_____|_____
____|_____|_____|_____
____|_____|_____|_____
____|_____|_____|_____

                _____
                    JOSEPH KOHN

SUBSCRIBED AND SWORN TO BEFORE ME
THIS___DAY OF _____, 20__.

_____  _____
(NOTARY PUBLIC)    MY COMMISSION EXPIRES:

**411**

CERTIFICATION

    I,  TODD DeSIMONE, a Notary Public for
and within the State of New York, do
hereby certify:
    That the witness whose testimony as
herein set forth, was duly sworn by me;
and that the within transcript is a true
record of the testimony given by said
witness.
    I further certify that I am not related
to any of the parties to this action by
blood or marriage, and that I am in no way
interested in the outcome of this matter.
    IN WITNESS WHEREOF, I have hereunto set
my hand this 7th day of June, 2013.


    _____

        TODD DESIMONE

**A**

**ability** 8:23
103:16 104:8
187:4 250:24
262:16 265:10
298:18 332:11
332:18
**able** 74:16 76:19
160:21 281:12
287:12 292:22
358:9 403:3
**abovementioned**
312:21
**absolute** 144:18
237:4
**absolutely** 11:2
31:7 127:13
132:16 219:8
220:24 238:20
260:7 261:17
267:25 269:10
274:5 289:20
358:14 396:2
397:13,20
399:5
**abused** 289:19
**academic** 397:20
**acceded** 299:8
**accept** 264:10
296:7,8
**accepted** 226:20
274:24 275:10
**access** 37:8 87:8
87:21 88:12
170:22 240:20
241:18 245:4
401:25
**accident** 366:23
**accidentally**
88:14
**accion** 334:6
**accompanied**
131:11
**accompli** 360:17
**accomplishable**
279:11
**accord** 389:16
**account** 95:8
125:25 126:6,7
368:25 369:3
372:18,19
373:4,4,10,21
374:19 375:2,3
375:9,13,19,25

376:4,5,7,10
376:22 377:3,7
377:18,22
378:4,17,22
379:2,3,3,6,24
**accountant**
110:20,24
**accounting** 11:20
11:24 74:15
93:8 110:20
111:6,7 371:18
**accountings**
368:23 369:6
371:21
**accounts** 125:21
125:24 126:12
378:15
**accredited** 78:3
78:14
**accumulation**
92:10
**accuracy** 142:13
**accurate** 49:6,8
49:13 51:21,23
71:23 94:17
224:16 225:8
225:19 228:4
228:15 241:3
290:5 291:3
358:8
**accurately**
383:17 391:21
**accusatory**
342:10
**acknowledged**
206:22
**acquaintance**
198:22 349:13
**acquainted**
198:10
**acquiesced**
117:11
**acquire** 317:24
**acquired** 318:3
**act** 104:12 105:3
105:23 106:5
106:11 118:14
124:6 212:2,4
212:6,9,10,11
**acted** 125:18
147:4 343:10
**acting** 40:20
41:14 125:15
**action** 16:3 60:5
60:14 87:14

93:12 99:15
103:15,20
104:6,23
106:24 115:10
136:17,19
145:12 147:5
158:15 178:2
180:10 255:7
281:9 291:25
305:16 307:20
313:15 315:3,6
316:25 317:2,4
336:2 342:6
343:12 344:22
345:2 346:4,13
346:13,15
347:8 348:12
351:5,14,18
352:10,18,25
354:22 384:6
384:14,23
385:3,11
411:13
**actions** 14:25
15:16,19 33:22
124:16 170:19
214:24 288:23
289:8 351:24
389:15
**active** 30:21
281:17 362:23
**actively** 43:20
44:5
**activism** 299:25
**activities** 59:5
61:16 190:6
192:24 195:14
195:15,23
196:6 298:2
299:20,25
317:16 327:25
351:24
**activity** 211:19
212:12 292:7
300:15
**acts** 124:14
212:2
**actual** 25:7
43:21 59:17
60:9 96:9
111:25 182:16
204:25 237:8
274:7 294:16
**adamant** 201:3
**add** 117:16

230:12
**added** 389:23
**adding** 358:11
390:4
**addition** 25:11
74:24 124:10
224:25 308:17
356:16,21
392:6
**additional** 95:23
96:23 97:3
122:17 154:15
155:7 166:25
241:16 282:9
400:10
**additionally**
185:8
**additions** 356:23
**address** 8:7 94:7
178:8,12
223:13 277:15
324:15 349:9
**addressed** 223:11
333:14
**addressee** 324:20
**addressees**
284:10
**addressing**
160:19
**adds** 355:4
**adequate** 279:17
**administration**
337:6
**administrative**
379:25
**adopt** 264:10
**adopted** 274:19
**adopting** 265:21
**advance** 85:4
92:13 94:12
95:15 167:25
382:3
**advances** 122:21
**advertisements**
133:24
**advice** 230:12
245:10
**advisor** 349:22
**advocacy** 296:22
**affidavit** 75:16
146:14
**affidavits** 98:8
**affiliate** 305:18
312:24
**affiliated** 55:10

**affiliates**
  306:17
**affiliation**
  53:23
**afternoon** 328:16
**age** 186:19
**agencies** 124:24
**agency** 305:20
  313:2
**agenda** 232:3
  236:10 366:17
**aggrandized**
  237:18
**aggressive**
  230:17 233:2
**ago** 64:5 76:4
  247:7
**agree** 4:10 13:23
  116:19 206:24
  221:22 291:6
  312:9,13
  403:23
**agreed** 93:4 94:5
  114:22 117:11
  179:4 190:4
  191:10 192:23
  194:2 195:5
  312:13 390:13
**agreedupon**
  225:18
**agreeing** 13:20
  94:10 307:7
  311:23 313:9
**agreement** 34:6,8
  34:10 35:5,11
  45:19,23 46:2
  46:7 98:13
  99:6,23 161:17
  162:6 189:4
  191:3 194:10
  194:18 199:16
  201:21 204:23
  206:10,12
  207:5 217:2,8
  247:4 250:20
  264:4,24
  305:13 306:6
  306:18,21
  307:2,15 313:7
  315:8,11,15,24
  316:6,10 317:6
  331:21,23
  335:12,21
  336:4 353:9,22

  354:8,15,18
  355:11,14
  356:4,9,14,25
  357:2 358:12
  384:19,25
  393:12 403:9
**agreements** 35:14
  35:23 47:18
  99:8 147:3
  161:17,19
  162:12 189:16
  189:19 190:16
  193:15 199:3,6
  199:19,25
  207:20 218:2
  318:24
**agrees** 236:17
**agrio** 6:25 7:8
  16:19 18:3
  32:20 41:14
  61:6 63:9
  85:20 86:13
  89:17 251:14
  323:5 324:24
  362:24 363:3
  393:3 399:18
**aguinda** 21:11
  27:13,17
  247:21 248:15
**ahead** 110:2
  237:7 242:14
  243:4 317:25
  323:11 340:15
  341:7 343:25
  390:6
**al** 1:9 4:19
**albeit** 337:20
  379:24
**alberto** 22:5
  70:18 80:17
  97:21 118:25
  263:3 321:9
**alec** 235:24
**alegato** 280:21
**alejandro** 53:17
**alexis** 39:9
**allegations**
  135:19 243:21
  248:12 249:7
  253:25 345:10
  345:14
**alleged** 153:13
  241:24
**allocate** 52:4
**allow** 403:17

**allowed** 84:17
  144:8 148:21
  152:9 154:23
  180:14 392:22
**allowing** 87:24
**allows** 144:20
  404:7
**alluded** 135:2
**alternative**
  393:11
**amazon** 69:15
  297:17 298:2,8
  298:19 299:18
  300:5,8,16,23
  302:14,18,20
  302:24 303:6
  303:20 352:17
**amazonia** 58:15
**ambitious** 291:5
**america** 255:6
  305:21
**american** 44:16
**amiss** 57:3,4
**amount** 15:10
  56:21 92:22,24
  94:3,5,7,11
  111:3,4 117:13
  190:22,23
  194:14 199:14
  206:11 239:22
  355:23
**amounts** 95:13
  116:19,23
  117:2,5 204:25
**amplify** 87:7
**analog** 103:19
**analogize** 103:21
**analogs** 255:7
**analysis** 55:8
  76:12 242:22
  261:11
**ancillary** 121:9
**andrea** 2:5 5:6
**andrew** 245:21,23
**aneuman** 2:5
**ann** 261:2
**annex** 271:25
**annexes** 265:19
  270:7 271:14
  271:15
**announce** 170:23
**annoyance** 302:3
**annual** 115:23
  116:2 300:15
**answer** 7:19

  46:25 97:10
  106:17 124:4
  124:21 145:17
  157:5 181:5
  182:9 219:22
  220:23 237:22
  240:2 244:4
  259:5 279:13
  293:21 294:17
  295:3,9,19
  297:10 314:19
  319:15,18
  320:11,16
  325:21 339:6
  339:13 344:13
  352:16 380:2,4
  380:5 386:9
  387:10 388:10
  390:6 397:13
  398:20 407:21
  410:19
**answered** 145:3
  168:11 367:14
**answering** 174:10
**answers** 129:12
  259:3 297:2
  336:13 343:5
  352:17 379:21
  379:21 407:23
  408:2
**anticipation**
  392:16
**antitrust** 15:7
**anybody** 35:12
  65:19 137:9
  138:12 161:22
  193:4 252:25
  253:6 401:5,14
**anymore** 231:7
  238:5 397:11
**anyway** 23:16
  298:14 329:5
**aol** 348:21
**apartment** 236:12
  236:13
**apologize** 58:5
**apparent** 229:13
**apparently**
  275:22 344:23
**appeal** 106:20
  397:12,17,19
  399:9,11,15
  400:13,14
  401:7
**appeals** 177:23

**appear** 5:24 13:4
  20:16,20 46:5
  101:22 214:15
  288:25 363:11
**appearance** 9:8
  40:11 363:17
  363:18
**appeared** 116:23
  118:19 164:22
  167:13 168:21
  249:9 273:2
  371:5 385:24
**appearing** 9:15
  9:16 385:20
**appears** 13:20
  247:8 290:8
  303:25 310:4
  359:10 369:14
  382:22
**appellate** 362:15
**appended** 323:7
  323:18
**applied** 104:23
**apply** 52:7
  315:11
**appointed** 260:3
  261:16,19
  372:23
**appointment**
  259:12 260:6
**appreciate**
  206:20
**apprised** 360:14
**approach** 174:24
  277:24
**approached** 164:9
**appropriate** 7:10
  145:13 152:15
  175:13 182:4
  189:16 198:13
  199:24 246:17
  273:23 296:5
  296:21,23
  299:14 308:15
**appropriately**
  216:24
**appropriateness**
  117:12
**approval** 298:25
  299:15
**approve** 209:20
  211:16 298:19
  302:13
**approved** 127:11
  290:4 302:16

383:23
**approving** 69:21
  210:17 299:9
**approximate**
  18:25 29:3,15
**approximately**
  4:14 31:25
  43:7 82:15,19
  92:18 186:18
  225:3 393:18
**april** 136:3
  137:2,17,19
  138:13 141:6
  141:24 142:5,9
  142:14 146:20
  147:11 150:23
  156:4,6 157:16
  211:25 215:3
  231:17,23,24
  236:8 237:5
  269:15 279:21
  279:22 287:4,5
  293:7,16 358:3
**arbitrate** 35:6,8
  35:13
**arbitration** 32:9
  32:11,15 36:11
  36:12
**area** 20:23 24:12
  58:23 59:6
  255:3 297:23
  349:15
**areas** 14:24 15:4
  248:20,24
**arent** 246:13
**arguable** 172:12
**argue** 315:18
**arguing** 274:21
**argument** 34:19
  34:24 259:20
  362:18
**argumentative**
  392:3
**arguments** 55:16
  180:6,7 263:16
  362:6,16
**arms** 63:4 131:24
**arnold** 27:23
**arose** 173:9
**arranged** 87:16
  87:20 293:25
**arrangement**
  192:23 193:8
**arrangements**
  218:11

**arranging** 326:14
**art** 159:12
**article** 226:12
  365:13,14
**articles** 59:22
**articulate**
  185:19 287:20
**ascertain** 242:5
**ascertaining**
  84:14
**aside** 217:22
  304:22
**asked** 5:20 75:15
  127:19 128:6
  129:10 133:11
  133:17 134:10
  136:9 162:24
  164:16 181:13
  199:18 251:9
  252:2 259:15
  286:23 308:4
  308:10 321:25
  333:6,21
  347:16 349:23
  373:3 375:18
  379:18,24
  396:17,19
  400:4,4
**asking** 134:6
  143:11 161:18
  164:5 227:14
  276:25 310:24
  311:4,5,7
  340:22 361:5
**aspect** 53:9
  299:12
**aspects** 43:17
  81:5 235:6
  241:17
**assembly** 359:2
  410:16
**assert** 84:16
  86:2 103:16
  394:2,9,10,24
  395:5,7 396:14
  397:2,14 398:2
  400:12,16,17
**asserted** 70:3
  395:11 399:4
**asserting** 345:8
  395:24 396:5
**assertion** 398:22
**assertions** 83:7
**assessing** 269:17
  269:21

**assessment**
  266:22 273:12
  289:12
**assessments**
  296:16
**assignments**
  236:24 282:18
  282:24
**assistance** 37:7
  37:10 405:14
  405:18 406:20
**assistant** 3:13
  5:16 372:24
  376:14
**assisted** 402:24
**assisting** 25:2,5
**associate** 44:10
  159:11
**associated** 42:22
  200:16
**associates** 20:10
**association**
  110:9
**assume** 7:12 8:11
  49:12 123:10
  196:2 301:10
**assumed** 139:14
  182:13 193:22
  290:22 364:12
**assumes** 389:19
**assumption**
  139:16
**assurance** 244:20
**assurances**
  284:18,23
  293:6
**assure** 276:16
**assured** 200:8
**atm** 175:9 379:4
**atossa** 299:5
**attach** 381:6
**attached** 16:21
  17:8 128:10
  222:10 267:5
  322:7,9
**attaches** 144:17
**attachment**
  321:18,20
  322:24
**attack** 78:9
  79:10 319:11
  325:14
**attacking** 79:5
**attacks** 320:5
**attempt** 238:10

311:24 351:3
**attempting** 135:9
**attempts** 240:3,4
**attend** 14:5
  100:25
**attended** 25:12
  28:4 29:20
  31:14 54:11
  61:23 101:18
  231:24,25
  327:3
**attention** 181:13
  202:2 300:18
  300:19 301:23
  302:8 321:14
**attorney** 6:23
  14:22 20:20
  26:21 28:7
  39:22 53:21
  102:6 193:16
  194:3 197:17
  197:19,22
  225:2 230:15
  242:16 250:6
  308:19 314:15
  327:2 333:15
  334:19 337:5
  339:21 340:7
  342:5,8,15,17
  342:20,21
  343:9 344:3
  345:11 346:14
  347:3,7,18
  348:8 358:12
  362:10 363:5,9
  363:11 405:21
**attorneyclient**
  240:25
**attorneys** 2:4,9
  2:15 3:6 4:24
  18:8 25:3 28:6
  127:18 190:23
  194:7 197:21
  232:24 234:14
  240:24 355:20
  356:17 407:11
  407:12 408:18
**audio** 4:8
**audit** 64:18,23
  64:25 65:2,16
  65:17 126:12
**audited** 66:3
**august** 222:4
  224:7 227:15
  232:22 262:20

283:20 284:3,4
284:15 288:22
289:21 292:3
372:22 373:10
374:19
**auspice** 21:3
**auspices** 269:2
**author** 148:10
  210:11 226:16
**authored** 283:15
**authority** 123:17
  123:23 166:6
**authorized** 351:3
**authorizing**
  188:10
**authors** 345:8
**automobile**
  366:23
**avail** 85:13
**available** 88:3,4
  273:22 371:17
  404:5
**avenue** 1:18 2:3
  4:17
**avoided** 328:21
  374:12
**avoids** 315:25
**await** 7:16
**award** 205:3
  283:7
**awarded** 18:9
**aware** 17:18
  32:23 33:6,8
  36:22,23 39:4
  40:19 41:13,20
  45:25 68:16
  69:10 71:3
  76:2,4 95:9,10
  95:14 102:10
  102:11,17,20
  102:23 103:4
  113:3,7 120:15
  121:20 126:16
  134:19 135:13
  143:10 181:8
  184:21 194:24
  195:4 196:8
  199:4,5 200:3
  208:7 210:9
  213:8 214:10
  260:4,24
  261:14 262:2
  268:2,7 269:7
  269:15,19,20
  269:24 270:2

270:14,15
277:8,16
286:18 298:11
319:25 326:4,8
331:17 335:4
348:7,10
352:22 364:10
378:2,7 390:13
390:25 391:10
392:22 406:3
408:7,19
**awareness** 270:21

───────────

**B**
**b** 2:10 244:7
  271:25 410:6
**back** 38:14 66:2
  66:10 87:3,12
  116:10 162:14
  163:13 172:11
  177:5 181:4
  220:6 221:6
  233:24 234:5
  235:25 236:8
  237:5 239:18
  244:12,15
  250:18 251:6
  258:20 269:6
  271:12,20
  297:9 309:9
  310:15 311:9
  324:19 326:11
  328:11,18
  329:11 330:8
  330:22 331:2
  337:11 343:5
  374:16 376:12
  387:15 398:17
  404:12
**background** 36:15
  110:20 113:14
  113:20,23
  216:10,12
  243:6 246:4
  254:21 311:21
**backtrack** 106:17
**backup** 227:10
  228:2 375:12
**bad** 185:9
**bag** 220:6,7,10
  220:25
**baldwin** 235:23
  235:24
**banco** 372:18
  378:14

**bandying** 275:4
**bank** 125:21,24
  125:25 126:12
  369:2 373:22
  375:25 376:6,8
  378:19 379:2,4
  379:5,23
**banks** 378:25
**bar** 234:24
**barnes** 131:5
  171:22 172:6
  173:18 177:12
  177:16 178:6
  178:11,21
  179:3,7 180:11
  180:16 181:9
  181:21 182:19
  183:14,16
  184:3,10
  185:20 186:5
  186:19 187:16
  188:3,18,21,25
  189:8,23 191:4
  191:5 192:10
  192:14 193:11
  193:16 194:3
  194:19,23
  195:6,12,13
  196:7 198:22
  199:7,8 200:16
  201:5,12 285:7
  285:8,24 286:4
  286:12,19,24
  287:20
**barrier** 102:2
**base** 368:4
**based** 15:22
  92:15 151:9
  183:3 185:11
  193:8 195:7
  197:12 281:9
  356:11 383:16
  384:7
**basic** 8:17 37:4
  175:15 227:16
  247:15 367:2
**basis** 32:21
  43:16 65:7,8
  93:5,15,22
  114:22 115:23
  119:10 161:21
  172:5 174:24
  227:18 279:18
  281:22 355:21
  370:13 371:12

379:14
**bates** 12:17 48:9
  81:13 82:7,15
  82:18 96:9,11
  140:20 149:21
  204:5,8,15
  222:8,13,14,19
  246:23 304:11
  304:16 321:10
  321:23 348:19
  353:11,24
  368:14 380:9
**bearhugging**
  234:25 235:13
  237:10
**bearing** 140:20
  321:10 348:19
  353:11
**bears** 48:9
  149:21 222:8
  222:12,19
  246:23 368:14
  380:9
**becoming** 80:9,10
  260:2 286:18
**began** 159:25
  160:19 231:16
  270:8 281:19
  370:12 372:2
**beginning** 32:9
  85:5 87:5
  112:19 177:7
  177:20 213:13
  229:21 258:22
  317:11 330:24
  338:19 339:16
  362:11 385:15
  389:4
**beginnings** 278:5
**begins** 204:16
  389:23
**begun** 136:8
**behalf** 5:7,10,18
  7:5 40:20
  41:14 71:6
  94:25 97:19
  113:5 116:12
  123:18 124:6
  124:14 125:11
  177:13 178:2
  180:12 181:6
  181:20 184:22
  185:5,15,16,18
  185:21 188:19
  192:15 195:15

214:16 242:3
264:6 299:21
302:21 385:20
385:24 405:14
**behavior** 230:17
  240:12 246:8
**believe** 8:21
  13:2,7 17:14
  19:3 20:8 21:4
  23:7,14 24:18
  24:21,22 26:3
  27:22 28:2,3
  28:20,25 29:22
  30:14,22 31:2
  31:3 32:7,16
  35:6,18 36:23
  37:19 38:3,17
  39:18,20 41:8
  43:4 44:21
  47:10 48:15
  49:8 52:20
  54:15,20 55:6
  55:11 72:5
  73:8,13,16
  75:21 77:19
  82:18 88:20
  95:17 97:6
  98:12 99:13
  108:11 112:20
  123:8 125:4
  127:16 129:15
  136:6 158:2,9
  159:4 166:12
  167:15 169:4
  169:18 181:2,6
  183:15,23
  184:6 186:7,9
  194:25,25
  197:8,14 202:5
  203:12 215:20
  217:5 218:6
  220:11 221:19
  223:3 224:3
  226:6 232:3,6
  245:7 247:13
  250:19 257:15
  260:23 280:15
  280:17 285:3
  285:16 287:16
  288:20 293:14
  293:21 294:7,8
  295:19 296:25
  298:3 299:23
  308:14 310:13
  311:20 314:15

314:17 327:8
332:4 333:19
339:4 346:5
347:25 349:7
349:21 351:7
353:21 357:18
359:11 361:13
370:6 372:24
377:15 381:3
383:2,8 384:3
385:12 386:12
399:17 405:20
406:5,15,17
407:22
**believed** 134:22
  178:16 182:13
  196:21 286:12
  287:9
**bell** 400:25
**belong** 321:20
**beltman** 264:14
  267:23 268:18
  282:11,21,22
**beltmans** 225:5
**ben** 131:5 177:12
  193:16
**beneficial**
  179:19
**beneficiary**
  103:2
**benefit** 66:14
  96:17 387:15
**best** 166:6
  233:13 245:10
  256:21 367:7
**better** 81:6
  169:7 244:24
  329:3 350:16
  376:7 407:5
**bewildered**
  238:20
**beyond** 51:16
  156:18 199:6
  247:10 274:25
  301:9 372:3
**big** 128:2,24
  131:23 163:8
  167:3 173:2
  186:3 270:16
  371:15
**bigger** 173:22
  286:8
**biggest** 230:5
**bilateral** 32:14
**bill** 370:18

373:18,20
374:4 381:9,10
**billing** 280:9
**billion** 17:19
  269:18,21
  275:5,5,13
  283:7,8
**binding** 408:13
**binds** 255:20
**birth** 7:23 27:2
**bit** 30:3 32:8,13
  36:12 87:7
  114:24 192:20
  370:22
**blank** 234:22
  277:2
**blatant** 293:9
**block** 20:18
  289:5 305:7
  309:15
**blocked** 230:2,3
**blocking** 79:13
**blood** 411:14
**bloom** 28:18
  29:21 30:3,4
  35:19 36:9
**blow** 173:21
**board** 52:8
  171:25 172:7
  173:15 178:7
  178:16 186:6,9
  187:18 198:3
  200:17,19
  226:15 301:11
**body** 270:6
**boggling** 236:4
  239:6 246:20
**boggs** 87:21
  219:4 251:12
  258:8
**boiling** 33:24
  35:10
**bombast** 174:5
**bonifaz** 20:4,4
  20:10,10,17,19
  22:7 26:8,13
  26:16,20,25
  27:5 38:4
  43:19 44:8,11
  45:16 46:4,6,8
  59:25 80:8,13
  80:14,22 98:2
  98:5,14 99:9
  99:22 100:2,12
  101:9 103:6,10

106:14,16,20
107:4 113:23
114:2,6 263:4
306:7 307:4
313:8 314:11
321:7,8 322:5
322:15,16,22
322:25 323:13
324:9,24 325:4
325:13,23
335:3 354:20
355:8,13
356:16 357:7
358:20 359:9
359:16 360:7,9
360:19,22
361:8 363:24
**bonifazs** 20:7
321:15 324:18
355:2 357:5,12
357:14,20
**bonus** 120:5,16
120:20 121:6
200:9 202:17
202:22 203:7
204:18 205:10
205:23 206:24
**bonuses** 119:18
120:9
**book** 42:19 72:9
**bookkeeper** 50:5
110:23 374:24
**bookkeeping**
383:9
**books** 65:10 66:8
72:11,12
227:17
**born** 7:25
**bottom** 81:17
91:20 96:2
141:12 270:15
284:14 304:3
**bought** 122:25
**bound** 13:21,23
371:4
**boxes** 397:11,19
**branch** 399:7
**brazilian** 254:22
**breach** 179:18
317:6
**break** 86:23 91:3
114:23 176:7
177:12 237:4
250:25 258:14
370:24

**breakdown** 117:6
**breaking** 275:15
275:18
**breakout** 132:2
133:4,10
**brent** 3:14 4:11
**bribery** 241:24
241:24 254:3
**bridge** 329:14,16
**brief** 280:24
**briefcase** 153:13
**briefing** 55:7,17
111:17
**briefly** 145:18
216:16 387:17
**bright** 364:23
**bring** 187:10
281:22 309:8
313:15 328:2
330:8 347:21
388:5
**bringing** 164:4
327:5
**broad** 8:8 220:4
241:21 312:12
**broader** 62:3
255:23 300:5
333:3 366:6
**broadway** 412:2
**broke** 128:5
**broken** 92:5
272:14,15
**brokendown** 93:19
**brother** 108:14
108:18
**brought** 100:15
100:15 104:5
134:15 178:6
178:11 191:6
196:19 200:15
285:8 313:19
326:5,9,16
328:7 331:18
332:5,12,16,20
334:3 335:6
336:16
**brown** 173:11,17
173:20 196:9
197:5,10,11,25
198:15,19
200:18 201:2
201:12
**brownstein**
214:17 215:8
**bryn** 8:2

**bs** 132:16
**budget** 114:11,21
115:21,22
116:24 117:19
121:9,12
122:11 225:18
228:23 229:4
391:7
**budgeted** 110:25
**budgets** 116:14
116:18 117:18
118:2 282:2
**building** 10:14
62:16 63:5
**bulk** 56:15
**bunch** 394:17
**bundle** 383:12
**burford** 252:5
**bush** 337:6
**business** 10:6
12:15 15:6
53:2 171:7
237:13 318:18
349:25
**businessman**
349:24
**busy** 233:3,23
**buy** 120:25 121:4
123:7 370:23
**buying** 120:24

———————————

C

**c** 2:2,16 3:2,3
6:14 25:8
31:23 42:14
202:11 271:25
305:7 311:21
349:15 391:13
**cabezas** 70:17
**cabrera** 25:22
26:2 126:15
127:10,15,20
128:4,11
129:13 130:17
130:24 131:15
131:18,20
133:12,23
134:2,23 135:3
135:18,21
142:19,21
143:6 144:11
145:12 147:15
147:17 148:4
149:5 151:8,11
151:22 156:14

157:3,18,19
163:5 166:20
166:23 218:25
243:24 249:7
254:2 257:7
259:25 260:3,5
260:15 261:15
261:19 262:12
264:15,21,25
265:19 267:19
267:24 268:4
269:16 272:8
272:20 273:19
274:3,19 276:2
276:10 277:17
279:20 280:2,3
280:14,19
283:5,6,14
284:25 285:14
286:2,7,14
290:2 292:16
294:3,13
295:17,21
296:17 297:6
372:23 377:23
378:5,16
391:22
**cabreras** 128:18
131:18 148:10
148:16 261:23
261:25 262:9
273:2 274:11
280:6 283:10
290:10,22
291:7,14 295:7
**calculated** 194:6
199:12
**california** 2:8
173:12 196:15
**call** 77:17 79:18
80:22 152:6
165:16 216:15
216:18 233:21
242:9 244:12
245:18,20,23
247:9 263:15
281:8 328:17
329:11 331:9
361:7 362:4
375:22 377:13
377:15 384:22
396:18
**called** 6:6 70:11
76:5 77:4
79:12 108:4

167:19 168:21
171:21 235:20
244:17 299:17
361:20 381:12
**calling** 167:23
242:18 257:25
**calls** 36:9
154:16 192:18
210:14 218:10
243:2 245:17
274:13 278:19
278:22 340:16
**calmbacher**
164:21 167:25
168:2,18
169:19 170:24
257:14 288:5
385:19 388:14
389:13 390:16
**camacho** 2:16
5:18
**camels** 250:18
**camera** 319:15
341:14,21
342:9 386:15
399:24 402:8
**camino** 58:8
**campaign** 299:25
301:16
**campaigning**
299:20
**campaigns** 298:4
**candidate** 14:21
**cannon** 167:9
169:16 170:2
**cant** 20:22
105:16 111:23
129:23 162:25
164:17 194:12
218:7 220:6
235:5 251:10
260:20 270:17
281:22 324:20
327:16 395:22
**caption** 4:17
**card** 379:4
**care** 160:24
165:18 259:9
400:14
**career** 349:14
**case** 4:18,19,21
5:22 20:24
21:2,11,12
26:10 27:13,17
33:5,16 37:20

43:13,15,18
45:14 46:10,11
46:22 53:7,9
54:2 55:4
65:21 72:4
75:12,22 78:19
80:6,14 82:13
92:14 93:8
95:8,19 98:7
106:23 110:5
111:9 113:5,9
121:19,24
124:3,11
139:21,24
143:5,15,20
160:15,22
161:20 164:5
166:7,8,10,14
169:8 171:13
171:15 175:12
175:15,19
178:20 180:21
180:25 183:15
185:11 190:19
200:9 202:23
202:25 206:16
207:21 209:3
211:20 213:4
213:19,19
215:22 216:3
216:22 217:3
217:12 224:24
228:25 229:6,9
230:11 231:6
232:5 235:2,2
235:5,6 237:15
237:24 238:23
239:8 240:10
240:19 243:23
244:7 246:13
249:10,11,20
250:16 252:11
252:18 256:8
256:12 257:8
258:3,5 262:18
264:23 275:2
275:23 278:4
278:25 281:15
282:7 286:9
287:10,19
288:12,15
289:2,6,14
292:8 298:9
301:25 306:18
309:12 312:10

312:14,21
313:14 316:13
317:11 318:10
325:5,9 333:19
334:3 335:3
350:5 353:9
356:12 358:13
361:23,25
362:13,20
363:3,12,20,24
364:9,18,19,22
365:9,20
366:23,24
370:4 383:19
383:25 393:24
403:5 412:4
**cases** 15:13,14
15:18,20,21
26:17 93:12
103:23,25
171:5 210:10
274:24 302:23
338:2 366:21
384:5 390:22
**castro** 58:9,14
389:13
**cat** 220:5,6,9,24
**catch** 45:2
236:16 371:14
**categories** 52:5
369:12
**category** 67:23
397:15
**catolica** 76:6,22
76:25
**caught** 45:4
**cause** 297:21
404:3,6
**caused** 176:4
**causes** 57:19
299:4
**caution** 160:4
**cc** 321:9
**ceasing** 238:22
**ceded** 298:25
**cell** 4:6 351:10
**central** 11:7
**centralized**
11:25
**centre** 3:4
**certain** 12:20
13:6 15:9
24:23 27:8
36:13 43:9
53:11 57:10

69:3,18 79:22
90:25 94:2
100:3 117:20
119:6,7 124:8
126:17 141:9
154:13 171:9
177:23 178:2,3
178:17 182:10
229:15 234:24
234:25 235:10
239:22 251:3
255:6 256:19
281:6 296:3
298:4,12 390:8
391:3 392:19
405:23
**certainly** 10:18
22:24 37:22
41:2 43:22
65:25 81:14
99:4 100:12
112:6 124:23
125:5 136:16
138:18 148:25
152:23 153:8
159:19 185:6
194:8 199:7,18
200:25 201:15
203:13 208:7
209:22 210:8
223:3 236:7
238:12 253:3
257:14 261:9
265:13 270:14
274:23 276:14
277:4 300:3,13
301:12 302:17
318:16 346:9
351:6 356:8,19
360:2 362:15
365:12 377:10
377:25 378:9
379:22 387:20
390:11 394:23
**certification**
17:6 411:2
**certified** 17:4,9
**certify** 411:6,12
**chairman** 303:20
**chance** 149:25
150:3 204:12
211:10 350:16
**change** 60:15
116:5 181:17
191:17 229:16

258:15 330:15
330:15 356:13
361:16 364:14
412:6
**changed** 14:12,19
68:13 115:25
116:3 181:17
378:25
**channels** 186:25
**characterization**
307:14
**characterize**
312:5
**charge** 126:10
176:3 328:7
378:9 388:18
**charged** 271:11
271:19 272:12
**charges** 244:2
326:5,16 327:5
331:17 332:4
332:11,12,13
332:15,16,19
334:11 335:6
336:16 337:4
347:21
**charging** 270:11
**charles** 198:11
**chart** 57:16
64:21 73:11
**chavez** 222:6
**check** 113:14
128:10 132:9
322:5 357:17
381:13 383:8,9
**checkbook** 110:22
376:3
**checked** 323:12
**checking** 304:11
379:3
**checks** 383:13
**cheerful** 230:24
**chevron** 1:5 3:15
4:18 5:7,10,13
6:22 17:3,10
32:7 33:2 35:6
36:18 40:23
41:2,17 68:14
69:9,12 70:11
77:18,21 78:9
88:5 89:16
91:8 98:19,22
98:25 127:16
128:9,23 131:5
131:12 132:17

133:22 134:20
136:8 151:7
157:21 163:8
167:2 172:2
173:14 177:23
178:5,15
179:21 180:3,8
187:18 195:19
195:20 196:16
196:22 198:3
200:17,19
201:14 213:9
213:20 214:4
241:23 243:22
244:3 248:13
249:8 268:25
274:21 275:3
277:18 278:7
285:12 299:21
300:10,16,19
300:25 301:5
301:18 315:4
318:17 319:2
325:8 335:23
335:24 344:15
346:20 347:23
350:20 353:10
353:10 378:12
396:10 402:24
403:4,6,9
404:15 405:9
412:4
**chevrons** 12:5
13:3 35:7
127:18 135:18
186:6 214:6
273:19 289:25
405:14
**chevrontoxico**
69:22
**choice** 328:24
**choose** 316:22
**chose** 316:25
**chosen** 316:23
**christopher**
303:20
**chronologically**
143:9 284:2
382:23 383:2
**chuckling** 361:9
**cia** 368:11
**circuit** 88:2
99:4 313:17,21
**circumspect**
169:12

**circumstances**
313:2
**cited** 391:2
**citing** 246:18
**city** 54:21
**civ** 1:4 4:22
**civil** 255:5,23
**claim** 18:16 35:7
103:17 279:8
335:19 378:8
**claiming** 95:23
**claims** 35:8
215:24 255:18
263:17 346:23
385:8
**clandestine**
296:19
**clanging** 246:3
**clarify** 331:4
**clarifying** 91:7
**class** 14:25
15:16,19,21
16:3 93:12
103:20 255:7
**clean** 161:25
162:2 292:8
**cleaning** 369:18
**cleanup** 266:7
275:16
**clear** 6:20 18:7
21:21 28:10
36:7 71:5
91:19 103:7
121:18 132:11
137:14 159:17
182:14 200:20
237:22 244:11
244:16 254:10
254:13 256:6
266:3 288:17
293:8 297:3
310:2,8 318:14
326:21 337:2
386:4 389:3
400:24
**clearing** 232:24
**clearly** 146:9
165:22 339:8
339:13 343:17
403:12
**clerk** 152:7
273:20
**client** 25:6
243:11 311:15
373:18 374:5

**clients** 7:6
84:15,16
146:24 147:10
199:17 367:7
393:12 398:9
398:11
**clip** 174:18
326:25 328:11
338:13,13,20
338:25 339:16
340:13,14,19
340:22 346:25
347:17 348:2,3
410:13,13
**close** 211:12
**closely** 209:11
209:12
**cocounsel** 10:23
171:14 173:7
237:8 342:12
**code** 51:25 255:5
255:23
**codes** 52:3
**cofan** 354:10
**coffee** 72:8
**cohen** 393:19
**colleague** 84:13
**collected** 65:5
81:18 203:2,2
203:3 205:2
**collection** 12:4
168:4 280:23
**collective**
103:14,15
104:6
**college** 336:21
**colorado** 2:9
386:19,20
**column** 56:23,24
57:11 58:6
**columns** 57:6
133:25
**com** 2:5,10 3:7,8
69:22 348:21
**combination**
54:17
**come** 10:2 26:7
38:14 78:10
114:5 142:25
143:2,3 161:25
162:2,20
167:17 170:24
171:9 189:25
197:18 201:25
225:24 255:18

257:13 265:15
286:21 292:8
310:15 351:13
365:6 371:3,11
393:23 396:24
**comes** 163:6
322:21 370:23
393:23
**comfort** 196:18
**coming** 13:15
121:12 140:15
142:21 143:7
144:2 175:19
239:18 299:8
317:2 324:19
330:6 357:13
371:11,23
**commanding** 9:7
**commencement**
26:10
**comment** 127:17
127:21 129:7
131:23 280:14
299:14
**comments** 22:10
277:20 280:13
**commercial** 15:6
216:11
**commission**
302:15 303:21
391:11 412:25
**commit** 201:18
**commitment** 50:22
166:13 201:11
201:16
**commitments**
391:4
**committed** 226:24
397:23
**committee** 143:16
161:3,4,6,7,10
166:5 359:2
391:12 410:15
**communicate** 10:7
10:22,23
233:16 241:11
241:13
**communicated**
100:3
**communicating**
171:11 172:19
233:11
**communication**
10:12,17
100:24 101:11

105:20 110:6
125:2 186:25
200:4 202:7
233:18 361:21
386:10
**communications**
19:8,12 100:13
160:5,7 178:19
208:22 209:19
209:20 239:13
306:23 352:23
**communities**
58:22 59:17
100:5
**community** 24:11
125:17
**companies** 305:18
312:24
**company** 56:7,14
210:3 225:5
312:22 412:1
**comparable** 39:21
**compared** 65:15
171:18 173:4
**comparison** 119:9
119:10
**comparisons**
119:12
**compensate**
194:19
**compensated** 71:2
**compensation**
204:19 205:11
312:20 313:3,9
369:24
**competently**
281:11
**compilation**
48:17
**complain** 171:21
173:3
**complaining**
211:9
**complains** 256:11
**complaint** 16:19
17:15,17,20
21:17,18 22:2
43:22 46:16
98:18,20
102:21 104:5
104:19 168:14
173:20 316:2
332:25 333:10
334:2 336:24
344:19,25

345:2,25 385:6
**complaints**
331:20
**complete** 255:17
292:14 323:3
338:8
**completed** 34:8
**completely**
170:20 175:2
238:3 256:9
379:21
**complicated**
235:17,17,21
236:2,22
**complied** 331:23
**comply** 367:6
**component** 48:18
270:16
**components**
275:17
**compound** 124:18
124:21 391:19
**computer** 11:7
370:14
**computers** 75:2
**conceivable**
153:20 210:7
**concept** 59:14
356:8
**concepts** 247:15
**concern** 220:5
279:15
**concerned** 201:5
212:21 240:11
397:22
**concerning**
177:24
**concerted** 210:24
229:14
**concluded** 212:23
213:4
**conclusion**
200:10 212:6
296:12 383:24
**conclusions**
265:18 270:22
367:12
**concur** 7:20
**conditions** 72:9
106:23
**conduct** 8:12
64:25 177:24
242:2 247:5
249:22 250:10
284:17 290:12

315:23 386:22
386:23
**conducted** 40:2
**confer** 90:19
**conference** 39:25
40:11,15 80:22
132:2 242:9
245:16 278:19
314:21 341:16
**conferences**
112:23 125:9
**conferred** 204:17
**confidence**
317:25 318:8
**confident** 213:3
221:9
**confidential**
66:15 81:9
168:14 268:6
268:10,14
294:14 295:8
297:6 318:7
330:13
**confirm** 91:4
**confirming** 18:24
98:15 122:24
306:10
**confirms** 145:11
**confused** 72:6
218:15
**confusion** 76:11
**congress** 178:9
**congresses** 125:3
**congressperson**
180:17
**conjunction**
301:6
**connecticut**
215:20 216:9
218:7
**connection** 28:23
39:23 65:20
74:7 82:8,9,13
97:13 99:17
122:22 131:9
158:14 219:4
255:12 267:3
306:25 313:10
331:25 333:4
380:20 387:20
394:5,7 395:11
**conrad** 3:3 12:20
**conradobrien** 3:7
3:8
**consider** 148:24

161:13,23
300:20 302:11
**consideration**
310:25 311:14
**considered**
146:21 281:11
316:11
**considering**
110:2 145:23
151:6
**consisted** 59:15
**consistent** 58:3
154:4,10
313:12 316:5
316:16
**consistently**
219:15
**consists** 222:3
**consolidated**
74:23
**consortium**
317:15 318:15
**constantine**
162:18 167:8
168:7 169:16
170:2 175:23
387:22
**construct** 104:3
**constructive**
237:8
**consult** 389:17
**consultant**
349:17
**consultants**
261:3
**consulted** 99:17
99:21 179:3
245:6 277:23
390:9,13,24
**consulting**
262:20
**consumerrelated**
15:8
**consumption**
281:7
**contact** 26:14
40:4,6 54:24
98:4 125:5,6
186:8,16
198:21 201:13
207:11 251:17
251:20 252:16
284:24 314:22
351:8
**contacted** 26:9

55:23 215:17
215:19 219:3
251:11,13
253:2 258:9
403:4
**contacting**
205:21 242:14
258:10
**contacts** 27:5,7
124:23 178:15
178:17 188:13
248:14,24,25
290:2
**contained** 154:2
**contamination**
307:9 313:11
315:10
**contemplating**
161:3
**contended** 152:2
**contending**
179:22
**content** 69:11,25
**contention** 77:21
155:9
**contentions**
105:12
**contentiousness**
229:23
**contents** 224:15
**context** 80:21
121:9 186:12
221:2 290:16
328:6
**contingency**
189:21
**contingent** 189:2
189:24 193:7
**continual** 281:21
**continually**
46:25
**continue** 4:9
76:21 85:25
160:22 238:10
293:17 379:13
**continued** 3:2
162:16 163:16
177:8 230:25
238:12 279:24
282:3 328:24
379:9
**continuous** 14:13
**contract** 119:6
332:2 333:6
336:6

**contracting**
195:12
**contracts** 35:12
**contractual**
179:18 385:9
**contrarian** 201:6
**contrary** 127:14
148:18 227:25
264:22,23
284:17 363:25
**contributed**
298:3
**contributing**
72:17
**contribution**
95:16 352:7
**contributions**
68:25 299:17
**control** 69:24
70:3,7 126:5
234:21 237:11
289:2 298:25
345:22 352:8
**controlled** 69:11
**conveniens** 98:8
100:10 106:19
**conversation**
80:19 90:18
103:8,10 123:3
129:16 130:4
130:16 131:3,7
131:9 132:23
133:4,9 138:4
146:2 152:24
156:2 157:24
169:21 182:23
183:10 184:13
184:14 201:2,4
243:8 244:10
245:2 274:16
334:16 340:5
342:20 348:10
388:13
**conversationally**
221:21
**conversations**
4:5 80:17
113:8 120:8,11
129:19 135:17
155:11,14
156:5,9 157:11
157:15 200:13
200:21 201:20
203:6,13 206:4
208:10 215:7

215:12 218:23
225:25 236:5
250:2,4 256:25
257:6,10 263:4
282:4,19
283:13 290:21
332:9
**converse** 101:24
**converted** 204:25
**convey** 286:24
**cooperate** 254:12
**cooperation**
250:20,22
251:4
**coordinate** 32:21
239:21
**coordinated**
245:19
**coordination**
32:22
**copies** 135:5
152:7 236:14
**copy** 11:14,18
16:18 214:6
223:20 258:4
258:10 273:19
**corner** 49:15
**corporate** 115:18
335:16
**corporation** 1:5
3:16 4:18 5:8
5:11,13 6:22
71:20 248:13
**correa** 39:6
350:17 351:4
**correas** 39:11
**correct** 12:16
14:4 19:23
38:25 57:2
68:21 69:6
70:18 73:21
83:7,15 84:9
86:7,10,16
89:6 90:11
96:15 98:21,23
115:5,8 116:16
116:22 125:21
126:3 136:14
138:7 197:20
220:13 228:14
241:15 247:24
248:10 249:25
258:11,12
261:4 271:13
272:8 292:17

295:8,18 315:6
315:7 338:22
340:7 344:18
353:20 358:18
361:23 363:5
375:4
**corrected** 181:18
**correctly** 271:9
**correspond** 205:2
**correspondence**
155:16 156:9
158:21
**cost** 18:16,17
51:25 226:11
264:2 275:7
282:25
**costs** 11:20
18:12 51:4
52:4 65:15,20
217:3 229:3
281:23
**couldnt** 21:20
60:12 69:18
100:18 191:12
194:13 238:4
246:12 261:8
302:19 361:17
367:13 368:3
393:16 398:13
401:22
**counsel** 7:7 9:13
12:19 15:15,17
19:22,25 20:2
20:13 23:23
28:22 31:15
32:19,20 33:11
34:16 35:24,25
40:13 66:12
81:12 84:19
85:20 86:12
87:20 97:22
136:5 143:17
146:19,22
160:10,13
161:4 196:23
198:11 202:20
204:3 216:21
251:13 271:25
273:20 314:17
324:24 363:4
363:12 364:6
405:15 406:22
406:22,25,25
408:23
**counseling**

407:18
**count** 82:22
96:10
**countries** 255:5
**country** 344:22
**couple** 9:19 36:8
38:13 129:4
184:25 252:13
334:18 337:12
347:2,6 385:18
388:22
**course** 10:5
11:21 43:5
71:7 198:12
272:5 290:13
320:8 329:3
353:19 382:12
397:20
**court** 1:2 4:20
5:3 40:10
90:23 96:17
97:23 101:22
102:3 103:23
106:18 126:24
126:25,25
127:5,10,12
133:13,17
134:13,17
144:7,8,16,20
145:11 146:13
146:15 148:22
151:22,25
152:4,7 260:3
263:2,8,11
264:6,8 265:2
265:5,7,25
273:11,13,15
273:24 290:18
292:9,13
305:16 311:25
314:20 362:7
366:22 377:24
378:6 381:8,10
381:14 384:15
402:4
**courtappointed**
144:12 248:16
262:11 264:9
**courthouse** 34:22
274:7
**courtpermitted**
128:12
**courts** 260:2,10
261:16,20
291:9 383:23

**cousin** 38:4,5
**cover** 333:11
337:3 343:2,17
346:16 381:11
**covered** 285:3
386:18 405:24
407:25 408:11
**covering** 16:13
**coverup** 146:13
**cox** 303:20
410:12
**crafted** 22:6
**craig** 30:18
**crazy** 233:22
**created** 74:15
115:2
**crime** 327:24
328:8
**crimefraud**
320:21 327:20
374:7,12
**criminal** 42:16
42:19 112:13
320:6 326:5,16
327:5 328:2
331:17 332:13
332:16,19
333:19 334:11
335:6 337:4
347:21
**criollo** 222:7
**cristobal** 20:4,9
26:8 321:7
322:4,21
**critical** 160:10
219:15 231:4
**criticism** 133:22
135:3,14
**criticisms**
127:15
**criticize** 264:10
**cross** 329:13,16
**crossed** 74:10
**crossexamination**
403:12,18
404:4
**crossexamining**
342:11
**crossnotice**
403:11
**crossnoticed**
399:19
**crs** 338:13
**crs17000** 410:13
**crude** 111:14,23

174:2,4 260:22
326:25 327:14
332:22 338:12
343:6 347:17
**crutcher** 1:18
2:3,8
**cullen** 127:22,24
128:6 129:8,21
129:24 130:2
130:10 131:4
131:11,14,22
133:19 135:14
276:7,8 278:19
285:7 337:13
**culminate** 282:20
**culminated**
229:12 278:21
**culminating**
170:16
**cumulation**
170:13 249:15
287:23
**cumulaton** 176:4
**curiosity** 81:2
168:22
**curious** 366:20
**current** 7:7 8:3
8:6
**currently** 9:22
17:24 349:14
**customary** 93:12
**cut** 49:20 347:13

---

**D**

**d** 25:8 31:23
42:14 202:11
349:15 391:13
410:2
**dam** 387:9
**damage** 205:3
261:11 263:18
263:19 264:3
266:22 273:11
275:6 283:7
296:15
**damages** 263:17
269:17,21
275:11 367:20
**dark** 289:3
**data** 265:8
**date** 4:12 7:22
9:9 13:7 19:2
29:15 36:6
54:22 91:4
150:19 155:5

214:22 232:16
285:9 357:18
357:22 365:3
365:16,17
380:11 381:15
412:4
**dated** 9:6,8
96:13 149:13
150:18 203:19
223:8 284:3,8
305:10 309:20
358:3 359:3
410:12
**dates** 29:4
150:22 223:2,4
229:16 322:2
**dave** 57:25 76:9
**david** 56:12
**day** 5:24 16:24
98:24 127:23
131:13 203:24
223:4 229:17
232:10,10,23
233:13,14
238:25 242:10
242:10 244:25
268:19,23
275:14 291:15
330:2 337:14
360:3,3 362:23
362:23 364:2,3
376:18 409:8
411:17 412:23
**days** 165:17
226:22 236:18
242:11,17
250:14 329:5
330:12 393:18
**de** 58:15
**deafening** 398:6
**deal** 128:2,24
131:23 163:8
167:3 173:2
177:18 186:3
383:21 400:7
**dealing** 327:4
393:19
**dealt** 105:14
395:13
**dear** 204:16
**december** 82:19
83:3 87:16,18
214:5 231:11
368:12
**decent** 267:3

**decide** 35:3
319:16
**decided** 18:20
114:13 169:7
169:17 356:6
**decidedly** 346:15
**decision** 33:25
79:15 103:2
104:14,21
106:18 246:16
252:20 301:12
301:23 359:23
364:6 367:18
391:8
**decisionmaking**
123:23 237:15
253:9 364:13
**decisions** 33:12
33:14,22
100:10 123:17
124:2 170:23
228:24,24
229:9 289:3,9
370:16
**deck** 231:16
**declaration**
75:16
**declarations**
98:7 265:16
269:13
**deems** 7:10
**defeat** 180:25
**defend** 164:18
**defendant** 41:4,4
248:13 337:23
**defendants** 1:10
2:15 5:18
112:13 316:4
316:12
**defender** 42:15
**defensa** 58:15
**defense** 34:6,10
42:16 216:12
288:5 335:23
335:25 336:8
**defensible**
290:19
**defined** 196:12
**definitive** 166:8
286:23
**deflect** 229:15
**deflection** 233:2
**degree** 38:19
88:8 102:11
251:4

**degrees** 113:16
**delay** 234:19
**delayed** 213:19
**delaying** 213:21
**delegitimate**
151:7
**deleted** 82:25
88:15
**demands** 126:21
225:16,22
275:20
**dematteis** 72:19
**dematties** 72:3,5
**demonstration**
399:23
**demonstrations**
112:17,18
125:10
**denied** 133:13
206:10 240:19
393:15 396:3
**denigrating**
131:17
**denominated**
262:3
**denver** 2:9
136:12 142:23
143:5 144:16
145:10 146:15
153:3 162:3,15
165:24 169:5
170:6 214:18
219:9 257:13
277:3
**deny** 170:22
264:11
**denying** 180:2
241:17 245:3
**depart** 319:21
387:13 402:10
**department** 28:6
301:25 302:9
339:22 340:6
342:24 344:5
345:12 346:6,8
383:10
**departments** 27:9
**departs** 220:2
308:8 327:12
392:15
**depending** 328:22
374:8
**deponent** 6:2
412:5
**deposited** 378:3

**deposition** 1:15
4:8,15 8:12
9:8,9 164:22
168:2,10,19
169:19 170:25
257:14 269:5
288:5 294:20
322:21 323:13
323:18 381:14
385:19 388:14
392:17,23
393:25 394:6,8
396:25 402:20
402:25 404:16
405:11,16,24
406:23 407:9
407:19 412:4
**depositions**
164:18,20
396:12
**des** 373:22
**describe** 312:12
**described** 45:16
59:25 111:11
134:9 146:8
147:18 199:6
241:6
**describes** 381:23
**describing**
152:11 247:6
340:12
**description**
93:25 114:3
211:23 223:23
340:11 381:24
382:8 410:7
**descriptions**
117:17 380:25
380:24 381:3
381:19
**designated** 92:6
92:7 102:22
104:10 124:13
**designing** 68:7
**desimone** 1:19
5:4 411:4,20
**desks** 63:10
**despite** 240:21
**destroy** 325:7,7
**detail** 102:12
147:24 151:9
153:8 154:10
169:9 232:10
308:6 363:13
381:17 382:3,4

detailed 145:24
  209:15 220:16
details 98:9
  183:18 210:25
deteriorated
  170:20
determination
  356:11
determine 367:25
determined 18:14
  92:23 136:22
  136:23 182:21
  355:20
develop 116:8
developed 52:4
  114:11,21
  116:9 117:3,5
  122:11 162:20
  171:4,19
  262:18 263:25
  265:15 269:12
  370:3
developing 21:25
  46:15 55:15
  147:8
development
  286:17
developments
  79:23 364:18
didnt 38:10 39:3
  42:7 45:2
  65:16,17 68:19
  68:20 116:6
  117:8 121:18
  128:2 133:15
  148:5 152:2,11
  165:18 168:13
  169:10,13
  170:11 183:2
  185:20 187:22
  188:22 200:6
  201:16,18
  226:13,16
  239:25 254:4
  259:9 266:3,14
  267:7,22
  275:14 279:14
  288:14 295:24
  306:4 309:6
  312:13 324:18
  333:18 336:10
  336:22 337:9
  343:16 346:9
  351:11 361:12
  361:16 365:4

367:16,21
  377:19 378:19
  395:7 397:13
  398:2 399:12
  399:14 400:3
  400:12,12,21
  401:14 403:11
difference 96:6
different 21:13
  27:8 35:17
  46:23 61:15,19
  61:21 66:5
  88:17 96:4,10
  124:24 174:8
  266:13 318:23
  322:2 373:4,5
  373:10,19
  374:19 375:2,5
  377:18 382:21
  401:16
differently
  96:10
difficult 257:22
dime 188:24
dinner 54:11,18
dint 395:17
diplomatic 244:9
direct 100:23
  178:14 186:7
  195:9 198:4
  199:10,16
  201:13 202:6
  210:5 239:15
  263:22 321:13
directed 187:16
  300:9 342:17
directing 188:11
  210:10 294:20
direction 62:24
  172:15
directions
  410:19
directly 74:5,20
  101:25 103:9
  120:17,20
  135:17 152:9
  163:16 184:10
  186:6 187:17
  194:11,18
  198:3,15 200:6
  200:17,19
  203:11,15
  207:17 211:8
  233:16 234:15
  238:8 239:9,21

251:23 375:22
  379:18
director 110:8
  299:5
disagree 116:19
disappear 341:19
disavow 18:15
disavowal 19:18
  65:22
disavowed 18:2
disburse 74:16
disbursement
  381:5,12,18,22
  383:11
disbursements
  374:5
discharge 240:23
  390:22
disclose 377:21
disclosed 218:19
  378:6
disclosure
  147:20 161:22
disclosures
  147:3
discourage
  249:24
discouraged
  388:15
discoverable
  242:23
discovery 115:10
  136:9 144:3
  147:8 153:4
  171:4 260:18
  269:12 272:5
  277:3 288:2
  289:25
discrete 266:8
discretion
  205:23
discretionary
  206:19
discuss 32:5
  77:13 127:8
  139:21 142:18
  148:5 159:24
  203:10,15
  207:5 215:17
  215:22,24
  230:7 260:8
  268:8,13 285:6
  286:12 289:6
  388:12 405:23
discussed 106:21

181:24 199:7
  202:18 215:2
  218:25 247:16
  249:12 259:25
  286:7 290:15
  316:10 331:5
discussing 26:11
  33:15 34:9
  249:9 290:17
  317:3,7 366:12
  376:20
discussion 33:18
  37:5 40:10,17
  41:2 77:16
  106:13 118:10
  129:6 131:25
  140:7 147:13
  160:9 165:24
  186:4 187:20
  195:10 198:5
  204:20 206:23
  208:13 217:24
  226:3,23 227:4
  230:2 237:18
  238:14 243:6
  255:14 285:11
  289:9 323:15
  327:2 332:14
  337:20 367:15
discussions
  24:23 33:6
  50:21,23 51:6
  105:17 114:14
  117:21 121:3,6
  121:10 122:23
  124:11,12
  182:5 186:14
  191:14 192:8
  196:21 200:10
  206:13 211:23
  213:13 214:25
  230:20 238:16
  242:25 243:7
  246:10 247:11
  249:16 250:15
  257:11 268:24
  272:22 276:16
  279:6 285:25
  286:3 287:3
  300:23 301:2
  307:3 326:13
  331:15,16
  332:17 368:5
  385:23
dishes 246:3

disillusionment
  360:18 361:15
disk 87:5 177:7
  258:22 330:24
dismissal 32:10
  328:4
dismissed 134:9
  326:10
dispute 36:16
  353:9 376:6
disputes 36:18
distinction
  152:12
distinguish
  21:10 74:11
  111:23
distractions
  232:17
district 1:2,3
  4:20,21 311:25
disturbing
  289:23
divide 162:25
divorce 234:8
docket 82:22
  214:12
document 13:8
  16:16,20 47:3
  48:5,6,16
  49:11 50:19
  59:21 66:13
  81:4,5,16
  93:14 102:15
  102:19 140:18
  140:20 141:6
  149:8,21 150:2
  153:12 203:17
  203:18 204:9
  204:11 217:20
  222:3 246:22
  266:6 267:23
  269:10 294:25
  303:11 304:8
  304:24 305:10
  306:5,14 307:5
  307:6,12
  308:11,17,18
  309:2,12 311:2
  312:4 320:24
  321:19,20
  324:12,16,19
  336:19,20
  338:17 339:18
  345:3,11
  348:19,22,25

353:8,14
354:22,24
355:3 356:20
356:23 357:24
357:24 358:2,6
359:8 368:9
380:8,17,19
382:10,11
392:20 394:3
395:6 410:15
documentary
  341:12
documentation
  163:5 242:8
documented 95:12
documents 9:20
  9:25 11:15,18
  12:5,9,12,13
  12:18,24 13:2
  16:23 48:13,17
  66:22 67:2,8
  81:8,18,21,23
  82:7,11,17
  83:23 84:18,19
  85:3,10,22
  86:3,5,14 87:9
  87:22 88:2,15
  89:10,12,19
  122:24 157:14
  170:15 204:5
  210:23 239:9
  240:20 241:9
  241:18 251:23
  262:2 270:12
  281:4 289:4
  301:4 302:17
  371:17 382:15
  392:19 393:6
  393:18 394:4
  394:17 396:6
  396:10,22
  397:7,15,16,24
  397:24 398:15
  400:23 401:6
doesnt 82:19
  172:14 324:14
  325:19 340:19
  343:16 395:4
  396:23
doing 44:7 65:7
  71:4 76:10
  77:22 78:15
  93:25 116:9
  119:14 128:21
  129:3 164:17

172:8 181:16
185:4 186:10
188:19 191:25
204:7 210:13
226:16 244:7
246:2 254:4
264:5,12
267:15 268:4
280:9 281:11
282:25 286:10
289:13 294:5
298:11 303:3
311:18,20
318:17 346:16
364:22 375:12
376:9 381:23
390:6 394:14
394:15 396:5
dollar 66:10,11
  204:25 367:23
dont 8:21 13:9
  16:8,11 17:7
  20:14 26:3
  28:2,7,12,14
  30:25 33:14,24
  34:11 36:7
  38:17,18,18,23
  39:18 41:22
  43:21 45:3
  48:14 50:17
  51:8 54:22
  61:11 62:6
  68:15 73:10
  75:21 76:7
  78:5 80:18
  86:22 88:11,20
  95:16,17 97:5
  99:24 103:7
  106:6,12 107:9
  107:9 108:11
  108:12 111:3
  111:21 112:7
  112:15,24
  114:16 116:25
  119:20 120:2
  132:14,21
  133:3,7 134:10
  136:18 138:21
  142:12 144:10
  145:9 147:24
  149:3 152:25
  153:5,19,20,21
  153:22 157:10
  160:10,20,24
  164:3,19

165:25 173:16
176:8 181:2,5
184:8 185:3,6
195:20 198:4,8
202:9 204:4
205:20 207:10
208:11,14,19
210:6 214:7
216:4 218:14
218:17,19
227:22 233:15
238:15 239:12
239:20,25
240:5 243:25
246:11 247:13
253:6 255:19
262:11 272:14
273:5 286:5
287:15 288:8
299:7 301:2,5
301:9 303:3,4
304:10,16
307:25 310:13
316:9 317:2,7
318:2,22 323:6
323:20 324:11
324:15 327:7
327:11 328:15
328:17 329:17
332:14 333:13
334:13,22
347:25 348:15
349:20 351:7
352:3 357:8,21
359:22 361:24
365:14 366:12
370:25 371:10
371:22 373:15
384:2 386:3
388:5,24
390:14 399:10
399:10,17
400:14 403:23
404:23 406:10
408:6
donz 222:13
donz00014089
  353:11
donz000140890...
  410:14
donz00026949
  222:9
donz26949 222:9
  222:16
donzhdd0046401

321:11
**donziger** 1:9
  4:19 5:20
  20:12,16,25
  21:6,22 25:13
  30:13 33:8
  35:19 41:23,23
  42:2,25 43:6
  43:19 44:2
  45:13,19,23
  46:11,14,21
  52:18,23 53:8
  54:16 55:18,23
  69:14 77:10,14
  77:19 78:2,17
  80:6,10,13,16
  80:23 91:22
  92:2,17,22,25
  93:6 94:10,11
  94:16,21,25
  95:5,22 96:4
  96:21 97:4,11
  97:16 105:25
  110:19 113:21
  114:6,8,10,18
  115:7,14 116:7
  116:13,25
  118:3,15
  119:14 120:12
  120:23 121:7
  121:13 122:3
  122:23 126:19
  127:8,19 128:6
  128:22,23
  129:10,21,25
  130:17 132:3
  132:20 133:11
  137:22,23,24
  139:14 140:3
  143:21 144:15
  145:9 157:16
  157:24 158:22
  159:7,9,20,23
  159:25 161:15
  161:18 162:5
  163:25 165:11
  165:13 166:21
  168:5 169:15
  170:8,12
  172:25 173:10
  174:3,18
  175:24 182:19
  183:11 184:9
  184:15,17
  185:19 188:2

191:6 195:2,8
198:6,23 199:2
199:8 200:7,15
200:20 201:11
202:6,18,21
203:6,24
205:17,18,22
206:4 207:5,24
208:10,14
209:8,22 210:9
213:2,9 215:4
218:17 219:14
225:13,21
226:7,16 229:7
230:18,22
231:12 232:2
232:13 233:3,6
233:14,21
234:12 238:6
239:11,20
240:7 241:6,17
241:25 242:12
242:18 243:3,9
245:13,21
246:5 249:21
252:24 253:4
253:14,22
254:10 256:6
257:20 259:24
260:5,8,13
261:2 268:3,8
272:23 274:16
275:24 276:11
278:14 279:7
282:4,11,21
283:14 284:18
284:23 285:9
285:19 286:2
287:2,8,9,15
287:17,18,21
288:11,19,24
289:13 293:24
294:10,19
295:12 298:18
299:8 303:7
321:8 322:17
326:14 332:9
332:18,24
334:17 335:5
338:20 339:16
341:11,23
344:2,7 346:10
347:2,6 350:9
351:9,10
352:23 353:23

354:9 355:4,9
356:15,24
357:6 358:9
359:15 360:8
360:11 364:17
365:23 366:8
367:3,15
374:22 375:8
375:22 376:14
377:9,21 379:7
379:14 381:22
382:6 384:7,20
385:23 387:23
388:12,20
389:7,11 391:3
391:10 395:18
412:4
**donzigers** 42:11
  43:14 54:21
  78:7 115:20
  118:18 119:18
  173:19 208:7
  236:12 238:18
  240:12 250:20
  286:9 358:2
  376:17
**door** 10:15 61:10
  61:12 250:25
**doors** 112:4,6
**double** 297:12
**doubt** 142:12
  259:14
**doug** 204:16
  225:4 267:23
**downey** 182:24
  183:8,19 184:2
  184:11 185:21
**downeys** 182:21
  183:14
**download** 236:15
**downplay** 229:15
**dozen** 61:15
**dr** 22:8 75:8,20
  75:24 80:20,23
  98:6,13 100:13
  101:10 102:17
  103:5,9,11
  106:13 107:21
  107:22 108:4
  118:14 245:20
  362:3 363:15
  370:5,7 388:14
**draft** 218:2
  222:21 247:4,9
  247:17 267:22

303:25 304:6
365:24
**drafted** 261:21
  271:7 303:6
  342:22
**drafters** 303:8
**drafting** 106:3
  106:10 255:5
  261:23,25
  273:8 274:10
  280:2 367:10
**drafts** 266:21
  267:17
**dragged** 228:11
  231:17
**dramatically**
  322:2
**draw** 152:11
  187:3 265:10
  381:13
**drawing** 300:18
**driven** 288:24
**dubois** 87:19,24
**due** 180:2,22
**duly** 6:7 411:8
**dunn** 1:18 2:3,8
  4:16 5:7,10
  10:13 323:2
  405:21 406:17
**dustup** 201:8
**duty** 240:23

───────────
          E
───────────
**e** 2:2,2,5 3:2,2
  6:5 177:2,2,4
  410:2,6
**earlier** 61:24
  68:17 92:12
  107:11 122:12
  140:8 178:13
  187:20 215:4
  215:16 230:22
  247:11 258:7
  273:17 276:6
  276:12 289:16
  292:4 293:23
  296:2,14
  314:19 343:5
  346:24 355:4
  365:22 368:22
  370:8 389:6
**earliest** 37:20
**early** 29:9 34:16
  35:15 37:22
  44:12 45:15,17

60:2 74:18
76:9 93:9
118:23 178:23
249:17 275:5
318:24 350:19
358:9
**earned** 364:11
**ease** 74:15
**easier** 374:10
**easy** 10:14
**ecologica** 334:6
**economic** 17:23
18:2
**economou** 155:21
155:24
**ecuador** 11:15
19:21 21:6,12
23:4,21 26:17
27:11,12 28:5
28:8,9,23 29:8
30:12 31:16
33:3,5,11,23
35:9,25 36:21
39:16,22 40:13
40:22 41:5,16
41:18 42:12
43:6,7,15,21
44:6,17 53:7
53:22 56:16
59:16 70:22
72:10 76:6,13
76:23 77:5
79:21 80:6
93:3 95:7
97:13 98:3,17
98:19,20
101:16 102:5,9
104:5,24
105:21 106:3,9
106:25 107:7
107:25 109:7
109:12,17,17
109:22 113:4
115:2 116:10
123:5,15
125:21 126:20
128:9 134:18
134:22 136:19
144:7 147:14
151:5 154:25
158:15 175:16
175:25 177:14
177:25 179:17
179:22 180:13
180:23 181:8

185:12 195:3
197:4 211:21
212:5,19
213:17 215:17
216:22 219:5
219:11 232:7
233:24 239:10
243:12 260:16
261:4,5 278:9
292:9,13 298:9
299:5 300:4,7
301:18 305:21
306:8,16,24
307:8,17
311:16 312:20
312:23 313:10
313:16,22
314:16 315:5
316:3,4,15,24
317:10,12
318:11,18
327:3 331:18
333:12,17
334:25 335:6
335:19 339:21
340:7 342:14
342:22 343:10
344:4 345:12
346:14,23
347:8,19 348:8
350:4,17 351:4
351:25 353:10
358:12 360:4
365:8 366:10
366:16,18
369:16 380:21
388:19 389:15
**ecuadorian** 6:24
22:6 26:25
27:6 40:21
53:25 58:11
59:9,12 60:13
97:23 103:12
105:4,7 108:4
115:12 118:13
118:17,22
120:10,21
121:24 125:3
140:14 144:19
145:11 148:20
154:21 163:4
166:19 175:17
180:2 187:12
214:16 230:7
231:10 233:9

233:14 234:16
241:11 245:9
248:16 260:2
260:10,14
262:25 265:25
273:10 276:21
280:21 298:5,6
299:21 305:17
305:19 312:25
326:6 332:10
**ecuadorians**
333:25
**ecuadorrelated**
48:23 71:7
92:3 319:10
**edelman** 322:4,25
**edison** 58:8
**editing** 42:18
**editor** 226:17
**educate** 245:9
256:20
**effect** 20:9,11
31:20 68:12
121:14 128:2
143:11 173:10
300:5 342:5
388:3
**effective** 196:15
254:7
**effectively**
240:23 407:10
**effectiveness**
335:12
**efficiently**
371:7 407:10
**effigies** 112:13
112:25
**effort** 36:14
111:8 123:12
210:24 217:22
229:14 312:2
**efforts** 245:14
256:10 288:25
289:5 290:21
355:22 364:10
**effusive** 381:19
**egotistical**
234:21 237:12
**eight** 63:8 109:3
109:3 213:5
**either** 16:2 23:7
25:2 42:17
65:21 74:23
80:12,22 88:8
88:9 109:8

116:18 137:5,7
137:18 138:16
141:20 143:8
148:2,8,13,22
167:12 171:25
180:17 182:2
202:5 214:9
217:19 232:6
245:15 265:20
268:25 273:6
273:13 287:11
296:7 302:22
305:20 314:24
317:10 332:22
344:22 349:21
350:21 373:25
378:25 387:8
399:4
**electronic** 11:14
11:17 309:23
**elevator** 165:10
165:11
**elicit** 404:14
**elliptically**
122:7
**elses** 265:21
**ema** 105:3
**email** 10:7,9,17
10:18,21 11:6
13:5 49:25
51:13 95:21
96:3,12,25
149:12 150:17
150:24 151:2
151:18 152:19
154:2,9 155:13
163:13 203:19
205:17 206:15
207:3 223:19
233:6,20
239:19 240:5
256:11 321:7
321:15 323:9
324:12,14,14
348:20 349:5,9
374:22,24
375:7 376:12
376:13 377:11
396:18
**emails** 135:8
194:9 203:20
207:10 210:22
211:7 232:23
233:10,15
271:23 282:20

320:7
embarrass 167:4
embarrassing
163:7 167:2
244:22 277:14
emergency 229:17
370:22
emery 162:7
employed 31:5
enacted 107:12
enactment 106:4
106:10
ended 165:5
244:10 357:15
enforceable
199:24
enforcement
212:9 246:15
281:9
engage 90:18
205:19 238:8
302:8
engaged 44:5,17
55:14 70:5
78:4 169:17
187:9 190:2
245:6
engagement 55:20
187:17 390:9
engineer 38:15
58:11
engineering
38:19,22 73:10
187:9
engineers 74:21
187:8
english 16:22
22:16,21,25
118:6 132:23
132:24 233:13
270:5,12,18,24
271:12,20
272:7 309:4,14
309:16 310:7
310:10 353:13
353:17 359:10
enjoin 32:11
enlisting 350:17
enormous 240:18
enter 34:5
198:23 199:2
355:11
entered 35:23
90:19 99:22
306:7,9 331:21

354:9 383:4,14
384:18 392:17
entering 34:12
161:19 363:17
entire 192:14
335:25
entirely 80:15
250:15 374:2
entirety 157:8
209:2
entities 182:8
384:21
entitled 217:7
221:5 259:10
304:25 353:8
356:17 368:10
380:11 410:15
entity 28:9
58:19 60:10,13
102:22 103:19
180:3 226:19
306:12 335:17
368:24
entry 52:10
56:23,25 67:20
73:2 75:4
91:21,23
environment
39:16
environmental
15:10,16,18
16:2 35:9
38:22 43:2
56:5,15,22
58:2,7 104:12
105:3,16,22
106:4,11 125:7
261:3 297:20
297:22 298:6
334:6 352:24
epidemiological
75:11,13
equal 162:8
190:22
equipment 78:16
370:24
equivalent
138:23
eric 28:18 35:22
36:9
errata 412:1
escalate 231:2
escalation
229:22
escapes 215:21

especially 108:7
esq 2:5,10,16
3:6,7,12,13,15
essentially
52:23 111:10
168:3 341:3
355:3 369:15
375:8
estimate 350:15
et 1:9 4:19
eternal 255:10
ethical 172:19
173:20 187:23
189:18 200:16
200:22
event 141:20
221:3 270:4
391:15 400:5
401:9
events 72:18
112:22 122:15
124:15 170:14
238:22 241:21
255:15 390:24
eventually
181:17 270:24
282:19
everybody 404:12
everybodys
245:19
evidence 262:18
263:25 265:9
280:23
evidencing 47:8
evidentiary
34:19
evolve 116:5
evolved 247:10
370:16
exact 111:4
173:8 347:24
355:19
exactly 67:10
90:3 134:17
146:13 221:5
272:9 282:24
344:13 345:7
393:21 397:17
398:16
exaggeration
228:17
examination 6:9
177:8 327:20
405:12 410:3
examine 67:13

399:22
examined 6:7
examining 67:9
example 55:14
110:8 230:6
259:15 267:2
301:17 379:11
395:14
examples 124:20
391:2
excepting 46:9
exception 327:21
374:8
excess 275:8
exchange 49:25
51:13 93:11
96:12 144:9
190:6 203:19
203:21 254:25
282:20 302:15
303:21 307:16
310:24 311:13
311:17
exchanges 203:23
207:4 406:21
exclusive 205:23
408:12
exclusively
80:16 195:7
312:22
excuse 19:15
44:25 60:17
63:11 80:25
89:25 146:10
157:22 164:24
193:3 219:23
251:5 253:15
271:8 293:18
303:24 304:7
304:17 318:2
321:16 397:9
398:4 399:2,10
excuses 132:19
executed 305:2
308:20 313:8
336:7
execution 90:21
90:21
executive 110:8
270:18,25
359:2 410:15
executives
178:15 300:11
302:7
exercise 254:8

**exercised** 70:6
**exercising** 124:2
**exerted** 44:15
**exhibit** 9:6,11
  13:11,11,13,20
  16:17 17:7,8
  17:12,16 19:20
  22:22 47:3
  48:2,6,11,14
  48:19,21 49:24
  50:9,15 51:20
  63:16 67:19
  70:15 72:2
  73:2 89:24
  91:16,17 92:15
  94:14,19 95:20
  96:18,20
  140:19,22,25
  141:20 142:7
  149:9,10,24
  150:5 154:3
  155:13 203:18
  203:25 204:13
  207:4 217:16
  221:25 222:2
  222:22 224:8
  227:24 240:16
  240:17 246:22
  246:25 247:3
  247:18 283:18
  284:2 288:21
  303:12,22
  304:24 305:6
  314:12 316:7
  320:25 321:22
  322:6,7,9,11
  322:11,20
  324:9 334:25
  338:14,15
  348:22,23
  349:2 350:14
  353:8,15 354:5
  356:14 358:25
  359:5,7 368:6
  369:5,9 380:9
  380:14,16
  382:10 410:8,8
  410:8,9,10,10
  410:11,11,12
  410:13,14,14
  410:15,17,17
**exhibits** 72:14
  72:15 323:17
  370:8
**expect** 165:18

  402:13
**expectation** 7:6
**expected** 192:15
  211:2
**expedition** 79:2
**expended** 51:5
  225:2
**expenditure**
  111:8
**expenditures**
  11:21 217:18
**expense** 51:13
  95:3 97:17
  217:21 373:17
  376:17 382:22
  383:2,4,19
  384:4
**expenses** 18:12
  48:8,22 56:5
  65:20,22 66:7
  67:24 69:3
  70:16 71:16
  74:9 92:7,8,18
  95:11 204:22
  216:2 225:6
  238:2 293:11
  368:11 369:13
  369:15 370:10
  373:17 374:3,5
  380:20 382:4,5
  383:24
**experience** 16:2
  16:6 42:12,17
  42:20 43:2
  55:21 219:13
  346:11 365:19
  383:16
**experienced**
  26:20 55:12
  171:24
**experiencing**
  230:16
**expert** 98:7
  126:22 128:12
  144:9,12
  148:23,23
  151:11 152:8,9
  154:22 260:3
  260:11 261:16
  261:20 262:11
  263:11 264:9
  265:2,7 279:2
  281:10 291:9
  291:17 296:6
  296:23 391:23

**expertise** 14:25
  15:4 126:21
  255:3
**experts** 57:11
  67:25 248:17
  249:2 268:25
  290:15 296:4
**expired** 191:2
**expires** 412:25
**explain** 66:14
  78:17 143:23
  153:10 235:15
  236:20 282:16
  308:11
**explained** 55:19
  103:5,8,12
  114:12 262:8
  262:14 263:2
  387:21
**explaining**
  174:19
**explanation**
  128:17 132:7
  234:13 321:3
  341:24 373:8
  374:13,17,21
**explication**
  155:9
**exploration**
  24:13
**explore** 367:4
**explored** 290:15
**explosion** 366:24
**express** 5:21
  231:15 337:14
**expressed** 127:14
  204:20 243:17
**expressing**
  325:14
**expression**
  160:24
**extant** 316:17
**extent** 16:23
  38:21 40:3
  71:18 77:25
  81:8 120:7
  154:13 171:3
  213:22 272:24
  274:17 289:25
  292:14 381:21
  389:7,11,22,24
**extraordinary**
  224:25
**extremely** 220:4
**eye** 166:3

**F**

**f** 177:2
**face** 219:20
  220:3 345:4
  365:8
**facilitate** 110:4
  110:6 178:18
  187:12 243:16
  278:11 333:8
  336:15 344:9
  344:17
**fact** 18:24 59:23
  131:19 171:10
  173:17 181:16
  183:4 184:12
  192:24 211:4,5
  212:11 217:6
  259:11 274:2
  285:25 316:14
  318:7,9 345:23
  356:15 366:16
  367:3 396:17
  400:19
**factory** 366:24
**facts** 143:2
  242:5 249:19
  265:15 367:11
  389:20
**fair** 71:23 84:21
  84:25 86:12
  192:13 200:23
  201:10 339:19
  365:13
**fairly** 42:21
  44:12 111:3
  165:20 181:18
  206:21 216:24
  256:22 286:16
  406:5
**fait** 360:17
**faith** 161:10
  392:24
**fajardo** 24:16
  25:11 47:16
  55:13 108:10
  108:12,13,15
  114:15 132:3
  132:21 133:2
  135:17 136:5
  138:5 139:9
  142:3,17 145:8
  145:13 146:14
  147:12 148:2,8
  148:14 149:13

150:6,18 151:2
151:18 152:17
153:17,18
154:2 155:12
155:18 156:3
156:12 157:3
157:17 174:15
195:3,10
211:24 213:3
222:5,12,19
223:12 232:19
284:12 287:6
293:3,15 327:4
327:25 347:18
348:7 363:11
364:6,22,25
365:7
**fajardos** 55:22
144:6
**fall** 18:6 25:14
54:10 61:6
63:14 140:11
229:12 278:23
286:20
**false** 76:14
175:2 276:3,18
276:23 285:20
285:20,22
294:15 379:15
379:21 384:9
**falsity** 175:21
343:7
**familial** 38:6
**familiar** 8:11,14
56:6,11 60:7
105:2 351:19
351:22
**far** 39:2 49:7
89:18 123:13
187:6 266:6
269:3 319:25
353:4 368:21
397:22 401:2
**fast** 404:25
**father** 14:15,17
38:7
**favorable** 277:18
**favorites** 121:22
**fda** 58:18 59:7
102:22 103:2
108:19 354:10
**feature** 235:20
**february** 130:11
130:22,23
157:24 167:21

213:8 255:15
285:5 303:15
357:15 359:4
**fee** 18:9 91:22
92:13 94:12
162:8,9 193:8
194:4,7,17
197:12,16,19
197:21 198:24
199:3 218:10
237:16 354:8
356:18 358:12
382:2
**feel** 121:21
206:21 244:24
289:18
**feeling** 224:10
**fees** 65:22 92:6
92:17,23 94:16
95:2 97:12
168:6 190:23
194:12 199:15
225:6 355:16
379:10 383:23
**feince** 354:10
**fell** 266:16
**fellow** 30:2
**felt** 171:2,7
186:24 227:3
275:12 288:10
**fernando** 73:3
260:9
**fess** 292:7
**field** 53:14
128:21
**fields** 318:21
**fieldwork** 129:3
**figure** 199:13
**figures** 264:3
**file** 75:16 145:9
152:6 168:9
173:19 182:16
264:21,21
324:18
**filed** 4:20 16:19
17:15 19:21
22:2,23 23:2
27:13 37:21
41:9 43:13,18
47:11 59:21
60:5 102:9
128:9,11
134:20 144:15
157:21 168:4
168:15 213:20

214:4 261:19
265:4,24 266:9
266:12 269:13
269:16,20
270:3 272:21
273:10,13
274:18 279:20
291:15 303:2
315:3,12
354:23 385:3
**files** 10:3 12:10
12:14,15 37:8
141:8 236:15
252:3,17
**filing** 43:22
98:18 99:14
181:19 266:5
273:20 305:16
316:2 333:11
350:19 385:6
**film** 111:14,23
111:25 112:3,7
174:2,13
326:25 332:23
339:2 340:13
340:14,19,22
347:17
**filming** 341:16
**filmmaker** 260:19
**final** 80:3 98:25
99:5 100:10
230:8 245:12
261:11 263:10
263:15,16
280:18,22,24
286:15 290:18
295:18,22
301:21 359:23
362:18,18
365:25 366:4
**finality** 255:17
286:19
**finalized** 34:14
**finally** 233:5
236:3 278:12
278:21,25
282:22 289:23
343:10
**finance** 71:21
**financial** 36:20
**financing** 116:14
**find** 78:24 82:6
132:14 163:11
163:13 221:5
302:9 371:18

**finding** 180:21
180:24
**findings** 367:11
**fine** 149:6 324:3
324:6 330:18
331:8
**finish** 26:4
**finished** 321:17
**fire** 201:9
**fired** 359:16
360:23,23,24
363:23 388:20
388:25 389:12
**firing** 359:9
361:11 389:17
390:23
**firm** 9:22 10:8
10:12,21 11:6
12:20 14:11,13
14:18 15:9,15
17:22 18:7,11
18:13,20,23
19:7 20:5,7,17
20:19,21 26:9
30:3,15,20,22
30:24 31:6
42:23 46:4,6,8
46:20 50:6,12
51:13 52:7
53:24 55:10
65:19 70:18,22
71:8,12,25
72:10 95:6,7
96:14 97:18
98:14 100:22
100:23 102:14
116:11 127:23
135:9 136:4
138:15 139:22
140:9,10,15
141:7 143:15
147:4 155:16
155:19 158:14
161:5 162:7,11
162:18 164:10
164:11,19
167:9,10,22
168:5 169:3
181:12 182:17
182:21 183:22
184:20,23
185:11,15,16
188:17 193:10
193:24 197:9
197:23 202:10

207:19 209:6
210:23 214:15
214:17,19
215:5,8,13,25
216:10,14,24
218:17 219:14
225:16 229:2
229:13 231:8
231:25 234:25
237:25 238:7
240:10 242:3,4
244:18 247:4
247:19 251:11
251:12,17
252:12,17
257:18 271:18
271:18 281:10
287:8 288:15
289:3,24 290:2
293:10,16
337:14 355:2,2
355:5,12 357:4
357:5,7 373:18
373:20 374:4
384:20 386:2
387:3,18,22
405:21
**firms** 42:23
50:22,24 53:12
139:15 141:8
161:2,16,20
171:12 187:9
211:15 224:24
225:7 228:21
252:2 253:2
287:12 291:22
381:4 382:13
383:21 384:4
406:24
**first** 6:6 16:20
26:7 43:23,24
48:20 49:15
50:8,15 51:20
72:20 74:7
79:25 83:10
85:7 87:14
91:20 97:7
113:24 129:20
130:11,15,18
143:18 162:23
163:22 175:5
186:16 189:25
190:25 191:9
197:5 201:25
203:20 209:4

214:15 217:8
222:4 224:8,11
228:18 242:11
247:9 248:3
260:23 261:18
263:6,14
265:18 269:25
277:6 279:25
283:18,25
284:7,14
288:21 296:12
304:3 311:20
319:15 323:25
325:18 337:8
337:22 341:9
341:23 346:24
350:13 360:20
362:4 364:19
368:4 369:13
373:14 374:14
376:4 389:17
395:7 400:8
403:15
**firstname** 172:5
**firstperson**
269:10
**fishing** 79:2
**fit** 56:9 82:20
**five** 25:10 63:3
226:11 227:12
229:18 245:25
303:18 330:4
330:24
**flailing** 288:6
**floor** 10:14
62:20,20
**fluent** 255:25
**fluently** 138:18
**focus** 187:22
278:2
**focused** 236:23
300:3,6 335:9
346:17
**focusing** 41:12
48:20 147:21
277:21 317:8
**folks** 101:12
109:25 115:12
119:8 136:10
140:14 269:12
341:12
**follow** 18:21
162:25 177:10
233:19 238:9
244:15 246:9

**followed** 90:17
223:23
**following** 87:17
87:19,23 90:4
104:24 204:18
238:17 276:15
**follows** 6:8
161:9 295:13
**followup** 207:10
207:13 210:14
223:20 268:24
282:10 377:13
**food** 369:17
**forbid** 236:5
**foreign** 182:7,8
182:10,12
**foreigner** 183:7
**foreman** 216:7
**foresee** 212:10
**forever** 300:21
**forged** 102:19
**forget** 186:17
191:18
**forgot** 165:20
**form** 17:16 18:17
50:13 93:15
94:12 119:9
123:19,20
150:8,11
214:10 247:10
266:11 269:23
273:3 371:5
407:16 408:14
**forma** 380:11
**formal** 34:6,7
60:4 93:11
134:21 202:16
202:16 217:25
**formality** 60:6
363:16
**formally** 18:15
**format** 51:10
281:14
**formed** 53:2
58:25 59:18
**former** 7:5 14:21
84:15,16 97:22
146:22,24
147:9 173:11
186:8
**formerly** 6:23
**formidable**
171:23
**forth** 163:14
229:4 269:6

311:2,20 312:4
316:6 326:11
376:12 380:20
411:8
**forum** 98:8
100:10 105:14
106:19 246:18
**forward** 41:12
51:7 53:8 55:5
80:4 93:4
114:22 139:22
139:25 143:14
189:15 224:12
249:24 254:9
288:2,16
292:11 320:3
390:14
**forwarded** 149:15
189:7 190:17
247:14
**forwarding**
342:14
**forwards** 149:17
149:19
**found** 132:9
146:10 269:11
335:21
**four** 23:7,10
25:9 63:3
109:8 130:9
227:12 229:18
231:24 235:13
236:18 258:22
399:25
**fourpage** 140:19
**fourth** 249:3
400:4
**frame** 20:24
37:10 63:12
80:12 82:20
130:10 135:7,7
142:5 156:16
231:10 239:8
261:6 266:24
268:18 290:17
315:2
**frames** 228:19
**francis** 83:6,13
**frankly** 281:19
397:8
**fraud** 146:10,11
218:25 219:22
253:25 257:7
327:24 328:9
331:24 333:4

336:6 339:24
345:10,14
346:22 386:11
**fraudulent**
386:22,23
**freestanding**
62:9,13 266:12
**fremlin** 203:22
205:7
**fremlins** 205:16
**french** 22:17
138:24
**frente** 58:15,20
60:9,18 61:8
61:14 62:2,4
62:12 63:7,22
64:9,10 65:5
73:19 74:5,13
74:24 75:3,23
104:8,10,15
109:21 114:4
123:24 125:14
125:15,16
182:3 183:17
185:18,22
**fresh** 227:22
**friend** 186:15
198:21 349:12
**friendly** 230:23
**friendship**
121:16
**front** 17:6 61:10
61:12 91:16
315:19
**fruitless** 250:21
**frustrated**
212:21 290:20
**frustration**
227:9 229:24
243:18
**ftp** 82:23 88:3,9
88:14,19 89:5
89:6
**fuel** 201:9
**fulfilled** 336:6
**full** 6:12 30:17
89:14,17 90:14
135:11 143:24
147:19 161:22
171:3 227:23
292:14 370:20
**fulltime** 46:11
93:22 111:10
**fully** 290:14
**function** 165:6

231:7 238:4
**functioning**
74:11,12 299:3
**fund** 75:20,23
95:15 116:20
160:22 293:17
294:3,6 297:25
351:23
**fundamental**
228:20 367:14
**funder** 217:6
**funding** 74:7
216:23 226:8
226:20 282:3
369:22 391:7
**funds** 71:22
115:3 126:15
194:14 204:21
217:8 225:16
225:23 227:7
256:12 384:9
**funny** 185:9
**further** 70:15
140:7 153:11
155:7,9,15
183:25 205:21
208:13 242:24
246:9 247:12
280:12 292:21
304:22 330:11
350:11 377:20
387:11 407:7
411:12
**furtherance**
146:9,11
219:21 386:10
**future** 312:16
388:2
**fuzzy** 296:24

_____
**G**
**g** 48:8
**gallery** 72:14
**gap** 371:15
**garr** 67:16 159:8
159:20 165:11
167:5 169:15
232:2 393:19
394:6 395:2
397:7
**gas** 16:14
**gather** 208:25
260:19
**gathered** 406:9
**gathering** 110:4

263:12
**geared** 21:6
**general** 8:13,16
14:22 39:22
50:21 55:12
67:23 74:3
99:25 105:11
107:18 112:9
114:3 124:22
133:18 134:25
154:20 175:14
198:11 207:18
314:15 326:8
326:12 327:3
331:19 333:15
334:20,21
337:5 339:21
340:7 342:6,8
342:17,20,21
343:10 344:4
345:11 346:14
347:4,8,18
348:8 366:2,6
**generally** 17:5
79:24 269:24
300:6 373:6,7
**generals** 28:8
342:15
**generated** 49:11
**genocide** 350:21
**gentleman** 35:22
159:14 186:18
188:22 233:11
256:13 257:16
314:18 351:13
**gentlemans**
215:21 257:20
**gentlemen** 138:16
**gerardo** 2:15
**getting** 21:5
30:5 81:5
101:9 105:8
114:2 122:8
153:19 167:22
169:7 170:5
171:6 196:4
212:20 227:17
244:15 257:19
258:13 300:19
301:25 343:12
387:24
**ghostwriting**
269:9 280:3,6
283:10 286:13
286:16 294:2

**gibson** 1:17 2:3
2:8 4:16 5:7
5:10 10:13
323:2 405:21
406:17,22
407:11 408:17
**gibsondunn** 2:5
2:10
**gidi** 245:7,20,20
254:15,16,18
254:19 255:25
256:5,7,19
367:5
**gitter** 3:12 5:15
87:7 193:14
258:24 408:23
**gitters** 7:16
**give** 8:23 21:20
94:24 97:9
153:2 154:18
161:21 231:12
234:12 244:20
338:11 379:20
380:7 399:24
**given** 106:18
122:5 176:2
284:23 296:17
296:18 340:6
363:9 373:8
374:17 381:17
411:10
**giving** 57:18
121:3,6 311:14
311:15
**glad** 278:25
**glancing** 337:7
**glazer** 30:14,18
31:2,5,8
138:14,22
141:10,17
149:20 182:15
214:9 230:13
233:10 234:7
236:11 239:14
239:14,22
240:8
**glazers** 30:17
141:12
**glimmer** 337:18
**global** 25:20
56:5,21 57:11
57:12,25 58:7
260:2,11
261:16,20
266:22 273:11

**go** 4:10 8:19
34:25 56:22
57:20 64:3
68:20 104:14
116:17 162:14
164:20 165:5
175:9 185:2
190:24 206:15
211:9 232:3
233:18 234:5
236:7,11 243:3
290:7 292:25
301:24 302:5
317:25 323:11
324:6,7 328:11
329:9,20 330:9
332:12,15,19
336:8 339:14
340:14 341:7
343:25 344:14
345:13 348:17
364:3 367:24
373:9 374:18
380:23 387:11
390:6 394:16
397:11,18
401:5
**godfrey** 140:9
158:8,13,25
**goes** 108:15
191:24 248:11
343:4
**going** 9:5 13:10
21:10 25:20
26:5 35:3 51:6
51:7 62:23
66:22,24 81:25
84:22 86:24
107:17 114:23
116:7 119:23
132:13,14,18
134:17 139:21
139:24 140:18
143:12,25
144:5,23 149:7
149:8 162:3
163:12,13,24
164:6,12
165:14 170:6
174:19,20,21
174:23 175:8
176:10 179:5
189:14 198:24
203:16 206:20
219:20 220:21

221:13,24
226:9 230:3
232:7 234:7
235:2,9 237:20
239:24 243:10
244:5,5,8
246:14,21,22
249:24 250:24
257:21 258:17
260:15 261:4
266:5 277:2,13
277:14 282:25
287:25 291:23
294:18 303:10
303:11 304:23
308:6 311:9
321:13 329:4
330:9,19 331:4
333:8 334:24
336:15 337:9
337:11,22,24
337:25 338:2,4
338:8,11,14
339:10 340:12
341:13 344:9
344:17 346:19
346:20 347:11
348:18 353:7
358:24 360:23
362:17,24
364:2,3 368:8
368:9 373:25
380:7,8 386:20
394:12,16
396:20,21
402:7,14
403:19 404:25
405:2,7 408:25
**gomez** 2:13,16
5:17,17,17 7:8
7:12,14,20
63:11 123:19
124:17 127:3
144:22 145:14
146:4 150:8,11
156:15,22
160:3,8,14
164:24 192:18
219:17,23
220:3,17
251:20 253:15
258:24 273:3
293:18 303:13
304:7 307:23
308:3,16,23

309:6 310:17
310:18,20
311:6 314:5
315:13 316:8
317:17 318:2
319:12 321:3,5
321:21 323:24
325:16 326:18
326:21 327:13
327:16 329:13
329:18 331:3
331:10,11
339:10 340:8
340:16,20,21
341:4 343:23
345:17 347:9
353:25 359:17
361:2 368:16
373:12 379:16
386:5 389:19
389:25 391:24
392:5,10,13,16
393:17 396:8
398:8 401:12
402:5,17,23
403:22 404:9
404:22 405:3
405:12 410:5
**good** 6:10,11
22:18 38:2
118:9 161:10
201:7 232:14
235:3 236:19
242:13,19
249:22 250:3
256:12 383:7
392:24 404:3,6
**goodbye** 165:8
205:24
**gossip** 360:15
**gotten** 227:16
278:14 279:2
288:12
**gov** 339:20
**government** 27:6
124:24 177:19
179:12 180:18
182:11 187:13
248:9,17 249:2
278:8,13,15
311:16 331:22
335:17,19
345:2 346:3,12
**grace** 203:22
205:7

**grad** 365:5
**gradual** 229:11
**gradually** 362:8
**graduate** 14:7
**graduated** 14:2
365:2
**graduating** 14:9
**graf** 9:21,23
10:3,6 11:13
11:19 12:14
14:10,15 17:23
19:22 31:9,12
43:8 44:19
45:11,18 46:20
48:22 52:4
63:21 69:20
71:9,11,14,17
71:19 74:4
92:4,16 94:15
94:20,24 96:14
96:22 97:12,17
110:11 113:13
115:21 119:17
122:4 123:15
125:23 126:11
146:19 158:12
179:8 181:22
182:23 210:16
234:14 239:7
241:8,10,12,18
250:9 253:22
258:3 262:19
297:25 298:7
299:16 351:23
367:9 369:2,14
372:19 378:3
380:17 381:2
382:12 383:18
387:2
**grafs** 12:10
**grasping** 285:13
**great** 91:6
144:15 242:13
343:9 364:22
383:21
**greatest** 395:19
**greet** 174:23
**ground** 281:18
**group** 6:24 19:9
19:12,17 21:14
40:12,14 59:15
59:19 89:10
100:25 186:21
193:12,16
194:20 195:6

284:12 288:8
302:23 334:4,7
338:3 345:6,23
351:9 358:11
**groups** 18:22
47:17 58:22
101:20 125:17
125:17 334:6
352:24
**guess** 28:19
36:13 52:21
113:22 124:3
124:22 165:23
220:9 267:19
281:16 313:20
342:2 371:7
389:4
**guessing** 8:19
**guesstimate**
197:7
**guesstimates**
275:19
**guided** 7:17
**guilty** 350:20
**gulf** 35:10
**gus** 102:17
**guts** 345:3
**guy** 38:9 155:20
170:4 172:6
174:22 188:22
235:23
**guys** 174:21
175:9 235:5
236:23 244:17

---
**H**
**h** 6:5,5 177:4,4
410:6
**h5** 155:24
**ha** 128:13,13
**hadnt** 218:18
286:22 344:23
**haec** 220:12
221:8
**haggling** 279:5
**hague** 350:20
**half** 16:20 139:5
220:10 277:25
**halfway** 52:11
**hallway** 62:21
165:9
**halt** 281:18
**hamill** 3:6 5:25
5:25 6:15,19
12:23 17:2

57:20 81:14,20
81:24 84:23,25
85:15,18,24
86:8,16,21
87:6,11 88:11
88:16,20 89:2
89:13 90:6,10
91:3 95:4
150:12 254:19
269:22 279:22
293:20 294:22
297:9 304:13
305:24 309:10
309:25 310:11
310:14 316:19
317:21 353:17
374:15 387:14
402:10 404:18
405:4,22
406:14 407:15
408:3
**hand** 16:16 82:2
84:22 141:15
149:7 203:16
221:24 304:23
320:23 348:18
360:7,9,9
368:8 411:17
**handed** 48:4
276:21 344:24
**handful** 101:20
**handle** 195:25
230:10
**handled** 12:19
196:7 296:5
375:10
**hands** 231:15
**handwriting**
141:21,23
**handwritten**
49:14 95:25
97:2 141:4
**hang** 317:21
**happen** 144:2
211:5 277:2
337:9 361:16
388:2
**happened** 100:7
100:21 107:11
143:24 168:23
210:7 285:10
**happening** 100:7
213:17 282:6
360:16
**happens** 185:25

329:8 346:11
**happy** 188:21
**hard** 11:14,18
223:19 304:19
364:23
**harken** 251:6
**harkens** 181:4
**harmful** 78:18
**harold** 14:17
**havent** 17:15
144:14 227:15
321:17 394:22
**havoc** 77:4,8,12
79:16
**head** 160:23
288:13 299:6
308:12 318:24
337:17 338:9
352:4
**headed** 139:19
**header** 48:7,24
**heads** 238:22
361:17
**health** 75:14
**hear** 70:11
145:17 160:17
165:18,19
219:22 230:24
246:3 278:25
308:9 319:15
320:11 386:8,9
386:14 387:10
401:14
**heard** 45:5 70:13
165:17 191:9
202:5 214:20
217:23 278:13
296:22 360:16
360:20 364:20
401:17
**hearing** 29:10,12
34:20 83:19,25
84:7,20 87:17
87:19 160:16
243:5 351:12
**hearings** 39:24
101:22
**heft** 187:2
196:19
**held** 1:17 4:15
31:21 110:9
313:22
**hello** 118:9
**help** 212:18
230:12 393:16

398:13
**helped** 110:4,6
**helpful** 186:24
246:13
**helping** 173:12
**heres** 271:24
**hereunto** 411:16
**herrera** 27:21,25
28:15
**hid** 293:25
**hidden** 343:3
**hide** 290:10
**high** 138:23,24
**higher** 55:21
191:20
**highlighted**
301:4
**highly** 163:11
**hillwig** 30:14,18
30:23 31:11
138:14 149:19
172:23 214:9
230:13 234:6
236:11 350:16
**hillwigs** 30:16
**hilwig** 141:10
**hilwigs** 141:14
**hindsight** 148:18
236:7 237:2
293:8 379:20
**hinton** 66:4
195:23 200:5,6
201:22 202:2,8
202:22 203:7
203:11 205:8
205:12,24
206:6 207:6,17
208:11,21,21
209:18,18,21
210:12 226:14
256:16
**hintonissued**
210:18
**hintons** 182:24
202:12 209:9
**hire** 187:8
250:10
**hired** 97:25
254:11 262:19
350:3,4,6
389:12
**hiring** 253:23
262:24 389:17
**history** 41:11
51:3 188:13

211:7 217:18
231:6 232:16
240:11 320:6
356:11
**hit** 324:20
**hodgepodge**
282:18
**hold** 157:7
245:23 315:9
**holds** 113:17
**holocaustera**
15:14
**home** 62:9 226:4
227:5 275:20
**honest** 289:12
380:2
**honestly** 164:11
**honor** 86:21
87:11 88:17
315:16 320:19
387:2 396:8
398:8 399:17
404:23
**hotel** 54:14
**hour** 139:5 159:5
159:18,19
330:6 406:10
**hours** 32:2
244:14 303:18
330:4 368:20
399:22 402:15
**house** 62:8,13
120:24,25
121:4 122:25
123:6,10,10
**housed** 274:8
**huddled** 133:6
**huge** 279:8
**hugo** 2:15 5:18
**huh** 160:6
**human** 15:13
**humanitarian**
121:17
**humberto** 24:22
136:6,13 137:4
**hyde** 174:9
**hypothetical**
390:2,7

---

**I**

**idea** 86:5 232:14
236:19 242:13
242:19 249:22
250:3 351:15
**ideas** 287:11

350:11 351:12
**identical** 222:15
**identification**
9:12 12:4
13:14 48:3
140:23 149:11
204:2 247:2
303:23 338:16
348:24 353:16
359:6 368:7
380:15
**identified** 6:24
30:13 89:19
96:8 314:16
**identify** 4:25
204:5
**ill** 165:16
232:14 233:24
236:24
**im** 6:18 8:14 9:5
9:7 13:10
21:10,16,17
22:18 24:7
26:5,6 27:23
33:8 39:4
41:20 44:22
45:25 46:2
49:10 60:6
62:10 63:17
64:6 67:5 71:3
75:25 81:25
82:4 83:9
84:22 90:25
92:19 95:9,9
96:16 98:9
102:11 114:23
127:3 135:7
141:8 142:20
144:22 149:7,8
150:9,14
152:22 154:6
159:17 161:25
162:15 164:4,5
164:6 173:24
174:15 181:8
188:4,10,11,21
192:25 194:24
196:8 198:24
200:3 203:16
208:4 218:14
221:8,24 224:6
224:11,21
228:7 233:23
233:23 234:7
237:9 244:19

246:21,22
247:9,25 248:3
255:2 258:13
259:10 276:25
279:23 293:10
294:18,23
298:11 300:12
303:10,11
304:23 306:9
308:23 309:6
310:20,21
316:20 318:13
321:13,17
322:23 324:12
326:8 338:11
338:13 341:20
341:22,25
342:10,11
343:11 345:16
345:21 347:11
348:18 352:21
353:4,7,25
358:24 360:10
363:15 365:3
368:8,9 376:5
376:11 377:14
380:7,8 387:5
389:3 395:25
397:22 403:19
406:3,17
408:19
**image** 309:23
**imagine** 341:15
**immediately**
182:18 183:21
342:4
**impinge** 162:10
**implement** 187:5
368:3
**implicating** 33:4
**implied** 152:23
**import** 221:9
**important** 165:20
244:6 294:12
295:6 394:18
394:19 397:14
398:4,5
**impossibility**
305:16
**impossible**
240:22
**impression**
175:12 377:6,8
**impressions**
308:19 393:3,4

393:10 395:13
400:15
**improper** 134:3
134:23 233:17
244:23 248:14
284:24 286:14
290:12
**improprieties**
247:22
**inability** 230:6
239:4 249:14
249:19
**inadequate**
122:13
**inadvertently**
83:2 323:18
**inappropriate**
246:8
**inappropriately**
135:20
**inbetween** 36:4
**incident** 248:7
**include** 190:11
245:3 249:4
258:9 263:17
**included** 17:6
125:16 130:20
222:22 232:5
263:11 271:7
273:17 274:2
301:11 306:11
335:15,16,17
356:15,25
**includes** 305:14
305:15 353:12
**including** 88:4
255:7 283:9
369:16 396:11
**incompetent**
325:9
**inconsistent**
155:8
**incorporate**
295:17,22
**incorporated**
59:8
**incorporation**
59:22
**incorrect** 29:22
**increase** 194:14
**increased** 277:21
283:6
**increasing**
229:22,24
279:16

increasingly
213:18
incurred 48:23
380:20
independence
131:18
independent 38:9
118:16 119:14
154:22 248:21
291:9,17
297:19 334:5
351:7 352:19
391:22,22
398:25
independently
290:24
indicate 141:13
148:14 376:17
indicated 146:25
178:13 179:11
223:2 290:13
336:12 408:4
indicates 95:21
335:2
indication 164:9
336:24
indications
209:10
indigenous 59:17
125:16 350:21
indirectly 71:24
indispensable
41:6 313:18,20
313:23
individual 24:5
36:24 37:13
68:5 72:7 73:9
80:19 100:16
117:2,5 123:18
171:24 226:8
242:6,8 262:15
299:7 314:25
349:10
individualized
15:22
individuals 6:24
24:9,25 28:5
29:7 125:17
173:14 182:8
182:12 257:2
284:9 300:24
335:15 354:21
389:18 390:10
induce 293:9,16
induced 336:5

industry 16:7,11
16:13 186:21
influence 127:21
influenced
276:10
influencing
128:4 131:19
inform 261:22
407:5
information 34:2
36:16 37:2
80:5,12 84:24
87:8 88:12
110:5 118:16
135:10 142:22
144:9 151:4,11
151:13,21
152:14 154:4
154:17,24
155:7 157:12
162:19 166:20
167:24 170:21
213:16 218:4
219:16 238:10
240:20 241:18
249:19 289:4
290:9 375:4
382:14 385:17
408:16
informed 79:22
79:23 100:6,20
126:16 175:13
210:24 212:24
261:24 364:16
364:17 390:20
391:6 406:18
408:8
informing 188:9
inhouse 268:25
initial 201:4
337:20 342:18
345:5 367:17
initially 60:2
93:2 217:10
231:19 232:12
234:18,19
255:9 311:24
370:4,5 374:6
initials 52:20
141:12,18
initiate 384:23
injury 15:23
inlaw 38:5
inperson 152:18
154:11

input 69:17
151:13 352:9
inquire 81:11
inquired 132:6
inquiry 169:2
228:10 305:25
inside 64:25
insistent 278:8
inspecting 86:9
inspection 25:20
58:13 76:20,20
77:14,18 78:18
79:16 80:2
118:24 261:9
263:9,13
267:15 362:9
364:9 365:11
389:5
inspections 55:9
74:8,19 76:16
77:12 122:18
212:19 282:9
282:10 362:25
364:4 388:19
389:15
instance 226:4
245:5 394:5,25
instances 226:2
227:21 395:3
instituted
384:14 385:11
institution
305:20 312:25
institutional...
370:18
instruct 201:12
instructed 238:7
268:3
instructing
234:14 241:10
241:12
instruction
238:9
instructions
238:18
insulted 243:14
intend 7:4
intended 290:10
293:9 323:8
407:4
intense 55:17
intention 140:6
166:15 308:14
317:9
interact 124:15

234:15
interacting
135:20
interaction
166:22 196:2
interactions
39:6,9,15
134:23 156:14
157:4,19
interest 17:23
18:3,8 139:23
161:5 162:10
169:13 189:2
189:22,24
190:7 192:16
193:25 202:3
255:9 292:21
337:19 341:15
346:9 351:12
392:24
interested
411:15
interesting
270:10
interests 352:20
interfere 4:8
9:2 289:5
interfered
240:24
interferes 8:23
internal 17:9
381:4,11
international
15:13
interrogate
251:2
interruption
344:12
intervene 33:19
33:20 40:22
41:16
intervention
41:10 307:22
311:23
interviewed
259:25 291:8
291:19
intimately 195:4
209:23
intimidate 78:23
intimidation
79:3
introduce 393:24
introduced
323:14 393:20

394:20 395:6
396:7 397:3
398:15
**introducing**
243:4
**introduction**
393:21
**invalid** 335:22
**invalidated**
336:5
**invaluable**
282:12,14
**invested** 258:3
**investigate**
247:19 248:21
253:24 254:2
304:22
**investigation**
56:16 65:19
118:21 242:3
247:6 249:6,23
249:25 250:11
336:17 344:6
344:18
**investigator**
243:13 248:21
253:24 254:11
**investing** 217:12
**investment** 32:14
**invoice** 93:15,17
93:19,24,24
381:7
**invoices** 96:22
373:16 380:25
382:2
**invoke** 7:5
**invoked** 178:5,6
335:23
**invoking** 335:24
**involve** 256:7
**involved** 12:3,7
20:23 21:25
37:19 43:20
44:19 45:11
46:12,14,20
57:13 60:21
69:14 72:14
80:8,9,11
93:13 94:10
95:18 104:13
104:18,20
105:8,19 106:2
106:9 107:8
109:23 113:8
113:11 114:4

114:10 115:11
121:2,5 123:15
124:10,12
125:8 129:20
143:20,21
163:24 164:12
167:22,22
168:24 169:8
170:5 179:12
184:24 192:11
194:22 197:6
198:19 208:25
209:2,5,15,23
210:17,25
212:17 214:3
214:21 235:16
237:25 244:19
255:4 257:19
261:12 282:13
287:13 292:15
292:19,19
300:22 306:20
335:3 346:13
351:25 354:14
355:9 358:16
358:20 359:15
359:23 360:2
362:4,9,11,13
362:21 363:19
363:25 364:2,5
364:13 370:6
389:14 390:11
**involvement**
26:11 57:7
98:16 102:14
166:13 171:12
190:10 195:6
208:8 214:18
214:22,23
229:5 280:15
291:22 292:6
294:12 295:6
297:5
**involving** 111:20
195:11 247:22
**iowa** 373:23
**irrelevant** 145:7
253:17
**isnt** 89:5 226:15
342:7 343:11
397:19 405:2
**isolation** 265:9
**issue** 7:13 35:4
50:18 71:16
78:25 83:13

130:16 134:5
143:5 147:17
167:8 172:19
178:14 179:16
187:23 189:23
200:16 203:10
207:7 208:13
209:19 210:4
231:22 242:11
243:15 253:10
255:16 273:11
298:6 314:3
317:16 325:20
326:2,8 327:19
329:7,9 331:19
333:3 335:11
346:7 347:14
348:16 366:4
374:12 376:11
376:21 394:22
396:23 399:21
400:7,7,25
401:16
**issued** 17:19
130:25 131:16
209:21 211:4
211:17 270:3
276:2 279:3
283:6
**issues** 15:23
32:10,24 35:9
35:11 36:10,11
42:19 43:3
55:17 75:14
76:10 98:9
105:14 111:11
142:25 143:10
145:21 171:19
177:19,20
178:8,10,13
180:5 181:3
182:10 187:12
191:21 195:4
196:3,15 214:3
215:23 243:23
246:14 255:6,8
255:13,22,23
257:6 266:9
277:22 280:25
282:2 289:6
313:18 316:18
317:8 377:17
379:19 407:6
**issuing** 210:14
374:4

**item** 366:17
**items** 114:12
236:10
**iteration** 269:25
**iterations** 68:18
88:23
**ive** 257:23 285:3
327:17 333:16

---

**J**

**j** 3:7 4:1 5:1
6:1,5 7:1 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1,16
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1

124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1
158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1
172:1 173:1
174:1 175:1
176:1 177:1,4
178:1 179:1
180:1 181:1
182:1 183:1
184:1 185:1
186:1 187:1
188:1 189:1
190:1 191:1
192:1 193:1
194:1 195:1
196:1 197:1
198:1 199:1
200:1 201:1
202:1 203:1
204:1 205:1
206:1 207:1
208:1 209:1
210:1 211:1
212:1 213:1
214:1 215:1
216:1 217:1
218:1 219:1
220:1 221:1
222:1 223:1
224:1 225:1
226:1 227:1
228:1 229:1
230:1 231:1
232:1 233:1

234:1 235:1
236:1 237:1
238:1 239:1
240:1 241:1
242:1 243:1
244:1 245:1
246:1 247:1
248:1 249:1
250:1 251:1
252:1 253:1
254:1 255:1
256:1 257:1
258:1 259:1
260:1 261:1
262:1 263:1
264:1 265:1
266:1 267:1
268:1 269:1
270:1 271:1
272:1 273:1
274:1 275:1
276:1 277:1
278:1 279:1
280:1 281:1
282:1 283:1
284:1 285:1
286:1 287:1
288:1 289:1
290:1 291:1
292:1 293:1
294:1 295:1
296:1 297:1
298:1 299:1
300:1 301:1
302:1 303:1
304:1 305:1
306:1 307:1
308:1 309:1
310:1 311:1
312:1 313:1
314:1 315:1
316:1 317:1
318:1 319:1
320:1 321:1
322:1 323:1
324:1 325:1
326:1 327:1
328:1 329:1
330:1 331:1
332:1 333:1
334:1 335:1
336:1 337:1
338:1 339:1
340:1 341:1
342:1 343:1

344:1 345:1
346:1 347:1
348:1 349:1
350:1 351:1
352:1 353:1
354:1 355:1
356:1 357:1
358:1 359:1
360:1 361:1
362:1 363:1
364:1 365:1
366:1 367:1
368:1 369:1
370:1 371:1
372:1 373:1
374:1 375:1
376:1 377:1
378:1 379:1
380:1 381:1
382:1 383:1
384:1 385:1
386:1 387:1
388:1 389:1
390:1 391:1
392:1 393:1
394:1 395:1
396:1 397:1
398:1 399:1
400:1 401:1
402:1 403:1
404:1 405:1
406:1 407:1
408:1 409:1
**james** 129:9
130:21 131:4
171:20 172:3
187:25 198:11
276:8 278:20
278:22 285:6
**january** 167:21
309:21 322:3
**jared** 230:14
**jason** 2:10 5:9
**javier** 2:15 5:19
108:9,15
**jc** 321:8
**jekyll** 174:9
**jeopardy** 238:3
**jersey** 2:14
**job** 38:11 281:12
364:22 367:7
**joe** 149:2 172:5
174:22,23
203:23 204:16
244:17 277:9

294:11 295:4
321:8 350:14
361:10
**john** 219:10
**johnson** 202:10
203:14 205:8
**join** 164:5
350:18
**joining** 50:24
**joint** 34:6,9,10
351:5,15
**joke** 235:19
**jonathan** 24:2
267:4 268:20
278:16,17
**jones** 127:23
131:13 268:23
337:14
**jose** 3:15 5:12
108:9,15
**joseph** 1:15 4:23
6:3,14 67:20
149:13 203:21
305:7 409:5
412:5,21
**joshua** 3:7 6:2
406:15
**jstavers** 2:10
**juampa** 24:19
233:12
**juan** 24:20
234:15
**judge** 29:10
34:20 35:2
41:10 83:6,12
86:18 87:18,23
89:15 90:4,22
99:5 151:10
153:3 238:23
241:23 247:22
247:23 248:8
249:9 259:13
259:14 386:23
399:9,11
**judged** 350:20
**judges** 113:4
248:16,25
**judgment** 17:19
17:24 18:3
65:23 102:23
103:3 190:8
192:17 193:8
194:2,5,15
202:4 255:20
290:19 366:20

367:11 404:5
**judgments** 255:24
366:11
**judicial** 58:12
74:8 263:9
365:11 389:14
**judith** 334:4
**julio** 2:16 5:17
**july** 7:24 83:20
83:20 130:13
227:14 278:2
278:12 284:8
348:20 349:6
**jumping** 231:21
**june** 1:12 4:13
9:6,10 49:24
50:19 95:22
96:13 97:9
203:19,20,24
411:17 412:4
**jungles** 212:19
**justice** 97:23
339:22 340:6
342:24 344:5
345:13 346:6,8
346:12
**justin** 3:13 5:16
**jvoss** 3:8

---

**K**

**k** 6:5 177:4
**kaplan** 90:4,22
259:14 386:23
399:9,11
**kaplans** 86:18
89:15
**karen** 66:4
195:23 202:2
204:17 205:24
207:17 208:11
210:2 256:16
372:25 375:15
375:23 377:16
**kathy** 50:2 96:14
375:15,24
377:16
**keep** 11:19
132:15 180:14
204:4 289:3,7
294:12 295:6
378:22
**keeping** 84:12
268:9,13
**kenneth** 242:15
276:15

**kenny** 50:2,4,8
96:14 374:23
375:15
**kept** 163:19
268:5 297:6
382:11,18,20
383:17
**kick** 350:10
**kimerling** 334:4
338:3
**kind** 11:8 33:25
34:20 38:8,16
38:23 40:8
41:9 46:21
59:21,24 60:10
60:23 62:5
66:6 72:8
78:22 79:3,3
79:18 103:14
103:19 104:23
120:5 121:16
122:7 128:16
128:22 135:10
144:5 145:18
145:20,22
163:2 164:15
166:4 172:17
172:25 173:6
174:9 175:7,18
183:22 185:9
186:3 187:5,11
188:3,7 189:21
191:9 196:25
201:6 206:22
213:18,22
216:20 226:13
226:15 228:3
230:19 231:3
231:15 232:25
234:11,20,21
236:4 237:7,10
237:18 238:18
243:12 245:16
255:13,21
263:18 267:16
269:4,8 270:15
275:19 279:3
281:6,8,18
282:13,17,19
283:2 286:21
287:24 288:9
288:13 291:25
297:2 324:13
325:24 336:20
337:20 343:7,9

343:19 345:4
361:9 364:11
366:25 367:4
367:24 370:16
371:4 372:4,6
375:15,17
377:15 387:23
387:24,25
403:9
**kinds** 32:24 59:4
65:25 110:10
124:2 187:8
212:17 277:22
364:24 368:4
**kiss** 205:24
234:8
**kjjjwm** 348:21
349:8
**knew** 27:8 55:24
76:7 148:15
173:14 260:25
261:5,12
262:12 265:23
266:6 269:3
277:19,20
294:4,5,11
295:5,15
296:15 317:13
318:6 342:19
361:5 365:3,4
365:15 407:24
408:4
**know** 18:25 25:4
25:15 26:5,7
28:7 29:24
34:7,24 36:6
38:9,18,18,20
38:23 39:2
40:10,12 43:21
49:7,10 50:14
50:19 52:15,17
52:19 55:3
59:11 60:2,12
61:14 62:10,23
63:2,6 65:12
65:14 66:3,3
69:2 70:3,25
72:14 73:6,23
73:25 74:19
75:25 76:19
77:7 78:5,8,21
78:22,24,24
79:2,8,9,10,18
80:18 82:10
88:8 90:3 91:6

91:10 97:5
99:20,24 102:2
105:6,10,10
107:4,9 108:9
108:11,12,14
108:18 109:20
110:22 111:21
112:5,7 113:16
113:19,24
114:16,18,19
117:25 119:21
119:24,25
121:15,16
122:9,10,11,14
122:17,19,20
123:9,13 125:9
125:11 128:3,3
128:7,16
132:17,22
133:5 134:3,6
134:11 135:22
136:10,21
138:19 142:11
143:11,12,12
143:19 144:10
145:22,22
149:2,4,4,24
152:2 153:6
154:15,16
160:10,20
161:2,4,6,8,10
162:16,22
163:7,17
165:13,25
166:25 168:10
169:10,11,12
170:18,22,25
171:10 172:3,4
172:6,12,25
173:6,21 174:6
174:7,7 175:6
175:10,15,17
175:22 176:3
182:12 183:2
183:12,19,21
184:8 185:3,13
185:17,25
186:10,18
187:7 188:4,4
188:12,14
189:10 191:18
191:18,19,21
192:2,6,7,9
193:18 194:12
195:20 196:23

197:2 198:8
199:10,20
201:6,16,17
204:4,7 206:17
206:18,20
207:22 208:12
208:17 209:25
210:5,6 211:8
213:11,12,16
213:21 214:7
214:11 216:7
217:2,14
218:14 226:18
227:2,8,16
230:23 231:3
231:18 232:7,8
232:16 233:15
233:21,23
234:3 235:5,8
236:14,23
237:2,3,12,17
237:22 238:15
239:5,6,12,23
240:2,9,15
242:17,21,22
243:17,20
244:3,14,17
245:2,25
246:16,17
250:16,24
252:24 256:18
262:6,12 265:7
265:9,18
266:10 268:16
269:6,7,9
273:18 275:3,7
275:9,10,15,16
276:3,20 277:7
277:9,21,23
279:3,8 281:13
281:24 282:2,6
282:12,23
284:16 285:22
286:18 288:4,9
292:14 295:10
295:20,24
296:14 298:22
298:22 301:4,6
301:10 302:18
303:5,8 304:8
304:10,13,18
317:19 318:3
323:6,20 329:5
333:13 334:13
337:11 338:6

339:17,20,24
343:14,21
346:7,10,11,19
346:21,22
347:5 352:13
352:15 357:8
357:18,21
358:5,19,22
359:22 360:17
360:22,24
361:12 363:13
364:19 365:5
365:15 366:20
367:16,21
370:13,14
371:9 372:3,13
372:14 375:5
375:16 376:3,7
378:10,11,19
378:24 379:15
380:4 383:12
385:25 387:23
388:24 389:2
398:19 399:8
404:3 406:8,10
406:14,25
**knowing** 171:3
**knowledge** 12:8
12:11 34:4
36:20 42:3
43:3 59:23
60:8 61:2
76:24 99:25
117:2,4 118:7
171:13 181:23
198:2,5 247:20
264:13,17,19
270:21 283:8
290:3 298:17
298:21 317:24
317:25 318:3,5
**known** 26:13
175:3 196:14
274:9 291:12
291:23 318:8
360:25
**knows** 242:21
**kohn** 1:16 4:1,23
5:1 6:1,3,10
6:14,20,22 7:1
7:4,12,15,22
8:1 9:1,14,20
9:23 10:1,3,6
11:1,13,19
12:1,9,14 13:1

13:15 14:1,10
14:14,14,17
15:1 16:1 17:1
17:13,22 18:1
19:1,16,21
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
31:8,11 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1,8
44:1,19 45:1
45:11,18 46:1
46:19 47:1,6
48:1,12,22
49:1,16 50:1
51:1 52:1,3
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1,21
63:24 64:1,4,8
64:17 65:1
66:1 67:1,15
67:19 68:1
69:1,19 70:1
71:1,8,11,14
71:17,18 72:1
73:1 74:1,4
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1,22 88:1
89:1,23 90:1
91:1,15 92:1,3
92:16 93:1
94:1,15,20,24
95:1 96:1,13
96:14,22 97:1
97:12,17 98:1
99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1,11
111:1,12 112:1
113:1,13 114:1
115:1,21 116:1
117:1 118:1
119:1,17 120:1

121:1 122:1,4
123:1,14 124:1
125:1,23 126:1
126:11 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1,24 141:1
142:1 143:1
144:1 145:1,5
146:1,18,18
147:1 148:1
149:1,13,15,18
149:18,23
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1,2
158:1,12 159:1
160:1 161:1
162:1 163:1
164:1,19 165:1
166:1 167:1
168:1 169:1
170:1 171:1
172:1 173:1
174:1,22 175:1
176:1 177:1,10
178:1 179:1,8
180:1 181:1,22
182:1,22 183:1
184:1 185:1
186:1 187:1
188:1 189:1
190:1 191:1
192:1 193:1
194:1 195:1
196:1 197:1
198:1 199:1
200:1 201:1
202:1 203:1,21
203:23 204:1
204:12 205:1
206:1 207:1
208:1 209:1
210:1,16 211:1
212:1 213:1
214:1 215:1
216:1 217:1
218:1 219:1
220:1 221:1
222:1,8,12,21

223:1 224:1
225:1 226:1
227:1 228:1
229:1 230:1
231:1 232:1
233:1 234:1,14
235:1 236:1
237:1 238:1
239:1,7 240:1
241:1,8,10,12
241:17 242:1
243:1 244:1
245:1 246:1
247:1,3 248:1
249:1 250:1,9
251:1,6 252:1
253:1,13,21,22
254:1 255:1
256:1 257:1
258:1,2 259:1
259:24 260:1
261:1 262:1,19
263:1 264:1
265:1 266:1
267:1 268:1
269:1 270:1
271:1 272:1
273:1,8 274:1
275:1 276:1
277:1 278:1
279:1 280:1
281:1 282:1
283:1 284:1
285:1 286:1
287:1 288:1
289:1 290:1
291:1 292:1
293:1 294:1,11
295:1,5 296:1
297:1,25 298:1
298:7 299:1,16
300:1 301:1
302:1 303:1
304:1 305:1,6
305:7 306:1,5
307:1 308:1,18
309:1,13 310:1
310:2 311:1,12
312:1 313:1
314:1,11 315:1
316:1 317:1
318:1 319:1
320:1 321:1,8
321:14 322:1
323:1,8 324:1

324:8 325:1
326:1,4,24
327:1 328:1,17
329:1 330:1
331:1 332:1
333:1 334:1
335:1 336:1
337:1 338:1,20
339:1,15 340:1
341:1 342:1
343:1 344:1
345:1 346:1
347:1,15 348:1
348:18 349:1,2
350:1 351:1,20
351:23 352:1
353:1 354:1,5
355:1 356:1
357:1 358:1
359:1,7 360:1
361:1 362:1
363:1 364:1
365:1 366:1
367:1,9 368:1
368:22,25
369:1,14 370:1
371:1 372:1,18
373:1 374:1
375:1 376:1
377:1 378:1,3
379:1 380:1,16
380:17 381:1,2
382:1,12 383:1
383:17 384:1
385:1 386:1
387:1,2 388:1
389:1 390:1
391:1 392:1,4
392:25 393:1
394:1 395:1
396:1 397:1,7
398:1 399:1
400:1 401:1
402:1 403:1
404:1 405:1,13
406:1 407:1,18
408:1,21 409:1
409:5 410:4,8
412:5,21
**kohns** 84:15
**ks** 48:8
**ksg** 12:18,23
66:23 368:18
**ksg00004278**
204:9

**ksg0000427800...**
410:11
**ksg00015456**
348:20 410:14
**ksg00028684**
149:22
**ksg0002868400...**
410:10
**ksg00028686**
149:22
**ksg00055094**
140:21
**ksg0005509400...**
410:10
**ksg0009207600...**
410:11
**ksg0012501l**
368:15
**ksg0012501100...**
410:17
**ksg00135246**
48:10
**ksg0013524600...**
410:9
**ksg00135248**
96:11
**ksg00135258**
48:10
**ksg00170293**
380:10
**ksg0017029300...**
410:17
**ksg00170404**
380:10
**ksg4279** 204:16
**ksg92076** 246:24

_____

### L

**l** 62:22 63:4
**lab** 74:21,21
76:5,8,22,25
77:4,5,8,22
78:3,9,11,14
78:18 79:16
**labeled** 81:8
**labor** 232:22
238:25
**laboratories**
77:4
**laboratory** 77:12
**labs** 76:3,9 79:6
**lag** 65:9 93:16
100:9 270:20
371:13 372:3
**lagged** 66:8

227:11
**lago** 6:25 7:8
16:18 18:3
32:20 41:14
61:6 62:12
63:9 85:20
86:13 89:17
180:4 251:14
323:5 324:24
362:24 363:2
370:11 393:3
399:18
**laid** 118:2
**lak** 1:4 4:22
**language** 101:25
135:25 310:6
325:24
**languages** 22:15
**lantos** 391:11
**large** 93:20
101:2,13
232:20 248:19
**late** 29:5 36:24
47:10 83:20
136:2 178:23
192:6 219:14
**laugh** 235:11
**laughed** 128:13
**launching** 341:24
343:8
**laura** 67:16
**law** 14:5 20:9
42:19 50:24
53:24 59:9,12
60:13 103:12
105:4,13,16
139:15 140:9
161:2 171:12
181:12 184:23
185:11,15,16
197:23 234:25
245:6,10 252:8
252:12 254:23
254:24 255:5
287:12 288:15
301:24 302:9
349:18 355:2,2
355:12 357:4,5
365:2 367:12
373:18,19
374:4 381:4
384:20
**lawful** 273:23
296:5
**lawsuit** 168:4,9

302:10 315:12
336:22
**lawyer** 8:5,11
15:5 20:25
22:6 29:23
31:6,19 35:21
44:11,16 45:13
46:5 53:25
102:9 117:7
118:23 144:15
159:10 162:17
168:7 172:13
173:18 193:12
194:12 199:15
200:7 215:19
218:7 219:10
234:25 242:2
257:17 337:21
337:21 355:5
355:12 359:20
363:17 364:8
364:21 365:4
387:21 406:17
**lawyers** 10:20
27:14,18 28:4
28:17 30:22
34:23 36:15
39:12 40:12,15
54:17 68:23
69:8 107:22
108:4 109:23
118:13,17,22
120:10,21
121:25 131:13
164:7 172:16
172:18,23
175:17 183:4
194:16 200:4
200:11 202:7,9
202:13 203:14
204:22 206:25
207:12,24
208:3,18 213:9
216:13 217:13
231:10,24
232:7 233:9
235:3,8,18
238:7 239:9,16
241:10,13,14
242:2,21
243:11 245:15
268:23 280:21
307:11 341:16
356:6,10
366:18 405:22

**lay** 292:17
**lead** 15:15,17
45:13 178:19
364:7,8 365:7
**leader** 60:24
109:20 125:19
**leadership** 24:9
44:14 47:17
100:4 196:22
**leap** 301:21
**learn** 252:17
**learned** 82:24
168:19 272:5
**leave** 60:18
217:21 308:7
319:16 327:11
386:15 401:9
401:20 402:7
**led** 211:14
213:12 249:5
284:4 359:13
360:13
**leeway** 370:22
**left** 80:14 279:4
329:22 397:12
**lefthand** 51:24
**legal** 22:2 42:11
46:15 55:7,16
55:17 59:8,21
60:9 61:25
62:7 75:19
104:3 109:21
109:22 113:9
124:11 148:20
152:15 172:13
172:14,24
178:7 180:2
189:18 193:4
195:2 230:7
233:14 234:17
240:21 241:11
242:4 245:4
246:17 247:20
248:15 260:14
299:13 333:2
333:14 336:22
345:4 347:20
355:15 362:6
369:16,23
384:14
**legalese** 312:4
**legislation**
105:8,12
**lela** 321:9
**length** 57:13

212:22 395:20
**lesnevich** 102:18
**lest** 121:20
**letter** 18:22
19:2,16 47:10
47:21,22,23
98:13 99:6,14
99:23 136:4
139:10 146:24
158:17 170:17
189:6 190:16
191:12 192:25
194:9 197:9,15
197:22 199:22
214:23 218:13
220:11,14,15
220:18 221:9
221:13,15,20
222:5,8,11,15
222:17,18
223:2,4,5,8,16
224:2,7,16,18
225:11,12
228:19 237:24
278:16 281:25
283:18,24
284:5,8,10,11
284:15 288:22
289:22 292:2
303:19 304:2,2
322:4,25 323:7
333:12 337:3
342:13 346:16
357:19 361:10
410:12
**letters** 147:6
157:12 161:14
189:12 199:20
207:19 222:4
222:22,25
224:5 226:17
**level** 55:21
75:13 103:18
119:7 227:9
229:24 279:10
361:13 366:13
**leveled** 248:12
**levels** 282:3
**liability** 367:19
**liable** 315:10
**liaison** 109:21
**lied** 293:15
379:8
**lies** 293:9
**light** 172:3

234:6 260:21
**limit** 248:23
403:20
**limited** 41:9
42:21 147:16
147:18 307:22
311:23 396:11
**line** 51:12 57:21
80:24 101:11
155:8 178:18
216:15,16
245:23,24
246:6 253:16
258:25 270:15
295:3 410:20
410:23 412:6
**lines** 73:21 75:3
129:8 238:15
294:20
**lingo** 234:23
**list** 136:20
408:12
**listed** 58:15
182:17 355:12
382:24
**lists** 56:5
**literally** 163:23
**litigating** 30:22
43:2 215:22
362:23
**litigation** 11:16
11:22 15:7,8,8
15:11 26:12
28:24 32:17
33:2 36:17,21
37:23 40:23
41:8,17,18
42:12,20 43:6
43:16 44:20
45:12 48:23
52:25 58:12
59:3 68:8 71:8
71:22 74:8,18
79:7,9,13,20
82:8,9,20 85:6
92:3 93:10
95:2,15 97:14
101:23 102:6
109:17,18
110:3 112:19
115:3,22
116:15,21
122:16 123:16
126:20 134:4
142:23 177:14

177:25 180:4
189:2,25 212:4
215:18 219:5
219:11 221:2
232:11 247:21
248:14 255:23
263:20 279:19
293:11,17
298:5 299:12
300:21 301:19
302:5 307:18
309:18 313:13
313:17,24
316:16 319:10
351:16 352:2
352:11 353:19
355:18,24
363:19 365:19
368:2 380:21
393:3
litigationrel...
370:10
litigations
27:16
litigator 55:12
216:11
little 30:2
34:21 52:11
87:7 114:24
118:8 174:12
175:6 192:20
277:14 296:24
341:20 366:5
370:22 371:6
381:11
live 38:13 129:4
lived 24:12
58:23 59:6
109:25 297:24
living 37:25
llc 2:13 5:18
llp 1:18 2:3,8
lobby 165:10
180:12
lobbying 178:9
181:6 186:21
190:6,11
192:14 195:14
212:13
lobbyist 171:22
172:21 181:4
181:10,12,14
181:20,22
182:2,7,17,22
183:3,17,22

184:16 185:10
349:23,24
lobbyists 184:3
184:16,22
193:6,20
local 75:2
166:18 231:9
located 4:16
12:9 76:23
255:3
locations 158:10
lodge 7:9
lodged 258:25
344:20
lodging 369:17
log 84:6 85:7
86:15 87:15
logs 84:9,11
85:23
lonesome 265:10
long 31:24 88:21
139:4 159:3
161:11 166:14
187:14 218:12
231:5,5 279:5
318:15 334:24
372:10 384:2
406:7
longer 57:7
104:18 122:18
138:10 186:22
227:13 292:19
318:17 328:4
335:22 362:24
longrunning
278:4
longwinded
279:13
look 38:10 57:4
84:17 85:9,21
85:22 86:3
132:13 136:15
136:20 145:20
148:23 149:23
150:4 153:7
163:3 164:16
168:12 185:9,9
187:7 211:10
217:20 243:21
252:2 256:19
259:8,19 265:8
282:22 304:2
320:15 328:11
328:12 333:17
333:21 336:21

336:22 342:6
342:11 357:25
366:21,23
looked 65:25
66:8 86:13
87:12 89:9
163:15 164:15
166:3 398:17
looking 58:6
63:18 96:19
132:19 169:3
193:18 216:20
237:4 255:21
310:3 342:2
369:12
looks 49:18 57:5
57:6 92:16
235:9
lopez 138:11
149:15,17
151:3
lose 132:18
lost 154:6
lot 39:17 163:13
169:6 188:12
188:13,13
211:19 226:14
226:17 230:2
232:21 282:6
327:17
louis 72:3
love 91:6
lower 106:18
lowrise 62:15
ltda 368:11
luis 3:15 101:10
108:22 121:15
227:5 293:3,4
293:15
lunch 176:7
177:12 181:5
198:7 200:25
350:8 351:9,11
luncheon 176:12
lying 379:9

────────────
M
────────────
m 1:12 3:6 4:14
9:10 86:25
87:4 176:11,12
177:3,6 258:18
258:21 330:20
330:23 409:2,4
maam 8:25 119:16
138:2 283:12

machine 175:10
macneil 30:9
35:20
maest 261:2
264:14 268:18
magistrate 83:12
mailed 383:15
main 208:22
209:6
maintain 11:6,14
69:3 394:11
maintained 9:20
11:25 69:8
110:21
maintaining 68:6
maintenance
369:18
major 197:3
243:10,14
majority 317:15
318:9 387:4
makers 301:12,24
making 63:22
74:4,19 77:21
90:22 119:9
127:9 128:23
131:22 134:12
210:14 225:22
243:22 244:3
301:15 332:15
333:25 370:15
375:3 391:4
394:16
man 28:13 245:14
manage 53:8
115:2 243:15
managed 11:7
53:14 257:23
management
104:12 105:3
105:16,23
106:4,11 244:8
257:22 360:4
manner 11:25
152:15 166:8
231:7 250:8
296:23 375:11
manslaughter
350:22
manuel 37:14
march 19:3,17
130:13 136:3
137:18 142:5
142:14 150:23
151:14 154:19

158:3,25
231:17,23
236:8 257:12
260:16,25
261:7,8 321:6
322:22 324:10
324:23 368:12
386:2
**marches** 112:18
125:10 300:14
**margin** 51:25
**mark** 9:5 47:3
140:19 149:9
246:22 303:11
338:14 348:22
353:7 358:24
368:10 380:8
**marked** 9:12
13:11,14 16:17
48:3,5 140:23
149:11 203:17
204:2 222:2
247:2,18
303:23 304:24
320:24 321:19
322:13 338:16
348:24 353:16
354:2 359:6
368:7 380:15
**market** 3:4
**marks** 24:2
178:25 267:4
268:20 278:16
278:17 281:17
304:4
**marriage** 411:14
**martin** 3:15 5:12
5:12 319:21
320:13 387:13
388:8 402:10
404:18
**mass** 15:10
**massachusetts**
305:3
**master** 3:12,13
5:14,15 7:16
7:21 19:15
44:25 45:9
47:5,13,20,24
60:17,25 61:4
61:9,18 63:17
63:25 64:17,24
65:18 66:12,21
67:5,7,12,15
67:17 70:10

80:25 81:15
82:3,14 83:5
83:11,16,21
84:5,10 85:12
85:16,19 86:4
86:11,19,22
87:6,10 88:7
88:13,18,24
89:4,8,20,25
90:8,12,24
91:5,9,12 96:7
96:16 108:7
111:12,19
112:2,11
123:20 124:19
145:2,6,16
146:6 150:9
156:20 157:7
157:22 158:5
160:6,12,17
176:8 193:3
204:3 219:19
219:25 220:8
220:20 221:12
251:5,16,19,22
251:25 252:6
252:10,15,23
253:5,11,18
258:16,23
259:4,8,19
271:8,17 272:3
272:11,18
273:4 274:13
283:23 303:24
304:17 307:25
308:5,9,25
309:8 310:16
310:22 311:8
311:12 314:8
315:17 317:22
318:4 319:14
320:9,14,20
321:2,16,24
322:8,14,18,23
323:10,21
324:5 325:18
325:25 326:20
327:10,13,18
329:15,20
330:5,17 331:7
338:24 339:7
339:12 340:10
340:18,24
341:6 343:24
345:19 347:11

348:6,11,14
359:19 361:4
373:14 385:10
386:7,13 387:7
388:4,9 389:8
389:21 390:3
391:16,23,25
392:8 393:14
396:13 398:10
399:20 401:13
402:6,12,21
403:10,25
404:10,20,24
405:6 407:20
408:20
**match** 66:10
**material** 143:6
167:24 210:13
239:23 256:20
264:8 271:7
281:3 296:14
341:8 403:12
403:18
**materials** 65:4
144:10 148:22
227:10 239:17
262:16 263:7
264:5 265:3,11
266:23 273:9
274:3 276:22
276:23 296:3
298:8,13,19
299:2 301:3,16
345:25 365:24
**matter** 6:25 8:13
8:16 10:2
13:12,17 18:10
18:12 21:9
23:18 29:11
32:9,25 37:21
44:3 47:12
50:23,25 51:5
52:7 53:13
98:17 100:8,11
100:14,21
111:17 118:24
152:25 167:11
168:17 169:5
172:2,14 179:5
179:8 183:25
184:23,24
230:15 235:7
253:14,21
272:6 287:25
288:7 290:14

291:20,22
292:10 300:18
308:20 317:23
318:5 340:25
348:16 359:21
370:20 373:24
378:12 405:7
407:3 411:15
**matters** 11:22
16:3 32:5
65:14 123:24
135:12 159:13
175:14 190:12
262:13 289:2
**mawr** 8:2
**max** 3:12 5:14
**mayor** 173:11
**mccarthy** 349:10
349:11,12
350:4,14 351:2
**mccarthys** 351:15
**mcdermott** 215:12
219:10 393:25
394:8 395:3
400:2
**mean** 12:11 24:5
68:20 70:22
81:10 86:19
95:4 118:8
121:24 123:9
136:19 191:7
207:9 218:14
243:24 259:5
268:15 271:17
276:24 283:23
300:12 366:25
403:23 406:10
**meaning** 344:15
**meaningful** 289:7
**meaningless**
403:21
**means** 10:10
111:18 408:12
408:13
**meant** 208:4
329:25
**mechanical** 81:4
**mechanics** 210:13
**media** 168:20
**mediation** 23:25
25:8,12 129:17
130:8 131:10
131:12 132:5
135:15 178:25
212:14 213:2

267:4,6,12
268:16 269:2
275:18 278:5,9
**mediator** 23:25
278:10
**meet** 23:22 25:21
28:22 54:3
90:19 158:22
174:20 233:8
245:15 260:15
289:6 319:6
366:18
**meeting** 28:3
29:6,15,19,20
31:15,21 32:4
33:10,12,21
34:15,17 35:15
35:17,18,24
36:4 40:7
51:14 54:10,13
113:4 127:22
129:9 136:2
137:2,10,15,20
137:25 138:13
138:25 139:4,7
139:8 140:4,6
141:5 142:3,6
142:9,16
143:14 147:11
148:9,14
150:21,22,25
152:18,23
154:5,12 156:4
156:6,22,25
157:17 158:24
159:3,6,16,21
159:23 165:4
165:21,22
166:18 167:6
169:14,22
171:11 174:14
174:16 175:4
180:16 186:14
198:18 207:20
213:7,11
218:16 229:15
230:5,6 231:9
231:13,16,22
236:8,9,16
238:13 249:14
264:14 285:5,6
285:10 287:5,5
287:7 293:7,22
300:16 301:7
332:21 337:12

337:13 341:18
347:5 348:10
350:8 376:18
382:6,8 386:2
387:5,17
391:13 406:4,7
406:13
**meetings** 24:15
25:13,17 29:4
33:9 100:25
101:13,17,19
109:5 117:25
130:9,14
139:14 147:15
148:3,5 149:4
214:25 229:19
231:3 234:4
240:14 241:7
246:11 249:15
260:4 352:22
405:25
**member** 20:17
50:12 186:9
**members** 104:2
125:2 171:25
173:15 178:16
186:6 187:18
200:18,19
234:16 247:20
248:15 267:13
301:11
**memo** 381:12,18
383:11
**memorandum**
172:24 381:5
**memorialized**
191:13
**memory** 9:3
**mendoza** 108:10
108:16
**mental** 308:19
393:2,10
395:12 400:15
**mention** 151:9
**mentioned** 8:10
9:13 36:5 46:4
76:3 99:7
129:19 140:14
162:17 167:9
169:15 177:12
196:9 199:20
200:14 201:22
215:15 231:25
246:11 256:24
262:7 365:22

385:18,25
**mera** 39:9
**merger** 99:2
**meritorious**
78:11
**meryl** 235:22
**mess** 286:8
**met** 25:25 27:10
27:14 28:17
108:22,25
109:11 113:24
175:3 318:25
405:22
**meter** 283:3
**method** 10:11
**microphone** 82:2
**microphones** 4:4
4:7
**mid** 83:19 192:6
**middle** 151:14
165:23
**midtown** 158:11
**migrating** 211:20
**mike** 84:23
**milkman** 234:10
**million** 225:3,4
225:5 346:7
**mind** 74:11
103:22 192:21
227:22 236:4
239:6 242:6
246:20 251:8
273:25 274:6
287:24 335:14
401:3 404:23
**minister** 39:16
**ministerial**
376:11 377:7
380:4
**ministers** 39:15
**ministries** 39:17
**minor** 22:4 65:15
171:18 195:21
**minus** 204:22
**minute** 64:5 76:3
191:22 201:23
245:24 329:17
386:8,14 397:3
**minutes** 112:8
244:13 245:25
282:13 303:18
329:24 330:4
330:16 368:21
402:18
**mishandled**

288:12
**misled** 286:2,6
286:25 287:17
288:10,18
**mismanaged**
288:11
**mismanagement**
287:25
**misread** 291:5
**misrepresenta...**
384:8
**missed** 83:9
**missing** 398:20
**mission** 62:3
180:19
**mistake** 205:19
**mistaken** 270:2
352:6
**mitchell** 28:19
29:23 30:2,8
**mixture** 391:9
**model** 255:5
**modest** 111:3
**moines** 373:23
**moment** 21:23
41:23 51:11
341:21 352:5
**moments** 247:7
**monetary** 355:17
355:23
**money** 73:13 94:3
104:14 125:24
174:21 175:11
175:20 240:19
256:17 258:2
279:5 293:10
293:11 372:17
372:19 373:3,9
374:9,18
**monica** 119:2
321:9 362:11
**monies** 56:21
64:19,20 71:5
94:25 97:3
261:14 368:25
378:5
**monitor** 43:16
**month** 43:7 66:5
86:20 89:11
94:7,8 117:8
140:8 173:9
215:4
**monthly** 65:7,8
93:2,15 94:2,4
95:10 110:25

227:16 281:22
370:18,21
**months** 93:18
107:4 116:4
122:12 190:20
213:4,5 227:12
228:9,11,16
232:16
**morning** 6:10,11
86:23 118:9
276:12
**mothers** 108:8
**motion** 41:3,8
77:17,24 79:19
128:8 144:16
145:10 213:20
282:7 392:7,7
392:9,10 393:8
393:13,14
395:25 397:9
399:7 401:11
**motions** 135:6
230:10
**motley** 164:10,11
215:15,16
216:10,13
218:5,10,20,24
257:2,6 258:4
**move** 76:19
114:22 143:14
144:23 145:21
146:4 237:7
288:15 292:11
314:5 329:12
343:23 390:14
**moved** 93:4
158:10 242:14
247:12 362:9
**movement** 175:15
**movie** 174:18
235:20 236:2
**moving** 110:2
196:25 261:11
**multipage** 47:21
47:23
**multiparty** 15:20
15:21 16:3
**multiplaintiff**
103:20
**multiple** 77:11
134:21
**multiplier**
217:10
**multitude** 352:20
**mutti** 67:20,21

68:3,4 69:3
**mutual** 389:2

_____

**N**

**n** 2:2 3:2 6:5
177:2,2,2,4
410:2
**naacp** 103:24
110:7
**nail** 286:16
**name** 4:11,22
6:12 14:11,18
20:6 24:14
29:23,25 30:5
30:11,17 53:2
53:3,17 56:11
68:9 76:8 94:7
108:15 119:3
138:11 142:21
144:10 159:11
169:22 186:16
186:17 215:21
216:5,6 218:7
219:10 223:13
262:12 316:23
319:3 372:25
412:4,5
**named** 25:15
119:2 136:14
136:23 155:20
315:6 316:12
349:10
**names** 28:12,14
28:16 202:8
**naming** 316:3,14
**naranjo** 2:16
**narration** 162:16
**narrow** 359:23
**narrowly** 335:9
**nasty** 233:15
**nationality**
254:23
**nature** 36:12
55:7 206:14
288:14 334:9
355:21 385:2
406:20
**near** 34:22
**necessarily** 38:6
38:10 116:7
117:9 188:14
218:19 231:20
248:23 266:4
267:8 382:15
386:3 390:19

**neck** 302:2
**need** 8:19 67:13
81:2 143:12,24
147:18,19
161:13 189:15
207:22 213:14
213:15,16
226:19 246:6
246:11 281:20
282:22 325:14
329:17 330:14
370:13,14,23
377:3 382:16
386:8,14,15
397:10 401:14
401:23
**needed** 124:20
193:23 199:9
199:23 290:14
292:7 365:24
369:25 373:9
374:18 391:7
**needs** 327:19
**negatives** 297:12
**negligence**
350:22
**negotiate** 314:14
358:10
**negotiated**
168:15 191:4
300:20 314:12
354:18,20
355:8
**negotiating**
196:20
**negotiation**
178:20 191:8
205:20 217:25
237:19 279:12
306:20 354:15
**negotiations**
194:23 358:16
358:21
**neil** 30:18
**neither** 252:4
315:4
**nephew** 38:4
**net** 204:21
**network** 351:18
352:10,18,25
**neuman** 2:5 5:6,6
6:9,15,18 9:5
13:10 17:4
47:2 63:20
64:3,6 66:20

67:4,6,10 81:2
89:22 91:7,11
91:14 95:6
113:2 140:17
149:7,12
150:14 156:17
156:24 176:6
177:9 203:16
204:8 220:13
220:15 221:13
221:14,24
251:9 253:12
253:20 258:13
258:23 259:6
259:17,23
272:19 279:23
294:24 303:10
303:15,19,25
304:5,9,15,21
306:4 308:13
308:22,24
309:3,19 312:9
312:17 315:15
319:16,20
320:10,12,14
320:18,23
321:6,12 322:3
322:12,16
323:6 324:3
329:21,25
330:14,25
338:11 353:7
353:21 354:3
358:24 368:8
368:18 380:7
386:25 387:12
388:7,11 389:8
389:10 392:12
399:16 402:9
404:17 405:20
406:15 407:2
408:10,24
410:4
**never** 34:13 70:2
70:5,6 115:14
165:17 167:12
180:15 189:7
192:8,24
198:14,17
200:11 214:20
215:10 217:24
219:7 237:21
240:15 247:12
251:12,15
253:4 258:9

290:3 297:4,14
301:20 325:6
350:6,11
363:22 378:6
378:21,22
new 1:3,18,19,21
2:4,4,14 4:12
4:17,17,21
21:9,11 23:19
37:21,22 39:19
39:22,24,25
42:23 54:21
79:7 93:10
98:6,18,23
100:7,14
101:14,18,23
107:17 136:17
139:19 140:10
158:8 163:17
193:21 212:4
217:13 240:10
292:22 314:19
316:24 355:11
356:20 364:20
370:13,23
375:3,17,18,24
378:25 411:5
412:2,2
news 170:25
269:10 361:19
newsletters
298:15
newspaper 133:25
ngos 125:7
nice 121:11
174:22
nickname 24:19
nicolas 155:24
nightmare 244:9
244:9
nine 228:9
ninemonth 228:6
nominating 102:8
non 98:8 100:10
105:14 106:19
nonlawyer 172:9
172:9 194:13
nonlawyers 25:5
189:20
nonresponsive
144:24
nope 148:12
185:23 215:10
215:14 251:18
251:24 367:13

388:16
normally 309:21
382:18
notaries 305:2
notarized 308:24
309:4
notary 1:21
409:11 411:4
412:25
notation 373:19
note 4:3 49:15
97:2 223:5
noted 48:24
409:4
notes 141:4,9,14
142:8 258:13
notice 186:2
330:11 386:17
393:17 398:6
398:14
noticed 182:15
400:5
noticing 96:17
noting 141:17
notion 79:5
154:21 175:18
187:3 196:17
231:15 232:6
232:18 241:25
263:19 269:8
280:18 287:18
334:23 356:10
notwithstanding
394:9
november 24:3
44:21 47:7,11
104:17 129:17
130:8 131:10
133:10 134:20
139:11 146:25
158:17,20
160:22 170:17
179:2,9 184:7
189:12 199:21
213:2 214:22
218:13 220:11
221:10 222:10
222:18 223:8
224:14,15,18
224:19,21
225:11 229:21
231:11,18
237:6 267:4
278:6 281:25
283:5,10 286:4

305:10 306:8
number 4:21
17:16 53:16
72:10 81:16
88:23 96:4,9
96:11 100:17
109:9 117:10
119:24 143:22
161:2 186:23
186:25 191:20
204:6 222:14
226:10 275:5
275:13 279:16
294:22 304:11
304:16,19
321:23 348:19
373:5,21 375:2
375:17 377:18
393:16 395:8
395:10
numbered 336:23
numbers 48:9
101:2 140:20
149:22 204:9
222:9,13,19
246:23 321:10
353:11,24
368:14 380:10
numerous 284:19
393:2 394:7
nunez 238:24
241:23 242:11
247:23 248:7
249:9 254:2
nunn 186:8

_____

O

o 6:5,5 177:2,2
177:2,4,4
object 253:16
259:6 399:12
objected 277:17
283:4 393:20
394:20 397:17
398:16
objecting 184:18
396:5
objection 7:11
7:15,17 123:19
124:17 144:22
145:14 150:8
150:11 156:15
160:3 192:18
219:17 231:20
258:24 269:22

273:3,5 307:23
308:2 310:17
310:19,21
311:5 314:5
315:13,25
316:8 317:17
319:12 323:22
324:7 325:16
326:2,18
328:23 331:5
340:8 345:17
347:9 359:17
361:2 373:12
379:16 386:5
389:19 391:24
392:2 395:21
395:24 407:15
objections 7:9
134:21 279:15
279:25 280:4,7
393:13
obligated 229:2
obligation
394:24 395:4
397:2 400:16
obligations
178:4 179:18
193:20
obliged 227:3
obrien 3:3 12:20
observe 129:5
observed 42:9
obtain 36:15
118:16 135:9
154:23 297:21
obtained 18:9
37:6 260:19
355:18,23
obtaining 102:14
270:9 384:9
obviously 21:19
170:14,23
237:4 271:25
275:20 289:16
299:10
occasion 54:19
occasions 23:6,8
28:21 54:6,7
77:11 85:17
108:24 117:20
117:23 158:21
252:14,16
284:19 319:5
occupation 8:4
occur 122:15

125:10 190:19
232:18 233:9
237:19 406:4
occurred 8:15
24:13 36:6,23
84:20 95:18
99:2 120:13,14
142:9 159:15
168:19 169:20
169:23 208:16
215:3 216:17
237:23 238:24
257:15 285:11
360:6,18,20
405:25
occurring 175:5
360:11
oclock 165:7
october 23:15
231:18 280:7
offer 205:22
401:20 402:8
offered 180:8
187:21 408:6
office 10:15,24
24:25 28:8
31:22 54:13
61:2,7,8,13,19
61:22 62:5,8
62:12,13,16
74:25 118:25
123:11 136:8
138:9,11 141:5
150:21 155:21
158:8,9,11
159:11 169:23
174:14 177:24
182:15 183:14
183:14 189:9
211:24 215:3
215:20 216:10
231:22 232:24
235:18 236:9
236:12,17
249:14 250:25
253:2 274:7
276:20 327:2
332:22 333:12
333:14 334:14
334:14,17
341:13 342:15
362:10 369:17
369:18,18,24
370:2,5,19
371:2

officer 110:17
342:14 344:21
officers 115:12
171:25
offices 1:17
20:9 49:3
61:16,20 62:17
63:3,8 139:2
158:25 241:9
official 115:18
180:18
officials 124:23
248:9,17 249:3
offputting 175:7
oh 49:23 104:20
132:7 137:24
173:2,19
175:25 201:7
222:13 343:9
oil 16:14 24:13
58:24
okay 8:22 21:15
44:22 81:13
88:25 91:11,13
104:20 123:21
150:3 185:14
191:10 201:24
219:25 244:23
257:24 272:18
277:11 295:2
310:14 325:25
327:10 338:18
339:14,23
348:14 392:3
401:7,13
403:22,25
old 35:12 103:22
132:8 162:11
312:14 349:12
older 324:13
omitted 285:4
once 43:7,13
85:8 95:7
158:23 204:23
220:5 332:15
390:16 404:21
oneday 391:15
onehour 159:16
onemorning
391:15
oneonone 230:18
ones 184:5,7
215:2 292:4
316:22
ongoing 88:22

142:24 211:19
239:2 261:10
281:2
onise 354:11
online 68:20
oped 226:10
open 376:5
opened 375:10
376:9 377:23
openended 133:18
opening 9:14
84:13 186:24
377:6 379:23
operate 369:25
operating 146:22
193:22 318:18
318:20
operation 56:6
56:10 58:8
114:20 360:3
operations 58:25
382:13
operative 354:19
opined 102:18
opinion 102:20
226:12
opportunities
85:11,14
349:25
opportunity 85:2
85:8 149:2
153:9,15
211:15 276:25
277:5,8 296:7
398:3 407:8
opposed 55:8
107:22 212:18
239:10 300:21
opposing 77:24
78:12
optimist 255:11
optimistically
191:16
option 302:12
options 33:17
145:24
oral 123:2
192:23
orally 194:2
orchestrated
163:14
order 13:12,16
13:21,24 66:16
81:9 84:3
86:18 90:9,16

90:17,22
106:22 144:8
144:17,20
145:11 146:13
148:21 151:10
151:25 152:17
152:20,21
153:2,12,13,17
153:22 188:8
255:20 259:12
347:22 366:22
396:2,3 403:7
410:9
ordered 82:21
126:25
ordinary 10:5
11:21 382:12
oreilly 301:13
301:17
organization
58:18,21 59:2
59:14,24 60:19
64:19 83:23
103:25 104:8
114:25 125:12
186:20,22
297:20 299:3
351:19 352:19
354:11,12
organizational
103:24
organizations
24:10,11 69:16
125:7 302:22
354:16,25
357:4,20
organize 124:15
382:21
organizer 110:17
organizing
109:24
oriente 38:13
55:9
original 35:14
75:20,24
136:17 150:17
272:6 322:6,7
322:9 354:19
355:8 356:4,9
356:14 357:2
359:12 371:5,8
388:18
originally 18:23
19:21 48:16
87:18 92:11

167:19 249:21
255:2 263:3
**originals** 16:24
**originated**
345:14 393:5
**ormand** 3:13 5:16
**ought** 243:19,21
308:7
**outclip** 338:13
**outcome** 411:15
**outline** 216:25
**outlined** 100:5
217:5
**outofpocket**
18:11 92:8
**outrageously**
290:11
**outreach** 195:17
239:15
**outright** 290:8
**outset** 109:24,25
313:14
**outside** 12:21
42:12 64:19,23
112:22 127:10
133:12,16
134:12 165:13
220:22 225:17
268:25 363:3
365:20 377:24
**outtake** 326:25
327:8,14
**outtakes** 111:13
111:24 112:3
260:22 332:23
339:2 347:17
**overall** 79:24
190:10 307:15
335:11
**overambitious**
290:23
**overarching**
239:4 335:24
**overbudget**
122:10
**overcome** 243:19
404:8
**overhead** 370:19
**overlapped**
107:18
**overly** 291:5
312:11
**overpriced**
226:13
**overriding**

335:25
**overruled** 311:5
326:3
**oversight** 187:11
**overstated**
228:15
**owe** 227:3 259:22
**owed** 95:23
**owner** 317:15
318:10

———————
**P**
**p** 2:2,2 3:2,2,3
6:5 176:11,12
177:3,4,6
258:18,21
330:20,23
409:2,4
**pablo** 24:20
108:12 149:13
232:19 234:15
287:6 293:2,3
293:14
**packet** 151:12,20
154:17,19
155:4
**pad** 57:20 64:3
**page** 49:15,24
51:12 72:2,25
91:21 95:20
96:8 141:13
204:15 223:7
224:8,23
225:10,10
227:24 228:19
240:16 288:22
289:21 293:2
293:19 294:19
294:22 296:15
304:3,20 305:5
305:15 312:18
323:25 354:5
357:25 369:13
381:11 410:3,7
410:20,23
412:6
**pages** 48:21 50:9
50:15 51:20
81:20,22 97:7
217:17 222:16
222:20 321:22
323:15
**paid** 43:9,11
56:21 68:23
69:2,2 70:20

70:23 71:6,16
71:18,19,25
72:11 73:13
92:16,23 94:11
94:16 97:4
110:11 114:7
124:6 133:12
133:16 190:5
194:19 225:4
261:15 312:21
355:20 378:4
383:18
**pain** 302:2
**pallares** 37:14
37:17,24 38:15
38:21 112:14
347:22
**pan** 211:4
**paper** 51:9
206:25 312:6
332:24 333:23
336:21 337:8
341:22 343:21
371:7
**papers** 20:16
29:25 108:2
216:8 303:9
**paragraph** 224:23
227:23 228:18
248:4 284:15
289:22 293:2
305:14 321:14
325:3 350:13
355:15
**paragraphs**
336:23
**paralegal** 138:9
**parameters** 120:6
**parcel** 146:7,16
**pareja** 321:9
**parenthetical**
390:4
**park** 1:18 2:3
4:16
**parliament** 125:3
**parsed** 282:17
**part** 10:18 36:14
43:14 46:3,9
48:15,18 49:21
66:25 67:2
68:24 79:12
83:10 109:16
111:16 118:25
126:19 137:14
143:16 146:7

146:16 154:6
161:7 164:25
166:2,2 172:13
172:16 184:13
187:16 189:19
193:11 211:18
212:15 214:2
221:8 227:19
229:14,24
236:6 252:20
264:10,11
265:5,6 266:17
266:18 267:9
267:10,21
296:8,8 309:11
319:9,17
321:18 331:6,8
332:22 334:2
346:25 347:12
347:20 353:22
357:7 365:10
381:25 407:8
**participant**
348:12
**participants**
35:16 218:21
**participate**
79:15,17
102:25 137:21
137:25 139:24
230:11 235:6
245:16 263:23
278:9 362:17
**participated**
24:14 25:16
58:11 117:21
131:2 159:6
268:23 300:17
404:15 405:9
**participating**
55:8,16 137:5
140:3 161:20
230:4,21
311:22 320:2
**participation**
239:3 360:12
**particular** 49:12
50:13 74:2
94:6 104:21
155:4,5 169:13
210:6 225:24
229:17 230:4
231:22 236:24
277:24 299:22
299:24 300:24

310:12 324:16
351:12 403:8
**particularly**
15:14 22:20
68:16 143:25
196:12 279:14
328:17
**parties** 4:9 5:2
41:6 47:18
87:15 88:4
89:15 90:18
144:8 154:24
172:23 187:24
201:14 263:12
280:13 296:4,9
306:10,18
313:21,24
411:13
**partly** 190:18
287:24
**partners** 30:25
318:20
**parts** 270:16
**party** 98:22
126:21,22
172:7,20,22
248:9 313:18
315:16 381:7
**passed** 105:9
107:10 188:2
399:22 402:16
**passive** 233:2
**patricia** 3:6
5:25 406:14
**patrick** 349:10
**pattern** 16:25
233:20 236:6
**patton** 87:21
219:4 251:12
258:8
**pause** 57:18
**pay** 43:8 46:20
72:19 119:17
119:25 122:4
126:15,23
188:23 227:6
229:2 313:3
379:13
**payable** 128:10
**payaguaje** 2:15
222:7
**paying** 117:13
120:8 188:18
293:10 369:14
379:10

**payment** 64:8,12
71:13 72:16
73:3,18,18,24
93:2 95:10
104:11 128:12
134:15,16
206:19 378:16
382:6 383:5,6
**payments** 57:10
57:17 63:22,23
64:13 65:13
70:17 71:12
72:3 74:4,20
74:25 75:4
91:25 97:18
110:15,25
126:17 127:9
127:11 130:16
134:12 217:9
226:8 227:25
249:10 370:7
377:23 379:17
379:22 380:24
**pc** 30:25
**peace** 338:8
**pendency** 106:19
**pending** 23:19
32:6,25 230:10
331:2
**pennsylvania** 3:5
8:2,9 14:3,22
305:3 384:16
384:17
**people** 27:8
30:12 36:10
51:5 59:5,16
61:15 73:10
79:9 96:10
101:2,4 121:19
121:23 129:4
133:6 164:20
166:10 173:6
185:12 187:4,7
189:8 206:19
206:21 207:21
239:20 242:20
243:25 244:18
263:7 276:20
292:18 300:5,8
333:16 335:18
335:18 346:22
350:21 361:17
389:12 390:18
391:4
**perceived** 196:13

**percent** 21:21
101:7 104:11
129:23 161:25
162:8 190:21
190:24,25
197:16,20
224:6 350:16
351:11 355:17
356:5 389:3
**percentage** 189:4
189:6 190:7,13
192:16 193:20
197:12 199:15
204:21 355:16
355:19 356:18
**percentages**
204:24 318:14
318:23
**pereja** 119:4,5
**perfectly** 148:19
163:2 198:13
212:16 277:11
296:20
**perform** 187:10
**performed** 332:2
333:5 336:8
**performing**
280:25
**period** 30:23
44:12 48:24
56:19 57:7
66:9 76:5 80:7
93:9 106:16
107:3,10,15
116:3 117:14
157:14 166:14
186:20 189:13
191:2,19
200:12 207:13
209:3 210:20
212:5,25
227:11,18
229:20 238:21
244:24 254:24
270:13 271:15
277:19 287:4
289:15 305:25
318:15 332:3
335:2 349:19
349:20 365:16
366:3 368:11
371:19 372:10
379:18 383:13
386:18 399:13
**periodic** 364:18

**periodically**
115:24 116:12
368:24
**periods** 20:15
21:5,7,8 42:24
52:22 93:20
124:8 289:16
371:13
**permitted** 103:13
392:18
**person** 22:9
64:25 75:2
117:13 141:15
174:4,7 175:24
188:12 226:25
226:25 240:10
265:18 277:6
296:12 376:21
377:2,14
381:17 388:18
**personal** 71:22
99:24 116:25
244:20 300:10
300:13 325:5
**personally** 21:25
71:9,21 79:14
95:5 193:10
276:17 306:20
319:11 325:15
350:18
**personnel** 17:11
300:23
**perspective**
114:17 115:19
140:5 196:14
257:23 275:22
335:20 341:10
**persuade** 403:7
**perusing** 150:2
204:11 294:25
306:14 338:17
348:25
**petition** 214:6
**petroecuador**
37:8 41:6
305:18 306:12
306:16,17
307:8 311:17
312:23 313:10
313:15,23
315:5,9 316:3
316:15,24
317:5,10,14
318:9,19
**petroleum** 16:6

16:10,12
186:21
**phamill** 3:7
**phase** 39:19
43:23,24 44:13
45:16 58:13
79:25 80:2,3
230:22 261:12
263:6,10,11,13
263:14,19,23
266:18 267:15
279:2 314:3
337:21 362:4
362:10,19
364:9 367:20
367:24
**phasedown** 192:4
**phases** 263:5
389:6
**philadelphia** 3:5
8:9 82:10 85:6
87:14 139:2,20
174:20 242:16
376:19 384:15
**phone** 10:16 36:9
216:14,18
244:12 278:22
351:10 375:22
377:2,13,14
396:18
**phones** 4:6
**photocopying**
49:20
**photograph**
285:14
**photographed**
128:19
**photographer**
72:8
**photographic**
72:15
**photographs** 37:3
132:10
**photos** 112:20
**phrase** 166:25
221:19,22
287:16
**phrased** 40:25
133:16 295:25
**phraseology**
288:9
**physically** 86:9
**piaguaje** 2:15
5:19 24:22
136:7,13 137:4

137:4,22 139:9
142:4 222:6
287:6
**pichincha** 372:18
378:14
**pick** 4:4 10:16
**picture** 270:16
286:8
**pictures** 72:20
341:18
**piece** 51:9
128:17 147:21
213:25 217:21
217:22 266:8
266:25 270:19
272:17 332:23
333:23 337:8
341:22 361:19
**piecemeal** 337:25
370:15
**pieces** 92:6
226:10
**pin** 329:6
**pinpoint** 270:17
**pit** 70:12 266:7
275:16
**pitch** 38:11
**pits** 285:15
**place** 4:6 18:19
24:2 72:20
76:18 82:10
83:24,24 87:25
101:14,16
104:17 160:9
247:12 384:2
384:25 390:17
**plaintiff** 1:6,16
2:4,9 6:22
18:22 19:8,12
19:16 21:14
24:10 54:13
61:25 62:7
76:24 103:15
136:14,17
137:5,6,7,8,12
137:14,15
178:22 187:3
195:2 196:19
245:13 284:11
288:8 302:22
336:20 345:4
351:8 354:25
357:3,3,19
364:8
**plaintiffs** 7:2,8

9:11 13:13
19:22 21:12
23:23,23,24
24:5,6 25:2,10
25:16 32:20
33:13,17,19
34:5 36:2,21
36:25 37:18
40:14,21 41:15
45:22 46:7
48:2 50:25
53:10 54:18
68:23 69:8
70:21 71:6
75:9,19 76:4
77:3,7,10,23
78:12,19 85:21
86:13 87:20
88:5,8 89:17
98:2 99:16,21
100:4,6,16
101:5,5,18,21
102:8,15 105:7
109:16 110:7
113:5 115:3
123:18 124:7
124:14 125:12
128:4,20 129:2
129:14 131:6
131:19 132:6
134:24 135:19
136:22,24
140:22 146:19
147:13 149:10
151:20 155:18
155:23 156:13
157:4,18
158:15 164:23
166:23 167:4
167:23 168:21
173:13 177:13
178:7 180:12
181:10,14
182:3 183:5
184:4,17
185:22 188:19
189:14 190:2
192:15 194:11
194:18,21
195:16 196:10
198:20 199:11
199:21 202:23
203:25 208:23
209:6,17
211:17 214:16

215:9,13
216:21 234:24
235:8 246:25
249:11 251:14
261:4,21,22,25
262:4 263:24
264:6 272:24
274:25 275:4
275:11,21,23
276:9 277:16
279:7,25
280:19 283:4,9
285:2 286:13
291:13 292:5
292:15,24
294:12 295:6
295:16 296:16
296:21 297:4
297:18,21
299:13,22
300:9 302:3
303:22 307:7
307:18 312:10
312:14 313:7
316:22 317:9
317:14 319:9
323:5 324:25
326:15 331:20
332:10,10
333:2,7,24
336:14 338:7
338:15 342:9
342:21,23,25
343:18 344:3
344:20 345:15
345:22,22,24
346:18 347:20
348:23 350:16
352:14 353:15
355:10 357:15
358:11 359:5
360:6,8,19
361:11 363:5,8
364:7 365:9
368:6 380:14
385:20,24
388:19 391:21
399:18 410:7
**plan** 261:23
262:2,4,5,9
**play** 212:2
**player** 196:24
**playing** 121:22
**plays** 192:25
**pleadings** 30:6

46:5 47:12
79:20 135:12
**please** 4:3,6
204:6 205:20
219:24 221:17
245:23 303:14
315:18 319:17
368:17 373:20
381:13 387:15
402:6
**pleasure** 198:18
**plenty** 235:8
**plus** 379:2
394:17
**point** 35:2,4
37:16,20 44:2
44:6,10 50:21
59:20 67:22
74:9 76:19,19
86:6 95:21
96:21 97:8
98:11 107:16
108:19 109:20
119:22 121:7
131:15 142:22
161:15 162:6
162:17 163:21
164:14 165:4
166:11 170:8
170:12 171:2
171:20 180:20
181:11 182:14
182:18 183:23
187:13,25
190:4 192:6
200:5 206:18
206:23 207:16
207:24 208:9
208:24 209:4
209:25 210:2
210:21 212:7
214:24 217:25
224:9 227:8
231:4,4,21
233:5 234:22
235:4 236:3
237:4,23
238:19 249:17
250:18 254:5
262:13 265:25
272:10 276:25
277:2 281:19
282:14 283:3
287:18 312:16
317:5 323:20

324:22 327:21
328:25 333:11
333:18 334:10
337:2 358:8
367:10 384:24
401:3
**pointed** 387:19
**pointing** 222:14
**points** 46:23
180:7
**political** 243:15
244:8
**pollu** 380:13
**poncevillacis**
53:18,20 54:4
54:25 55:20
**poopooed** 173:2
**porter** 27:23
**portion** 70:24
95:25 96:3
173:25 194:4
197:18,19
232:20 307:13
307:14 328:20
330:10
**portray** 391:21
**pose** 367:3
**posed** 7:14,19
**position** 22:8
33:20 107:7
123:24 140:12
181:25 188:10
202:3 213:10
228:23 229:8
237:11,14
240:9 254:6
296:9 328:8
**positions** 33:13
**possess** 321:23
**possible** 78:24
119:22 120:4
130:2 151:6
208:12,15
216:23 218:20
245:11 255:12
279:18 303:4
323:4 352:3
383:10
**possibly** 29:6
50:12 292:3
374:23
**post** 34:24 69:4
**postage** 382:24
**posted** 69:22
**posters** 61:16

**postgame** 34:24
**postings** 69:21
**posture** 33:16
**potential** 18:8
26:12 275:6
**potentially**
50:24 120:8
173:15 260:10
386:22 407:17
**power** 70:5 102:6
259:12 363:5,8
363:10 402:4
**powerpoint**
268:21
**pr** 124:15 208:22
209:6
**practical** 70:7
253:13,21
**practically**
246:3
**practice** 41:3
77:17 79:19
252:7 282:8
349:18 383:22
384:17
**preapproved**
225:17 390:20
**preceding** 296:15
**precise** 152:3
**precisely** 135:9
137:11 185:3
260:20 274:22
**predate** 99:13
**predates** 305:24
**predecessor**
252:12,16
314:25 354:21
**preexisting**
352:19
**preferences**
179:20,23
180:14
**prefix** 12:18,24
66:23
**preinformed**
391:5
**premise** 143:13
174:25
**preparation**
230:8 281:8
294:13 295:7
297:5 355:10
402:25 403:16
404:15 405:10
406:23

**prepare** 23:24
49:4 107:6
217:15 405:15
**prepared** 49:9
50:8,11,16,20
51:10,19 72:8
84:2,4,6 85:7
85:9 97:8
172:23 189:7
205:24 212:16
247:5 278:10
296:4,16
339:18 369:8
380:17 381:12
402:19 407:5
**prepares** 381:18
**preparing** 281:5
**prereview** 298:14
**presence** 128:19
128:25 157:25
182:24 220:22
**present** 3:11
4:25 24:23
25:13 39:24
40:15 43:20
54:18 102:2
112:17,21,24
115:20 116:13
132:4 138:12
180:15 203:5
268:22 406:9
406:12
**presentation**
175:21 268:21
268:22 362:19
**presentations**
362:6
**presented** 116:24
117:19 153:15
191:7 333:24
376:2,10
**preserve** 393:11
394:2
**preserves** 393:22
398:21
**preserving**
161:15
**president** 39:6
39:11 108:19
110:9 115:7,15
301:5,13,13,17
350:17 351:4
**press** 39:25
40:11 52:9,24
53:8,13 75:2

112:22,23
125:9 133:25
135:15 173:22
195:22 209:18
209:24 210:18
211:3,16
213:25 241:22
281:3 314:21
320:4 327:21
**pressed** 338:6
**pressing** 184:23
346:22
**pressure** 300:10
300:13 301:18
301:22 302:6
347:23
**presume** 83:22
**presumed** 318:5
**presumption**
404:7
**pretenses** 384:10
**pretty** 132:11
147:16,17
152:22 159:17
211:12 217:23
223:18 224:11
244:16 299:6
377:14
**prevalent** 10:19
**prevent** 79:15
253:22 254:4,6
289:8,9
**prevented** 77:11
77:15
**previous** 339:13
**previously** 16:17
222:2 304:24
320:24 387:3
**primarily** 15:23
21:8 22:5
136:11 177:18
191:5
**primary** 14:24
15:4 148:10
**principal** 10:11
44:16 204:24
230:5 356:21
**printed** 49:21
304:10 382:15
**prior** 15:25 21:5
26:10,13,17
54:22 86:17
87:8 99:14
130:7 170:18
215:25 233:10

252:12 287:4,7
334:25 336:13
339:5,6 342:4
356:25 365:13
385:13
**prioritize** 5:21
**private** 4:5 40:7
147:14
**privately** 151:23
**privilege** 7:5,9
7:13,15 83:8
83:14 84:6,9
84:11,16 85:7
85:22 86:2,15
87:15 308:21
328:23 329:7,9
361:6 393:22
394:2,10,24
395:5,8,12,20
395:24 396:6
396:15,21,22
397:3 398:2,22
399:2 400:11
400:12,16
**privileged** 84:18
84:19 86:6
145:15 146:17
160:5,7 219:18
220:23 307:24
314:7,9 315:14
315:22 317:18
318:12 319:13
320:10,17,22
325:17 326:19
339:8,14 340:9
341:5 345:18
347:10 359:18
359:21 361:3
373:13,15,16
374:3,6 386:6
387:8 388:6,10
407:17
**privileges** 323:4
400:18
**pro** 380:11
**probably** 25:9
29:17 158:3
159:18 163:12
188:2 197:22
218:21 228:14
229:18 231:16
233:12 257:11
272:13 274:6
286:20 291:24
319:7 323:19

328:21 347:13
383:7
**problem** 64:4
228:20 240:14
243:10 257:22
276:18
**problems** 230:16
**procedural** 33:16
**procedure** 76:18
103:4,14
104:22,25
127:2,7 152:10
154:22 367:22
384:16,22
385:5
**procedures**
144:19 152:16
273:24 363:21
366:16 367:6
**proceed** 5:5 7:18
106:24 313:24
316:21 392:23
**proceeded** 151:12
**proceeding** 83:6
83:12,17 99:3
136:12 162:4
162:21 170:19
171:5 250:7
257:13 265:5
314:20 320:6
322:10 386:19
386:20
**proceedings** 44:6
98:25 136:9
246:15 322:13
360:4 362:25
385:15
**process** 34:3
36:23 44:17
60:3 76:15
79:24 88:22
110:2 116:2
126:20 127:10
133:13,17,23
134:2,13,18
151:5 152:4,5
155:10 172:16
175:16 176:4
180:3,22
182:14 193:22
196:5 211:19
229:11 252:22
261:9 262:7
266:18,19
267:21 270:9

273:14 275:6
277:22 278:7
280:12 281:18
282:13,15
331:9 337:16
362:12 365:11
366:19 372:2
377:24 389:5
**processing**
323:17
**procurador** 39:20
40:8 314:23
333:13 338:5
**produce** 82:21
84:3,3 90:23
**produced** 9:25
12:9,13,13
13:2,5 67:16
82:18 89:14
141:7 304:8,10
304:18 323:19
353:22 372:12
378:14
**production** 12:4
12:24 82:23
83:4 85:4
86:17 87:24
89:14,18 90:14
304:14,19
**productions**
52:11
**productive** 233:7
233:7
**profession**
193:21 349:16
**professional**
1:20 53:12,16
67:24 71:19
72:7 91:22
**professionals**
189:17 200:2
289:10 390:10
**professor** 245:6
254:23 367:5
**program** 187:6
197:3 254:25
**programs** 298:4
**progress** 364:19
**prohibition**
182:6 183:6
**project** 12:22
72:22 352:21
**projects** 186:12
211:2 299:4
352:20

promise 203:7
promised 200:8
   202:19,22
promises 206:5
   391:4
promotion 376:8
promptly 181:18
   190:19 191:16
pronounced
   254:17
proof 401:21
   402:8
proper 77:23
   187:11 199:24
   246:17
properly 265:4
proposal 191:9
   204:18,20
   205:16 247:18
   329:19
proposals 299:24
propose 249:5
proposed 116:14
   116:18 189:4
   190:15 192:22
   192:22 193:14
   217:6 307:21
   366:10 367:10
   367:11
proposing 248:20
   275:2 299:13
proposition 8:16
proprietorship
   20:21
propriety 333:3
prosecuting
   247:21
prosecution
   34:10 328:2
prosecutor 326:6
prospect 106:21
protective 13:12
   13:16,21 66:16
   81:9 410:9
protests 300:14
prove 402:13
provide 36:19
   75:17 93:6,14
   144:9 152:7
   169:9 290:9
   375:12 381:24
   405:14 407:12
provided 93:23
   113:23 116:20
   119:15 152:15

153:16 163:5
166:19 276:22
291:14 374:22
380:25 407:22
408:3,17
provides 145:10
   355:15
providing 52:24
   59:4 120:24
   143:6 154:14
   155:6 187:2
   295:16,21
   369:23 382:7
   407:23
proving 122:12
provision 191:23
provisions 356:3
public 1:21
   42:15 52:9
   53:13 133:22
   135:3,4 166:8
   195:22 212:14
   225:7 242:12
   270:4 274:4
   281:7 305:2,19
   312:25 317:23
   318:5,8 384:5
   409:11 411:4
   412:25
publications
   352:9
publicized
   298:10
published 298:10
   298:20
pull 90:7 153:2
   372:5
pulled 153:11
   214:11
pulling 221:15
   263:24
purchase 226:3
purchased 72:10
purport 166:5
   265:20,20
purported 185:13
   189:21 269:16
   272:21 307:21
purportedly
   155:22 226:9
purporting 102:7
   185:4
purports 13:5
   332:25 349:21
   358:25

purpose 23:16,20
   26:11 32:3
   34:17 49:9
   50:14 51:18
   55:15 59:2
   73:23 81:19
   139:6,13,21
   160:16 202:14
   202:15 245:8
   300:17 301:15
   337:15 406:2
purposes 84:14
   204:19 328:5
   397:25 402:2
   407:18
pursuant 1:16
   6:21 9:15,17
   86:18 102:21
   146:12 151:25
   178:3 307:6
   315:23 316:5
pursued 338:6
pursues 350:2
pursuing 59:2
put 50:13 87:25
   95:7 153:3
   163:17 216:2
   220:6 234:22
   235:3 238:2
   241:20 243:14
   251:2 281:13
   298:16 300:10
   301:17,21
   315:24 320:3
   329:6 341:20
   347:22 352:9
   374:9 404:2
puts 206:15
putting 111:9
   161:3 245:11
   263:14 264:2
   302:6 334:8
puzzling 191:11
pyramid 125:14

───────────
        Q
───────────
quarter 402:15
question 7:14,19
   38:2 40:25
   70:2 71:15
   127:17 133:18
   134:11 144:24
   145:3,7 154:7
   157:9 162:24
   164:16 168:8

168:11 174:11
220:4 221:16
240:2 251:8
258:8 259:13
273:6 279:14
281:20 286:6
294:16 295:4
295:14,25
296:14 297:10
306:3 308:10
308:14 309:10
310:23 311:3,4
311:7,10,13
312:8 319:23
323:8 325:19
325:22 328:19
331:2 333:22
347:16 374:16
380:5 383:7
384:3 387:15
390:7 391:17
391:19 397:21
401:8 402:19
403:3,16
404:12 407:21
questioned 269:4
questioning
   220:19 253:16
   258:25 289:8
   399:17 405:7
questions 9:19
   117:18 129:11
   207:18 258:2
   259:2,16 367:2
   367:14 377:17
   392:6 393:2,5
   401:19 402:13
   404:13 407:13
   407:24
quimby 2:13
quit 388:25
quite 148:18
   286:22 363:24
quito 55:11
   61:22 62:5,10
quote 122:9
   206:11 209:16
   312:9 347:24
   361:25 378:21

───────────
        R
───────────
r 2:2 3:2 177:2
rainforest
   351:18,24
   352:10,18,25

**raise** 7:15 257:5
257:9,16
394:13
**raised** 70:2
162:22,23
182:18 187:25
189:11 198:7,8
228:22 241:25
328:23 339:5
**raising** 191:21
**rakoff** 41:11
99:5
**range** 100:19
197:17 228:7
300:14 355:16
356:9
**rate** 370:21
**raul** 27:25 28:15
**raw** 265:8,8
**reach** 186:5
187:17 198:2
348:15 351:3
**reached** 204:23
206:12 207:6
207:21 208:18
210:2 228:6,12
233:5 236:3
237:23 249:23
361:13 403:8
**reaching** 173:13
200:17,18
202:13 306:25
**read** 13:16 22:13
149:25 221:18
270:5 271:3,6
297:9,13
310:22 312:7
319:23,24
331:2,13
346:25 374:16
387:15,16
388:10 398:11
398:12
**reading** 248:2
303:13 321:17
337:3 368:17
**reads** 42:2 48:7
263:8
**ready** 408:15
**reaffirmation**
380:3
**real** 302:2
**realize** 285:23
**really** 38:18
44:3,10 51:16

80:15 107:15
110:16 138:21
142:11 161:11
164:2 169:11
175:11,25
183:4 191:25
213:14 232:9
243:10 244:5
281:17 294:5
339:25 340:12
357:8 397:10
401:23
**realm** 118:20
193:23
**realtime** 133:5
**reason** 12:25
13:7 19:17
21:20 51:19,22
73:13,15
118:20 140:2
142:12 185:20
233:17 294:9
333:21 356:19
379:25 394:12
401:16 412:6
**reasonable**
279:10 329:19
**reasonably** 221:8
**reasons** 55:19
121:17 179:24
179:25 184:25
231:12
**rebatesstamped**
83:4
**rebuffed** 311:25
**rebut** 178:12
**recall** 16:8,9,11
20:14 23:9
28:12,13,14
29:3,7 33:14
33:15,24 34:11
35:22 40:6,17
40:24 41:10
46:17 50:17
54:7,10,12,13
54:22 57:8,12
61:11,12 62:6
62:16,19 68:15
73:10 77:16
78:20 80:18
95:16 98:12
105:11,20
106:12 111:3
120:16,19
121:13 127:22

131:25 133:3
136:18 143:7
148:6 150:5,16
150:20,23
153:19,20,21
153:22 155:15
156:3,14
157:10 159:12
159:25 162:5
168:6 170:9
181:24 182:5,9
185:23 198:5
208:20 216:9
225:25 231:20
232:23 238:24
241:19 242:9
254:22 257:3
260:20 288:8
291:10 301:2,3
301:14 303:4
320:4 324:16
325:13,19,20
325:22 327:7
331:14 332:8
332:14,21
334:17 350:8
352:3 365:14
365:25 366:2
366:12 367:15
369:3 371:20
372:20 373:5,7
376:20,24
388:21 397:5
408:6
**recap** 267:12
**receipts** 65:6,11
95:12 228:2
371:9
**receive** 102:22
104:11 135:5
154:23 162:8,9
179:19 190:7
214:5 298:12
324:8,21 372:8
372:11
**received** 65:4
97:13 151:18
155:12 157:13
198:8 200:4
202:6,25
204:22 214:8
266:23 284:9
284:11 320:7
333:16 349:6
361:21

**receiving** 73:12
111:2 120:16
120:19 150:5
150:16,20,24
197:12 361:7
371:20
**recess** 87:2
176:12 258:19
330:21
**recited** 197:14
**reckless** 350:22
**recognize** 140:24
**recognized** 59:9
217:3 394:25
**recollect** 327:16
**recollection**
32:12 34:13,18
36:8 51:9,15
53:5,24 56:9
58:4 68:11
69:15 72:23
73:7 75:10
76:8 103:7
106:15 107:2,8
107:13,19
112:10,12
120:3 130:6
131:8,14
132:12 133:20
142:8,13 165:6
169:18 178:24
190:14 197:15
206:9 207:15
217:11 220:14
223:21,24
228:5 244:12
244:16 257:10
298:13 300:2
301:8 312:2
314:4 316:9
317:20 324:11
332:7 348:3
352:5 357:22
371:23 375:14
375:21 377:12
387:19,22
390:12
**recollections**
78:22
**recommendation**
118:15 119:19
292:5,12
**recommendations**
118:19 290:16
**recommended**

55:25 195:25
292:2
**recommending**
250:7
**record** 4:3,10
6:13,16 48:6
63:12 67:14
86:25 87:4
91:8,19 96:8
97:22 134:21
135:11 143:25
176:11 177:6
204:6 221:18
222:3 258:18
258:21 262:17
263:8 265:6,12
273:2 281:15
297:13 310:2
319:24 321:21
330:20,23
331:13 337:12
363:4,12 364:7
384:5 387:16
397:10 409:2
411:10
**recorded** 232:13
**recording** 4:9
**records** 11:7,20
11:24 37:6
50:11 87:13
93:11,20 258:4
258:11 263:13
272:2 282:16
372:5 378:15
383:17
**recovered** 92:14
**recovery** 189:6
194:16 197:13
202:25 235:10
237:16 292:23
**recreated** 309:23
**redress** 297:22
**reduce** 194:16
279:9
**reduction** 168:15
191:18
**reengage** 143:15
**refer** 32:8 58:19
134:14 207:23
208:6,13
271:23 381:6
**reference** 130:2
141:11 154:16
169:25 175:8
189:14 194:8

228:8 250:5
262:5 281:24
**referenced**
135:23 169:4
247:11 359:24
**referencing**
227:20
**referred** 18:18
24:4,18 92:11
107:20,22,25
152:18 233:12
262:3 280:20
291:8,16
293:22 375:20
**referring** 21:16
21:17 24:7
32:14 37:14
61:24 133:19
141:14,17
143:4 153:17
189:19 199:14
225:13 248:6
283:20 284:22
288:23 292:3
293:3 295:2,15
333:9 336:18
339:4,6 359:8
391:14
**refers** 152:19
**refiling** 98:17
100:11
**reflect** 321:22
**reflected** 157:12
**reflecting** 65:13
**reflection** 49:13
**reflects** 94:14
94:19 96:20
**reforestation**
266:10
**refresh** 51:14
83:17 107:13
142:8 216:8
317:20
**refreshes** 193:13
**refunded** 97:11
97:16
**refusal** 249:13
290:8
**refusing** 241:7,7
**regard** 51:18
197:24 249:7
256:5 276:3
308:15 384:13
**regarding** 87:8
106:3,10 121:3

151:5 219:11
285:25 377:3
393:2,10
**regardless**
164:16
**register** 181:14
182:2 183:3,7
185:15,21
**registered** 1:20
171:22 181:9
181:11,21
182:22 183:24
184:22 185:17
349:24
**registering**
181:3 182:7
183:6 184:15
184:16
**registration**
182:16
**regular** 11:20
32:21 43:15
227:18 371:12
403:18
**regularly** 10:7
10:10
**regulating** 193:6
**regulations**
178:3
**rehabilitation**
197:3 297:23
**reimburse** 122:4
**reimbursed** 94:21
217:9
**reimbursement**
18:16 92:8
370:9
**reimbursements**
95:3 384:4
**reinstated**
326:10
**reinvolve** 139:23
**reis** 319:3 325:4
325:14 326:7
326:17 327:6
328:3 335:7
**reiterate** 282:5
**reject** 296:7,8
**rejected** 232:12
**relate** 22:19
32:24 105:25
106:8 300:2
**related** 11:15
16:6 18:12
26:17 27:16

64:16 66:19
68:8 94:8
105:13,15
113:21 114:20
179:12 189:5
198:6 201:22
253:25 298:8
299:11,20
332:6 334:4
352:10 411:12
**relates** 52:17
241:5
**relating** 33:4
35:8 65:23
76:8 80:5
82:10 83:7,13
170:15
**relation** 51:3
53:23 187:23
**relations** 52:9
53:9,13,14
147:20 177:19
179:12 195:22
212:14 225:7
281:7
**relationship**
38:3,6 99:15
170:19 171:8
171:14 188:8
199:11 209:15
210:2 211:13
228:21 229:23
231:5 234:11
237:9 238:4
239:5 240:25
256:22 297:18
355:22
**relationships**
178:17 230:19
**relative** 22:8
42:19 52:25
55:21 110:5
140:12 142:23
178:9 212:8
215:23 243:22
298:5 331:20
333:2
**relatively**
190:19
**relayed** 114:21
200:24 201:20
276:10
**relaying** 103:10
**release** 52:24
210:11 211:9

335:12,20
336:4
**released** 210:19
383:9
**releases** 133:25
209:18,24
210:18 211:3
211:16 241:22
320:4
**relevant** 168:10
259:18
**relied** 118:18
274:19 281:10
**relieve** 395:4
**remained** 230:23
363:25
**remaining** 109:9
397:21
**remains** 330:12
**remand** 99:5
**remarks** 9:14
**remediation**
187:5 263:18
264:2 275:7
331:21 333:5
335:11 336:3
**remedies** 59:3
**remedy** 367:24
**remember** 24:16
24:17,17 29:14
31:17 34:8
36:3,8 37:12
77:19 78:5,7
106:6 112:15
112:16,21,23
112:24 115:17
119:2,20
130:18 133:7
142:20,21
143:4 147:23
147:24 153:5
156:10 184:6
185:5 202:9
208:11,14
216:4 218:8
226:5 245:18
251:10 260:12
302:21 303:3
317:2,7 320:2
326:11,12
331:19 332:3
333:6 334:21
334:22,22
337:11 361:7
361:18,24

366:6 374:15
388:22,23
390:15 391:12
**remembering**
151:4
**remit** 373:20
**rent** 369:17
**reorganized**
387:24
**repeated** 240:21
**repeatedly**
225:15 228:22
235:16 249:23
**rephrase** 123:4
150:15 315:21
377:4
**reply** 256:15
**report** 130:25
131:15 148:11
148:16 151:8
185:6 242:22
264:16,20
265:23 266:12
267:3,20 268:5
269:17,21
270:3,6,6
272:21 273:2
274:11 276:2,4
277:6,17,20
279:3,21 280:2
280:14,20
283:5,11,15,16
286:14 290:10
291:7,14 294:3
294:13 295:7
295:18,23
297:6 333:2,10
333:16 336:25
338:4 340:5
342:8,9,22
343:2,13,15,16
343:18 344:3
368:11 373:17
373:17
**reporter** 1:20
5:3 45:4 96:18
319:23 339:19
349:20 381:8
381:10,14
**reporting** 75:17
412:1
**reports** 267:9
273:9 281:5
290:16 298:14
371:3 372:8,12

376:17
**represent** 5:2
42:5 78:2 98:2
158:13 225:21
408:11
**representation**
42:8 70:21,24
98:16 158:14
215:8 292:22
357:13,14,21
363:15,20
**representations**
154:8,11
156:12 157:2
166:22 366:9
376:25
**representative**
89:16 137:6,8
137:13 155:22
177:21 179:13
179:17 180:19
**representatives**
23:24 25:6,10
88:6 101:21
137:16 208:23
243:11 346:3
**represented** 6:23
27:15 61:13
110:18 126:18
172:7,20
187:24 201:14
202:21 205:8
336:19 362:14
**representing**
4:12 5:4 27:12
151:19 152:14
198:20 202:8
215:13 317:13
324:17
**represents** 323:3
**reproduced** 83:3
**republic** 27:11
27:12,15 28:22
31:16 32:6
33:3,11,23
34:5,16 35:7
35:25 40:13,21
41:5,15,16
124:16 179:22
180:13 181:7
306:8,11,16,24
307:8,17
312:23 313:16
313:22 315:5,9
316:4,15,23

317:4,10 351:4
**reputation** 325:8
**request** 41:21
94:2 120:17,20
140:9 149:16
226:7 239:8
278:17 333:20
337:5 344:5
346:2 355:10
374:25 376:16
382:16 383:5
**requested** 12:12
92:25 93:3
114:11 139:8
159:23 312:15
333:8
**requesting**
177:25 205:12
211:15 227:10
344:21 402:18
**requests** 40:19
41:13 119:6
126:21 240:21
282:9 312:20
410:22
**require** 385:6
**required** 103:13
126:23,25
127:4,6 134:18
313:3,19 407:6
**requirements**
146:23
**reread** 221:16
398:21 401:2
**reregister**
183:16
**reregistered**
183:20
**research** 37:4
79:11 172:12
193:5 407:7
**reservation**
392:20
**reserve** 398:9,11
**reserves** 5:23
**resides** 53:21
349:14
**resigned** 160:13
**resisted** 245:14
**resisting** 78:13
**resolution**
190:18 192:8
200:12 255:12
279:18 300:20
359:3 366:22

**resolutions**
359:25
**resolve** 278:3
302:10
**resolved** 191:15
337:24 378:20
**respect** 40:25
42:17 68:6
75:14,18 87:13
129:12 144:2
146:24 178:14
182:10,11
200:25 201:4
212:13,13
215:25 248:12
288:2 307:21
316:11 335:10
353:3 367:18
395:12 396:11
**respectful** 240:9
**respectively**
305:4
**respond** 7:13
145:13 161:13
163:16 178:12
210:3
**responded** 145:18
161:8 162:5
163:10
**response** 12:5
13:3 144:6
169:2 173:19
257:20 258:8
276:11 280:3,6
283:6 284:7,13
314:6 374:24
375:7 386:4,12
**responses** 407:13
**responsibilities**
177:17
**responsibility**
68:6 69:20
115:20
**responsible**
114:19
**responsive** 314:9
**rest** 387:7
403:17
**restaurant** 34:22
54:16
**restructuring**
216:21
**result** 114:14
139:10 240:13
290:19 292:23

309:17 355:18
355:23
**results** 78:10
79:6
**resumed** 177:4
**retain** 158:13
**retained** 18:23
56:2 140:10
181:7 184:4
197:21 263:22
355:5
**retainer** 66:6
161:16 256:14
256:14
**retention** 47:18
98:10 99:17
195:5,11 247:4
254:9
**return** 320:13
388:8 404:19
**returns** 221:11
311:11
**reveal** 160:4
**revealing** 385:16
**revelation** 174:3
229:11
**revelations**
147:7 289:24
**review** 65:10
85:3,4 154:23
204:13 209:20
211:16 214:13
262:16 264:9
265:3 298:8,18
299:15 302:13
394:18
**reviewed** 211:7
383:23
**reviewing** 69:20
210:17 263:12
266:20 371:11
396:21
**revocation**
363:14
**revoked** 363:9
**reyes** 73:3,4,6
73:17 260:9
**ricardo** 319:3
**rice** 164:10,11
215:15,16
216:14,15
218:5,10,20,24
257:2,6,17
258:4
**richard** 25:22,25

142:19 267:24
**rid** 302:4
**rift** 357:11
360:5,18
**right** 5:16,24
10:25 16:15
30:11 56:25
67:11,12 70:4
70:8,9 71:10
81:19 86:23
89:5,5 92:19
94:22 96:24
97:6 104:9
105:24 110:13
115:4 116:21
117:15 125:22
129:18,22
133:14 134:17
138:6 141:22
144:18 153:7
153:14,23,24
156:23 167:11
177:11,14
179:14 181:5
188:20 203:4
204:7 227:22
232:22 233:4
233:24 235:19
236:10 246:18
248:22 256:8
262:15,21
264:4 265:2,3
280:13 295:12
307:10 311:10
314:12 323:21
329:17 336:17
344:6,10,17
357:16 358:17
365:21 372:25
388:4 398:11
398:22,23,24
400:13
**rights** 15:13
35:13 161:16
304:25 305:14
392:20 398:9
400:11
**rise** 75:12
**risen** 103:17
**roadblock** 246:20
**rode** 165:10
**roe** 32:19 36:19
326:15 351:16
**role** 22:4 30:19
43:14 44:14,15

60:21 72:4
75:8 109:15
114:3 115:19
195:21 196:10
196:12,25
286:10 362:2,3
364:12,15
365:8,15
**romance** 235:22
**room** 4:25 40:16
132:2 133:10
159:21 220:2
221:11 251:2
308:7,8 311:11
319:16,21
320:13 321:4
326:22,24
327:11,12
330:7 386:16
387:13 388:8
391:13 392:15
398:7 401:20
402:7,11
404:19
**rough** 275:19
**roughly** 23:9
83:18
**routine** 374:3
404:3
**rudimentary**
278:5 366:14
**rule** 145:17
188:5 200:22
255:19 313:20
400:13 404:6
**ruled** 320:16
395:15 397:4
399:4 400:18
400:19
**rules** 8:18
172:18 367:8
**ruling** 7:16,18
8:15 87:24
89:16 90:4,5
248:9 259:2
328:14 396:20
399:6,14
401:10,12
403:23 404:7
404:11
**run** 275:20
331:12 370:19
**running** 175:11
234:10 283:3
389:14

**runs** 49:21
**russell** 56:12
  57:25  76:9
  168:4  388:17
  388:23  389:12
  390:11,14,17
**russells** 56:14
  56:19

---

**S**

**s** 2:2  3:2  6:5
  19:22,24  20:2
  20:12  26:20
  27:14  45:13
  53:24  79:8
  109:10,23
  117:24  136:7
  177:2,2,2,4,21
  179:13,16
  180:3,17,17
  183:3  185:11
  211:21  212:8
  212:11,15
  232:9  242:2
  254:24  281:9
  303:21  314:17
  317:11  339:22
  344:24  345:12
  346:6,8  410:6
  412:6
**saenz** 24:18,20
  24:20  234:16
  238:8,11,17
  239:14
**salaries** 118:12
  118:17,22
**salary** 110:12
  111:2,6  114:7
  114:9  117:7
  119:7,12
**salazar** 321:10
**salvage** 166:10
  292:10,23
**sam** 186:8
**san** 75:5
**sand** 29:10  34:20
**sat** 159:21
**saturday** 149:14
**saved** 389:22
**savings** 379:3
**saw** 22:25  63:7
  68:17  111:15
  111:22  112:20
  117:6  128:25
  129:13  174:4

  210:9  218:3
  232:4  260:18
  279:17  333:23
  339:2  365:7
  370:7
**saying** 106:7
  121:14  127:20
  128:24  160:2
  160:19,20
  163:10,23
  166:17  167:21
  170:4  172:2
  175:24  185:5
  204:4  227:13
  230:24  233:6
  235:25  242:19
  261:7  271:23
  324:19  325:23
  334:18  336:14
  345:9  375:23
**says** 49:16  51:13
  51:25  52:10
  66:15  97:2
  141:6  144:17
  172:4  205:18
  220:12  248:8
  250:6  264:3
  284:6  309:21
  338:21  339:24
  342:3,4,8
  343:17  344:7
  344:13  345:4
  347:2,18
  350:14  373:20
**scandal** 241:24
  254:3
**scenarios** 151:6
**scene** 341:10
**schedule** 51:13
  139:18  212:24
  217:16,17
  232:15  238:13
**scheduled** 232:17
  337:13
**schedules** 97:7
  232:25  245:19
**scheduling**
  232:21
**scheme** 256:15
**school** 14:5
  138:23,24
  254:24  365:2
**scientific** 79:11
**scope** 305:25
**scott** 131:12

**scratching**
  238:21
**screen** 310:23
  320:15
**screwed** 376:4
  387:25
**scrivener** 210:11
**se** 61:12  65:3
  336:11
**seal** 329:4,12
  330:10  339:11
**sealed** 319:17,18
  328:20  329:4
**sealing** 331:9
**seat** 161:6
**seated** 5:15
**sebastian** 75:5
**sebastians** 75:8
  75:20,24
**sec** 302:23,25
**second** 54:19,20
  62:20  72:25
  90:2  99:4
  106:20  128:17
  156:21  157:8
  157:23  162:14
  193:4  204:15
  222:15  271:9
  277:25  283:14
  312:18  313:17
  313:21  315:18
  315:20  317:21
  317:23  322:19
  373:9  374:18
  376:5,15,21
  377:6,22  378:4
  378:17  379:23
  386:8
**secondary** 22:8
  248:25
**secondly** 187:2
  212:20  250:19
  377:11
**secoya** 354:11
**secret** 147:15
  268:5,9,14
  297:7  378:17
  378:21,23
**secretly** 274:10
**secrets** 132:15
  289:7
**section** 66:17
  89:11  311:22
**sector** 305:19
  312:25

**securities** 15:7
  302:15  303:21
**see** 17:7,14
  22:21  49:23
  51:24  52:12
  53:17  56:20
  58:16  63:23,24
  64:8,11  66:3
  67:20  68:2
  73:4  75:6  79:8
  91:23  95:24,25
  96:2  111:13,20
  112:3  122:24
  123:6  135:10
  135:11  142:11
  142:15  145:2
  151:15  152:20
  157:8  175:7
  205:4,25
  206:17  213:15
  213:16  221:13
  223:14  228:7
  234:23  237:2
  248:5  267:17
  267:22  272:14
  278:3  284:20
  284:21  290:25
  292:9  293:12
  294:16  302:24
  304:3  305:22
  306:13  309:17
  313:4  320:15
  322:6  324:12
  325:11  330:9
  337:15  338:19
  339:15  340:2
  342:2  344:11
  347:15,16
  350:24  352:25
  355:25  358:4
  369:19  374:11
  374:13  375:16
  379:20  382:23
  401:2
**seeing** 62:6
  112:10,12,21
  150:21  211:3
  327:8  328:3
  341:8,22  343:6
  343:6,11
**seek** 33:20
  251:23  258:4
  313:9  396:24
**seeking** 32:10,11
  77:18  122:3

275:2
**seen** 17:12,15,17
  47:25 48:11,13
  48:18 111:18
  111:22 112:6
  128:19 135:8
  170:14 173:23
  173:24,25
  185:25 210:22
  262:4 302:17
  326:24 327:14
  327:17 348:3,4
  349:2
**selected** 91:8
**selecting** 214:19
**selfevident**
  327:23
**selva** 61:19,25
  64:2,2 65:4
  66:7 74:10,12
  74:14,24
  110:15,17,24
  111:2 114:8,25
  115:8,16,21
  116:13,18,20
  117:19 119:11
  125:20,25
  126:5,12,14
  227:10 368:10
  368:24 369:22
  371:18,20
  372:16 375:9
**senator** 186:8
**send** 152:9
  168:12,16
  222:22,25
  223:16 237:24
  243:12 278:16
  321:4 370:25
**sending** 147:9
  284:4 346:16
**sends** 381:8
**senior** 30:3
  186:18
**sense** 21:18 46:6
  57:9 74:3
  153:9 163:12
  175:2 183:2
  218:12,18
  226:14 238:16
  361:12,14
  372:7 376:3
**sensitive** 4:4
**sent** 19:3 136:4
  139:11 146:25

147:7 158:17
161:14 197:9
217:19 218:4,6
221:20 223:18
223:19,21,22
223:25 227:25
228:3 233:6,15
284:6 338:5
342:23 344:4
345:12 372:16
383:10
**sentence** 284:7
**separate** 42:8
  45:25 62:7
  91:21 92:17
  95:2 105:17
  156:24 229:19
  242:2 266:11
  268:19 299:3
  306:12 323:25
  353:23 355:5
  355:12,13
  399:21 400:6
**separately**
  140:16 242:19
**separation** 389:2
**september** 23:14
  23:21 24:15
  25:21 249:18
  280:7 350:19
  371:19,21
  373:10 374:19
  376:16
**sequence** 169:19
**series** 48:17
  143:19 180:6
  226:10 234:3
  240:13 243:7
  246:10 300:14
**serious** 196:20
**served** 6:21
  87:15 214:8
  328:4
**services** 52:24
  53:17 59:5
  187:10
**session** 23:25
  268:16 320:3
**set** 99:15 114:9
  229:4 241:7,8
  245:22 304:21
  311:2,20 312:4
  316:6 370:21
  411:8,16
**setting** 118:12

186:13 231:13
341:10 380:19
**settle** 301:18,22
  337:25 346:20
  347:23
**settled** 325:10
**settlement**
  178:20 195:17
  197:2 205:2
  213:7 255:13
  279:11 302:12
  337:16 355:19
  355:24
**settling** 338:7
**setup** 132:3
  174:13 343:7
**seven** 109:3
  399:22 402:15
**sevenhour** 403:20
**shaking** 308:12
**shape** 62:22
  214:10 408:13
**share** 162:10
  170:21 194:12
  407:2
**shared** 151:5
  172:24 253:9
**shareholder**
  30:24 300:15
  300:16 301:7
**sharp** 193:15
**sheet** 412:1
**sheets** 93:7
**shinder** 167:16
  167:18 168:25
  169:21
**shindler** 167:15
  169:21
**shipped** 76:12
**shipping** 343:13
  372:6
**shocking** 289:23
**shoes** 145:21
  163:3,15
**shook** 160:23
**shopping** 171:15
**short** 124:3
  144:16 207:13
  244:24 258:14
  302:5
**shorter** 281:4,4
**shortly** 23:3,3
  90:13 150:24
  179:6 384:18
**shouldnt** 191:22

192:2
**show** 47:2 123:12
  140:17 240:4
  246:21 294:18
  303:10 324:14
**showed** 344:2
**showing** 66:22
  73:3 404:2,6
**shown** 63:6 70:16
  73:11 135:4
  332:24
**shows** 94:23
  340:14 348:2
  378:15 383:18
**shuffle** 163:3
**side** 88:9 195:25
**sides** 79:6,10
  90:15
**sign** 211:11
  264:21 274:11
  308:18,22
**signatories**
  126:10
**signatory** 98:15
  126:7
**signature** 13:19
  20:18 305:7,8
  305:8 309:3,7
  309:15,22,24
  354:4 358:2
**signatures**
  102:15,19
**signed** 102:7
  189:8 190:17
  191:12 192:24
  197:10 308:25
  309:13 310:4,5
  358:5 369:9,10
**significant**
  238:2 365:19
**signoff** 210:5
**signs** 108:2
**silence** 398:7
**silly** 276:13
**similar** 36:12
  62:23 97:7
  121:21 132:2
  217:16 230:16
  239:18,19
  293:6 352:16
**simple** 152:25
  155:3
**simply** 10:15
  15:20 18:23
  20:20 25:4

94:2,4 152:8
161:15 216:19
231:6 290:22
308:10 310:24
333:20 344:24
354:24 374:25
385:7 395:22
**single** 43:11
266:5,6
**sir** 13:24 19:19
26:23 41:19
47:9 63:20
66:20 91:16
99:11 157:6
385:11
**sit** 52:15 97:5
111:24 199:23
232:9 257:18
288:17 302:19
318:13 371:22
383:13 395:22
**sitdown** 229:19
**site** 78:16 82:23
88:3,10,14,19
89:5,7 128:20
129:14 132:10
**sites** 37:3
**situation** 78:8
173:8,9 184:21
188:16 238:23
276:8 300:4
353:3 390:15
408:5
**situations** 210:4
257:24 383:22
390:8 391:3
**six** 213:4 226:11
227:12 228:6,9
319:8 368:20
**sixmonth** 116:3
**size** 267:3
**sketchy** 213:18
**slice** 194:17
217:14
**slight** 69:15
**slightest** 395:20
**slightly** 291:4
312:11
**sloppy** 290:23
**slow** 144:5
**small** 173:4
**smaller** 10:12
89:10 101:20
**smiling** 400:6
**smooth** 166:9

**smoother** 331:12
**smyser** 251:17
**social** 40:16
**socializing**
102:3
**sofia** 138:11
149:15
**sole** 10:11
**solely** 215:23
237:11,12
**solid** 339:25
**solomon** 230:14
230:14
**soltani** 410:12
**solve** 240:14
347:13
**solved** 240:15
**somebody** 89:9
175:25 185:10
188:14 333:20
343:13,22
362:16
**someplace** 133:6
**somewhat** 21:13
169:12 191:11
212:21 218:14
228:7 234:6
298:24 351:21
351:21
**son** 38:7
**soon** 256:22
**sorry** 6:18 9:7
26:6 44:22
63:17 64:6
67:5 83:9
92:20 127:3
146:4 150:9,14
154:6 158:19
208:4 224:21
248:3 279:23
293:10 294:23
308:23 309:6
316:20 353:25
395:25
**sort** 10:24 21:7
21:7 33:15
38:4,10 42:18
44:13 51:3
58:21 62:15,22
63:6 74:9,15
74:20 75:11,16
76:14 78:21
102:3 103:21
105:11 110:12
112:16,17,18

116:9 118:9
128:13 134:4
138:21 141:16
143:7,8,16
148:17 152:4
161:9 162:14
162:24 170:15
170:22 171:6
171:18 174:16
174:17 186:12
191:7 196:4,24
197:7 198:7
200:9 210:15
211:12,22
212:15,24
213:5,12 217:8
226:6,18 227:9
228:6,9 229:10
229:20,21
230:25 231:2
231:14,20
232:3,13,25
234:8,19
235:11,19,21
237:5 238:25
239:4 244:23
250:17 254:25
271:15 272:16
274:19 277:25
281:21,21,22
286:15 287:23
288:11 301:21
332:25 336:23
342:18 343:4,6
349:17 350:10
353:5 360:16
360:17 361:18
367:13 368:3
370:3,15
390:16
**sos** 296:25
**sought** 312:21
**sound** 262:21
**sounded** 226:13
**sounding** 312:3
**sounds** 90:10
219:20
**source** 216:23
**sources** 71:13
**south** 8:8 255:6
**southern** 1:3
4:21
**space** 62:23 63:5
63:9,10 357:23
369:24

**spaces** 73:17
**spanish** 16:21,22
16:24 22:11,13
40:3 41:24
42:3 107:21
118:11 138:17
138:23 150:17
223:22,25
224:9,12 256:2
271:12,20
272:7 309:4,15
309:16 310:5,6
353:13 359:12
**spanning** 332:3
**speak** 22:11,15
118:6 138:17
138:19 159:25
167:17 200:6
**speaker** 173:11
233:13
**speaking** 17:5
118:4 135:24
143:8 144:4
171:24 180:16
287:14 338:21
**speaks** 41:24
307:12 308:17
312:5 392:21
**special** 3:12,13
5:14,15 7:16
7:21 19:15
44:25 45:9
47:5,13,20,24
60:17,25 61:4
61:9,18 63:17
63:25 64:17,24
65:18 66:12,21
67:5,7,12,15
67:17 70:10
80:25 81:15
82:3,14 83:5
83:11,16,21
84:5,10 85:12
85:16,19 86:4
86:11,19,22
87:6,10 88:7
88:13,18,24
89:4,8,20,25
90:8,12,24
91:5,9,12 96:7
96:16 108:7
111:12,19
112:2,11
123:20 124:19
145:2,6,16

146:6 150:9 156:20 157:7 157:22 158:5 160:6,12,17 176:8 193:3 204:3 219:19 219:25 220:8 220:20 221:12 251:5,16,19,22 251:25 252:6 252:10,15,23 253:5,11,18 258:16,23 259:4,8,19 271:8,17 272:3 272:11,18 273:4 274:13 283:23 303:24 304:17 307:25 308:5,9,25 309:8 310:16 310:22 311:8 311:12 314:8 315:17 317:22 318:4 319:14 320:9,14,20 321:2,16,24 322:8,14,18,23 323:10,21 324:5 325:18 325:25 326:20 327:10,13,18 329:15,20 330:5,17 331:7 338:24 339:7 339:12 340:10 340:18,24 341:6 343:24 345:19 347:11 348:6,11,14 359:19 361:4 373:14 385:10 386:7,13 387:7 388:4,9 389:8 389:21 390:3 391:16,23,25 392:8 393:14 396:13 398:10 399:20 401:13 402:6,12,21 403:10,25 404:10,20,24 405:6 407:20 408:20

**specific** 20:22 50:18 51:8 53:5 56:8 60:12 78:6 107:8 119:21 127:17 133:3 134:10 135:5 156:21 168:8 182:23 198:9 206:10,11,24 240:2 242:6 261:7 371:23 376:24 390:15 406:19

**specifically** 16:10 20:14 21:21 64:15 133:11,13 164:21 185:5 207:8 248:4,6 267:11 286:5 396:9,17,19 398:13 401:3

**specifications** 386:21

**specificity** 154:18 155:4

**speculate** 49:19 253:7

**speculation** 192:19 274:14 323:16 340:17 341:2 360:15

**speed** 236:16,25

**spelled** 190:15

**spend** 94:25 139:20 282:15

**spending** 360:11

**spent** 44:14 93:3 93:8 174:5,8 225:3 240:18 256:17 268:17 298:22 299:19

**spinning** 76:15

**spiral** 371:4

**splitting** 198:24 199:3

**spoke** 59:16 155:20 163:21 165:12 167:9 198:15 242:7 316:18

**spoken** 78:6 179:3 242:20 250:6 286:19 387:21

**spokesperson** 60:23 125:18

**sponsored** 68:22

**sporadic** 370:13

**spring** 142:17 213:14 218:22 249:17 385:13 387:18

**square** 3:4

**srd** 52:10

**staff** 50:12 379:25

**stage** 366:14

**stairs** 62:19

**stake** 325:5

**stalin** 25:22 26:2

**stamp** 66:15,18 66:24 81:12,13

**stamped** 12:17 81:18 82:7,16 82:18 204:15

**stamping** 81:13

**stand** 221:22

**standing** 103:16 103:24,25 331:4

**standstill** 384:19

**staring** 341:21

**start** 37:17 178:21 179:4 198:25 282:23 337:7,16 374:10 392:7,8

**started** 14:19 63:21 77:8 147:7 191:21 196:4 228:10 235:25 267:24 343:8

**starting** 60:16 208:9 257:12 286:21 407:16

**starts** 76:14 346:12

**state** 1:21 6:12 19:17 94:6 224:23 225:12 228:19 240:17 284:16 288:23 289:22 305:17 384:15,17 411:5

**stated** 131:25 140:11 141:19 165:21 287:9 375:8

**statement** 6:16 84:12 146:8,12 182:25 221:23 241:2 267:6 275:18 276:14 290:5 380:12

**statements** 147:25 148:7 153:25 174:6 275:25 276:5 276:19 285:19 293:8 379:14

**states** 1:2 4:20 76:12 109:6 139:13 151:3 205:22 212:3 305:21 312:19 318:11 321:15 325:4 333:15 337:6 339:17 342:16 396:9

**stating** 128:23 208:20 249:22 323:2 333:15

**station** 165:16

**status** 59:8

**statute** 107:9

**statutes** 193:6 246:19

**stavers** 2:10 5:9 5:9 67:14 222:13 319:20 320:12 322:20 323:12 387:12 388:7 402:9 404:17

**stay** 87:25

**stayed** 82:22

**staying** 54:14

**step** 392:14

**stepdown** 192:3

**steps** 278:21

**steptoe** 202:10 202:12,20 203:14 205:7 207:11 208:4,5 208:17

**steve** 159:9 163:11 165:2 173:16

**steven** 1:9 4:19 91:22 203:23

205:17 207:16
225:5,12,13,15
228:21,25
240:19 245:24
245:25 321:8
375:19 382:6
stipend 46:21
92:12
stipulate 323:25
stipulated 89:11
396:9
stipulation 8:14
66:18,25 81:11
90:20,21
392:18,18
398:12,17,21
stop 235:13
240:5 346:6
405:2
stopped 76:25
388:24
story 213:15
292:9
straightforward
281:13
strategic 79:19
strategically
290:17
strategist
349:18,22
strategy 22:2,7
46:15 113:9
228:24 229:9
313:13 316:16
319:10 320:2
347:20
stratus 136:12
142:23 143:5
144:3 147:21
148:3,9,15
149:5 151:13
151:21 154:17
162:3,21 169:5
170:5 214:4,17
262:20,24
263:22 264:14
264:20 265:17
265:23,24
266:2,21,24
268:3,9,12,13
270:10 271:7
271:11,19
272:6 273:8
274:2,10,18,20
277:4,5 279:24

280:9 283:9
288:7,7 291:13
294:2,4,8
295:20 385:15
straw 250:17
strawn 27:19,21
28:4,16 31:18
241:14
straws 285:13
streep 235:22
street 2:8,13
3:4 8:8
stretched 107:3
stricken 259:3,7
259:22 314:10
343:25
strictly 116:2
strident 213:10
strike 144:23
146:5 253:19
259:21 314:6
343:23 391:19
393:9
strong 172:15
stronger 107:7
strongminded
299:7
strongwilled
299:6
struck 259:10
361:19
structure 125:19
structured
194:10
structuring
199:9
study 75:11,12
75:13,20,24
96:5 131:16
407:7
stuff 132:8
169:6 236:22
274:20
stylistic 356:22
subcontractor
272:16
subcontractors
74:17 390:18
subissues 281:6
subject 34:9
36:17 60:18
66:15 81:9,10
172:10,17
220:21 229:16
327:5 374:7

393:6 395:16
401:10 405:7,8
405:8 407:3
subjects 395:19
submission
148:21 230:8
245:12 263:16
280:18 290:18
302:14,20
365:25 366:4
submissions
272:24 302:21
302:25 303:6
367:25
submit 151:12
154:24 263:7
264:5 366:10
submitted 151:10
151:20,25
152:3 265:5
266:13 267:10
273:14 345:25
submitting 274:3
subparagraph
311:21
subpoena 1:17
6:21 9:6,7,15
9:16 12:6 13:3
402:3,3 403:13
410:8
subpoenaed
399:18
subpoenas 378:19
subscribed 409:7
412:22
subsequent 41:7
89:15 90:17
201:3 207:3
263:4 367:23
subsequently
168:16
subset 24:8
255:22
substance 188:12
347:19 348:2
substandard
77:22
substantive
40:17 118:10
356:23
subsumed 71:15
subvendors 74:17
succeed 35:12
success 204:18
205:10

successfully
358:10
successor 251:12
315:2
sue 307:7 315:8
316:6
sufficiently
328:10
suggest 329:11
suggesting
344:16 345:16
345:21
suggestions
287:11 407:12
suing 317:9
338:3 385:3
suit 350:19
403:6
suite 2:14 3:5
sum 347:25
summarize 381:6
summary 48:21
49:4,6 51:23
78:7 141:16
200:24 241:21
270:19,25
summer 226:6
232:20 245:7
summons 384:22
385:7
sums 240:18
sunk 217:3
sunset 191:23
supervise 43:17
185:7 209:8
supervised 53:15
supervising
184:9
supervision
114:19
supervisor
209:16
supplement
117:17 297:14
supplemental
210:12
supplies 369:19
supplying 210:12
support 36:20
196:24 224:24
312:10,14
supported 287:18
297:20
supporting
307:17

supportive 195:5
suppose 15:19
  71:24 226:2
  324:20
supposed 65:6
supposedly 123:7
supposition
  56:18
supreme 97:23
  103:22
sure 22:24 23:13
  25:18 27:24
  36:5 43:11
  65:11 98:9
  129:23 134:11
  135:7 142:20
  152:22 161:25
  162:15 173:24
  174:16 189:15
  192:25 199:23
  206:21 223:18
  224:6,11 247:9
  247:25 252:14
  252:19 255:2
  258:16 300:12
  315:21 322:24
  353:4 360:10
  363:15 365:3
  375:4 376:11
  377:14 387:5
  404:25 406:18
surmise 52:22
  208:19
surprised 228:7
  298:24
surprises 371:25
surprising 79:7
  372:9
surreptitious
  296:19
surrounding
  241:23
survey 118:21
susman 140:9
  157:25 158:8
  158:13,25
  159:9,9,22
  161:14 163:21
  164:14,15
  165:2,3,5,9
  199:19 207:19
  207:23 208:3
  215:5 218:11
  287:8 386:2
  387:18

susmans 169:23
  276:19
suspicion 138:22
  402:24
sustain 273:4
swear 5:5 100:18
  261:8
swift 9:20,23
  10:3,6 11:13
  11:19 12:9,14
  14:10,14 17:22
  19:21 31:9,12
  43:8 44:19
  45:11,18 46:19
  48:22 52:3
  63:21 69:19
  71:8,11,14,17
  71:18 74:4
  87:22 92:3,16
  94:15,20,24
  96:14,22 97:12
  97:17 110:11
  113:13 115:21
  119:17 122:4
  123:14 125:23
  126:11 146:19
  158:12 164:19
  179:8 181:22
  182:22 210:16
  234:14 239:7
  241:8,10,12,17
  250:9 253:22
  258:3 262:19
  297:25 298:7
  299:16 351:23
  367:9 368:25
  369:14 372:18
  378:3 380:17
  381:2 382:12
  383:18 387:2
swirl 105:11
swoop 266:16
sworn 6:7 409:7
  411:8 412:22
system 11:8
  148:20 180:2
  263:2 370:14
  382:19,20
  390:17
systems 383:25

―――――――――
           T
―――――――――
t 177:2 410:6
table 72:9
  337:23 341:17

tackling 79:13
tactic 234:19
tactics 79:20
tailed 353:5
tainted 134:3
take 18:18 33:13
  33:20,23 72:20
  81:15 84:10,11
  86:23 101:14
  122:20 124:13
  138:4 147:5
  149:23 160:9
  176:7 217:20
  244:6 252:21
  255:25 258:14
  277:24 279:4
  301:21 328:8
  328:13 341:17
  344:22 346:3
  347:8 399:8,11
  402:14 404:13
taken 1:16 60:14
  83:23,24 87:2
  122:18 178:2
  180:10 194:15
  213:11 214:24
  252:11 258:19
  266:11 291:25
  330:21 342:6
  342:21,22
  351:14 365:7
  380:25 381:4
  384:6 392:2
  397:17
takes 372:4
talk 140:15
  174:24 198:13
  201:23 207:16
  219:9 232:21
  239:20
talked 29:13
  103:23 195:18
  273:16 276:6
  277:10 372:17
talking 8:18
  62:11 80:21
  91:18 95:11
  107:5 128:7
  129:11 132:7
  134:7 144:18
  149:3 156:22
  160:15 161:2
  163:19,23
  164:4,21 172:6
  187:24 199:13

208:2,3 220:21
221:4 271:18
276:13 277:9
279:9 338:25
341:25 343:20
taller 30:2
tape 176:7
  258:14,15
  330:15
tapes 249:8
targeted 301:16
targeting 300:24
team 44:11 56:4
  57:10 62:2,7
  75:9,19 76:24
  77:3,8 109:16
  109:22,22
  115:3 134:24
  135:19 143:17
  147:14 163:4
  163:18,19,20
  163:22 166:2
  166:19,23
  172:13 178:7
  178:22 184:4
  187:3 195:2
  196:10,20
  230:7 232:8
  233:14 234:17
  240:21 241:12
  242:4 245:4,13
  247:20 248:15
  261:21,23
  267:14 276:21
  279:7 283:9
  285:2 291:13
  295:16 297:18
  299:13 300:10
  326:15 333:2
  345:5 352:14
  365:23 369:16
  369:23
teams 156:13
  260:15
technical 56:4
  57:10 81:25
  82:5 260:14
  299:11
telephone 233:21
  243:8
telephoned 226:7
telephones
  370:24
television
  349:19

**tell** 23:12 64:14
  139:16,17
  143:13,22
  147:19 164:3,3
  164:6 188:15
  201:18 206:8
  206:25 260:13
  292:8 302:19
**telling** 175:24
  188:4
**temporarily**
  319:19
**ten** 63:8 109:3
  191:24
**tentative** 232:16
**term** 65:3 162:2
  229:25 235:12
  235:16 336:21
  343:21
**terminated**
  256:22 291:21
  292:20 363:23
**terminating**
  357:20
**termination**
  359:20 390:23
**terms** 8:17 65:12
  72:16 81:4
  86:8 98:7
  118:12 119:11
  174:10 196:3
  209:17 213:25
  231:14 245:11
  268:15 286:15
  286:17 294:2
  337:10 341:9
  354:19 362:18
  383:18 401:18
**territory** 407:17
**test** 79:6
**testified** 6:7
  147:22 156:19
  258:7 285:17
  294:10 296:2
  341:2 368:22
  379:7 387:4
  391:11 392:25
**testifies** 295:13
**testify** 158:4
  403:7
**testifying**
  205:11 388:15
  395:23
**testimonial**
  395:17 399:2

**testimony** 7:3
  8:24 120:23
  272:4 294:14
  393:9 395:11
  399:3,13 400:9
  400:22 411:7
  411:10
**testing** 78:4
**tests** 78:15,16
**texaco** 41:4
  98:25 100:15
  307:19 312:22
  318:17 319:2
  325:8 331:22
  353:10 359:3
  410:16
**texacoecuador**
  48:8 380:12
**text** 371:9
**thank** 7:21 45:9
  67:13,18 89:3
  89:21 253:11
  297:16 320:18
  389:10 392:4
  408:21,22,23
  408:24
**thanks** 88:25
**thats** 10:23 13:8
  24:21 29:6
  37:11 38:2
  57:18 58:18,19
  64:16 67:10
  69:6 85:6 86:9
  86:16 94:23
  96:25 107:24
  107:25 108:5
  115:5 120:13
  121:11 128:13
  128:15,16
  129:3 141:22
  144:12,13
  149:5 150:17
  152:25 153:24
  154:25 155:2
  181:15 194:7
  195:7 200:23
  220:13 225:12
  236:19 242:13
  242:13,19
  260:23 264:11
  272:9 291:23
  293:3 311:3,4
  312:6,11 320:9
  321:25 324:3,5
  326:20 328:8

  330:17 342:18
  347:24 353:18
  378:8 392:2
  393:13 395:8
  396:15,15
  399:6 400:6,21
  403:16,17
  407:21 408:20
**theoretically**
  70:4
**theory** 350:23
**theyve** 285:12
**thicker** 371:5
**thing** 10:24
  37:11 79:3,4
  95:17,17
  111:25 118:9
  121:22 144:21
  165:21,25
  166:6 173:2,4
  173:22 174:10
  185:17 189:22
  190:25 210:6
  210:15 218:2
  226:18 234:21
  237:12,13
  238:24 261:18
  277:3 295:10
  337:22 342:18
  367:4 368:3
  372:6 400:3
  404:14
**things** 33:17
  42:6 51:6
  65:25 69:4
  76:11 81:3
  99:13 107:5
  122:14 143:19
  170:22 171:3,9
  171:17 173:5
  174:12 177:11
  179:15 186:10
  191:15 206:15
  212:17,22
  213:21 227:3
  229:15 233:4
  239:2 243:18
  244:7 246:2
  256:15 257:12
  268:17 274:8
  280:11 282:6
  286:21 295:21
  299:9,11
  324:15 325:23
  343:8 353:2

  361:16 364:24
  387:25 388:23
  390:21
**think** 18:7 29:9
  29:12,25 30:2
  32:22 33:18
  34:25 35:2
  37:5 40:9 45:3
  47:25 49:14,17
  50:20 51:20,22
  64:4 68:17
  72:13 76:7
  90:25 92:11
  96:7 99:3
  104:16 107:15
  112:22 121:8
  124:19 130:10
  130:12 132:15
  134:10,25
  150:22 151:8
  155:16 163:23
  164:10,11
  165:5,22
  168:13 169:24
  173:16 174:22
  175:22 185:2
  187:20 190:14
  190:20 192:21
  193:13,14
  197:22 198:10
  198:14 199:21
  200:23 207:10
  211:6,18,23
  213:24 214:7,8
  216:13 217:15
  217:18 218:18
  218:19 226:10
  226:21 227:19
  228:13 229:25
  231:14,23
  232:18 235:2
  238:14 239:15
  239:16,17
  240:7 242:7,14
  245:21 248:6
  248:24 250:16
  254:5,16 255:8
  256:10,13,15
  256:17,19
  257:19 259:18
  267:5 268:24
  270:15 271:22
  274:5 275:12
  276:7,9 282:8
  285:4 286:5,21

287:15,22
291:4,25
293:24 295:9
295:25 296:13
297:10 298:12
299:7 300:6
307:12 308:5,6
308:16 309:19
311:24 312:8
312:11,12
315:19,20
327:19 328:15
329:3,17,18
334:10 337:9
347:12 352:16
353:5 365:11
367:2 373:15
377:20 384:21
385:13 386:3
386:14 387:10
388:5 390:16
391:2 396:3,4
399:7,10
400:24 402:14
403:2 406:11
407:16
**thinking** 107:15
193:2 226:2
278:24 310:20
**thinks** 132:17
**thinner** 371:7
**third** 29:15
35:21 62:20
88:2 129:16
131:7 141:15
222:17 223:8
227:23 249:2
263:10,23
315:16 381:7
**thirdparty** 6:2
69:16
**thought** 45:4
79:11 105:12
105:14 107:16
148:15 172:9
178:4,5 179:24
183:8 185:14
191:16 212:8
237:20 239:2
255:11 269:25
272:25 287:21
328:10 336:14
337:21 341:17
357:9 363:25
371:25 401:15

**thoughts** 243:5
350:7
**threatened** 403:6
**three** 23:7,10,17
28:25 32:2
93:18 109:8
129:19 130:9
140:8 177:7
212:2,7,9,11
217:11 220:25
222:4,22
228:11 235:13
236:18 242:11
242:17 243:8
244:25 263:5
266:19 319:8
362:19 399:25
400:3 404:13
**threepage** 203:18
**threestory** 62:9
**threeway** 243:2
**threw** 44:3
164:10
**throwing** 239:24
364:21
**tied** 314:2
**ties** 365:17
**tim** 127:24
133:18
**time** 4:13,24
5:23 14:12
20:3,15,24
21:5 23:2
27:22,23,24
29:9 30:7,24
31:3 32:8,23
32:23 33:25
37:11,16 39:19
40:14 42:14,24
44:12,14,18
45:10 46:19,23
48:24 49:12
51:23 52:22
53:3,22 54:9
56:19 57:7,13
60:4,15 63:12
66:9 68:13
76:5 77:20
79:9 80:7,11
82:20,25 85:10
85:20 86:25
87:4,21 93:2,7
93:8,11,19,20
94:6 95:22
96:21 100:9

106:17 107:10
107:14 108:20
111:8 115:11
115:25 117:14
123:14 124:5,8
125:4,4,11,11
125:25 126:2
126:23 127:9
127:16 129:17
130:10,25
131:15 132:12
133:2 134:19
135:6,7 136:10
138:10 139:15
139:18,19
140:12 141:19
142:5,24 143:8
146:20 147:22
156:15,17
157:13 158:9
158:16 160:10
161:9 162:14
162:23 163:22
166:15 168:6
170:8,12 171:7
171:20 173:24
174:5,8 175:5
175:23 176:11
177:6 178:25
182:20 186:9
186:20 189:11
189:11 190:5
191:2,19
192:14 198:12
198:16,17
200:5,12 205:7
207:14,25
209:3 210:20
212:22,25
214:25 216:2
217:22 223:21
224:13,16
225:2 227:18
228:2,14
231:10 232:8
233:8 235:20
238:21 239:8
240:18 244:6
244:25 245:22
247:23 248:22
254:25 255:14
258:18,21
261:6 265:25
266:13,16,24
268:17,18

270:8,13,20
271:15 272:20
274:9 275:25
280:5 281:12
281:16,19
282:15 284:25
285:20,23
287:4 289:15
289:16 290:22
294:11 295:5
298:23 303:14
305:25 307:19
308:20 312:19
314:17 315:2
318:15 320:8
324:22 327:17
328:14,16
329:21 330:2,6
330:20,23
332:4 334:24
335:2 337:8
338:10 341:9
341:23 344:10
344:18 349:19
349:20 350:7,7
353:6 354:22
357:7,10,12
358:9 360:12
360:21 365:6
365:16 366:3
368:17 370:4
370:20 371:19
372:3,4,10,24
375:23 376:15
378:10 382:2
383:13 384:2
385:14 386:17
388:13 393:8
393:23,23
397:6 398:23
398:23,24
406:8 407:9
409:2,4
**timebased** 190:18
**times** 10:21
20:19 38:12
65:4,8,8 66:2
79:23 109:8,12
109:13 110:10
217:11 235:13
261:6 290:12
385:18 394:7
**timing** 129:18
133:21 218:9
337:10

**titles** 110:10
**today** 4:13 5:22
  6:20 7:3 8:24
  9:3 13:16
  51:14 52:16
  66:23 86:12
  111:24 288:18
  293:23 302:19
  318:13 370:8
  392:23 394:21
  395:8 398:23
  407:14
**todd** 1:19 5:3
  411:4,20
**told** 77:20,20
  115:14 121:7
  162:18 170:7
  195:8 252:24
  253:4,6 297:4
  297:15 341:11
  361:20 378:21
  378:22,24
  391:6 400:24
  408:14
**tolling** 384:19
  384:24
**tone** 186:4
**top** 214:2 236:10
  318:23 352:4
**topic** 142:18
  157:18 307:4
  326:12 366:2,7
**topics** 405:23
  407:3,24,25
  408:10
**tort** 15:10,18
**tortfeasors**
  313:25 316:21
**torts** 385:8
**total** 190:21,22
  275:6 323:3
  367:23 394:23
**totaling** 63:23
**totality** 194:4
**totals** 65:13
**tough** 257:23
**tours** 281:3
**tower** 3:5
**toxic** 15:18
**toxico** 68:12,14
  69:9,9,12,12
  69:21
**track** 213:20
  239:5 302:4
  304:4

**trade** 177:21,24
  179:13,17,19
  179:23 180:14
  180:18
**traffic** 163:13
**train** 165:15
**training** 38:22
  39:3 110:21
**trajectory**
  175:14
**transcript** 65:14
  323:13 327:15
  328:13,21
  330:11 338:12
  381:9 410:13
  411:9
**transfer** 125:24
  372:19 373:3
  373:22
**transferring**
  369:2
**transfers** 373:24
  375:6
**transition** 166:9
**transitioned**
  361:22 362:22
**transitioning**
  361:25
**translate** 224:10
**translated** 17:3
  133:4,8 138:3
  138:6 149:16
  151:3 154:3
  271:24 272:7
  309:12
**translating**
  132:25
**translation**
  16:22 22:22,25
  118:4 138:8
  149:18 223:22
  224:9,12
  270:18,24
  271:11,19,24
  272:15,17
  309:11,14,17
  309:20 353:18
  359:11,24
**translations**
  17:5,9,10
  270:9,11
**translator** 144:4
**transmitted**
  273:21
**transparent**

274:4 296:6
**transpiring**
  232:11
**transposed**
  309:16
**travel** 38:12
  370:10
**traveled** 36:25
  43:6 54:15
**treasurer** 110:23
**treat** 216:24
**treated** 206:21
**treaties** 178:4
**treatment** 121:21
**treaty** 32:15
  180:9
**trial** 21:5 43:25
  44:13 70:16
  263:2,7 280:24
  362:5 396:25
  397:25 402:2,4
  403:13,14
  404:5
**tribal** 58:22
  125:16
**tribes** 59:18
**trickling** 271:16
**tried** 66:10
  256:20 350:15
**trips** 43:8,10,10
**true** 11:3,10
  294:15 411:9
**trujillo** 242:15
  242:15 243:2,4
  247:5,14,19
  250:10,23
  253:23 256:4
  276:15
**trust** 166:4
  170:9,11 171:9
  174:11 176:5
  289:18
**trusted** 196:22
  289:17
**truthful** 8:24
  379:20
**try** 44:23 78:24
  114:23 151:7
  163:8 166:10
  167:2,3 238:13
  242:4 243:15
  278:11 292:21
  335:5 344:22
  347:4 366:18
**trying** 21:20

34:2 163:17
  231:9 237:6,9
  239:10 240:8,8
  240:14 245:9
  245:10 273:18
  278:2 334:19
  337:15 342:10
  343:20 347:3,7
  365:23 366:15
**turn** 4:6 41:22
  212:9 223:7
  288:24 305:5
  325:5
**turns** 329:7,8
**twelve** 109:4
**two** 23:17 28:19
  28:25 29:18
  30:12 32:2
  48:20 50:8,15
  51:20 54:7
  57:15 62:9
  73:17 75:3
  84:8,11 87:5
  92:5 93:18
  97:7 112:13
  117:23 143:22
  173:9 192:2
  203:20,22
  212:4,10 213:5
  217:17 220:10
  224:11,19
  226:22,22
  227:2 231:2
  236:17 240:4
  242:17 243:2,8
  244:13,25
  248:19,24
  256:16,25
  323:15 324:2
  356:8 371:10
  385:14 393:17
  395:10 404:13
  406:11
**twominute** 389:9
**type** 52:24 55:3
  60:13 121:10
  216:12 255:7
  255:19 380:4
  382:22
**types** 124:16
  390:9
**typewritten** 96:3
**typical** 34:23

_____
U
_____

u 19:22,24 20:2
  20:12 26:20
  27:14 45:13
  53:24 79:8
  109:10,23
  117:24 136:7
  177:21 179:13
  179:16 180:3
  180:17,17
  183:3 185:11
  211:21 212:8
  212:11,15
  232:9 242:2
  254:24 281:9
  303:21 314:17
  317:11 339:22
  344:24 345:12
  346:6,8
uh 339:21
uhhuh 73:22
  262:22 373:2
ultimately 92:14
  139:10 155:17
  207:6 250:10
  267:18,19
  313:21 326:5
  332:5 378:20
umbrella 58:21
  59:15,18
umea 75:4
unavailable
  232:19
unaware 46:3
  260:17
unbeknownst
  171:15
uncertainty
  345:6
unclear 49:10
  333:23
unconcerned
  200:21
uncooperative
  256:10
uncovering
  136:11
underlying 36:16
  381:7
underneath 58:7
understand 16:13
  21:19 27:3
  34:2 58:10
  65:3 68:4
  72:21 81:3,7
  91:18 96:5

107:24 115:5,9
  117:8 126:14
  132:22 135:2
  237:10 257:21
  264:25 265:14
  265:22 266:14
  266:17,25
  271:9 272:4
  273:5 296:10
  296:13 299:2
  308:2 315:11
  322:24 323:11
  334:11 335:8
  336:12 340:21
  356:20 358:15
  363:7 366:15
  375:24 377:16
  378:8 401:7,25
  402:5,17 405:3
  406:24
understandable
  281:14
understanding
  7:7 26:19 27:4
  42:11,13 50:7
  55:13 59:13
  69:13 74:14
  93:21 97:24
  100:2,12 101:3
  101:8 104:22
  108:3,5 111:5
  126:4,8 136:16
  137:3 139:12
  143:24 151:17
  177:22 181:15
  202:17 205:6
  262:10,23
  263:21 264:7
  266:4,15 267:7
  271:6 273:7
  275:9 280:8
  296:3 299:19
  309:13 340:13
  340:23,25
  341:4 357:9
  362:2 365:12
  365:18 369:21
  378:13 396:16
  396:23
understandings
  105:18 147:2
understood 21:24
  39:21 43:24
  58:20 60:11,20
  61:8,24 62:3

74:6,22 76:17
  104:3,4 109:19
  110:14,16
  111:9 115:11
  117:10 118:24
  122:16 124:25
  125:6,8,13,20
  137:11 151:24
  152:13 178:9
  179:21 180:19
  183:9 189:17
  193:17,19
  209:23 230:9
  236:13 262:14
  262:25 264:3
  264:12,23,24
  265:12 266:2
  267:20 273:22
  274:23 278:7
  280:11,22,24
  296:20 311:6
  313:6 318:16
  318:19,21
  335:10 340:4
  362:12,20
  363:2,22
  364:25 365:10
  378:18 408:4
  408:14
undertake 282:23
undertook 192:24
underwriting
  72:17
undocumented
  225:17,23
undoubtedly
  318:10
unduly 277:17
unethical 198:24
  199:3
unexpected
  122:15
unfolded 356:12
unique 353:24
united 1:2 4:20
  76:12 109:6
  139:12 212:3
  305:20 318:11
  333:15 337:6
  342:16
university 14:3
  14:6 75:5
unpaid 168:6
unprivileged
  374:2

unprofessional
  246:8
unseal 320:10
unsealed 348:17
unstricken
  259:18
updated 47:19
  217:19
updating 68:7
upheld 106:22
upper 49:15
urging 90:17
use 10:21 12:23
  57:20 64:3
  88:9 95:5
  233:7 235:12
  256:12 392:19
  394:3 396:10
  396:14,24,25
useless 254:8
uses 374:8 397:7
usually 173:6
  235:7
utter 246:7,20
  286:8

v

v 412:4
vague 78:21
  106:15 107:2
  220:4 359:17
  375:20 379:16
value 119:13
  355:17
vanity 339:18
  365:13
varied 349:13
various 27:16
  37:2 58:22
  65:3 110:10
  111:11 189:16
  211:2 248:16
  261:6 349:25
  384:20
vega 25:22 26:2
veiga 112:14
  319:3,6,11
  325:4,15 326:7
  326:17 327:6
  328:3 331:18
  332:5,13 335:7
  335:9,15
  336:11 347:22
vein 379:6
vendor 83:2

272:16
**vendors** 12:21
**verba** 220:12
  221:8
**verbatim** 295:17
  295:22
**verdict** 366:22
  367:23
**veritext** 4:12
  5:4 412:1
**versa** 374:6
**version** 112:9
  223:25 270:5
  275:11,23
  310:5,6,7,10
  324:13 353:13
  353:18 374:11
**versions** 309:5
**versus** 4:18
  74:12 274:21
**vetting** 260:9
**vice** 374:6
**victims** 185:13
  359:3 410:16
**videographer**
  3:14 4:2 86:24
  87:3 176:10
  177:5 258:17
  258:20 303:17
  329:23 330:3
  330:19,22
  368:20 408:25
**videotaped** 1:15
**view** 86:7 116:6
  123:16 161:11
  180:20 184:19
  196:11 202:19
  254:5 285:18
  286:17 391:20
**viewed** 44:4,9
  60:22 92:12
  123:22 147:9
  171:13 211:25
  301:20,22
  302:6 317:6
**villanova** 14:6
**violated** 180:23
**violation** 180:9
  180:22
**violations** 385:9
**virtually** 93:22
**virtue** 123:23
**visit** 23:21
  25:23 63:13
  68:16,19 77:5

**visits** 23:10,17
**visualize** 274:6
**viva** 61:19,25
  64:2,2 65:5
  110:15,17
  114:8,25 115:8
  115:16 116:13
  116:18,20
  117:19 119:12
  125:20,25
  126:5,12,14
  227:11 368:10
  368:24 369:22
  371:18,21
  372:16
**vivas** 115:21
**vocal** 353:2
**voiced** 135:14
  240:12 242:12
  286:5
**volume** 57:14
**voluminous**
  281:14
**volunteer** 44:5
  350:7
**voss** 3:7 6:2
  81:22 82:2,12
  82:17 83:9,15
  83:19 84:2,8
  84:22 89:6
  90:16 310:9,13
  402:10 404:18
  405:23 406:15
  408:3

---

### W

**wait** 156:20
  191:22 371:2
  386:7,8,13
**waive** 18:15
**waived** 399:5
**waiver** 18:18
  304:25 305:14
  305:15 311:2
  311:16 312:19
  323:4 394:23
  395:16,18
  397:23
**walk** 10:15
**walked** 34:21
  165:12
**walking** 62:19
  143:9
**wandering** 285:14
**want** 121:18

140:17 143:15
159:24 160:4
164:3 165:25
177:10 183:12
185:20 201:23
217:7,13
244:19 251:6
253:6,15 256:7
257:18 259:11
276:16 302:3
315:19 321:3
328:17 338:8
346:20 374:16
392:6 393:25
394:10 400:7
401:5,18
404:24
**wanted** 6:19
  56:20 85:3
  121:17 143:14
  153:10,10
  187:21 216:23
  243:3 256:13
  278:11 331:3
  344:14 367:2,4
  406:25
**wants** 237:13
**warning** 389:9
**washington** 25:8
  31:23 42:14
  171:23 177:20
  186:2 193:7
  202:10 349:15
  391:13
**wasnt** 95:14
  115:25 117:24
  131:23,24
  172:10 250:24
  265:6 269:5
  281:17 319:25
  327:24 334:12
  336:6,7 408:7
  408:8
**watch** 69:15
  298:19 299:18
  300:8,17,23
  302:14,18,20
  302:25 303:6
  303:20 352:17
  395:23
**watchs** 297:17
  298:2,8
**water** 387:9
**waving** 131:24
**way** 9:20 25:3

33:4 40:22
41:17 46:17
51:15 59:9,10
62:21 76:17
79:2 85:11
103:11 104:2
107:24,25
116:10 120:14
124:22 131:17
131:17,20
133:15 134:9
134:25 139:24
145:4 154:25
155:2 165:14
165:14,15
171:6 174:13
185:2 187:14
199:12 214:10
217:4 221:21
254:7,16
272:15 278:3
288:3 289:7
292:10 296:6
296:19,19
301:22 302:7,9
312:12,15
315:24 325:9
325:15 328:14
331:11 332:6
333:22 335:21
339:8,9 352:11
358:22 360:13
363:24 385:16
401:24 403:8
404:2 408:13
411:14
**wayne** 186:16
**ways** 74:16
  382:21
**website** 68:7,10
  68:22 69:25
  70:7,11 82:25
**websites** 69:7
**wedding** 54:21
**week** 226:22
  233:25 234:9
  236:18 406:6
**weeks** 38:14
  140:8 226:22
  256:16 337:12
**welcome** 89:2
**wells** 3:14 4:11
**went** 61:6 87:12
  111:25 146:15
  165:9,14

172:11 387:4
398:17
**west** 3:5
**westfield** 2:14
**weve** 334:19
347:3
**whats** 128:7
143:12 170:6
192:21 233:22
246:7 279:4
379:25
**whatsoever** 77:2
**wheel** 76:14
**whereof** 411:16
**wherewithal**
288:14
**whispering** 4:5
**willie** 173:11,20
196:9
**willing** 278:15
407:2 408:11
**wilson** 372:25
374:22 375:15
**win** 206:16
400:21
**winston** 27:18,20
27:22 28:4,16
31:18,22 35:21
36:10,15
239:16,20
241:13
**winter** 18:6
278:23
**wire** 373:21
**withdraw** 44:23
141:24 166:7
223:6 287:10
287:21 292:7
345:24 346:2
346:19 359:13
**withdrawal** 47:8
65:21 170:3
**withdrawing**
136:5 147:4
166:16 287:19
310:17,18,21
363:18
**withdrawn** 162:19
167:11,12
169:16 384:24
387:3
**withdrew** 45:6,8
47:6 179:8
181:18 183:21
192:7 209:5

250:15 353:6
403:5
**withhold** 289:4
**withholding**
219:15,21
**witness** 3:6 4:22
5:5 6:6 19:19
45:7 47:3,9,15
47:22 48:4
60:20 61:3,5
61:11,21 63:14
64:22 65:2,24
70:13 81:12
111:15,21
112:5,15 127:5
140:18 146:8
149:8 150:2
157:5 158:2,7
160:4 165:2
193:9 203:17
204:11 219:24
220:2,19,22
221:6,11,17,25
251:15,18,21
251:24 252:4,9
252:13,19
253:3,8 271:13
271:21 272:9
272:13 283:25
294:19,25
303:11 304:23
306:14 308:7,8
311:11,19
315:19 316:20
319:22 320:24
325:21 326:22
326:23 327:7
327:12 328:22
330:7,8 331:2
338:12,17
339:3 348:4,9
348:13,16,25
368:9 380:8
385:12 391:18
392:12,13,15
395:23 397:9
398:25 399:3
400:9 401:24
402:2 404:4,19
405:10 408:22
410:3 411:7,11
411:16
**witnesses** 259:13
**woman** 28:13
118:25

**won** 202:23,24
203:2,3 249:11
400:20
**wonderful** 227:6
**wondering** 160:21
321:18 394:14
401:4
**wont** 387:25
**woods** 232:2
245:22 350:10
352:24 367:16
**word** 127:4 210:5
210:5 278:12
278:15 356:8
**words** 13:4 45:3
45:5 78:6
122:8 126:6
201:17 249:18
287:22 334:22
347:19 389:23
389:24
**work** 5:22 8:6
42:16 46:22
53:15,25 55:4
55:6 57:14
72:15,23 74:21
75:18 76:10
77:23 92:2
98:6 111:6,7
119:13 124:25
128:18,22
148:24 166:4
184:10 209:9
237:9,15
251:11 261:23
261:25 262:4,5
262:9 265:20
265:21 266:3,6
266:8,9,21
267:2,10,13,16
268:4,9,13
274:17 279:24
280:25 281:2
281:17 290:23
294:4 331:25
350:4 364:11
365:23 366:19
388:24
**worked** 12:21
14:10 24:25
26:16 42:14
46:11 53:12
58:23 116:10
159:13 161:11
183:25 186:19

193:11 195:24
206:19 209:11
209:12 298:23
319:2 335:18
364:12
**working** 21:2
36:25 37:17
42:18 58:2
61:17 72:22
74:18 93:22
121:19 163:20
177:13 178:22
179:5,7 180:11
186:11 188:23
192:22 209:25
230:15 264:15
266:22 289:10
291:20 326:15
335:5 347:6
357:10 364:23
370:20 390:18
405:13
**workplan** 261:20
**works** 349:14
396:15
**woud** 336:7
**wouldnt** 52:21
75:12 170:21
194:14 248:23
294:6 302:16
390:19
**wrapup** 34:24
**wray** 22:5,8
70:17,20 71:2
80:17,20,23
97:21,21 98:6
98:13 99:8,9
99:18,23
100:13 101:10
102:8 103:5,9
103:11 106:8
106:13 107:20
107:21 118:14
263:3 321:9
361:22 363:3
363:10,14,22
370:7
**wrays** 70:18
118:25 362:2,3
363:15 370:5
**writ** 384:22
385:7
**write** 18:20 42:3
226:9
**writing** 42:18

47:7 118:2
264:20 265:17
265:24 269:8
273:9 408:17
408:19
**written** 45:19,23
99:7 148:16
150:17 157:13
202:16 227:2
255:4 267:23
291:13 296:11
296:12 299:23
**wrong** 30:6 34:14
58:6 183:18
221:7 244:21
400:2
**wrote** 181:16
183:13 224:16
272:6 277:6
343:15,22

---

**X**

**x** 1:5,11 119:23
122:11 370:14
410:2,6

---

**Y**

**y** 370:14
**yanza** 24:8,17
25:11 47:16
101:10 108:22
108:22,25
109:11 110:12
110:16,19
111:20,22
113:3,7,14,17
113:25 114:8
114:15 117:20
118:3,6 119:18
120:9,17,24
121:3 122:6,25
123:6,16 124:6
124:13 126:9
132:4 136:6
137:22 138:5
139:9 142:4,18
147:12 148:2,8
148:13 156:6
157:17 174:15
175:3 195:3,10
222:6,11,18
223:11 227:5
284:12 287:6
293:4,15 369:9
375:11

**yanzas** 60:19
109:15 119:11
226:4
**yeah** 6:18 30:10
57:16 117:14
123:22 130:19
172:22 192:11
192:20 224:3
243:24 246:6
259:4 269:24
274:5 285:3
306:15 342:25
344:12
**year** 18:13 19:4
19:17 92:18
119:25 190:20
192:2 227:25
228:8,12
276:15 290:13
**years** 22:17
57:15 119:24
186:23 191:24
213:6 220:10
220:25 238:2
252:7 261:10
262:6 277:10
334:12,18
337:18 347:2,7
385:14
**yesterday** 394:6
394:25 395:15
397:4 398:15
398:24 401:4
**york** 1:3,19,19
1:21 2:4,4
4:12,17,17,21
21:9,11 23:19
37:22,22 39:19
39:23,24,25
42:23 54:21
93:10 98:7,23
100:7,14
101:14,18,23
107:17 136:17
139:19 140:10
158:8 212:4
314:20 316:24
411:5 412:2,2
**young** 364:20
365:4
**youre** 89:2
230:24
**youve** 149:25
170:14 381:21

---

**Z**

**z** 370:15
**zero** 336:10

---

**0**

**00** 338:13 410:13
**000** 56:24 63:24
64:7 73:4,12
73:19 92:18
95:23 96:23,23
117:8,9 120:2
120:25 121:4
122:5 123:7
225:6 226:11
256:13 378:2,3
**001215208** 368:19
**01** 258:18
**03** 60:5 92:19
**04** 57:15 92:19
92:20
**05** 57:15 80:15
92:19,20
**06** 57:17 80:15
92:20 174:17
410:12
**069** 4:22
**0691** 1:4
**07** 25:14 49:18
54:23 57:17
61:6 129:17
130:8,11,13,13
131:10 174:17
179:2 213:2
261:7 267:4
278:6
**07090** 2:14
**08** 33:10 57:17
170:16 229:20
231:11 277:25
278:2,23
279:22,23
280:7 283:5
**0809** 35:17
**09** 33:10 47:11
49:17,19,21,25
50:19 95:22
97:9 130:24
135:7 146:25
170:16,16,17
179:9 189:12
199:21 213:8
214:23 218:13
221:20 227:15
229:21 231:11

---

**1**

**1** 8:8 177:3,6
225:4,4,5
**10** 86:25 104:11
120:2 355:17
356:5
**100** 21:21 73:19
101:6 129:23
224:6 389:3
**10001** 412:2
**10166** 2:4
**10th** 222:11
359:4
**11** 1:4 4:22 87:4
94:21 294:21
295:3
**111** 2:13
**12** 96:13 120:25
121:4 122:5
123:7 176:11
176:12 190:24
190:24 330:16
**1250** 412:2
**12th** 49:24
376:16
**13** 1:12 4:14
222:16 329:23
410:8
**135246** 81:17
**140** 410:10
**14092** 353:12
**148** 94:21
**149** 410:10
**15** 222:20 223:7
244:13 398:14
402:18
**150** 67:16 92:18
**1500** 3:4
**15th** 7:24 90:9
90:10,13,14,25
**16** 237:25 269:17
269:21 275:13
283:7
**1629** 222:2,23
227:24 240:17
283:19 288:21
**17** 190:21

231:17,18,24
236:8,8 237:5
237:6 238:25
245:8 249:17
279:21 281:25
285:5 286:4
353:6

**17000** 338:13
**1782** 87:13 136:9
  147:8 153:3
  162:4,21
  170:19 171:5
  214:5,6,17
  215:23 288:2
  322:13,15
  385:14 386:19
  395:18
**17th** 87:18
**18** 17:18 107:4
  116:4 190:20
  240:16 409:2,4
**1801** 2:8
**19** 222:18 313:20
**191022100** 3:5
**19107** 8:9
**1957** 7:24
**1969** 14:19
**1973** 316:17
**1979** 14:3
**1982** 14:8 252:9
**1990s** 23:18 41:3
**1993** 48:8 175:4
  316:19,20
**1996** 305:11
  306:8
**1998** 107:12
**19th** 223:9
  224:15,21
  225:11
**1st** 149:14
  150:12,18
  269:15 322:22

_____ 2 _____
**2** 72:2 141:13
  162:8 197:16
  197:20 224:23
  289:22 305:15
  305:15 321:22
  410:12
**20** 102:18 412:23
**200** 1:18 2:3
  4:16
**2002** 47:19
**2003** 11:4,11
  15:25 16:20
  19:20 20:7,13
  20:22 21:2,13
  21:17,21 22:3
  26:21,22 27:6
  27:13 28:23
  41:12 42:10

**43** 5:5,14,19
**44** 20 45:12,20
**45** 24 46:10,24
**53** 7 55:4 59:7
**97** 22 98:20
**99** 15 102:5
**104** 4 109:17
**123** 15 212:5
**315** 4,12 316:2
**316** 12,25
**317** 14 318:16
**334** 3 354:23
**200320042005**
  80:11
**2004** 56:23 58:2
  80:4 365:2
**2005** 56:24 58:2
  63:22 64:7
  321:7 324:10
  324:23
**2006** 47:19
  303:16 354:10
  357:15 358:3,9
  359:4,16
  361:23 363:8
  368:12
**20062007** 212:25
**2007** 23:15,16,21
  24:3,15 25:21
  29:9 34:16
  35:15 54:10,25
  63:15 120:25
  130:7 133:10
  134:20 158:17
  178:23 260:16
  261:2 262:20
  368:13 371:19
  371:21,24
  372:8,22
  373:11 374:20
  376:16
**2008** 29:5,19
  31:14 151:14
  154:19 178:24
  197:8 269:16
  283:10 349:6
**2009** 29:6,19
  31:15 44:21,21
  44:23 45:5,8
  45:12 47:7
  94:15,20 96:13
  104:17 130:22
  130:23 139:11
  140:11 158:18
  158:19,20

**173** 23 184:8
**192** 6 197:8
**203** 24 205:14
**210** 21 211:14
**213** 14 214:5
**219** 14 220:11
**221** 10 222:11
**222** 18 223:9
**224** 15,18,19
**225** 11 226:6
**229** 12 248:22
**255** 15
**2010** 18:6 44:20
  87:16 136:3
  137:3,17,19
  138:13 141:6
  142:5,10,17
  146:2,20
  147:11 149:14
  150:7,18 156:7
  157:16,25
  158:3,25
  167:21 207:20
  211:25 218:22
  222:5 224:7
  257:12 283:21
  284:3,4,8,15
  286:20 287:5
  288:22 289:22
  292:3 293:16
  386:3 387:18
**2011** 19:13 82:21
  83:20 309:21
  322:4,22
**2012** 19:13 82:19
  83:3 385:13
**2013** 1:12 4:13
  9:9,10 19:5,9
  409:8 411:17
  412:4
**203** 410:11
**20th** 305:11
**21** 329:5 330:12
**2122799424** 412:3
**22** 222:16,20
  223:7 240:16
  293:20
**2222** 304:25
  305:6 314:12
  316:7
**2239** 320:25
  322:20 324:9
**23** 255:19 258:21
**23rd** 322:3
  368:12

**24** 303:18
**246** 410:11
**24th** 91:2 368:12
**25** 355:17 356:5
**25th** 203:20
  348:20 349:6
**26949** 222:19
**26th** 203:20,24
  309:21
**27** 283:7
**28** 410:12
**28th** 303:15
**29** 394:19 398:4
**29th** 141:6 142:9
  156:4 284:8

_____ 3 _____
**3** 47:19 49:24
  51:12 73:4,12
  95:20 96:8
  225:10 256:13
  256:14 258:18
  258:21 321:22
  355:15
**30** 177:3,6
  393:18,21
  397:6,6,14
  398:3,4
**300** 67:4,6,15
  89:19 91:8
**303** 410:12
**309** 56:25 57:22
**31st** 9:9 94:15
  94:20
**33** 378:2
**335** 63:24
**338** 410:13
**34** 368:21
**348** 410:14
**350** 67:7
**3524** 294:19,24
**353** 410:14
**359** 410:15
**3607** 16:17 17:8
  17:12 19:20
  22:22
**368** 410:17
**37** 176:11,12
**380** 410:17
**3900** 3:5
**3rd** 150:6,13
  321:7 324:10
  324:23

_____ 4 _____

**4** 165:7 224:24
  289:21 293:20
  330:20,23
**40** 64:7 397:6
**400** 394:17
**4001** 9:6,11
  410:8
**4002** 13:11,13,20
  410:8
**4003** 47:4 48:2,6
  48:11,19,21
  51:20 63:16,18
  67:19 72:2
  89:24 91:17
  94:14,19 96:18
  96:20 97:8
  217:16,17
  410:9
**4004** 140:19,22
  140:25 141:20
  142:7 410:10
**4005** 149:9,10,24
  150:6 154:3
  155:13 410:10
**4006** 203:18,25
  204:13 207:4
  410:11
**4007** 246:23,25
  247:3,18
  410:11
**4008** 303:12,22
  410:12
**4009** 338:14,15
  410:13
**4010** 348:22,23
  349:3 350:14
  410:14
**4011** 353:8,15
  354:3,6 356:14
  410:14
**4012** 358:25
  359:5,7 410:15
**4013** 368:6,10
  369:5,10,13
  410:17
**4014** 380:9,14,16
  382:11 410:17
**403** 50:9,15
  70:15 73:2
  91:16 92:15
  95:20 96:18
**405** 410:5
**4280** 204:10
**43** 86:25
**45** 250:14 330:20

**450** 67:2 397:16
  401:6
**48** 21:13 24:5,8
  99:16 102:7
  123:18 136:21
  410:9

─────────
**5**

**5** 38:11 117:8,9
  119:25 165:8
  190:24 226:11
  275:4
**50** 62:21 330:23
  350:16 378:3
**500** 256:14
**502** 66:17,25
  81:10 89:11
  90:18 392:17
  392:18 393:7
  393:12,19,22
  394:9 395:3
  396:8,15,16,20
  401:2
**53109** 48:9,25
**54** 330:4
**55** 105:13
**55097** 140:21
**577** 94:16

─────────
**6**

**6** 1:12 275:5
  402:15 409:2,4
  410:4 412:4
**60** 112:8 282:13
**60foot** 62:21
**61207** 49:16
**620** 56:24 57:22
**65** 95:23 96:23
**6th** 4:13 9:7,10
  87:16

─────────
**7**

**7** 53:16 222:16
  225:3 294:20
**70** 351:10
**700** 225:6
**718112287** 48:7
**75** 94:16
**77** 96:4,23
**7th** 411:17

─────────
**8**

**8** 2:14
**802022642** 2:9
**833** 94:16

**86** 21:12 100:16
  100:18
**88** 56:25,25
  57:22

─────────
**9**

**9** 1:12 4:14 9:10
  38:11 82:22
  161:25 283:21
  410:8
**90s** 21:8 36:24
  52:23 60:3
  100:25 101:13
  212:3
**92010** 380:12
**92082** 246:24
**9232010** 380:11
**93** 48:25
**972** 94:21
**99** 161:25
**9th** 222:5 224:7
  284:3,4,15
  288:22 289:21