UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHEVRON CORPORATION,

           Plaintiff,

     -against-                                    11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

           Defendants.
------------------------------------x

                                     **ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Individual Practices of the undersigned require that:

        "Two (2) courtesy copies [of each set of motion papers] for the use of Chambers should be delivered to the Marshals at the Worth Street entrance, 500 Pearl Street (at the time the originals are filed)."

        The parties and their counsel are hereby directed to supply these copies as indicated.

        SO ORDERED.

Dated:     July 10, 2013

                                                    Lewis A. Kaplan
                                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/13