UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHEVRON CORPORATION,

                Plaintiff,

      -against-                                          11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------------------------------x

**ORDER**
**(Corrected)**

LEWIS A. KAPLAN, *District Judge*.

        As stated in open court today, the parties shall file any motions for summary judgment on or before August 16, 2013. The parties shall file their proposed verdict forms as well as the joint pretrial order on or before August 30, 2013. Proposed jury instructions shall be filed on or before September 23, 2013.

        SO ORDERED.

Dated:      July 18, 2013

                                                            Lewis A. Kaplan
                                              United States District Judge