```
UNITED STATES DISTRICT COURT                    (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
CHEVRON CORPORATION,              :   11 Civ. 0691 (LAK) (JCF)
                                  :
            Plaintiff,            :
                                  :        MEMORANDUM
    - against -                   :        AND  ORDER
                                  :
                                  :
STEVEN DONZIGER, et al.,          :
                                  :
            Defendants.           :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

This case arises out of a multi-billion dollar judgment
obtained in Ecuador against Chevron Corporation ("Chevron") based
on claims of environmental destruction caused by the activities of
Texaco, Inc. prior to its acquisition by Chevron.[1]  In this action,
Chevron contends that the plaintiffs in the Ecuadorian litigation
(the "Lago Agrio Plaintiffs" or "LAPs"), along with their attorneys
and consultants, procured the judgment through fraud.  Chevron has
issued a subpoena duces tecum to Patton Boggs LLP ("Patton Boggs"),
a law firm that has rendered services to the Ecuadorian plaintiffs

---

[1] A fuller picture of the factual and legal background of this
controversy may be gleaned from the numerous opinions issued in
this litigation and related cases.  See, e.g., Chevron Corp. v.
Naranjo, 667 F.3d 232 (2d Cir.), cert. denied, 133 S. Ct. 423
(2012); Chevron Corp. v. Donziger, 871 F. Supp. 2d 229 (S.D.N.Y.
2012); In re Chevron Corp., 709 F. Supp. 2d 283 (S.D.N.Y. 2010),
aff'd sub nom. Chevron Corp. v. Berlinger, 629 F.3d 297 (2d Cir.
2011); In re Chevron Corp., 736 F. Supp. 2d 773 (S.D.N.Y. 2010).

since 2010.  Although Patton Boggs is a non-party, Chevron has named it as a co-conspirator in this case.

Patton Boggs resisted the subpoena, arguing that the requested documents are protected from disclosure by the attorney-client privilege and the work product doctrine and that production would be unduly burdensome.  On March 15, 2013, the Honorable Lewis A. Kaplan, U.S.D.J., issued a decision addressing Patton Boggs' objections.  Chevron Corp. v. Donziger, 11 Civ. 691, 2013 WL 1087236 (S.D.N.Y. March 15, 2013) (the "March 15 Decision").  He noted that the scope of the subpoena had previously been narrowed, and he limited it further.  Id. at *19-20, *29-30.  Judge Kaplan then went on to find that, for three reasons, the attorney-client privilege and the work product doctrine posed less significant impediments to disclosure in this case than might be supposed. First, there were likely to be few attorney-client communications because the lawyers had interacted primarily with consultants, judges, and other lawyers rather than with the indigenous people who were the ultimate clients.  Id. at *25-26.  Second, to the extent that documents consisted of ordinary work product, Chevron had demonstrated substantial need for their disclosure based on the defendants' failure to cooperate in discovery.  Id. at *26-28. And, third, even documents otherwise protected as attorney-client communications or opinion work product would be subject to

2

production to the extent that the crime-fraud exception applied. Id. at *28-29.

Judge Kaplan then made specific findings with respect to the crime-fraud exception. He found probable cause to believe that a crime or fraud had been committed in connection with:

(1) Bribery of an Ecuadorian Judge, Nicolás Zambrano, in order to obtain a favorable outcome in the Ecuadorian litigation and allow the LAPs to compose the judgment, which was then filed in the judge's name, id. at *6-9, 28;

(2) Interference with an independent inspection of the pollution sites in Ecuador by (a) submitting an expert report that purported to be the work of Dr. Charles Calmbacher but contained views to which he did not subscribe, and (b) using duress and coercion to obtain the appointment of Richard Stalin Cabrera Vega as the "global" court-appointed expert and then submitting a report in Mr. Cabrera's name that was in fact written by lawyers and consultants retained by the LAPs, id. at *9-11, 28; and

(3) Perpetuation of a fraud on the court in a proceeding brought in the District of Colorado by Chevron pursuant to 28 U.S.C. § 1782, in which Patton Boggs was involved in the drafting and submission of an affidavit by Pablo Fajardo, one of the LAPs' attorneys, which provided false information about the appointment of Mr. Cabrera and the authorship of the report he submitted to the

3

Ecuadorian court, id. at *13-15, 28.

On the other hand, Judge Kaplan determined that there was not probable cause to believe that the expert reports intended to demonstrate that experts independent of Mr. Cabrera would reach the same conclusions as he had -- the so-called "cleansing reports" -- were tainted by crime or fraud.  Id. at *15-18, *28-29.

In the wake of Judge Kaplan's decision, Chevron moved to compel Patton Boggs to produce documents listed on its privilege log.  The disputed documents fall into two categories.  The first consists of some 334 documents which Chevron contends should be produced because they are communications made in furtherance of a crime or fraud.  The second, larger category comprises documents as to which Chevron claims that Patton Boggs' privilege log is insufficient.  Judge Kaplan has referred to me the task of reviewing the documents in camera and determining, with respect to the first category, which must be disclosed because they fall within the crime-fraud exception, and, with respect to the second category, whether the privilege log is adequate and, if not, which documents should be produced.  (Order dated July 8, 2013).  I have reviewed the documents, and my analysis follows.

Crime-Fraud Exception

In his March 15, 2013, opinion, Judge Kaplan found probable cause to believe that a crime or fraud had been committed in

4

connection with the conduct discussed above.  He did not, however, determine that any particular communications were made in furtherance of the crime or fraud.  <u>Chevron Corp. v. Donziger</u>, 11 Civ. 691, 2013 WL 1975439, at *1 (S.D.N.Y. May 14, 2013) ("[In the March 15 decision,] the Court did not order production of any [Patton Boggs] documents as to which there are any unresolved claims of opinion work product or attorney-client privilege because it remains to be determined whether and to what extent the second prong of the crime-fraud exception -- the 'in furtherance' requirement -- is satisfied.").  "[T]he crime-fraud exception applies only where there is probable cause to believe that the particular communication with counsel or attorney work product was intended in some way to facilitate or to conceal the criminal activity."  <u>In re Richard Roe, Inc.</u>, 68 F.3d 38, 40 (2d Cir. 1995); <u>accord</u> <u>Thai-Lao Lignite (Thailand) Co. v. Government of Lao People's Democratic Republic</u>, __ F. Supp. 2d __, 2013 WL 2154389, at *1 (S.D.N.Y. 2013); <u>Amusement Industry, Inc. v. Stern</u>, __ F.R.D. ___, 2013 WL 498724, at *3 (S.D.N.Y. 2013); <u>Kyoei Fire & Marine Insurance Co. v. M/V Maritime Antalya</u>, 248 F.R.D. 126, 154 (S.D.N.Y. 2007).  Accordingly, "the crime-fraud exception does not apply simply because privileged communications would provide an adversary with evidence of a crime or fraud."  <u>Richard Roe</u>, 68 F.3d at 40.  Here, many of the disputed documents can not be said to

facilitate or conceal any of the wrongful conduct, even if they might be relevant to it. Those documents are therefore designated as properly withheld in Appendix A attached to this Memorandum and Order.

Some of the disputed documents relate to the cleansing reports. Those documents necessarily pertain in some respect to the Cabrera fraud, since the cleansing reports were designed to allow the LAPs to obtain a favorable result without relying on Mr. Cabrera. However, since Judge Kaplan has found that there is insufficient evidence to find probable cause that the cleansing reports themselves are fraudulent, the communications related to those reports retain their status as opinion work product.

In some instances, Chevron argues that a document must be disclosed because it was "authored, sent and/or received by the Ecuadorian representatives who have refused to comply with discovery orders in this case." (Plaintiff Chevron Corporation's Motion to Compel Patton Boggs to Produce Documents on Its Privilege Log at 1). This contention misconstrues Judge Kaplan's March 15, 2013, decision. There he concluded that the refusal of the LAPs to cooperate in discovery provided Chevron with a compelling need to obtain ordinary work product that would otherwise be protected. Chevron Corp., 2013 WL 1087236, at *20-22, 26. He did not find that the failure to cooperate provides an independent basis for

requiring disclosure of privileged documents or opinion work product. Therefore, unless such documents are subject to the crime-fraud exception, they need not be disclosed.

Next, there are numerous documents that are subject to disclosure because, even though they are opinion work product, there is probable cause to believe that they were used to facilitate or conceal one of the enumerated criminal or fraudulent activities. In Appendix A they have been designated for production and the relevant crime-fraud activity has been identified.[2]

Three documents, numbers 0793, 0885, and 0890 on the privilege log, cannot be characterized as furthering any crime or fraud. However, they must be disclosed because they are documents related to public relations efforts that are neither privileged nor protected as work product in the first place. Such communications, although they may assist counsel in formulating legal advice, are not generally protected by the attorney-client privilege. See Calvin Klein Trademark Trust v. Wachner, 198 F.R.D. 53, 54 (S.D.N.Y. 2000). "It may be that the modern client comes to court as prepared to massage the media as to persuade the judge; but nothing in the client's communications for the former purpose

---

[2] A few documents are handwritten and are not sufficiently legible to allow for a determination. Patton Boggs shall therefore submit typed versions of documents 0120 and 0123 for in camera review.

constitutes the obtaining of legal advice or justifies a privileged status." Id. at 55 (footnote omitted); see also Haugh v. Schroder Investment Management North America Inc., No. 02 Civ. 7955, 2003 WL 21998674, at *3 (S.D.N.Y. Aug. 25, 2003) ("A media campaign is not a litigation strategy.").  With respect to work product,

> as a general matter public relations advice, even if it bears on anticipated litigation, falls outside the ambit of protection of the so-called "work product" doctrine embodied in Rule 26(b)(3), Fed. R. Civ. P.  That is because the purpose of the rule is to provide a zone of privacy for strategizing about the conduct of litigation itself, not for strategizing about the effects of the litigation on the client's customers, the media, or on the public generally.

Calvin Klein, 198 F.R.D. at 55.

Finally, Patton Boggs has already disclosed some previously disputed documents in whole or in redacted form.  If disclosed in their entirety, they are designated in Appendix A as already produced.  If they were disclosed in redacted form, the designation in Appendix A refers to my ruling with respect to the redacted portion.

Privilege Log Descriptions

Pursuant to Local Civil Rule 26.2(a)(2)(A), a party asserting the attorney-client privilege or work product protection with respect to any document must provide:

> (i) the type of document, e.g., letter or memorandum; (ii) the general subject matter of the document; (iii) the date of the document; and (iv) the author of the

> document, the addressees of the document, and any other
> recipients, and, where not apparent, the relationship of
> the author, addressees, and recipients to each other.

Moreover, the log must "provide[] information about the nature of the withheld documents sufficient to enable the receiving party to make an intelligent determination about the validity of the assertion of the privilege." Automobile Club of New York, Inc. v. Port Authority of New York & New Jersey, ___ F.R.D. ___, 2013 WL 1903782, at *4 (S.D.N.Y. 2013); accord In re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation, 274 F.R.D. 106, 112 (S.D.N.Y. 2011); Orbit One Communications, Inc. v. Numerex Corp., 255 F.R.D. 98, 109 (S.D.N.Y. 2008).

In general, the disputed items in Patton Boggs' privilege log conform to these requirements. However, two categories of descriptions are too cryptic to give Chevron any basis for assessing the validity of the asserted privilege or work product protection. Some documents are simply identified as, for example, "Compilation of materials assembled by counsel in preparation of for litigation strategy meeting with co-counsel in furtherance of litigation, and reflecting mental impressions, legal analysis and legal strategy." Absent disclosure of the topics under discussion, Chevron is unable to assess whether the document in question might be in furtherance of a crime or fraud. Similarly, some documents are merely designated as deposition preparation outlines or draft

portions of deposition preparation binders. Again, without identification of the deponent, Chevron cannot fairly evaluate the claimed protection from disclosure. Patton Boggs shall therefore produce a modified description of the documents identified in Appendix B with sufficient detail to permit an assessment of the claim of privilege or work product.

In light of the volume of documents involved, I will defer <u>in camera</u> inspection of them until the revised descriptions have been submitted and Chevron has had the opportunity to identify which, if any, it believes to be in furtherance of a crime or fraud or otherwise subject to disclosure.

<u>Conclusion</u>

For the reasons set forth above, by July 26, 2013, Patton Boggs shall produce the documents identified in Appendix A as subject to disclosure and shall produce a revised privilege log with modified descriptions of the documents identified in Appendix B. It shall also submit forthwith for <u>in camera</u> inspection typed versions of the two handwritten documents. To the extent that Chevron requests <u>in camera</u> review of any of the documents for which Patton Boggs supplies revised descriptions, it shall do so by August 2, 2013, and shall articulate the basis for each such request.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:     New York, New York
           July 19, 2013



Copies mailed this date:

Randy M. Mastro, Esq.
Anne Champion, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue, 47th Floor
New York, New York  10166

Andrea E. Neuman, Esq.
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA  92612

William E. Thomson, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

Julio Gomez, Esq.
Gomez LLC Attorney At Law
40 Wall Street, 28th Floor
New York, New York  10005

James K. Leader, Esq.
S. Alyssa Young, Esq.
Leader & Berkon LLP
630 Third Avenue
New York, NY 10017

11

APPENDIX A

| Priv. Log ID No. | Produce | Rationale |
|---|---|---|
| 0059 | Yes | Cabrera fraud |
| 0076 | No | Opinion work product, not within crime/fraud exception |
| 0120 | No | Resubmit in typed form |
| 0123 | No | Resubmit in typed form |
| 0179 | No | Related to cleansing reports |
| 0180 | No | Related to cleansing reports |
| 0181 | No | Related to cleansing reports |
| 0182 | No | Related to cleansing reports |
| 0183 | No | Related to cleansing reports |
| 0192 | No | Opinion work product, not within crime/fraud exception |
| 0193 | No | Opinion work product, not within crime/fraud exception |
| 0207 | Yes | Section 1782 proceeding fraud |
| 0208 | Yes | Section 1782 proceeding fraud |
| 0356 | Yes | Cabrera fraud |
| 0357 | Yes | Cabrera fraud |
| 0358 | Yes | Cabrera fraud |
| 0359 | Yes | Cabrera fraud |
| 0360 | Yes | Cabrera fraud |
| 0361 | Yes | Cabrera fraud |
| 0362 | Yes | Cabrera fraud |

| 0363 | Yes | Cabrera fraud |
|------|-----|---------------|
| 0364 | Yes | Cabrera fraud |
| 0365 | Yes | Cabrera fraud |
| 0366 | Yes | Cabrera fraud |
| 0367 | Yes | Cabrera fraud |
| 0368 | Yes | Cabrera fraud |
| 0373 | Yes | Cabrera fraud |
| 0374 | Yes | Cabrera fraud |
| 0375 | Yes | Cabrera fraud |
| 0376 | Yes | Cabrera fraud |
| 0415 | No | Opinion work product, not within crime/fraud exception |
| 0452 | No | Opinion work product, not within crime/fraud exception |
| 0453 | No | Opinion work product, not within crime/fraud exception |
| 0454 | No | Opinion work product, not within crime/fraud exception |
| 0455 | No | Opinion work product, not within crime/fraud exception |
| 0457 | No | Related to cleansing reports |
| 0465 | Yes | Already produced |
| 0467 | No | Opinion work product, not within crime/fraud exception |
| 0471 | No | Opinion work product, not within crime/fraud exception |
| 0474 | Yes | Cabrera fraud |
| 0475 | Yes | Cabrera fraud |
| 0476 | Yes | Cabrera fraud |
| 0628 | Yes | Cabrera fraud |

| 0629 | No | Opinion work product, not within crime/fraud exception |
|---|---|---|
| 0630 | Yes | Cabrera fraud |
| 0631 | Yes | Cabrera fraud |
| 0632 | Yes | Cabrera fraud |
| 0633 | Yes | Cabrera fraud |
| 0641 | No | Opinion work product, not within crime/fraud exception |
| 0728 | No | Opinion work product, not within crime/fraud exception |
| 0757 | Yes | Cabrera fraud |
| 0758 | Yes | Cabrera fraud |
| 0759 | Yes | Cabrera fraud |
| 0787 | No | Opinion work product, not within crime/fraud exception |
| 0793 | No | Opinion work product, not within crime/fraud exception |
| 0795 | No | Opinion work product, not within crime/fraud exception |
| 0796 | No | Opinion work product, not within crime/fraud exception |
| 0797 | No | Opinion work product, not within crime/fraud exception |
| 0798 | No | Opinion work product, not within crime/fraud exception |
| 0799 | No | Opinion work product, not within crime/fraud exception |
| 0811 | No | Opinion work product, not within crime/fraud exception |
| 0812 | No | Opinion work product, not within crime/fraud exception |
| 0813 | No | Opinion work product, not within crime/fraud |

| | | exception |
|---|---|---|
| 0814 | No | Opinion work product, not within crime/fraud exception |
| 0815 | No | Opinion work product, not within crime/fraud exception |
| 0819 | No | Opinion work product, not within crime/fraud exception |
| 0825 | No | Opinion work product, not within crime/fraud exception |
| 0826 | Yes | Already produced |
| 0827 | Yes | Already produced |
| 0828 | Yes | Already produced |
| 0829 | Yes | Already produced |
| 0859 | No | Opinion work product, not within crime/fraud exception |
| 0860 | No | Opinion work product, not within crime/fraud exception |
| 0861 | No | Opinion work product, not within crime/fraud exception |
| 0867 | No | Opinion work product, not within crime/fraud exception |
| 0868 | No | Opinion work product, not within crime/fraud exception |
| 0870 | No | Opinion work product, not within crime/fraud exception |
| 0885 | No | Opinion work product, not within crime/fraud exception |
| 0890 | No | Opinion work product, not within crime/fraud exception |
| 0898 | Yes | Already produced |
| 0899 | Yes | Already produced |
| 0900 | Yes | Already produced |

| 0901 | Yes | Already produced |
|------|-----|------------------|
| 0902 | Yes | Already produced |
| 0908 | No | Opinion work product, not within crime/fraud exception |
| 0909 | No | Opinion work product, not within crime/fraud exception |
| 0910 | Yes | Cabrera fraud |
| 0911 | No | Opinion work product, not within crime/fraud exception |
| 0916 | No | Opinion work product, not within crime/fraud exception |
| 0917 | No | Opinion work product, not within crime/fraud exception |
| 0926 | No | Opinion work product, not within crime/fraud exception |
| 0927 | No | Opinion work product, not within crime/fraud exception |
| 0930 | No | Opinion work product, not within crime/fraud exception |
| 0932 | Yes | Already produced |
| 0933 | Yes | Already produced |
| 0934 | No | Opinion work product, not within crime/fraud exception |
| 0947 | No | Opinion work product, not within crime/fraud exception |
| 0949 | No | Opinion work product, not within crime/fraud exception |
| 0965 | Yes | Cabrera fraud |
| 0971 | Yes | Cabrera fraud |
| 1015 | Yes | Section 1782 proceeding fraud |
| 1016 | Yes | Section 1782 proceeding fraud |
| 1017 | Yes | Section 1782 proceeding fraud |

16

| 1018 | Yes | Section 1782 proceeding fraud |
|------|-----|-------------------------------|
| 1019 | Yes | Section 1782 proceeding fraud |
| 1020 | Yes | Section 1782 proceeding fraud |
| 1021 | Yes | Section 1782 proceeding fraud |
| 1022 | Yes | Section 1782 proceeding fraud |
| 1023 | Yes | Section 1782 proceeding fraud |
| 1024 | Yes | Section 1782 proceeding fraud |
| 1025 | Yes | Section 1782 proceeding fraud |
| 1026 | Yes | Section 1782 proceeding fraud |
| 1027 | Yes | Section 1782 proceeding fraud |
| 1028 | Yes | Section 1782 proceeding fraud |
| 1029 | Yes | Section 1782 proceeding fraud |
| 1030 | Yes | Section 1782 proceeding fraud |
| 1031 | Yes | Section 1782 proceeding fraud |
| 1032 | Yes | Section 1782 proceeding fraud |
| 1033 | Yes | Section 1782 proceeding fraud |
| 1034 | Yes | Section 1782 proceeding fraud |
| 1035 | Yes | Section 1782 proceeding fraud |
| 1036 | Yes | Section 1782 proceeding fraud |
| 1037 | Yes | Section 1782 proceeding fraud |
| 1038 | Yes | Section 1782 proceeding fraud |
| 1039 | Yes | Section 1782 proceeding fraud |
| 1040 | Yes | Section 1782 proceeding fraud |
| 1041 | Yes | Section 1782 proceeding fraud |
| 1042 | Yes | Section 1782 proceeding fraud |
| 1043 | Yes | Section 1782 proceeding fraud |
| 1044 | Yes | Section 1782 proceeding fraud |

| 1045 | Yes | Section 1782 proceeding fraud |
|------|-----|-------------------------------|
| 1048 | No | Opinion work product, not within crime/fraud exception |
| 1049 | No | Opinion work product, not within crime/fraud exception |
| 1062 | No | Opinion work product, not within crime/fraud exception |
| 1063 | No | Opinion work product, not within crime/fraud exception |
| 1064 | No | Opinion work product, not within crime/fraud exception |
| 1065 | No | Opinion work product, not within crime/fraud exception |
| 1066 | No | Opinion work product, not within crime/fraud exception |
| 1067 | No | Opinion work product, not within crime/fraud exception |
| 1068 | No | Opinion work product, not within crime/fraud exception |
| 1069 | No | Opinion work product, not within crime/fraud exception |
| 1070 | No | Opinion work product, not within crime/fraud exception |
| 1071 | No | Opinion work product, not within crime/fraud exception |
| 1072 | No | Opinion work product, not within crime/fraud exception |
| 1073 | No | Opinion work product, not within crime/fraud exception |
| 1074 | No | Opinion work product, not within crime/fraud exception |
| 1075 | No | Opinion work product, not within crime/fraud exception |

| 1076 | No | Opinion work product, not within crime/fraud exception |
| 1077 | No | Opinion work product, not within crime/fraud exception |
| 1078 | No | Opinion work product, not within crime/fraud exception |
| 1079 | No | Opinion work product, not within crime/fraud exception |
| 1080 | No | Opinion work product, not within crime/fraud exception |
| 1081 | No | Opinion work product, not within crime/fraud exception |
| 1082 | No | Opinion work product, not within crime/fraud exception |
| 1084 | Yes | Cabrera fraud |
| 1085 | Yes | Cabrera fraud |
| 1086 | Yes | Cabrera fraud |
| 1087 | Yes | Cabrera fraud |
| 1099 | No | Opinion work product, not within crime/fraud exception |
| 1114 | No | Opinion work product, not within crime/fraud exception |
| 1115 | No | Opinion work product, not within crime/fraud exception |
| 1118 | No | Opinion work product, not within crime/fraud exception |
| 1120 | No | Opinion work product, not within crime/fraud exception |
| 1121 | No | Opinion work product, not within crime/fraud exception |
| 1123 | No | Opinion work product, not within crime/fraud exception |
| 1139 | Yes | Section 1782 proceeding fraud |

| 1140 | Yes | Section 1782 proceeding fraud |
|------|-----|-------------------------------|
| 1141 | Yes | Section 1782 proceeding fraud |
| 1142 | Yes | Ordinary work product |
| 1143 | Yes | Section 1782 proceeding fraud |
| 1144 | Yes | Section 1782 proceeding fraud |
| 1145 | No | Opinion work product, not within crime/fraud exception |
| 1146 | No | Opinion work product, not within crime/fraud exception |
| 1147 | No | Opinion work product, not within crime/fraud exception |
| 1148 | No | Opinion work product, not within crime/fraud exception |
| 1168 | No | Opinion work product, not within crime/fraud exception |
| 1169 | No | Opinion work product, not within crime/fraud exception |
| 1170 | No | Opinion work product, not within crime/fraud exception |
| 1171 | Yes | Cabrera fraud |
| 1174 | Yes | Cabrera fraud |
| 1175 | Yes | Cabrera fraud |
| 1176 | Yes | Cabrera fraud |
| 1177 | Yes | Cabrera fraud |
| 1178 | Yes | Cabrera fraud |
| 1179 | Yes | Cabrera fraud |
| 1180 | Yes | Cabrera fraud |
| 1188 | Yes | Cabrera fraud |
| 1191 | Yes | Cabrera fraud |
| 1192 | Yes | Cabrera fraud |

| 1195 | Yes | Cabrera fraud |
|------|-----|---------------|
| 1196 | Yes | Cabrera fraud |
| 1197 | Yes | Cabrera fraud |
| 1200 | Yes | Cabrera fraud |
| 1201 | Yes | Cabrera fraud |
| 1202 | Yes | Cabrera fraud |
| 1203 | Yes | Cabrera fraud |
| 1204 | Yes | Cabrera fraud |
| 1205 | Yes | Cabrera fraud |
| 1206 | Yes | Cabrera fraud |
| 1207 | Yes | Cabrera fraud |
| 1208 | Yes | Cabrera fraud |
| 1209 | Yes | Cabrera fraud |
| 1210 | Yes | Cabrera fraud |
| 1211 | Yes | Cabrera fraud |
| 1212 | Yes | Cabrera fraud |
| 1213 | Yes | Cabrera fraud |
| 1214 | Yes | Cabrera fraud |
| 1215 | Yes | Cabrera fraud |
| 1216 | Yes | Cabrera fraud |
| 1217 | Yes | Cabrera fraud |
| 1218 | Yes | Cabrera fraud |
| 1219 | Yes | Cabrera fraud |
| 1220 | Yes | Cabrera fraud |
| 1221 | Yes | Cabrera fraud |
| 1222 | Yes | Cabrera fraud |
| 1223 | Yes | Cabrera fraud |

| 1224 | Yes | Cabrera fraud |
|------|-----|---------------|
| 1225 | Yes | Cabrera fraud |
| 1226 | Yes | Cabrera fraud |
| 1228 | Yes | Already produced |
| 1267 | Yes | Cabrera fraud |
| 1268 | Yes | Cabrera fraud |
| 1317 | No | Opinion work product, not within crime/fraud exception |
| 1318 | No | Opinion work product, not within crime/fraud exception |
| 1319 | No | Opinion work product, not within crime/fraud exception |
| 1320 | No | Opinion work product, not within crime/fraud exception |
| 1321 | No | Opinion work product, not within crime/fraud exception |
| 1322 | No | Opinion work product, not within crime/fraud exception |
| 1323 | No | Opinion work product, not within crime/fraud exception |
| 1324 | No | Opinion work product, not within crime/fraud exception |
| 1325 | No | Opinion work product, not within crime/fraud exception |
| 1329 | Yes | Section 1782 proceeding fraud |
| 1330 | Yes | Section 1782 proceeding fraud |
| 1331 | Yes | Section 1782 proceeding fraud |
| 1332 | Yes | Section 1782 proceeding fraud |
| 1351 | Yes | Section 1782 proceeding fraud |
| 1352 | Yes | Section 1782 proceeding fraud |
| 1353 | Yes | Section 1782 proceeding fraud |

| 1354 | Yes | Section 1782 proceeding fraud |
|------|-----|-------------------------------|
| 1356 | Yes | Already produced |
| 1357 | No | Opinion work product, not within crime/fraud exception |
| 1363 | No | Opinion work product, not within crime/fraud exception |
| 1364 | No | Opinion work product, not within crime/fraud exception |
| 1365 | No | Opinion work product, not within crime/fraud exception |
| 1367 | Yes | Already produced |
| 1368 | Yes | Already produced |
| 1369 | Yes | Already produced |
| 1370 | Yes | Already produced |
| 1371 | Yes | Already produced |
| 1372 | Yes | Already produced |
| 1373 | Yes | Already produced |
| 1374 | Yes | Already produced |
| 1375 | Yes | Already produced |
| 1376 | Yes | Already produced |
| 1377 | Yes | Already produced |
| 1378 | Yes | Already produced |
| 1379 | Yes | Already produced |
| 1382 | Yes | Cabrera fraud |
| 1383 | Yes | Cabrera fraud |
| 1384 | Yes | Cabrera fraud |
| 1385 | Yes | Cabrera fraud |
| 1386 | Yes | Cabrera fraud |
| 1515 | No | Opinion work product, not within crime/fraud |

|  |  | exception |
|---|---|---|
| 1516 | No | Opinion work product, not within crime/fraud exception |
| 1517 | No | Opinion work product, not within crime/fraud exception |
| 1539 | No | Opinion work product, not within crime/fraud exception |
| 1540 | No | Opinion work product, not within crime/fraud exception |
| 1541 | No | Opinion work product, not within crime/fraud exception |
| 1542 | No | Opinion work product, not within crime/fraud exception |
| 1602 | No | Opinion work product, not within crime/fraud exception |
| 1603 | No | Opinion work product, not within crime/fraud exception |
| 1604 | No | Opinion work product, not within crime/fraud exception |
| 1605 | No | Opinion work product, not within crime/fraud exception |
| 1606 | No | Opinion work product, not within crime/fraud exception |
| 1607 | No | Opinion work product, not within crime/fraud exception |
| 1622 | No | Opinion work product, not within crime/fraud exception |
| 1623 | Yes | Section 1782 proceeding fraud |
| 1624 | No | Opinion work product, not within crime/fraud exception |
| 1627 | No | Opinion work product, not within crime/fraud exception |
| 1629 | No | Opinion work product, not within crime/fraud |

| | | exception |
|---|---|---|
| 1630 | Yes | Section 1782 proceeding fraud |
| 1633 | No | Opinion work product, not within crime/fraud exception |
| 1640 | No | Opinion work product, not within crime/fraud exception |
| 1641 | No | Opinion work product, not within crime/fraud exception |
| 1642 | No | Opinion work product, not within crime/fraud exception |
| 1643 | Yes | Section 1782 proceeding fraud |
| 1651 | Yes | Cabrera fraud |
| 1654 | Yes | Cabrera fraud |
| 1655 | Yes | Cabrera fraud |
| 1656 | Yes | Cabrera fraud |
| 1660 | Yes | Cabrera fraud |
| 1661 | Yes | Cabrera fraud |
| 1662 | Yes | Cabrera fraud |
| 1663 | Yes | Cabrera fraud |
| 1664 | Yes | Cabrera fraud |
| 1665 | Yes | Cabrera fraud |
| 1666 | Yes | Cabrera fraud |
| 1667 | Yes | Cabrera fraud |
| 1670 | No | Opinion work product, not within crime/fraud exception |
| 1671 | Yes | Cabrera fraud |
| 1672 | Yes | Cabrera fraud |
| 1673 | Yes | Cabrera fraud |
| 1675 | Yes | Cabrera fraud |

| 1676 | Yes | Cabrera fraud |
|------|-----|---------------|
| 1677 | Yes | Cabrera fraud |
| 1678 | Yes | Cabrera fraud |
| 1679 | Yes | Cabrera fraud |
| 1680 | Yes | Cabrera fraud |
| 1681 | Yes | Cabrera fraud |
| 1682 | Yes | Cabrera fraud |
| 1683 | Yes | Cabrera fraud |
| 1684 | Yes | Cabrera fraud |
| 1685 | Yes | Cabrera fraud |
| 1686 | Yes | Cabrera fraud |
| 1687 | Yes | Cabrera fraud |
| 1688 | Yes | Cabrera fraud |
| 1689 | Yes | Cabrera fraud |
| 1690 | Yes | Cabrera fraud |
| 1698 | Yes | Section 1782 proceeding fraud |
| 1779 | Yes | Section 1782 proceeding fraud |
| 1780 | Yes | Section 1782 proceeding fraud |
| 2284 | Yes | Calmbacher fraud |
| 2285 | Yes | Calmbacher fraud |
| 2286 | Yes | Calmbacher fraud |
| 2346 | Yes | Cabrera fraud |
| 2352 | No | Opinion work product, not within crime/fraud exception |
| 2438 | Yes | Cabrera fraud |
| 2449 | No | Opinion work product, not within crime/fraud exception |
| 2450 | No | Opinion work product, not within crime/fraud |

| | | exception |
|---|---|---|
| 2451 | No | Opinion work product, not within crime/fraud exception |
| 2452 | No | Opinion work product, not within crime/fraud exception |
| 2453 | No | Opinion work product, not within crime/fraud exception |
| 2454 | No | Opinion work product, not within crime/fraud exception |

**APPENDIX B**

Documents requiring revised descriptions by privilege log ID number:

0021

0052

0053

0064

0133

0142

0143

0145

0146

0147

0148

0150

0169

0174

0175

0176

0177

0178

0184

```
0185

0186

0187

0188

0189

0190

0191

0194

0195

0196

0197

0198

0199

0200

0201

0202

0203

0205

0210

0211

0212

0213

0214
```

0215

0216

0325

0326

0327

0328

0329

0370

0371

0427

0515

0624

0719

0720

0721

0722

0723

0724

0732

0733

0734

0735

0736

```
0737

0738

0739

0740

0741

0748

0749

0750

0752

0839

0842

0846

0848

0850

0881

0969

1091

0192

1104

1124

1125

1126

1127
```

1128

1129

1130

1306

1310

1314

1326

1327

1328

1333

1337

1338

1339

1350

1351

1358

1359

1360

1361

1362

1366

1388

1395

```
1396

1614

1694

1752

1753

1754

1755

1756

1757

1758

1759

1760

1761

1762

1763

1764

1765

1766

1769

1770

1771

1772

1773
```

1774

1775

1777

1781

1783

1784

1785

1786

1787

1788

1790

1791

1792

1793

1805

1806

1807

1812

1818

1822

1823

1824

1827

```
1828

1845

1853

1854

1855

1857

1858

1859

1860

2275

2351

2372
```