```
UNITED STATES DISTRICT COURT                    (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
CHEVRON CORPORATION,                  :    11 Civ. 0691 (LAK) (JCF)
                                      :
              Plaintiff,              :
                                      :
       - against -                    :    O R D E R
                                      :
                                      :
STEVEN DONZIGER, et al.,              :
                                      :
              Defendants.             :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/13

Counsel for Patton Boggs LLP ("Patton Boggs") having submitted a letter dated July 23, 2013, identifying certain errors in Exhibits A and B that it provided in connection with my *in camera* review, and having submitted typed versions of two handwritten documents pursuant to my direction, it is hereby ORDERED as follows:

   1. Documents nos. 0120, 0123, 0932, and 1624 are opinion work product for which there is no probable cause to believe that they were created or communicated in furtherance of any crime or fraud, and they therefore need not be produced.

   2. By August 5, 2013, Patton Boggs shall produce Document no. 0899, which is in furtherance of the Cabrera fraud.

   3. Patton Boggs need not submit a revised privilege log description for Documents nos. 0906, 0907, 1290, 1344, 1616, or

1668, as the existing descriptions are sufficient.

4. By August 5, 2013, Patton Boggs shall produce Document no. 1351, as I previously reviewed it and determined that it was subject to the crime-fraud exception.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         July 29, 2013

Copies mailed this date:

Randy M. Mastro, Esq.
Anne Champion, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue, 47th Floor
New York, New York  10166

Andrea E. Neuman, Esq.
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA  92612

William E. Thomson, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

Julio Gomez, Esq.
Gomez LLC Attorney At Law
40 Wall Street, 28th Floor
New York, New York  10005

James K. Leader, Esq.
S. Alyssa Young, Esq.
Leader & Berkon LLP
630 Third Avenue
New York, NY 10017