UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHEVRON CORPORATION,

                Plaintiff,

     -against-                                     11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Trial is scheduled to commence on October 15, 2013. In preparation therefor, it is hereby

        ORDERED, as follows:

        1.    Any motions *in limine* and any motions for separate trial or bifurcation of any claims or issues shall be filed no later than September 8, 2013. Any answering and reply papers shall be filed no later than September 19, 2013, and September 25, 2013, respectively. Supporting and opposing memoranda shall not exceed ten double spaced pages; any reply papers shall not exceed five double-spaced pages. The parties are discouraged from filing *in limine* motions with respect to matters that could more efficiently be handled at trial.

        2.    As a preliminary matter, the Court is disposed to use a questionnaire directed solely to the issue of hardship in selecting the jury in this matter. Potential jurors would be summoned to report on October 8, 2013 solely for the purpose of completing the questionnaire. Copies of the completed questionnaires would be provided to counsel on or about October 9, 2013. Counsel would be required to notify the jury department by the morning of October 13, 2013 of the numbers of potential jurors whom they jointly agree to excuse from service on this case without further involvement by the Court. Prospective jurors thus identified then would be excused by the clerk's office. Jury selection would begin as scheduled on October 15, 2013. An example of a possible questionnaire is attached for counsel's consideration. Any objections to this procedure and/or to the attached exemplar questionnaire shall be filed no later than September 9, 2013.

2

3.     As reflected in the Rule 16 orders dated March 7 and 15, 2013 (DI 882, DI 910), the parties agreed and the Court ordered that no foreign witness who declined to testify at a deposition abroad in a United States Embassy will be permitted to testify at trial absent leave of the Court granted on an application by the proponent of the witness and the submission by the witness prior to any trial testimony to a deposition in the United States in connection with the trial. Any application for leave to present trial testimony by any such foreign witness shall be filed on or before September 3, 2013 and any response thereto shall be filed no later than September 20, 2013 in order to ensure sufficient time for consideration of the application and the conduct of any deposition without disruption of the trial. The parties, moreover, would be well advised to take immediate steps, if they have not already done so, to obtain any necessary visas for the entry into the United States of any foreign witnesses whom they propose to call.

4.     Any party that intends to rely upon foreign law shall file, on or before September 5, 2013, a statement identifying each proposition of foreign law asserted and provide the Court with the (English language) materials that, in its view, are relevant to determination of the issue. Any other party disputing any proposition of foreign law thus identified shall file, on or before September 15, 2013, a statement contesting each proposition that it disputes and provide the Court with the (English language) materials that, in its view, are relevant to determination of the issue.

Dated:     July 30, 2013

_____
Lewis A. Kaplan
United States District Judge

*Juror Questionnaire*                                        DRAFT

**Juror Number** _____

*Background Information*

This questionnaire is being used to assist in selecting a jury for a specific case.

<u>**The trial is expected to last up to 8 weeks or perhaps somewhat longer.**</u>

In general, the trial will be held Monday through Friday, 9:30 a.m. until 4:30 p.m., although there will be some shorter work weeks, and the hours and days may vary from time to time.

Court will not be held during the following breaks and holidays:

| October 28-30, 2013 | November 27-29 2013 (Thanksgiving) |
| --- | --- |
| November 5, 2013 (Election Day) | December 4-6, 2013 |
| November 11, 2013 (Veterans' Day) | December 24, 2013-January 1, 2014 (Christmas-New Year's) |

Please answer each part of the following questions Yes or No and provide the additional requested information for all parts to which you answer Yes. If you need additional space, use the back of the page.

**Write your juror number on every page in the space provided.**

1.  Would serving on this jury cause undue hardship or extreme inconvenience because:

    a.  You would have to travel a great distance to the courthouse? If so, how many miles would you have to travel?

        Yes \_\_\_\_                                        If yes, number of miles \_\_\_\_

        No \_\_\_\_

    b.  Your travel time to and from the courthouse would be excessive? If so,

Juror Number _____                                                                                           4

        how many minutes are required (one-way)?

        Yes \_\_\_\_                                                     If yes, number of minutes \_\_\_

        No \_\_\_\_

  c.    **There is a grave illness in the family or other, comparable emergency?**

        Yes \_\_\_\_                 Explain _____

        _____

        _____

        No \_\_\_\_

  d.    **Service would cause you undue hardship or extreme inconvenience for some other reason?**

        Yes \_\_\_\_                 Explain _____

        _____

        _____

        No \_\_\_\_

  e.    **Service would cause severe economic hardship to your employer?**

        Yes \_\_\_\_                 Explain _____

        _____

        _____

        No \_\_\_\_\_

2.    *Are you now employed?*

        Yes \_\_\_\_            No \_\_\_\_\_

Juror Number _____                                                                 5

       *[If you answered "Yes," please answer Question 3. If you answered "No," do not answer Question 3.]*

3.    *If you were selected to serve on the jury in this case, would your employer refuse to pay you during any part of your jury service?*

       Yes _____       No _____

       *If the answer is "Yes," during how many weeks would your employer would your employer continue to pay your regular salary?*

       _____