UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
:
:
CHEVRON CORPORATION,                            :
:
Plaintiff,          :
:   Docket No. 11 CV 0691 (LAK)
v.                                :
:
STEVEN DONZIGER, et al.,                        :
:
Defendant.          :
---------------------------------------------------------x


**PLAINTIFF CHEVRON CORPORATION'S NOTICE OF MOTION FOR LEAVE TO SUBSTITUTE EXPERT AND TO SUPPLEMENT EXPERT DISCLOSURE**

PLEASE TAKE NOTICE that upon the Declaration of James M. Sabovich, dated August 15, 2013, together with the exhibits thereto, and the accompanying Memorandum of Law submitted herewith, Plaintiff Chevron Corporation will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, for leave to substitute expert Spencer Lynch for previously-designated expert Michael Younger and to supplement its expert disclosure.

Dated:  August 15, 2013                 Respectfully submitted,
        New York, New York

                                              /s/ Randy M. Mastro
                                        Randy M. Mastro
                                        Andrea E. Neuman
                                        GIBSON, DUNN & CRUTCHER LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        Telephone: 212.351.4000
                                        Facsimile: 212.351.4035

                                        William E. Thomson
                                        333 South Grand Avenue

1

Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520
Attorneys for Chevron Corporation