UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHEVRON CORPORATION,** <br> Plaintiff, <br> vs. <br> **STEVEN DONZIGER, et al** <br> Defendants. | CASE NO. 11 CV 0169-LAK <br><br> **[PROPOSED] <br> ORDER TO SHOW CAUSE WHY DEFENDANTS' MOTION FOR AN ADJOURNMENT OF ALL DATES FOR 30 DAYS SHOULD NOT BE GRANTED** |

Upon sufficient cause appearing from Defendants' Memorandum of Law in Support of Motion for an Adjournment of all Dates in the Action for Thirty Days; and the accompanying Declarations of Julio Gomez and Steven Donziger, it is hereby:

ORDERED that service of a copy of this Order and of all of the papers submitted in support thereof, by facsimile or email, upon counsel for Plaintiff Chevron Corporation ("Plaintiff"), on or before ____a.m./p.m. EDT on _____, 2013, shall be deemed good and sufficient service thereof; and it is further:

ORDERED that papers in opposition to Defendants' Motion for Adjournment, if any, shall be served and filed electronically on or before ___:00 a.m./p.m. EDT on _____, 2013; and it is further:

ORDERED that reply papers, if any, shall be served and filed electronically on or before ____a.m./p.m. EDT on _____, 2013.

Dated:          SO ORDERED.

New York, New York

_____
Honorable Lewis A. Kaplan
United States District Judge