USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/16/13___

RECEIVED
AUG 16 2013
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEVRON CORPORATION,                          CASE NO. 11 CV 0169-LAK

                          Plaintiff,

                                              [PROPOSED]
vs.                                           ORDER TO SHOW CAUSE WHY
                                              DEFENDANTS' MOTION FOR AN
                                              ADJOURNMENT OF ALL DATES FOR
STEVEN DONZIGER, et al                        30 DAYS SHOULD NOT
                          Defendants.         BE GRANTED

Upon sufficient cause appearing from Defendants' Memorandum of Law in Support of

Motion for an Adjournment of all Dates in the Action for Thirty Days; and the accompanying

Declarations of Julio Gomez and Steven Donziger, it is hereby:

ORDERED that service of a copy of this Order and of all of the papers submitted in

support thereof, by ~~facsimile or email~~ electronic filing, upon counsel for Plaintiff Chevron Corporation

("Plaintiff"), ~~on or before ___ a.m./p.m. EDT~~ on Aug. 16, 2013, shall be deemed good and

sufficient service thereof; and it is further:

ORDERED that papers in opposition to Defendants' Motion for Adjournment, if any,

shall be served and filed electronically on or before 5:00 ~~a.m.~~/p.m. EDT on

Aug. 23, 2013; and it is further:

ORDERED that reply papers, if any, shall be served and filed electronically on or before

5 ~~a.m.~~/p.m. EDT on Aug. 26, 2013.

Dated: Aug. 16, 2013    SO ORDERED.
New York, New York

_____
Honorable Lewis A. Kaplan
United States District Judge