UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CHEVRON CORPORATION,

                      Plaintiff,

      -against-                                         11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                      Defendants.
------------------------------------------x

**ORDER**

Lewis A. Kaplan, *District Judge.*

        On August 9, 2013, Magistrate Judge Francis granted in part and denied in part two motions to compel defendants to produce certain documents defendants claim are privileged (the "Order"). DI 1333. For present purposes, the important part of the Order is that which gave defendants until August 23, 2013 to supplement their privilege logs in various respects or face the risk of a holding that they have waived any claim of privilege.

        Defendants have not appealed from the Order. Earlier today, however, they filed before me a proposed order to show cause by which they sought to bring on a motion for a 30 day adjournment of a variety of deadlines in this case, among them the August 23, 2013 deadline for supplementing defendants' privilege logs pursuant to the Order. The Court signed the order to show cause and set an expedited schedule for the motion.

        The proposed order to show cause did not provide for any interim relief. Moreover, any extension of the August 23, 2013 deadline should have been sought in the first instance from Magistrate Judge Francis. Nevertheless, so much of the Order as set that deadline for supplementation of the privilege logs is stayed pending further order of this Court in order to permit the matter to be considered in the context of the overall schedule for the action, which is set for trial on October 15, 2013, and defendants' now pending motion. This of course does not suggest that Magistrate Judge Francis erred in any respect. The Court and, no doubt, the parties appreciate the prompt attention to the many motions that he has dealt with ably and expeditiously throughout this litigation.

        SO ORDERED.

Dated:    August 16, 2013

                                                                     s/
                                            _____
                                                   Lewis A. Kaplan
                                             United States District Judge