UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHEVRON CORPORATION,

               Plaintiff,

            v.                      11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER TO SHOW CAUSE FOR AN ORDER FURTHER PROTECTING
THE CONFIDENTIAL DECLARATION OF DOE 4 AND GRANTING LEAVE TO
SUPPLEMENT THE RECORD WITH DOE 4'S DECLARATION**

       WHEREAS, on August 20, 2013, petitioner Chevron Corporation ("Chevron") filed a Proposed Order to Show Cause For an Order Further Protecting the Confidential Declaration of Doe 4 and Granting Leave to Supplement the Record With Doe 4's Declaration which application was filed electronically and thereby served on the defendants.

       WHEREAS, the Doe 4 Declaration has been filed under seal and has not yet been served on defendants (DI 1358 at 1 n.1), thus making an early determination of Chevron's motion a matter of concern principally to the defendants, who may be afforded as much time as they reasonably wish to respond to the motion, it is hereby

       ORDERED that Chevron's application for an order to show cause [DI 1357] is granted and defendants shall show cause why Chevron's Motion For an Order Further Protecting the Confidential Declaration of Doe 4 and Granting Leave to Supplement the Record With Doe 4's Declaration should not be granted, and it is further

2

ORDERED that papers in opposition to the motion, if any, shall be served and filed electronically on or before September 3, 2013, this being without prejudice to any application by defendants for additional time within which to respond, and it is further

ORDERED that reply papers, if any, shall be served and filed electronically on or before the third business day following the service and filing of any papers in opposition, and it is further

ORDERED that, unless otherwise ordered, the motion will be decided on submission without oral argument.

SO ORDERED.

Dated:      August 22, 2013

_____
Lewis A. Kaplan
United States District Judge

(The manuscript signature above is not an image of the signature on the original document in the Court file.)