UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
CHEVRON CORPORATION,                    :    11 Civ. 0691 (LAK) (JCF)
                                        :
            Plaintiff,                  :
                                        :
      - against -                       :          O R D E R
                                        :
                                        :    USDS SDNY
STEVEN DONZIGER, et al.,                :    DOCUMENT
                                        :    ELECTRONICALLY FILED
            Defendants.                 :    DOC #: _____
- - - - - - - - - - - - - - - - - - - -:    DATE FILED: 8/22/13
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Chevron Corporation's Request for In Camera Review of Documents on Patton Boggs' Privilege Log (the "Request") (Docket no. 1332) is granted to the extent that Patton Boggs shall submit for my inspection the documents identified by Chevron in Exhibits A-D of its Request for which Patton Boggs was required to submit a revised description pursuant to my July 19, 2013 order; Chevron's Request is denied to the extent that it now seeks review of documents that were previously properly described. Patton Boggs shall submit the documents as required by this order no later than August 30, 2013.

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

1

Dated:   New York, New York
         August 22, 2013

Copies mailed this date:

Randy M. Mastro, Esq.
Anne Champion, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue, 47th Floor
New York, New York  10166

Andrea E. Neuman, Esq.
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA  92612

William E. Thomson, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

Julio Gomez, Esq.
Gomez LLC Attorney At Law
40 Wall Street, 28th Floor
New York, New York  10005

James K. Leader, Esq.
S. Alyssa Young, Esq.
Leader & Berkon LLP
630 Third Avenue
New York, NY 10017