UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

      -against-                      11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------------x

## ORDER

Lewis A. Kaplan, *District Judge.*

      The Court will hold a conference on September 3, 2013 at 4 p.m. in Courtroom 21B concerning defendants' motion for a 30 day extension of deadlines.

      SO ORDERED.

Dated:      August 23, 2013

                                            _____
                                                  Lewis A. Kaplan
                                                United States District Judge

(The manuscript signature above is not an image of the signature on the original document in the Court file.)