UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN DONZIGER *et al.*,<br><br>    Defendants. | 11-CV-0691<br><br>The Honorable Lewis A. Kaplan, U.S.D.J.<br>The Honorable James C. Francis, U.S.M.J. |

**[PROPOSED] ORDER TO SHOW CAUSE WHY PROCEEDINGS SHOULD NOT BE STAYED PENDING DISPOSITION OF PETITION FOR A WRIT OF MANDAMUS UNDER CONSIDERATION BY THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Upon sufficient cause appearing from Defendants' Memorandum of Law in Support of Joint Application By Order to Show Cause Why Proceedings Should Not Be Stayed Pending Disposition of Petition For a Writ of Mandamus Under Consideration By The United States Court of Appeals for the Second Circuit, dated August 26, 2013; and the Declaration of Julio C. Gomez, dated August 26, 2013, it is hereby:

ORDERED that service of a copy of this Order and of all of the papers submitted in support thereof, by electronic filing, upon counsel for Plaintiff Chevron Corporation ("Chevron"), on Tuesday, August 27, 2013, shall be deemed good and sufficient service thereof; and it is further

ORDERED that papers in opposition to Defendants' motion for a stay, if any, shall be served and filed electronically on or before __:__ a.m./p.m. EDT on Thursday, August 29, 2013; and it is further

ORDERED that reply papers, if any, shall be served and filed electronically on or before __:__ a.m./p.m. EDT on Friday, August 30, 2013; and it is further

ORDERED that Chevron must show cause before this Court, at Room 12D, United States District Courthouse, 500 Pearl Street, in the City, County, and State of New York, on September__, 2013, at __:__ a.m./p.m. EDT, why an order should not be issued staying all proceedings before this Court until such time as the United States Court of Appeals for the Second Circuit rules upon Defendants' Petition for a Writ of Mandamus, No. 13-772-cv (2d Cir.), as to which oral argument has been calendared for September 26, 2013.

Dated: August __, 2013  
New York, New York

**SO ORDERED.**

_____  
HONORABLE LEWIS A. KAPLAN  
UNITED STATES DISTRICT JUDGE