USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHEVRON CORPORATION,

                Plaintiff,

      -against-                                              11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER TO SHOW CAUSE WHY PROCEEDINGS SHOULD NOT BE STAYED PENDING DISPOSITION OF PETITION FOR A WRIT OF MANDAMUS UNDER CONSIDERATION BY THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

        Upon sufficient cause appearing from Defendants' Memorandum of Law in Support of Joint Application By Order to Show Cause Why Proceedings Should Not Be Stayed Pending Disposition of Petition For a Writ of Mandamus Under Consideration By The United States Court of Appeals for the Second Circuit, dated August 27, 2013; and the Declaration of Julio C. Gomez, dated August 27, 2013, it is hereby:

        ORDERED that service of a copy of this Order and of all of the papers submitted in support thereof, by electronic filing, upon counsel for Plaintiff Chevron Corporation ("Chevron"), on Tuesday, August 27, 2013, shall be deemed good and sufficient service thereof; and it is further

        ORDERED that papers in opposition to Defendants' motion for a stay, if any, shall be served and filed electronically on or before 10:00 a.m. EDT on September 2, 2013; and it is further

        ORDERED that reply papers, if any, shall be served and filed electronically on or before 10:00 a.m. EDT on Tuesday, September 3, 2013; and it is further

ORDERED that Chevron must show cause before this Court, at Room 21B, United States District Courthouse, 500 Pearl Street, in the City, County, and State of New York, on September 3, 2013, at 4:00 p.m. EDT, why an order should not be issued staying all proceedings before this Court until such time as the United States Court of Appeals for the Second Circuit rules upon Defendants' Petition for a Writ of Mandamus, No. 13-772-cv (2d Cir.), as to which oral argument has been calendared for September 26, 2013.

SO ORDERED.

Dated:      August 27, 2013

```
                                    /s/ Lewis A. Kaplan
                                    Lewis A. Kaplan
                                    United States District Judge
```

(The manuscript signature above is not an image of the signature on the original document in the Court file.)