UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

       -against-                             11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/13

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        To avoid any confusion, the Court makes clear that its termination on ECF of defendants' motion for an order to show cause (DI 1369) reflects only that the application for the order to show cause had been ruled on. The motion remains pending. As stated in the order to show cause issued yesterday, papers in opposition, if any, shall be submitted no later than 10:00 a.m. on September 2, 2013. Reply papers, if any, shall be submitted no later than 10:00 am on September 3, 2013. The hearing on the motion for an order to show cause will proceed at 4:00 p.m. on September 3, 2013 in Courtroom 21B.

        SO ORDERED.

Dated:       August 28, 2013

                                                          Lewis A. Kaplan
                                                 United States District Judge

(The manuscript signature above is not an image of the signature on the original document in the Court file.)