**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHEVRON CORPORATION,

          Plaintiff,

    v.

STEVEN DONZIGER *et al.*,

          Defendants.

11 Civ. 0691 (LAK)

(PROPOSED FORM OF ORDER)

**ORDER GRANTING LEAVE FOR NICOLÁS AUGUSTO ZAMBRANO**
**TO APPEAR AS A WITNESS AT TRIAL**

LEWIS A. KAPLAN, *District Judge.*

       This matter is before the Court on Defendants' Joint Foreign Witness Application filed on September 4, 2013, pursuant to prior agreement by the parties and Orders of the Court. DI 882, DI 910, DI 1339, DI 1384.

       For good cause shown leave is granted for Judge Nicolás Augusto Zambrano to appear as a witness at trial.  Judge Zambrano shall submit to a deposition on the Saturday preceding his scheduled testimony, or on a date otherwise agreed to by the parties and the witness.

       SO ORDERED

Dated:

_____
Lewis A. Kaplan
United States District Judge