UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

CHEVRON CORPORATION,                :

             Plaintiff,          :

   -against-                :    Case No. 11 Civ. 0691 (LAK)

                                :

STEVEN R. DONZIGER, et al.,      :

             Defendants.     :

                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CHEVRON CORPORATION'S NOTICE OF WAIVER OF MONEY
DAMAGES AGAINST HUGO GERARDO CAMACHO NARANJO
AND JAVIER PIAGUAJE PAYAGUAJE IN THIS ACTION**

     TO ALL PARTIES AND COUNSEL OF RECORD, Chevron hereby gives notice that it

will not seek money damages against Hugo Gerardo Camacho Naranjo and Javier Piaguaje

Payaguaje ("LAP Defendants") in this action. At trial and in all other phases of this action,

Chevron will seek only equitable relief against the LAP Defendants. Chevron waives all claims

for money damages relief against the LAP Defendants for money damages that have accrued and

are asserted in this action only.

Dated:  September 8, 2013            Respectfully submitted,
New York, New York

                                     /s/ Randy M. Mastro
                              Randy M. Mastro
                              Andrea E. Neuman
                              GIBSON, DUNN & CRUTCHER LLP
                              200 Park Avenue
                              New York, New York 10166
                              Telephone: 212.351.4000

Facsimile:  212.351.4035

William E.  Thomson
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile:  213.229.7520

*Attorneys for Chevron Corporation*