UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
CHEVRON CORPORATION,
:
           Plaintiff,
:
                                          Case No. 11 Civ. 0691 (LAK)
:
     v.
:
:
STEVEN DONZIGER, et al.,
:
          Defendants.
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF JASON B. STAVERS ON BEHALF OF
CHEVRON CORPORATION IN SUPPORT OF ITS
NOTICE PURSUANT TO RULE 44.1 OF THE FEDERAL RULES
OF CIVIL PROCEDURE OF INTENT TO RAISE ISSUES OF FOREIGN LAW**

I, JASON B. STAVERS, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am an attorney licensed to practice law in the State of Colorado and admitted to practice before this Court pro hac vice. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Chevron Corporation ("Chevron") in the above-captioned matter. I am personally familiar with the facts set forth herein, unless the context indicates otherwise.

2.     I make this declaration on behalf of Chevron Corporation in support of Chevron.

### Articles of the 1998 Constitution

3.     Attached hereto as Exhibit 1 is a true and correct English translation of Art. 23 of the 1998 Constitution.

4.     Attached hereto as Exhibit 2 is a true and correct English translation of Art. 24 of the 1998 Constitution.

5. Attached hereto as Exhibit 3 is a true and correct English translation of Art. 97 of the 1998 Constitution.

6. Attached hereto as Exhibit 4 is a true and correct English translation of Art. 194 of the 1998 Constitution.

**Articles of the 2008 Constitution**

7. Attached hereto as Exhibit 5 is a true and correct English translation of Art. 76 of the 2008 Constitution.

8. Attached hereto as Exhibit 6 is a true and correct English translation of Art. 168 of the 2008 Constitution.

9. Attached hereto as Exhibit 7 is a true and correct English translation of Art. 172 of the 2008 Constitution.

**Articles of the Civil Code**

10. Attached hereto as Exhibit 8 is a true and correct English translation of Art. 9 of the Civil Code.

11. Attached hereto as Exhibit 9 is a true and correct English translation of Art. 18 of the Civil Code.

12. Attached hereto as Exhibit 10 is a true and correct English translation of Art. 29 of the Civil Code.

13. Attached hereto as Exhibit 11 is a true and correct English translation of Art. 279 of the Civil Code.

14. Attached hereto as Exhibit 12 is a true and correct English translation of Art. 599 of the Civil Code.

15. Attached hereto as Exhibit 13 is a true and correct English translation of Art. 729 of the Civil Code.

16. Attached hereto as Exhibit 14 is a true and correct English translation of Art. 1400 of the Civil Code.

17. Attached hereto as Exhibit 15 is a true and correct English translation of Art. 1572 of the Civil Code.

18. Attached hereto as Exhibit 16 is a true and correct English translation of Art. 1574 of the Civil Code.

19. Attached hereto as Exhibit 17 is a true and correct English translation of Art. 2020 of the Civil Code.

20. Attached hereto as Exhibit 18 is a true and correct English translation of Art. 2022 of the Civil Code.

21. Attached hereto as Exhibit 19 is a true and correct English translation of Art. 2035 of the Civil Code.

22. Attached hereto as Exhibit 20 is a true and correct English translation of Art. 2214 of the Civil Code.

23. Attached hereto as Exhibit 21 is a true and correct English translation of Art. 2215 of the Civil Code.

24. Attached hereto as Exhibit 22 is a true and correct English translation of Art. 2216 of the Civil Code.

25. Attached hereto as Exhibit 23 is a true and correct English translation of Art. 2229 of the Civil Code.

26. Attached hereto as Exhibit 24 is a true and correct English translation of Art. 2231 of the Civil Code.

27. Attached hereto as Exhibit 25 is a true and correct English translation of Art. 2232 of the Civil Code.

28. Attached hereto as Exhibit 26 is a true and correct English translation of Art. 2233 of the Civil Code.

29. Attached hereto as Exhibit 27 is a true and correct English translation of Art. 2234 of the Civil Code and a certified English translation thereof.

**Articles of the Criminal Code**

30. Attached hereto as Exhibit 28 is a true and correct English translation of Art. 30 of the Criminal Code.

31. Attached hereto as Exhibit 29 is a true and correct English translation of Art. 42 of the Criminal Code.

32. Attached hereto as Exhibit 30 is a true and correct English translation of Art. 277 of the Criminal Code.

33. Attached hereto as Exhibit 31 is a true and correct English translation of Art. 286 of the Criminal Code.

34. Attached hereto as Exhibit 32 is a true and correct English translation of Art. 290 of the Criminal Code.

35. Attached hereto as Exhibit 33 is a true and correct English translation of Art. 296 of the Criminal Code.

36. Attached hereto as Exhibit 34 is a true and correct English translation of Art. 339 of the Criminal Code.

37. Attached hereto as Exhibit 35 is a true and correct English translation of Art. 341 of the Criminal Code.

38. Attached hereto as Exhibit 36 is a true and correct English translation of Art. 354 of the Criminal Code.

39. Attached hereto as Exhibit 37 is a true and correct English translation of Art. 355 of the Criminal Code.

40. Attached hereto as Exhibit 38 is a true and correct English translation of Art. 359 of the Criminal Code.

41. Attached hereto as Exhibit 39 is a true and correct English translation of Art. 360 of the Criminal Code.

42. Attached hereto as Exhibit 40 is a true and correct English translation of Art. 369 of the Criminal Code.

**Articles of the Organic Code of the Judicial Function**

43. Attached hereto as Exhibit 41 is a true and correct English translation of Art. 7 of the Organic Code of the Judicial Function.

44. Attached hereto as Exhibit 42 is a true and correct English translation of Art. 8 of the Organic Code of the Judicial Function.

45. Attached hereto as Exhibit 43 is a true and correct English translation of Art. 9 of the Organic Code of the Judicial Function.

46. Attached hereto as Exhibit 44 is a true and correct English translation of Art.19 of the Organic Code of the Judicial Function.

47. Attached hereto as Exhibit 45 is a true and correct English translation of Art. 21 of the Organic Code of the Judicial Function.

48. Attached hereto as Exhibit 46 is a true and correct English translation of Art. 27 of the Organic Code of the Judicial Function.

49. Attached hereto as Exhibit 47 is a true and correct English translation of Art. 42 of the Organic Code of the Judicial Function.

50. Attached hereto as Exhibit 48 is a true and correct English translation of Art. 43 of the Organic Code of the Judicial Function.

51. Attached hereto as Exhibit 49 is a true and correct English translation of Art. 100 of the Organic Code of the Judicial Function.

52. Attached hereto as Exhibit 50 is a true and correct English translation of Art. 103 of the Organic Code of the Judicial Function.

53. Attached hereto as Exhibit 51 is a true and correct English translation of Art. 109 of the Organic Code of the Judicial Function.

54. Attached hereto as Exhibit 52 is a true and correct English translation of Art. 128 of the Organic Code of the Judicial Function.

55. Attached hereto as Exhibit 53 is a true and correct English translation of Art. 129 of the Organic Code of the Judicial Function.

56. Attached hereto as Exhibit 54 is a true and correct English translation of Art. 130 of the Organic Code of the Judicial Function.

57. Attached hereto as Exhibit 55 is a true and correct English translation of Art. 158 of the Organic Code of the Judicial Function.

58. Attached hereto as Exhibit 56 is a true and correct English translation of Art. 192 of the Organic Code of the Judicial Function.

59. Attached hereto as Exhibit 57 is a true and correct English translation of Art. 240 of the Organic Code of the Judicial Function.

60. Attached hereto as Exhibit 58 is a true and correct English translation of Art. 330 of the Organic Code of the Judicial Function.

61. Attached hereto as Exhibit 59 is a true and correct English translation of Art. 335 of the Organic Code of the Judicial Function.

## Articles of the Organic Law of the Judicial Function

62. Attached hereto as Exhibit 60 is a true and correct English translation of Art. 10 of the Organic Law of the Judicial Function.

63. Attached hereto as Exhibit 61 is a true and correct English translation of Art. 192 of the Organic Law of the Judicial Function.

## Articles of the Code of Civil Procedure

64. Attached hereto as Exhibit 62 is a true and correct English translation of Art. 48 of the Code of Civil Procedure.

65. Attached hereto as Exhibit 63 is a true and correct English translation of Art. 57 of the Code of Civil Procedure.

66. Attached hereto as Exhibit 64 is a true and correct English translation of Art. 115 of the Code of Civil Procedure.

67. Attached hereto as Exhibit 65 is a true and correct English translation of Art. 117 of the Code of Civil Procedure.

68. Attached hereto as Exhibit 66 is a true and correct English translation of Art. 119 of the Code of Civil Procedure.

69. Attached hereto as Exhibit 67 is a true and correct English translation of Art. 120 of the Code of Civil Procedure.

70. Attached hereto as Exhibit 68 is a true and correct English translation of Art. 250 of the Code of Civil Procedure.

71. Attached hereto as Exhibit 69 is a true and correct English translation of Art. 251 of the Code of Civil Procedure.

72. Attached hereto as Exhibit 70 is a true and correct English translation of Art. 256 of the Code of Civil Procedure.

73. Attached hereto as Exhibit 71 is a true and correct English translation of Art. 257 of the Code of Civil Procedure.

74. Attached hereto as Exhibit 72 is a true and correct English translation of Art. 269 of the Code of Civil Procedure.

75. Attached hereto as Exhibit 73 is a true and correct English translation of Art. 270 of the Code of Civil Procedure.

76. Attached hereto as Exhibit 74 is a true and correct English translation of Art. 271 of the Code of Civil Procedure.

77. Attached hereto as Exhibit 75 is a true and correct English translation of Art. 274 of the Code of Civil Procedure.

78. Attached hereto as Exhibit 76 is a true and correct English translation of Art. 288 of the Code of Civil Procedure.

79. Attached hereto as Exhibit 77 is a true and correct English translation of Art. 406 of the Code of Civil Procedure.

80. Attached hereto as Exhibit 78 is a true and correct English translation of Art. 821 of the Code of Civil Procedure.

81. Attached hereto as Exhibit 79 is a true and correct English translation of Art. 839 of the Code of Civil Procedure.

82. Attached hereto as Exhibit 80 is a true and correct English translation of Art. 856 of the Code of Civil Procedure.

**Additional Ecuadorian Code Provisions**

83. Attached hereto as Exhibit 81 is a true and correct English translation of Art. 1 of the Collusion Procedure Act, Official Gazette 269 dated February 3, 1977.

84. Attached hereto as Exhibit 82 is a true and correct English translation of Art. 1 of the Regulations on Organization of Judicial Proceedings and Actions, published in Official Gazette No. 20 dated June 19, 1981.

85. Attached hereto as Exhibit 83 is a true and correct English translation of Art. 2 of the Regulations on Organization of Judicial Proceedings and Actions, published in Official Gazette No. 20 dated June 19, 1981.

86. Attached hereto as Exhibit 84 is a true and correct English translation of Art. 24 of the Regulations on Organization of Judicial Proceedings and Actions, published in Official Gazette No. 20 dated June 19, 1981.

87. Attached hereto as Exhibit 85 is a true and correct English translation of Art. 9 of the Rules Guiding and Setting forth the Conduct and Professional Fees of Experts on Civil, Criminal, and Related Actions within the Judicial Branch enacted by the National Judicial Council, published in the Official Gazette No. 167 on December 30, 2005.

88. Attached hereto as Exhibit 86 is a true and correct English translation of Art. 15 of the Rules Guiding and Setting forth the Conduct and Professional Fees of Experts on Civil, Criminal, and Related Actions within the Judicial Branch enacted by the National Judicial Council, published in the Official Gazette No. 167 on December 30, 2005.

89. Attached hereto as Exhibit 87 is a true and correct English translation of Art. 196 of the Law Governing Jurisdictional Guarantees and Constitutional Oversight.

90. Attached hereto as Exhibit 88 is a true and correct English translation of Art. 32 of the Law of the Federation of Attorneys of Ecuador.

91. Attached hereto as Exhibit 89 is a true and correct copy of Article 11 Vienna Convention on Choice-of-Court Agreements (2005).

### Ecuadorian Expert Reports

92. Attached hereto as Exhibit 90 is a true and correct copy of the March 1, 2013 Declaration of Ángel R. Oquendo.

93. Attached hereto as Exhibit 91 is a true and correct copy of the March 1, 2013 Declaration of Dr. Santiago Velázquez Coello.

94. Attached hereto as Exhibit 92 is a true and correct copy of the April 11, 2013 Declaration of Dr. Santiago Velázquez Coello.

95. Attached hereto as Exhibit 93 is a true and correct copy of the March 1, 2013 Declaration of Dr. Jorge Wright-Ycaza.

### Ecuadorian Legal Experts' Deposition Testimony

96. Attached hereto as Exhibit 94 is a true and correct copy of excerpts of the May 24, 2013 Deposition of Dr. Juan Pablo Albán Alencastro.

97. Attached hereto as Exhibit 95 is a true and correct copy of excerpts of the May 22, 2013 Deposition of Dr. Raúl Rosero Rivas.

98. Attached hereto as Exhibit 96 is a true and correct copy of excerpts of the June 8, 2013 Deposition of Dr. Farith Ricardo Simon Campaña.

### Secondary Sources

99. Attached hereto as Exhibit 97 is a true and correct copy of ÁNGEL OQUENDO, LATIN AMERICAN LAW 614–66, 697–98, 773 (2d ed.) (2011).

100. Attached hereto as Exhibit 98 is a true and correct English translation of excerpts of BEATRIZ QUINTERO & EUGENIO PRIETO, TEORÍA GENERAL DEL DERECHO PROCESAL [GENERAL THEORY OF PROCEDURAL LAW] 151 (4th ed., Temis S.A. ed., Bogota – Colombia) (2008).

101. Attached hereto as Exhibit 99 is a true and correct English translation of excerpts of CARLOS A. MACHADO SCHIAFFINO, VADEMÉCUM PERICIAL [REFERENCE HANDBOOK ON EXPERT REPORTS] 144 (La Rocca ed., Buenos Aires – Argentina) (1999).

102. Attached hereto as Exhibit 100 is a true and correct English translation of excerpts of 1 COMPENDIO DE DERECHO PROCESAL – TEORÍA GENERAL DEL PROCESO 421 (5th ed., ABC-Bogotá) (1976).

103. Attached hereto as Exhibit 101 is a true and correct English translation of excerpts of DAVID JURADO BELTRÁN, LA PRUEBA PERICIAL CIVIL [CIVIL EXPERT REPORT EVIDENCE] 44, 46 and 98 (Bosch, S.A. ed., Barcelona – Spain) (2010).

104. Attached hereto as Exhibit 102 is a true and correct English translation of excerpts of EDUARDO J. COUTURE, FUNDAMENTOS DEL DERECHO PROCESAL CIVIL 279 (3d. ed., Ediciones Depalma, Buenos Aires) (1974).

105. Attached hereto as Exhibit 103 is a true and correct English translation of excerpts of 5 ESTUDIO CRÍTICO DEL CÓDIGO PROCEDIMIENTO CIVIL 54 (Edino ed.) (1998).

106. Attached hereto as Exhibit 104 is a true and correct English translation of excerpts of 1 GUILLERMO CABANELLAS, DICTIONARY OF USUAL LAW 240 (Editorial Heliasta S.R.L.) (2006).

107. Attached hereto as Exhibit 105 is a true and correct English translation of excerpts of 3 GUILLERMO CABANELLAS, DICTIONARY OF USUAL LAW 376-77 (Editorial Heliasta S.R.L.) (2006).

108. Attached hereto as Exhibit 106 is a true and correct English translation of excerpts of HERNANDO DEVIS ECHANDÍA, NOCIONES GENERALES DE DERECHO PROCESAL CIVIL [GENERAL NOTIONS OF CIVIL PROCEDURAL LAW] 73 (2d ed., Temis S.A. ed., Bogotá – Colombia) (2009).

109. Attached hereto as Exhibit 107 is a true and correct English translation of excerpts of 2 Hernando Devis Echandía, Teoría General de la Prueba Judicial [General Theory of Judicial Evidence] 114–18, 310–23 (Temis S.A. ed., Bogota – Colombia) (2006).

110. Attached hereto as Exhibit 108 is a true and correct English translation of excerpts of 1 Hernán Devis Echandía, Compendium of Procedural Law, General Process Theory 37–38 (5th ed., ABC ed., Bogota, Colombia) (1976).

111. Attached hereto as Exhibit 109 is a true and correct English translation of excerpts of Jairo Parra Quijano, Manual de Derecho Probatorio [Manual on Law of Evidence] 594–96 (17th ed., ABC ed., Bogota – Colombia) (2009).

112. Attached hereto as Exhibit 110 is a true and correct English translation of excerpts of José Garcia Falconi, The Case of Collusion 272 (4th ed., Quito, Ecuador) (2011).

113. Attached hereto as Exhibit 111 is a true and correct English translation of excerpts of 8 Encyclopedia Juridica Omeba, Bibliografica Omeba app. at 1545 (Mexico D.F.) (2005).

114. Attached hereto as Exhibit 112 is a true and correct English translation of excerpts of the Legal Gazette, Year CII Series XVII, No. 7, page 1950 (Quito, October 29, 2001).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 10, 2013 at New York, New York.

_____
Jason Stavers