UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>STEVEN DONZIGER *et al.*,<br><br>                    Defendants. | 11-CV-0691<br><br>The Honorable Lewis A. Kaplan, U.S.D.J.<br>The Honorable James C. Francis, U.S.M.J. |

September 26, 2013

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

   RE:   *Chevron v. Donziger*, Case No. 11 Civ. 691 (LAK)

Dear Judge Kaplan:

      Defendants Hugo Gerardo Camacho, Javier Piaguaje Payaguaje, Steven Donziger, Donziger & Associates, PLLC, and the Law Offices of Steven R. Donziger, hereby request a brief extension of time with respect to the following pretrial deadlines:

    (1) Response to Chevron's motion for partial summary judgment on certain affirmative defenses (DI 1349), currently due Sunday, September 29, 2013.

    Defendants acknowledge that the Court significantly narrowed Chevron's (fourth) motion for summary judgment and extended Defendants' time for answering with respect to affirmative defenses. DI 1362. However, Defendants have also been faced, in the interim, with significant and numerous deadlines which they have struggled in good faith to meet despite a severe situation of lacking resources. *See, e.g.*, DIs 1431, 1432. Furthermore, the affirmative defenses at issue are deeply intertwined with the core of the defense case, and Defendants' development of the same has had to follow the

attempted orderly development of thpat case despite the numerous distractions Defendants have faced in pretrial matters. Significant progress has been made such that Defendants will be able to file their opposition on **Weds., Oct. 2**, and respectfully request an extension of the deadline until that time.

(2) Deposition designations currently due Sunday, September 29, 2013.

Again, Defendants' acknowledge and appreciate the Court's existing scheduling on this issue. However, in light of the multiple overlapping deadlines and other litigation burdens as referenced above, Defendants are still attempting to build out their defense case in an orderly process, which has realized progress but not allowed Defendants to finalize deposition designations and counter-designations at this time or on an anticipated basis by Sunday. Defendants respectfully request an extension to file designations to **Fri, Oct. 4.**

In light of the abundance of resources on the plaintiff side of this case, and Plaintiff's demonstrated capacity and fluency with the witnesses, documents, and other aspects of this case at all levels, Defendants submit that there is no serious contingent possibility of prejudice to the Plaintiff by these moderate requests for additional time.

Dated: September 26, 2013               Respectfully submitted,
       New York, New York

                                        *s/ Julio C. Gomez*
                                        Julio C. Gomez
                                        GOMEZ LLC
                                        The Sturcke Building
                                        111 Quimby Street, Suite 8
                                        Westfield, NJ 07090
                                        Telephone: 908.789.1080
                                        Facsimile: 908.789.1080
                                        Email: jgomez@gomezllc.com

                                        *Counsel for Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje*


                                             *s/ Steven R. Donziger*
                                        Steven R. Donziger
                                        245 W. 104th Street, #7D
                                        New York, NY 10025
                                        Tel: (917) 678-3943
                                        Fax: (212) 409-8628
                                        Email: StevenRDonziger@gmail.com

                                        *Pro Se*

_s/ Steven R. Donziger_

Steven R. Donziger
245 W. 104th Street, #7D
New York, NY 10025
Tel: (212) 570-4499
Fax: (212) 409-8628
Email: StevenRDonziger@gmail.com

*Attorney for Defendants Law Offices of Steven R. Donziger and Donziger & Associates, PLLC*
