UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
CHEVRON CORPORATION,                  :
                                      :
                Plaintiff,            :
                                      :
        v.                            :   11 Civ. 0691 (LAK)
                                      :
STEVEN DONZIGER, et al.,              :
                                      :
                Defendants.           :
------------------------------------- x

**[PROPOSED] ORDER TO SHOW CAUSE WHY REINSTATEMENT OF CHEVRON'S UNJUST ENRICHMENT CLAIM (COUNT 6) SHOULD NOT BE ORDERED**

WHEREAS, on September 30, 2013, petitioner Chevron Corporation ("Chevron"), submitted to this Court a Renewed Motion by Order to Show Cause For an Order Reinstating Chevron's Unjust Enrichment Claim (Count 6); and

WHEREAS, Chevron seeks to have this claim reinstated before the trial commences on October 15, 2013;

The Court having considered the evidence and arguments presented, and sufficient reason appearing, it is hereby:

ORDERED that Chevron shall serve counsel for Defendants, by hand, facsimile, or e-mail a copy of this Order to Show Cause and all papers submitted in support thereof on or before ___:____ ___.m. on _____, 2013; and

ORDERED that papers in opposition to the Motion, if any, shall be served and filed electronically on or before Midnight on October ___, 2013; and

ORDERED that reply papers, if any, shall be served and filed electronically on or before Midnight on October ___, 2013; and

ORDERED that Defendants must show cause before this Court, at the United States District Courthouse, Room 21B, 500 Pearl Street, New York, New York, on _____, October __, 2013 at ___:____ __.m. why an order should not be entered granting Chevron's Motion For an Order Reinstating Chevron's Unjust Enrichment Claim (Count 6).

**IT IS SO ORDERED.**

Dated: New York, New York
         _____, 2013

                                                    _____
                                                    United States District Judge