UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/13
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHEVRON CORPORATION,

        Plaintiff,

v.                                                                11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# [PROPOSED] ORDER TO SHOW CAUSE WHY REINSTATEMENT OF CHEVRON'S UNJUST ENRICHMENT CLAIM (COUNT 6) SHOULD NOT BE ORDERED

WHEREAS, on September 30, 2013, petitioner Chevron Corporation ("Chevron"), submitted to this Court a Renewed Motion by Order to Show Cause For an Order Reinstating Chevron's Unjust Enrichment Claim (Count 6); and

WHEREAS, Chevron seeks to have this claim reinstated before the trial commences on October 15, 2013;

The Court having considered the evidence and arguments presented, and sufficient reason appearing, it is hereby:

ORDERED that Chevron shall serve counsel for Defendants, by hand, facsimile, or e-mail a copy of this Order to Show Cause and all papers submitted in support thereof on or before 9:00 a.m. on 10/2, 2013; and

ORDERED that papers in opposition to the Motion, if any, shall be served and filed electronically on or before Midnight on October 8, 2013; and

ORDERED that reply papers, if any, shall be served and filed electronically on or before Midnight on October 10, 2013; and

ORDERED that Defendants must show cause before this Court, ~~at the United States District Courthouse, Room 21B, 500 Pearl Street, New York, New York, on~~ on October 10, 2013 at __:__ _m why an order should not be entered granting Chevron's Motion For an Order Reinstating Chevron's Unjust Enrichment Claim (Count 6). *The motion will be taken on submission.*

IT IS SO ORDERED.

Dated: New York, New York
       Oct. 1, 2013

_____
United States District Judge