UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
CHEVRON CORPORATION, :
:
          Plaintiff, :
:
  -against- :
: Case No.  11 Civ.  0691 (LAK)
:
STEVEN R. DONZIGER, et al., :
:
          Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF CHEVRON CORPORATION'S NOTICE OF MOTION FOR LEAVE TO SUPPLEMENT THE RECORD IN CONNECTION WITH PENDING MOTION FOR SANCTIONS AND TO HOLD DEFENDANTS IN CONTEMPT (DKT. 893)**

PLEASE TAKE NOTICE that upon the Declaration of Jefferson E. Bell, dated October 1, 2013, together with the exhibits thereto, and the accompanying Memorandum of Law submitted herewith, Plaintiff Chevron Corporation will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, for leave to supplement the record in connection with the pending motion to sanction and hold Defendants in contempt for disobeying this Court's discovery orders (Dkt. 893).

Dated:  October 1, 2013
        New York, New York

Respectfully submitted,

      */s/ Randy M. Mastro*
Randy M. Mastro
Andrea E. Neuman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

1

William E. Thomson
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520
Attorneys for Chevron Corporation