UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHEVRON CORPORATION,

      Plaintiff,

  -against-                11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

  The Court on July 10, 2013 ordered that the parties and their counsel comply with the "Individual Practices of the undersigned, which require that: 'Two (2) courtesy copies [of each set of motion papers] for use of Chambers should be delivered to the Marshals at the Worth Street entrance, 500 Pearl Street (at the time the originals are filed).'" DI 1292.

  The Donziger Defendants repeatedly have failed to comply with this order. They are hereby directed to deliver forthwith courtesy copies of any outstanding motions, supporting documents, and opposing papers that were not delivered to the Marshals in the first instance. Failure to do so may result in outright denial of any such motions and/or other sanctions.

  SO ORDERED.

Dated:  October 3, 2013

                    _____
                       Lewis A. Kaplan
                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/13