UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>STEVEN DONZIGER *et al.*,<br><br>       Defendants. | 11-CV-0691<br><br>The Honorable Lewis A. Kaplan, U.S.D.J.<br>The Honorable James C. Francis, U.S.M.J. |

**DEFENDANTS CAMACHO AND PIAGUAJE'S NOTICE OF JOINDER
TO THE DONZIGER DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED
WITNESS AND EXHIBIT LISTS TO THE PRETRIAL ORDER (DI 1431)**

On September 13, 2013, Defendants Steven Donziger, Donziger & Associates, PLLC, and the Law Offices of Steven R. Donziger, LLC (the "Donziger Defendants") filed a motion for leave to file amended witness and exhibit lists to the pretrial order.  DI 1431.

Defendants Hugo Gerardo Camacho and Javier Piaguaje Payaguaje hereby join the Donziger Defendants' motion for leave, DI 1431, and adopt herein by reference the supplemental amended witness list and exhibit list submitted therewith.  DI 1432.

Respectfully submitted,

October 4, 2013                                   GOMEZ LLC
                                                  Attorney at Law

                                    By:    *s/ Julio C. Gomez*
                                           Julio C. Gomez

                                           The Sturcke Building
                                           111 Quimby Street, Suite 8
                                           Westfield, NJ
                                           T: 908-789-1080
                                           F: 908-789-1081
                                           E-mail: jgomez@gomezllc.com

                                           *Attorney for Defendants*
                                           *Hugo Gerardo Camacho Naranjo and*
                                           *Javier Piaguaje Payaguaje*

1