UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
CHEVRON CORPORATION, :
:
                Plaintiff, :
:   Case No. 11 Civ. 0691 (LAK)
    v. :
:
:
STEVEN DONZIGER, et al., :
:
                Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF JASON B. STAVERS
IN FURTHER SUPPORT OF CHEVRON CORPORATION'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

      I, JASON B. STAVERS, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.     I am an attorney licensed to practice law in the State of Colorado and admitted to practice before this Court pro hac vice. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Chevron Corporation ("Chevron") in the above-captioned matter. I am personally familiar with the facts set forth herein, unless the context indicates otherwise.

      2.     Attached hereto as Exhibit A is a true and correct copy of a Stipulation and Order dated June 21, 2001 and entered in *Aguinda v. Texaco Inc.*, Case No. 93-cv-7527 (JSR) (S.D.N.Y.).

      3.     Attached hereto as Exhibit B is a true and correct copy of excerpts from a brief filed January 11, 1999 by Texaco Inc. in *Aguinda v. Texaco Inc.*, Case No. 93-cv-7527 (JSR) (S.D.N.Y.).

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from a brief filed January 11, 1999 by the plaintiffs in *Aguinda v. Texaco Inc.*, Case No. 93-cv-7527 (JSR) (S.D.N.Y.).

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from a brief filed December 20, 2001 by Texaco Inc. in *Aguinda v. Texaco Inc.*, Appeal No. 01-7756(L) (2d Cir.).

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from a brief filed January 25, 1999 by Texaco Inc. in *Aguinda v. Texaco Inc.*, Case No. 93-cv-7527 (JSR) (S.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2013 at Denver, Colorado.

_____
Jason Stavers