UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHEVRON CORPORATION,

                Plaintiff,

      -against-                                    11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------------------------------------X

## SPECIAL MASTERS ORDER NO. 19

      Given that the parties will be on trial during weekdays beginning on October 15, 2013, Mr. Zambrano's deposition, which will be supervised by a Special Master, will proceed on the weekend of either October 19, 2013 or October 26, 2013, in accordance with Judge Kaplan's Order of October 2, 2013 (ECF No. 1486).  The parties are directed to confer and report in a joint submission by no later than close of business on Wednesday, October 9, 2013, which of those weekends they have selected.

      We will issue a further order concerning the conduct of the deposition in due course.

      So ordered.

Dated: October 6, 2013
       New York, New York

    /s/ Theodore H. Katz                  /s/ Max Gitter
    Theodore H. Katz, Special Master     Max Gitter, Special Master