UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

     -against-                                  11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Chevron has applied for an order to show cause to bring on a motion to direct "the Clerk of the Court [to] accept" certain documents under seal from Chevron's newly retained outside counsel. DI 1502. It further requests that the Court, or a magistrate judge or special master, review the documents and "determine their relevance to this action and whether any of the documents may be subject to privilege." *Id.*

        The parties shall be prepared to discuss this matter at the Rule 16 conference on October 9, 2013 at 9:30 am. The Court will decide whether and how to proceed at that time.

        SO ORDERED.

Dated:    October 7, 2013

                                                Lewis A. Kaplan
                                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/13