**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHEVRON CORPORATION,

        Plaintiff,

-against-

                                  Case No. 11 Civ. 0691 (LAK)

STEVEN R. DONZIGER, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF CHEVRON CORPORATION'S NOTICE OF MOTION TO SANCTION THE DONZIGER DEFENDANTS FOR DISOBEYING THE COURT'S DISCOVERY ORDERS**

PLEASE TAKE NOTICE that upon the Declaration of Jefferson E. Bell, dated September 27, 2013, together with the exhibits thereto, and the accompanying Memorandum of Law submitted herewith, Plaintiff Chevron Corporation will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, for an order, pursuant to Rule 37 of the Federal Rules of Civil Procedure and the Court's inherent power, imposing sanctions against Steven Donziger, the Law Firm of Steven R. Donziger, and Donziger & Associates, PLLC for disobeying the Court's discovery orders.

Dated: September 27, 2013
       New York, New York

                               Respectfully submitted,

                                                     /s/ Randy M. Mastro
                                     Randy M. Mastro
                                     Andrea E. Neuman
                                     GIBSON, DUNN & CRUTCHER LLP
                                     200 Park Avenue
                                     New York, New York 10166

1

<u>Memorandum Endorsement</u>                <u>Chevron Corp. v. Donziger, 11 Civ. 0691 (LAK)</u>

      Subject to Mr. Donziger's satisfaction of the conditions the Court imposed at the conference on October 9, 2013, the motion is denied as moot.

SO ORDERED.

Dated:      October 10, 2013

                                                                     Lewis A. Kaplan
                                                          United States District Judge