UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

| | |
|---|---|
| CHEVRON CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN DONZIGER *et al.*, <br><br> Defendants. | 11-CV-0691 <br><br><br> The Honorable Lewis A. Kaplan, U.S.D.J. <br> The Honorable James C. Francis, U.S.M.J. |

**DONZIGER DEFENDANTS' MOTION REQUESTING A JUDICIAL
INSPECTION TO VIEW CHEVRON'S CONTAMINATION IN THE
ORIENTE REGION OF ECUADOR**

Denied.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

10/10/13