UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHEVRON CORPORATION,

                Plaintiff,

     -against-                                       11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/13

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Steven Donziger, an attorney and a member of the Bar of this Court, appeared as counsel for himself, Donziger & Associates PLLC, and The Law Offices of Steven R. Donziger, all defendants in this case on May 13, 2013, knowing that the trial of this action was scheduled to begin on October 15, 2013. After the denial of his latest effort to delay the trial, he moved, on October 8, 2013, for the admission *pro hac vice* of out-of-state attorneys Richard Epstein and Zoe Littlepage. (DI 1507).

        The Court discussed the applications with counsel at a Rule 16 conference on October 9, 2013. Mr. Epstein and Ms. Littlepage assured the Court in substance that the trial would proceed on October 15, 2013 without delay if their applications were granted and that they have been engaged through the completion of this case in this Court. On the basis of those representations and certain additional assurances made on the record by Ms. Littlepage, the application for leave to appear in this case *pro hac vice* [DI 1507] is granted, provided, however, that nothing herein or in the appearance of these attorneys *pro hac vice* constitutes or approves a substitution of any of them for Mr. Donziger as counsel for the Donziger Defendants or the withdrawal of Mr. Donziger's appearance on their behalf.

        SO ORDERED.

Dated:    October 10, 2013

                                                            _____
                                                                Lewis A. Kaplan
                                                            United States District Judge