UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN DONZIGER *et al.*, <br><br> Defendants. | 11-CV-0691 <br><br> The Honorable Lewis A. Kaplan, U.S.D.J. <br> The Honorable James C. Francis, U.S.M.J. |

**NOTICE OF WITHDRAWAL OF WITNESSES BY PARTIES**

Plaintiff Chevron Corporation has notified defendants of its decision not to call 17 witnesses in its direct case. Exhibit attached hereto.

The Donziger defendants have also notified Chevron of their decision not to call 14 witnesses.

Undersigned counsel expects to receive authorization from his clients today to notify of his decision not to call witnesses as well.

These notifications are being made in accordance with the Court's instruction to the parties at the October 9th pretrial and should result in a trial of shorter length trial further permitting this Court to proceed at the rate of a single witness per day. DI 1523.

Respectfully submitted,

October 11, 2013

> GOMEZ LLC
> Attorney at Law
>
> By: *s/ Julio C. Gomez*
> Julio C. Gomez
>
> The Sturcke Building
> 111 Quimby Street, Suite 8
> Westfield, NJ
> T: 908-789-1080
> F: 908-789-1081
> E-mail: jgomez@gomezllc.com
>
> *Attorney for Defendants*
> *Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje*

1