**STEVEN R. DONZIGER, ESQ.**

MEMO ENDORSED

Steven R. Donziger, Esq.
sdonziger@gmail.com
245 West 104th St., 7D
New York, NY 10025
212-570-4499

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/13

October 10, 2013

RECEIVED
OCT 10 2013
JUDGE KAPLAN'S CHAMBERS

Mr. Andrew Mohan
Daniel Patrick Moynihan U.S. District Courthouse
USDC, Southern District of New York
500 Pearl St., Courtroom 21B
New York, NY  10007-1312

Re: Chevron Corp. v. Donziger, et al., Case No. 11-CV-00691 (LAK)
**Permission to allow Court Connect to establish a data connection in the witness room**

Mr. Mohan;

Please permit Court Connect to establish a single data connection line in the witness room tomorrow, October 11, 2013, at 9:00 a.m.

Respectfully,

Steven R. Donziger

**MEMO ENDORSED**

Granted subject to compliance with all court rules.

SO ORDERED

LEWIS A. KAPLAN, USDJ
10/10/13