UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHEVRON CORPORATION,

                  Plaintiff,

       -against-                                        11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                  Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's motion to to supplement the record in connection with a motion for sanctions pending at the time the motion to supplement was made [DI 1482] is denied as moot in light of the determination of the motion for sanctions.

       SO ORDERED.

Dated:     October 11, 2013

                                                           Lewis A. Kaplan
                                         United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/13