## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CHEVRON CORPORATION,

               Plaintiff,

      v.

STEVEN DONZIGER *et al.*,

               Defendants.

11-CV-0691

The Honorable Lewis A. Kaplan, U.S.D.J.
The Honorable James C. Francis, U.S.M.J.

### NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

**PLEASE TAKE NOTICE** that, upon the declaration submitted herewith, Defendants Steven R. Donziger, Law Offices of Steven R. Donziger, and Donziger &Associates, PLLC, by their undersigned attorney, will move this Court, in the Courtroom of the Honorable Lewis A. Kaplan, United States District Judge, United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York, at a time and date to be determined by this Court, for an Order admitting Rainey C. Booth *pro hac vice* pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York.  A proposed order is annexed hereto.

Dated: October 13, 2013
      New York, New York

Respectfully submitted,

      *s/ Steven R. Donziger*
Steven R. Donziger
245 W. 104th Street, #7D
New York, NY 10025
Tel: (917) 678-3943
Fax: (212) 409-8628
Email: StevenRDonziger@gmail.com

_____ s/ Steven R. Donziger_____

Steven R. Donziger
245 W. 104th Street, #7D
New York, NY 10025
Tel: (212) 570-4499
Fax: (212) 409-8628
Email: StevenRDonziger@gmail.com

*Attorney for Defendants Law Offices of Steven R. Donziger and Donziger & Associates, PLLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHEVRON CORPORATION, | 11-CV-0691 |
| Plaintiff, | |
| v. | The Honorable Lewis A. Kaplan, U.S.D.J. |
| | The Honorable James C. Francis, U.S.M.J. |
| STEVEN DONZIGER *et al.*, | |
| Defendants. | |

**DECLARATION OF STEVEN R. DONZIGER**

I, STEVEN R. DONZIGER, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury that the following is true and correct:

1.     I am an attorney admitted to practice in the State of New York, United States District Courts for the Southern District of New York and the District of Columbia, and the United States Court of Appeals for the Second Circuit.  I am a founder of the Law Offices of Steven R. Donziger and Donziger & Associates, PLLC and represent my law firms and myself in the above-captioned action.  *See* DI 1532.  I make this affidavit in support of the Defendants' motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for the admission of Rainey C. Booth to the bar of this Court *pro hac vice.*

2.     Mr. Booth is the founder of Rainey C. Booth, PA.  Mr. Booth is a member in good standing of the bar of the states of Florida and Alabama.  *See* Exhibit 1 (State Bar of Florida, dated Oct. 1, 2013; State Bar of Alabama, dated Sept. 30, 2013).  Mr. Booth is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court.

3.      I respectfully request that Mr. Booth be admitted to the bar of this Court *pro hac vice.*


Dated: October 13, 2013                    Respectfully submitted,
        New York, New York

                                            *    s/ Steven R. Donziger*
                                           Steven R. Donziger
                                           245 W. 104th Street, #7D
                                           New York, NY 10025
                                           Tel: (917) 678-3943
                                           Fax: (212) 409-8628
                                           Email: StevenRDonziger@gmail.com

                                           *Pro Se*

                                            *     s/ Steven R. Donziger*

                                           Steven R. Donziger
                                           245 W. 104th Street, #7D
                                           New York, NY 10025
                                           Tel: (212) 570-4499
                                           Fax: (212) 409-8628
                                           Email: StevenRDonziger@gmail.com

                                           *Attorney for Defendants Law Offices of
                                           Steven R. Donziger and Donziger &
                                           Associates, PLLC*

2

**EXHIBIT 1**

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

## RAINEY CAWTHON BOOTH

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **October 18, 1984,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this October 1, 2013.*

Clerk of the Supreme Court of Florida

# ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

### STATE OF ALABAMA

### COUNTY OF MONTGOMERY

*I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Rainey Cawthon Booth  has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.*

*I further certify that Rainey Cawthon Booth  was admitted to the Alabama State Bar September 26, 1997.*

*I further certify that the said Rainey Cawthon Booth  is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2013.*

*IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 30th day of September, 2013.*

Keith B. Norman, Secretary

LAWYERS RENDER SERVICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHEVRON CORPORATION,

                    Plaintiff,

        v.

STEVEN DONZIGER *et al.*,

                    Defendants.

11-CV-0691

The Honorable Lewis A. Kaplan, U.S.D.J.
The Honorable James C. Francis, U.S.M.J.

**<u>ORDER</u>**

Upon consideration of the Notice of Motion for Admission *Pro Hac Vice* of Defendants Steven R. Donziger, Law Offices of Steven R. Donziger, and Donziger & Associates, PLLC, and the declaration submitted in support thereof, and good cause having been shown, it is SO ORDERED that Rainey C. Booth is admitted to the bar of this Court *pro hac vice* this _____ day of October 2013.

_____
HONORABLE LEWIS A. KAPLAN
United States District Judge