```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
CHEVRON CORPORATION,                 :   11 Civ. 0691 (LAK) (JCF)
                                     :
              Plaintiff,             :
                                     :
     - against -                     :   O R D E R
                                     :
                                     :
STEVEN DONZIGER, et al.,             :
                                     :
              Defendants.            :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/13

The Court having issued a text order dated October 13, 2013 (Docket no. 1546), it is hereby ORDERED as follows:

1. As a matter of clarification, with respect to the documents for which the attorney-client privilege was upheld, I find that none of those documents were "in furtherance" of any crime or fraud, either the crimes or frauds previously identified by Judge Kaplan or those that Chevron has more recently alleged.

2. Pursuant to Rule 502(d) of the Federal Rules of Evidence, the disclosure of documents addressed in the October 13 order shall not constitute a waiver of privilege in any other state or federal proceeding.

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

1

Dated:     New York, New York
           October 15, 2013

Copies mailed this date:

Randy M. Mastro, Esq.
Anne Champion, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue, 47th Floor
New York, New York  10166

Andrea E. Neuman, Esq.
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA  92612

William E. Thomson, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

Julio Gomez, Esq.
Gomez LLC Attorney At Law
40 Wall Street, 28th Floor
New York, New York  10005

Steven R. Donziger, Esq.
Donziger & Associates
245 West 104th St., Suite 7d
New York, NY 10025

Patton Lochridge, Esq.
600 Congress Ave., Suite 2100
Austin, TX 78701

C. McNeil Mitchell, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Thomas M. Buchanan, Esq.
Eric W. Bloom, Esq.
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006