UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
:
:
CHEVRON CORPORATION, :
:
               Plaintiff, :
:  Case No. 11 Civ. 0691 (LAK)
    v. :
:
STEVEN DONZIGER, et al., :
:
               Defendants. :
:
-------------------------------------------------------x

## CHEVRON CORPORATION'S NOTICE OF FILING OF DESIGNATIONS FROM THE TESTIMONY OF CRAIG SMYSER

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone:   212.351.4000
Facsimile:    212.351.4035

*Attorney for Plaintiff,*
*Chevron Corporation*

PLEASE TAKE NOTICE THAT Chevron Corporation ("Chevron") is filing the designations from the testimony of Craig Smyser, attached as Exhibits A and B to this notice.

| | | |
|---|---|---|
| Exhibit A: | Sanctions Hearing, April 17, 2013 | |
| Exhibit B: | Sanctions Hearing, April 18, 2013 | |

Dated: October 24, 2013
New York, New York

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Randy M. Mastro
Randy M. Mastro
Andrea E. Neuman
200 Park Avenue
New York, New York 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

William E. Thomson
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Chevron Corporation*

1