**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand and thirteen.

Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje,

Petitioners,

v.

Chevron Corporation,

Respondent,

Steven R. Donziger, The Law Offices of Steven R. Donziger, Donziger & Associates, PLLC,

Movants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 24, 2013

**ORDER**
Docket No. 13-772

On August 8, 2013, the Petitioners filed a motion requesting permission to file certain exhibits under seal.

IT IS HEREBY ORDERED that the motion is DENIED as moot in light of the order dated September 26, 2013.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

**MANDATE ISSUED ON 10/24/2013**

SDNY
Kaplan, J
11-cv-691

# United States Court of Appeals
#### FOR THE
### SECOND CIRCUIT
_____

   At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26ᵗʰ day of September, two thousand thirteen.

Present:

    Barrington D. Parker,
    Peter W. Hall,
    Debra A. Livingston,
      *Circuit Judges.*
_____

Hugo Gerardo Camacho Naranjo,

Javier Piaguaje Payaguaje,

      *Petitioner,*

    v.           13-772

Chevron Corporation,

      *Respondent.*
_____

Petitioners Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje, through counsel, petition this Court for a writ of mandamus, seeking to vacate four orders issued by District Judge Lewis A. Kaplan and for reassignment of this action to another district judge. Upon due consideration, it is hereby ORDERED that the mandamus petition, docketed under 13-772-cv, is DENIED. *See In re F.C.C.*, 217 F.3d 125, 133 (2d Cir. 2000) (mandamus standard); *United States v. Robin*, 553 F.2d 8, 10 (2d Cir. 1977) (reassignment standard).

IT IS FURTHER ORDERED that Petitioners' motion for a stay of the district court's proceedings and The Chamber of Commerce of the United States of America's motion to file an *amicus curiae* brief are DENIED as moot.

      FOR THE COURT:
      Catherine O'Hagan Wolfe, Clerk

