UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
:
:
CHEVRON CORPORATION,                     :
:
               Plaintiff,              :
:  Case No. 11 Civ. 0691 (LAK)
      v.                                  :
:
STEVEN DONZIGER, et al.,                 :
:
               Defendants.             :
:
------------------------------------------------------------x

**CHEVRON CORPORATION'S NOTICE OF FILING OF
WITNESS STATEMENT OF JAMES I. EBERT, PH.D.**

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone:     212.351.4000
Facsimile:     212.351.4035

*Attorney for Plaintiff,
Chevron Corporation*

PLEASE TAKE NOTICE THAT Chevron Corporation ("Chevron") is filing the October 3, 2013, Witness Statement of James I. Ebert, Ph.D. (PX 4000), attached as Exhibit A to this notice.

| | |
|---|---|
| Dated: October 31, 2013<br>New York, New York | Respectfully submitted,<br>GIBSON, DUNN & CRUTCHER LLP<br><br>By: /s/ Randy M. Mastro<br>Randy M. Mastro<br>Andrea E. Neuman<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>William E. Thomson<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>*Attorneys for Chevron Corporation* |

1