UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHEVRON CORPORATION,

               Plaintiff,

           -against-                                11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

               Defendants.
------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge*.

        The following motions are disposed of as follows:

        1.    The LAP Representatives motion for modified trial procedures [DI 1523], as reflected by rulings made in open court with respect to the motion and the trial schedule, is granted in part and denied in part.

        2.    As indicated on the record on October 31, 2013, defendants' motion to lift the protective order as to Doe 3 or for other relief [DI 1592] is denied without prejudice to a renewed application in the event plaintiff elects to call Doe 3 as a witness.

        3.    Defendants' motion to strike or preclude certain witnesses [DI 1645] is denied. The motion is moot insofar as it addressed to Mr. Ryan. Dr. Ebert, Mr. Green and Ms. Kim all testified yesterday and the Court declines to strike their testimony; to whatever extent there is any merit to defendants' positions with respect to these witnesses, it goes to weight rather than admissibility. The latter point is true also with respect to Mr. Hernandez. Dr. Rayner's testimony is or, at least, may be relevant to the question whether former judge Zambrano in fact is the author of the judgment in question, though its weight may be debatable.

        4,    The motion to preclude the testimony of Jeffrey Shinder [DI 1647] is denied as moot.

        SO ORDERED.

Dated:    November 1, 2013

                                                                     Lewis A. Kaplan
                                                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/13