UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHEVRON CORPORATION,

                  Plaintiff,

         -against-                                    11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                  Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

       The clerk's office shall file the subpoena served today on Mr. Donald Rafael Moncayo Jimenez, as well as the accompanying proof of service, in the above captioned action.

SO ORDERED.

Dated:     November 12, 2013

                                                           Lewis A. Kaplan
                                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/13