UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

CHEVRON CORPORATION,

                Plaintiff,

      -against-                              11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Clerk of Court shall accept a copy of Mr. Donald Rafael Moncayo Jimenez's hard drive for filing under seal and shall hold it under seal pending further order of this Court.

SO ORDERED.

Dated:     November 13, 2013

                                                      _____
                                                               Lewis A. Kaplan
                                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/13