UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHEVRON CORPORATION,

               Plaintiff,

        -against-                                         11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

               Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Chevron's application for an order to show cause (DI 1727) is denied without prejudice in light of the directions given on the record in open court.

       SO ORDERED.

Dated:     November 19, 2013

                                                        Lewis A. Kaplan
                                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/13