# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

## MEMO ENDORSED

November 21, 2013

VIA HAND DELIVERY

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/13

Re:   Chevron Corp. v. Donziger, et al., No. 11 Civ. 0691 (LAK)

Dear Judge Kaplan:

We write as counsel for Plaintiff Chevron Corporation ("Chevron") and Defendants Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, Steven Donziger, The Law Offices of Steven R. Donziger and Donziger & Associates, PLLC to address a few corrections that need to be made to the trial transcript regarding exhibits that have been admitted.

On November 18, 2013 (Day 17), Mr. Brodsky moved PX 323, PX 390 and PX 323B into evidence at page 2385, line 25 to page 2386 line, 6. The trial transcript refers to **Defendants'** Exhibits 323, 323B, and 390 at page 2386, line 11. The parties agree that the transcript should be corrected to reflect that the exhibits were **Plaintiff's** Exhibits 323, 323B, and 390.

The parties would appreciate the Court's assistance in advising the court reporter of these necessary corrections. As always, we are grateful for the Court's time and consideration.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

GIBSON DUNN

The Honorable Lewis A. Kaplan
November 21, 2013
Page 2

Respectfully,

*[signature]*

Randy M. Mastro
Counsel for Plaintiff Chevron Corporation

Richard H. Friedman
Counsel for Steven Donziger and The Law Offices of Steven R. Donziger and Donziger & Associates, PLLC

*[signature]*

Julio C. Gomez
Counsel for Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje

cc: Southern District Reporters

**MEMO ENDORSED**

The reporters shall make the requested corrections.

SO ORDERED

*[signature]*

LEWIS A. KAPLAN, USDJ

11/21/13