UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

                -against-                                    11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Many of defendants' trial exhibits, which for the most part were submitted *en masse* as often occurs in non-jury cases, are in Spanish. Chevron has objected to a great many on the ground, among others, that defendants have not provided translations, or has provided only incomplete translations, into English.

        1.    Chevron shall provide the Court and defendants' counsel with Plaintiff's Objections to Defendants' Trial Exhibits (based on Defendants' Trial Exhibit List of November 25, 2013) in Excel spreadsheet form in order to permit the Court to filter from this lengthy documents a list of those defendants' exhibits as to which the aforementioned objection has been made.

        2.    Defendants shall show cause, on or before December 10, 2013, why the Spanish language exhibits (including any exhibits that are partly in Spanish) submitted without complete certified English translations should not be excluded. Any responsive papers shall be filed no later than December 16, 2013.

        SO ORDERED.

Dated:      December 2, 2013

                                                            Lewis A. Kaplan
                                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/13