UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
CHEVRON CORPORATION, :
:
          Plaintiff, :
:
  v. : 11 Civ. 0691 (LAK)
:
STEVEN DONZIGER, *et al*., :
:
          Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF CHEVRON CORPORATION'S
MOTION FOR LEAVE TO ADD DOCUMENTS PRODUCED BY DONALD MONCAYO
TO THE TRIAL RECORD

          GIBSON, DUNN & CRUTCHER LLP
          200 Park Avenue
          New York, New York 10166-0193
          Telephone:  212.351.4000
          Facsimile:  212.351.4035

          *Attorneys for Plaintiff Chevron Corporation*

PLEASE TAKE NOTICE that upon the Memorandum of Law filed concurrently herewith, Plaintiff Chevron Corporation respectfully moves for leave to supplement the trial record with the following documents produced by witness Donald Moncayo:

| PX # | Date | Exhibit Description | Bates or Source |
|---|---|---|---|
| PX 7077 | 6/3/2013 | Email from P. Fajardo to D. Moncayo re "IMPRIMIR" ["PRINT"], with attachment and an English translation thereof | Moncayo 000748 |
| PX 7087 | 10/15/2013 | Email from P. Fajardo to J. Prieto, J. Saenz, P. Romero, Vanessa, H. Piaguaje, L. Yanza, E. Chavez, M. Garcez, N. Rodriguez, G. Grefa, S. Laverde, and D. Moncayo re "Notificaction y Oficio IEPI" ["IEPI Notice and Official Letter"], with attachment and an English translation thereof | Moncayo 000722 |
| PX 7088 | 1/21/2013 | Email from P. Fajardo to M. Garces, J. Rodriguez, G. Andres, L. Yanza, J. Prieto, J. Saenz, Vanessa, S. Donziger, Pamela, A. Centeno, copying H. Piaguaje, E. Chavez, R. Yumbo, J. Piaguaje, W. Meneses, J. Piaguaje, D. Moncayo, and V. Asimbaya re "EMBARGO" ["ATTACHMENT"], and an English translation thereof | Moncayo 000901 |

| | | | |
|---|---|---|---|
| **PX 8091** | 3/30/2013 | Email from L. Yanza to L. Yanza, P. Fajardo, M. Machetes, J. Saenz copying V. Asimbaya and D. Moncayo re "Importante" ["Important"], and an English translation thereof | Moncayo 000914 |
| **PX 8092** | 7/1/2013 | Email from P. Fajardo to L. Yanza, H. Piaguaje, E. Chavez, W. Meneses, G. Grefa, R. Yumbo, and D. Moncayo re "Washington Post" and an English translation thereof | Moncayo 000743 - Moncayo 000745 |
| **PX 8100** | 10/17/2013 | Email from L. Yanza to W. Meneses, E. Payaguaje, R. Aguinda, R. Yumbo, C. Manigauje, C. Quimontari, D. Moncayo, G. Grefa copying "humjavi64@hotmail.com" re "Fotos, pies de fotos" ["Photos, photo captions"], and an English translation thereof | Moncayo 000698 - Moncayo 000699 |
| **PX 8101** | 8/28/2013 | Email from P. Fajardo to H. Piaguaje, E. Chavez, L. Yanza, R. Yumbo, G. Guillermo, D. Moncayo copying M. Garces, N. Rodriguez, S. Laverde, J. Saenz , P. Romero, and Vanessa re "PILAS PILAS" ["GET IT TOGETHER GET IT TOGETHER"], and an English translation thereof | Moncayo 000783 |

| | | | |
|---|---|---|---|
| **PX 8102** | 2/28/2013 | Email from S. Donziger to D. Moncayo copying P. Fajardo and L. Yanza re "pregunta" ["question"], and an English translation thereof | Moncayo 000788 |

Dated: December 6, 2013

New York, New York

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

/s/ Randy M. Mastro

Randy M. Mastro
Andrea E. Neuman
200 Park Avenue
New York, New York 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

William E. Thomson
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Chevron Corporation