UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

           -against-                              11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        1.        In view of the submissions with respect to the designations of the depositions of Mr. Beltman and Ms. Maest, the parties would be well advised to brief fully the question whether PX 5208 and PX 5210 should be received for the truth of the matters asserted and, if plaintiff so contends, all bases for that assertion. This shall be done with the post trial briefs already scheduled to be filed later this month.

        2.        PX 5200, the direct testimony of Dr. Lipton, was received in evidence but never provided to the Court in electronic form. Counsel for Chevron shall remedy the omission by sending it in appropriate format both to chambers and to defendants' counsel.

        SO ORDERED.

Dated:     December 9, 2013

                                                         Lewis A. Kaplan
                                         United States District Judge