UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK  **MEMO ENDORSED**

------------------------------------x
CHEVRON CORPORATION,               :
                                   :
            Plaintiff,             :
                                   :
    v.                             :   11 Civ. 0691 (LAK)
                                   :
STEVEN DONZIGER, et al.,           :
                                   :
            Defendants.            :
------------------------------------x

### PLAINTIFF CHEVRON CORPORATION'S MOTION TO COMPEL DEFENDANT STEVEN DONZIGER TO ANSWER REQUESTS FOR ADMISSION

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
*Attorneys for Plaintiff Chevron Corporation*

<u>Memorandum Endorsement</u>                <u>Chevron Corp. v. Donziger, 11 Civ. 0691 (LAK)</u>

    This motion [DI 814] is denied as moot in view of the completion of the trial of this action.

  SO ORDERED.

Dated:  December 16, 2013

                   _____
                      Lewis A. Kaplan
                     United States District Judge