UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CHEVRON CORPORATION,

          Plaintiff,

-against-

11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

          Defendants.

------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Chevron's unopposed motions to supplement the record [DI 1785, DI 1832] are granted. PX 7077, 7087-88, 8091-92, 8100-04, 4104 and 4106 are received in evidence. As this disposes of all outstanding matters relating to the content of the trial record, the trial record now is closed in all respects.

      SO ORDERED.

Dated:    December 17, 2013

                                                Lewis A. Kaplan
                                         United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/13