**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CHEVRON CORPORATION,

    Plaintiff,

-against-

STEVEN R. DONZIGER, et al.,

    Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/13

Case No. 11 Civ. 0691 (LAK)

### [PROPOSED] ORDER TO SHOW CAUSE TO COMPEL PRODUCTION OF DOCUMENTS ON DONALD MONCAYO'S PRIVILEGE LOG OR ALTERNATIVELY FOR AN ORDER REQUIRING IN CAMERA REVIEW

WHEREAS, on December 3, 2013, Chevron Corporation ("Chevron") filed a Motion By Order to Show Cause to Compel Production op Documents On Donald Moncayo's Privilege Log or Alternatively for an Order Requiring In Camera Review.

The Court has considered the evidence and arguments presented, and sufficient reason appearing, it is hereby:

ORDERED that Chevron shall serve counsel for Defendants and counsel for Mr. Moncayo, by hand, facsimile, or e-mail a copy of this Order to Show Cause and all papers submitted in support thereof on or before ___:___ __.m. on _____, 2013; and

ORDERED that papers in opposition to the Motion, if any, shall be served and filed electronically on or before Midnight on December ___, 2013; and

ORDERED that reply papers, if any, shall be served and filed electronically on or before

1

<u>Memorandum Endorsement</u>                <u>Chevron Corp. v. Donziger, 11 Civ. 0691 (LAK)</u>

   This motion [DI 1775] effectively was decided by DI 1780. In any case, the Court now has completed its *in camera* inspection and ruled on the privilege claims. The Clerk shall terminate this motion.

   SO ORDERED.

Dated:  December 17, 2013

                _____
                Lewis A. Kaplan
                United States District Judge