UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHEVRON CORPORATION,

                Plaintiff,

      -against-                            11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/13

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        On November 5, 2013, well before the trial concluded, the Court advised counsel that it anticipated giving them 30 days in which to submit their initial post-trial briefs and a short period thereafter for reply briefs. Tr. 1596. Save for two short concluding witnesses, the taking of testimony at the trial ended on November 19, 2013. On November 25, 2013, the Court fixed December 23 as the date for exchange of initial post-trial briefs and January 6 as the date for exchange of reply briefs.[1] Tr. 2827. The Court emphasized the need for concluding the briefing promptly:

> "It's important that I deal with this while everything is as fresh in my mind as it's ever going to be. It's not going to get fresher with time and you are all aware I have other commitments." Tr. 2827-28.

There were no objections to the schedule.

        On December 17, 2013, just six days before post-trial briefs are due, the LAP Representatives – but none of the other parties – moved for an extension of time. For the reasons set forth in Chevron's opposition, there is no sufficient justification for the proposed extension. Nevertheless, in view of the imminent holiday, the Court will extend the time of all parties to submit reply briefs until January 10, 2014. In that way, the principal submissions will be made before Christmas and counsel will have 18 days thereafter to celebrate the season and write their much less

---

[1] The Court selected December 23 as the date for the initial – and thus more extensive – submissions in part to give counsel the benefit of completing them before Christmas.

2

demanding reply briefs.

        Accordingly, the LAP Representatives' motion [DI 1843] is granted to the extent that the time within which reply briefs shall be filed is extended to and including January 10, 2014. The motion is denied in all other respects.

        SO ORDERED.

Dated:     December 19, 2013

                                              _____
                                                   Lewis A. Kaplan
                                          United States District Judge