GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

December 20, 2013

VIA HAND DELIVERY

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Chevron Corp. v. Donziger*, No. 11 Civ. 0691 (LAK)

Dear Judge Kaplan:

I write as Chevron's counsel to provide an updated exhibit list of all PX exhibits submitted into the evidentiary record, including Chevron's rebuttal exhibits and those used during cross and redirect examinations, and identifying those exhibits which were specifically received in evidence.

Enclosed please find two versions of Plaintiff's trial exhibit list—one sorted by PX number order and the other, per the Court's request, sorted by docket citations to the record in this action as well as related actions. For the Court's convenience, Chevron has provided PDF copies and Excel versions of each.

In addition, enclosed please find electronic copies of the twelve additional exhibits received in evidence pursuant to the Court's order granting Chevron's unopposed motion to add documents to the trial record, (DI 1841), including the ten Moncayo documents (PX 7077, PX 7087, PX 7088, PX 8091, PX 8092, PX 8100 to PX 8104), and two Lynch exhibits, PX 4104 and PX 4106.

Copies of all of the above have been provided to Defendants' counsel.

Respectfully,

/s/ Randy M. Mastro

Randy M. Mastro


cc: All Counsel of Record (Via Overnight Delivery)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.