# Appendix H

**Timeline of Defendants′ U.S. Pressure Campaign**

**Timeline of Defendants' U.S. Pressure Campaign**

**Fall 2003** 

David Russell, a U.S. environmental scientist, prepares a remediation cost estimate for the former concession area at Donziger's request; Donziger tells Russell that he wants a "really big number," and that he needs a "really big number" for purposes of "putting pressure" on Chevron to settle the litigation. In response, Russell tells Donziger that he would try to come up with the biggest possible cost estimate he could.

 PX 3200 (Russell) ¶¶ 8, 9

**November 19, 2003**

Donziger plans a "Divestment Campaign" whereby "[t]he key component will be to convince a mass sell-off of billions in [Chevron] stock by state pension funds and other private funds [and includes a meeting with] Hevesi to convince New York pension fund to divest [and asking] Hevesi to take leadership role nationally on same with state comptrollers . . . ."

 PX 687 at 3

Oct. **2003**    Nov. **2003**

**Fall 2003** 

Russell "provide[s] Donziger with a $6.114 billion cost estimate based largely on the assumptions Donziger told him to use.

 PX 2414; PX 3200 (Russell) ¶ 10

● $6 billion estimate including related Russell emails     ● 30x Exxon Valdez claim, including related emails     ● Cabrera independence claims     ● Government contacts

Source Link          pg 1

**Timeline of Defendants' U.S. Pressure Campaign**

**December 10-12, 2004** 

Russell emails Donziger and other LAP representatives telling them that "we don't know the extent of the soil contamination or the magnitude of the groundwater contamination [so] we cannot provide anyone with a realistic cost estimate" and emphasizing that the "difference is between an estimate and a guesstimate." Mr. Russell testifies that he discussed these issues with Donziger in person as well.

 PX 3201 at 4, 6; *see also* Tr. (Russell) 385:12-386:18

**March 3, 2005** 

Bonifaz urges Donziger, Kohn, and others that they "need to focus our PR in planting the seeds within ChevronTexaco's management in San Ramon that Reis[] Veiga has sold them a bill of goods. . . . It is my view that we need to focus on Reis[] Veiga in all our attacks to the point of dissociate him from ChevronTexaco's maangement as much as possible." Bonifaz adds that they "have to destroy [Veiga's] reputation with ChevronTexaco as an incompetent any way we can to see our case settled."

 PX 724

**Dec. 2004**     **Mar. 2005**

**December 12, 2004** 

Former LAP counsel, Cristóbal Bonifaz, writes an email to Russell, Donziger, and others stating that "[a]ll the numbers about billions of dollars that get passed around are purely for PR purposes since no one can or has made an accurate estimate of total costs."

 PX 3201 at 1; *see also* Tr. (Russell) 387:23-388:18; PX 3200 (Russell) ¶ 25

● $6 billion estimate including related Russell emails    ● 30x Exxon Valdez claim, including related emails    ● Cabrera independence claims    ● Government contacts

 Source Link    |    pg 2

**Timeline of Defendants' U.S. Pressure Campaign**

**October 1, 2005**

Donziger tells Amazon Watch that "[w]e have a small window of time to exert this pressure in the context of an existing case."

 PX 733 at 1

**January 30, 2006** 

Amazon Watch sends a letter to the Securities and Exchange Commission using Russell's $6 billion estimate and the 30x Exxon Valdez claim.

 PX 754 at 1

**Oct. 2005**

**Jan. 2006**

**January 31, 2006** 

Donziger emails Atossa Soltani of Amazon Watch and says, "Now that the SEC ltr is filed, it is key we come up with a coherent strategy to build pressure for the April shareholder's meeting."

 PX 756 at 1

● $6 billion estimate including related Russell emails   ● 30x Exxon Valdez claim, including related emails   ● Cabrera independence claims   ● Government contacts

Source Link

**February 1, 2006** 

Donziger emails Soltani and others at Amazon Watch and says, "You guys did a great job with that SEC ltr. . . . They [sic] key here to your strategy as I see it is to keep this alive and active so it is hanging over their heads as long as possible, and so it can be used to get other shareholders to write their own ltrs."

 PX 759

**February 13, 2006** 

Russell emails Leila Salazar-Lopez of Amazon Watch "to demand that you cease and desist using the cost estimate that I prepared for Steven Donziger in 2003.  It is no longer valid and cannot be used to defend Steve's lawsuit."

 PX 766

**February 23, 2006** 

Donziger emails Soltani and others from Amazon Watch and tells them they "should [send] the SEC letter in ASAP, making that slight change that another report will be coming with a multi-billion damage figure, without disavowing or mentioning Russell's report."

 PX 768

## Feb. **2006**

**February 6, 2006** 

ChevronToxico press release in which Defendants and/or co-conspirators tout a fraud complaint made against Chevron to the SEC.

 PX 465#

**February 14, 2006** 

Russell sends a letter to Donziger with the subject "Cease and Desist," requesting that Donziger "stop using [Russell's $6 billion] Remediation Cost Estimate from 2003."  Russell writes that "at [Donziger's] insistence, I deliberately chose the most expensive remedial options available and applicable to the work in Ecuador because [Donziger] wanted a 'large' number" and "that the 2003 cost estimate is too high by a substantial margin, perhaps by a factor of ten, or more."

 PX 764 at 1; PX 763;
*see also* PX 3200 (Russell) ¶ 23

 $6 billion estimate including
related Russell emails

 30x Exxon Valdez claim,
including related emails

● Cabrera independence
claims

● Government contacts

**Timeline of Defendants' U.S. Pressure Campaign**

03.2006 - 04.2006

**March 17, 2006**  

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate, claiming that it comes from an "independent expert."

 PX 466# at 2

**April 26, 2006** 

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate.

 PX 472# at 1

Mar. **2006**    Apr. **2006**

**March 22, 2006** 

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate.

 PX 467# at 1

● $6 billion estimate including related Russell emails    ● 30x Exxon Valdez claim, including related emails    ● Cabrera independence claims    ● Government contacts

**May 2, 2006**

Kevin Koenig of Amazon Watch expresses concern that the scene of Donziger coaching Emergildo Criollo what to say at a Chevron shareholder meeting will "look like emergildo told us what he wanted to say, steven, the ny gringo lawyer who's waiting for his juicy check then corrects him and tells him what to say, effectively putting words in his mouth." Donziger passes the email on to Michael Bonfiglio and asks him to "pass this on to joe [Berlinger]." The Crude filmmakers respond: "should that scene actually make it into the final cut of the film, we will be sure to contextualize it" and "[w]e will live up to our end of the bargain."

 PX 776

## May **2006**



**July 12, 2006** 

Donziger tells Jennifer Ciplet, Daria Fisher, Aaron Page and others that "I finally talked to the SEC investigator and I can tell you that this investigation of Chevron is active" and that this was a "huge victory for AW [Amazon Watch]. . . ."  In this same exchange, Donziger also says that he "sort of feel[s] this is bogus, but as long as they want to look at it we should keep feeding them stuff."

 PX 781 at 1-2

## Jul. 2006

**July 12, 2006** 

Donziger tells Chris Lehane that "[t]he SEC is actively investigating [Chevron's] failure to disclose this liability in its public filings—I know this for a fact, because I was just interviewed by an SEC investigator last week[.]"

 PX 2424 at 1

**July 24, 2006**

Donziger says "So, it'll make sense to them, I think, when the cost of not cleaning up rises higher than the cost of cleaning up, at least in their own calculus.  And that doesn't include just financial hits that they're getting, but includes damage to their reputation, includes their personal psychological pressure they feel—their top executives feel from having to put up with this, from having their friends ask about it—you know, all those things are ways to raise the cost . . . ."  He goes on to say, "I think, hope someday someone will really look at how we did in, in terms of maybe a new model of litigation.  Um, but I think it's really important to to, really define advocacy broadly as a lawyer. . . . So, you know, you have to figure out those points where your opponent, you know, feels it, you know, feels the pain. You know, the points were you can leverage what you can do in a way that will hurt them the most."

 PX 15

 $6 billion estimate including related Russell emails     30x Exxon Valdez claim, including related emails     Cabrera independence claims    ⬤ Government contacts

**Timeline of Defendants' U.S. Pressure Campaign**

**August 7, 2006** 

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate.

 PX 474# at 1

**August 15, 2006** 

Russell emails Donziger with the subject line, "I asked you once. . ." and says that he told Donziger and the ADF "to stop using my name and cost estimate and leave me out of the case." Russell tells Donziger that he saw the ADF posted his cost estimate, and he again reiterated that "the cost estimate should not be used again, ever!"

 PX 788;
*see also* PX 3200 (Russell) ¶¶ 20, 21

**September 13, 2006** 

Amazon Watch press release stating that "an independent expert has estimated a clean-up would cost $6.1 billion" and touting an SEC investigation into Chevron.

 PX 477#

## Aug. **2006**          Sept. **2006**

**August 9, 2006** 

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate.

 PX 475# at 2

**August 25, 2006** 

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate.

 PX 476# at 1

**September 29, 2006** 

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate.

 PX 478#

---

🟢 $6 billion estimate including related Russell emails    🔵 30x Exxon Valdez claim, including related emails    🟣 Cabrera independence claims    🔴 Government contacts

**October 30, 2006**  

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate.

🔗 PX 480#

**November 8, 2006** 

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate.

🔗 PX 481#

**November 15, 2006** 

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate.

🔗 PX 482# at 1-2 

## Oct. **2006**

## Nov. **2006**

**October 9, 2006** 

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate.

🔗 PX 479# at 1 

**November 9, 2006**

Donziger emails Soltani and Jennifer Ciplet from Amazon Watch and says, "When I send a press release to be posted, that reflects a lot of work on my part and my personal judgment that it is worth the time. . . . I assume when I send it that it will not take you more than a few minutes to review [and] then maybe a few more minutes to post on the site."

🔗 PX 808 

 $6 billion estimate including related Russell emails

🔵 30x Exxon Valdez claim, including related emails

🟣 Cabrera independence claims

🔴 Government contacts

🔗 Source Link                    pg 9

# Timeline of Defendants' U.S. Pressure Campaign

02.2007 - 03.2007

**February 7, 2007** 

Donziger tells Amazon Watch that "the advantage of a guy like this [referring to Thomas DiNapoli, New York State Comptroller] is that he is political, meaning, if we show him how he can look good going after chevron [sic], he might be even more likely to help us."

 PX 7420

**March 20, 2007** 

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate, referring to this estimate as the "only independent damage assessment, by the U.S. firm Global Environmental operations . . . ."

 PX 485# at 2; *see also* Tr. (Russell) 400:21-402:3

## Feb. **2007**          Mar. **2007**

**March 6, 2007** 

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate and state: "The only independent damage assessment, by the U.S. firm Global Environmental Operations estimates clean-up to cost at least $6.14 billion."

 PX 483# at 2

**March 23, 2007** 

Amazon Watch sends its latest press release, which uses the $6 billion cost estimate, to Pat Doherty of the New York State Comptroller's Office and others.

 PX 7422

 $6 billion estimate including related Russell emails     30x Exxon Valdez claim, including related emails     Cabrera independence claims    ● Government contacts

**Timeline of Defendants' U.S. Pressure Campaign**

**Timeline of Defendants' U.S. Pressure Campaign**

04.2007 - 05.2007

**April 24, 2007** 

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate.

 PX 486# at 2

**May 24, 2007** 

Referring to the claim that the amount of oil released was 30 times greater than the Exxon Valdez, Soltani emails Donziger and says, "It seems like the 2 percent figure (petroleum in formation waters) initially came from, Edison (others fyi, Edison was the tecnico . . . hired by the plaintiffs for the field inspections though he is no longer there). Bill Powers says it is more like an average of .2 percent not 2 percent. So we are off by a factor of 10 it seems."

Later that day, Donziger emails Simeon Tegel of Amazon Watch and tells him not to make any changes based on what Powers said because "there are HUGE implications for the legal case if this change is made. . . ."

 PX 861 at 1; PX 860

**Apr. 2007** | **May 2007**

**May 28, 2007** 

Donziger tells Charles Champ that Powers said "the 30x larger than the valdez claim is wrong . . . ."

 PX 862 at 1

 $6 billion estimate including related Russell emails

30x Exxon Valdez claim, including related emails

Cabrera independence claims

Government contacts

 Source Link

**Timeline of Defendants' U.S. Pressure Campaign**



**June 13, 2007**

Donziger says he wants to get Chevron to "the breaking point."

🔗 PX 77; PX 77A

**July 3, 2007**

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate.

🔗 PX 491# at 1

**July 9, 2007**

Amazon Watch press release uses the $6 billion cost estimate.

🔗 PX 493# at 2

Jun. **2007**

Jul. **2007**

**July 4, 2007**

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate and the "30x Exxon Valdez" claim and refer to Cabrera as "independent"; Yanza claims that "Chevron knows Cabrera is qualified and independent, which is exactly why the company hates him."

🔗 PX 492# at 1-3


$6 billion estimate including related Russell emails


30x Exxon Valdez claim, including related emails


Cabrera independence claims

● Government contacts

🔗 Source Link

**August 24, 2007**

Donziger states to Amazon Watch that "nobody at AW . . . is in a position to make sophisticated editorial judgments about subtle points in our press releases that have to do with rapidly moving events on the ground that we live with every day and that you are far removed from." He also says, "We can be collaborators, but we are not equal partners. This is an important distinction."

 PX 906 at 1

**August 30, 2007** 

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate, attributing the estimate to Global Environmental Services.

🔗 PX 494# at 3

**October 29, 2007**

Donziger discusses the pressure campaign with Lehane stating, "[w]e need to get more press and increase the pressure . . . to get the price up."

🔗 PX 931

## Aug. **2007**    Oct. **2007**

**August 28, 2007** 

ChevronToxico press release in which Defendants and/or co-conspirators use the "30x Exxon Valdez" claim.

🔗 PX 2309# at 2

🟢 $6 billion estimate including related Russell emails    🔵 30x Exxon Valdez claim, including related emails    🟣 Cabrera independence claims    🔴 Government contacts

**February 28, 2008** 

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

🔗 PX 496# at 1

**March 18, 2008** 

Amazon Watch sends another letter to the Securities and Exchange Commission incorporating its prior letter that uses the $6 billion cost estimate and referring to Cabrera as "independent."

🔗 PX 497# at 2, 5 n.9

Feb. **2008**   Mar. **2008**

**February 9, 2008** 

Donziger emails Mitch Anderson of Amazon Watch, attaching a memo to Pat Doherty that uses the $6 billion cost estimate and the "30x Exxon Valdez" claim.

🔗 PX 7426

● $6 billion estimate including related Russell emails     ● 30x Exxon Valdez claim, including related emails     ● Cabrera independence claims     ● Government contacts

**April 2, 2008** 

ChevronToxico press release in which Defendants and/or co-conspirators use the $6 billion cost estimate and the "30x Exxon Valdez" claim and refer to Cabrera as "independent."

 PX 499# at 1-2, 4

**April 14, 2008** 

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

 PX 501# at 1-2

**April 28, 2008** 

Karen Hinton emails Donziger a "Proposal from Hinton Communications," in which she writes that Donziger's "stated goal" was "pushing ChevronTexaco to settle the lawsuit in the near future."  The proposal also says that "[a] credible, third-party report has left no doubt about the culpability of ChevronTexaco and has placed damages at as much as $16 billion," referring to the Cabrera report.

 PX 1034 at 1, 3; *see also* Tr. (Hinton) 2155:5-11, 2155:20-2156:5; PX 3200 (Russell) ¶ 25

## Apr. 2008

**April 3, 2008** 

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent" and claim that "'Chevron's claim that Professor Cabrera is cooperating with the plaintiffs is completely false [and] Chevron is frightened precisely because [Cabrera] is an independent and credible expert.'"

Donziger later testifies that "there were times [he] was not fully accurate" in his descriptions of the LAPs' relationship with Cabrera, and that this could have been one of those times.

 PX 500# at 1, 3; PX 1032 at 1-2; Tr. (Donziger) 2604:17-2605:23

**April 16, 2008** 

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

 PX 502# at 2

● $6 billion estimate including related Russell emails    ● 30x Exxon Valdez claim, including related emails    ● Cabrera independence claims    ● Government contacts

 Source Link          |          pg 15

**Timeline of Defendants' U.S. Pressure Campaign**

**May 2008** 

In May 2008, when Donziger hires Hinton, he does not tell her that Stratus had participated in at least one ex parte meeting with Cabrera.

 Tr. (Hinton) 2189:5-9

**May 21, 2008** 

ChevronToxico press release in which Defendants and/ or co-conspirators use the "30x Exxon Valdez" claim and refer to Cabrera as "independent."

 PX 503# at 2

## May **2008**

**May 13-14, 2008** 

Douglas Beltman forwards Donziger an email exchange between himself and Hinton in which Hinton asks if she can give the Clapp report to the press, and Beltman responds, "[n]o, I don't think we can give that one out - I'm not sure of its pedigree. I'll ask Steven and get back to you."

 PX 6862 at 1

**May 31, 2008** 

Joseph Kohn appears on Fox News and claims that Cabrera was an "independent expert appointed by the judge who analyzed all of the evidence from all of the parties from both sides" to come up with a damages estimate "between eight and sixteen billion."

 PX 1036 at 2

● $6 billion estimate including related Russell emails
● 30x Exxon Valdez claim, including related emails
● Cabrera independence claims
● Government contacts

Source Link

**Timeline of Defendants' U.S. Pressure Campaign**



**July 11, 2008**

Hinton tells Donziger she "spoke with [then N.Y. Attorney General] Andrew Cuomo this morning and told him about the lawsuit and the comptroller's office, etc.   He said he would be helpful, if we gave him a good idea about how to do that.  You should discuss with Patrick Doherty about how we might leverage Cuomo."  Donziger responds, "Maybe sked a meeting w ben, u me and he."

 PX 1048


**August 1, 2008**

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

 PX 505# at 2


**August 14, 2008**

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

 PX 506# at 1

## Jul. **2008**          Aug. **2008**

**July 27, 2008**

Hinton asks on an email chain with Donziger and Beltman how to get the Cabrera report annexes to a Wall Street Journal reporter, and Donziger says, "[c]all me first. I don't want to make all the annexes available just yet."

 PX 6833 at 1

**August 12, 2008**

Hinton tells Donziger she "would like to push Tom McGinty of WSJ, but I need to know how to handle the annex issue.  What is the problem with the annexes anyway?"

 PX 6835

● $6 billion estimate including related Russell emails   ● 30x Exxon Valdez claim, including related emails   ● Cabrera independence claims   ● Government contacts

 Source Link      |   pg 17

**Timeline of Defendants' U.S. Pressure Campaign**

09.2008 - 09.2008



**September 10, 2008**

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

🔗 PX 507# at 1

**September 16, 2008**

ChevronToxico press release in which Defendants and/or co-conspirators use the "30x Exxon Valdez" claim and refer to Cabrera as "independent."

🔗 PX 510# at 2

**September 18, 2008**

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

🔗 PX 511# at 2

Sept. **2008**



**September 15, 2008**

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

🔗 PX 508# at 3



**September 16, 2008**

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

🔗 PX 509# at 1

 $6 billion estimate including related Russell emails

 30x Exxon Valdez claim, including related emails

 Cabrera independence claims

● Government contacts

🔗 Source Link | pg 18

**October 7, 2008** 

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

🔗 PX 512# at 2

**October 17, 2008** 

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

🔗 PX 514# at 2

## Oct. **2008**

**October 15, 2008**  

ChevronToxico press release in which Defendants and/or co-conspirators use the "30x Exxon Valdez" claim and refer to Cabrera as "independent."

🔗 PX 513# at 2-3 

**October 24, 2008** 

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

🔗 PX 515# at 2 

● $6 billion estimate including related Russell emails     ● 30x Exxon Valdez claim, including related emails     ● Cabrera independence claims     ● Government contacts

 🔗 Source Link     | pg 19

**Timeline of Defendants' U.S. Pressure Campaign**

11.2008 - 12.2008

**November 11, 2008** 

Orin Kramer, a funder for the LAPs, contributes $5,000 to DiNapoli on this date, according to a list of DiNapoli contributors.

 PX 7434 at 4

**December 1, 2008** 

Stratus publishes its Comments on the Cabrera report, which refer to Cabrera as "neutral."

PX 314# at 2

**December 22, 2008** 

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent"

PX 517# at 2

**Nov. 2008**          **Dec. 2008**

**November 17, 2008** 

DiNapoli writes Chevron a letter stating that he questions whether "protracting the legal proceedings" "best serves the company and its shareholders."

 PX 7489 at 2

**December 1, 2008** 

ChevronToxico press release in which Defendants and/or co-conspirators refer to "the independent expert report . . . prepared by Richard Cabrera . . . ."

PX 516# at 2

● $6 billion estimate including related Russell emails    ● 30x Exxon Valdez claim, including related emails    ● Cabrera independence claims    ● Government contacts

 Source Link    | pg 20

**Timeline of Defendants' U.S. Pressure Campaign**

*01.2009 - 04.2009*

**January 8, 2009** 

Donziger emails his associate, Andrew Woods, and tells him that "[w]e are delivering a bunch of checks to DeNapoli [sic] today." Donziger also tells Woods to "[f]ind my personal check book (the little one) and write a check to DeNapoli [sic] 2010 and sign my name . . . . I am worried this might not be a great idea."

 PX 1095

**February 4, 2009** 

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

 PX 519# at 1

**February 14, 2009** 

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

 PX 521# at 2

**March 1, 2009** ●

Donziger emails Beltman asking him to confirm to a reporter that the oil released in the Oriente was 30x the Exxon Valdez, and when Beltman replies asking where the 30x number comes from, Donziger responds: "My own calculations. If that doesn't suffice then kiss my butt."

 PX 1110 at 1

| Jan. **2009** | Feb. **2009** | Mar. **2009** | April **2009** |
| --- | --- | --- | --- |

**January 9, 2009** 

Ben Barnes, a lobbyist assisting the LAPs, contributes $2,000 to DiNapoli, according to a list of DiNapoli contributors.

 PX 7438 at 3

**January 31, 2009** 

An aid for Congressman Jim McGovern requests a link to the "court-appointed special expert's report" and Beltman sends her the Cabrera report in response.

 PX 2443

**February 5, 2009** 

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent"; Defendants also deny that the LAPs had a role in producing *Crude*.

 PX 520# at 1-2

**April 2, 2009** 

Donziger sends a draft letter for Andrew Cuomo to Amazon Watch and others. The draft letter says, "[w]e write as shareholders of the Chevron Corporation to seek your assistance to determine if the company is misleading shareholders regarding a potential $27 billion liability," referring to Cabrera as "a court-appointed technical expert [.]"

 PX 7441 at 1-2

● $6 billion estimate including related Russell emails    ● 30x Exxon Valdez claim, including related emails    ● Cabrera independence claims    ● Government contacts

 Source Link    |    pg 21

**Timeline of Defendants' U.S. Pressure Campaign**

**Apr. 2009**

**April 3, 2009**

Defendants and co-conspirators map out their plan to pressure Chevron in the "Chevron Pressure Chart."

🔗 PX 2413



**Chevron**

**Shareholder Pressure/State Treasurers**
• Chevron Shareholder Resolution
• Strategy for Public Pension Funds
• Private Pension Funds
• SEC

**Hometown Pressure**
• Delegations
• High School
• Cable Buy

**Traditional Media**
• 60 Minutes
• WSJ
• Bay Area /San Ramon

**Environmental NGOs**
• Amazon Watch
• National, Mainline Organizations

**Internet/Earned Media**
• Press Releases
• Blogging/Chevron Pit & Huff Post
• Cable Buy – San Ramon
• Paid Newspaper/NYT

**Big Guns**
• High-profile litigator/enforcement of judgment
• High-profile political leader (Albright/Richardson).

**Executive Branch**
• Environment/Carol Browner
• State Dept/Steinberg
• EPA technical assistance

**Board of Directors**
• Direct contact (AW)
• Charitable boards
• "Crude" previews in hometown

**State Attorney Generals**
• New York/Lt# & Martin Act
• California

**Congress**
• Hearings (McGovern)
• Dear Colleague (Bloomberg)
• Dear Colleague (Release)
• Environmental Groups
• EPA technical assistance

Plaintiff's Exhibit 2413   p. 1 of 1

PLAINTIFF'S
EXHIBIT
**2413**
11 Civ. 0691 (LAK)

🟢 $6 billion estimate including related Russell emails

🔵 30x Exxon Valdez claim, including related emails,

🟣 Cabrera independence claims

🔴 Government contacts

🔗 Source Link

**Timeline of Defendants' U.S. Pressure Campaign**

**April 10, 2009** 

Amnesty International sends a letter to Attorney General Cuomo with language mirroring that in a draft letter to Cuomo sent by Donziger to Amazon Watch and others on April 2, 2009, and including the claim that "Recently, a court-appointed technical expert estimated Chevron's damages in the case at up to $27 billion."

 PX 7442; PX 7441

**April 26, 2009**

An Amazon Watch draft proposal says that Chevron's management and board "must be put in a position where, to survive intact in American society as a reputable company with a competitive edge, they will be forced to settle the lawsuit."

 PX 7447 at 1

**April 28, 2009** 

Donziger speaks before the Tom Lantos Human Rights Commission and uses the "30x Exxon Valdez" claim and refers to Cabrera as "independent."

Donziger also claims that "[n]umerous qualified scientists have reviewed [the Cabrera Report] and found its conclusions reasonable and the damages assessment consistent with the costs of other large environmental clean-ups" and implies that Chevron made death threats to Pablo Fajardo and may have been responsible for Fajardo's brother's 2004 murder.

 PX 1130# at 60, 63; *see also* PX 2377 at 5, 7, 9

**Apr. 2009**

**April 14, 2009** 

The Interfaith Center on Corporate Responsibility sends a letter to Attorney General Cuomo with language mirroring that in a draft letter to Cuomo sent by Donziger to Amazon Watch and others on April 2, 2009, and including the claim that "Recently, a court-appointed technical expert estimated Chevron's damages in the case at up to $27 billion."

 PX 7443; PX 7441

**April 27, 2009** 

ChevronToxico press release in which Defendants and/or co-conspirators use the "30x Exxon Valdez" claim.

 PX 522# at 2

 $6 billion estimate including related Russell emails

 30x Exxon Valdez claim, including related emails

 Cabrera independence claims

 Government contacts

Source Link   |

**Timeline of Defendants' U.S. Pressure Campaign**

**May 4, 2009** 

Attorney General Cuomo sends a letter to David O'Reilly of Chevron, stating that "a technical expert has estimated . . . damages assessed against Chevron may be as high as $27 billion," language similar to that used by the Defendants and/or co-conspirators.

 PX 1131

**May 8, 2009** 

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

 PX 523# at 2

**May 25, 2009** 

Amazon Watch writes to Chevron shareholders about Attorney General Cuomo's letter to Chevron, inaccurately characterizing the letter as an "official fraud investigation."

 PX 7542 at 2

## May **2009**

**May 5, 2009** 

Hinton emails Donziger and tells him that "Andrew [Cuomo] has no interest in doing this. He is doing this for me. Because I asked."

 PX 1133

**May 19, 2009** 

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

Defendants and/or co-conspirators also tout New York Attorney General Cuomo's "investigation" in this press release: "The disclosure comes after New York Attorney General Andrew Cuomo opened a probe of Chevron on allegations the company has misled shareholders about the Ecuador liability, according to news reports."

 PX 524# at 1-2

● $6 billion estimate including related Russell emails

● 30x Exxon Valdez claim, including related emails

● Cabrera independence claims

● Government contacts

 Source Link

**August 2009**

Donziger tells Hinton that his primary objective is to "[p]ressure Chevron to settle."

 Tr. (Hinton) 2158:23-2159:2

**October 22, 2009** 

ChevronToxico press release in which Defendants and/or co-conspirators use the "30x Exxon Valdez" claim.  Defendants also promote the Crude premiere in Washington D.C.

Defendants and/or co-conspirators also tout New York Attorney General Cuomo's "investigation" in this press release:  "Earlier this year, New York Attorney General Andrew Cuomo announced he was investigating Chevron to determine if company management was misleading shareholders."

 PX 527# at 2-3

## Aug. **2009**

## Oct. **2009**

**August 12, 2009**

Donziger writes to New Partners that, "[o]ur primary objective is to pressure Chevron such that they will have to settle [the] case . . . ."

 PX 7450 at 1



$6 billion estimate including related Russell emails

30x Exxon Valdez claim, including related emails

Cabrera independence claims

Government contacts

Source Link

**November 20, 2009** 

ChevronToxico press release in which Defendants and/or co-conspirators refer to Cabrera as "independent."

Defendants and/or co-conspirators also tout New York Attorney General Cuomo's "investigation" in this press release: "Separately, New York Attorney General Andrew Cuomo is investigating the company to determine if it is misleading its own shareholders about the financial risk from the Ecuador case, where damages are assessed at up to $27.3 billion, Politico reported."

 PX 7426 at 2

Nov. **2009**          Dec. **2009**

**December 30, 2009** 

ChevronToxico press release in which Defendants and/or co-conspirators use the "30x Exxon Valdez" claim.

Defendants and/or co-conspirators also tout New York Attorney General Cuomo's "investigation" in this press release: "In the United States, New York Attorney General Andrew Cuomo opened a probe of Chevron to determine if the company is misleading shareholders over the Ecuador liability."

 PX 529# at 2

● $6 billion estimate including related Russell emails    ● 30x Exxon Valdez claim, including related emails    ● Cabrera independence claims    ● Government contacts

Source Link     |     pg 26

**Timeline of Defendants' U.S. Pressure Campaign**

**June 2, 2010** 

Chevron Pit Blog Article in which Defendants and/or co-conspirators use the "30x Exxon Valdez" claim.

 PX 533# at 3

**October 6, 2010** 

ChevronToxico press release in which Defendants and/or co-conspirators use the "30x Exxon Valdez" claim.

 PX 536# at 2

**November 26, 2010**

John Entine, a reporter, emails Hinton and criticizes her for asking him to use a "canned quote written for that person after the fact by someone else" saying that "[n]o responsible journalist or journalist organization would do what [Hinton] asked for."

 PX 6887 at 1

| Jun. **2010** | Oct. **2010** | Nov. **2010** |

**June 8, 2010** 

ChevronToxico press release in which Defendants and/or co-conspirators use the "30x Exxon Valdez" claim.

 PX 534# at 2

 $6 billion estimate including related Russell emails

 30x Exxon Valdez claim, including related emails

 Cabrera independence claims

● Government contacts



**Timeline of Defendants' U.S. Pressure Campaign**

**May 2011** 

DiNapoli releases an "Investor Statement" saying, "[w]e also call upon the Company to reevaluate whether endless litigation in the *Aguinda* case is the best strategy . . . or whether a more productive approach, such as reaching an equitable negotiated settlement, could be employed . . . ."

 PX 7480 at 1

## May **2011**

**May 4, 2011**

Hinton emails Donziger and says, "[s]ince there is no one willing to put their name to anything these days, except me, you can continue to use my name, but I want to see the comment first."

 PX 1479 at 1

**May 26, 2011** 

Defendants and/or co-conspirators publish ChevronToxico press release regarding the SEC: "Separately, the private fund Trillium Asset Management has requested that the Securities and Exchange Commission (SEC) undertake a staff review to determine whether Chevron 'has appropriately disclosed to its shareholders the scope and magnitude of financial and operational risk' from the Ecuador judgment."

In this release, Defendants and/or co-conspirators also tout DiNapoli's support: "New York State Comptroller Thomas DiNapoli, who manages $780 million in Chevron stock, called on the company 'to face reality' and resolve the lawsuit, which is currently under appeal by both parties in Ecuador."

 PX 5804 at 1-2

 $6 billion estimate including related Russell emails

 30x Exxon Valdez claim, including related emails

 Cabrera independence claims

 Government contacts

Source Link

**June 30, 2011** 

Anderson from Amazon Watch sends a letter to DiNapoli stating: "Dear Comptroller DiNapoli, [i]t was a pleasure to meet you at your offices in May. Thank you very much for taking the time to meet our friends from Ecuador. . . . Thank you as well for your resolve in pressuring Chevron to abandon its antagonistic position."

 PX 7485

**August 8, 2011** 

Ben Barnes meets with DiNapoli regarding Chevron.

 PX 7487

**September 26, 2011** 

DiNapoli issues a press release urging Chevron to settle the case in a public statement: "Since taking office as New York State Comptroller four years ago, I have asked Chevron's board of directors to settle this marathon litigation and spare the company's battered reputation any further damage. The board has chosen to ignore the wishes of the many investors and observers who supported my call."

 PX 7490

Jun. **2011**    Aug. **2011**    Sept. **2011**

● $6 billion estimate including related Russell emails    ● 30x Exxon Valdez claim, including related emails    ● Cabrera independence claims    ● Government contacts

**Timeline of Defendants' U.S. Pressure Campaign**

**January 30, 2012** 

Orin Kramer, a funder for the LAPs, contributes $15,000 to DiNapoli, according to a list of DiNapoli contributors.

 PX 7493

**May 2012** 

DiNapoli issues a shareholder statement and states: "Over the course of the nearly 20 years of litigation, Chevron has suffered significant reputational damage from its attempts to defend Texaco's record in Ecuador. The current attempts to undo the Ecuadorian court's verdict only keeps the case in the public eye and further damages Chevron's reputation."

 PX 7538 at 1

**January 13, 2013** 

ChevronToxico press release in which Defendants and/or co-conspirators claim that Chevron is deceiving the SEC and shareholders.

 PX 539#

Jan. **2012**          May **2012**          Jan. **2013**

**May 25, 2012** 

DiNapoli issues a press release and states: "I urge the company's leadership to settle the case and put this issue to rest."

 PX 7498

● $6 billion estimate including related Russell emails     ● 30x Exxon Valdez claim, including related emails     ● Cabrera independence claims     ● Government contacts

Source Link                                    pg 30

**Timeline of Defendants' U.S. Pressure Campaign**

**October 3, 2013** 

Russell testifies that the LAPs' representatives, including Donziger, told him "the estimate of billions of dollars in costs was for PR purposes because no one had an accurate estimate of total costs." Russell further testifies that he was "unhappy" with what Donziger and Amazon Watch were doing with this estimate: "Donziger, Amazon Watch, and others supporting the Ecuadorian plaintiffs repeatedly cited the cost estimate on television, radio, in press releases, and to news reporters as an accurate, scientifically supported cost estimate." Russell testifies that even after he requested that the LAPs' representatives cease using his cost estimate in writing twice, they continued to publicize that number.

Russell also testifies that Donziger communicated to him that "he did not want members of the team communicating directly with the press because he wanted to be in control of the press narrative."

 PX 3200 (Russell) ¶¶ 11, 12, 22, 35

**October 30, 2013**

Rhonda Zygocki, a Chevron executive, testifies that Defendants' pressure campaign has caused economic and reputational damage to Chevron and will continue to do so.

 PX 5800 (Zygocki) ¶¶ 19-23

## Oct. **2013**

**October 9, 2013** 

Yerim Kim testifies that Defendants used Russell's $6 billion estimate in "22 press releases, articles, and similar documents that post-date February 14, 2006," the date on which Russell sent Donziger a "Cease and Desist" letter requesting that Donziger stop using the estimate.

 PX 4400 (Kim) ¶ 9; *see also* PX 764

**October 9, 2013** 

Yerim Kim testifies that Defendants used the comparison to the Exxon Valdez oil spill in "12 press releases, articles, and similar documents that post-date May 24, 2007," the date on which William Powers, Donziger's own environmental consultant, told him that the comparison was incorrect.

Kim also testifies that defendants referred to Cabrera as "independent" in "29 press releases, articles, and similar documents that post-date March 3, 2007," the date on which the LAPs' representatives and their agents discussed a plan to assist Cabrera with his damages assessment.

 PX 4400 (Kim) ¶¶ 11, 13; *see also* PX 862 at 1

● $6 billion estimate including related Russell emails    ● 30x Exxon Valdez claim, including related emails    ● Cabrera independence claims    ● Government contacts

**Timeline of Defendants' U.S. Pressure Campaign**

*11.2013 - 11.2013*

**November 10, 2013**

Hinton admits that "Mr. Donziger sometimes wanted to use what I refer to as 'fighting words' in media materials."

 DX 1500 (Hinton) ¶ 30

**November 19, 2013**

Donziger testifies that he kept facts hidden from Hinton, including that Clapp had authored one of the Cabrera annexes.

 Tr. (Donziger) 2561:15-22

**Nov. 2013**

**November 13, 2013**

Hinton admits that Donziger told her that "his goal was to increase press so that he could increase the pressure in order to get the settlement price higher."

Hinton also admits that the LAPs' representatives posted material about the Cabrera report on various websites, including ChevronToxico.com, CasoTexaco.com, and the Chevron Pit Blog.

 Tr. (Hinton) 2159:9-12, 2180:1-2181:2

● $6 billion estimate including related Russell emails    ● 30x Exxon Valdez claim, including related emails    ● Cabrera independence claims    ● Government contacts