# APPENDIX 1

# DONZIGER MAIL AND WIRE FRAUD VIOLATIONS (18 U.S.C. §§ 1341, 1343)

# MAIL AND WIRE FRAUD APPENDIX:
## 1. DONZIGER'S MANAGEMENT OF HIS TEAM

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| 1. | 9/16/2004 | David Russell | Donziger | Donziger instructs Dave Russell via email to conceal certain payments made to team members: "ignore the protocols issue for now if you need to ... when you give luis or his people anything out of your budget keep it totally confidential where only you and perhaps other person should know. this is completely sensitive for many reasons you are not aware. please reassure me. information control is critical." | PX 698 |
| 2. | 1/28/2005 | Atossa Soltani, Kevin Koenig, Leila Salazar-Lopez | Donziger | Donziger emails Amazon Watch personnel instructing them to defer to his control over the contents of press releases: "I am an expert in writing these things and I do them carefully for maximum effect for multiple audiences and even if you think there is a better way try to defer to me on this one." | PX 716 |
| 3. | 2/13/2006 | Alejandro Ponce Villacís | Donziger | Donziger emails Alejandro Ponce Villacis instructing him to offer money to Gustavo Pinto and Fernando Reyes: "Do not forget call Gustavo and Fernando per my email a week ago. You have to offer them contribution carefully." | PX 1754 at 1 |
| 4. | 2/27/2006 | Pablo Fajardo | Donziger | Donziger gives Fajardo "extensive" comments on his motion because, he says, "I think that this motion will be critically important to our fight." | PX 7550 |

# MAIL AND WIRE FRAUD APPENDIX:
## 1. DONZIGER'S MANAGEMENT OF HIS TEAM

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| 5. | 9/20/2006 | Russ DeLeon | Donziger | Donziger emails Russ DeLeon, asking him to invest in *Crude*. "The basic terms are: 1) The investors get their money back parri passu out of all revenues until they have recouped 120% of their investment; 2) then, all revenue for the life of the movie gets split 50% to the filmmakers and 50% to the investors.... The last part of the budget -- about 25% of it, or roughly $300,000 -- is still open and time is of the essence ... this case is taking up almost all of my time at the moment -- if we can pull it off, it would be huge (the real upside is the legal fees just in case that interests you)." | PX 793 |
| 6. | 11/9/2006 | Jennifer Ciplet, Atossa Soltani | Donziger | Donziger instructs Amazon Watch to post his press releases more quickly and without significant editing, "I know most releases I send do not take much editing and I also know the press releases on the Ecuador campaign are not a terrible work burden to AW because I am writing most of them." | PX 808 |
| 7. | 5/24/2007 | Atossa Soltani, Simeon Tegel, Kevin Koenig, Jennifer Ciplet, Bill Powers | Donziger | In response to Atossa Soltani's email about the inaccuracy of the Exxon Valdez contamination figure, Donziger instructs Amazon Watch that "Bill is incorrect.  We have checked this with a number of people." | PX 861 |
| 8. | 8/24/2007 | Simeon Tegel, Mitch Anderson, Atossa Soltani, | Donziger | Donziger emails Simeon Tegel, copying Mitch Anderson, Atossa Soltani and Kevin Koenig, instructing them that he has ultimate authority over the dissemination of information: "In a nutshell, nobody at AW -- including you, | PX 906 at 1 |

# MAIL AND WIRE FRAUD APPENDIX:
## 1. DONZIGER'S MANAGEMENT OF HIS TEAM

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | Kevin Koenig | | who has never even visited Ecuador with regards to the case -- is in a position to make sophisticated editorial judgments about subtle points in our press releases that have to do with rapidly moving events on the ground that we live with everyday and that you are far removed from ... We can be collaborators, but we are not equal partners. This is an important distinction." | |
| 9. | 1/28/2008 | Donziger | Luis Yanza | Yanza asks Donziger for a transfer to the secret account, stating, "I suggest that you deposit 25 thousand." | PX 963 |
| 10. | 3/30/2008 | Donziger | Douglas Beltman | Beltman and Donziger discuss revisions to the damages figures.  Donziger later testified, "I often looked and commented on and edited material Stratus was drafting." | PX 1018; 12/22/2010 Donziger Dep. 1509:17-20 |
| 11. | 6/6/2008 | Donziger, Juan Pablo Sáenz, Julio Prieto, Luis Yanza, Renato Garcia | Pablo Fajardo | Fajardo emails Saenz, Prieto, Yanza, Renato Garcia, and Donziger, saying:  "Guys, according to the order, we have to reply to a five-day motion, i.e. tomorrow Friday.  Is this done?  Is Julio signing?  See you on Tuesday in Quito." Saenz responds that he and Prieto are handling the motions. In response to Saenz's email, Donziger writes, "Juampa Get this done on time and don't fuck up please." | PX 1038 |
| 12. | 3/1/2009 | Douglas | Donziger | Donziger tells Beltman that the Exxon Valdez figure comes from "[m]y own calculations.  If that doesn't suffice then | PX 1110 at |

# MAIL AND WIRE FRAUD APPENDIX:
# 1. DONZIGER'S MANAGEMENT OF HIS TEAM

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | Beltman | | kiss my butt." | 1 |
| 13. | 5/5/2009 | Karen Hinton | Donziger | Karen Hinton emails Donziger: "I cannot believe you would play so fast and loose with something like this letter from Cuomo. This is really inexcusable. I stick my neck out to get Andrew [Cuomo] to do this for you, my client, and then this is the way you repay me.  Andrew has no interest in doing this.  He is doing this for me.  Because I asked.  Have you given the letter to Lehane? I am hoping not, but if you have, tell me. Cohen will kill me if he finds out this letter is in Lehane's hands. Has the letter gone to a wire service reporter.  If so, who?  If not, then do NOT give it to a wire service reporter yet.  Let's play this out.  I got you the WSJ article, even though you thought it would never happen.  There are people in this world -- other than yourself -- who know how to get things done.  I know that's hard for you to believe, given your own incredible fascination with yourself."  Donziger responds, "Lehane does not have the letter.  He suggested an AP reporter in New York to whom I sent the letter and this reporter, whose name is David Caruso, is supposedly doing something that will go on the wires tomorrow morning. . . . I have every right to consult with people who advise me on this case."  Hinton writes, "U should have enough respect for me and my involvement in making this letter happen.  U r not trustworthy." | PX 1133 |
| 14. | 7/2/2009 | Joseph Kohn | Donziger | Donziger sends the KSG legal team a memo, explaining his own authority over the Ecuadorian team and his role as a conduit from the U.S. legal team to the Ecuadorian team: | PX 1146 |

4

# MAIL AND WIRE FRAUD APPENDIX:
## 1. DONZIGER'S MANAGEMENT OF HIS TEAM

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | | | "All of us work on this on a full-time basis and we speak among ourselves frequently.  We also manage he [sic] client relationships and in my case I have raised significant funds for both the case in chief and ancillary activities.  All activities from KSG must be coordinated through this process, which in practice means coordinated through me. … [Kohn's firm] needs to be focused on discrete tasks within the existing structure, not overall management. . . . The key leverage point we have at this point is our ability to threaten Chevron's cash position – i.e., to get their money without going through a lengthy appeals process that drags this out for years." | |
| 15. | 3/10/2010 | Pablo Fajardo, Donziger, Luis Yanza, Laura Garr, Juan Pablo Sáenz | Julio Prieto | Prieto asks for comments regarding a motion for submission in Ecuador in connection with efforts to obstruct the Stratus 1782 proceedings. | PX 8057 at 1 |
| 16. | 5/12/2010 | Russell DeLeon | Donziger | Donziger emails DeLeon asking for additional funding: "Going forward on the next round of case investment, there is clearly going to be at least two to four weeks or so before we can pull it together with the other investors. In the meantime, our needs are pressing. Would you consider a situation where you could advance my law firm asap some or all of your limited investment so I could take care of these pressing expenses?... We are talking about a total of $250,000 or so." | PX 1344 |

# MAIL AND WIRE FRAUD APPENDIX:
## 1. DONZIGER'S MANAGEMENT OF HIS TEAM

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| 17. | 5/27/2010 | Andrew Wilson, Eric Westenberger, Jonathan Abady, Ilann Maazel, Eric Daleo, Edward Yennock, Ingrid Moll, Mathew Jasinski | Donziger | In a discussion regarding whether to appeal in the 3TM action, Donziger advocates a strategy of continued obstruction:  "I think we should appeal on the theory that we gain a greater advantage by fighting them on everything, and tying them up, than in conceding any one thing even if we expect to ultimately lose that one thing down the road. I could be convinced otherwise but I think it important we adhere to that fundamental principle of our strategy as outlined by Jim [Tyrrell] at the meeting a few weeks ago." | PX 1360 |
| 18. | 7/19/2010 | Julio Prieto | Donziger | Donziger requests a copy of a draft Ecuadorian motion: "When is a draft of the motion mentioned below going to be ready?  We'd like to read it asap." | PX 8058 at 1 |
| 19. | 9/20/2010 | Juan Pablo Sáenz | Donziger | Donziger instructs Sáenz and others "Let's not do anything rash please" in response to efforts to attack the Cabrera fraud. | PX 7465 |
| 20. | 10/20/2010 | Andrew Woods | Donziger | Donziger instructs Andrew Woods to refrain from using his name in future press releases: "[F]rom this point forward, when sending out releases, remove my name and address from bottom." | PX 1448 |

## MAIL AND WIRE FRAUD APPENDIX:
## 1. DONZIGER'S MANAGEMENT OF HIS TEAM

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|-----|------|----|----|-------------|---------|
| 21. | 1/11/2011 | Luis Yanza | Donziger | On January 10, Yanza emails Donziger, telling him he is available to talk all day, "but the most urgent thing today is the wire transfer." The next day, Donziger transfers $35,000 to the Selva Viva account. | PX 1469; PX 586 at 235; PX 4900 (Dahlberg) ¶ 50 |

# MAIL AND WIRE FRAUD APPENDIX:
## 2. FORGERY OF CALMBACHER REPORTS

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|-----|------|----|----|-------------|---------|
| 22. | 1/30/2005 | Edison Camino, David Russell | Donziger | Camino emails Russell copying Donziger and Wray regarding the Calmbacher report: "Attached is the letter to [be] signed by Chuck, 10 originals. This letter will be the first page of the Report of Perito to present in Court next thuesday [sic] 01.02.05. Each page of this report must have an initial (short sign) of Chuck, this should be bottom left or right. It will be necessary 250 pages with initial." Camino instructs Russell to send them to his attention via DHL. Donziger replies in order to address the logistics of getting Calmbacher's signature pages to Ecuador in connection with the fraudulent Calmbacher report: "I remind you that dhl will not work if we are to meet the tuesday deadline. dave must bring these down personally on monday for us to meet the deadline. i have asked alberto for his advice." | PX 718 |
| 23. | 2/4/2005 | Lago Agrio Court | Defendants | The Ecuadorian Plaintiffs file with the Lago Agrio court a report in the name of Dr. Charles Calmbacher, one of the Plaintiffs' judicial inspection experts. Dr. Calmbacher later testified under oath that he never authorized or signed this report. | PX 249; 3/29/2010 Calmbacher Dep. 112:1–8, 114:1–11; PX 3300 (McMillen) ¶¶ 19–20 |
| 24. | 2/7/2005 | Donziger | Edison Camino | Camino emails Donziger regarding the blank signature pages for the Calmbacher report arriving in Ecuador in | PX 719 at 2 |

# MAIL AND WIRE FRAUD APPENDIX:
## 2. FORGERY OF CALMBACHER REPORTS

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | | | furtherance of the fraudulent submission of the Calmbacher report, "The blank pages signed by Chuck arrived. We have the Report for Sacha 94 ready in the computer. We have to print it. We will do it this weekend. We will send it to the Court on Friday." | |
| 25. | 3/1/2005 | Donziger | Russell | Russell describes delivering Donziger's threat to Calmbacher in order to facilitate the filing of the fraudulent Calmbacher report: "I communicated your threat to Calmbacher before I left for Chicago. I also advised him that it was in his interest to comply by signing the documents and sending them to you. I don't know what is happening. Perhaps you better give him a call. . . . At this point I believe that the ball is in your court.  I have done all that I can.  I don't have any hold over Chuck to convince him to do what you want him to do."  Donziger responds that he "will take care of it[.]" | PX 721; *see also* PX 3200 (Russell) ¶ 28 |
| 26. | 3/3/2005 | Charles Calmbacher | Donziger | Donziger instructs Calmbacher to "fedex to me overnight for friday delivery a repeat of the papers you sent last time. … i am leaving saturday for ecuador and will take it down with me." | PX 722 |
| 27. | 3/8/2005 | Lago Agrio Court | Defendants | The Ecuadorian Plaintiffs file with the Lago Agrio court another report in the name of Dr. Charles Calmbacher.  Dr. Calmbacher later testified under oath that he never authorized or signed this report. | PX 250; 3/29/2010 Calmbacher Dep. 116:11– |

MAIL AND WIRE FRAUD APPENDIX:
2. FORGERY OF CALMBACHER REPORTS

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|-----|------|-----|------|-------------|---------|
|     |      |     |      |             | 117:5; PX 3300 (McMillen) ¶¶ 19–20 |

# MAIL AND WIRE FRAUD APPENDIX:
## 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| 28. | 7/26/2006 | Joseph Kohn | Donziger | Donziger updates Kohn that the Ecuadorian team is "gaining back some ground" after "Pablo met with judge today" and describes the plan to blackmail the judge into canceling the judicial inspections:  "The judge, who is on his heels from the charges of trading jobs for sex in the court, said he is going to accept our request to withdraw the rest of the inspections save the four we still want to do . . . . The judge also I believe wants to forestall the filing of a complaint against him by us, which we have prepared but not yet filed. The judge told Pablo that the Texaco lawyers came by the other day to urge him to make us do all the inspections. The judge told Pablo they were very nervous about the peritaje global." | PX 785 |
| 29. | 11/22/2006 | Donziger | Luis Yanza | In response to Donziger's instruction that the team should "set the date to request the Global Assessment as soon as possible," Yanza confirms that "we have to lobby the judge so that he's clear on the Global Assessment." | PX 811 at 1 |
| 30. | 12/21/2006 | Donziger | Pablo Fajardo | Donziger writes to Fajardo and Yanza instructing them that "it is very important that we get the order about the global assessment as soon as possible."  Fajardo updates Donziger on his *ex parte* meeting with the judge: "I met with the Judge today, and I can say that he will definitely not issue the order before the recess; he will issue it immediately afterwards." | PX 815 at 1–2 |

# MAIL AND WIRE FRAUD APPENDIX:
## 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| 31. | 1/9/2007 | Donziger, Julio Prieto, Juan Pablo Sáenz, Luis Yanza | Fajardo | Fajardo updates Donziger about his meeting with Judge Yánez, using code names: "I had a short meeting today with the Big Boss (you know who I'm talking about) [Yánez]; we discussed the start of the Global Assessment." Fajardo continues: '[W]e have approximately one month to totally and absolutely define all the details of the Global Assessment." | PX 821 |
| 32. | 3/21/2007 | Donziger | Fajardo | Fajardo emails Donziger a plan for Defendants' drafting of the Cabrera report, and assigns tasks to specific individuals, such as "Select sites for Expert Examination study," "Configure database for laboratory results," "Create expert reports," and "DELIVER REPORT TO THE COURT." The plan assigns Stratus the job of preparing a draft of the report that is to be attributed to Cabrera.  The plan also includes a detailed "Site plan for the Global Expert Examination." | PX 843 |
| 33. | 3/26/2007 | Donziger | Fajardo | After Donziger demands a plan for avoiding the appointment of anyone other than Cabrera, Pablo Fajardo responds, "The Lago Agrio messenger is waiting to meet this afternoon with the cook, to listen to his position. I suggest that the heads of Quito, Lago Agrio and NY talk at six thirty, Ecuador time. By this time the messenger will already have some news regarding what the cook is saying." | PX 845 |

# MAIL AND WIRE FRAUD APPENDIX:
## 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| 34. | 4/3/2007 | Donziger | David Chapman | Donziger requests information about who would actually write the Cabrera report and how much it would cost, and David Chapman from Stratus responds, "I think the way this would work best is that if Stratus did much of the work, putting the pieces together and writing the report. However, we would have to rely upon some in-country experts for specific areas such as forest ecology, cultural economics etc. … . How much it will cost depends in part on how much time we have to do the work." | PX 847 |
| 35. | 4/10/2007 | Josh Lipton, Ann Maest | Donziger | Donziger asks Stratus whether it is able to help with the global damages assessment: "Ann Maest suggested I write to reconnect about the Ecuador case against Chevron . . . . The case is winding down fast, and we need to prepare a damages assessment. We have a pretty deep need for some additional expertise that Stratus might be able to help us with . . . . It would help be the basis to justify a major damages claim, probably in the many billions of dollars, against Chevron --one that might be the highest ever against an oil company." | PX 848; PX 5200 (Lipton) ¶ 13 |
| 36. | 4/17/2007 | Donziger | Luis Yanza | Yanza assures Donziger that the LAP team had met with and paid Cabrera: "We have met with Richard [Cabrera] and everything is under control. We gave him some money in advance." | PX 850 |

# MAIL AND WIRE FRAUD APPENDIX:
## 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| 37. | 5/10/2007 | Pablo Fajardo | Donziger | In response to Fajardo's update that he "met with the boss. . . . Everything is alright, at least that's how we left things. . . . Next Monday or Tuesday he will issue the order that the expert be notified of his appointment. There is no turning back, he will ratify Richard and everything that's been ordered," Donziger instructs Fajardo: "[W]e need the following . . . 2) to think of anything Richard could do AGAINST us to prove his independence; 3) to try to find ways to keep Texaco from finding out much about his plan and his work; 4) to seek third parties (through Reyes) to defend Richard, if necessary. This is vital." | PX 858 at 1 |
| 38. | 6/13/2007 | Luis Yanza, Pablo Fajardo | Donziger | Donziger instructs Fajardo and Yanza to "inform the judge now that we're going to have the big march and maybe ask for his recusal during that march so that he'll get scared now," and also asks for updates on "the swearing in of Richard." | PX 872 |
| 39. | 6/22/2007 | Donziger | Pablo Fajardo | Fajardo emails Donziger directions on how to use a set of codenames and alternative email addresses: "ACCOUNT": "Hello Lagarto 3, To learn about the plan, you have to access: 1. Access Hotmail 2. The address is: examen_pericial@hotmail.com 3. The password is: Cvx.666[.]  Please do not insert any names in the document; just identify yourself as Lagarto 3. If you make a copy of the plan, don't E-mail it to anyone. Regards, Lagarto 2" | PX 874 |

# MAIL AND WIRE FRAUD APPENDIX:
## 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| 40. | 6/28/2007 | Richard Cabrera | Defendants | Fajardo files a document in Lago Agrio confirming that the LAPs paid Cabrera a court-approved payment of $59,349, through Selva Viva.  The LAPs paid Cabrera for work that he did not perform. | PX 344 |
| 41. | 7/11/2007 | Donziger, Pablo Fajardo | Julio Prieto | The LAP team discusses how best to purchase a $1 million life insurance policy for Cabrera and uses the codename "the Wao" to refer to Cabrera. | PX 881 |
| 42. | 7/26/2007 | Donziger | Luis Yanza | Yanza updates Donziger about payments to Cabrera and the need for additional money from Kohn: "Everything is going well. It is under control there at the court.  Tonight I have to coordinate the new request for money with the huao [Cabrera] in order to continue the work. . . . I estimate that we have to give the expert no less than 50 thousand now, plus the other security expenses[.]... we will already have almost nothing from the last 100 ... we need to review the budget, please, so that you can ask Jk to send another sum." | PX 888; PX 4900 (Dahlberg) ¶ 116a |
| 43. | 8/9/2007 | Donziger | Luis Yanza | Yanza sends Donziger the bank account information required for Donziger to arrange for the transmission of $50,000 for payment to "Huao." | PX 894; PX 2482 |
| 44. | 8/14/2007 | Joseph Kohn | Donziger | Donziger forwards the account information for the payment to Cabrera to Kohn, instructing him to "Pls [sic] transfer 50,000 to the following account in Ecuador."  Donziger | PX 895; PX 896; PX 897; PX |

# MAIL AND WIRE FRAUD APPENDIX:
# 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | | | explains that the money is for a "separate case-related piece of work that is being run by the Frente.  The Frente created Selva Viva simply as a pass thru mechanism to administer funds for the litigation; the Frente controls Selva Viva. This separate account will be used for same purpose under the same control of the Frente and Yanza, and will be accounted for the same way with receipts." | 4900 (Dahlberg) ¶ 116; PX 5600 (Kohn) ¶ 39; *see also* PX 2139; 1/8/2011 Donziger Dep. 3093:25–3095:10, 3096:15–3098:12; Tr. (Dahlberg) 883:25–887:2 |
| 45. | 8/17/2007 | Richard Cabrera | Amazon Defense Front | Jose Fajardo and Marisol Asimbaya, employees of the Amazon Defense Front, arrange an account-to-account transfer from the account held in the name of the Amazon Defense Front ending in 9800, the secret account, to the account held in the name of Richard Stalin Cabrera Vega ending in 1700, in the amount of $33,000. | PX 578 at 6; PX 590; PX 591; PX 593; *see also* PX 2139; PX 4900 (Dahlberg) ¶116;  PX 5600 (Kohn) ¶¶ |

# MAIL AND WIRE FRAUD APPENDIX:
## 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | | | | 78–80; DX 1750 (Donziger) ¶¶ 98–99 |
| 46. | 9/12/2007 | Donziger | Luis Yanza | Yanza asks Donziger for $50,000, explaining that they will need to pay the "Wuao [sic]," or else "the work stops" on the global assessment.  "[P]lease explain this situation to [Kohn] so that he transfers [$]30[,000] to the secret account and [$]20[,000] to SV [Selva Viva], but he can send all 50 to the secret account and then we'll pass the 20 on to SV to shorten the paperwork process and time." | PX 913; 3/23/2011 Donziger Dep. 4411:24–4414:2; Tr. (Donziger) 2652:15–19 |
| 47. | 9/12/2007 | Donziger | Luis Yanza | Yanza gives Donziger the account information for the "secret account" to facilitate payments to Cabrera and requests $50,000:  "Steven, The account number is: 39324298-00. The code to deposit in the US is: PICHECEQ. AMAZON DEFENSE FRONT [FRENTE DE DEFENSA DE LA AMAZONIA] Bank Name: PICHINCHA, LAGO AGRIO BRANCH (NUEVA LOJA). This information is in [Kohn's] office from the previous transfer. We need 50,000 more by next Monday at the latest." | PX 912 |
| 48. | 9/16/2007 | Mark Quarles | Donziger | Donziger sends an email to Mark Quarles attaching a draft of the Quarles declaration to be submitted in the SDNY before Judge Sand.  The draft declaration—as well as | PX 915 |

# MAIL AND WIRE FRAUD APPENDIX:
## 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | | | Donziger's comments—misrepresent Defendants' contacts with Cabrera:  ""I would delete para[graph] in favor of the following language, if true:  Mr. Cabrera has at all times acted independently from both the plaintiffs and the defendant.  At no time has Mr. Cabrera entertained suggestions or even met with plaintiffs or their representatives regarding his current work plan." | |
| 49. | 10/22/2007 | Richard Cabrera | Defendants | In a court order, the Ecuadorian court adds to the record Fajardo's filing of October 10, 2007 with the US $47,000.00 payment to Cabrera and Cabrera's filing of October 15, 2007 and writes, "Regarding its content, without prejudice to ordering the plaintiffs to proceed to make that payment, since the supporting documents exist, the Expert has three days to report on the compliance with the instructions given by the Judge regarding treatment of the control sample." The court also orders:  "Regarding Mr. Ralph Márquez's comments, serve a copy on Expert Cabrera so that he may observe them to the extent relevant to the expert examination. In addition, the expert must support his work with the most appropriate scientific methodologies and procedures and guarantees disclosure of the evidence and transparency. Likewise, he shall be receptive to Mr. Márquez's suggestions and all those that are proper for guaranteeing the transparency and impartiality of that work. | PX 352 at 1, 8, 10 |
| 50. | 11/16/2007 | Douglas Beltman | Donziger | Donziger tells Beltman that his preliminary report on Chevron's avoided costs "sounds awfully low."  Beltman replies with a more thorough explanation of the | PX 936 |

# MAIL AND WIRE FRAUD APPENDIX:
# 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | | | methodology.   Donziger warns Beltman not to "say or even suggest anything that backs away from the [LAP Team's] figures." | |
| 51. | 1/24/2008 | Donziger, Ann Maest | Douglas Beltman | Beltman sends Donziger and Maest the first version of the outline of the global assessment; for the majority of the tasks listed, Beltman indicates that Stratus or Stratus and its subcontractors will perform the work without any input from Cabrera. | PX 962 |
| 52. | 2/8/2008 | Donziger | Douglas Beltman | Beltman sends Donziger a chart titled "List of Annexes for PG Report" with columns for "Who will prepare" and "Attribution in PG Report."  The chart lists Stratus as one of the parties responsible for preparation of more than half of the chart entries, but never lists Stratus as an attributed source.  Indeed, many entries in the Attribution column list "Richard" alone. | PX 2433 |
| 53. | 2/26/2008 | Michael Carney, Ann Maest, others | Douglas Beltman | Beltman sends an updated list of the outstanding assignments, saying, "Here is a list of all of the pieces that we have to have written by the end of next week.  In our meeting of a week and half ago or so, I said that we needed half done by this Friday.  The reason is that after we draft them, they need to be reviewed in English, translated into Spanish, and reviewed by multiple people in Spanish.  At that time I didn't specific [sic] which of the annexes we should have finished this week, but I'm going to assign some now. … The summary Peritaje Global report (~50 | PX 976 |

# MAIL AND WIRE FRAUD APPENDIX:
## 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | | | pages … is what I will be working on mostly, and it will take most of my time over the next two weeks." | |
| 54. | 2/27/2008 | Douglas Beltman | Donziger | Beltman sends a draft of what ultimately becomes Annex K to Donziger, along with a "rough start of the Peritaje Global report," and asks Donziger if he is "on track in terms of tone, language level, and content.  He also says: If you have specific edits, great - but I haven't really read through it myself. It's more about tone, pace, and feel."  Donziger replies: "I think it's working. Keep going." | PX 979 |
| 55. | 2/29/2008 | info@translatingspanish.com | Douglas Beltman | Beltman emails translator with English draft of "Human.Tox.Annex" and "LA HUELLA DE LA TEXACO" annex to translate into Spanish. | PX 980 |
| 56. | 3/31/2008 | Cristina Cadena | Donziger | Donziger Cristina Cadena a "Table of Calculated Damages/Main Report" with a damages grand total of $16,330,608,279. | PX 1019; PX 1020; *see also* 1/8/2011 Donziger Dep. 2507:24– 2508:7 |
| 57. | 4/1/2008 | Donziger | Cristina Cadena | Cristina Cadena forwards a Microsoft Word copy of Final Cabrera Summary Report in Spanish to gringograndote@gmail.com.  The report is then forwarded | PX 1017; PX 1022; PX 1024; |

## MAIL AND WIRE FRAUD APPENDIX:
## 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|-----|------|-----|------|-------------|---------|
| | | | | to Donziger, then to Beltman and Maest.  The file is named, "Informe Sumario Version Final(Steve).doc." | PX 1025; *see also* PX 3300 (McMillen) ¶ 58; PX 4100 (Lynch) ¶¶ 3a, 8–10, 15–19 |
| 58. | 6/2/2008 | Joseph Kohn | Donziger | Donziger sends Joe Kohn a draft response to Cabrera's report misrepresenting Cabrera's independence: "Based on our review, we conclude that the Special Master's report is backed by a significant quantity of data provided by both Chevron and the plaintiffs, is scientifically defensible, is unbiased, and provides a balanced perspective on the competing interpretations of the litigants." | PX 1037 at 1–2 |
| 59. | 10/27/2008 | Ann Maest, Douglas Beltman | Jennifer Peers | Peers tells Maest and Beltman that Tania Naranjo requested "an update on where we are in responding to a set of the questions to the Perito [Expert] assigned to us."  Peers acknowledges that the responses have to be framed to create the illusion that they were written by Cabrera: "In summary, the questions assigned to us fall into 5 categories: some that are unanswerable in the timeframe . . . . We are recommending that the Perito respond with a statement that he recognizes that these costs were not included . . . I will ask Brian to clean up the language so it sounds more like the Perito and less like a comment." Beltman responds with | PX 1073 |

# MAIL AND WIRE FRAUD APPENDIX:
# 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | | | skepticism about Stratus's ability to address all of the requests regarding additional cost calculations within the existing time constraints. | |
| 60. | 12/1/2008 | ChevronToxico | Amazon Defense Coalition | A press release published on the ChevronToxico website by the Amazon Defense Coalition cites Cabrera's new damages calculation of $27 billion, referring to "the independent expert report . . . prepared by Richard Cabrera." Beltman is quoted as saying, "The $27 billion number is reasonable when one considers the extent of the damage caused by Chevron and the decades that the soil and water relied upon by tens of thousands of people have been exposed to hydrocarbons." The press release also says that "Beltman and Dr. Ann Maest, also a scientist at Stratus, said any clean-up funds in Ecuador will have to be used to remediate soils, rivers, streams, and groundwater over a 1,700 square mile area . . . ." | PX 516# |
| 61. | 12/13/2008 | Andrew Woods | Donziger | Donziger instructs Woods to comment on his proposal for changes to *Crude* in order to excise elements of it that are harmful to the LAPs. On the issue of Cabrera, Donziger writes: "You must make it clear his charge was to review the entire trial record in addition to doing his own sampling, and that he worked with 14 scientists." | PX 2465 |
| 62. | 4/14/2009 | Luis Yanza | Donziger | After Yanza sends a budget including "partial payment on Wao debt," Donziger responds, telling Yanza that "the old guy can arrange an appointment with correa . . . . Should I | PX 1122 |

# MAIL AND WIRE FRAUD APPENDIX:
# 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | | | arrange it myself with alexis, together or with you?" | |
| 63. | 7/3/2009 | Donziger | Luis Yanza | Yanza emails Donziger with the subject "very urgent" and says "we are paying Cabrera [$]10[,000] today to calm him down." | PX 1147 |
| 64. | 3/5/2010 | Jeffrey Shinder | Donziger | Donziger emails Shinder falsely misrepresenting Cabrera's independence: "Jeff, Attached is a short memo on the state of play in Denver and our thoughts about how to deal with it." The memo states, "The key expert report in the Lago litigation was produced in preliminary and final form in April and November 2008, respectively, by Ecuadorian engineer Richard Cabrera. . . . [T]he selection of Cabrera was made independently by the court. . . . In response to Cabrera's request and the judge's order, plaintiffs submitted a packet of technical material, some of which was collected from various sources, but also included certain documents prepared by Stratus Consulting, plaintiffs out-of-court, confidential environmental advisors and experts. The exact scope of this submission remains unclear. Apparently some of it was formally entered as part of the record of proceedings in Lago (note: we are not sure Chevron knows this yet), but not necessarily all of it. We are told it was about 3,000 pages." | PX 1241 |
| 65. | 3/30/2010 | Donziger, Luis Yanza, Pablo | Julio Prieto | Prieto emails Donziger, Yanza, and Fajardo warning them that disclosing their communications to Chevron could expose them to criminal liability: "Today Pablo and Luis | PX 1279; 1/19/2011 Donziger |

# MAIL AND WIRE FRAUD APPENDIX:
## 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | Fajardo | | were kind enough to tell us what was going on in Denver, and the fact that certainly ALL will be made public, including correspondence. From what you say we must prepare ourselves to minimize the effects . . . [T]he problem, my friend, is that the effects are potentially devastating in Ecuador (apart from destroying the proceeding, all of us, your attorneys, might go to jail), and we are not willing to minimize our concern and to sit to wait for whatever happens. For us it is NOT acceptable for the correspondence, the e-mails, between Stratus and Juanpa and myself be divulged . . . . " | Dep. 3362:7-16; 3363:8-20; 3387:22-3388:4; Tr. (Donziger) 2572:12-17; PX 3100 (Bogart) ¶¶ 4, 14 |
| 66. | 4/21/2010 | Ilann Maazel, Andrew Wilson, Eric Westenberger, Steven Donziger, and others | Jonathan Abady | Abady emails co-counsel instructing them to make sure that the Chapman deposition scheduled for two days later be cancelled:  "Not everyone was copied on the emails which followed this one in which we received the astonishing news that Marty is serving up someone from Stratis [sic] Friday for a deposition!!!! Not sure how this happened but Gibson is attempting to confirm travel for Friday. Urgent that the dep be cancelled immediately – tonight!" | PX 1292 |
| 67. | 4/23/2010 | Ilann Maazel, Eric Westenberger, Jonathan Abady, Donziger | Andrew Wilson | After Chapman's deposition, Andrew Wilson of Emery Celli writes that "Chapman did an excellent job of not remembering anything – but Chevron will be able to do side-by-side comparisons of Stratus work product and [Cabrera's] report to a judge that will smell bad," and accordingly, "we need to be able to coordinate our witnesses based on our story." | PX 1302 |

# MAIL AND WIRE FRAUD APPENDIX:
## 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|-----|------|-----|------|-------------|---------|
| 68. | 5/5/2010 | Eric Westenberger | Donziger | Westenberger emails Donziger: "Steve, it is accurate to say that we did not propose Cabrera for the global damages expert, correct?" Donziger responds: "Yes." | PX 1324 |
| 69. | 5/5/2010 | U.S. District Court, District of Colorado | Defendants | The LAPs file the "seriously misleading" Fajardo declaration in the Stratus 1782 action. | PX 1325 |
| 70. | 6/1/2010 | Jonathan Abady, Andrew Wilson, Ilann Maazel, Eric Westenberger | Donziger | Donziger warns that disclosure of Cabrera's verbatim adoption of the Stratus materials would be unwise: "There will be negative fallout in a number of areas. We could probably absorb it, but we need to probe what it means at a time we are trying to raise money and keep the shaky ship afloat. Might be better to be general but I too want to hear what people think." | PX 1364; PX 3100 (Bogart) ¶ 13 |
| 71. | 6/14/2010 | James Tyrrell, Eric Westenberger, Eric Daleo | Donziger | Donziger warns Patton Boggs that delaying the filing of the submission in Ecuador requesting leave to file supplemental damages reports would be harmful, because "there is an increasing risk that our 'cleansing' process is going to be outrun by the judge and we will end up with a decision based entirely on Cabrera. Absent our intervention ASAP, they believe the judge could issue autos para sentencia in about 3-4 weeks, which would in effect bar our remedy to the Cabrera problem." | PX 1370 |

# MAIL AND WIRE FRAUD APPENDIX:
## 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| 72. | 6/23/2010 | Eric Westenberger | Donziger | Donziger asks when Patton Boggs will retain cleansing experts, noting, "We need to move on this…and once you choose a candidate or narrow the candidate(s), I would like the oppty to talk to the chap(s) with you." Westenberger responds: "Understood. We are moving on this hard." | PX 1384 |
| 73. | 6/26/2010 | U.S. District Court, Southern District of California | Defendants | The LAPs file the misleading Fajardo Declaration in the E-Tech 1782 action in the Southern District of California. | PX 1327 |
| 74. | 6/28/2010 | U.S. District Court, District of Columbia | Defendants | The LAPs file the misleading Fajardo Declaration in the District Court for Washington, D.C. | PX 2479 |
| 75. | 8/18/2010 | Donziger, Eric Westenberger, Jonathan Abady | Adlai Small | Small tells Donziger and the legal team that the cleansing reports should "address Cabrera's findings in such a subtle way that someone reading the new expert report (the Court in Lago or an enforcement court elsewhere) might feel comfortable concluding that certain parts of Cabrera are a valid basis for damages." | PX 1410 |
| 76. | 8/23/2010 | U.S. Court of Appeal for the | Defendants | The LAPs file the June 21, 2010 Lago Agrio submission in *Republic of Ecuador v. Chevron Corp.*, Case No. 10-1020 | PX 2514 |

# MAIL AND WIRE FRAUD APPENDIX:
## 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | Second Circuit | | (2d Cir. Aug. 23, 2010). | |
| 77. | 8/24/2010 | U.S. District Court, District of North Carolina | Defendants | The LAPs file the misleading Fajardo Declaration in the Champ 1782 action in North Carolina. | PX 1333 |
| 78. | 8/25/2010 | U.S. District Court, District of New Mexico | Defendants | The LAPs file the misleading Fajardo Declaration in the Kamp 1782 action in New Mexico. | PX 1332 |
| 79. | 8/28/2010 | U.S. District Court, Southern District of New York | Defendants | The LAPs file the misleading Fajardo Declaration and the June 21, 2010 Lago Agrio submission in the Donziger 1782 action. | PX 1331; PX 2516 |
| 80. | 11/16/2010 | U.S. District Courts: District of Vermont, District of Maryland, District of Massachusetts, Western District of | | The LAPs file the misleading Fajardo Declaration in five U.S. district courts where Chevron filed 1782 actions against the LAPs' "cleansing" experts. | PX 1329; PX 1330; PX 1334; PX 1335; PX 1336; PX 1338 |

# MAIL AND WIRE FRAUD APPENDIX:
## 3. CABRERA GHOSTWRITING FRAUD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|-----|------|----|----|-----|-----|
|  |  | Virginia, Southern District of Ohio |  |  |  |
| 81. | 6/26/2012 | U.S. District Court, Southern District of Florida | Defendants | The LAPs file the misleading Fajardo Declaration in the Banco Pichincha 1782 action in the Southern District of Florida. | PX 1340 |

# MAIL AND WIRE FRAUD APPENDIX:
## 4. ZAMBRANO BRIBERY & JUDGMENT GHOSTWRITING

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| 82. | 6/5/2009 | Donziger | Pablo Fajardo | Fajardo tells Donziger that he will assign intern Brian Parker some research for "our legal alegato and the judgment, but without him knowing what he is doing." | PX 1137 at 1 |
| 83. | 6/18/2009 | Julio Prieto, Juan Pablo Sáenz, Donziger | Pablo Fajardo | Fajardo circulates materials for the LAPs' "alegato and …." Portions of these materials, including an email regarding the use of a post-judgment trust, appear verbatim in the judgment. | PX 437 |
| 84. | 9/15/2009 | Juan Pablo Sáenz, Julio Prieto, Luis Yanza, Donziger | Pablo Fajardo | Fajardo emails Donziger and the Ecuadorian legal team updating them on the status of the "puppeteer." He says "I think that everything is quiet . . . . The puppeteer is pulling the string and the puppet is returning the package . . . . By now it's pretty safe that there won't be anything to worry about . . . . The puppet will finish off the entire matter tomorrow . . . . I hope they don't fail me . . . ." Saenz responds, "[l]et's cross our fingers." | PX 1753 at 1 |
| 85. | 10/27/2009 | Luis Yanza, Donziger | Pablo Fajardo | Fajardo sends Donziger and Yanza an email with subject "NEWS." The email says only, "The puppeteer won't move his puppet unless the audience pays him something…" | PX 1751 |
| 86. | 12/29/2009 | Donziger, Luis Yanza | Pablo Fajardo | After Donziger explains that he told "the new law firm" that "the judgment will be issued no later than May-June," Fajardo updates him on the status of the judgment: | PX 1202 |

## MAIL AND WIRE FRAUD APPENDIX:
## 4. ZAMBRANO BRIBERY & JUDGMENT GHOSTWRITING

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|-----|------|----|----|-------------|---------|
|  |  |  |  | "Comrade, the thing is more or less under control. Those times I provided there are not real . . . for sure they are far less. When you come I'll tell you the details, which I can't share by email. I think the plan for the judgment will be fulfilled. I'm not 100 percent sure, but I'm 99.99 percent sure." |  |

# MAIL AND WIRE FRAUD APPENDIX:
## 5. DONZIGER PRESSURE CAMPAIGN

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| 87. | 11/11/2004 | Cristobol Bonifaz, Alberto Wray, others | Donziger | Donziger e-mails Bonifaz and others on the LAP team informing them of "good news on the investor front." Donziger says that Alan Hevesi will host a meeting on November 22 at his office "for several shareholders and high-level ChevTex officials. Hevesi will likely co-sponsor the shareholder resolution against CVX on the Ecuador issue, and CALPERS has pledged to vote for it. . . . the fact Hevesi is willing to make this commitment is huge." | PX 708 |
| 88. | 5/10/2005 through 5/30/2005 | Cristóbal Bonifaz | Donziger, Alberto Wray, Joseph Kohn | Donziger and Bonifaz discuss pushing Ecuador to file criminal charges against Chevron attorneys: "[I]f this penal case is brought, this will be on the wires all over the world and it will really raise the cost to CVX." Donziger agrees to prepare a document for the Procurador, and Bonifaz follows up with him a few weeks later, asking for the document "so that I can try to get the Procurador to file the criminal charges for fraud." Donziger responds that Olga Lucia Gomez will be sending it the next day, and Bonifaz exclaims, "Great. You have no idea how important this is going to be for the case." | PX 2373R; PX 2373# |
| 89. | 10/3/2005 | Joseph Kohn | Donziger | Donziger sends "Roll-Out Plan" memorandum to Kohn, outlining steps to take "in order to fully leverage the criminal investigation of the Chevron executives." Donziger's plan also discusses other aspects of the pressure campaign. | PX 734 |

# MAIL AND WIRE FRAUD APPENDIX:
## 5. DONZIGER PRESSURE CAMPAIGN

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| 90. | 11/1/2005 | Chris Lehane, Joseph Kohn | Donziger | Donziger sends Chris Lehane and Joe Kohn a letter to send to the SEC regarding the Lago Agrio litigation and discusses whether it would be preferable for Amazon Watch to sign the letter or whether it would be more effective for the purpose of the pressure campaign if the letter were signed only by shareholders: "In terms of press coverage, do you think it would be more effective for AW to send the SEC letter quickly (like next week), with Hevesi hopefully following up in a few weeks referencing it, or wait longer and try to possibly get Hevesi to sign the letter with the other shareholders without AW so it is a shareholder letter rather than an activist letter?" | PX 736 |
| 91. | 1/24/2006 | Simeon Tegel | Donziger | Donziger instructs Simeon Tegel of Amazon Watch to send the SEC letter and related press release in connection with the pressure campaign: "working on both right now. I am swamped. just send the letter and memo to sarah and let her finalize them and I will go with that." | PX 748 |
| 92. | 2/1/2006 | Atossa Soltani, Simeon Tegel, Leila Salazar-Lopez | Donziger | Donziger emails Amazon Watch instructing them to take further steps with respect to the SEC aspect of the pressure campaign: "You guys did a great job with that SEC ltr. I suggest AW seek a meeting with Cox or one of his deputies in Washington at the SEC to press for them to open a real investigation . . . U can get a lot of legs out of this if it is exploited with a little follow-up. The key here to your strategy as I see it is to keep this alive and active so it is hanging over their heads as long as possible, and so it can | PX 759 |

# MAIL AND WIRE FRAUD APPENDIX:
## 5. DONZIGER PRESSURE CAMPAIGN

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | | | be used to get other shareholders to write their own ltrs." | |
| 93. | 2/23/2006 | Atossa Soltani, Leila Salazar-Lopez, Simeon Tegel | Donziger | Donziger emails Amazon Watch instructing them to send a letter to the SEC—despite lacking new remediation cost estimates—without disavowing the Russell cost estimate: "I think u should send the SEC letter ASAP, making that slight change that another report will be coming with a multi-billion damage figure, without disavowing or mentioning Russell's report. My concern is that if we wait until next week, we might really miss the opportunity because they could end the investigation before then, and we will certainly miss the momentum." | PX 768 |
| 94. | 6/14/2006 | Alejandro Ponce Villacís | Donziger | Donziger instructs Alejandro Ponce Villacis to "prepare a detailed plan with the necessary steps to attack the judge through legal, institutional channels and through any other channel." | PX 779 |
| 95. | 7/12/2006 | Daria Fisher Page, Aaron Marr Page | Donziger | Donziger instructs his interns to continue "feeding" the SEC material while acknowledging, "I sort of feel this is bogus." | PX 781 |
| 96. | 8/4/2006 | Benjamin Goldstein | Donziger | Donziger emails Ben Goldstein a draft letter to the U.S. Department of Justice and the U.S. Securities and Exchange Commission asking them to "investigate recent acts by the Chevron Corporation in Ecuador that appear to violate the Foreign Corrupt Practices Act," and instructs him to "[p]ut | PX 787 |

# MAIL AND WIRE FRAUD APPENDIX:
## 5. DONZIGER PRESSURE CAMPAIGN

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | | | it all together like I showed you." | |
| 97. | 2/7/2007 | Kevin Koenig | Donziger | Donziger asks Amazon Watch about potential contacts within Comptroller DiNapoli's office, and tells them that "the advantage of a guy like this [referring to DiNapoli] is that he is political, meaning, if we show him how he can look good going after chevron [sic], he might be even more likely to help us." | PX 7420 |
| 98. | 2/27/2007 | Simeon Tegel, Kevin Koenig | Donziger | Donziger instructs Amazon Watch to prepare for the imminent announcement of Cabrera's appointment in order to maximize its impact for the pressure campaign: "We need to get our shit together, because tomorrow (Wed) the judge is issuing a very important announcement that will name the perito for the final damages assessment and provide a strict time frame to complete it. We want to get the press release up on the site as soon as possible as soon as it happens. The draft of a release is attached. We also want it out on the PR newswire if possible. I also need feedback on the open letter to the shareholders." | PX 829 |
| 99. | 3/20/2007 | Maria Guadalupe De Heredia | Donziger | Donziger instructs the LAP team to work harder to conceal the ROE's efforts to influence the case in the LAPs' favor: "The press release about the President is putting us at risk. We have to be very, very careful. The press release portrays Correa and his government as meddling in the case in our favor. That's bad because that gives Texaco a weapon to attack us with now and in the future when the case goes | PX 841; PX 2374 |

# MAIL AND WIRE FRAUD APPENDIX:
## 5. DONZIGER PRESSURE CAMPAIGN

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | | | back to the United States . . . . The idea that he's 'helping us' with evidence is terrible for the case's image. It looks like the case is more of a circus than justice." | |
| 100. | 8/27/2007 | Raul Herrera, Manuel Garcia | Donziger | Donziger instructs Raul Herrera and A Manuel Garcia and to bring up the following topics in their meeting with the Procurador: "1)Try to re-ignite his interest in the fraud complaint to the DOJ originally made by Borja. It would be great if he could write another letter to the DOJ to keep it alive, and allow us to exploit it for press purposes. 2) Find out about the issue of gov expenditures in Sucumbíos and Orellana." | PX 907 |
| 101. | 9/3/2007 | Pablo Fajardo, Lupita Heredia, Julio Prieto, Juan Pablo Sáenz | Donziger | Donziger expresses his anger about the potential "disaster" that would take place if Havoc were inspected, and proposes was in which the Havoc inspection can be stopped:   "We accuse them all, including the judge, of CORRUPTION for still even thinking of ordering an illegal inspection with no basis in the law in order to favor a corrupt transnational that is killing innocent Ecuadorians ... Every time there is a meeting with the Judge on the HAVOC matter, we go with a camera to film the corrupt people and we tell the media that an 'event' is going to take place, like that time two years ago with me and Luiz (sic)." | PX 909 |
| 102. | 1/8/2008 | Andrew Woods | Donziger | Donziger instructs Andrew Woods that in order to "deliver[] a bunch of checks to DeNapoli [sic] today," Woods needs to "[f]ind my personal check book (the little one) and write a | PX 1095 |

# MAIL AND WIRE FRAUD APPENDIX:
## 5. DONZIGER PRESSURE CAMPAIGN

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | | | check to DeNapoli [sic] 2010 and sign my name." Donziger then instructed Woods to call him before delivery, because he was "worried this might not be a great idea." | |
| 103. | 3/17/2008 | Cristopher Cox, Chairman, SEC | Amazon Watch | Atossa Soltani of Amazon Watch sends a 9-page letter to Christopher Cox, SEC Chairman, to "follow up on our request in January 2006 that the SEC impose sanctions on [Chevron] for violations of its disclosure obligations[.]" The letter cites the $6 billion cost estimate and refers to Cabrera as "independent." A March 17 email shows that Steven Donziger helped draft this letter. | PX 497# |
| 104. | 7/11/2008 | Karen Hinton | Donziger | In response to Karen Hinton's email stating that she "spoke with Andrew Cuomo this morning and told him about the lawsuit and the comptroller's office, etc.," Donziger instructs Hinton to schedule a meeting with Cuomo and Ben Barnes. | PX 1048 |
| 105. | 8/11/2008 | Maria Garces, Luis Yanza, Pablo Fajardo, Maria Eugenia Lopez, Joseph Mutti, Julio Prieto, Juan Pablo Sáenz, Karen Hinton | Donziger | Donziger emails the LAPs' communications team instructing them to tell the Correa administration not to discuss their support for the LAPs publicly: "We've been totally screwed by Isabela Ordonez, that bitch reporter from Dow Jones in Houston, who is Ecuadorian. She's written three articles . . . they're very biased in favor of Chevron . . . I suggest a strategy: 1) We put a memo on the web site about Ordonez with all the incorrect facts. 2) We explain to all the ministers and to Correa that they shouldn't say ANYTHING public about the case except that the | PX 1058 |

# MAIL AND WIRE FRAUD APPENDIX:
## 5. DONZIGER PRESSURE CAMPAIGN

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|-----|------|-----|------|-------------|---------|
| | | | | government has nothing to do with it. That is key. What Correa said on Saturday was terrible, and it's half our fault for not having told him. 3) When we see foreign journalists who are obviously biased, let's not give them interviews, and let's manage it from here with their bosses and through Karen. And let's warn the judges and others in Ecuador about suspicious journalists." | |
| 106. | 4/2/2009 | Mitch Anderson, Kevin Koenig, Atossa Soltani | Donziger | Donziger sends a draft letter for Andrew Cuomo to Amazon Watch requesting comment.  Donziger's draft represents Cabrera as "a court-appointed technical expert." | PX 7441 |
| 107. | 4/22/2009 | Alexis Mera, Luis Yanza | Donziger | Donziger emails Alexis Mera requesting a meeting with Correa: "Mr. Yanza and I would like to request an appointment with you and President Rafael Correa for May 4, 5, or 6 . . . The topic of the meeting we are seeking is to explain new details about Chevron's strategies in Washington against the government of Ecuador and steps that President Correa can take to neutralize Chevron . . . " | PX 1126 |
| 108. | 5/4/2009 | Chevron | Attorney General Andrew Cuomo | New York State Attorney General Andrew Cuomo writes a letter to Chevron regarding the potential liability associated with the Lago Agrio litigation. The letter says, among other things, "Given the fact that both New York State and New York City public pension funds hold substantial Chevron shares and that many New Yorkers are also shareholders (including Amnesty International USA), this office has an | PX 1131 |

# MAIL AND WIRE FRAUD APPENDIX:
## 5. DONZIGER PRESSURE CAMPAIGN

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| | | | | interest in ensuring that public statements about the litigation are accurate and complete." The letter also states that "a technical expert has estimated . . . damages assessed against Chevron may be as high as $27 billion," using language similar to that used by the LAP team. | |
| 109. | 5/25/2009 | Chevron Shareholders | Amazon Watch | Letter from Amazon Watch to Chevron Shareholders alleging Chevron management had "failed to adequately discharge their fiduciary duties" by misrepresenting the Company's liabilities in Ecuador. | PX 7542 |
| 110. | 6/21/2009 | Juan Pablo Sáenz, Pablo Fajardo, Julio Prieto, Luis Yanza | Donziger | Fajardo emails the LAPs' legal team informing them about an article in El Universo which calls on the state to "spend $96 million to remediate the environmental waste, including that left by Chevron." Donziger replies and instructs Juan Pablo Sáenz: "You have to go to Correa to put an end to this shit once and for all." | PX 1142 |

# MAIL AND WIRE FRAUD APPENDIX:
## 6. DONZIGER FRAUD UPON KOHN AND BURFORD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| 111. | 6/14/2005 | Carol Kusner (Kohn Swift & Graf), Joseph Kohn | Donziger | Donziger emails Carol Kusner of KSG wire transfer account information, copying Kohn, describing the account set up for transfers of money to Ecuador: "[W]e have a separate bank account in Ecuador just to administer the funds for the case. This account is in the name of Selva Viva, a company we created here that is owned by the leaders of the case, namely Luis Yanza. I am an officer of this company, which is a pass-through vehicle for funds for the case. In the future, all payments that go into Ecuador for either the tech or legal teams will go to Selva Viva where this account will distribute them as appropriate." | PX 732; 2137; PX 2142; PX 2147; PX 4900 (Dahlberg) ¶¶ 7d, 77 |
| 112. | 10/27/2005 | Joseph Kohn | Donziger | Kohn emails Donziger that he is wiring money to the Ecuadorian attorneys as well as Amazon Watch: "I am sending 50k to Luis by friday and will send a second 50 in a week or two."  Donziger responds: "Please never take my requests for money to be presumptuous.  I know you are committed to this ... Also, if you could process at least one of my old invoices, I would be most appreciative." | PX 735 |
| 113. | 6/12/2007 | Luis Yanza | Donziger | Donziger and Yanza discuss the details of the secret account and how to fund it.  Donziger asks Yanza "How do you want to do the second account?"  Yanza recommends that the bank account should be "a savings account at a Quito bank in the name of someone absolutely trustworthy" and | PX 869; PX 870; PX 871; PX 912; PX 4900 |

# MAIL AND WIRE FRAUD APPENDIX:
## 6. DONZIGER FRAUD UPON KOHN AND BURFORD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|-----|------|-----|------|-------------|---------|
| | | | | names Donald Moncayo as one possibility.  Yanza also suggests that "[g]iven the urgency . . . 5,000 or 10,000 [dollars] be sent to my personal account and I can transfer it to the new secret account."  Donziger asks whether they need more money for the new account.  Yanza tells Donziger," the first wire transfer is only to open the other account. Once we have the other account I'll immediately transfer all the money to that account." He also tells Donziger that he needs at least $2,000 to open the secret account.  Donziger asks whether the $100,000 recently transferred from Kohn to the Selva Viva Account ending in 5004 can be used to open the other account.   Yanza then tells Donziger, "The expert has been sworn in. We are very happy here at the office.  Pablo is arriving in 15 minutes." A few hours later, he tells Donziger, "The most pressing thing is to get confirmation on whether JK already sent it today, to get the paperwork started right now. What I don't know is whether I should open it in Lupe or Donald's name. I prefer Lupe because the account would be opened in Quito and that would make things easier since we're in Quito, although I trust Donald." | (Dahlberg) ¶¶ 116-18 |
| 114. | 7/25/2007 | Joseph Kohn, Karen Wilson | Donziger | Donziger instructs Kohn to wire money for payment to Fernando Reyes: "CAN U PLEASE WIRE 3,000 TO THIS INDIVIDUAL, FERNANDO REYES . . . HE IS AN EXPERT ON REINJECTION TECHNOLOGY AND HIS WORK IS EXTREMELY IMPORTANT." | PX 887 |

# MAIL AND WIRE FRAUD APPENDIX:
## 6. DONZIGER FRAUD UPON KOHN AND BURFORD

| NO. | DATE | TO | FROM | DESCRIPTION | SOURCES |
|---|---|---|---|---|---|
| 115. | 9/16/2007 | Karen Wilson | Donziger | Donziger instructs Karen Wilson in Kohn's office to transfer the $50,000 to the secret account: "The 50,000 to the Frente goes to the second account -- the one Kathy was questioning a few weeks ago, not the primary account to which we usually transfer funds." | PX 916 |
| 116. | 2/8/2008 | Kohn | Donziger | Donziger instructs Kohn to send $80,000 to Stratus and $20,000 to the Banco Pichincha account in the name of the Amazon Defense Front ending in 9800. | PX 965 |
| 117. | 3/5/2008 | Donziger | Karen Wilson | Karen Wilson asks Donziger where to send a wire transfer and lists the information for the Amazon Defense Front account ending in 9800, the secret account, and the Selva Viva account ending in 5004.  Donziger responds that the wire transfer should be sent to the Selva Viva account "the one you usually send wires to." | PX 984 |