UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>STEVEN DONZIGER *et al.*,<br><br>          Defendants. | 11-CV-0691<br><br>The Honorable Lewis A. Kaplan, U.S.D.J.<br>The Honorable James C. Francis, U.S.M.J. |

**DEFENDANTS' MOTION
TO EXTEND POST-TRIAL BRIEFING SCHEDULE**

Defendants hereby move for a second moderate extension of the briefing schedule.

This Court granted only a four (4) day extension of time on the briefing schedule on December 19, 2013 (DI 1845) noting that "much less demanding reply briefs" could be filed by January 10, 2014.  Since that date, Chevron has filed well over 500 pages of briefing and proposed findings of fact and conclusions of law, in addition to numerous exhibits and timelines.

Defendants do not possess the resources to respond to all of this material within a mere eighteen (18) days, however, for the sake of giving them a reasonable opportunity to deal at least with the most salient points, defendants request a two week extension of time, until January 24th to file reply briefs.

The Donziger defendants join this motion.

Chevron, not surprisingly, opposes it.

Defendants have no objection to an extension that would apply to all parties.

Respectfully submitted,

Date: January 6, 2014 	GOMEZ LLC
	Attorney At Law

	By:	s/ Julio C. Gomez
		Julio C. Gomez

		The Sturcke Building
		111 Quimby Street, Suite 8
		Westfield, NJ
		Telephone: 908.789.1080
		Facsimile: 908.789.1081
		Email: jgomez@gomezllc.com

		*Attorney for Defendants*
		*Hugo Gerardo Camacho Naranjo and*
		*Javier Piaguaje Payaguaje*

1