UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

CHEVRON CORPORATION,

        Plaintiff,

v.

STEVEN DONZIGER *et al.*,

        Defendants.

11-CV-0691

The Honorable Lewis A. Kaplan, U.S.D.J.
The Honorable James C. Francis, U.S.M.J.

**DEFENDANTS' MOTION
TO EXTEND POST-TRIAL BRIEFING SCHEDULE**

<u>Memorandum Endorsement</u>                    <u>Cheron Corp. v. Donziger, 11 Civ. 0691 (LAK)</u>

      Defendants move for an extension of the schedule for the filing of reply memoranda from January 10, 2014, itself an extended date, to and including January 24, 2014. The motion [DI 1853] is granted to the extent that reply memoranda by all parties shall be filed and served no later than January 21, 2014.

      SO ORDERED.

Dated:      January 7, 2014

_____
Lewis A. Kaplan
United States District Judge