UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEVRON CORPORATION,

        *Plaintiff*,

v.

STEVEN DONZIGER, *et al.*,

        *Defendants*.

No. 11-CIV-0691 (LAK)

## NOTICE OF MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION OF STEVEN R. DONZIGER, THE LAW OFFICES OF STEVEN R. DONZIGER, AND DONZIGER & ASSOCIATES, PLLC

PLEASE TAKE NOTICE that upon the memorandum of law submitted herewith, defendants Steven R. Donziger, The Law Offices of Steven R. Donziger, and Donziger & Associates, PLLC, by and through their undersigned counsel, move this Court for an order dismissing this action for lack of jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3).

Respectfully submitted,

*/s/ Richard H. Friedman*
RICHARD H. FRIEDMAN
FRIEDMAN | RUBIN
1126 Highland Avenue
Bremerton, WA 98337
Tel: (360) 782-4300
Fax: (360) 782-4358

*/s/ Zoe Littlepage*
ZOE LITTLEPAGE
LITTLEPAGE BOOTH
2043A West Main
Houston, TX 77098
Tel: (713) 529-8000
Fax: (713) 529-8044

*Of Counsel:*

DEEPAK GUPTA
GUPTA BECK PLLC
1625 Massachusetts Avenue, NW
Washington, DC 20036
Tel: (202) 888-1741
Fax: (202) 328-7030

*/s/ Steven R. Donziger*
S<small>TEVEN</small> R. D<small>ONZIGER</small>
245 W. 104th Street, #7D
New York, NY 10025
Tel: (212) 570-4499
Fax: (212) 409-8628

January 22, 2013

*Attorneys for Steven R. Donziger, Law Offices of Steven R. Donziger, and Donziger & Associates, PLLC*