```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHEVRON CORPORATION,

                Plaintiff,

        -against-                                 11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Chevron on November 26, 2013 marked for identification as Court Exhibit D a list of its objections to defendants' trial exhibits.[1] The parties agreed that the list included all of defendants' exhibits, with the exception of DX 8095.[2] The list was received in evidence.[3] At the Court's request, the parties jointly submitted on February 21, 2014 an updated version of Court Exhibit D, which includes DX 8095. The parties all agree that Court Exhibit D now includes all of defendants' exhibits entered at trial.

        The list thus submitted shall be docketed as an attachment to this Order.

        SO ORDERED.

Dated:      February 24, 2013

                                                      Lewis A. Kaplan
                                               United States District Judge

---

[1] Tr. 2957:8-2959:11.

[2] *Id.*

[3] *Id.*