UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHEVRON CORPORATION,

               Plaintiff,

     -against-                                    11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

               Defendants.
------------------------------------------------x

## ERRATA

LEWIS A. KAPLAN, *District Judge.*

        The opinion filed in this action on March 4, 2014 is corrected as follows:

        1.      The third sentence in the second full paragraph on page 315 is corrected to read: "In addition, it is threatened with the risk of further disruptive pre-judgment attachment in foreign countries, as occurred in Argentina,[1254] with the risk that some foreign country will enforce the Judgment, and with additional enforcement proceedings, including pre-judgment attachment, in the United States."

        2.      The first sentence of the fourth full paragraph on page 325 is corrected to read: "In late February and early March 2007, Donziger and Fajardo, having concluded that Cabrera would cooperate with them, were giving him the 'hard sell' to accept the global expert appointment."

        3.      The last sentence on page 325 is corrected by substituting "Cabrera" for "he."

        SO ORDERED.

Dated:      March 6, 2014

                                                              _____
                                                                   Lewis A. Kaplan
                                                            United States District Judge

[USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/6/2014]