USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

      -against-                           11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------------------------------x

## SECOND ERRATA

LEWIS A. KAPLAN, *District Judge.*

        The opinion filed in this action on March 4, 2014, as corrected by order dated March 6, 2014, is corrected further as follows:

        1.     The first sentence on page A-54 of the Appendices to the Opinion is corrected to read: "In sum, the Court finds that the Judgment, although it purported not to rely on the Cabrera Report, did so rely at least (1) for the pit count – which drove its largest damages award, (2) for the potable water damages award, and (3) by virtue of its reliance on the Barnthouse report."

        2.     The first sentence of the final paragraph on page 280 is corrected to read: "In this particular instance, Guerra told the Chevron investigators very early on that (1) Zambrano told Guerra to go to Chevron and 'have them give me [Zambrano] around 500 and see how much they give you, . . . have them bring the judgment, we dress it up here and we issue it,' (2) Guerra's attempt to do so was unsuccessful, (3) Zambrano later told Guerra that he '[made] contact with the other side . . . [and] ultimately, he sets it up . . . with Fajardo,' and (4) 'they offered him . . . half a million dollars . . . [b]ut to be paid later.'[1137]"

SO ORDERED.

Dated:     March 10, 2014

                                                                     Lewis A. Kaplan
                                                               United States District Judge