UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>STEVEN R. DONZIGER, LAW OFFICES OF STEVEN R. DONZIGER, and DONZIGER & ASSOCIATES PLLC<br>　　　　　*Defendants*. | No. 11-CIV-0691 (LAK)<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Defendants Hugo Gerardo Camacho and Javier Piaguaje Payaguaje appeal to the United States Court of Appeals for the Second Circuit from the Judgment As To Donziger Defendants and Defendants Camacho and Piaguage (Doc. 1875), and Opinion (Doc. 1874), both entered in this action on the 4th day of March, 2014.

Dated:  March 18, 2014

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Julio C. Gomez*
　　　　　　　　　　　　　　　　　　　　　　　　GOMEZ LLC
　　　　　　　　　　　　　　　　　　　　　　　　Attorney At Law
　　　　　　　　　　　　　　　　　　　　　　　　111 Quimby Street, Suite 8
　　　　　　　　　　　　　　　　　　　　　　　　Westfield, NJ 07090
　　　　　　　　　　　　　　　　　　　　　　　　(908) 789-1080

　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*
　　　　　　　　　　　　　　　　　　　　　　　　*Hugo Gerardo Camacho and*
　　　　　　　　　　　　　　　　　　　　　　　　*Javier Piaguaje Payaguaje*

TO:　　Catherine O'Hagan Wolfe, Clerk
　　　　U.S. Court of Appeals for the Second Circuit
　　　　Thurgood Marshall United States Courthouse
　　　　40 Foley Square
　　　　New York, NY 10007

　　　　Randy M. Mastro
　　　　Gibson, Dunn & Crutcher LLP
　　　　200 Park Avenue
　　　　New York, NY 10166

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Appeal was served on March 18, 2014, via the Court's CM/ECF system upon all parties required to be served.

Dated: March 18, 2014

*/s/ Julio C. Gomez*
GOMEZ LLC
Attorney At Law
111 Quimby Street, Suite 8
Westfield, NJ 07090
(908) 789-1080

*Attorney for Defendants*
*Hugo Gerardo Camacho and*
*Javier Piaguaje Payaguaje*

2