# EXHIBIT I



WRITER'S DIRECT LINE: 305.376.6057
WRITER'S E-MAIL ADDRESS: CLOSEGO@GUNSTER.COM

May 17, 2013

*Via Hand Delivery*

Stephen N. Zack, Esq.
Boise, Schiller & Flexner LLP
100 S.E. 2nd Street
Suite 2800
Miami, FL 33131

> Re: *Chevron Corp. v. Banco Pichincha, C.A., Miami Agency*
> *February 28, 2013*

Dear Mr. Zack:

Enclosed are documents Bates-stamped BPNA02861 through BPNA06642. These documents are responsive to the February 28, 2013 subpoena that your firm served on Banco Pichincha, C.A., Miami Agency (the "Miami Agency") and are being produced subject to and without waiver of the Miami Agency's February 28, 2013 Objections to the Subpoena, Motion to Modify or Quash the Subpoena and the issues on appeal that the Miami Agency has asserted and intends to assert.

Sincerely,

Clinton R. Losego

CRL/esr

Enclosures