UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

        -against-                               11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Following the entry of judgment, Chevron moved for attorneys' fees against Steven Donziger and his law firm(s) ("Donziger"). DI 1889. The motion depended entirely upon the fact that Chevron prevailed in this Court on its claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), the sufficiency of which, it was anticipated, Donziger would dispute on appeal. Accordingly, by order dated April 29, 2014 [DI 1902], the Court deferred consideration of Chevron's motion pending the determination of Donziger's appeal or further order of the Court, whichever first occurred. The order further provided that Chevron could request that its motion be reactivated within two weeks after the determination of Donziger's appeal or, for good cause, at any other time.

        The Court of Appeals has decided Donziger's appeal, rejected his challenge to the RICO claim, and denied rehearing. Chevron has requested that its motion for attorneys' fees be reactivated. DI 1915.

        In all the circumstances the Court declines to reactivate the motion at this time. Chevron may renew its application to reactivate its motion on or after January 26, 2017 or, if Donziger by then has filed a petition for a writ of certiorari, upon the determination of the petition and any ensuing consideration by the Supreme Court. It may apply to reactivate the motion at any time for good cause shown.

        SO ORDERED.

Dated:      November 9, 2016

                                                      Lewis A. Kaplan
                                                   United States District Judge