# EXHIBIT 3

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0330578-IN |
| INVOICE DATE | 10/22/2013 |

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

| | |
|---|---|
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 138256 |
| SALESPERSON | Siwik, Christine |

---

Job Date | CHEVRON CORP V STEVEN DONZIGER, ET AL
CASE NO. 11CV00691

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| 10/15/2013 | Original | 159 | PGES | At | 7.980 | 1,268.82 |
| 10/15/2013 | Diskette | 159 | PGES | At | 1.200 | 190.80 |
| 10/15/2013 | Minuscript | 159 | PGES | At | 0.900 | 143.10 |
| 10/15/2013 | Real Time Unedited Trans | 477 | PGES | At | 2.100 | 1,001.70 |



CK. NO._____
DATE_____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 2.604.42 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **2,604.42** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

| INVOICE NO. | 0330581-IN |
| INVOICE DATE | 10/22/2013 |
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 138257 |
| SALESPERSON | Siwik, Christine |

| Job Date | CHEVRON CORP V STEVEN DONZIGER, ET AL CASE NO. 11CV00691 | | | | | |
|---|---|---|---|---|---|---|
| 10/16/2013 | Original | 167 | PGES | At | 7.980 | 1,332.66 |
| 10/16/2013 | Diskette | 167 | PGES | At | 1.200 | 200.40 |
| 10/16/2013 | Minuscript | 167 | PGES | At | 0.900 | 150.30 |
| 10/16/2013 | Real Time Unedited Trans | 501 | PGES | At | 2.100 | 1,052.10 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 2.735.46 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 2,735.46 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0330582-IN |
| INVOICE DATE | 10/22/2013 |

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

| | |
|---|---|
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 138258 |
| SALESPERSON | Siwik, Christine |

---

Job Date     CHEVRON CORP V STEVEN DONZIGER, ET AL
CASE NO. 11CV00691

| Job Date | Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/17/2013 | Original | 207 | PGES | At | 7.980 | 1,651.86 |
| 10/17/2013 | Diskette | 207 | PGES | At | 1.200 | 248.40 |
| 10/17/2013 | Minuscript | 207 | PGES | At | 0.900 | 186.30 |
| 10/17/2013 | Real Time Unedited Trans | 8 | PGES | At | 0.000 | 0.00 |
| 10/17/2013 | Real Time Unedited Trans | 597 | PGES | At | 2.100 | 1,253.70 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 3,340.26 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **3,340.26** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0331792-IN |
| INVOICE DATE | 10/28/2013 |

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

| | |
|---|---|
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 138564 |
| SALESPERSON | Siwik, Christine |

| Job Date | CHEVRON CORP V STEVEN DONZIGER, ET AL CASE NO. 11CV00691 | | | | | |
|---|---|---|---|---|---|---|
| 10/21/2013 | Original | 170 | PGES | At | 7.980 | 1,356.60 |
| 10/21/2013 | Diskette | 170 | PGES | At | 1.200 | 204.00 |
| 10/21/2013 | Minuscript | 170 | PGES | At | 0.900 | 153.00 |
| 10/21/2013 | Real Time Unedited Trans | 510 | PGES | At | 2.100 | 1,071.00 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 2,784.60 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **2,784.60** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0331787-IN |
| INVOICE DATE | 10/28/2013 |
| | |
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 138572 |
| SALESPERSON | Siwik, Christine |

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

---

Job Date    CHEVRON CORP V STEVEN DONZIGER, ET AL
CASE NO. 11CV00691

| Job Date | Description | | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 10/22/2013 | Original | | 126 | PGES | At | 7.980 | 1,005.48 |
| 10/22/2013 | Diskette | | 126 | PGES | At | 1.200 | 151.20 |
| 10/22/2013 | Minuscript | | 126 | PGES | At | 0.900 | 113.40 |
| 10/22/2013 | Real Time Unedited Trans | | 378 | PGES | At | 2.100 | 793.80 |



CK. NO. _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 2.063.88 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | **2,063.88** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0331784-IN |
| INVOICE DATE | 10/28/2013 |

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

| | |
|---|---|
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 138573 |
| SALESPERSON | Siwik, Christine |

Job Date     CHEVRON CORP V STEVEN DONZIGER, ET AL
CASE NO. 11CV00691

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| 10/23/2013 | Original | 152 | PGES | At | 7.980 | 1,212.96 |
| 10/23/2013 | Diskette | 152 | PGES | At | 1.200 | 182.40 |
| 10/23/2013 | Minuscript | 152 | PGES | At | 0.900 | 136.80 |
| 10/23/2013 | Real Time Unedited Trans | 456 | PGES | At | 2.100 | 957.60 |



CK. NO. _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 2,489.76 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **2,489.76** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0331781-IN |
| INVOICE DATE | 10/28/2013 |
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 138574 |
| SALESPERSON | Siwik, Christine |

Gibson Dunn & Crutcher
200 Park Avenue
New York,  NY   10166

Attention: Eugenia Varela

---

Job Date    CHEVRON CORP V STEVEN DONZIGER, ET AL
CASE NO.  11CV00691

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| 10/24/2013 | Original | 110 | PGES | At | 7.980 | 877.80 |
| 10/24/2013 | Diskette | 110 | PGES | At | 1.200 | 132.00 |
| 10/24/2013 | Minuscript | 110 | PGES | At | 0.900 | 99.00 |
| 10/24/2013 | Real Time Unedited Trans | 330 | PGES | At | 2.100 | 693.00 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 1.801.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | **1,801.80** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0331764-IN |
| INVOICE DATE | 10/28/2013 |

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

| | |
|---|---|
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 138575 |
| SALESPERSON | Siwik, Christine |

Job Date     CHEVRON CORP V STEVEN DONZIGER, ET AL
                CASE NO. 11CV00691

| Date | Description | Qty | Units | | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/25/2013 | Original | 150 | PGES | At | 7.980 | 1,197.00 |
| 10/25/2013 | Diskette | 150 | PGES | At | 1.200 | 180.00 |
| 10/25/2013 | Minuscript | 150 | PGES | At | 0.900 | 135.00 |
| 10/25/2013 | Real Time Unedited Trans | 450 | PGES | At | 2.100 | 945.00 |



CK. NO. _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 2.457.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 2,457.00 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0332143-IN |
| INVOICE DATE | 11/5/2013 |

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

| | |
|---|---|
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 138814 |
| SALESPERSON | CSIW |

Attention: Eugenia Varela

**\*PAYMENT IS DUE UPON RECEIPT\***

---

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| | CHEVRON CORP V STEVEN DONZIGER, ET AL | | | | | |
| | CASE NO. **11CV00691** | | | | | |
| 10/31/2013 | Original | 151 | PGES | at | 7.98 | 1,204.98 |
| 10/31/2013 | Diskette | 151 | PGES | at | 1.20 | 181.20 |
| 10/31/2013 | Minuscript | 151 | PGES | at | 0.90 | 135.90 |
| 10/31/2013 | Real Time Unedited Transcript | 453 | PGES | at | 2.10 | 951.30 |





| | |
|---|---|
| Total: | 2,473.38 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **2,473.38** |

WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS
PLEASE MAKE CHECKS PAYABLE TO THE SOUTHERN DISTRICT REPORTERS

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

| | |
|---|---|
| INVOICE NO. | 0332872-IN |
| INVOICE DATE | 11/15/2013 |
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 139168 |
| SALESPERSON | Siwik, Christine |

---

Job Date  CHEVRON CORP V STEVEN DONZIGER, ET AL
CASE NO. 11CV00691

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| 11/4/2013 | Original | 202 | PGES | At | 7.980 | 1,611.96 |
| 11/4/2013 | Diskette | 202 | PGES | At | 1.200 | 242.40 |
| 11/4/2013 | Minuscript | 202 | PGES | At | 0.900 | 181.80 |
| 11/4/2013 | Real Time Unedited Trans | 606 | PGES | At | 2.100 | 1,272.60 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 3.308.76 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **3,308.76** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0335086-IN |
| INVOICE DATE | 11/27/2013 |

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

| | |
|---|---|
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 139267 |
| SALESPERSON | Siwik, Christine |

---

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| | CHEVRON CORP V STEVEN DONZIGER, ET AL | | | | | |
| | CASE NO. 11CV00691 | | | | | |
| 11/5/2013 | Original | 137 | PGES | At | 7.980 | 1,093.26 |
| 11/5/2013 | Diskette | 137 | PGES | At | 1.200 | 164.40 |
| 11/5/2013 | Minuscript | 137 | PGES | At | 0.900 | 123.30 |
| 11/5/2013 | Real Time Unedited Trans | 411 | PGES | At | 2.100 | 863.10 |



CK. NO.
DATE

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 2,244.06 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 2,244.06 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0332876-IN |
| INVOICE DATE | 11/15/2013 |

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

| | |
|---|---|
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 139263 |
| SALESPERSON | Siwik, Christine |

| Job Date | CHEVRON CORP V STEVEN DONZIGER, ET AL CASE NO. 11CV00691 | | | | | |
|---|---|---|---|---|---|---|
| 11/6/2013 | Original | 144 | PGES | At | 7.980 | 1,149.12 |
| 11/6/2013 | Diskette | 144 | PGES | At | 1.200 | 172.80 |
| 11/6/2013 | Minuscript | 144 | PGES | At | 0.900 | 129.60 |
| 11/6/2013 | Real Time Unedited Trans | 432 | PGES | At | 2.100 | 907.20 |



CK. NO._____
DATE_____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 2.358.72 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **2,358.72** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0332873-IN |
| INVOICE DATE | 11/15/2013 |
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 139264 |
| SALESPERSON | Adrian Sharper |

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

---

Job Date     CHEVRON CORP V STEVEN DONZIGER, ET AL
CASE NO. 11CV00691

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| 11/7/2013 | Original | 150 | PGES | At | 7.980 | 1,197.00 |
| 11/7/2013 | Diskette | 150 | PGES | At | 1.200 | 180.00 |
| 11/7/2013 | Minuscript | 150 | PGES | At | 0.900 | 135.00 |
| 11/7/2013 | Real Time Unedited Trans | 450 | PGES | At | 2.100 | 945.00 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 2,457.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **2,457.00** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0334625-IN |
| INVOICE DATE | 11/19/2013 |

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

| | |
|---|---|
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 139435 |
| SALESPERSON | Siwik, Christine |

---

Job Date     CHEVRON CORP V STEVEN DONZIGER, ET AL
CASE NO. 11CV00691

| Job Date | Description | Qty | Unit | At | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/12/2013 | Original | 122 | PGES | At | 7.980 | 973.56 |
| 11/12/2013 | Diskette | 122 | PGES | At | 1.200 | 146.40 |
| 11/12/2013 | Minuscript | 122 | PGES | At | 0.900 | 109.80 |
| 11/12/2013 | Real Time Unedited Trans | 366 | PGES | At | 2.100 | 768.60 |



CK. NO. _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 1,998.36 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **1,998.36** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

| | |
|---|---|
| INVOICE NO. | 0334629-IN |
| INVOICE DATE | 11/19/2013 |
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 139436 |
| SALESPERSON | Siwik, Christine |

| Job Date | CHEVRON CORP V STEVEN DONZIGER, ET AL CASE NO. 11CV00691 | | | | | |
|---|---|---|---|---|---|---|
| 11/13/2013 | Original | 193 | PGES | At | 7.980 | 1,540.14 |
| 11/13/2013 | Diskette | 193 | PGES | At | 1.200 | 231.60 |
| 11/13/2013 | Minuscript | 193 | PGES | At | 0.900 | 173.70 |
| 11/13/2013 | Real Time Unedited Trans | 579 | PGES | At | 2.100 | 1,215.90 |



CK. NO. _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 3,161.34 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **3,161.34** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

| | |
|---|---|
| INVOICE NO. | 0334632-IN |
| INVOICE DATE | 11/19/2013 |
| | |
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 139437 |
| SALESPERSON | Siwik, Christine |

Job Date      CHEVRON CORP V STEVEN DONZIGER, ET AL
CASE NO. 11CV00691

| Job Date | Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/14/2013 | Original | 27 | PGES | At | 7.980 | 215.46 |
| 11/14/2013 | Diskette | 27 | PGES | At | 1.200 | 32.40 |
| 11/14/2013 | Minuscript | 27 | PGES | At | 0.900 | 24.30 |
| 11/14/2013 | Real Time Unedited Trans | 81 | PGES | At | 2.100 | 170.10 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 442.26 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **442.26** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0334991-IN |
| INVOICE DATE | 11/27/2013 |
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 139697 |
| SALESPERSON | Siwik, Christine |

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

---

Job Date     CHEVRON CORP V STEVEN DONZIGER, ET AL
CASE NO. 11CV00691

| Job Date | | | | | |
|---|---|---|---|---|---|
| 11/18/2013 | Original | 153 | PGES | At | 7.980 | 1,220.94 |
| 11/18/2013 | Diskette | 153 | PGES | At | 1.200 | 183.60 |
| 11/18/2013 | Minuscript | 153 | PGES | At | 0.900 | 137.70 |
| 11/18/2013 | Real Time Unedited Trans | 459 | PGES | At | 2.100 | 963.90 |



PAID
CK. NO. _____
DATE _____

**PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE**

| | |
|---|---|
| Net Invoice: | 2,506.14 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **2,506.14** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0334988-IN |
| INVOICE DATE | 11/27/2013 |
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 139698 |
| SALESPERSON | Siwik, Christine |

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

Attention: Eugenia Varela

---

Job Date  CHEVRON CORP V STEVEN DONZIGER, ET AL
          CASE NO. 11CV00691

| Job Date | Description | Qty | Unit | At | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/19/2013 | Original | 149 | PGES | At | 7.980 | 1,189.02 |
| 11/19/2013 | Diskette | 149 | PGES | At | 1.200 | 178.80 |
| 11/19/2013 | Minuscript | 149 | PGES | At | 0.900 | 134.10 |
| 11/19/2013 | Real Time Unedited Trans | 447 | PGES | At | 2.100 | 938.70 |



PAID
CK. NO.
DATE

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 2,440.62 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **2,440.62** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

| | |
|---|---|
| 500 Pearl St. | INVOICE NO.   0335230-IN |
| Room 330 | INVOICE DATE   12/3/2013 |
| New York, NY 10007 | |
| Tel No. (212) 805-0300 | |

| | |
|---|---|
| Gibson Dunn & Crutcher | CUSTOMER NO.   1000856 |
| 200 Park Avenue | WORK ORDER NO.   139795 |
| New York, NY 10166 | SALESPERSON   CSIW |

Attention: Eugenia Varela

**\*PAYMENT IS DUE UPON RECEIPT\***

---

Job Date    CHEVRON CORP V STEVEN DONZIGER, ET AL
            CASE NO.   **11CV00691**

| Job Date | Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/25/2013 | Original | 162 | PGES | at | 7.98 | 1,292.76 |
| 11/25/2013 | Diskette | 162 | PGES | at | 1.20 | 194.40 |
| 11/25/2013 | Minuscript | 162 | PGES | at | 0.90 | 145.80 |
| 11/25/2013 | Real Time Unedited Transcript | 486 | PGES | at | 2.10 | 1,020.60 |



| | |
|---|---|
| Total: | 2,653.56 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | **2,653.56** |

WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS
PLEASE MAKE CHECKS PAYABLE TO THE SOUTHERN DISTRICT REPORTERS

# INVOICE

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0335207-IN |
| INVOICE DATE | 12/3/2013 |

Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166

| | |
|---|---|
| CUSTOMER NO. | 1000856 |
| WORK ORDER NO. | 139798 |
| SALESPERSON | CSIW |

Attention: Eugenia Varela

**\*PAYMENT IS DUE UPON RECEIPT\***

---

Job Date    CHEVRON CORP V STEVEN DONZIGER, ET AL
           CASE NO.    **11CV00691**

| Job Date | Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/26/2013 | Original | 138 | PGES | at | 7.98 | 1,101.24 |
| 11/26/2013 | Diskette | 138 | PGES | at | 1.20 | 165.60 |
| 11/26/2013 | Minuscript | 138 | PGES | at | 0.90 | 124.20 |
| 11/26/2013 | Real Time Unedited Transcript | 414 | PGES | at | 2.10 | 869.40 |



CK. NO. _____
DATE _____

| | |
|---|---|
| Total: | 2,260.44 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **2,260.44** |

WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS
PLEASE MAKE CHECKS PAYABLE TO THE SOUTHERN DISTRICT REPORTERS