# EXHIBIT 7

# MAX GITTER, ESQ.

July 24, 2013

Chevron Corporation
6111 Bollinger Canyon Road
San Ramon, CA 94583

Re: <u>Chevron Corporation v. Steven Donziger, et a;. 11 Civ. 691 (LAK)</u>

FOR SERVICES RENDERED AS SPECIAL MASTER in the above-

entitled action, pursuant to the Orders of U.S. District Judge

Lewis A. Kaplan dated March 26, 2013, April 2, 2013, and

July 10, 2013.

March 26, 2013 -
June 30, 2013      350.75 hrs. (@ reduced rate of 700/hr.) ................  $<u>245,425.00</u>



Tax ID No. <u>27-3614970</u>

Please send payments to 90 Riverside Drive #14B, New York, NY 10024




THE RESOLUTION EXPERTS

# INVOICE

| | Invoice Date | Invoice Number |
|---|---|---|
| | 08/05/13 | 002958086B-425 |

To: **Randy M. Mastro, Esq.**
**Gibson Dunn & Crutcher**
**200 Park Ave.**
**47th Floor**
**New York, NY 10166-0193**

| Reference #: | 1425013433 | MV |
|---|---|---|
| Billing Specialist: | Erwin Gonzalez | |
| Telephone: | (949) 224-4642 | |
| Employer ID: | 68-0542699 | |

RE: **Chevron Corporation vs. Donziger, Steven, et al.**
Representing: **Chevron Corporation**        Neutral(s):    **Hon. Theodore Katz (Ret.)**
Hearing Type: **Court Reference**                                                    Rep# 8

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 03/26/13 | Hon. Theodore Katz (Ret.) Read Order of Appointment and email correspondence with M. Gitter | 0.50 | 700.00 | 350.00 | 1 | 350.00 |
| 03/27/13 | Hon. Theodore Katz (Ret.) E-mails with M. Gitter; Review docket entries; Conference call with M. Gitter and J. Ormond | 2.00 | 700.00 | 1,400.00 | 1 | 1,400.00 |
| 03/28/13 | Hon. Theodore Katz (Ret.) Read docket entries; E-mails with M. Gitter; Conference calls with M. Gitter | 1.50 | 700.00 | 1,050.00 | 1 | 1,050.00 |
| 03/29/13 | Hon. Theodore Katz (Ret.) Conference calls with M. Gitter; Draft Order to counsel; E-mails with counsel | 2.50 | 700.00 | 1,750.00 | 1 | 1,750.00 |
| 04/01/13 | Hon. Theodore Katz (Ret.) Conference calls with M. Gitter and J. Ormand; E-mails with M. Gitter and J. Ormand; Conference call with counsel | 3.00 | 700.00 | 2,100.00 | 1 | 2,100.00 |
| 04/02/13 | Hon. Theodore Katz (Ret.) Conference call with M. Gitter and Ormand; Draft e-mails to counsel; E-mails with Gitter and Ormand | 1.50 | 700.00 | 1,050.00 | 1 | 1,050.00 |
| 04/03/13 | Hon. Theodore Katz (Ret.) Conference calls with M. Gitter and Ormand; Drafts e-mails to counsel | 0.50 | 700.00 | 350.00 | 1 | 350.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



RE: Chevron Corporation vs. Donziger, Steven, et al.
Hearing Type: Court Reference REFERENCE #: 1425013433 Rep# 8

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 04/04/13 | Hon. Theodore Katz (Ret.)<br>Conference calls with Gitter and Ormand; E-mail correspondence | 1.50 | 700.00 | 1,050.00 | 1 | 1,050.00 |
| 04/05/13 | Hon. Theodore Katz (Ret.)<br>Review docket entries and parties' submission on deposition dates; Conference calls with Gitter | 0.75 | 700.00 | 525.00 | 1 | 525.00 |
| 04/06/13 | Hon. Theodore Katz (Ret.)<br>Conference call with M. Gitter and Ormand re: depositions | 1.00 | 700.00 | 700.00 | 1 | 700.00 |
| 04/08/13 | Hon. Theodore Katz (Ret.)<br>Meeting with M. Gitter and J. Ormond; E-mails with M. Gitter, J. Kaplan; Telephone call to U.S. Embassy; Review J. Kaplan Orders; E-mail to counsel | 2.25 | 700.00 | 1,575.00 | 1 | 1,575.00 |
| 04/09/13 | Hon. Theodore Katz (Ret.)<br>Telephone calls to U.S. Embassy; Review J. Kaplan Orders and decision; Conference calls and e-mails with M. Gitter | 0.75 | 700.00 | 525.00 | 1 | 525.00 |
| 04/10/13 | Hon. Theodore Katz (Ret.)<br>E-mails to J. Kaplan and M. Gitter; Conference call with M. Gitter and Ormand; Read counsels' e-mails re: depositions and schedule | 1.25 | 700.00 | 875.00 | 1 | 875.00 |
| 04/11/13 | Hon. Theodore Katz (Ret.)<br>Review and send e-mails; Read new orders and filings | 0.75 | 700.00 | 525.00 | 1 | 525.00 |
| 04/12/13 | Hon. Theodore Katz (Ret.)<br>Conference call with Gitter and Ormand; E-mails re: Lima and depositions | 1.00 | 700.00 | 700.00 | 1 | 700.00 |
| 04/15/13 | Hon. Theodore Katz (Ret.)<br>Calls with J. Ormand re: Lima | 0.25 | 700.00 | 175.00 | 1 | 175.00 |
| 04/16/13 | Hon. Theodore Katz (Ret.)<br>Calls with J. Ormand; E-mails re: depositions | 0.50 | 700.00 | 350.00 | 1 | 350.00 |
| 04/17/13 | Hon. Theodore Katz (Ret.)<br>E-mails with Gitter and Ormand re: depositions; Draft e-mail to counsel; Read recent filings | 0.75 | 700.00 | 525.00 | 1 | 525.00 |



RE: Chevron Corporation vs. Donziger, Steven, et al.

Hearing Type: Court Reference   REFERENCE #:   1425013433   Rep# 8

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 04/20/13 | Hon. Theodore Katz (Ret.)<br>Conference call with Gitter and Ormand; E-mails to and from counsel | 0.75 | 700.00 | 525.00 | 1 | 525.00 |
| 04/22/13 | Hon. Theodore Katz (Ret.)<br>E-mails with Gitter and Ormand; Work on Order No. 3; Conference call with G. Gitter and Ormand | 1.50 | 700.00 | 1,050.00 | 1 | 1,050.00 |
| 04/23/13 | Hon. Theodore Katz (Ret.)<br>Conference calls with Gitter and Ormand; E-mails with Gitter and Ormand; E-mails from counsel; Read recent filings | 1.50 | 700.00 | 1,050.00 | 1 | 1,050.00 |
| 04/24/13 | Hon. Theodore Katz (Ret.)<br>Conference call with Gitter and Ormand | 0.50 | 700.00 | 350.00 | 1 | 350.00 |
| 04/24/13 | Hon. Theodore Katz (Ret.)<br>Prepare for and supervised Rivera deposition | 9.25 | 700.00 | 6,475.00 | 1 | 6,475.00 |
| 04/25/13 | Hon. Theodore Katz (Ret.)<br>Conference call with Gitter and Ormand; E-mails with Gitter and Ormand | 0.50 | 700.00 | 350.00 | 1 | 350.00 |
| 04/26/13 | Hon. Theodore Katz (Ret.)<br>Numerous e-mails with Gitter and Ormand; Draft communication to counsel | 1.00 | 700.00 | 700.00 | 1 | 700.00 |
| 04/27/13 | Hon. Theodore Katz (Ret.)<br>Background reading; Motion for Partial Summary Judgment submissions | 2.00 | 700.00 | 1,400.00 | 1 | 1,400.00 |
| 04/29/13 | Hon. Theodore Katz (Ret.)<br>Conference calls with Gitter and Ormand and related party e-mails; Conference call with counsel | 2.25 | 700.00 | 1,575.00 | 1 | 1,575.00 |
| 05/01/13 | Hon. Theodore Katz (Ret.)<br>E-mails with Gitter and Ormand re: deposition schedule and Zambrano deposition | 0.50 | 700.00 | 350.00 | 1 | 350.00 |
| 05/03/13 | Hon. Theodore Katz (Ret.)<br>Conference calls with Gitter and Ormand re: deposition scheduling, party e-mails, and drafting order; Read recent filings (motions to withdraw) | 3.00 | 700.00 | 2,100.00 | 1 | 2,100.00 |



**THE RESOLUTION EXPERTS**

RE: **Chevron Corporation vs. Donziger, Steven, et al.**
Hearing Type: **Court Reference**    REFERENCE #:    1425013433    Rep# 8

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 05/06/13 | Hon. Theodore Katz (Ret.) Revise Order; Conference calls with Gitter and Ormand re: Lima depositions and scheduling | 1.50 | 700.00 | 1,050.00 | 1 | 1,050.00 |
| 05/07/13 | Hon. Theodore Katz (Ret.) E-mails with Gitter and Ormand; Draft and revise order; E-mails from counsel; Conference calls with Ormand and Gitter re: Order #7; Zambrano deposition; Lima Embassy e-mails | 2.00 | 700.00 | 1,400.00 | 1 | 1,400.00 |
| 05/08/13 | Hon. Theodore Katz (Ret.) E-mails with Gitter and Ormand re: Lima depositions and supervision of depositions; Conference calls with Gitter and Ormand | 1.75 | 700.00 | 1,225.00 | 1 | 1,225.00 |
| 05/09/13 | Hon. Theodore Katz (Ret.) Conference call with Ormand and Gitter; Read J. Kaplan opinions, 2nd Circuit and 1782 decisions; E-mails with Gitter and Ormand; Draft Order No. 9 and correspondence to counsel; Prep for Cajellas deposition | 5.00 | 700.00 | 3,500.00 | 1 | 3,500.00 |
| 05/10/13 | Hon. Theodore Katz (Ret.) Supervised Cajellas deposition | 10.50 | 700.00 | 7,350.00 | 1 | 7,350.00 |
| 05/11/13 | Hon. Theodore Katz (Ret.) Travel Time to Lima | 12.00 | 700.00 | 8,400.00 | 1 | 8,400.00 |
| 05/12/13 | Hon. Theodore Katz (Ret.) E-mails re: Zambrano; Keker letter; Calls with Ormand re: depositions and draft order | 0.75 | 700.00 | 525.00 | 1 | 525.00 |
| 05/13/13 | Hon. Theodore Katz (Ret.) Supervised Reyes deposition | 10.25 | 700.00 | 7,175.00 | 1 | 7,175.00 |
| 05/14/13 | Hon. Theodore Katz (Ret.) Supervised Camacho deposition | 12.50 | 700.00 | 8,750.00 | 1 | 8,750.00 |
| 05/15/13 | Hon. Theodore Katz (Ret.) Supervised Piyaguae deposition | 9.75 | 700.00 | 6,825.00 | 1 | 6,825.00 |



**THE RESOLUTION EXPERTS**

RE: **Chevron Corporation vs. Donziger, Steven, et al.**
Hearing Type: **Court Reference**  REFERENCE #: **1425013433**  Rep# 8

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 05/16/13 | Hon. Theodore Katz (Ret.)<br>Conference calls with Gitter and Ormand re: deposition scheduling and recent order; E-mails and letters from counsel; Meeting with Ormand | 2.50 | 700.00 | 1,750.00 | 1 | 1,750.00 |
| 05/17/13 | Hon. Theodore Katz (Ret.)<br>Reading J. Kaplan Order; Drafting and reviewing order to parties; Conference calls with Gitter and Ormand re: Lima depositions and Kaplan order | 2.00 | 700.00 | 1,400.00 | 1 | 1,400.00 |
| 05/19/13 | Hon. Theodore Katz (Ret.)<br>Read counsels' e-mails; Conference calls with Gitter and Ormand and counsel | 2.25 | 700.00 | 1,575.00 | 1 | 1,575.00 |
| 05/21/13 | Hon. Theodore Katz (Ret.)<br>Conference calls with Gitter and Ormand; Related e-mails | 1.00 | 700.00 | 700.00 | 1 | 700.00 |
| 05/22/13 | Hon. Theodore Katz (Ret.)<br>Reading party e-mails; Drafting report to Judge Kaplan with Gitter and Ormand | 1.50 | 700.00 | 1,050.00 | 1 | 1,050.00 |
| 05/23/13 | Hon. Theodore Katz (Ret.)<br>Edit report to Court; Read Chevron opposition to Donziger motion and motion to supplement the record on sanctions motion; Donziger application re: 30 (b) (6) depositions- e-mails with Ormand and Gitter | 1.50 | 700.00 | 1,050.00 | 1 | 1,050.00 |
| 05/24/13 | Hon. Theodore Katz (Ret.)<br>Conference calls with Gitter and Ormand re: Court Order on deposition schedule; Read counsels' e-mails re: depositions; Draft order on deposition schedule | 2.50 | 700.00 | 1,750.00 | 1 | 1,750.00 |
| 05/25/13 | Hon. Theodore Katz (Ret.)<br>Conference call with Gitter and Ormand re: Order on schedule;<br>Travel from Peru to New York | 13.25 | 700.00 | 9,275.00 | 1 | 9,275.00 |
| 05/28/13 | Hon. Theodore Katz (Ret.)<br>Draft letter to Court re: fees and e-mail to counsel re: meeting on 5/29/13; Read e-mails; Conference call with Gitter and Ormand | 1.25 | 700.00 | 875.00 | 1 | 875.00 |



THE RESOLUTION EXPERTS'

RE: Chevron Corporation vs. Donziger, Steven, et al.
Hearing Type: Court Reference    REFERENCE #: 1425013433    Rep# 8

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 05/29/13 | Hon. Theodore Katz (Ret.)<br>Draft, revise final deposition schedule; E-mails with Gitter and Ormand re: Order No. 13; E-mails from Gomez and Weitzman; Meeting with Gitter, Ormand and counsel | 5.50 | 700.00 | 3,850.00 | 1 | 3,850.00 |
| 05/30/13 | Hon. Theodore Katz (Ret.)<br>E-mails with Gitter and Ormand; Consideration of counsel requests | 0.75 | 700.00 | 525.00 | 1 | 525.00 |
| 05/31/13 | Hon. Theodore Katz (Ret.)<br>E-mails with Gitter and Ormand; Weitzman e-mails; Draft requests to counsel; Letter to J. Kaplan | 0.75 | 700.00 | 525.00 | 1 | 525.00 |
| 06/01/13 | Hon. Theodore Katz (Ret.)<br>Reading motion for stay and motions to compel | 0.50 | 700.00 | 350.00 | 1 | 350.00 |
| 06/03/13 | Hon. Theodore Katz (Ret.)<br>E-mails Gitter and Ormand; E-mails from Donziger; Draft Order No. 14 | 0.50 | 700.00 | 350.00 | 1 | 350.00 |
| 06/05/13 | Hon. Theodore Katz (Ret.)<br>E-mails from Donziger and Gomez re: 30 (b) (6) depositions | 0.25 | 700.00 | 175.00 | 1 | 175.00 |
| 06/06/13 | Hon. Theodore Katz (Ret.)<br>Chevron response to Donziger e-mail; Donziger reply | 0.25 | 700.00 | 175.00 | 1 | 175.00 |
| 06/07/13 | Hon. Theodore Katz (Ret.)<br>Draft Order No. 15; E-mails from Donziger on discovery and work product; Conference call with Gitter and Ormand re: deposition schedule | 1.50 | 700.00 | 1,050.00 | 1 | 1,050.00 |
| 06/08/13 | Hon. Theodore Katz (Ret.)<br>E-mails with Gitter and Ormand re: Tyrell; Donziger e-mail on Kroll; Order No. 15; Conference call with Gitter and Ormand re: deposition schedule and parties' applications, Draft Order | 1.25 | 700.00 | 875.00 | 1 | 875.00 |
| 06/09/13 | Hon. Theodore Katz (Ret.)<br>Edit Order No. 15; Conference call with Ormand re: depositions | 0.50 | 700.00 | 350.00 | 1 | 350.00 |
| 06/12/13 | Hon. Theodore Katz (Ret.)<br>E-mails Weitzman and Gomez re: Woods and McMillen depositions; Review Court filings and Court Orders; Conference call with Gitter re: deposition supervision | 1.25 | 700.00 | 875.00 | 1 | 875.00 |



RE: **Chevron Corporation vs. Donziger, Steven, et al.**
Hearing Type: **Court Reference**   REFERENCE #:   1425013433   Rep# 8

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 06/13/13 | Hon. Theodore Katz (Ret.)<br>Read Court Orders, parties' briefs on motion to compel and 30 (b) (6) depositions; Research on videotaping depositions protocols; Prep for McMillen deposition | 3.50 | 700.00 | 2,450.00 | 1 | 2,450.00 |
| 06/14/13 | Hon. Theodore Katz (Ret.)<br>Supervised McMillen deposition and pre-deposition meeting with Ormand | 8.75 | 700.00 | 6,125.00 | 1 | 6,125.00 |
| 06/16/13 | Hon. Theodore Katz (Ret.)<br>Read Opposition to Motion for Stay; 30 (b) (6) notice and related orders; Prep for Reis-Vega deposition | 1.25 | 700.00 | 875.00 | 1 | 875.00 |
| 06/17/13 | Hon. Theodore Katz (Ret.)<br>Meeting with J. Ormand and M. Gitter; Supervised Reis-Vega deposition | 9.00 | 700.00 | 6,300.00 | 1 | 6,300.00 |
| 06/18/13 | Hon. Theodore Katz (Ret.)<br>Review docket entries; Reading filings re: deposition appeals and stay | 0.50 | 700.00 | 350.00 | 1 | 350.00 |
| 06/19/13 | Hon. Theodore Katz (Ret.)<br>E-mails re: Kohn and Garr appeals and schedule changes | 0.25 | 700.00 | 175.00 | 1 | 175.00 |
| 06/20/13 | Hon. Theodore Katz (Ret.)<br>E-mails and calls with Gitter and Ormand; Supervised Scott deposition | 5.75 | 700.00 | 4,025.00 | 1 | 4,025.00 |
| 06/23/13 | Hon. Theodore Katz (Ret.)<br>Read Donziger 1782 deposition transcript; Prep for Donziger deposition | 2.00 | 700.00 | 1,400.00 | 1 | 1,400.00 |
| 06/24/13 | Hon. Theodore Katz (Ret.)<br>Supervising Donziger deposition; Pre and post meetings with Ormand | 9.50 | 700.00 | 6,650.00 | 1 | 6,650.00 |
| 06/25/13 | Hon. Theodore Katz (Ret.)<br>Supervising Donziger deposition | 11.00 | 700.00 | 7,700.00 | 1 | 7,700.00 |
| 06/26/13 | Hon. Theodore Katz (Ret.)<br>Weitzman, Gomez, etc. e-mails; Prep for Watson deposition | 0.50 | 700.00 | 350.00 | 1 | 350.00 |



**THE RESOLUTION EXPERTS®**

RE: **Chevron Corporation vs. Donziger, Steven, et al.**
Hearing Type: **Court Reference**  REFERENCE #: 1425013433  Rep# 8

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 06/27/13 | Hon. Theodore Katz (Ret.)<br>Supervised Watson deposition; Prepare for Schinder deposition. Work on Interim report No. 3; Review filings re: Donziger request for protective order and response | 9.50 | 700.00 | 6,650.00 | 1 | 6,650.00 |
| 06/28/13 | Hon. Theodore Katz (Ret.)<br>Supervising Schinder and Donziger depositions | 8.25 | 700.00 | 5,775.00 | 1 | 5,775.00 |
| 07/03/13 | Hon. Theodore Katz (Ret.)<br>Conference call with Gitter and Ormand re: fee request | 0.50 | 700.00 | 350.00 | 1 | 350.00 |
| 07/9/13 | Hon. Theodore Katz (Ret.)<br>Read Donziger deposition appeal; E-mails re: deposition record; Conference Call with Ormand and Gitter re: deposition appeal | 0.75 | 700.00 | 525.00 | 1 | 525.00 |
| 07/10/13 | Hon. Theodore Katz (Ret.)<br>Conference call with Gitter and Ormand re: Fee Order | 0.50 | 700.00 | 350.00 | 1 | 350.00 |
| 07/16/13 | Hon. Theodore Katz (Ret.)<br>E-mails with Ormand and Gitter re: Interim Report No. 4 | 0.25 | 700.00 | 175.00 | 1 | 175.00 |
| 07/25/13 | Hon. Theodore Katz (Ret.)<br>Read J. Kaplan decisions re: stay and 30 (b) (6) depositions | 0.50 | 700.00 | 350.00 | 1 | 350.00 |
| 07/31/13 | Case Management Fee | | | | | 17,180.00 |
| | | | | Fees | | 173,980.00 |
| 04/25/13 | Hon. Theodore Katz (Ret.)<br>Retainer Fees.<br>To be applied to reading, research, preparation, etc. NOTE: At the conclusion of the case, any unused portion of this retainer will be refunded. | | | 32,000.00 | 1 | 32,000.00 |



**THE RESOLUTION EXPERTS**

RE: Chevron Corporation vs. Donziger, Steven, et al.
Hearing Type: Court Reference          REFERENCE #:   1425013433          Rep# 8

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 06/14/13 | Hon. Theodore Katz (Ret.) | | | 7,352.09 | 1 | 7,352.09 |
| | Travel Expenses:<br>$4,610.00 - Airfare<br>$2,075.46 - Lodging<br>$336.63 - Taxis<br>$330.00 - Pacer- docket review<br>Total - $7,352.09 | | | | | |

|  |  |
|---|---|
| Expenses/Retainers | 39,352.09 |
| Total | $ 213,332.09 |
| Outstanding Balance as of  08/05/13 | $ 213,332.09 |

August 21, 2013

*Invoice No. 458574* (handwritten)

Chevron Corporation
6111 Bollinger Canyon Road
San Ramon, California 94583

TAX IDENTIFICATION
NUMBER 13-5599083

### CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA, NEW YORK, N.Y. 10006

For professional services by the listed staff rendered from March 26, 2013 to July 31, 2013, to Max Gitter, Esq., as Special Master in Chevron Corp. v. Donziger et al., No. 11 Civ. 691 (LAK) (S.D.N.Y. filed Feb. 1, 2011), pursuant to the Court's Orders dated March 26, 2013, April 23, 2013, and July 10, 2013, and under Mr. Gitter's supervision, assistance to Special Master Theodore H. Katz by Justin Ormand, Esq., pursuant to the Order dated April 23, 2013.

| | | |
|---|---|---|
| Associate, Justin Ormand: | 562 hrs. @ reduced rate of $630/hr. | $354,060.00 |
| Legal Assistant: | | 10,136.25 |
| Managing Attorney Staff: (Docket monitoring and retrievals from courthouse) | | 6,158.75 |
| | | $370,355.00 |

#### ANCILLARY CHARGES

| | |
|---|---|
| Computer research | $10,347.83 |
| Conference expenses | 515.30 |
| Delivery charges | 89.45 |
| Document production | 1,924.75 |
| Staff late work | 959.52 |
| Telecommunications | 710.82 |
| Transcripts | 5,140.58 |
| Travel expenses | 4,889.34 |
| | $24,577.59 |

Total Amount Due: $394,932.59

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
ACCOUNT #40581506, AT CITIBANK, N.A., NEW YORK, N.Y.
ABA #021000089

PLEASE INCLUDE OUR INVOICE NUMBER AND THE FOLLOWING REFERENCE WITH YOUR PAYMENT:
17943-002 BSP



# Mendelovitz, Betty A.

**From:** Jones, Veronica
**Sent:** Tuesday, October 29, 2013 3:02 PM
**To:** Mendelovitz, Betty A.
**Cc:** Thomson, William E.; Weitzman, Avi
**Subject:** FW: Special Master Invoices

As soon as the disbursements below have been entered in the system, I will send a disbursements only invoice to Chevron. Thank you.

**Veronica Jones**
Billing Specialist

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2029 Century Park East, Los Angeles, CA 90067-3026
Tel +1 310.551.8767 • Fax +1 310.551.8741
VJones@gibsondunn.com • www.gibsondunn.com

**From:** Valli, Tanya N (Tanya.Valli) [mailto:valli@chevron.com]
**Sent:** Tuesday, October 29, 2013 2:53 PM
**To:** Jones, Veronica
**Subject:** Re: Special Master Invoices

If you want to put those through as disbursement only invoices, we can handle that way?

Sent from my iPhone

On Oct 29, 2013, at 2:36 PM, "Jones, Veronica" <VJones@gibsondunn.com> wrote:

> Tanya – **When you have time**, can you please let me know how you would like me to handle the invoices below. They are from Cleary Gottlieb for services rendered to Special Master, Max Gitter, regarding the services of J. Ormand. If you would like to see the actual invoices and accompanying letter, please let me know. Thank you.
>
> | Invoice No. | Date | Amount | Description |
> |---|---|---|---|
> | 458574 | 8/21/2013 | $394,932.59 | Professional Services Rendered to Special Master, Max Gitter - 03/26/13-07/31/13 by Cleary Gottlieb - J. Ormand |
> | 459609 | 9/20/2013 | $18,697.75 | Professional Services Rendered by Special Master, Max Gitter - 08/01/13-08/31/13 by Cleary Gottlieb - J. Ormand |
> | | | $413,630.34 | |
>
> **Veronica Jones**
> Billing Specialist
>
> # GIBSON DUNN

1

September 20, 2013

Invoice No: 459609

Chevron Corporation
6111 Bollinger Canyon Road
San Ramon, California 94583

TAX IDENTIFICATION
NUMBER 13-5599083

## CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA, NEW YORK, N.Y. 10006

      For professional services by the listed staff rendered from August 1, 2013 to August 31, 2013, to Max Gitter, Esq., as Special Master in Chevron Corp. v. Donziger et al., No. 11 Civ. 691 (LAK) (S.D.N.Y. filed Feb. 1, 2011), pursuant to the Court's Orders dated March 26, 2013, April 23, 2013, and July 10, 2013, and under Mr. Gitter's supervision, assistance to Special Master Theodore H. Katz by Justin Ormand, Esq., pursuant to the Order dated April 23, 2013.

| | | |
|---|---|---|
| Associate, Justin Ormand: | 4.25 hrs. @ reduced rate of $630/hr. | $2,677.50 |
| Managing Attorney Staff: (Docket monitoring and retrievals from courthouse) | | 1,123.75 |
| | | $3,801.25 |

### ANCILLARY CHARGES

Transcripts                                                          $14,896.70
(for depositions conducted between June 10 and June 27, 2013)

Total Amount Due:                                           $18,697.95


*900987038*

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
ACCOUNT #40581508, AT CITIBANK, N A., NEW YORK, N.Y.
ABA #021000089

PLEASE INCLUDE OUR INVOICE NUMBER AND THE FOLLOWING REFERENCE WITH YOUR PAYMENT:

17943-002 BSP

# Mendelovitz, Betty A.

**From:** Jones, Veronica
**Sent:** Tuesday, October 29, 2013 3:02 PM
**To:** Mendelovitz, Betty A.
**Cc:** Thomson, William E.; Weitzman, Avi
**Subject:** FW: Special Master Invoices

As soon as the disbursements below have been entered in the system, I will send a disbursements only invoice to Chevron. Thank you.

**Veronica Jones**
Billing Specialist

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2029 Century Park East, Los Angeles, CA 90067-3026
Tel +1 310.551.8767 • Fax +1 310.551.8741
VJones@gibsondunn.com • www.gibsondunn.com

**From:** Valli, Tanya N (Tanya.Valli) [mailto:valli@chevron.com]
**Sent:** Tuesday, October 29, 2013 2:53 PM
**To:** Jones, Veronica
**Subject:** Re: Special Master Invoices

If you want to put those through as disbursement only invoices, we can handle that way?

Sent from my iPhone

On Oct 29, 2013, at 2:36 PM, "Jones, Veronica" <VJones@gibsondunn.com> wrote:

> Tanya – **When you have time**, can you please let me know how you would like me to handle the invoices below. They are from Cleary Gottlieb for services rendered to Special Master, Max Gitter, regarding the services of J. Ormand. If you would like to see the actual invoices and accompanying letter, please let me know. Thank you.
>
> | Invoice No. | Date | Amount | Description |
> |---|---|---|---|
> | 458574 | 8/21/2013 | $394,932.59 | Professional Services Rendered to Special Master, Max Gitter - 03/26/13-07/31/13 by Cleary Gottlieb - J. Ormand |
> | 459609 | 9/20/2013 | $18,697.75 | Professional Services Rendered by Special Master, Max Gitter - 08/01/13-08/31/13 by Cleary Gottlieb - J. Ormand |
> | | | $413,630.34 | |
>
> **Veronica Jones**
> Billing Specialist
>
> # GIBSON DUNN

1