# EXHIBIT 5

# INVOICE

## Veritext New York Reporting Co.
## A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: Jeffrey D. Coren
Gibson Dunn & Crutcher LLP
200 Park Ave
New York, NY 10166

**Invoice #:** NY417399
**Invoice Date:** 09/16/2011
**Balance Due:** $5,766.87

| | |
|---|---|
| Case: | Chevron Corporation v. Salazar, et al. |
| Job #: | 325250    Job Date: 9/14/2011    Delivery: Daily |
| Billing Atty: | **Jeffrey D. Coren** |
| Location: | Gibson Dunn & Crutcher LLP |
| | 200 Park Ave \| New York, NY 10166 |
| Sched Atty: | Jeffrey D. Coren |
| Deposing Atty: | **Jim Walden, Esq.** |



*900708836*

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Andrew Woods | Transcript - Original & 1 copy | Page | 527.00 | $4.50 | $2,371.50 |
| 2 | | Attendance Fee (appearance) | | 3.00 | $50.00 | $150.00 |
| 3 | | Fee For Daily Service | Per page | 527.00 | $3.00 | $1,581.00 |
| 4 | | Transcript - Rough ASCII | Page | 527.00 | $1.25 | $658.75 |
| 5 | | Realtime | Per page | 527.00 | $1.50 | $790.50 |
| 6 | | Exhibit - copying | Per page | 198.00 | $0.40 | $79.20 |
| 7 | | Exhibit Scanning - OCR | Per page | 198.00 | $0.29 | $57.42 |
| 8 | | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| 9 | | Shipping & handling | Package | 1.00 | $39.50 | $39.50 |

Notes:

| | |
|---|---|
| Invoice Total: | $5,766.87 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $5,766.87 |

**Fed. Tax ID:** 20-3132569     **Term:** Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. Please tear off stub and return with payment.

---

Make check payable to: **Veritext New York Reporting Co.**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** NY417399
**Job #:** 325250
**Invoice Date:** 09/16/2011
**Balance :** $5,766.87

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult  www.veritext.com/serviceinfo



**★ 9 0 0 8 6 2 7 3 8 ★**

## Veritext New York Reporting Co.
### A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Jeffrey D. Coren
Gibson Dunn & Crutcher LLP
200 Park Ave
New York, NY 10166

| | |
|---|---|
| **Invoice #:** | NY418676 |
| **Invoice Date:** | 09/23/2011 |
| **Balance Due:** | $4,492.06 |

| | |
|---|---|
| **Case:** | Chevron Corporation v. Salazar, et al. |
| **Job #:** | 326559  |  Job Date: 9/13/2011  |  Delivery:   Daily |
| **Billing Atty:** | **Jeffrey D. Coren** |
| **Location:** | Hotel Quito. Av. |
| | Gonzalez Suarez | Orellana Republic of Ecuador,  N27-147 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Donald Moncayo | Certified Transcript | Page | 276.00 | $7.50 | $2,070.00 |
| 2 | | Transcript - Rough Draft | Page | 276.00 | $1.50 | $414.00 |
| 3 | | Realtime | Per page | 276.00 | $1.95 | $538.20 |
| 4 | | Realtime | Per page | 276.00 | $1.95 | $538.20 |
| 5 | | Realtime | Per page | 276.00 | $1.95 | $538.20 |
| 6 | | Realtime | Per page | 276.00 | $0.98 | $270.48 |
| 7 | | Exhibit - copying | Per page | 54.00 | $0.35 | $18.90 |
| 8 | | Exhibit - color copying | Per page | 8.00 | $0.95 | $7.60 |
| 9 | | Exhibit Scanning - OCR | Per page | 62.00 | $0.29 | $17.98 |
| 10 | | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| 11 | | Shipping & handling | Package | 1.00 | $39.50 | $39.50 |

| | | |
|---|---|---|
| **Notes:** **Realtime Shared with Smyser for Interpreter** | **Invoice Total:** | $4,492.06 |
| | **Payment:** | |
| | **Credits:** | |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $4,492.06 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to:     Veritext New York Reporting Co.

☐ Visa    ☐ MC    ☐ Amex    ☐ Discover

_____     _____
Credit Card #                                              Exp. Date

_____
**SIGNATURE (AS IT APPEARS ON CREDIT CARD)**

_____
**PRINT NAME (AS IT APPEARS ON CREDIT CARD)**

_____
**DAYTIME PHONE**

| | |
|---|---|
| **Invoice #:** | **NY418676** |
| **Job #:** | **326559** |
| **Invoice Date:** | **09/23/2011** |
| **Balance :** | **$4,492.06** |

**Please remit payment to:**
**Veritext New York Reporting Co.,**
**200 Old Country Road, Suite 580**
**Mineola, NY 11501**

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

**Veritext  New York Reporting Co.**

**A Veritext  Company**

1250 Broadway, Suite 2400
New York, NY 10001
Tel.  (212) 279-9424
Fax  (212) 279-9643

200 Old Country Road,Suite 580
Mineola, NY 11501
Tel.  (516) 608-2400
Fax  (516) 608-2450

**THIS INVOICE IS 214 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

---

Make check payable to:      **Veritext  New York Reporting Co.**

☐ **Visa**   ☐ **MC** ☐ **Amex**   ☐ **Discover**

Credit Card #                                                                      Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME  PHONE

| | |
|---|---|
| **Invoice #:** | **NY418676** |
| **Job #:** | **326559** |
| **Invoice  Date:** | **09/23/2011** |
| **Balance :** | **$4,492.06** |

Please remit payment to:
Veritext  New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

## Veritext New York Reporting Co.
## A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Jeffrey D. Coren
Gibson Dunn & Crutcher LLP
200 Park Ave
New York, NY 10166

**Invoice #:** NY418162
**Invoice Date:** 09/28/2011
**Balance Due:** $4,827.76

| | |
|---|---|
| **Case:** | Chevron Corporation v. Salazar, et al. |
| **Job #:** | 324332    **Job Date:** 9/15/2011    **Delivery:** Daily |
| **Billing Atty:** | **Jeffrey D. Coren** |
| **Location:** | Gibson Dunn & Crutcher LLP |
| | 200 Park Avenue ] New York, NY 10166 |
| **Sched Atty:** | Jeffrey D. Coren |
| **Deposing Atty:** | **Andrea Neuman, Esq.** |



* 9 0 0 7 0 8 6 1 1 *

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Aaron Page | Transcript - Original & 1 copy | Page | 406.00 | $4.50 | $1,827.00 |
| 2 | | Attendance Fee (appearance) | | 3.00 | $50.00 | $150.00 |
| 3 | | Fee For Daily Service | Per page | 406.00 | $3.00 | $1,218.00 |
| 4 | | Transcript - Rough ASCII | Page | 406.00 | $1.25 | $507.50 |
| 5 | | Realtime | Per page | 406.00 | $1.50 | $609.00 |
| 6 | | Exhibit - copying | Per page | 684.00 | $0.35 | $239.40 |
| 7 | | Exhibit Scanning - OCR | Per page | 684.00 | $0.29 | $198.36 |
| 8 | | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| 9 | | Shipping & handling | Package | 1.00 | $39.50 | $39.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $4,827.76 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $4,827.76 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct any errors. **Please tear off stub and return with payment.**

---

Make check payable to: **Veritext New York Reporting Co.**

☐ Visa ☐ MC ☐ Amex ☐ Discover

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** NY418162
**Job #:** 324332
**Invoice Date:** 09/28/2011
**Balance :** $4,827.76

Please remit payment to:
**Veritext New York Reporting Co.,**
**200 Old Country Road, Suite 580**
**Mineola, NY 11501**

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# INVOICE

## Veritext New York Reporting Co.
## A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Jeffrey D. Coren
Gibson Dunn & Crutcher LLP
200 Park Ave
New York, NY 10166

| | |
|---|---|
| **Invoice #:** | NY419232 |
| **Invoice Date:** | 09/28/2011 |
| **Balance Due:** | $2,884.89 |

| | |
|---|---|
| **Case:** | Chevron Corporation v. Salazar, et al. |
| **Job #:** | 326560 | Job Date: 9/15/2011 | Delivery: Daily |
| **Billing Atty:** | Jeffrey D. Coren |
| **Location:** | Mr. Murray Klippenstein |
| | 160 John Street, Suite 300 | Toronto ON, CANADA M5V 2E5 |



```
*900708610*
```

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Santiago Escobar | Certified Transcript | Page | 225.00 | $3.50 | $787.50 |
| 2 | | Fee For Daily Service | Per page | 225.00 | $3.95 | $888.75 |
| 3 | | Transcript - Rough ASCII | Page | 225.00 | $1.75 | $393.75 |
| 4 | | Realtime | Per page | 225.00 | $1.95 | $438.75 |
| 5 | | Exhibit - copying | Per page | 409.00 | $0.35 | $143.15 |
| 6 | | Exhibit - color copying | Per page | 37.00 | $0.95 | $35.15 |
| 7 | | Exhibit Scanning - OCR | Per page | 446.00 | $0.29 | $129.34 |
| 8 | | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| 9 | | Shipping & handling | Package | 1.00 | $29.50 | $29.50 |

**Notes:** Out of Country Rates  CANADA

| | |
|---|---|
| **Invoice Total:** | $2,884.89 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,884.89 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS - Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to c̶ Please tear off stub and return with payment.

Make check payable to:  Veritext New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | NY419232 |
| **Job #:** | 326560 |
| **Invoice Date:** | 09/28/2011 |
| **Balance :** | $2,884.89 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

## Veritext  New York Reporting Co.

200 Old Country Road , Suite 580
Mineola, NY 11501
Tel. (516) 608-2400  Fax. (516) 608-2450

**Bill To:** Avi Weitzman, Esq
Gibson Dunn & Crutcher LLP
200  Park Ave.
Fl. 47
New York, NY 10166-4799

| | |
|---|---|
| **Invoice #:** | NY1747065 |
| **Invoice  Date:** | 05/08/2013 |
| **Balance Due:** | $3,266.20 |

| | |
|---|---|
| **Case:** | Chevron Corporation v. Donziger, Et Al. |
| **Job #:** | 1643420  \| Job Date: 4/30/2013  \| Delivery: Daily |
| **Billing Atty:** | **Avi Weitzman, Esq** |
| **Location:** | Gibson Dunn & Crutcher |
| | 1801 California Street \| Suite 4200 \| Denver, CO 80202 |
| **Sched Atty:** | Avi Weitzman, Esq \| Gibson Dunn & Crutcher LLP |
| **Depo Atty:** | **Avi Weitzman, Esq** |

**Matter #**   19624 20



★ 9 0 0 9 4 9 1 5 4 ★

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| Martin Beier | Original with 1 Certified Transcript | Page | 346.0 | $3.00 | $1,038.00 |
| | Transcript - Fee for Daily | Page | 346.0 | $3.00 | $1,038.00 |
| | Attendance Fee | 1 | 1.0 | $100.00 | $100.00 |
| | Exhibits | Per Page | 546.0 | $0.20 | $109.20 |
| | Rough Draft | Page | 346.0 | $1.25 | $432.50 |
| | Realtime Services | Page | 346.0 | $1.50 | $519.00 |
| | CD Depo Litigation Package | Per CD | 1.0 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.0 | $29.50 | $29.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $3,266.20 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $3,266.20 |

Fed. Tax ID: 20-3132569        **Term :** Net 30

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of  1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees .
Contact us to correct payment errors .  No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:

☐ Visa ☐ MC ☐ Amex  ☐  Discover ☐  Lock Box

Credit Card #                                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD )

| | |
|---|---|
| **Invoice #:** | NY1747065 |
| **Job #:** | 1643420 |
| **Invoice  Date:** | 05/08/2013 |
| **Balance :** | $3,266.20 |

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago, IL 60694-1303**

# INVOICE

## Veritext  New York Reporting Co.

200 Old Country Road , Suite 580
Mineola, NY 11501
Tel. (516) 608-2400  Fax. (516) 608-2450

**Bill To:** Robert Blume, Esq.
Gibson Dunn & Crutcher LLP
1801  California St.
Suite 4200
Denver, CO 80202-2694

| | |
|---|---|
| **Invoice #:** | NY1751906 |
| **Invoice  Date:** | 05/15/2013 |
| **Balance Due:** | $2,797.25 |

**Case:** Chevron Corporation v. Salazar, Et Al.
**Job #:** 1645838  | Job Date: 5/10/2013  | Delivery: Daily

**Location:** Gibson Dunn & Crutcher
200 Park Avenue | New York, NY 10166


*900934077*

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| Adolfo Callejas Ribadeneira | Certified Transcript | Page | 295.00 | $3.50 | $1,032.50 |
| | Transcript - Fee for Daily | Page | 295.00 | $3.00 | $885.00 |
| | Exhibits | Per Page | 145.00 | $0.20 | $29.00 |
| | Rough Draft | Page | 295.00 | $1.25 | $368.75 |
| | Realtime Services | Page | 295.00 | $1.50 | $442.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $2,797.25 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,797.25 |

Fed. Tax ID: 20-3132569      Term: Net 30

TERMS:  Payable upon receipt .  Accounts 30 days past due will bear a finance charge of  1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees .
Contact us to correct payment errors .  No adjustments will be made after 90 days.

### Please tear off stub and return with payment.

Make check payable to:

☐ Visa ☐ MC ☐ Amex  ☐  Discover  ☐ Lock Box

_____
Credit Card #                                Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD )

| | |
|---|---|
| **Invoice #:** | NY1751906 |
| **Job #:** | 1645838 |
| **Invoice  Date:** | 05/15/2013 |
| **Balance :** | $2,797.25 |

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago, IL 60694-1303**

# Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Randy Mastro, Esq | | Invoice #: | NY1759901 |
|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | Invoice Date: | 5/24/2013 |
| | 200 Park Ave. | | Balance Due: | $2,551.10 |
| | 47th Floor | | | |
| | New York, NY, 10166-4799 | | | |

| Case: | Chevron Corporation v. Salazar, et al. | Matter #: | 19624 20 |
|---|---|---|---|
| Job #: | 1645835 \| Job Date: 5/21/2013 \| Delivery: Daily | | |
| Billing Atty: | Randy Mastro, Esq | | |
| Location: | Gibson Dunn & Crutcher | | |
| | 1801 California Street \| Suite 4200 \| Denver, CO 80202 | | |
| Sched Atty: | Robert Blume, Esq. \| Gibson Dunn & Crutcher LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 193.00 | $3.00 | $579.00 |
| | Transcript - Fee for Daily | Page | 193.00 | $3.00 | $579.00 |
| | Certified Transcript | Page | 193.00 | $3.25 | $627.25 |
| | Attendance Fee | 1 | 1.00 | $100.00 | $100.00 |
| John Mcdermott | Exhibits | Per Page | 528.00 | $0.20 | $105.60 |
| | Rough Draft | Page | 193.00 | $1.25 | $241.25 |
| | Realtime Services | Page | 193.00 | $1.50 | $289.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| Notes: | Additional Copy to Special Master Hon. Max Gitter | Invoice Total: | $2,551.10 |
|---|---|---|---|
| | 1 Copy Sold | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $2,551.10 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

## THIS INVOICE IS 297 DAYS PAST DUE, PLEASE REMIT - THANK YOU

| | | |
|---|---|---|
| **To pay online, go to** | **Please remit payment to:** | Invoice #: NY1759901 |
| **www.Veritext.com** | **Veritext** | Job #: 1645835 |
| Veritext accepts all major credit cards | **P.O. Box 71303** | Invoice Date: 5/24/2013 |
| (American Express, Mastercard, Visa, Discover) | **Chicago IL 60694-1303** | Balance: $2,551.10 |

42700

# Veritext New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Avi Weitzman, Esq<br>Gibson Dunn & Crutcher LLP<br>200 Park Ave.<br>Fl. 47<br>New York, NY, 10166-4799 | **Invoice #:** NY1759939<br>**Invoice Date:** 5/24/2013<br>**Balance Due:** $1,452.96<br>**Agency #:** 1667269 |

| | |
|---|---|
| **Case:** | Chevron Corporation v. Salazar, Et Al. |
| **Job #:** | 1645859 \| Job Date: 5/15/2013 \| Delivery: Daily |
| **Billing Atty:** | Avi Weitzman, Esq |
| **Location:** | Gibson Dunn & Crutcher |
| | 555 Mission St \| San Francisco, CA 94105 |
| **Sched Atty:** | \| Gibson Dunn & Crutcher LLP |



★ 9 0 0 9 3 4 1 8 7 ★

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 147.00 | $3.25 | $477.75 |
| | Transcript - Fee for Daily | Page | 147.00 | $2.00 | $294.00 |
| | Original with 1 Certified Transcript | Page | 147.00 | $2.00 | $294.00 |
| | Attendance Fee | 1 | 1.00 | $100.00 | $100.00 |
| Andrew Woods | Exhibits | Per Page | 2.00 | $0.20 | $0.40 |
| | Realtime Services | Page | 147.00 | $1.00 | $147.00 |
| | Rough Draft | Page | 147.00 | $0.75 | $110.25 |
| | Exhibits Scanned-Searchable - OCR | Per page | 0.20 | $0.29 | $0.06 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| | | | |
|---|---|---|---|
| **Notes:** Additional Copy to Special Master Hon. Max Gitter<br>3 Copies Sold | **Invoice Total:** | $1,452.96 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,452.96 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** NY1759939<br>**Job #:** 1645859<br>**Invoice Date:** 5/24/2013<br>**Balance:** $1,452.96 |

## Veritext New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



RECEIVED
JUN 07 2013
Robert C. Blume

| | |
|---|---|
| **Bill To:** | Robert Blume, Esq.<br>Gibson Dunn & Crutcher LLP<br>1801 California St.<br>Suite 4200<br>Denver, CO, 80202-2694 |

| | |
|---|---|
| **Invoice #:** | NY1764087 |
| **Invoice Date:** | 5/30/2013 |
| **Balance Due:** | $1,855.30 |

| | |
|---|---|
| **Case:** | Chevron Corporation v. Salazar, et al. |
| **Job #:** | 1673346 | Job Date: 5/23/2013 | Delivery: Daily |
| **Billing Atty:** | Robert Blume, Esq. |
| **Location:** | Gibson Dunn & Crutcher<br>1801 California Street | Suite 4200 | Denver, CO 80202 |
| **Sched Atty:** | Robert Blume, Esq. | Gibson Dunn & Crutcher LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 213.00 | $2.50 | $532.50 |
| | Transcript - Fee for Daily | Page | 213.00 | $2.75 | $585.75 |
| | Attendance Fee | 1 | 1.00 | $100.00 | $100.00 |
| Joe Silver | Exhibits | Per Page | 59.00 | $0.20 | $11.80 |
| | Rough Draft | Page | 213.00 | $1.25 | $266.25 |
| | Realtime Services | Page | 213.00 | $1.50 | $319.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

**Notes:** 2 Copies Sold

use tax on
$1,815.80

| | |
|---|---|
| **Invoice Total:** | $1,855.30 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,855.30 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

USE TAX
Disbursement $ 138.36

General Office $ _____



**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY1764087 |
| **Job #:** | 1673346 |
| **Invoice Date:** | 5/30/2013 |
| **Balance:** | $1,855.30 |

# INVOICE

**DepoPro**
Deposition
Concierge
Professionals

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5673 | 5/31/2013 | 2932 |

| Job Date | Case No. | |
|---|---|---|
| 5/13/2013 | 11 CIV.0691 (LAK) | |

| Case Name |
|---|
| Chevron vs. Steven Donziger |

| Payment Terms |
|---|
| Due upon receipt |

Andrea Neuman
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193

Ramiro Fernando Reyes

| | | |
|---|---|---|
| Original Hard Copy + Digital Copy | 200.00 | 1,190.00 |
| 2 Business Day Expedite | | 1,072.00 |
| Advanced Rough | 200.00 Pages | 280.00 |
| Real-Time Connection | 200.00 | 380.00 |
| Real-Time Connection | 200.00 | 380.00 |
| Real-Time-Additional DISCOUNTED | 200.00 | 380.00 |
| Real-Time-Additional DISCOUNTED | 200.00 | 190.00 |
| Witness Review Processing | | 15.00 |
| Exhibits-Scanned Only | )0 Pages | 192.15 |
| Mini Tran/Word Index | )0 | 49.05 |
| ReporterVideoReconcile | )0 | 80.00 |
| Preparation of Hard Copy Origi | | 50.00 |
| Travel Days | ..00 | 500.00 |
| Conference Room Office Services | | 1,000.00 |
| Shipment fees | | 123.87 |

*★ 9 0 0 9 4 0 8 5 2 ★*

| **TOTAL DUE >>>** | **$5,882.07** |
|---|---|

Finance chg. of 2% per month (24% annually) applied to balances @ 31 days. Collection fees paid by client. Some CREDIT CARDS ACCEPTED@ 3.25% processing charge.

**Tax ID:** 20-3245263

*Please detach bottom portion and return with payment.*

Andrea Neuman
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193

| Invoice No. | : | 5673 |
|---|---|---|
| Invoice Date | : | 5/31/2013 |
| **Total Due** | : | **$ 5,882.07** |

Remit To: **DepoPro LLC, Deposition Concierge**
**Professionals**
**633 W. 5th Street**
**Suite 2800**
**Los Angeles, CA 90071**

| Job No. | : | 2932 |
|---|---|---|
| BU ID | : | National |
| Case No. | : | 11 CIV.0691 (LAK) |
| Case Name | : | Chevron vs. Steven Donziger |

# INVOICE



**DepoPro**
Deposition
Concierge
Professionals

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5673 | 5/31/2013 | 2932 |
| **Job Date** | **Case No.** | |
| 5/13/2013 | 11 CIV.0691 (LAK) | |
| **Case Name** | | |
| Chevron vs. Steven Donziger | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrea Neuman
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY  10166-0193

**Tax ID:** 20-3245263

*Please detach bottom portion and return with payment.*

Andrea Neuman
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY  10166-0193

| Invoice No. | : | 5673 |
|---|---|---|
| Invoice Date | : | 5/31/2013 |
| **Total Due** | **:** | **$ 5,882.07** |

Remit To: **DepoPro LLC, Deposition Concierge**
**Professionals**
**633 W. 5th Street**
**Suite 2800**
**Los Angeles, CA  90071**

| Job No. | : | 2932 |
|---|---|---|
| BU ID | : | National |
| Case No. | : | 11 CIV.0691 (LAK) |
| Case Name | : | Chevron vs. Steven Donziger |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5676 | 5/31/2013 | 2933 |

| Job Date | Case No. | |
|---|---|---|
| 5/14/2013 | 11 CIV.0691 (LAK) | |

| Case Name | | |
|---|---|---|
| Chevron vs. Steven Donziger | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Andrea Neuman
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193

Hugo Camacho Naranjo

| | | | |
|---|---|---|---|
| Original Hard Copy + Digital Copy | 252.00 | | 1,499.40 |
| 2 Business Day Expedite | | | 1,350.72 |
| Advanced Rough | 252.00 | Pages | 352.80 |
| Real-time Connection | 252.00 | | 478.80 |
| Real-time Connection | 252.00 | | 478.80 |
| Real-Time-Additional DISCOUNTED | 252.00 | | 239.40 |
| Real-Time-Additional DISCOUNTED | 252.00 | | 239.40 |
| Witness Review Processing | | | 15.00 |
| Mini Tran/Word Index | 109.00 | | 49.05 |
| ReporterVideoReconcile | 252.00 | | 100.80 |
| Exhibits-Scanned Only | 253.00 | Pages | 88.55 |
| Preparation of Hard Copy | | | 50.00 |
| Shipment fees | | | 92.61 |



**TOTAL DUE >>>**   **$5,035.33**

Finance chg. of 2% per month (24%
ACCEPTED@ 3.25% processing charg

n fees paid by client. Some CREDIT CARDS

**Tax ID:** 20-3245263

*Please detach bottom portion and return with payment.*

Andrea Neuman
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193

| | | |
|---|---|---|
| Invoice No. | : | 5676 |
| Invoice Date | : | 5/31/2013 |
| **Total Due** | : | **$ 5,035.33** |

Remit To: **DepoPro LLC, Deposition Concierge
Professionals
633 W. 5th Street
Suite 2800
Los Angeles, CA 90071**

| | | |
|---|---|---|
| Job No. | : | 2933 |
| BU ID | : | National |
| Case No. | : | 11 CIV.0691 (LAK) |
| Case Name | : | Chevron vs. Steven Donziger |

# INVOICE


DepoPro
Deposition
Concierge
Professionals

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5678 | 5/31/2013 | 2934 |
| **Job Date** | **Case No.** | |
| 5/15/2013 | 11 CIV.0691 (LAK) | |
| **Case Name** | | |
| Chevron vs. Steven Donziger | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrea Neuman
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY  10166-0193

Javier Piaguaje Payaguaje

| | | |
|---|---|---|
| Original Hard Copy + Digital Copy | 181.00 | **1,076.95** |
| 2 Business Day Expedite | | 970.16 |
| Advanced Rough | 180.00 Pages | 252.00 |
| ReporterVideoReconcile | 181.00 | 72.40 |
| Real-Time Connection | 181.00 | 343.90 |
| Real-Time Connection | 181.00 | 343.90 |
| Real-Time-Additional DISCOUNTED | 181.00 | 171.95 |
| Real-Time-Additional DISCOUNTED | 181.00 | 171.95 |
| Exhibits-Scanned Only | 88.00 Pages | 30.80 |
| Mini Tran/Word Index | 96.00 | 43.20 |
| Witness Review Processing | | 15.00 |
| Preparation of Hard Copy Original | | 50.00 |
| Full Day-Per Diem | | 250.00 |
| Cancellation-Late | | 2,700.00 |
| Shipment fees | | 92.61 |

*900940853*

**TOTAL DUE  >>>**      **$6,584.82**

Finance chg. of  2% per month (24% annually) applied to balances @ 31 days. Collection fees paid by client. Some CREDIT CARDS ACCEPTED@ 3.25% processing charge.

**Tax ID:** 20-3245263

*Please detach bottom portion and return with payment.*

Andrea Neuman
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY  10166-0193

| | | |
|---|---|---|
| Invoice No. | : | 5678 |
| Invoice Date | : | 5/31/2013 |
| **Total Due** | : | **$ 6,584.82** |

Remit To: **DepoPro LLC, Deposition Concierge Professionals**
**633 W. 5th Street**
**Suite 2800**
**Los Angeles, CA  90071**

| | | |
|---|---|---|
| Job No. | : | 2934 |
| BU ID | : | National |
| Case No. | : | 11 CIV.0691 (LAK) |
| Case Name | : | Chevron vs. Steven Donziger |

# INVOICE



**DepoPro**
Deposition
Concierge
Professionals

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5678 | 5/31/2013 | 2934 |
| **Job Date** | **Case No.** | |
| 5/15/2013 | 11 CIV.0691 (LAK) | |
| **Case Name** | | |
| Chevron vs. Steven Donziger | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrea Neuman
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY  10166-0193

**Tax ID:** 20-3245263

*Please detach bottom portion and return with payment.*

Andrea Neuman
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY  10166-0193

Invoice No.   :  5678
Invoice Date  :  5/31/2013
**Total Due**   :  **$ 6,584.82**

Remit To: **DepoPro LLC, Deposition Concierge
Professionals
633 W. 5th Street
Suite 2800
Los Angeles, CA  90071**

Job No.     :  2934
BU ID       :  National
Case No.    :  11 CIV.0691 (LAK)
Case Name   :  Chevron vs. Steven Donziger

# Veritext  New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



**Bill To:** Reed Brodsky, Esq
Gibson Dunn & Crutcher LLP
200 Park Ave.
Fl. 47
New York, NY, 10166-4799

| | |
|---|---|
| **Invoice #:** | NY1777427 |
| **Invoice Date:** | 6/17/2013 |
| **Balance Due:** | $6,459.30 |

| | |
|---|---|
| **Case:** | Chevron Corporation  v. Salazar, Et Al. |
| **Job #:** | 1672829 \| Job Date: 6/13/2013 \| Delivery: Daily |
| **Billing Atty:** | Reed Brodsky, Esq |
| **Location:** | Gibson Dunn & Crutcher |
| | 200 Park Avenue \| New York, NY 10166 |
| **Sched Atty:** | Rebecca Gray \| Gibson Dunn & Crutcher LLP |

**Matter #:** 19624 20

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 526.00 | $3.00 | $1,578.00 |
| | Transcript - Fee for Daily | Page | 526.00 | $3.00 | $1,578.00 |
| | Certified Transcript | Page | 526.00 | $3.25 | $1,709.50 |
| | Attendance Fee | 1 | 1.00 | $100.00 | $100.00 |
| James Tyrrell | Exhibits | Per Page | 89.00 | $0.20 | $17.80 |
| | Rough Draft | Page | 526.00 | $1.25 | $657.50 |
| | Realtime Services | Page | 526.00 | $1.50 | $789.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

**Notes:** Additional Copy to Special Master Justin Ormand, Esq
1 Copy Sold

| | |
|---|---|
| **Invoice Total:** | $6,459.30 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $6,459.30 |

**TERMS:**  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.ventext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY1777427 |
| **Job #:** | 1672829 |
| **Invoice Date:** | 6/17/2013 |
| **Balance:** | $6,459.30 |

# INVOICE

**USLEGAL SUPPORT**
The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 193917 | 6/20/2013 | 106482 |

| Job Date | Case No. | |
|---|---|---|
| 6/10/2013 | | |

| Case Name | | |
|---|---|---|
| Chevron Corporation v. Steven Donziger, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Andrea E. Neuman, Esquire
Gibson Dunn
200 Park Avenue
47th Floor
New York, NY 10166

---

DANIEL KARSON

| | | |
|---|---|---|
| Transcript Copy - Videotaped / Technical Testimony | 439.00 Pages | 1,734.05 |
| Realtime - Hookup | 439.00 Pages | 987.75 |
| Rough Draft ASCII | 439.00 Pages | 856.05 |
| Expedite - 3-day | 439.00 Pages | 1,387.24 |
| Evening Pages | 126.00 Pages | 252.00 |
| E-Transcript - Complimentary | | 0.00 |
| E-CD Litigation Package | | 39.00 |
| Minuscript/Condensed Transcript | | 27.50 |
| Handling/Processing - Expedited | | 55.00 |
| Shipping - Complimentary | | 0.00 |

**TOTAL DUE >>>** $5,338.59
AFTER 8/4/2013 PAY $5,872.45

Videotaped deposition held in New York, NY . Deposition ended at 8:33PM

Thank you for your business!

*\* 9 0 0 9 4 8 5 6 2 \**

**Tax ID:** 76-0523238          Phone: 212-351-4000   Fax:212-351-4035

---

*Please detach bottom portion and return with payment.*

Andrea E. Neuman, Esquire
Gibson Dunn
200 Park Avenue
47th Floor
New York, NY 10166

| | | | | |
|---|---|---|---|---|
| Job No. | : 106482 | BU ID | :31-VIP |
| Case No. | : | | |
| Case Name | : Chevron Corporation v. Steven Donziger, et al. | | |

Invoice No. : 193917          Invoice Date :6/20/2013
**Total Due : $ 5,338.59**
AFTER 8/4/2013 PAY $5,872.45

**Remit To: U.S. Legal Support**
**P.O. Box 3724**
**New York, NY 10008-3724**

### PAYMENT WITH CREDIT CARD   AMEX / / VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# Veritext New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



**Bill To:** Andrea E. Neuman, Esq
Gibson Dunn & Crutcher LLP
200 Park Ave.
Fl. 47
New York, NY, 10166-4799

| | |
|---|---|
| **Invoice #:** | NY1787447 |
| **Invoice Date:** | 6/28/2013 |
| **Balance Due:** | $3,111.35 |

| | |
|---|---|
| **Case:** | Chevron Corporation v. Salazar, Et Al. |
| **Job #:** | 1645855 \| Job Date: 6/24/2013 \| Delivery: Daily |
| **Billing Atty:** | Andrea E. Neuman, Esq |
| **Location:** | Gibson Dunn & Crutcher |
| | 200 Park Avenue \| 50th Floor \| New York, NY 10166 |
| **Sched Atty:** | \| Gibson Dunn & Crutcher LLP |

*900943243*

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Steven Donziger | Original with 2 Certified Transcripts | Page | 359.00 | $3.00 | $1,077.00 |
| | Transcript - Fee for Daily | Page | 315.00 | $3.00 | $945.00 |
| | Attendance Fee | 1 | 1.00 | $100.00 | $100.00 |
| | Exhibits | Per Page | 468.00 | $0.20 | $93.60 |
| | Realtime Services | Page | 315.00 | $1.50 | $472.50 |
| | Rough Draft | Page | 315.00 | $1.25 | $393.75 |
| | CD Depo Litigation Package | Per CD | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

**Notes:** Additional Copy to Special Master Justin Ormand
1 Copy Sold

| | |
|---|---|
| **Invoice Total** | $3,111.35 |
| **Payment** | $0.00 |
| **Credit** | $0.00 |
| **Interest** | $0.00 |
| **Balance Due** | $3,111.35 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY1787447 |
| **Job #:** | 1645855 |
| **Invoice Date:** | 6/28/2013 |
| **Balance:** | $3,111.35 |

# Veritext New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



**Bill To:** Andrea E. Neuman, Esq
Gibson Dunn & Crutcher LLP
200 Park Ave.
Fl. 47
New York, NY, 10166-4799

| | |
|---|---|
| **Invoice #:** | NY1788178 |
| **Invoice Date:** | 6/28/2013 |
| **Balance Due:** | $5,844.30 |

| | |
|---|---|
| **Case:** | Chevron Corporation v. Salazar, et al. |
| **Job #:** | 1645856 | Job Date: 6/25/2013 | Delivery: Daily |
| **Billing Atty:** | Andrea E. Neuman, Esq |
| **Location:** | Gibson Dunn & Crutcher |
| | 200 Park Avenue | 50th Floor | New York, NY 10166 |
| **Sched Atty:** | | Gibson Dunn & Crutcher LLP |

*900943244*

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 2 Certified Transcripts | Page | 471.00 | $3.00 | $1,413.00 |
| | Transcript - Fee for Daily | Page | 471.00 | $3.00 | $1,413.00 |
| | Certified Transcript | Page | 471.00 | $3.25 | $1,530.75 |
| | Attendance Fee | 1 | 1.00 | $100.00 | $100.00 |
| Steven Donzinger V2 | Exhibits | Per Page | 314.00 | $0.20 | $62.80 |
| | Realtime Services | Page | 471.00 | $1.50 | $706.50 |
| | Rough Draft | Page | 471.00 | $1.25 | $588.75 |
| | CD Depo Litigation Package | Per CD | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| | | |
|---|---|---|
| **Notes:** Additional Copy to Special Master Justin Ormand | **Invoice Total** | $5,844.30 |
| 1 Copy Sold | **Payment** | $0.00 |
| | **Credit** | $0.00 |
| | **Interest** | $0.00 |
| | **Balance Due** | $5,844.30 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY1788178 |
| **Job #:** | 1645856 |
| **Invoice Date:** | 6/28/2013 |
| **Balance:** | $5,844.30 |

# INVOICE

## U.S. LEGAL SUPPORT
### The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 194403 | 7/3/2013 | 106486 |

| Job Date | Case No. | |
|---|---|---|
| 6/14/2013 | | |

| Case Name | | |
|---|---|---|
| Chevron Corporation v. Steven Donziger, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Ariel Santamaria
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY 10166

Sara McMillen

| | | |
|---|---|---|
| Exhibit | 77.00 Pages | 65.45 |
| Transcript Copy - Videotaped / Technical Testimony | 242.00 Pages | 955.90 |
| Realtime - Hookup | 242.00 Pages | 544.50 |
| Rough Draft ASCII | 242.00 Pages | 471.90 |
| Expedite - 2-day | 242.00 Pages | 861.52 |
| E-Transcript - Complimentary | | 0.00 |
| E-CD Litigation Package | | 39.00 |
| Minuscript/Condensed Transcript | | 27.50 |
| Handling/Processing - Expedited | | 55.00 |
| Shipping - Complimentary | | 0.00 |

TOTAL DUE  >>>   $3,020.77

AFTER 8/17/2013 PAY   $3,322.85

Videotaped deposiiton held in New Yo

Thank you for your business!

*900948565*

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00

Tax ID: 76-0523238

Phone: 212-351-4000   Fax:212-351-4035

*Please detach bottom portion and return with payment.*

Ariel Santamaria
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY  10166

Job No.      : 106486        BU ID        :31-VIP
Case No.    :
Case Name  : Chevron Corporation v. Steven Donziger, et al.

Invoice No. : 194403        Invoice Date :7/3/2013
**Total Due  : $ 3,020.77**

### PAYMENT WITH CREDIT CARD
AMEX   MASTERCARD   VISA

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **U.S. Legal Support**
**P.O. Box 3724**
**New York, NY  10008-3724**

# INVOICE

## U.S. LEGAL SUPPORT
### The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 194403 | 7/3/2013 | 106486 |
| **Job Date** | **Case No.** | |
| 6/14/2013 | | |
| **Case Name** | | |
| Chevron Corporation v. Steven Donziger, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ariel Santamaria
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY  10166

| | |
|---|---|
| **(=) New Balance:** | **3,020.77** |

**Tax ID:** 76-0523238

Phone: 212-351-4000    Fax:212-351-4035

*Please detach bottom portion and return with payment.*

Ariel Santamaria
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY  10166

Job No.      :  106486          BU ID        :31-VIP
Case No.     :
Case Name  :  Chevron Corporation v. Steven Donziger, et al.

Invoice No.  :  194403          Invoice Date  :7/3/2013
**Total Due  :  $ 3,020.77**

**PAYMENT WITH CREDIT CARD**   AMEX  DISCOVER  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **U.S. Legal Support**
**P.O. Box 3724**
**New York, NY  10008-3724**

## Veritext  New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Andrea E. Neuman, Esq | Invoice #: | NY1791078 |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | Invoice Date: | 7/3/2013 |
| | 200  Park Ave. | Balance Due: | $1,609.00 |
| | Fl. 47 | | |
| | New York, NY, 10166-4799 | | |

| | |
|---|---|
| Case: | Chevron Corporation  v. Donziger, Et Al. |
| Job #: | 1692861 \| Job Date: 6/28/2013 \| Delivery: Daily |
| Billing Atty: | Andrea E. Neuman, Esq |
| Location: | Gibson Dunn & Crutcher |
| | 200 Park Avenue \| 50th Floor \| New York, NY 10166 |
| Sched Atty: | Rebecca Gray \| Gibson Dunn & Crutcher LLP |

*900943246*

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Steven Donziger 30(B)(6) | Original with 1 Certified Transcript | Page | 166.00 | $3.00 | $498.00 |
| | Transcript - Fee for Daily | Page | 166.00 | $3.00 | $498.00 |
| | Attendance Fee | 1 | 1.00 | $100.00 | $100.00 |
| | Exhibits | Per Page | 135.00 | $0.20 | $27.00 |
| | Realtime Services | Page | 166.00 | $1.50 | $249.00 |
| | Rough Draft | Page | 166.00 | $1.25 | $207.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| Notes: | | |
|---|---|---|
| | Invoice Total | $1,609.00 |
| | Payment | $0.00 |
| | Credit | $0.00 |
| | Interest | $0.00 |
| | Balance Due | $1,609.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

### To pay online, go to
### www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| Invoice #: | NY1791078 |
| Job #: | 1692861 |
| Invoice Date: | 7/3/2013 |
| Balance: | $1,609.00 |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 195244 | 7/8/2013 | 106487 |

| Job Date | Case No. |
|---|---|
| 6/17/2013 | |

| Case Name |
|---|
| Chevron Corporation v. Steven Donziger, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**US LEGAL SUPPORT**
The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

Ariel Santamaria
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY 10166

Ricardo Reis-Vega

| | | | |
|---|---|---|---|
| Exhibit | 63.00 | Pages | 53.55 |
| Transcript Copy - Videotaped / Technical Testimony | 286.00 | Pages | 1,186.90 |
| Expedite - 1-day | 286.00 | Pages | 1,186.90 |
| Rough Draft ASCII | 286.00 | Pages | 557.70 |
| Condensed Transcript - Complimentary | | | 0.00 |
| E-Transcript - Complimentary | | | 0.00 |
| Handling/Processing - Expedited | | | 55.00 |
| Shipping - Complimentary | | | 0.00 |

| TOTAL DUE  >>> | $3,040.05 |
|---|---|
| AFTER 8/22/2013 PAY | $3,344.06 |

Videotaped deposition held in San Francisco, CA

Thank you for your business!



*900948561*

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 3,040.05 |

Tax ID: 76-0523238

Phone: 212-351-4000  Fax:212-351-4035

*Please detach bottom portion and return with payment.*

Ariel Santamaria
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY 10166

| | | | |
|---|---|---|---|
| Job No. | : 106487 | BU ID | :31-VIP |
| Case No. | : | | |
| Case Name | : Chevron Corporation v. Steven Donziger, et al. | | |

| | | | |
|---|---|---|---|
| Invoice No. | : 195244 | Invoice Date | :7/8/2013 |
| **Total Due** | **: $ 3,040.05** | | |

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **U.S. Legal Support
P.O. Box 3724
New York, NY 10008-3724**

# INVOICE

**US LEGAL SUPPORT**
The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 195336 | 7/9/2013 | 106491 |

| Job Date | Case No. | |
|---|---|---|
| 6/27/2013 | | |

| Case Name | | |
|---|---|---|
| Chevron Corporation v. Steven Donziger, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Ariel Santamaria
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY 10166

John Watson

| | | | |
|---|---|---|---|
| Exhibit | 225.00 | Pages | 191.25 |
| Transcript Copy - Videotaped / Technical Testimony | 309.00 | Pages | 1,220.55 |
| Expedite - 1-day | 309.00 | Pages | 1,220.55 |
| Rough Draft ASCII | 309.00 | Pages | 602.55 |
| Miniscript/Condensed Transcript | | | 27.50 |
| E-CD Litigation Package | | | 39.00 |
| E-Transcript - Complimentary | | | 0.00 |
| Handling/Processing - Expedited | | | 55.00 |
| Shipping - Complimentary | | | 0.00 |

| | |
|---|---|
| TOTAL DUE >>> | **$3,356.40** |
| AFTER 8/23/2013 PAY | $3,692.04 |

Videotaped deposition held in New York, NY

Thank you for your business!

★ 9 0 0 9 4 8 5 6 7 ★

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 3,356.40 |

Tax ID: 76-0523238

Phone: 212-351-4000    Fax:212-351-4035

*Please detach bottom portion and return with payment.*

Ariel Santamaria
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY 10166

| | | | |
|---|---|---|---|
| Job No. | : 106491 | BU ID | : 31-VIP |
| Case No. | : | | |
| Case Name | : Chevron Corporation v. Steven Donziger, et al. | | |
| Invoice No. | : 195336 | Invoice Date | : 7/9/2013 |
| **Total Due** | : **$3,356.40** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **U.S. Legal Support**
            **P.O. Box 3724**
            **New York, NY 10008-3724**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 195344 | 7/9/2013 | 106490 |

| Job Date | Case No. |
|---|---|
| 6/21/2013 | |

| Case Name |
|---|
| Chevron Corporation v. Steven Donziger, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**US LEGAL SUPPORT**
The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

Ariel Santamaria
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY 10166

---

Rhonda Zygocki

| | | |
|---|---|---|
| Exhibit | 34.00 Pages | 28.90 |
| Transcript Copy - Videotaped / Technical Testimony | 337.00 Pages | 1,331.15 |
| Expedite - 1-day | 337.00 Pages | 1,331.15 |
| Rough Draft ASCII | 337.00 Pages | 657.15 |
| Minuscript/Condensed Transcript | | 27.50 |
| E-CD Litigation Package | | 39.00 |
| E-Transcript - Complimentary | | 0.00 |
| Handling/Processing - Expedited | | 55.00 |
| Shipping - Complimentary | | 0.00 |

**TOTAL DUE >>>** $3,469.85
AFTER 8/23/2013 PAY $3,816.84

Videotaped deposition held in New York, NY

Thank you for your business!



*9 0 0 9 4 8 5 5 4*

---

**Tax ID:** 76-0523238

Phone: 212-351-4000   Fax:212-351-4035

*Please detach bottom portion and return with payment.*

Ariel Santamaria
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY 10166

| | | | |
|---|---|---|---|
| Job No. | : 106490 | BU ID | :31-VIP |
| Case No. | : | | |
| Case Name | : Chevron Corporation v. Steven Donziger, et al. | | |

Invoice No. : 195344     Invoice Date :7/9/2013

**Total Due : $ 3,469.85**
AFTER 8/23/2013 PAY $3,816.84

**PAYMENT WITH CREDIT CARD**   AMEX MASTER VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

**Remit To: U.S. Legal Support**
**P.O. Box 3724**
**New York, NY 10008-3724**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 195352 | 7/9/2013 | 106489 |

| Job Date | Case No. |
|---|---|
| 6/20/2013 | |

| Case Name |
|---|
| Chevron Corporation v. Steven Donziger, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**US LEGAL SUPPORT**
The Power of Commitment.

p: 877.479.2484
f: 877.876.9330

Ariel Santamaria
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY 10166

Ed Scott

| | | |
|---|---|---|
| Exhibit | 11.00 Pages | 9.35 |
| Transcript Copy - Videotaped / Technical Testimony | 176.00 Pages | 695.20 |
| Expedite - 2-day | 176.00 Pages | 660.00 |
| Rough Draft ASCII | 176.00 Pages | 343.20 |
| Minuscript/Condensed Transcript | | 27.50 |
| E-CD Litigation Package | | 39.00 |
| E-Transcript - Complimentary | | 0.00 |
| Handling/Processing - Expedited | | 55.00 |
| Shipping - Complimentary | | 0.00 |

**TOTAL DUE >>>**  $1,829.25
AFTER 8/23/2013 PAY  $2,012.18

Videotaped deposition held in New York, NY

Thank you for your business!

*9009485557*

**Tax ID:** 76-0523238                    Phone: 212-351-4000    Fax:212-351-4035

*Please detach bottom portion and return with payment.*

Ariel Santamaria
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY 10166

Job No.    : 106489          BU ID      : 31-VIP
Case No.   :
Case Name  : Chevron Corporation v. Steven Donziger, et al.

Invoice No. : 195352          Invoice Date : 7/9/2013
**Total Due : $ 1,829.25**
AFTER 8/23/2013 PAY $2,012.18

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support**
**P.O. Box 3724**
**New York, NY 10008-3724**

# Veritext New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



**Bill To:** Andrea E. Neuman, Esq
Gibson Dunn & Crutcher LLP
200 Park Ave.
Fl. 47
New York, NY, 10166-4799

| | |
|---|---|
| **Invoice #:** | NY1796753 |
| **Invoice Date:** | 7/11/2013 |
| **Balance Due:** | $3,696.10 |

| | |
|---|---|
| **Case:** | Chevron Corporation  v. Salazar, Et Al. |
| **Job #:** | 1677854 \| Job Date: 6/26/2013 \| Delivery: Daily |
| **Billing Atty:** | Andrea E. Neuman, Esq |
| **Location:** | Gibson Dunn & Crutcher |
| | 200 Park Avenue \| New York, NY 10166 |
| **Sched Atty:** | \| Gibson Dunn & Crutcher LLP |



*900949057*

| | Description | Unit | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 316.00 | $2.50 | $790.00 |
| | Transcript - Fee for Daily | Page | 316.00 | $2.75 | $869.00 |
| | Certified Transcript | Page | 316.00 | $3.25 | $1,027.00 |
| Ted Dunkelberger | Attendance Fee | 1 | 1.00 | $100.00 | $100.00 |
| | Exhibits | Per Page | 58.00 | $0.20 | $11.60 |
| | Rough Draft | Page | 316.00 | $1.25 | $395.00 |
| | Realtime Services | Page | 316.00 | $1.50 | $474.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| **Notes:** Additional Copy to Special Master Justin Ormand | | |
|---|---|---|
| 2 Copies Sold | Invoice Total | $3,696.10 |
| | Payment | $0.00 |
| | Credit | $0.00 |
| | Tax | $0.00 |
| | Balance Due | $3,696.10 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

### To pay online, go to
### www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY1796753 |
| **Job #:** | 1677854 |
| **Invoice Date:** | 7/11/2013 |
| **Balance:** | $3,696.10 |