# EXHIBIT 8

## WHEELS OF JUSTICE, INC.    657 Mission Street, Suite 502 San Francisco, CA   94105
### Tel: (415) 546-6000    Fax: (415) 546-6199

Invoice No. W2591966

| | |
|---|---|
| Attorney | Date   March 5, 2012 |
| Tel    (415) 393-8200 | Court   UNITED STATES DISTRICT COURT |
| Fax   (415) 393-8306 | SOUTHERN DISTRICT OF NEW YORK |
| Atty File   CHEVRON CORP. | Plaintiff   CHEVRON CORP. |
| | Defendant   DONZIGER |
| 19624-00020 | Case No.   11 Civ. 0691 (LAK), |
| Attention  Rene Tyler-Williams | SEE ATTACHMENT |

D
o
c
u
m
e
n
t
s

Firm    GIBSON DUNN & CRUTCHER
555 Mission Street, 28th Floor
San Francisco, California  94105

Serve:  JOHN W. KEKER

| Residence Address (1) | KEKER & VAN NEST, LLP | Business Address (2) |
|---|---|---|
| | 710 Sansome Street | |
| | San Francisco, California 94111 | |
| | Bus Phone | |

Special Instructions          1011

| Hearing Date | Time | Dept | Last Date to Serve   *RUSH* |
|---|---|---|---|
| Description   Age | Hgt | Race | Wt    Sex    Hair |
| Service Date   3/5/12 | Time   4:30 p.m. | Servers Name   Shane Cantrell | |

Report  Delivered to THAI PEANG, Mailroom

| ITEM | CHARGES |
|---|---|
| Service | 75.00 |
| | |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | |
| TOTAL | $75.00 |

*900823793*

Attorney Check Attached

## Thank you for using WHEELS OF JUSTICE, INC.

*Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270*

ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH



# WHEELS OF JUSTICE, INC.  657 Mission Street, Suite 502 San Francisco, CA  94105
## Tel: (415) 546-6000   Fax: (415) 546-6199

Invoice No. W2592090

| | |
|---|---|
| **Attorney** | **Date**  March 7, 2012 |
| Tel    (415) 393-8200 | **Court**  UNITED STATES DISTRICT COURT |
| Fax    (415) 393-8306 | SOUTHERN DISTRICT OF NEW YORK |
| **Atty File**  CHEVRON CORP. | **Plaintiff**  CHEVRON CORP. |
| | **Defendant**  DONZIGER |
| 19624-00020 | **Case No.**  11 Civ. 0691 (LAK), |
| **Attention**  Rene Tyler-Williams | See Attachment "A" attached hereto and incorporated herein by this reference |
| **Firm** | |
| GIBSON DUNN & CRUTCHER | |
| 555 Mission Street, 28th Floor | |
| San Francisco, California  94105 | |

*(vertical text: Documents)*

**Serve:**  JOHN W. KEKER

| Residence Address (1) | KEKER & VAN NEST, LLP | Business Address (2) |
|---|---|---|
| | 710 Sansome Street | |
| | San Francisco, California 94111 | |
| | Bus Phone | |

**Special Instructions**                 1011

| Hearing Date | Time | Dept | Last Date to Serve  *do-today* |
|---|---|---|---|

| Description | Age | Hgt | Race | Wt | Sex | Hair |
|---|---|---|---|---|---|---|

| Service Date  3/7/12 | Time  **4:15 p.m.** | Servers Name  Casey Plemons |
|---|---|---|

**Report**  Delivered to  MARK GOMES, Receptionist

**\* 9 0 0 8 2 3 7 9 1 \***

Attorney Check Attached

| ITEM | CHARGES |
|---|---|
| Service | 75.00 |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | |
| **TOTAL** | **$75.00** |

## Thank you for using WHEELS OF JUSTICE, INC.

Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270



ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH

# Invoice/Service Report

**Client#:** 1064
**Inv#:** 305042

**Date:** April 1, 2012

---

**Client:** GIBSON DUNN & CRUTCHER
555 Mission Street, 28th Floor
San Francisco, CA 94105

**Attention:** LUCY RAGNELLI

**Case No.:** 11 CIV 0691 (LAK)

**Court:** U.S. DISTRICT COURT- SOUTHERN DISTRICT OF NEW YORK

**Plaintiff:** CHEVRON CORPORATION

**Defendant:** DONZIGER, ET AL.

**Ref No.:** 19624-20020

**Document(s):** LETTER DATED MARCH 13, 2012 ADDRESSED TO THE HONORABLE LEWIS A. KAPLAN; [PROPOSED] ORDER TO SHOW CAUSE WHY THIS COURT SHOULD NOT EXONERATE CHEVRON CORPORATION'S $21.8 MILLION BOND; CHEVRON CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION BY ORDER TO SHOW CAUSE WHY THIS COURT SHOULD NOT EXONERATE CHEVRON CORPORATION'S $21.8 MILLION BOND; LETTER DATED MARCH 13, 2012

---

**Report:** Service on: JOHN W. KEKER - Business address (B) : 633 Battery Street, San Francisco, CA 94111 - Residence address (H) : UNKNOWN - Service was effected at the Business address on March 13, 2012. Declaration(s) re service were returned March 14, 2012 **



*900839867*

---

**Fees and Costs:**     1 Special Service - San Francisco @ $60.00                $60.00

**Invoice Total:**     $60.00

---

**Specialized Legal Services, Inc.**
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

# WHEELS OF JUSTICE, INC.    657 Mission Street, Suite 502 San Francisco, CA   94105
### Tel: (415) 546-6000    Fax: (415) 546-6199

**Invoice No.** W2596679

| | |
|---|---|
| **Attorney**  ROBERT KIM, ESQ. () | **Date**  June 7, 2012 |
| **Tel**  (415) 393-8200 | **Court**  UNITED STATES DISTRICT COURT |
| **Fax**  (415) 393-8306 | SOUTHERN DISTRICT OF NEW YORK |

**Atty File**

T 19624-00020

**Attention** Bonnie Honniball

**Firm**
GIBSON DUNN & CRUTCHER
555 Mission Street, 28th Floor
San Francisco, California  94105

**Plaintiff**  CHEVRON
**Defendant**  SALAZAR
**Case No.**  11 CV 0691 LAK

**Documents** See Attachment "A" attached hereto and incorporated herein by this reference.

**Serve:**  JOHN W. KEKER, ESQ.

| Residence Address (1) | Business Address (2) |
|---|---|
| | 710 Sansome Street |
| | San Francisco, California  94111 |
| | **Bus Phone** |
| | *SEE REPORT - NO LONGER HERE* |

| Special Instructions | CCP 1011 |
|---|---|

| Hearing Date | Time | Dept | Last Date to Serve | *do-today* |
|---|---|---|---|---|
| **Description** Age **40's** | Hgt **5/8** | Race **Cauc** Wt | Sex **M** Hair | **Brown** |
| **Service Date** 6/7/12 | Time **4:40 p.m.** | Servers Name  Casey Plemons | | |

**Report**  Served NICK BONNELL, MailRoom Clerk at 633 Battery Street

| ITEM | CHARGES |
|---|---|
| Service | 75.00 |
| Time | |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | |
| **TOTAL** | **$75.00** |

Attorney Check Attached

*Thank you for using WHEELS OF JU*

Please remit payment with copy of this invoice - Net due upon receipt

ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CH



*900838420*

## LIST OF DOCUMENTS

**CHEVRON CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT STEVEN DONZIGER**

**CHEVRON CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS THE LAW OFFICE OF STEVEN R. DONZIGER AND DONZIGER & ASSOCIATES, PLLC**

**CHEVRON CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT JAVIER PIAGUAJE PAYAGUAJE**

**CHEVRON CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT HUGO GERARDO CAMACHO N ARANJO**

**CHEVRON CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT STRATUS CONSULTING, INC.**

**CHEVRON CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DOUGLAS BELTMAN**

**CHEVRON CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ANN S. MAEST**

# Colby Attorneys Service Co., Inc.

### U.S. Corporate and Information Service

Established 1939

(800) 832-1220
(518) 463-4426
Fax (518) 434-2574
Fed ID 14-1698121

Angel S. Arias
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 49th Floor
New York          NY          10166-0193

# INVOICE

No. 12-06167

Invoice Date:          June 18, 2012

RE:   Chevron Corporation v. Patton Boggs LLP     *c/u 19624-00020*

File Ref:

|  | Service Charge | Disbursement | Paid |
|---|---|---|---|
| **SERVICE(s) RENDERED:** |  |  |  |
| Process served through Secretary of State | $27.50 |  |  |
| **DISBURSEMENT(s):** |  |  |  |
| New York Department of State |  | $40.00 |  |



*9 0 0 7 5 5 0 5 9*

| *Sales Tax*   City:  New York | County:  New York | Rate: 8.88% | $0.00 |

For any questions concerning this matter please contact: *Edward J. Bowmaker*     **Balance Due:          $67.50**

NOTE:   *Thank you for using Colby Attorneys Service Co., Inc.*          **FILE COPY**

As requested, we have served the papers in the above entitled proceeding upon the Secretary of State.  Enclosed please find the affidavit(s) of service.  If the receipt(s) of the Department of State is not enclosed herein, we will forward to you under separate cover.

**THANK YOU for allowing us to have been of service**

*TERMS:  NET **30** DAYS.  PAYMENT IS EXPECTED FROM, AND IS THE SOLE RESPONSIBILITY OF OUR CLIENT YOUR PROMPT PAYMENT WILL BE APPRECIATED!  Thank you!*

*Send Payment to :  Colby Attorneys Service Co., Inc., P.O. Box 737, Albany, NY 12201-0737*

# Colby Attorneys Service Co., Inc.

## U.S. Corporate and Information Service

Established 1939

(800) 832-1220
(518) 463-4426
Fax (518) 434-2574

Angel S. Arias
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 49th Floor

New York     NY     10166-0193

# INVOICE
No. **12-06167**

Invoice Date:    June 18, 2012

**RE:**   **Chevron Corporation v. Patton Boggs LLP**

File Ref:

|  | Service Charge | Disbursement | Paid |
|---|---|---|---|
| SERVICE(s) RENDERED: |  |  |  |
| Process served through Secretary of State | $27.50 |  |  |
| DISBURSEMENT(s): |  |  |  |
| New York Department of State |  | $40.00 |  |

| Sales Tax | City: New York | County: New York | Rate: 8.88% | $0.00 |
|---|---|---|---|---|
|  |  |  | **Balance Due:** | **$67.50** |

For any questions concerning this matter please contact:   *Edward J. Bowmaker*

# REMITTANCE COPY

TERMS:  NET 30 DAYS.  PAYMENT IS EXPECTED FROM, AND IS THE SOLE RESPONSIBILITY OF OUR CLIENT
**Please Send Payment to :  Colby Attorneys Service Co., P.O. Box 737, Albany NY 12201-0737**

INVOICE # 14

Corey Guskin

1802 Echo Place

Merrick, New York 11566

516-972-7293

June 25, 2012

Invoice for Gibson Dunn & Crutcher LLP

Attempted to Serve Subpoena to testify at a Deposition in a Civil Action on:

- **James E. Tyrrell, Esq. c/o Patton Boggs, LLP**          $ 75

   1185 Avenue of the Americas,
   30th floor, NY, NY 10036

Chevron Corporation v Steven Donziger et. al.

**Civil Action No.: 11-CIV-0691(LAK)**

United States District Court, Southern District of NY

*9 0 0 7 5 5 0 8 1*

**TOTAL**                                    **$ 75**

# WHEELS OF JUSTICE, INC.  657 Mission Street, Suite 502 San Francisco, CA  94105

### Tel: (415) 546-6000    Fax: (415) 546-6199    Invoice No. W2601238

| | |
|---|---|
| Attorney | Date  September 7, 2012 |
| Tel  (202) 955-8500 | Court  UNITED STATES DISTRICT COURT |
| Fax  (202) 467-0539 | NORTHERN DISTRICT OF CALIFORNIA |
| Atty File  CHEVRON CORP. | Plaintiff  CHEVRON CORP. |
| | Defendant  DONZIGER |
| 19624-00020 | Case No.  11 Civ. 0691 (LAK) (SDNY) |
| Attention  Rebecca Gray | D o c u m e n t s  SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN CIVIL ACTION |
| Firm  GIBSON, DUNN & CRUTCHER 1050 Connecticut Avenue, NW, 9th Floor Washington, DC 20036-5306 | |

Serve:  CUSTODIAN OF RECORDS, GOOGLE, INC.

| Residence Address (1) | Business Address (2) |
|---|---|
| 1065 Charleston Road Mountain View, California  94043 | 1600 Ampitheatre Parkway Mountain View, CA  94043 |
| **SERVE  HERE** | Bus Phone **WILL  NOT  ACCEPT  HERE** |
| Special Instructions | 1011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Hearing Date  **10/5/2012** | Time  **9:00 a.m.** | Dept  **GD&C** | | Last Date to Serve  *do-today* | | |
| Description | Age | Hgt | Race | Wt | Sex | Hair |
| Service Date  **9/7/12** | Time  **12:30 p.m.** | Servers Name  Kenneth Smith | | | | |

| ITEM | CHARGES |
|---|---|
| Report 09/07/2012    11:46 AM Received by email | |
| ==Service== | ==75.00== |
| Do-Today | 35.00 |
| 09/07/2012    11:46 AM Served Audrey Kim, Legal Assistant. | |
| Bad Address | 45.00 |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | |
| **TOTAL** | **$155.00** |

```
* 9 0 0 8 5 2 2 3 2 *
```

Attorney  Check Attached  _____



# WHEELS OF JUSTICE, INC.  657 Mission Street, Suite 502 San Francisco, CA  94105

## Tel: (415) 546-6000    Fax: (415) 546-6199

Invoice No. W2601559

| | |
|---|---|
| Attorney ANNE CHAMPION, ESQ. () | Date September 14, 2012 |

Tel    (212) 351-4000
Fax    (212) 351-4035

Court UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Atty File CHEVRON CORP.

Plaintiff    CHEVRON CORP.
Defendant    DONZIGER
Case No.    11 Civ. 0691 (LAK)

Attention Alexander Mark

Firm    GIBSON, DUNN & CRUTCHER
200 Park Avenue
New York, New York 10166-0193

D
o
c
u
m
e
n
t
s
SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT
INSPECTION OF PREMISES IN CIVIL ACTION

Serve:  ANDREW M. WOODS

| Residence Address (1) | Business Address (2) |
|---|---|
| 46 Rivoli Street
San Francisco, California  94117 | |
| | Bus Phone |

Special Instructions    *SERVE*

| Hearing Date | 9/28/2012 | Time | 9:00  a.m. | Dept | GIBSON DUNN & CRUTCHER LLP | Last Date to Serve | *RUSH* |
|---|---|---|---|---|---|---|---|
| Description | Age | 40 | Hgt | 5'10" | Race | Cauc | Wt | 190 | Sex | M | Hair | Red |

| Service Date | 9/15/12 | Time | 8:51  a.m. | Servers Name | Stephen Sabol |
|---|---|---|---|---|---|

Report 9/14/2012
Received by email - 40 pages

09/14/12            6:51 p.m.
No answer

09/15/12            8:51 a.m.
Served personally at the given residence address.

| ITEM | CHARGES |
|---|---|
| Service | 75.00 |
| Locate | |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | |
| TOTAL | $75.00 |

Attorney Check Attached



*Thank you for using WHEELS (*
Please remit payment with copy of this invoice - Net due upor
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARR'




* 9 0 0 9 0 0 3 2 3 *

# Colby Attorneys Service Co., Inc.

## U.S. Corporate and Information Service

### Established 1939

(800) 832-1220
(518) 463-4426
Fax (518) 434-2574

Angel Arias
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 49th Floor

| | | | |
|---|---|---|---|
| New York | NY | 10166-0193 | |

# INVOICE
No. 12-10703

Invoice Date: November 14, 2012

RE: **Chevron Corp. v. Donzinger (Subpoena to Fullbrook Advisors LLC)**

File Ref:

| | Service Charge | Disbursement | Paid |
|---|---|---|---|
| SERVICE(s) RENDERED: | | | |
| Process served through Secretary of State | $27.50 | | |
| Process served: registered agent: 80 State St. (2) | $30.00 | | |
| | | | |
| DISBURSEMENT(s): | | | |
| New York Department of State | | $40.00 | |

∗ 9 0 0 8 6 1 7 7 0 ∗

| | | | | |
|---|---|---|---|---|
| *Sales Tax* | City: New York | County: New York | Rate: 8.88% | $0.00 |
| | | | **Balance Due:** | **$97.50** |

For any questions concerning this matter please contact: *Edward J. Bowmaker*

# *REMITTANCE COPY*

*TERMS: NET 30 DAYS. PAYMENT IS EXPECTED FROM, AND IS THE SOLE RESPONSIBILITY OF OUR CLIENT*
**Please Send Payment to : Colby Attorneys Service Co., P.O. Box 737, Albany NY 12201-0737**

# Colby Attorneys Service Co., Inc.

## U.S. Corporate and Information Service

Established 1939

(800) 832-1220

(518) 463-4426

Fax (518) 434-2574

Fed ID 14-1698121

---

Angel Arias
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 49th Floor
New York          NY          10166-0193

# INVOICE
No. 12-10703

Invoice Date:   November 14, 2012

---

**RE: Chevron Corp. v. Donzinger (Subpoena to Fullbrook Advisors LLC)**

File Ref:

| | Service Charge | Disbursement | Paid |
|---|---|---|---|
| SERVICE(s) RENDERED: | | | |
| Process served through Secretary of State | $27.50 | | |
| Process served: registered agent: 80 State St. (2) | $30.00 | | |
| | | | |
| DISBURSEMENT(s): | | | |
| New York Department of State | | $40.00 | |

| Sales Tax | City: New York | County: New York | Rate: 8.88% | $0.00 |
|---|---|---|---|---|

For any questions concerning this matter please contact: *Edward J. Bowmaker*     **Balance Due:     $97.50**

**NOTE:**   *Thank you for using Colby Attorneys Service Co., Inc.*          **FILE COPY**

**As requested, we have served the papers in the above entitled proceeding upon the Secretary of State. Enclosed please find the affidavit(s) of service. If the receipt(s) of the Department of State is not enclosed herein, we will forward to you under separate cover.**

**As requested, we have served your litigation papers in the above entitled proceeding upon the registered agent located at 80 State St., Albany, NY. Enclosed please find the affidavit(s) of service.**

*TERMS: NET **30** DAYS. PAYMENT IS EXPECTED FROM, AND IS THE SOLE RESPONSIBILITY OF OUR CLIENT YOUR PROMPT PAYMENT WILL BE APPRECIATED! Thank you!*

***Send Payment to : Colby Attorneys Service Co., Inc., P.O. Box 737, Albany, NY 12201-0737***

Professional Process Service, LLC
105 Haddad Road
Waterbury, CT 06708
203.753.7378

Invoice #: 57040

Date: 11/17/2012

OUR TAX ID#: 06-1522605

Gibson Dunn & Crutcher LLP.
200 Park Avenue
New York, NY 10166

## INVOICE FOR SERVICE

Service #56889: Selvyn Seidel                           Your File#
Chevron Corp. v. Steven Donziger, et. al.,    Court Case #: 11 civ. 0691 (LAK)
STANDARD SERVICE                                          $70.00

**TOTAL CHARGES:**                                       **$70.00**

**BALANCE:**                                             **$70.00**



*900861757*

19624-00020

INVOICE

**Beacon Hill Research, Inc.**
2 Park Plaza
Suite 409
Boston, MA  02116

Invoice Number: 63276
Invoice Date:    11/30/12
Page:            1

Voice:   617-426-0550
Fax:     617-426-5157

Please note our number has
changed to 617-426-0550

| Bill To: |
| --- |

GIBSON DUNN & CRUTCHER NY
200 PARK AVENUE
47TH FLOOR
NEW YORK, NY  10166-0193

ANGEL ARIAS

Customer ID:  1776

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
| --- | --- | --- | --- |
| PARTNERS IN HEALTH | Net 10 Days | AS | 12/10/12 |

| Description | Amount |
| --- | --- |
| 11/30/12  SUBPOENA  BOSTON | 75.00 |
| RUSH | 50.00 |

*9 0 0 8 6 3 0 2 6 *

| | |
| --- | --- |
| Subtotal | 125.00 |
| Sales Tax | |
| Total Invoice Amount | 125.00 |
| Payment/Credit Applied | |
| **TOTAL** | **125.00** |

Check/Credit Memo No:

Finance Charges apply to invoices over 60 days

**Beacon Hill Research, Inc.**
2 Park Plaza
Suite 409
Boston, MA 02116

# INVOICE

Invoice Number: 63277
Invoice Date: 11/30/12
Page: 1

Voice: 617-426-0550
Fax: 617-426-5157

Please note our number has
changed to 617-426-0550

| Bill To: |
|---|
| GIBSON DUNN & CRUTCHER NY |
| 200 PARK AVENUE |
| 47TH FLOOR |
| NEW YORK, NY 10166-0193 |
| ANGEL ARIAS |

Customer ID: 1776

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| INDUSTRIAL ECONOMICS | Net 10 Days | AS | 12/10/12 |

| Description | Amount |
|---|---|
| 11/30/12  SUBPOENA  CAMBRIDGE | 75.00 |
| RUSH | 50.00 |



*900863023*

| | |
|---|---|
| Subtotal | 125.00 |
| Sales Tax | |
| Total Invoice Amount | 125.00 |
| Payment/Credit Applied | |
| **TOTAL** | **125.00** |

Check/Credit Memo No:

Finance Charges apply to invoices over 60 days



# INVOICE

**Front Range**
**Legal Process Service**
Email: info@frlps.com
URL: www.frlps.com



New York
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Reference Number: 19624-00020
Your Contact: Angel Arias
**Case Number:  11 CIV 0691 (LAK)**

Plaintiff:
**Chevron Corp.**

Defendants:
**Steven Donziger, et al.**

**Send Payments To:**
**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**Phone: (888) 387-3783**
**Fax: (877) 772-7377**



*900862195*

Served: 11/30/2012 10:40 am
To be served on: Brownstein Hyatt Farber Schreck, Llp c/o: The Corporation Company

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 1675 Broadway, Denver, CO | 1.00 | 50.00 | 50.00 |
| Priority Rush Fee | 1.00 | 30.00 | 30.00 |
| Excess Mileage | 1.00 | 0.00 | 0.00 |
| Witness Fee Check | 1.00 | 0.00 | 0.00 |
| Hourly Charge / Surveillance | 1.00 | 0.00 | 0.00 |
| FINANCE RATE OF 1.5% PER MONTH, 18% PER ANNUM | 1.00 | 0.00 | 0.00 |
| TOTAL CHARGED: | | | $80.00 |

**BALANCE DUE:** $80.00

THANK YOU FOR YOUR BUSINESS AND FOR LETTING US SERVE YOU, NATIONWIDE!

FORT COLLINS, CO (HQ) * DENVER, CO * TAMPA, FL * CHICAGO, IL * OMAHA, NE
LAS VEGAS, NV * RAPID CITY, SD * DALLAS, TX * SALT LAKE CITY, UT * CHEYENNE, WY

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m



# INVOICE



New York
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Reference Number: 19624-00020
Your Contact: Angel Arias
**Case Number:  11 CIV 0691 (LAK)**

Plaintiff:
**Chevron Corp.**

Defendants:
**Steven Donziger, et al.**

Served: 11/30/2012 1:44 pm
To be served on: Silver & Deboskey PC (Officer Joe L. Silver)

**Send Payments To:**
**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**Phone: (888) 387-3783**
**Fax: (877) 772-7377**



*900862198*

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 1801 York Street, Denver, CO | 1.00 | 50.00 | 50.00 |
| Priority Rush Fee | 1.00 | 30.00 | 30.00 |
| Excess Mileage | 1.00 | 0.00 | 0.00 |
| Witness Fee Check | 1.00 | 0.00 | 0.00 |
| Hourly Charge / Surveillance | 1.00 | 0.00 | 0.00 |
| FINANCE RATE OF 1.5% PER MONTH, 18% PER ANNUM | 1.00 | 0.00 | 0.00 |
| TOTAL CHARGED: | | | $80.00 |

**BALANCE DUE:** **$80.00**

THANK YOU FOR YOUR BUSINESS AND FOR LETTING US SERVE YOU, NATIONWIDE!

FORT COLLINS, CO (HQ) * DENVER, CO * TAMPA, FL * CHICAGO, IL * OMAHA, NE
LAS VEGAS, NV * RAPID CITY, SD * DALLAS, TX * SALT LAKE CITY, UT * CHEYENNE, WY

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

INVOICE # 15

Corey Guskin

1802 Echo Place

Merrick, New York 11566

516-972-7293

December 10, 2012

Invoice for Gibson Dunn & Crutcher LLP

Serve Subpoena to Testify at a Deposition in a Civil Action on:

- **H5**                                    $ 75

  340 Madison Avenue, New York, New York 10173

- **Constantine Cannon LLP**                $ 75

  335 Madison Avenue, 9th Floor,
  New York, New York 10017

Chevron Corporation v Steven Donziger et. al.
**Civil Action No.:  11-CIV-0691(LAK)**
United States District Court
Southern District of New York



**TOTAL**                                   **$150**

# Monumental Process Servers, Inc.

823 M. L. K. Blvd
Baltimore, Maryland 21201
(410 523-4980

December 06, 2012
Trial Date: 12/12/2012

To
**Angel S. Arias**
Gibson Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193

Federal ID: 52-1191452

Invoice #: **MPS121128145**

**Payment Due Upon Receipt**

Client No:

Court Case No: 11-0691 (LAK)

---

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

### CHEVRON CORPORATION
vs.
### STEVEN DONZIGER, ET AL

**Aaron Marr Page, by personal service**

at: 4116 29th Street
Mount Rainier, MD 20712

**12/1/2012 7:26 PM**

SERVICE OF PROCESS

`*900862193*`

$60.00

RUSH

$20.00

**Please Pay Total : $80.00**
Please note there is an interest charge of 1.5% on balances over 30 days

---

## STATE CENTER

## 823 NORTH MARTIN LUTHER KING, JR., BLVD
## BALTIMORE, MD 21201.

---

**YOUR REFERRAL IS OUR BEST COMPLIMENT**

# Monumental Process Servers, Inc.

823 M. L. K. Blvd
Baltimore, Maryland 21201
(410) 523-4980

December 06, 2012
Trial Date: 12/12/2012

To **Angel S. Arias**
Gibson Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193

Federal ID: 52-1191452

Invoice #: **MPS121128145**
**Payment Due Upon Receipt**

Client No:

Court Case No: 11-0691 (LAK)

---

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

### CHEVRON CORPORATION
vs.
### STEVEN DONZIGER, ET AL

**Aaron Marr Page, by personal service**

at: 4116 29th Street
Mount Rainier, MD 20712

**12/1/2012 7:26 PM**

---

SERVICE OF PROCESS                                             $60.00

RUSH                                                          $20.00

**Please Pay Total : $80.00**
Please note there is an interest charge of 1.5% on balances over 30 days

---

### STATE CENTER

### 823 NORTH MARTIN LUTHER KING, JR., BLVD BALTIMORE, MD 21201.

---

**YOUR REFERRAL IS OUR BEST COMPLIMENT**



# INVOICE

Invoice #FRS-2013001067
2/11/2013

**Front Range**
Legal Process Service
Email: info@frlps.com
URL: www.frlps.com

Denver
Gibson Dunn & Crutcher
1801 California Street
Denver, CO 80202

**Send Payments To:**
**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**Phone: (888) 387-3783**
**Fax: (877) 772-7377**

Your Contact: Loretta Howard
**Case Number:  11 CIV 0691 (LAK)**

Plaintiff:
**Chevron Corp.**

Defendants:
**Steven Donziger, et al.**

Served: 2/8/2013 4:27 pm
To be served on: Joe L. Silver ( SILVER & DEBOSKEY PC ) c/o : Hal Haddon at Haddon, Morgan & Foreman, P.C.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 150 East 10th Avenue, Denver, Co | 1.00 | 50.00 | 50.00 |
| Priority Rush Fee | 1.00 | 30.00 | 30.00 |
| Excess Mileage | 1.00 | 0.00 | 0.00 |
| Witness Fee Check | 1.00 | 0.00 | 0.00 |
| Hourly Charge / Surveillance | 1.00 | 0.00 | 0.00 |
| FINANCE RATE OF 1.5% PER MONTH, 18% PER ANNUM | 1.00 | 0.00 | 0.00 |
| TOTAL CHARGED: | | | $80.00 |

**BALANCE DUE:**                                                    **$80.00**



* 9 0 0 4 3 0 2 3 4 *

THANK YOU FOR YOUR BUSINESS AND FOR LETTING US SERVE YOU, NATIONWIDE!

FORT COLLINS, CO (HQ) * DENVER, CO * TAMPA, FL * CHICAGO, IL * OMAHA, NE
LAS VEGAS, NV * RAPID CITY, SD * DALLAS, TX * SALT LAKE CITY, UT * CHEYENNE, WY

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# AFFIDAVIT OF SERVICE

**State of Colorado**          County of          **Court**

Case Number: 11 CIV 0691 (LAK)    Court Date: 3/13/2013 9:00 am



FRS2013001067

Plaintiff:
**Chevron Corp.**

vs.

Defendants:
**Steven Donziger, et al.**

For:
Denver
Gibson Dunn & Crutcher
1801 California Street
Denver, CO 80202

Received by Front Range Legal Process Service, Inc. to be served on Joe L. Silver ( SILVER & DEBOSKEY PC ) c/o : Hal Haddon at Haddon, Morgan & Foreman, P.C., 150 East 10th Avenue, Denver, CO 80203.

I, Kevin Oswald, being duly sworn, depose and say that on the **8th day of February, 2013** at 4:27 pm, I:

served a **CORPORATION** by delivering a true copy of the **Subpoena to Testify At A Deposition In a Civil Action** with the date and hour of service endorsed thereon by me, to: **Jane Doe as Receptionist -Refused To Give Name** for **Joe L. Silver ( SILVER & DEBOSKEY PC )**, at the address of: **150 East 10th Avenue, Denver, CO 80203**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 66, Sex: F, Race/Skin Color: CAUCASIAN, Height: 5'6", Weight: 135, Hair: WHITE, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 11th day of February, 2013 by the affiant who is personally known to me.

_____
Notary public

**Kevin Oswald**

**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**(888) 387-3783**

JULIA BARELA
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires: 07/10/2013

Our Job Serial Number: FRS-2013001067

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

19624-00020

Invoice # 47                                          Corey Guskin

                                                      1802 Echo Place

                                            Merrick, New York 11566

                                                        516-972-7293

                                                     October 15, 2013

                Invoice for Gibson Dunn & Crutcher LLP

        Serve Subpoena to Produce Documents in a Civil Action on:


- **Patton Boggs LLP**                                 $ 75

            46 Holton Lane, Essex Fells, New Jersey 07021

Tolls (GW Bridge)                                      $ 13

Chevron Corporation v Steven Donziger et. al.          
**Civil Action No.:  11-CIV-0691(LAK)**
United States District Court
Southern District of New York

**TOTAL**                                              **$ 88**

Professional Process Service, LLC
105 Haddad Road
Waterbury, CT 06708
203.753.7378

Invoice #: 61801

Date: 10/17/2013

OUR TAX ID#: 06-1522605

Gibson, Dunn and Crutcher, LLP
200 Park Avenue

New York, NY 10166-0193

## INVOICE FOR SERVICE

Service #61641: Joshua Rizack c/o The
Rising Group Consulting, Inc.
Chevron Corporation v. Steven Donziger, et
al..

Your File#
Court Case #: 11-CV-0691 (LAK)

DUE DILIGENCE                                              $70.00

**TOTAL CHARGES:**                                        **$70.00**

**BALANCE:**                                              **$70.00**



*900970855*

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK



## AFFIDAVIT OF DUE DILIGENCE

*61641*

Index no : **11-CV-0691 (LAK)**

| Plaintiff(s): | **Chevron Corporation** |
|---|---|
| Defendant(s): | **Steven Donziger, et al.,** |

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN          ss.:

**Daniel Thompson**, the undersigned, being duly sworn, deposes and says that I was at the time of attempting service over the age of eighteen and not a party to this action. I reside in the STATE OF CONNECTICUT.

On **10/16/2013** at **2:21 PM**, I discontinued attempting service of the **Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action.** on **Joshua Rizack c/o The Rising Group Consulting, Inc.** for the reason(s) indicated below:

| Date/Time | Address | Remarks |
|---|---|---|
| 10/16/2013-2:21 PM | 606 Post Road East, 614 Westport, CT 06880 | This address is the location of a UPS Store. There was no one authorized to accept documents. |

Sworn to and subscribed before me on
_October_ _17_, 20_13_
by an affiant who is personally known to
me or produced identification.

_Patricia J. Fisher_
NOTARY PUBLIC
My Commission Expires: _____

X _____
Daniel Thompson

Atty File#:

PATRICIA J. FISHER
*NOTARY PUBLIC*
My Commission Expires June 30, 2015

Civil Action No. 11-CV-0691 (LAK)

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    Joshua Rizack c/o The Rising Group Consulting, Inc.

was received by me on *(date)*    October 15, 2013

     ☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

     ☒ I returned the subpoena unexecuted because:   The address provided (606 Post Road East, 614,

Westport, CT. 06880) is a UPS Store. There is no one authorized to accept documents.
October 16, 2013 @ 2:21pm

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

     $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date:   10/17/13

_____
*Server's signature*

Daniel Thompson, Process Server
_____
*Printed name and title*

105 Haddad Road, Waterbury, CT. 06708
_____
*Server's address*

Additional information regarding attempted service, etc:

*19624-00020*

Invoice # 48

Corey Guskin

1802 Echo Place

Merrick, New York 11566

516-972-7293


October 22, 2013

Invoice for Gibson Dunn & Crutcher LLP


Serve Subpoena to Produce Documents in a Civil Action on:


- **Patton Boggs LLP** c/o Leader & Berkon LLP                    $ 75


630 Third Avenue, 17th Floor, New York, New York 10017
212 486 2400



Chevron Corporation v Steven Donziger et. al.
**Civil Action No.:  11-CIV-0691(LAK)**
United States District Court
Southern District of New York


**TOTAL**                                                                            **$ 75**

**October 23, 2013**

**Connecticut Process Serving, LLC**
67 Burnside Avenue
East Hartford, CT 06108
860.528.2920, (860) 528.2720 Fax



Avi Weitzman, Esquire
Gibson Dunn
200 Park Ave
New York, NY 10166-0193

212-351-5391 Business
212-351-5328 Fax

Please note our EIN has changed-New EIN# **90-0965707**

Reference Invoice # **154249** when remitting.
Your Refrence No.

| | | |
|---|---|---:|
| Chevron Corporation vs Steven Donziger, et al<br>**Docket Number: 11-CV-0691 (LAK)**<br>**Subpoena In A Civil Case to Produce Documents,**<br>**Information, or Objects o to Permit Inspection of**<br>**Premises with Exhibit A**<br>Completed **Joshua Rizack**<br>Manner: **SUITABLE**<br>on 10/22/2013 at 8:05 PM,<br>at The Rising Group Consulting Inc. 4 Pheasant Lane<br>Westport, CT 06880<br>by Eric Rubin<br>Action/Hearing Date**10/25/2013,@ 5:00 PM.** | Attorney's Rush Fees | $85.00 |

**BALANCE DUE:    $85.00**

**Thank You!**
**We Appreciate Your Business.**

**A $15.00 Administrative fee will be assessed to each invoice 45 days outstanding!**

1

**UNITED STATES DISTRICT COURT**
**Southern District of New York**



**AFFIDAVIT OF SERVICE**

*153170*

Index no : **11-CV-0691 (LAK)**

Chevron Corporation

             Plaintiff(s),

vs.

Steven Donziger, et al

             Defendant(s).

_____/

**STATE OF CONNECTICUT**
              **ss: East Hartford**
**HARTFORD COUNTY**

**Eric Rubin**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **10/22/2013** at **8:05 PM**, I served the within **Subpoena In A Civil Case to Produce Documents, Information, or Objects o to Permit Inspection of Premises with Exhibit A** on **Joshua Rizack** at **The Rising Group Consulting Inc.4 Pheasant Lane,, Westport, CT 06880** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to **Jill Rizack, Spouse,** a person of suitable age and discretion. Said premises is recipient's actual place of business within the state.

Pursuant to CPLR-Section 308(4), on **10/23/2013** , deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from and attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

**Comments: Jill Rizack, the subject's spouse stated Joshua Rizack was in New York City. He is only home very early in the morning.**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|-----|--------------------|---------------|-----|--------|--------|
| Female | Caucasian | Brown | 42 | 5'7" | 145 |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
October 23, 2013
by an affiant who is personally known to
me or produced identification.

X_____
Eric Rubin
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford,CT 06108
888.528.2920
Atty File#:

_Amy J. Chanty_
NOTARY PUBLIC
My Commission Expires: 3/31/18

Professional Process Service, LLC
105 Haddad Road
Waterbury, CT 06708
203.753.7378

Invoice #: 61891

Date: 10/25/2013

OUR TAX ID#: 06-1522605

Gibson, Dunn and Crutcher, LLP
200 Park Avenue

New York, NY 10166-0193

## INVOICE FOR SERVICE

Service #61705: Joshua Rizack c/o The
Rising Group Consulting, Inc.,
Chevron Corporation v. Steven Donziger, et
al..

Your File#
Court Case #: 11-CV-0691 (LAK)

DUE DILIGENCE                                         $70.00

**TOTAL CHARGES:**                                   **$70.00**

**BALANCE:**                                         **$70.00**



*900973960*

**Garden State Subpoena Service**
**96 Canoe Brook Pkwy**
**Summit, NJ 07901**

**FED I.D. #27-3390904**

| Date |
| --- |
| 1/30/2014 |

| Invoice # |
| --- |
| 2014-01-17 |

| Bill To |
| --- |

Gibson, Dunn, & Crutcher, LLP
200 Park Ave
New York, New York
10166-0193

| Terms | Due Date |
| --- | --- |
| Upon Receipt | 1/30/2014 |

| Date of Service/... | Address of Service/Result | Client Case/File No. | Amount |
| --- | --- | --- | --- |
| 1/30/2014 | I personally served Julio Gomez, Esq. Chevron Corp. Memorandum of Law In Opposition To Defendant's Motion To Dismiss (DKTS. 1861, 1862) at 111 Quimby St. Ste. 8 Westfield, NJ 07090. Service was accepted by Mr. Gomez at 2:45 PM EST. | Chevron v. Donziger | 75.00 |
| 1/30/2014 | Rush/Expedite Fee | Chevron v. Donziger | 25.00 |

* 9 0 0 9 5 9 7 7 9 9 *

| Thanks for your business!<br>All work completed. | See attached Proof of Service or Affidavit | **Total** | $100.00 |
| --- | --- | --- | --- |

| Phone # | Fax # | E-mail |
| --- | --- | --- |
| 908-665-0335 | 908-522-1846 | gardenstatesubpoena@verizon.net |