# EXHIBIT 6

# Rivera Interpreting, Inc.
19052 Arminta Street
Reseda, CA 91335

# Invoice

| Date | Invoice # |
|---|---|
| 9/21/2011 | 603-A |

**Bill To**
Chevron Global Upstream
6111 Bollinger Canyon Road,
Office 3362
San Ramon, CA 94583
Direct Invoice ID 2000011175

| Attention: | Terms | PO/Case No. | Project |
|---|---|---|---|
| Ms. Kristen Hendricks | Due on receipt | | Chevron Corp. v Donziger |

| Service Date | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 9/4/2011 | Travel | Travel from Burbank, CA to New York, NY | 550.00 | 550.00 |
| 9/5/2011 | Interpretation | Meeting with Dr. Vladimiro Alvarez, at Gibson Dunn Crutcher - New York Start: 9:00 a.m. -- End: 5:00 p.m. | 550.00 | 550.00 |
| 9/6/2011 | Interpretation | Meeting with Dr. Vladimiro Alvarez, at Gibson Dunn Crutcher - New York Start: 9:00 a.m. -- End: 5:00 p.m. | 550.00 | 550.00 |
| 9/7/2011 | Deposition | Deposition of Dr. Vladimiro Alvarez, at Gibson Dunn Crutcher - New York Start: 9:30 a.m. -- End: 6:43 p.m. | 550.00 | 550.00 |
| | Overtime | Overtime, 2 hours @ $75/hr | 75.00 | 150.00 |
| 9/8/2011 | Interpretation | On Call | 550.00 | 550.00 |
| 9/9/2011 | Interpretation | Deposition of Dr. Adolfo Callejas R., at Gibson Dunn Crutcher - New York Start: 9:30 a.m. -- End: 5:10 p.m. | 550.00 | 550.00 |
| 9/10/2011 | Travel day | Travel from New York, NY, to Quito, Ecuador | 600.00 | 600.00 |
| 9/11/2011 | Interpretation | On Call | 600.00 | 600.00 |
| 9/12/2011 | Deposition | Deposition of Jhinsop Martinez, Hotel Quito - Quito, Ecuador Start: 9:00 a.m. -- End: 3:04 p.m. | 600.00 | 600.00 |
| 9/13/2011 | Deposition | Deposition of Donald Moncay, Hotel Quito - Quito, Ecuador Start: 9:00 a.m. -- End: 6:03 p.m. | 600.00 | 600.00 |
| | Overtime | Overtime, 1 hour | 75.00 | 75.00 |
| 9/14/2011 | Travel day | Travel from Quito, Ecuador, to Toronto, Canada | 600.00 | 600.00 |
| 9/15/2011 | Deposition | Deposition of Santiago E. Escobar, Toronto, Canada Start: 9:30 a.m. -- End: 7:41 p.m. | 600.00 | 600.00 |
| | Overtime | Overtime, 3 hours | 75.00 | 225.00 |
| 9/16/2011 | Travel day | Travel from Toronto, Canada, to Los Angeles, CA | 600.00 | 600.00 |
| 9/19/2011 | Travel day | Travel from Burbank, CA, to New York, NY | 550.00 | 550.00 |
| 9/20/2011 | Deposition | Deposition of Dr. Cesar Coronel Jones - Gibson Dunn Crutcher - New York Cancelled | 550.00 | 550.00 |
| 9/21/2011 | Travel day | Travel from New York, NY, to Burbank, CA | 550.00 | 550.00 |

Please make payable to Rivera Interpreting, Inc.
Fed. Tax ID #20-4258553

E-mail
jrivera62@yahoo.com

**Total** $9,600.00


*900708828*

# Rivera Interpreting, Inc.
19052 Arminta Street
Reseda, CA 91335

# Invoice

| Date | Invoice # |
|---|---|
| 5/18/2013 | 766 |

**Bill To**
Gibson Dunn Crutcher
3161 Michelson Drive
Irvine, CA 92612-4412
Fax: 949.451.4220

| Attention: | Terms | PO/Case No. | Project |
|---|---|---|---|
| Ms. Pam Crawford | Due on receipt | | Chevron/Ecuador |

| Service Date | Item | Qnty | Description | Rate | Amount |
|---|---|---|---|---|---|
| 5/11/2013 | Travel day | | Travel from New York to Lima, Peru | 650.00 | 650.00 |
| 5/12/2013 | Interpretation | | Deposition preparation meeting: Fernando Reyes Cisneros Start: 9:00 a.m. -- End: 1:30 p.m. | 650.00 | 650.00 |
| 5/13/2013 | Interpretation | | Deposition of Fernando Reyes Cisneros At U.S. Embassy in Lima Start: 6:30 a.m. -- End: 5:23 p.m. | 650.00 | 650.00 |
| | Overtime | 4 | Overtime: 1:30 p.m. to 5.23 p.m. | 100.00 | 400.00 |
| 5/14/2013 | Interpretation | | Deposition of Hugo Gerardo Camacho Naranjo At U.S. Embassy in Lima Start: 7:00 a.m. -- End: 6.42 p.m. | 650.00 | 650.00 |
| | Overtime | 4.75 | Overtime: 2:00 p.m. -- 6:42 p.m. | 100.00 | 475.00 |
| 5/15/2013 | Interpretation | | Deposition of Javier Piaguaje Payaguaje At U.S. Embassy in Lima Start: 7:30 a.m. -- End: 4.48 p.m. | 650.00 | 650.00 |
| | Overtime | 2.25 | Overtime | 100.00 | 225.00 |
| 5/16/2013 | Travel day | | Travel from Lima to Los Angeles | 650.00 | 650.00 |
| 5/16/2013 | Lodging | | Swissotel-Lima Arrive: 5/11 -- Depart: 5/15 | 2,190.99 | 2,190.99 |
| | Transportation | | Airfare to and from Lima: Changed four times from original LAX-LIM reservation of 4/14 Includes LAX-JFK flight of May 3 | 5,136.65 | 5,136.65 |

, Inc.

E-mail: jrivera@riverainterpreting.com

**Total** $12,327.64


*90093 1656*



# Rivera Interpreting, Inc.

19052 Arminta Street
Reseda, CA  91335

# Invoice

| Date | Invoice # |
|---|---|
| 10/26/2013 | 798 |

**Bill To**

Gibson Dunn Crutcher
200 Park Avenue
New York NY
Fax: 212-351-6224

| Attention: | Terms | PO/Case No. | Project |
|---|---|---|---|
| Ms. Pam Crawford | Due on receipt | | CVX/Ecuador |

| Service Date | Item | Qnty | Description | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/2013 | Travel day | | Los Angeles to New York City | 550.00 | 550.00 |
| 10/15/2013 | Interpretation | | Preparation meeting for CVX v Donziger et al. Start: 10:00 a.m. -- End: 2:30 p.m. | 550.00 | 550.00 |
| 10/16/2013 | Interpretation | | Preparation meeting for CVX v Donziger et al. Start: 9:00 a.m. -- End: 4:00 p.m. | 550.00 | 550.00 |
| 10/17/2013 | Interpretation | | Preparation meeting for CVX v Donziger et al. Start: 9:00 a.m. -- End: 4:00 p.m. | 550.00 | 550.00 |
| 10/18/2013 | Interpretation | | Preparation meeting for CVX v Donziger et al. Start: 10:00 a.m. -- End: 4:30 p.m. | 550.00 | 550.00 |
| 10/19/2013 | Interpretation | 1.5 | Preparation meeting for CVX v Donziger et al. Start: 9:00 a.m. -- End: 6:30 p.m. / Weekend rate 825.00 (time and a half) | 550.00 | 825.00 |
| | Overtime | 2.5 | 2.5 hours overtime past 7 hours | 100.00 | 250.00 |
| 10/20/2013 | Interpretation | 1.5 | Deposition for CVX v Donziger et al. Start: 9:00 a.m. -- End: 7:00 p.m. / Weekend rate 825.00 (time and a half) | 550.00 | 825.00 |
| | Overtime | 3 | 3 hours overtime past 7 hours | 100.00 | 300.00 |
| 10/21/2013 | Interpretation | | CVX v Donziger et al. Start: 9:00 a.m. -- End: 7:00 p.m. | 550.00 | 550.00 |
| | Overtime | 3 | 3 hours overtime past 7 hours | 100.00 | 300.00 |
| 10/22/2013 | Interpretation | | CVX v Donziger et al. Start: 9:00 a.m. -- End: 4:30 p.m. | 550.00 | 550.00 |
| | Overtime | 1 | Overtime | 100.00 | 100.00 |
| 10/23/2013 | Interpretation | | CVX v Donziger et al. Start: 9:00 a.m. -- End: 5:30 p.m. | 550.00 | 550.00 |
| | Overtime | 1.5 | 1.5 hours overtime past 7 hours | 100.00 | 150.00 |
| 10/24/2013 | Interpretation | | CVX v Donziger et al. Start: 9:00 a.m. -- End: 5:00 p.m. | 550.00 | 550.00 |
| | Overtime | 1 | 1 hour overtime past 7 hours | 100.00 | 100.00 |
| 10/25/2013 | Interpretation | | CVX v Donziger et al. Start: 9:00 a.m. -- End: 5:00 p.m. | 550.00 | 550.00 |
| | Overtime | 1 | 1 hour overtime past 7 hours | 100.00 | 100.00 |
| 10/26/2013 | Travel day | | New York City to Los Angeles | 550.00 | 550.00 |
| 10/14/2013 | Transportation | | One-way airfare LAX-JFK on American Airlines | 292.90 | 292.90 |
| 10/26/2013 | Transportation | | Ground transportation to/from airports (LA and NYC) Cabs: 69.39, 57.83; LAX FlyAway: 16.00 | 127.38 | 127.38 |
| 10/26/2013 | Lodging | | Stay at Grand Hyatt NYC from 10/14 through 10/25 | 5,925.15 | 5,925.15 |

Please make payable to Rivera Interpreting, Inc.

E-mail: jrivera@riverainterpreting.com

**Total**  $15,345.43

# Rivera Interpreting, Inc.
19052 Arminta Street
Reseda, CA  91335

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2013 | 799 |

**Bill To**
Gibson Dunn Crutcher
200 Park Avenue
New York NY
Fax: 212-351-6224

| Attention: | Terms | PO/Case No. | Project |
|---|---|---|---|
| Ms. Pam Crawford | Due on receipt | | CVX/Ecuador |

| Service Date | Item | Qnty | Description | Rate | Amount |
|---|---|---|---|---|---|
| 10/31/2013 | Travel day | | Los Angeles to New York City | 550.00 | 550.00 |
| 11/1/2013 | Interpretation | | Deposition of Nicolás Zambrano<br>Start: 1:30 p.m. -- End: 6:30 p.m. | 550.00 | 550.00 |
| | Overtime | 1.5 | 1:30 hours overtime past 5:00 p.m. | 100.00 | 150.00 |
| 11/2/2013 | Interpretation | | Deposition of Nicolás Zambrano<br>Start: 8.30 a.m. -- End: 4:30 p.m.<br>(Weekend rate of time-and-half, $825.00) | 825.00 | 825.00 |
| 11/3/2013 | Interpretation | | Stand-by -- Translation work | 550.00 | 550.00 |
| 11/4/2013 | Interpretation | | Chevron v. Donziger Trial<br>Start: 8:30 a.m. -- End: 4:30 p.m. | 550.00 | 550.00 |
| | Overtime | 1 | One hour overtime past 7 hours | 100.00 | 100.00 |
| 11/5/2013 | Interpretation | | Chevron v. Donziger Trial<br>Start: 8:30 a.m. -- End: 4:45p.m. | 550.00 | 550.00 |
| | Overtime | 1.25 | Overtime past 7 hours: 1 hour, 15 minutes<br>($100 first hour, 2nd hour prorated in 15 min. increments) | 100.00 | 125.00 |
| 11/6/2013 | Interpretation | | Chevron v. Donziger Trial<br>Start: 8:30 a.m. -- End: 4:30 p.m. | 550.00 | 550.00 |
| | Overtime | 1 | One hour overtime, past 7 hours | 100.00 | 100.00 |
| 11/7/2013 | Interpretation | | Chevron v. Donziger Trial<br>Start: 8.30 a.m. -- End: 5:00 p.m. | 550.00 | 550.00 |
| | Overtime | 1.5 | 1:30 hours overtime past 7 hours | 100.00 | 150.00 |
| 11/8/2013 | Travel day | | New York City to Los Angeles | 550.00 | 550.00 |
| | Transportation | | Ground transportation: to/from airports<br>$8.00 FlyAway -- $69.30, $69.39 NYC cabs | 146.69 | 146.69 |

E-mail: jrivera@riverainterpreting.com

**Total** $5,996.69

**Rivera Interpreting, Inc.**
19052 Arminta Street
Reseda, CA  91335

# Invoice

| Date | Invoice # |
|---|---|
| 12/8/2013 | 801 |

| Bill To |
|---|
| Gibson Dunn Crutcher<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Fax: 949.451.4220 |



| Attention: | | Terms | PO/Case No. | Project |
|---|---|---|---|---|
| Ms. Pam Crawford | | Due on receipt | | CVX/Ecuador |

| Service Date | Item | Qnty | Description | Rate | Amount |
|---|---|---|---|---|---|
| 11/11/2013 | Travel day | | Los Angeles to New York City | 550.00 | 550.00 |
| 11/12/2013 | Interpretation | | CVX v Donziger (V. Alvarez)<br>8:30am -- 4:30pm | 550.00 | 550.00 |
| | Overtime | 1 | Overtime - 1st hour past 7 hours | 100.00 | 100.00 |
| 11/13/2013 | Interpretation | | CVX v Donziger<br>8:30am -- 4:30pm | 550.00 | 550.00 |
| | Overtime | 1 | Overtime - 1st hour past 7 hours | 100.00 | 100.00 |
| 11/14/2013 | Interpretation | | On Call | 550.00 | 550.00 |
| | Overtime | 3 | Translation: "Assembly Reunion & Minutes Documents"<br>7:00 pm -- 10:00 pm | 100.00 | 300.00 |
| 11/15/2013 | Interpretation | | On Call<br>Translation Work: "Judicial Council Computer Letter" | 550.00 | 550.00 |
| 11/16/2013 | Interpretation | | On Call (H. Piaguaje deposition cancelled) | 550.00 | 550.00 |
| 11/17/2013 | Interpretation | | On Call | 550.00 | 550.00 |
| 11/18/2013 | Interpretation | | CVX v. Donziger | 550.00 | 550.00 |
| | Overtime | 1 | Overtime - 1st hour past 7 hours | 100.00 | 100.00 |
| 11/19/2013 | Interpretation | | CVX v. Donziger | 550.00 | 550.00 |
| 11/20/2013 | Interpretation | | On Call | 550.00 | 550.00 |
| 11/21/2013 | Interpretation | | On Call - Translation Work: "Minutes No. 3" | 550.00 | 550.00 |
| 11/22/2013 | Interpretation | | On Call - Translation: "Minutes No. 3," "H. Piaguaje Statement" | 550.00 | 550.00 |
| 11/23/2013 | Interpretation | 1.5 | Translation Work; Deposition of Humberto Piaguaje<br>10:00 a.m. -- 6:45 p.m. (Weekend rate of time and a half) | 550.00 | 825.00 |
| | Overtime | 2 | Overtime - 2 hours past 7 hours (OT weekend rate of 150.00) | 150.00 | 300.00 |
| 11/24/2013 | Interpretation | 1.5 | Deposition of Humberto Piaguaje; Translation Work<br>9:00 am -- 4:00 p.m. (Weekend rate of time and a half) | 550.00 | 825.00 |
| 11/25/2013 | Interpretation | | CVX v. Donziger (H. Piaguaje)<br>8:30 am -- 3:30 pm | 550.00 | 550.00 |
| 11/26/2013 | Travel day | | Travel from New York City to Los Angeles | 550.00 | 550.00 |
| 11/11/2013 | Transportation | | One way airfare, LAX to JFK | 460.90 | 460.90 |
| 11/26/2013 | Transportation | | One way airfare, LAX to JFK | 460.90 | 460.90 |
| 11/26/2013 | Lodging | | Grand Hyatt, Nov. 11 to Nov. 26 | 5,421.92 | 5,421.92 |
| 11/26/2013 | Transportation | | Ground transportation, to/from airports/hotel | 146.69 | 146.69 |

All work is complete!

E-mail: jrivera@riverainterpreting.com

**Total** $16,740.41

Invoice No.CAB102513

## Invoice for Interpreting Services

| To | Gibson, Dunn & Crutcher, LLP |
|---|---|
| Address | 200 Park Avenue |
| City, State | New York, New York 10166-0193 |
| Contacted by | Avi Weitzman, Attorney-at-Law |
| Attn. | Thomas A. Manakides |

| From | Elisa Cabal, Certified Spanish Interpreter<br>US Federal Court – CA State Courts |
|---|---|
| Address | 109 N. Clark Drive, Apt. 3 |
| City, State | West Hollywood, CA 90048 |
| E-mail | elisacabal@me.com |
| Contact No. | Cellular: (310) 892-2597 |
| TIN or SS # | 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 |

## Services Rendered

| Dates | Oct. 21– Oct 25, 2013 | Rate |
|---|---|---|
| Description | Oct. 21: 11:00 am to 9:45 pm—Full day Travel | $650.00 |
| | Oct. 22: Full day - Trial | $650.00 |
| | 9:30 a.m. – 7:00 pm: 2 hours overtime | $200.00 |
| | Oct. 23: Full day - Trial | $650.00 |
| | Oct. 24: 8:30 a. – 4:30 pm: Full day - Trial | $650.00 |
| | Oct. 25: 8:30 am – 4:15 pm Full day – Trial + Travel | $650.00 |
| | Arrival in LAX @ 1:00 am: Half-day Travel | $350.00 |
| Case | Chevron Corp. v. Stephen Donziger, Pablo Fajardo, et al | |
| Location | Federal Courthouse - New York City | |
| Travel Exp | Summary and receipts attached | $183.39 |
| Total Due | Three thousand nine hundred eighty-three and 39/100 | $3,983.39 |

Thank you ,

*(signature: Elisa Cabal)*

**Elisa Cabal**

*900987044*

Invoice No.CAB110813

## Invoice for Interpreting Services

| To | Gibson, Dunn & Crutcher, LLP |
|---|---|
| Address | 200 Park Avenue |
| City, State | New York, New York 10166-0193 |
| Contacted by | Avi Weitzman, Attorney-at-Law |
| Attn. | Thomas A. Manakides |

| From | Elisa Cabal, Certified Spanish Interpreter<br>US Federal Court – CA State Courts |
|---|---|
| Address | 109 N. Clark Drive, Apt. 3 |
| City, State | West Hollywood, CA 90048 |
| E-mail | elisacabal@me.com |
| Contact No. | Cellular: (310) 892-2597 |
| TIN or SS # | 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 |

### Services Rendered

| Dates | Nov. 3- Nov.8, 2013 | Rate |
|---|---|---|
| Description | Nov. 3: 11:00 am to 9:45 pm—Full day Travel | $650.00 |
| | Nov. 4: 8:30 am – 4:30 pm: Full day – Trial | $650.00 |
| | Nov. 5: 8:30 am – 4:30 pm: Full day --Trial | $650.00 |
| | Nov. 6: 8:30 am – 4:30 pm: Full day - Trial | $650.00 |
| | Nov. 7: 8:30 am – 5:00 pm Full day – Trial | $650.00 |
| | Nov. 8: Full Day + Travel | $650.00 |
| Total | | $3,900.00 |
| Case | Chevron Corp. v. Stephen Donziger, Pablo Fajardo, et al | |
| Location | Federal Courthouse - New York City | |
| Travel Exp | Summary and receipts attached | $435.47 |
| Total Due | Four thousand three hundred thirty-five and 47/100 | $4,335.47 |

Thank you ,

*Elisa Cabal* (signature)

Elisa Cabal

*90976291*

Invoice No. CAB112013

## Invoice for Interpreting Services

| To | Gibson, Dunn & Crutcher, LLP |
|---|---|
| Address | 200 Park Avenue |
| City, State | New York, New York 10166-0193 |
| Contacted by | Avi Weitzman, Richard Dudley, Mary Beth Maloney |
| Attn. | Thomas A. Manakides |

| From | Elisa Cabal, Certified Spanish Interpreter<br>US Federal Court – CA State Courts |
|---|---|
| Address | 109 N. Clark Drive, Apt. 3 |
| City, State | West Hollywood, CA 90048 |
| E-mail | elisacabal@me.com |
| Contact No. | Cellular: (310) 892-2597 |
| TIN or SS # | 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 |

## Services Rendered

| Dates | Nov. 17 - Nov. 20, 2013 | Rate |
|---|---|---|
| Description | Nov. 17: 9:30 am to 8:45 pm—Full day Travel | $650.00 |
| | Nov. 18: Full day - witness testimony at trial | $650.00 |
| | Nov. 19: Full day – in court | $650.00 |
| | Nov. 20: Full day - Travel | $650.00 |
| Total | | $2,600.00 |
| Case | Chevron Corp. v. Stephen Donziger, Pablo Fajardo, et al | |
| Location | Federal Courthouse - New York City | |
| Travel Exp | Summary and receipts attached | $230.86 |
| Total Due | Two thousand eight hundred thirty and 86/100 | $2,830.86 |

Thank you,

*Elisa Cabal*

Elisa Cabal

*900976941*

Invoice No. CAB112613

## Invoice for Interpreting Services

| To | Gibson, Dunn & Crutcher, LLP |
|---|---|
| Address | 200 Park Avenue |
| City, State | New York, New York 10166-0193 |
| Contacted by | Avi Weitzman, Richard Dudley, Mary Beth Maloney |
| Attn. | Thomas A. Manakides |

| From | Elisa Cabal, Certified Spanish Interpreter<br>US Federal Court – CA State Courts |
|---|---|
| Address | 109 N. Clark Drive, Apt. 3 |
| City, State | West Hollywood, CA 90048 |
| E-mail | elisacabal@me.com |
| Contact No. | Cellular: (310) 892-2597 |
| TIN or SS # | 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 |

## Services Rendered

| Dates | Nov. 24 - Nov. 26, 2013 | Rate |
|---|---|---|
| Description | Nov. 24: 9:30 am to 8:45 pm—Full day Travel | $650.00 |
| | Nov. 25: Full day - witness testimony at trial | $650.00 |
| | Nov. 19: Full day – in court + travel | $650.00 |
| Total | | $1,950.00 |
| Case | Chevron Corp. v. Stephen Donziger, Pablo Fajardo, et al | |
| Location | Federal Courthouse - New York City | |
| Travel Exp | Summary and receipts attached | $185.85 |
| Total Due | Two thousand one hundred thirty-five and 85/100 | $2,135.85 |

Thank you,

*Elisa Cabal*

Elisa Cabal

*9009741055*