# EXHIBIT 9



**Appellate Management Document Solutions**

229 West 36th Street, 8th Floor, New York, NY 10018
Phone: (212) 619-4949 ■ Fax: (917) 677-8887
E-mail: accounting@recordpress.com
Tax I.D.: 13-5654060
E-Z Pay: payments.recordpress.com

**INVOICE  90668**
Refer Invoice # with Payment

| SOLD TO: | ALLISON KOSTECKA, ESQ.<br>GIBSON, DUNN & CRUTCHER, LLP<br>1801 CALIFORNIA ST STE 4200<br>DENVER, CO 80202-2642 |
|---|---|

| INVOICE DATE |
|---|
| 10/7/2014 |
| **CUSTOMER PHONE** |
| 303 298-5718 |
| **CUSTOMER FAX** |
|  |

| PURCHASE ORDER... | PRINT ORDER No. | Due Date | NET TERMS | ACCT ... | PROGRAM No. | JOB NUMBER |
|---|---|---|---|---|---|---|
|  |  | 10/22/2014 | Net 15 | VM |  | 63488, 63489 |

### CHEVRON CORP v DONZIGER

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
|  | For printing and binding copies of the above-referenced:<br>BRIEF/APPENDIX<br>United States Court of Appeals for the Second Circuit |  |  |
| 1 | Brief (56 Copies of 207 Pages) includes 2-sided covers, printing, binding @ | 3,266.00 | 3,266.00 |
| 1 | Reprint Brief (7 Copies of 207 Pages)  includes 2-sided covers, printing, binding @ | 453.25 | 453.25 |
| 8,610 | Supplemental Appendix 8 Copies of 8,610 Pages - 35 Volumes Pages Text (Includes 2-sided Covers and Binding) @ | 1.84 | 15,842.40 |
| 34 | Additional Volume Cover @ | 70.00 | 2,380.00 |
| 24 | Reformat/Edit Pages Table of Contents @ (Reduced Rate) | 40.00 | 960.00 |
| 8 | DVDs for Audio Files @ | 10.00 | 80.00 |
|  | SUB-TOTAL |  | 22,981.65 |
| 1 | COURTESY DISCOUNT | -10.00% | -2,298.17 |
| 24 | Hours of Paralegal Time @ | 90.00 | 2,160.00 |
| 19 | Hours of Paralegal/Shop Overtime@ | 120.00 | 2,280.00 |
| 5 | Hours of Paralegal Time @ NO CHARGE COURTESY | 0.00 | 0.00 |

| Introducing  E-Z Pay<br>For your convenience credit cards payments can be processed through our link<br>https://payments.recordpress.com/ |
|---|

| SUBTOTAL |  |
|---|---|
| TAX (0.0%) |  |
| TOTAL |  |
| MONEY ON ACC'T |  |
| BALANCE DUE |  |

**Thank you for your business.**

Page 1



**Appellate Management Document Solutions**

229 West 36th Street, 8th Floor, New York, NY 10018
Phone: (212) 619-4949 ▪ Fax: (917) 677-8887
E-mail: accounting@recordpress.com
Tax I.D.: 13-5654060
E-Z Pay: payments.recordpress.com

# INVOICE  90668
Refer Invoice # with Payment

**SOLD TO:** ALLISON KOSTECKA, ESQ.
GIBSON, DUNN & CRUTCHER, LLP
1801 CALIFORNIA ST STE 4200
DENVER, CO 80202-2642

| INVOICE DATE |
|---|
| 10/7/2014 |
| **CUSTOMER PHONE** |
| 303 298-5718 |
| **CUSTOMER FAX** |
| |

| PURCHASE ORDER... | PRINT ORDER No. | Due Date | NET TERMS | ACCT ... | PROGRAM No. | JOB NUMBER |
|---|---|---|---|---|---|---|
| | | 10/22/2014 | Net 15 | VM | | 63488, 63489 |

## CHEVRON CORP v DONZIGER

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Electronic Service and Filing @ | 65.00 | 130.00 |
| 1 | Party Served and Filed @ | 90.00 | 90.00 |
| 1 | Hard Copy Filings with the Court for the Reprints @ | 60.00 | 60.00 |
| | SUB-TOTAL | | 25,403.48 |
| 2 | Federal Express Priority Overnight Shipment @ | 21.17 | 42.34 |

**Introducing E-Z Pay**
For your convenience credit cards payments can be processed through our link
https://payments.recordpress.com/

| | |
|---|---|
| **SUBTOTAL** | $25,445.82 |
| **TAX (0.0%)** | $0.00 |
| **TOTAL** | $25,445.82 |
| **MONEY ON ACC'T** | $0.00 |
| **BALANCE DUE** | $25,445.82 |

**Thank you for your business.**