USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-5-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

------------------------------------- x
CHEVRON CORPORATION,

    Plaintiff,

v.

STEVEN DONZIGER, *et al.*,

    Defendants.
------------------------------------- x

11 Civ. 0691 (LAK)

### NOTICE OF CHEVRON CORPORATION'S MOTION TO STRIKE DONZIGER'S AUGUST 7, 2017 LETTER-BRIEF [DKT. 1927]

PLEASE TAKE NOTICE that upon Chevron Corporation's Motion to Strike Donziger's August 7, 2017 Letter-Brief [Dkt. 1927], this Court's July 17, 2017 order (Dkt. 1923), and all prior pleadings and proceedings in this matter, Chevron respectfully moves this Court for entry of an order striking Donziger's August 7, 2017 Letter-Brief.

Dated: August 10, 2017

New York, New York

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

/s/ Randy M. Mastro

Randy M. Mastro
Andrea E. Neuman
200 Park Avenue
New York, New York 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035
rmastro@gibsondunn.com

*Granted substantially for the reasons in DI 1930 and because the letter-brief is repetitious of arguments made elsewhere.*

**SO ORDERED**

LEWIS A. KAPLAN, USDJ

Dated: October 5, 2017