UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHEVRON CORPORATION,

Plaintiff,

-against-

11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       1.     Special Master Gitter and Cleary Gottlieb, on or before November 21, 2017, shall provide defendant Donziger and the Court with time records (including any description of services the existing records contain) sufficient to show the services rendered that were billed in the invoices included in the bill of costs taxed by the Clerk.

       2.     In the event that Donziger objects to the reasonableness of the hours devoted to the services performed by any or all of the Special Masters and Mr. Ormond, he shall file his objections on or before December 4, 2017. Any such objections shall be in the form of a memorandum of law (not to exceed 25 double spaced pages), supported by affidavit(s) or declarations(s) containing any factual matter supporting the objections that is not already in the record. Any such papers shall be confined to the question of the reasonableness of the hours in question.

       3.     The Special Masters are requested to file, on or before December 9, 2017, (a) a report recommending how the costs of the Special Masters should be allocated as among Chevron, Donziger and the LAP Representatives in the event the Court does not elect to tax all of those costs against the defendants and the rationale for their recommendation, and (b) their bills for the preparation of the report. In making their recommendation, the Special Masters shall take into account the nature and amount of the controversy and the extent to which any party is more responsible than other parties for the reference to a master and for the need for the services performed by them. As Donziger has had a full opportunity to be heard on the parties' means, which the Court ultimately will take into account to whatever extent it considers appropriate and which in any case is not within the Special Masters' unique knowledge by virtue of having performed the services for which costs may be taxed, the Special Masters' recommendation is not to take the parties' means into account.

4. Any objections to the Special Masters' report pursuant to paragraph 3 shall be filed on or before December 23, 2017. Objections shall be in the form of memoranda of law (not to exceed 25 double spaced pages).

SO ORDERED.

Dated: November 9, 2017

_____
Lewis A. Kaplan
United States District Judge