```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHEVRON CORPORATION,

                Plaintiff,

        -against-                                          11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       There having been no objections to the Special Masters' Final Report and Recommendation [DI 1942] and the time for filing such objections having expired, the Court hereby adopts the findings set forth therein while reserving for its determination whether to tax all costs against the defendants or, if not, the manner in which such costs shall be apportioned.

       SO ORDERED.

Dated:    December 27, 2017

                                                   /s/     Lewis A. Kaplan
                                                    _____
                                                            Lewis A. Kaplan
                                                     United States District Judge