UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHEVRON CORPORATION,

                Plaintiff,

                                                Case No. 11 Civ. 0691 (LAK)

v.

STEVEN DONZIGER, et al.                              ORDER

                Defendants.

------------------------------------------------------------x

        The motion of Herbert J. Stern for admission to practice *pro hac vice* in the above-captioned action is granted.

        Applicant has declared that he is a member of good standing of the Bars of the States of New York and New Jersey; and that his contact information is as follows:

Herbert J. Stern
Stern, Kilcullen & Rufolo, LLC
325 Columbia Tpke, Ste 110
Florham Park, NJ 07932
Telephone: (973) 535-2600
Facsimile: (973) 535-9664
hstern@sgklaw.com

        Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Chevron Corporation in the above-captioned action;

        **IT IS HEREBY ORDERED** that Applicant is admitted *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 21, 2018

                                                  THE HONORABLE LEWIS A. KAPLAN
                                                  UNITED STATES DISTRICT JUDGE