UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

      -against-                                       11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/18
```

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        In the interest of transparency, the Court, on November 9, 2017, directed Special Master Gitter and Cleary Gottlieb to "provide defendant Donziger and the Court [on or before November 21, 2017] with time records (including any description of services the existing records contain) sufficient to show the services rendered that were billed in the invoices included in the bill of costs taxed by the Clerk." DI 1939 ¶ 1. In the same order, Donziger was directed to file, on or before December 4, 2017, any objections to the reasonableness of the hours devoted to the services performed by any or all of the Special Masters and Mr. Ormond. *Id.* ¶ 2.

        Donziger filed no timely objections. Accordingly, the Court on December 6, 2017 found that "the hours for and the hourly rates at which the special masters and their assistant billed, as well as the expenses, all were reasonable and appropriate," although it reserved decision on the long pending motion by Donziger to review the Clerk's taxation of costs. DI 1940.

        After failing to object to the reasonableness of any of the hours devoted to the services performed within the time allotted, and after the Court rendered its December 6, 2017 decision, Donziger expressed speculative concern that perhaps Special Master Gitter's time records were not made contemporaneously. DI 1948, DI 1951. The Court does not now express any view as to whether Donziger's "concerns" are sufficiently substantial or, in any case, material. Nonetheless, Mr. Gitter, should he wish to do so, may file a submission with respect to the contemporaneity of the time records produced on November 21, 2017.

        SO ORDERED.

Dated:   February 22, 2018

/s/   Lewis A. Kaplan
-----------------------------------
Lewis A. Kaplan
United States District Judge