# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| WASHINGTON, D.C. | One Liberty Plaza | ROME |
| PARIS | New York, NY 10006-1470 | MILAN |
| BRUSSELS | T: +1 212 225 2000 | HONG KONG |
| LONDON | F: +1 212 225 3999 | BEIJING |
| FRANKFURT | clearygottlieb.com | BUENOS AIRES |
| COLOGNE | | SÃO PAULO |
| MOSCOW | Max Gitter, | ABU DHABI |
| | Senior Counsel | SEOUL |
| | D: +1 212 225 2610 | |
| | mgitter@cgsh.com | |

February 26, 2018
**(CORRECTED)**

<u>BY HAND AND ECF</u>

The Honorable Lewis A. Kaplan
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:  <u>Chevron Corp. v. Donziger, No. 11 Civ. 691 (LAK)</u>

Dear Judge Kaplan:

       In response to the Court's Order of February 22, 2018 (ECF No. 1955), and as a member of the Bar of this Court, I hereby affirm that the time records (i.e., spreadsheets) that I submitted to the Court on November 21, 2017 were made and maintained contemporaneously with the work and dates reflected therein.

       Given Cleary Gottlieb Steen & Hamilton LLP's policies and procedures regarding retired partners' permitted outside and compensated law-related work (e.g., serving as arbitrator, mediator, or special master), my secretary timely recorded (and maintained) on those spreadsheets the work and time detail that I provided to her on a daily or near-daily basis between March 26 and June 30, 2013.[1]  I also periodically reviewed her spreadsheets in that time frame.

Respectfully,

Max Gitter
Senior Counsel

---

[1] I retired as a partner of the firm on January 1, 2010.

The Honorable Lewis A. Kaplan, p. 2

cc (by email and ECF):
Steven R. Donziger
Randy M. Mastro