UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHEVRON CORPORATION,

                       Plaintiff,

        -against-                                 11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                       Defendants.
------------------------------------------------x

## SUPPLEMENTAL JUDGMENT AS TO DONZIGER
## DEFENDANTS AND DEFENDANTS CAMACHO AND PIAGUAJE

LEWIS A. KAPLAN, *District Judge.*

        This action was brought against defendants Steven Donziger, The Law Offices of Steven R. Donziger, Donziger Associates, PLLC (these three defendants referred to collectively as the "Donziger Defendants"), Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje (these two defendants referred to collectively as the "LAP Representatives"), Stratus Consulting, Inc., Douglas Beltman, Anne Maest (these three defendants being referred to collectively as the "Stratus Defendants"), and others. The case has been tried and the Court has rendered its findings of fact and conclusions of law with respect to all claims against the Donziger Defendants and the LAP Representatives. Judgment, which among other things awarded costs in favor of plaintiff and against the Donziger Defendants and the LAP Representatives, was entered against them on March 4, 2014 (the "Judgment"). DI 1875. The Judgment was affirmed in all respects and certiorari was denied. Subsequently, the Clerk taxed costs against the Donziger Defendants and the LAP Representatives. Steven Donziger thereafter moved for review of the Clerk's taxation of costs. The Court construed

2

that motion as having been made on behalf of all of the Donziger Defendants. It today granted that motion in part and denied it in part in a memorandum opinion.

Accordingly, the Judgment is supplemented in that it is hereby further

ORDERED, ADJUDGED, AND DECREED, that plaintiff shall recover of the Donziger Defendants and the LAP Representatives, jointly and severally, the sum of $813,602.71.

Dated: February 28, 2018

_____
Lewis A. Kaplan
United States District Judge