# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>                        Plaintiff,<br><br>    v.<br><br>STEVEN DONZIGER *et al.*,<br><br>                        Defendants. | 11 Civ. 0691 (LAK) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Steven Donziger hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's Supplemental Judgment dated February 28, 2018 (Dkt. No. 1962).

Dated:   March 28, 2018                Respectfully submitted,
            New York, New York

                                              *s/ Steven Donziger*
                                              Steven R. Donziger
                                              245 W. 104th Street, #7D
                                              New York, NY 10025
                                              Tel: (917) 678-3943
                                              Email: sdonziger@donzigerandassociates.com

                                              *Pro se*