# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

March 29, 2018

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *Chevron Corp. v. Donziger, et al.,* Case No. 11 Civ. 0691 (LAK)

Dear Judge Kaplan:

I write as counsel for Plaintiff Chevron Corporation ("Chevron") to seek clarification of the
Court's March 19, 2018 Order (Dkt. 1968), granting in part Chevron's application by Order
to Show Cause, and the Court's March 26, 2018 Order (Dkt. 1971), granting Donziger's
request for an extension of time to respond to Chevron's application.

The March 19 Order stated that, "to the extent the discovery is sought in aid of enforcement
of the monetary portion of the judgment, leave of court is not required."  Dkt. 1968 at
4.  Chevron wishes to clarify whether the Court meant by that ruling that discovery
concerning Donziger's attempts to obtain litigation funding in exchange for prospective
Ecuadorian judgment proceeds is a matter "relevant to enforcement of the monetary
provisions of the Judgment" (*id*. at 3), and thus falls within the scope of post-judgment
discovery governed by Fed. R. Civ. P. 69(a) and the New York CPLR.

We also wanted to clarify whether the date of April 20 that the Court originally set for a
hearing in its March 19 Order (Dkt. 1968 at 3) is being moved to a later date as a result of the
Court's extension of time for Donziger to respond, and, if so, whether a new hearing date and
time will be set.

As always, we appreciate the Court's consideration and clarification on these two points.

Respectfully,

/s/ Randy M. Mastro

Randy M. Mastro

**GIBSON DUNN**

March 29, 2018
Page 2

cc: All Counsel of Record (via ECF)