UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
: 
CHEVRON CORPORATION, :
:
          Plaintiff, :
:
  v. :   11 Civ. 0691 (LAK)
:
STEVEN DONZIGER, *et al.*, :
:
          Defendants. :
:
---------------------------------- x

## REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1, Plaintiff Chevron Corporation requests a Clerk's certificate of entry of default. Within an accompanying declaration, I affirm that the parties against whom the judgment is sought:

    1) are not infants or incompetent persons;

    2) are not in the military service;

    3) were properly served under Federal Rule of Civil Procedure 4 and proofs of service having been filed with the Court;

    4) have defaulted in appearance in the above captioned action.

Dated:  April 13, 2018
         New York, New York         Respectfully submitted,

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By:   */s/ Randy M. Mastro*
                                                 Randy M. Mastro
                                                 Andrea E. Neuman

                                        200 Park Avenue, 47th Floor
                                        New York, New York 10166-0193
                                        Telephone: 212.351.4000
                                        Facsimile:  212.351.4035
                                        rmastro@gibsondunn.com

William E. Thomson
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7891
Facsimile:  213.229.6891


STERN, KILCULLEN & RUFOLO LLC
Herbert J. Stern
Joel M. Silverstein
325 Columbia Tpke, Ste 110
P.O. Box 992
Florham Park, New Jersey 07932-0992
Telephone: 973.535.1900
Facsimile: 973.535.9664

*Attorneys for Chevron Corporation*