UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x
::::::::::::
CHEVRON CORPORATION,

            Plaintiff,

   v.

STEVEN DONZIGER, *et al.*,

            Defendants.

----------------------------------- x

11 Civ. 0691 (LAK)

### NOTICE OF CHEVRON CORPORATION'S
### MOTION FOR ATTORNEYS' FEES AS TO THE DEFAULTED RICO DEFENDANTS

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Chevron's Application for Attorneys' Fees, dated May 7, 2018, and all prior pleadings and proceedings herein, Plaintiff Chevron Corporation respectfully moves this Court for an award of attorneys' fees, pursuant to 18 U.S.C.§ 1964(c), as to the Defaulted RICO Defendants.[1] *See* Dkt. 1985. Chevron requests an award as described in the accompanying memorandum of law and further requests such other relief as the Court deems just and proper.

Dated: May 7, 2018

New York, New York

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

/s/ Randy M. Mastro

Randy M. Mastro
Andrea E. Neuman
200 Park Avenue
New York, New York 10166

---

[1] The "Defaulted RICO Defendants" are Pablo Fajardo Mendoza, Luis Yanza, Frente de Defensa de la Amazonia, and Selva Viva Selviva Cia, Ltda.

1

Telephone: 212.351.4000
Facsimile: 212.351.4035

William E. Thomson
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520


STERN, KILCULLEN & RUFOLO LLC
Herbert J. Stern
Joel M. Silverstein
325 Columbia Tpke, Ste 110
P.O. Box 992
Florham Park, New Jersey 07932-0992
Telephone: 973.535.1900
Facsimile: 973.535.9664

*Attorneys for Plaintiff Chevron Corporation*