# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

May 9, 2018

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *Chevron Corp. v. Donziger, et al.,* Case No. 11 Civ. 0691 (LAK)

Dear Judge Kaplan:

I respectfully write as Chevron's counsel about the upcoming schedule. At the conclusion of yesterday's hearing, Your Honor directed the parties to return to court next Tuesday, May 15, to address Chevron's motion to compel discovery from Steven Donziger. I have since reviewed my calendar and now realize I have a long-standing commitment as a member of my law firm's Management Committee to be out of town next week for meetings in our Dallas, Denver and San Francisco offices. I therefore respectfully request that the Court consider rescheduling next Tuesday's hearing to occur, instead, on Monday, May 21, or shortly thereafter. I will, of course, appear whenever Your Honor directs, but I appreciate the Court's consideration of my request, which would enable me to honor all of my commitments in the coming weeks.

Respectfully,

*/s/ Randy M. Mastro*
Randy M. Mastro

cc: All Counsel of Record (via ECF)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.