**STEVEN R. DONZIGER, ESQ.**

245 WEST 104TH STREET, SUITE 7D
NEW YORK, NEW YORK 10025

212-570-4499 (O)
917-566-2526 (CELL)

May 9, 2018

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   RE:   *Chevron v. Donziger*, Case No. 11 Civ. 691 (LAK)

Dear Judge Kaplan:

I write to inform the Court that I have executed the Share Transfer Form regarding my shares in the Amazonia entity and have sent the same to Mr. Mastro.

Even though Mr. Mastro's request for adjournment of next week's hearing fails to state whether I consent, in apparent violation of the Court's rules, I hereby note that I am able to appear on the proposed alternate date of May 21, 2018.

                                                              Sincerely,

                                                              / s /

                                                            Steven R. Donziger