**STEVEN R. DONZIGER, ESQ.**

245 WEST 104TH STREET, SUITE 7D
NEW YORK, NEW YORK 10025

212-570-4499 (O)
917-566-2526 (CELL)

May 10, 2018

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

RE:   *Chevron v. Donziger*, Case No. 11 Civ. 691 (LAK)

Dear Judge Kaplan:

To the extent Mr. Mastro's letter from last night needs a response, I write to inform the Court, again, that the executed and notarized Share Transfer Form was sent to Mr. Mastro yesterday. It should arrive at his office today.

As Mr. Mastro suggests in his letter, he also sent me and appears to be demanding that I sign two other assignment documents, the substance of which was never addressed by Chevron in its contempt application nor at the hearing. This is mere harassment. I have fully complied with the Court's directive regarding the so-called Amazonía shares.

Sincerely,

  / s /

Steven R. Donziger