# Exhibit B

**Arias, Angel**

| | |
|---|---|
| **From:** | Steven Donziger <sdonziger@donzigerandassociates.com> |
| **Sent:** | Thursday, May 10, 2018 11:38 AM |
| **To:** | Mastro, Randy M.; Champion, Anne |
| **Subject:** | Correspondence from Steven Donziger |

Randy and Anne,

I have fully complied with the court's order regarding the turnover of Amazonia shares.  Please don't send me documents late at night to sign that implicate critical rights of my clients and were not part of your original contempt motion. You should have raised these issues in a timely fashion when these matters were being briefed well prior to the hearing.

Further, I consider these documents an attempt by your law firm to try to lay the basis for any sort of contempt citation against me, however baseless or inappropriate.

An executed transfer of the Amazonia shares, which was the actual basis of your client's contempt motion, was put in the mail yesterday and should arrive at your office today or tomorrow. I don't have the ability to scan these documents at the moment so if you want a copy today (assuming it has yet to arrive in the mail), please so notify and I can leave it with my doorman for pick up starting at 2 p.m. at 245 West 104th St.

Steven