# Exhibit C

# ADDENDUM OF UNDERSTANDINGS

Transferor executes the instant Share Transfer Form subject to the following Understandings:

1. This Share Transfer Form is being executed pursuant to an express order of judgment of the U.S. District Court for the Southern District of New York in the *Chevron Corp. v. Donziger* "civil RICO" case, Case No. 1:11-cv-0691 (Dkt. 1875) (Kaplan, J.), and furthermore upon the specific threat of imposition of "contempt of court" sanctions if Transferor fails to execute this Form.

2. Chevron Corp. has previously represented to Transferor that the AMAZONIA RECOVERY LIMITED entity has been "plac[ed] into liquidation" in Gibraltar after the entity "failed to participate in the Gibraltar" and subsequently "failed to pay" a default judgment entered by the Gibraltar court against it.

3. Transferor acknowledges that this Form is being executed notwithstanding the terms and restrictions of paragraphs 37-38 of the Articles of Association of AMAZONIA RECOVERY LIMITED, which provide, inter alia, that "No transfer of any Shares shall be made or registered without the prior written consent of a majority of the Directors (each acting in his or her absolute discretion)" and that "Any purported transfer in violation of these Articles shall be null and void."

4. Transferor continues to take the position, which has been communicated in writing to Chevron Corp. and to the U.S. District Court, that the AMAZONIA RECOVERY LIMITED entity is null and void for several reasons, including the fact that it has been taken over and is now being manipulated by an adverse party to serve purposes (frustration of prompt relief to the affected peoples of Ecuador) that are wholly contrary and opposite to the entity's fundamental purposes as expressed in its Memorandum of Association and other foundational documents.

Executed as an Addendum to the deed on May 9, 2018
by the Transferor
acting by Steven R. Donziger

**BEFORE ME**

**NOTARY PUBLIC**



MARK B. LINDE
Notary Public, State of New York
No. 01LI6121090
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Jan. 10, 20__

05/09/18

## SHARE TRANSFER FORM

We: Donziger & Associates, PLLC of 245 West 104th Street, Suite 7D, New York, New York 10025, UNITED STATES (hereinafter called 'the Transferor')

**Do hereby with this Form and accompanying Addendum of Understandings TRANSFER to:**

[Chevron Designee] of [          ] (hereinafter called 'the Transferee'):

63,000 fully paid up Class B1 Participation Shares of US$0.001 each in the undertaking called:

**AMAZONIA RECOVERY LIMITED** (incorporation number 107788)

We the Transferee DO HEREBY agree to take the said shares.

IN WITNESS whereof the parties hereto have executed separate counterparts of this Share Transfer as a deed as follows

Executed as a deed on May 9, 2018
by the Transferor
acting by Steven R. Donziger

**BEFORE ME**

**NOTARY PUBLIC**

Executed as a deed on May 9, 2018
by the Transferee
acting by [two directors]
[a director and its secretary]

**BEFORE ME**

**NOTARY PUBLIC**

**STEVEN R. DONZIGER, ESQ.**
245 WEST 104TH STREET, SUITE 7D
NEW YORK, NEW YORK 10025

Randy Mastro Esq
Gibson Dunn
200 Park Avenue
#47 Floor
New York. NY

To be picked up

Suite/Bldg
/
Deliver To
(Floor / Room)
NY48047
DiGiaimo, Phyl.. (+1 212.351.3940)
(Mastro, Randy (+1 212.351.3825))
Sender
STEVEN DON...
Received
May 10, 2018
17:13
INB0150465
Signature Required