**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Anne Champion
Direct: +1 212.351.5361
Fax: +1 212.351.5281
AChampion@gibsondunn.com

June 22, 2018

VIA ECF FILING AND HAND DELIVERY

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Chevron Corp. v. Donziger, et al.*, No. 11 Civ. 0691 (LAK)

Dear Judge Kaplan:

I write as counsel of record for Plaintiff Chevron Corporation ("Chevron") in the above-referenced action to request permission to bring a computing device into the courtroom during the hearings on June 28, 2018. We respectfully request permission to bring the following computing device and accessories into your courtroom for the hearing:

- 1 laptop computer;
- 1 iPad; and
- Necessary cabling for power and connections.

We appreciate the Court's consideration of this request.

Respectfully,

 *s/ Anne Champion*

Anne Champion

AMC/dh


cc:  All Counsel of Record