UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHEVRON CORPORATION,

            Plaintiff,

    -against-                                       11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

            Defendants.
------------------------------------------------x

                                             **ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendant Donziger's motions for a declaratory judgment and other relief [DI 2018], for a protective order [DI 2026], and for an "emergency administrative stay" [DI 2028] all are denied. An opinion will be filed promptly.

        SO ORDERED.

Dated:      June 25, 2018

                                                         _____
                                                           Lewis A. Kaplan
                                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/18