UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHEVRON CORPORATION,

                Plaintiff,

-against-                        11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MEMORANDUM AND ORDER

LEWIS A. KAPLAN, *District Judge.*

      Earlier this year, Chevron Corporation ("Chevron") issued post judgment discovery requests for production of documents and an information subpoena to Donziger.[1] Its focus was to obtain information pertinent to Chevron's desires to (1) collect its money judgment, and (2) determining whether Donziger has been complying with the non-monetary provisions of the judgment.

      On May 17, 2018, the Court, among other things, granted Chevron's request to conduct discovery against Donziger with respect to Donziger's compliance with the non-monetary portions of this Court's judgment but deferred the timing of that discovery pending the conduct of a hearing on a civil contempt application.[2] That hearing now has been concluded.

---

[1] The Court includes in its references to "Donziger" Steven Donziger, The Law Offices of Steven R. Donziger, and Donziger and Associates PLLC unless otherwise indicated.

[2] DI 2009.

Accordingly, each of Steven Donziger, The Law Offices of Steven R. Doniziger, and Donziger and Associates PLLC, on or before August 15, 2018, shall

1. Produce to Chevron each document and thing within its possession, custody or control that is described by Requests 18, 21, 22 and 29 of Chevron's request for production of documents, and

2. Serve on Chevron full and complete answers by it to paragraphs 21 through 25 of Chevron's information subpoena.

In addition, Chevron is now free to conduct discovery against non-parties with respect to Donziger's compliance or non-compliance with the judgment.

SO ORDERED.

Dated: July 23, 2018

Lewis A. Kaplan
United States District Judge