# EXHIBIT 6

# DURABLE INTERNATIONAL POWER OF ATTORNEY

and

*AGREEMENT FOR THE CONTINUOUS INVESTMENT OF PROFESSIONAL SERVICES*

This **AGREEMENT** is entered into on the dates below, signed in October 2017, between the *Amazon Defense Front* (the **FDA**) and Steven R. Donziger, Esq. (**Mr. DONZIGER**). Through this AGREEMENT, the FDA grants a paramount durable international legal power of attorney to Mr. DONZIGER and, in consideration of his historical leadership and professional services rendered, both in the past and in the future, the FDA irrevocably acknowledges, confirms and undertakes to support Mr. DONZIGER's existing contractual INTEREST, as set forth below, and/or hereby grants Mr. DONZIGER an INTEREST in his own right equal to his existing contractual INTEREST.

*      *      *

**WHEREAS** the FDA was considered the prevailing party in the case known as *Maria Aguinda Salazar v. Chevron Corporation* rendered by the Sucumbios Provincial Court of Justice trial court (Case No. 2003-0002), Feb. 14, 2011, affirmed on appeal (National Court of Justice, Case No. 174-2012, Nov. 12, 2013), and the subject of the enforcement proceedings before the Ontario Court of Justice (Canada) (collectively, the *AGUINDA* **CASE**);

**WHEREAS** the final judgment in *AGUINDA* CASE (the *AGUINDA* **JUDGMENT**) in this AGREEMENT refers to the legal obligation imposed on CHEVRON by the Ecuadorian courts and as the enforcement of that judgment is sought in other countries as is evident by the decisions and proceedings jointly mentioned above;

**WHEREAS** the FDA is the intended recipient of an award pursuant to the Ecuadorian Environmental Management Act equal to 10% of the amount for environmental damages in the *AGUINDA* JUDGMENT (10% AWARD) to be paid by CHEVRON;

**WHEREAS** the FDA is the exclusive beneficiary of the *ADAT Commercial Trust for the Management of Funds* (the **ECUADOR TRUST**), created at the direction of the Ecuadorian courts to receive, maintain, and disburse funds paid by CHEVRON in the enforcement of the *AGUINDA* JUDGMENT, with the purpose of implementing and attaining the environmental remediation and paying legal and administrative costs considered necessary by its Administrative Board, and to which all named plaintiffs in the *AGUINDA* CASE have assigned the totality of their individual interests in the *AGUINDA* JUDGMENT;

**WHEREAS** Mr. Steven Donziger (**Mr. DONZIGER**) has played a prominent and historical role in the *AGUINDA* CASE and the enforcement of the *AGUINDA* JUDGMENT for more than 23 years, a role that has been understood by all pertinent parties

CERT. ULG VER: JD

as critical for the survival and progress of the *AGUINDA* CASE, and that his efforts have been particularly important in obtaining funds to continue the fight for the *AGUINDA* JUDGMENT outside Ecuador;

**THEREFORE**, I, Carmen Cartuche, president of the FDA, by virtue of the powers vested in me, freely and voluntarily declare, because it is in its best interest, that I grant a paramount durable international legal power of attorney to Mr. DONZIGER so that, on behalf of the FDA, he may direct and manage all current and future legal, political, and public relations efforts in connection with the enforcement of the *AGUINDA* JUDGMENT, including, but not limited to, all related enforcement proceedings in Canada and other countries, collateral actions which have been filed or may be filed by the company to seek payment of the *AGUINDA* CASE judgment, and any other action which may be necessary to fulfill, defend, or promote the interests of the FDA and the affected communities. The power of attorney granted to Mr. DONZIGER includes, but is not limited to:

- the power to direct and manage all lawyers and service providers connected to or retained by the FDA, including lawyers in enforcement jurisdictions;
- the power to negotiate additional contracts with lawyers and service providers, subject to final ratification by the FDA of any contract incurring in any debt payable by the FDA exceeding $2,000;
- the power to, with prior consultation and approval by the FDA, terminate and withdraw the authorization previously given to any other lawyer or service provider working with the FDA outside Ecuador;
- the power to negotiate—and with prior consultation and approval by the FDA, also to finalize and execute—financing agreements granting a percentage interest in any recovery related to the *AGUINDA* JUDGMENT;
- the power to appear before judges, courts, and any other international or national adjudicatory body where Mr. DONZIGER is authorized to appear, as well as any other formal or informal venue or institution;
- the power to initiate, discuss, negotiate with the purpose of reaching an out-of-court settlement, and authorize other persons to do the same, except that this power of attorney does not include authorization to finalize or execute any agreement terminating, setting aside, or in any way compromising the *AGUINDA* JUDGMENT unless done in full consultation with and with the express approval of the FDA.

CERT. ULG VER: JD

- the power to represent the FDA in public matters, official meetings, delegations, conferences, workshops, discussions, and negotiations, and to act as Mr. DONZIGER may deem it necessary to defend and promote the interests of the FDA and the communities represented by the FDA.

**RESIDUAL CLAUSE:** Mr. DONZIGER has the broadest powers and attributions awarded by the law to representatives. Mr. DONZIGER is liable to his clients for the proper execution of the powers described herein; therefore, no one may allege that this power of attorney is insufficient.

**DELEGATION:** Mr. DONZIGER may delegate his powers to other persons to act in his name and under his direction, but not to act independently in the capacities herein granted only to Mr. DONZIGER.

**TERM:** This power of attorney is granted for an indefinite period of time.

**COMPENSATION AND RECOGNITION OF VALID INTEREST:** In consideration of Mr. DONZIGER's leadership, investment, professional and collection services, as set forth above, both in the past and in the future, the FDA hereby acknowledges, confirms, and undertakes to support Mr. DONZIGER's existing contractual **INTEREST** or, alternatively, to the extent it is necessary or useful, hereby grants Mr. DONZIGER an **INTEREST** in his own right equal to Mr. DONZIGER's existing contractual **INTEREST**. Such INTEREST, in any case, shall be understood to entitle Mr. DONZIGER to **6.3%** of any **FUNDS RECOVERED**, which are defined as any funds recovered in connection with the *AGUINDA* CASE or the *AGUINDA* JUDGMENT, whether by court order or private out-of-court settlement, in Canada or in any other country, including, without limitation, any FUNDS RECOVERED as actual/environmental damages to the extent permitted by law; the FUNDS RECOVERED out of the 10% AWARDED to the FDA; the FUNDS RECOVERED in post-judgment interest or any other award of legal interest; or the FUNDS RECOVERED as part of any additional right for professional fees or costs awarded by a court in Ecuador, Canada, the U.S., or any other country.

IN WITNESS WHEREOF, the FDA and Mr. DONZIGER have executed this AGREEMENT on the date and year stated.

**DATE:** 11/01/2017                                            [Signature]

                                                                President, FDA

**DATE:**

                                                                Steven Donziger

CERT. ULG VER: JD

[Emblem:] Amazon Defense Front

# CERTIFICATION

In my capacity as General Secretary of the Amazon Defense Front—FDA, I hereby give notice of the resolution adopted at the ordinary meeting of the Executive Council on October 2, 2017. The resolution states:

*1. The Executive Council, pursuant to Art. 32(h) of the Amazon Defense Front bylaws, authorizes Ms. Carmen Filomena Cartuche Uchuari, legal representative of the FDA, to grant a paramount durable international legal power of attorney to Mr. STEVEN DONZIGER.*

Executed and delivered in Nueva Loja, on November 1, 2017.

[Signature]

Ms. Gladys Solano

**FDA GENERAL SECRETARY**

Address: Calles Eloy Alfaro No. 801 y Progreso Telefax: 593 (06) 2831 930 Lago Agrio, Nueva Loja
frentedefensadelamazonia@gmail.com

CERT. ULG VER:JD



**United Language Group**
3 Columbus Circle
14th Floor
New York, NY 10119
+1 888.601.9814
legaltranslations@ulgroup.com

State of New York            )
Estado de Nueva York

                             )        ss:
                             )        a saber:
County of New York           )
Condado de Nueva York

### Certificate of Accuracy
### Certificado de Exactitud

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation from Spanish into English of the attached document.

Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y completa del idioma español al idioma inglés del documento adjunto.

Dated: June 28, 2018
Fecha: 28 de junio 2018

_[signature]_
Yasushi Sasaki
Senior Project Manager– Legal Translations
United Language Group

_____[firmado]_____
Yasushi Sasaki
Gerente de Proyeto Senior – Traducciones Legales
United Language Group

Sworn to and signed before
Jurado y firmado ante
Me, this ____28th_____ day of
mí, a los _____28_____ días del
_____June_____ 2018
mes de ___junio___ de 2018

_[signature]_
Notary Public
Notario/Público

GINA MARIE BTLAURENT
Notary Public, State of New York
No. 01ST6146442
Qualified in New York County
Commission Expires May 15, 2022

[firmado]
[sello]

## PODER LEGAL
## INTERNACIONAL DURADERO

*y*

## *ACUERDO PARA INVERSIÓN CONTINUA*
## *DE LOS SERVICIOS PROFESIONALES*

---

Este **ACUERDO** se celebra en las fechas abajo señaladas en las firmas de octubre de 2017, entre, por un lado, el *Frente de Defensa de la Amazonía* (**el FDA**) y el doctor Steven R. Donziger (**DR. DONZIGER**). En este ACUERDO, el FDA otorga un poder superior legal internacional duradero a favor del DR. DONZIGER y en consideración del su liderazgo histórico y su provisión de servicios profesionales tanto en el pasado como en el futuro, el FDA de manera irrevocable reconoce, afirma y se obliga a apoyar al INTERÉS existente por contrato del DR. DONZIGER, según se establece a continuación, y / o por la presente concede a DR. DONZIGER un INTERÉS en sus propios derechos equivalente a su INTERÉS existente por contrato.

\*   \*   \*

**CONSIDERANDO** que el FDA se consideró como la parte que prevalece en el caso a que se alude como *María Aguinda Salazar v. Chevron Corporation*, dictada en primera instancia por la Corte Provincial de Justicia de Sucumbíos (N° de expediente 2003-0002), 14 feb. 2011, afirmado en apelación (Corte Nacional de Justicia, N° de expediente 174-2012, 12 nov. 2013), y también el objeto de los procedimientos de ejecución en la Corte de Justicia de Ontario (Canadá) (colectivamente, el **CASO *AGUINDA***);

**CONSIDERANDO** que la sentencia final en el CASO *AGUINDA* (la **SENTENCIA *AGUINDA***) en el presente ACUERDO se refiere a la obligación legal impuesta a CHEVRON por la justicia ecuatoriana y puesto que se busca a la ejecución de la misma sentencia en otros países como se desprende de las decisiones y procedimientos antes mencionadas conjuntamente;

**CONSIDERANDO** que el FDA es el destinatario de un concedido al amparo de la Ley de Gestión Ambiental de Ecuador en la cantidad de 10% de la cantidad de los daños ambientales en la SENTENCIA AGUINDA (el 10% CONCEDIDO) que se abonará por CHEVRON;

**CONSIDERANDO** que el FDA es el beneficiario exclusivo del *Fideicomiso Mercantil de Administración de Flujos ADAT* (el **FIDEICOMISO DE ECUADOR**), que fue creado por instrucciones de las cortes ecuatorianas para recibir, mantener y desembolsar los fondos pagados por CHEVRON en ejecución de la SENTENCIA *AGUINDA*, con el fin de poner en práctica y lograr la remediación ambiental y pagar los gastos legales y administrativos que se consideren necesarias por su Junta Administrativa, y a la cual todos los demandantes nombrados en el CASO *AGUINDA* han asignado la totalidad de su interés individual en la SENTENCIA *AGUINDA*;

**CONSIDERANDO** que el Dr. Steven Donziger (**DR. DONZIGER**) ha desempeñado un papel destacado e histórico en el enjuiciamiento del CASO *AGUINDA* y la ejecución de la SENTENCIA *AGUINDA* por más de 23 años, papel que ha sido entendido por todas las partes

1 / 3

pertinentes como crítico para la supervivencia y el avance del CASO *AGUINDA*, y que sus esfuerzos han sido particularmente importantes en la recaudación de fondos para continuar la lucha la SENTENCIA *AGUINDA* afuera del Ecuador;

**POR LO TANTO**, yo, Carmen Cartuche, Presidenta del FDA, por los derechos que representa, en forma libre y voluntaria y por así convenir a sus intereses, declara que otorga un poder superior legal internacional duradero a favor del DR. DONZIGER para que a nombre y en representación del FDA pueda dirigir y gestionar todas los esfuerzos legales, políticos y de relaciones públicas actuales y futuras involucrados en la ejecución de la SENTENCIA *AGUINDA*, enumerándose, pero no limitándose, todos los procedimientos de ejecución relacionados con el mismo en Canadá y otros países, litigios colaterales que la empresa ha iniciado o puede iniciar para combatir el pago de la sentencia del CASO *AGUINDA*, y cualquier otra acción que sea necesaria para realizar, defender, o promover los intereses del FDA y las comunidades afectadas. El poder otorgado al DR. DONZIGER se incluye, pero no se limita:

- el poder de dirigir y gestionar a todos los abogados y proveedores de servicios vinculados o contratados por el FDA, incluidos los abogados en las jurisdicciones de ejecución;

- el poder de negociar contratos con abogados y proveedores de servicios adicionales, sujeto a la ratificación final por parte del FDA de cualquier contrato que incurra en cualquier deuda pagadera por la FDA que supere los $2.000;

- el poder, con previa consulta y aprobación del FDA, para terminar y retirar la autoridad otorgada previamente a cualquier otro abogado o proveedor de servicios que trabaje con el FDA fuera de Ecuador;

- el poder de negociar —y con previa consulta y aprobación del FDA, también finalizar y ejecutar— acuerdos de financiamiento que otorguen un porcentaje de interés en cualquier recuperación vinculada con la SENTENCIA *AGUINDA*;

- el poder de que comparezca ante los jueces, tribunales, y cualquier otro órgano de administración de justicia internacional o nacional en lo que el DR. DONZIGER es capaz de hacerlo, así como cualquier otro foro o institución formal o informal;

- el poder de iniciar, discutir, negociar con el fin de llegar a un acuerdo extrajudicial, y autorizar a otras personas a hacer lo mismo, excepto que este poder no se extiende para incluir la autoridad para finalizar o ejecutar cualquier acuerdo que terminaría, desistiría, absolvería, o comprometería de otro modo la SENTENCIA *AGUINDA* a menos que sea con la plena consulta y aprobación explícita del FDA.

2 / 3

- el poder de representar el FDA en asuntos públicos, reuniones oficiales, delegaciones, conferencias, talleres, discusiones y negociaciones, y para actuar según el DR. DONZIGER pueda juzgar necesario para defender y promover los intereses del FDA y las comunidades que el FDA representa.

**CLÁUSULA RESIDUAL:** DR. DONZIGER queda investido de las más amplias facultades y atribuciones que confiere la ley a los mandatarios. DR. DONZIGER es responsable ante sus representados por la debida ejecución de este poder, razón por la cual nadie podrá argumentar insuficiente poder.

**DELEGACIÓN:** DR. DONZIGER podrá delegar sus poderes a otras personas para actuar en su nombre y bajo su dirección, pero no para actuar independientemente en las capacidades aquí otorgadas solamente al DR. DONZIGER.

**PLAZO:** El presente poder se confiere por tiempo indefinido.

**INDEMNIZACIÓN Y RECONOCIMIENTO DEL INTERÉS VIGENTE:** En consideración del liderazgo del DR. DONZIGER, su inversión y su provisión de servicios profesionales y de recaudación de fondos, como se establece arriba, tanto en el pasado y esperado en el futuro, el FDA por este medio reconoce, afirma y se obliga a apoyar el **INTERÉS** existente por contrato de DR. DONZIGER, o, alternativamente en la medida en que sea necesario o útil, otorgan por la presente a DR. DONZIGER un **INTERÉS** en sus propios derechos equivalente al **INTERÉS** de DR. DONZIGER existente por contrato. Dicho INTERÉS, en cualquier caso, se entenderá dar derecho a DR. DONZIGER al 6,3% de cualquier **FONDOS RECAUDADOS**, que se define como cualquier colección de fondos relacionados con el CASO *AGUINDA* o la SENTENCIA *AGUINDA*, ya sea por orden judicial o por acuerdo privado extrajudicial, en Canadá o en cualquier país, incluyendo, sin limitación, los FONDOS RECAUDADOS como daños reales / ambientales a la medida permitida por la ley; los FONDOS RECAUDADOS del 10% CONCEDIDO del FDA; los FONDOS RECAUDADOS como interés post-juicio o cualquier otro concedido basado en los intereses legales; o los FONDOS RECAUDADOS como parte de cualquier derecho concedido adicional de honorarios o gastos adjudicados por un corte de Ecuador, Canadá, EE.UU., o cualquier otro país.

EN FE DE LO CUAL, el FDA y DR. DONZIGER han suscrito este ACUERDO en el día y el año que se indica.

**FECHA:** 01/11/2017

_____
Presidenta, FDA

**FECHA:** _____

_____
Steven Donziger



# CERTIFICACIÓN

En calidad de Secretaria General del Frente de Defensa de la Amazonía – FDA, doy a conocer acerca de la resolución emitida en la reunión ordinaria del Consejo Ejecutivo el día 02 de octubre del presente año. Dicha resolución dice lo siguiente:

1. *Que el consejo ejecutivo, fundamentado en el artículo 32 literal h del estatuto del Frente de Defensa de la Amazonía, autoriza a la compañera Carmen Filomena Cartuche Uchuari, representante legal del FDA la suscripción del poder superior legal internacional duradero a favor del DR. STEVEN DONZIGER.*

Dado y firmado en Nueva Loja, el 01 de noviembre de 2017.

Srta. Gladys Solano
**SECRETARIA GENERAL FDA**



Dirección: Calles Eloy Alfaro No 801 y Progreso Telefax: 593 (06) 2831930  Lago Agrio, Nueva Loja
frentedefensadelamazonia@gmail.com