# EXHIBIT 11

Donziger conversation    Ecuador/FDA    11-6-17
Jon's personal family office

$33mm
3rd party funders
individuals

Canada as jurisdiction → don't want to have a trial
→ subsidiary ruling → risks asset

National Indigenous — Phil Fontaine    $9bn residential schools case
Aboriginal rights battle
60 minutes + Chevron

the right of the Ecuadorians to seek a judgment
validity to enforcing foreign judgments
→ judges to adopt

Ⓧ Prosecuting in Canada
→ have cap ital + reputation to staying power + winning
→

turnover in leadership → Jon Watson start 2010
→ leaving Feb 1 ~~2019~~ 2018
→ mismanaged this case

run money
one by 100
DUS? | 15-20% committed → 15 people [dedicated p/s]
6.3% personally of the 100%

**EXHIBIT Gr. 3**