# EXHIBIT 12

11/6/17

Elliott Mtg

Lee - distressed situation
    sovereign space

FCPA violations -
Unpopular in Australia

Parallel efforts - in cases outside of US
    Brazil & Argentina
    Really good lawyers
        need support
    $400M frozen assets in Argentina
    Brazilian process take forever

fraud Canadian litigation in near term
    Ecuadorian judgement
    injunction in The US

1782 limitation

GC @ Chevron - owns The entire strategy and
    keep

Play with Threats vs successful ruling in Canada
    Chevron know
        SEC disclosures are so misleading

Case until Bank - in Ecuador
    discovery in

EXHIBIT Gr. 3a

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)
MKS-0000155

Boycott — time vs. Chevron
  → gov't to look at it
  → don't know vulnerability

Venezuela —

Humanitarian & oppression
  every oil company is just waiting

Risk Reward — oil companies are shameless

6.3% Steven of
15-16% committed — 150ther people
                    investors & lawyers
Rule 65 — participating violation in some court order


Canadian — legal due diligence
  look @ few other jurisdictions
  Chevron's vulnerability

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

MKS-0000156