# EXHIBIT 14

| | |
|---|---|
| **From:** | Aaron Marr Page <aaron@forumnobis.org> |
| **Sent:** | Monday, November 6, 2017 9:38 AM |
| **To:** | Steven Donziger <sdonziger@donzigerandassociates.com>; Peter Grant <pgrant@grantnativelaw.com>; lfontaine <lfontaine@ishkonigan.com>; edjohn@fns.bc.ca; John Phillips <john.phillips@legaladvocates.ca>; Ian Watson <iw@genagro.net>; Victoria Watson <victoriawatson@me.com>; Rex Weyler <rexweyler1@gmail.com>; Lisa Gibbons <lisaweylergibbons@gmail.com>; lbmiller104@gmail.com; Luis Yanza <lfya62@gmail.com>; Karen Hinton <karen@fenton.com>; Howard Glaser <hglaser1@gmail.com>; juanaulestia01@gmail.com; lupitadeheredia@gmail.com; cristina muñoz <crisamunoz@gmail.com>; patriciosalazarcordova@gmail.com; agustin.salazar@salazarcordova.com; Katie Sullivan <Katie@Streamlinefamilyoffice.com> |
| **Subject:** | RE: Chevron case: Meeting today FYI |

I'll add one more email to the chain, which is simply to clarify that the request for deletion does not reflect anything problematic about the meeting itself, but rather the fact that Chevron has in the past improperly used information about perfectly legitimate funding discussions to start put pressure on potential funders and kill off potential deals. Confidentiality here is important to protect a process that is not only perfectly legitimate but also as we all know an important piece of delivering access to justice for the affected clients in this case.

**From:** Steven Donziger [mailto:sdonziger@donzigerandassociates.com]
**Sent:** Monday, November 6, 2017 9:18 AM
**To:** Peter Grant <pgrant@grantnativelaw.com>; lfontaine <lfontaine@ishkonigan.com>; edjohn@fns.bc.ca; John Phillips <john.phillips@legaladvocates.ca>; Ian Watson <iw@genagro.net>; Victoria Watson <victoriawatson@me.com>; Rex Weyler <rexweyler1@gmail.com>; Lisa Gibbons <lisaweylergibbons@gmail.com>; lbmiller104@gmail.com; Luis Yanza <lfya62@gmail.com>; Aaron Marr Page <aaron@forumnobis.org>; Karen Hinton <karen@fenton.com>; Howard Glaser <hglaser1@gmail.com>; juanaulestia01@gmail.com; lupitadeheredia@gmail.com; cristina muñoz <crisamunoz@gmail.com>; patriciosalazarcordova@gmail.com; agustin.salazar@salazarcordova.com; Katie Sullivan <katie@streamlinefamilyoffice.com>
**Subject:** Re: Chevron case: Meeting today FYI

I second that. Please delete all emails related to this and again, keep the info confidential.

**EXHIBIT PX-9006**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

MKS-0000090

Thanks, Steven

---

**From:** Peter Grant <pgrant@grantnativelaw.com>
**Sent:** Monday, November 6, 2017 10:10:17 AM
**To:** Steven Donziger; lfontaine; edjohn@fns.bc.ca; John Phillips; Ian Watson; Victoria Watson; Rex Weyler; Lisa Gibbons; lbmiller104@gmail.com; Luis Yanza; aaron@forumnobis.org; Karen Hinton; Howard Glaser; juanaulestia01@gmail.com; lupitadeheredia@gmail.com; cristina muñoz; patriciosalazarcordova@gmail.com; agustin.salazar@salazarcordova.com; Katie Sullivan
**Subject:** RE: Chevron case: Meeting today FYI


I give you very best wishes on this and will now delete all emails relating to this. I recommend others do as well after what I saw the opposition acquired.


PETER R. GRANT

Grant Huberman

Barristers & Solicitors

Suite 1620 - 1075 W. Georgia Street

Vancouver, BC V6E 3C9

Phone: 604-685-1229

Fax: 604-685-0244

website: www.grantnativelaw.com

CONFIDENTIALITY CAUTION

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and delete your copy.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

MKS-0000091

**From:** Steven Donziger [mailto:sdonziger@donzigerandassociates.com]
**Sent:** Monday, November 06, 2017 6:47 AM
**To:** lfontaine; edjohn@fns.bc.ca; John Phillips; Peter Grant; Ian Watson; Victoria Watson; Rex Weyler; Lisa Gibbons; lbmiller104@gmail.com; Luis Yanza; aaron@forumnobis.org; Karen Hinton; Howard Glaser; juanaulestia01@gmail.com; lupitadeheredia@gmail.com; cristina muñoz; patriciosalazarcordova@gmail.com; agustin.salazar@salazarcordova.com; Katie Sullivan
**Subject:** Re: Chevron case: Meeting today FYI

Friends,

Please keep this information that Katie sent strictly confidential.

As with most institutional investors, this is a heavy lift with a very uncertain outcome. If this information goes beyond our tight circle, it likely will be counterproductive in terms of our objectives.

Also, please know there are many interested parties out there who want to meet with us, not just this particular group.

But thanks to all for the good wishes. We will keep you posted on any progress.

Thanks, Steven

---

**From:** lfontaine <lfontaine@ishkonigan.com>
**Sent:** Monday, November 6, 2017 9:38:10 AM
**To:** edjohn@fns.bc.ca; John Phillips; Peter Grant; Ian Watson; Victoria Watson; Rex Weyler; Lisa Gibbons; lbmiller104@gmail.com; Luis Yanza; aaron@forumnobis.org; Karen Hinton; Howard Glaser; juanaulestia01@gmail.com; lupitadeheredia@gmail.com; cristina muñoz; patriciosalazarcordova@gmail.com; agustin.salazar@salazarcordova.com; Katie Sullivan
**Cc:** Steven Donziger
**Subject:** Re: Chevron case: Meeting today FYI

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

MKS-0000092

Best wishes!

Get Outlook for Android

---

**From:** Katie Sullivan <Katie@Streamlinefamilyoffice.com>
**Sent:** Monday, November 6, 2017 5:59:46 AM
**To:** lfontaine; edjohn@fns.bc.ca; John Phillips; Peter Grant; Ian Watson; Victoria Watson; Rex Weyler; Lisa Gibbons; lbmiller104@gmail.com; Luis Yanza; aaron@forumnobis.org; Karen Hinton; Howard Glaser; juanaulestia01@gmail.com; lupitadeheredia@gmail.com; cristina muñoz; patriciosalazarcordova@gmail.com; agustin.salazar@salazarcordova.com
**Cc:** Steven Donziger
**Subject:** Chevron case: Meeting today FYI

Hi all,

I hope this email finds you all in great health and spirits. It was such an honor to spend time with you in Ecuador at the end of September and to witness the powerful momentum since then has been amazing.

I've been helping Steven strategize how to connect financial capital with the case. I wanted to share with you that late on Friday through one of my clients, we coordinated a meeting with Elliott Management in NYC for today at 4pm with Jesse Cohn and Lee Grinberg. Jesse is a partner and leads the US equity activist investments and Lee led the team in the Argentina bond deal. Elliott is a hedge fund with approx. $34B under management. We are hopeful that their tenacity, courage, influence and power in the financial markets will be a complement to this case and allow Steven & team to supercharge their efforts.

Please send along any positive thoughts & vibes to keep this momentum moving in the right direction!

With gratitude,
Katie

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been auto matically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

DISCLAIMER: The information contained in this email is private, confidential, copyright and proprietary to Ishkonigan and its affiliated organizations. If you have received this message or any files transmitted with it in error, please notify the Sender immediately and delete it permanently from your system. If you are not the intended recipient disclosing, copying or distributing the information enclosed is strictly prohibited.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

MKS-0000094