# EXHIBIT D

## Chevron Corporation v. Steven Donziger, et al.
### Summary of Deposits Into Steven R. Donziger's TD Bank Accounts - Post 3/4/14 RICO (by Total Deposits)

| # | Entity Name | Total Deposits | # of Deposits | First Deposit Date | Last Deposit Date |
|---|---|---|---|---|---|
| 1 | Lenczner Slaght Royce Smith | $ 625,940.00 | 6 | 5/10/2016 | 2/21/2017 |
| 2 | Forum Nobis, PLLC [1] | 342,045.16 | 1 | 5/8/2018 | 5/8/2018 |
| 3 | George R Waters | 150,000.00 | 3 | 1/25/2016 | 12/11/2017 |
| 4 | BBVA Compass | 135,306.41 | 2 | 5/12/2014 | 6/25/2015 |
| 5 | Streamline Family Office Inc | 125,000.00 | 3 | 1/30/2018 | 3/13/2018 |
| | **Subtotal - 5 Entities Who Deposited More than $10,000 Post RICO Judgement Date [2]** | **$ 1,378,291.57** | **15** | **5/12/2014** | **5/8/2018** |
| | Remaining 10 Entities Who Deposited Less than $10,000. | 24,973.61 | 140 | 3/11/2014 | 6/25/2018 |
| | **Total [3]** | **$ 1,403,265.18** | **155** | **3/11/2014** | **6/25/2018** |

**Notes:**

[1] The wire transfer from Forum Nobis was used to fund the opening of TD Bank account 8132. Two days later (May 10, 2018), the same amount was transferred out of this account and used to fund the opening of TD Bank account 8174. On the same day, $50,000 was wired back to Forum Nobis, while one-half of the remaining funds ($160,000) was used to fund two other Donziger TD Bank accounts.

| Description of Activity | Date | Inflow | Outflow |
|---|---|---|---|
| **Activity for X8132** | | | |
| Incoming wire from Forum Nobis | 5/8/2018 | 342,045.16 | |
| Transfer to X8174 | 5/10/2018 | | 342,045.16 |
| **Activity for X8174** | | | |
| Transfer from X8132 | 5/10/2018 | 342,045.16 | |
| Wire to Forum Nobis | 5/10/2018 | | 50,000.00 |
| Transfer to X8783 | 5/10/2018 | | 125,000 00 |
| Transfer to X8132 | 5/10/2018 | | 35,000.00 |

[2] Kroll excluded deposits for the following entities: Charles Schwab; Argyle Knoxville, LLC; United States Treasury; CitiBank; State of New York; and Unknown.

[3] Kroll excluded transactions from this analysis that were identified as internal transfers as well as bounced checks/returned items.

**Chevron Corporation v. Steven Donziger, et al.**
**Detail of Deposits Into Steven R. Donziger TD Bank Accounts - Post 3/4/14 RICO (by Entity and Total Amount of Deposits Greater than $10,000)**

| # | Name on Account | Account # | Tx Date | Transaction Type | From | To | Amount | Bates Ref. (TDBank) |
|---|---|---|---|---|---|---|---|---|
| 1 | Donziger & Associates | 8783 | 5/10/2016 | Wire Transfer | Lenczner Slaght Royce Smith | Donziger & Associates | 74,990.00 | 406 |
| 2 | Donziger & Associates | 8783 | 7/19/2016 | Wire Transfer | Lenczner Slaght Royce Smith | Donziger & Associates | 104,990.00 | 410 |
| 3 | Donziger & Associates | 8783 | 10/6/2016 | Wire Transfer | Lenczner Slaght Royce Smith | Donziger & Associates | 143,490.00 | 416 |
| 4 | Donziger & Associates | 8783 | 10/21/2016 | Wire Transfer | Lenczner Slaght Royce Smith | Donziger & Associates | 99,990.00 | 416 |
| 5 | Donziger & Associates | 8783 | 12/19/2016 | Wire Transfer | Lenczner Slaght Royce Smith | Donziger & Associates | 64,990.00 | 421 |
| 6 | Donziger & Associates | 8783 | 2/21/2017 | Wire Transfer | Lenczner Slaght Royce Smith | Donziger & Associates | 137,490.00 | 426 |
| | | | | | **Lenczner Slaght Royce Smith Total** | | **$ 625,940.00** | |
| 7 | Steven R. Donziger | 8132 | 5/8/2018 | Wire Transfer | Forum Nobis, PLLC | Steven R. Donziger | 342,045.16 | 484 |
| | | | | | **Forum Nobis, PLLC Total** | | **$ 342,045.16** | |
| 8 | Steven R. Donziger | 2265 | 1/25/2016 | Wire Transfer | George R Waters | Steven R. Donziger | 50,000.00 | 169 |
| 9 | Donziger & Associates | 8783 | 2/14/2017 | Wire Transfer | George R Waters | Donziger & Associates | 50,000.00 | 426 |
| 10 | Donziger & Associates | 8783 | 12/11/2017 | Wire Transfer | George R Waters | Donziger & Associates | 50,000.00 | 452 |
| | | | | | **George R Waters Total** | | **$ 150,000.00** | |
| 11 | Steven R. Donziger | 2265 | 5/12/2014 | Deposit | BBVA Compass | Steven R. Donziger | 20,000.00 | 79 |
| 12 | Steven R. Donziger | 6418 | 6/25/2015 | Deposit | BBVA Compass | Steven R. Donziger | 115,306.41 | 288 |
| | | | | | **BBVA Compass Total** | | **$ 135,306.41** | |
| 13 | Donziger & Associates | 8783 | 1/30/2018 | Wire Transfer | Streamline Family Office Inc | Donziger & Associates | 25,000.00 | 456 |
| 14 | Donziger & Associates | 8783 | 2/5/2018 | Deposit | Streamline Family Office Inc | Donziger & Associates | 25,000.00 | 460 |
| 15 | Donziger & Associates | 8783 | 3/13/2018 | Wire Transfer | Streamline Family Office Inc | Donziger & Associates | 75,000.00 | 464 |
| | | | | | **Streamline Family Office Inc Total** | | **$ 125,000.00** | |
| | | | | **Subtotal - 5 Entities Who Deposited More than $10,000** | | | **$ 1,378,291.57** | |