UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>STEVEN DONZIGER *et al.*,<br><br>                Defendants. | 11 Civ. 0691 (LAK) |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Steven Donziger appeals to the United States Court of Appeals for the Second Circuit from the Court's collateral orders dated June 27 and July 23, 2018 (Dkts. 2045, 2056) ("Orders"), in which the Court fully and finally denied (1) Mr. Donziger's fundamental due process right to know the scope (and legality) of the injunctive terms of the Court's RICO Judgment before enduring a contempt prosecution (and related discovery) for allegedly violating those injunctive terms, and (2) Mr. Donziger's prayer for injunctive relief necessary to protect core First Amendment associational rights facing an imminent threat of irreparable harm. *See* Dkts. 2018, 2032; 2026, 2034 (Mr. Donziger's motions). The appeal lies within the Court of Appeal's jurisdiction under 28 U.S.C. § 1291 because the Orders conclusively determine their respective disputed questions, resolve critically important issue separate from the merits of the ongoing contempt proceeding, and, due to the nature of the rights at stake and the imminent threat of harm, would be effectively unreviewable on appeal from final contempt decision. This appeal also lies within the Court of Appeal's jurisdiction under 28 U.S.C. § 1292(a)(1) because the Orders decline to issue the injunctive relief, and the clarification and modification of prior-issued injunctive relief, requested in the underlying motions.

2

Dated: July 25, 2018          Respectfully submitted,

                                       *s/ Steven Donziger*
                                       Steven R. Donziger
                                       245 W. 104th Street, #7D
                                       New York, NY 10025
                                       Tel: (917) 678-3943
                                       Email: sdonziger@donzigerandassociates.com

                                       *Pro se*