# EXHIBIT 8

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 723)