# EXHIBIT 20

[emblem:]
Defending the Amazonian region means
saving the world.

Amazonian Region Defense Front

Approved through Ministerial Decree No. 5

Calle Eloy Alfaro y Progreso, Nueva Loja – Sucumbios
Fax: 593-6 2831-930
Post Office Box: 21-01-30, Email: admin@fda.ecuanex.net.ec
www.amazoniavive.org
Av. Alejandro Labaka, frente a FUSA, Coca – Orellana
Telephone: (593-6) 2882-274

**AMAZONIAN REGION – ECUADOR**

[EXHIBIT 353 11/29/10]

## AGREEMENT TO DISPUTE A CASE AGAINST CHEVRON TEXACO, NOW CHEVRON, IN ECUADOR

1. The Amazonian Region Defense Front ("FDA"), on its own behalf and representing all of its member organizations, as well as the farmers residing in the Amazonian region impacted by the practices of Texaco (now known as Chevron); the Organization of Zionist Aboriginal Citizens of Ecuador (ONISE), representing the Zionist citizens; the Sequoia Aboriginal Organization of Ecuador (OISE), representing the Sequoia citizens; the Aboriginal Federation of Cofán Citizens of Ecuador (FEINCE), representing the people of Cofán, hereby enter into this agreement with the law firm of Kohn, Swift & Graf, of One South Broad Street, Philadelphia, Pennsylvania, the law offices of Steven R. Donziger, 111 E. 79th Street, New York, New York, and the law offices of Cristóbal Bonifaz of 48 North Pleasant Street, Amherst, Massachusetts, to take on the litigation of the case *Aguinda vs. Texaco* in Ecuador. This agreement supersedes any prior agreements.

2. The three law firms mentioned above hereby agree that they will handle the litigation of this case in Ecuador and/or the United States. The agreement with these law firms for them to handle the case includes the costs of Ecuadorian attorneys' fees to continue with this lawsuit in Ecuador and the litigation expenses.

3. On their part, the organizations indicated above to represent those affected by Texaco hereby agree that they will pay as legal compensation to the attorneys involved in the litigation a percentage of what is won in the case, this in addition to the costs incurred by the attorneys during the process of the litigation. This percentage will range between ten (10) and twenty-five (25) percent of the monetary value obtained as a result of the litigation or a settlement.

    The exact percentage to be paid to the attorneys will be determined by them on the basis of the nature of their efforts and in relationship with the monetary amount obtained as a result of the litigation or a settlement.

4. When signing this document, the three law firms involved or one of their representatives agree that they will abide by the principles, guidelines and internal procedures established by the Executive Committee, the legal and legitimate entity representing the communities that are suing Chevrontexaco, today known as Chevron. The United States attorneys declare that they will work as a legal team and as authorized by the Committee that represents the parties involved.

For the purpose of leaving a record of this document and making it valid, the United States attorneys and the representatives of the parties involved sign it in four original copies.

January 2, 2006

[signature]
Ermel Chávez
**PRESIDENT OF AMAZONIAN REGION DEFENSE FRONT (FDA)**

[signature]
Ricardo Payaguaje
**PRESIDENT OF SEQUOIA NATIONALS (OISE)**

4682-2 Frente-KSG Agreement (00045130)

[signature]
Luis Narváez
**PRESIDENT OF**
**COFAN NATIONALS (FEINCE)**

[signature]
Venancio Criollo
**PRESIDENT OF**
**ZIONIST NATIONALS (ONISE)**

[signature]
Joseph C. Kohn
**ATTORNEY**

[signature]
Steven R. Donziger
**ATTORNEY**              *April 27, 2006*

Cristóbal Bonifaz
**ATTORNEY**



Aprobado mediante acuerdo ministerial N° 5.

Calle Eloy Alfaro y Progreso, Nueva Loja – Sucumbíos
Telefax: 593-6 2831-930
Casilla postal 21-01-30, Email, admin@fda.ecuanex.net.ec
www.amazoniavive.org
Av. Alejandro Labaka, frente a FUSA, Coca – Orellana
Teléfono (593-6) 2882-274

REGION AMAZONICA - ECUADOR

## CONVENIO PARA LITIGIAR EL CASO EN CONTRA DE CHEVRON TEXACO, AHORA CHEVRON, EN ECUADOR

1. El Frente de Defensa de la Amazonía ("FDA") por sí mismo y en representación de todas sus organizaciones miembras así como también en representación de los residentes colonos de la Amazonía impactadas por las prácticas de Texaco (ahora conocido como Chevron); la Organización de la Nacionalidad Indígena Siona del Ecuador, ONISE, en representación de la Nacionalidad Siona; la Organización Indígena Secoya del Ecuador, OISE, en representación de la Nacionalidad Secoya; La Federación Indígena de la Nacionalidad Cofán del Ecuador, FEINCE, en representación de la Nacionalidad Cofán, suscriben este convenio con las firmas de abogados: Kohn Swift & Graf de One South Broad Street, Philadelphia, Pennsylvania, y Law Offices of Steven R. Donziger, 111 E. 79th Street, New York, New York, Las Offices de Cristóbal Bonifaz de 48 North Pleasant Street, Amherst, Massachussets, para hacer la litigación del juicio *Aguinda vs. Texaco* en el Ecuador. Este convenio suplanta otros convenios previos.

2. Las tres firmas legales mencionadas se comprometen a llevar a cabo la litigación de este caso en el Ecuador y/o en los Estados Unidos. El compromiso de estas firmas, para hacer este caso, incluye la financiación de abogados ecuatorianos para proseguir con este juicio en el Ecuador y cubrir los gastos de la litigación.

3. Por su parte las organizaciones mencionadas en representación de los afectados por Texaco se comprometen a pagar por compensación legal para todos los abogados involucrados en la litigación, un porcentaje de lo que se gane en el caso, a parte de los gastos incurridos por los abogados al litigar el caso. Este porcentaje variará entre un diez (10) y un veinticinco (25) por ciento del valor que se gane a razón de la litigación o de una negociación.

La determinación del porcentaje exacto será fijada por los abogados quienes lo harán después de determinar la naturaleza del esfuerzo efectuado y en relación al monto del resultado económico del juicio o de una negociación.

4. Las tres firmas legales o uno de sus representantes, al firmar este documento, se comprometen con los principios, normas y procesos internos establecidos por el Comité Ejecutivo, que es el órgano legal y legítimo que representan a las comunidades afectadas que están demandando a Chevrontexaco, hoy Chevron. Los abogados norteamericanos declaran que trabajan como parte del equipo legal y bajo la autoridad del Comité que representan a los afectados.

Para constancia y validez de este documento firman los abogados norteamericanos y los representantes de los afectados en cuatro versiones originales.

2 de enero del 2006

_Ermel Chávez_
**PRESIDENTE DEL FRENTE DE
DEFENSA DE LA AMAZONIA (FDA)**

_Ricardo Payaguaje_
**PRESIDENTE DE LA NACIONALIDAD
SECOYA (OISE)**

DONZ00022907 Page 3 of 4

Luis Narváez
**PRESIDENTE DE LA NACIONALIDAD COFAN (FEINCE)**

Joseph C. Kohn
**ABOGADO**

Cristóbal Bonifaz
**ABOGADO**

Venancio Criollo
**PRESIDENRE DE LA NACIONALIDAD SIONA (ONISE)**

Steven R. Donziger
**ABOGADO**    27 Apr. Y 2004