# EXHIBIT 24

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    Case No. 11 Civ. 0691 (LAK)
 4    ---------------------------------------x
 5    CHEVRON CORPORATION,
 6                        Plaintiff,
 7         - against -
 8    STEVEN DONZIGER, et al.,
 9                        Defendants.
10    ---------------------------------------x
11                    June 27, 2018
                       4:13 p.m.
12
13
14        DEPOSITION of JOSH RIZACK, held at
15    the offices of Gibson, Dunn & Crutcher LLP,
16    located at 200 Park Avenue, New York, New
17    York 10166, before Anthony Giarro, a
18    Registered Professional Reporter and a
19    Notary Public of the State of New York.
20
21
22
23
24
25
```

```
                                                    Page 10
 1                      JOSH RIZACK
 2         Q        And could you describe
 3   briefly for me your educational
 4   background?
 5         A        My last --
 6         Q        You could start with
 7   college.  How about that?
 8         A        I went to New York
 9   University, got a degree in economics.
10         Q        What year did you graduate
11   NYU?
12         A        1988.
13         Q        Have you had any studies
14   after graduating NYU in 1988?
15         A        Not at a university, no.
16         Q        Any studies relevant to your
17   practice as an accountant?
18         A        I'm not an accountant.
19         Q        Any studies relevant to your
20   professional practice?
21         A        I've attended conferences
22   and, you know, workshops and so forth.
23         Q        Any other degrees other than
24   your degree in economics?
25         A        No.
```

Page 15

1      JOSH RIZACK
2   that.
3           Do you consider what you
4   produced to be accountings?
5       A      No.  I mean I didn't produce
6   in the formal sense any income statements
7   or balance sheets or formal GAAP
8   accounting.  It was more putting together
9   what bills needed to be paid, what was
10  outstanding and putting together the
11  expenses of the case and Steven
12  Donziger's expenses related to the case.
13      Q      In doing so -- when you say
14  the case, you mean the Ecuador case?
15      A      Correct.
16      Q      In doing this work for
17  Mr. Donziger related to the case, did you
18  work with anyone other than Mr. Donziger?
19      A      I would say predominantly,
20  the work was with Mr. Donziger.  On other
21  occasions, I know there was -- and I
22  don't recall her name and when.  But
23  there was a woman that helped put a lot
24  of this data together; you know, I think
25  she was a, you know, temp that would, you

|   |   |   |
|---|---|---|
|   |   | Page 74 |

1                    JOSH RIZACK
2      A     Restate the question.
3      Q     Did you ever have or do you
4  have a contingent interest in the Ecuador
5  judgment?
6      A     Yes.
7      Q     Could you describe that
8  interest for me, please, sir?
9      A     I believe it's either an
10 eighth or a quarter percent of
11 recoveries.
12     Q     But you don't know which:
13 An eighth or a quarter?
14     A     No.  I would have to check.
15     Q     Do you have a document?
16     A     Yes.
17     Q     Did you produce that
18 document?
19     A     I don't believe so.
20           MR. DONZIGER:  I'm going to
21    object to the production of that,
22    which we'll deal with later,
23    obviously, because he doesn't have
24    it.  But getting into issues of who,
25    you know, owns what other than like a

Page 137

1              JOSH RIZACK
2       physically there.  But generally,
3       I've seen -- you know, obviously,
4       I've seen his summary.  And if I --
5       if I testify that it was accounting,
6       I'm probably misusing the word a bit
7       myself because it depends on how you
8       define it, obviously.  These aren't
9       like official accounting an
10      accountant would do.  The witness
11      testified he's not an accountant.  He
12      does have professional skill, though,
13      in this kind of work in terms of
14      numbers and, you know, trying to
15      reconcile accounts and all that
16      stuff.  But I just think we need to
17      be clear about what this is.  I don't
18      think it's an official accounting.
19               MS. NEUMAN:  Okay.  But when
20      you referred to a substantially
21      complete accounting, even if you
22      slightly misused the word, you were
23      referring to Mr. Rizack's work?
24               MR. DONZIGER:  That is not
25      my deposition.  But I will give you

|   |   |
|---|---|
|   | Page 138 |

1                    JOSH RIZACK
2      the courtesy of an answer.  Yes, I
3      was, and also Ms. Sullivan subsequent
4      to that.
5              MS. NEUMAN:  Oh.  Her work.
6      Sorry.  I was thinking about her
7      testimony.  And I was confused.
8              MR. DONZIGER:  Yes.
9              MS. NEUMAN:  I understand
10     what you're saying.
11             MR. DONZIGER:  Yeah.
12      Q      Mr. Rizack, are you aware of
13   any occasions on which post the RICO
14   judgment where there was funder money
15   that had been obtained but it was
16   directed into someone else's account for
17   the benefit of Mr. Donziger as opposed to
18   one of his TD accounts, say to his wife's
19   account, for example?  Anything like
20   that?
21      A      I don't know where the
22   money, post-funding, where it went to.
23      Q      Do you know how much it was?
24      A      No.
25      Q      Do you have any information

```
 1
 2                    C E R T I F I C A T I O N
 3
 4
 5        I, ANTHONY GIARRO, a Shorthand
 6   Reporter and a Notary Public, do hereby
 7   certify that the foregoing witness, JOSH
 8   RIZACK, was duly sworn on the date
 9   indicated, and that the foregoing, to the
10   best of my ability, is a true and accurate
11   transcription of my stenographic notes.
12        I further certify that I am not
13   employed by nor related to any party to
14   this action.
15
16
17
                              _____
18                                ANTHONY GIARRO
19
20
21
22
23
24
25
```