# EXHIBIT 28



**Fromboliere**

attorneys ════════════════════

Mr. Carlos Guaman
**PRESIDENT OF THE AMAZON DEFENSE FRONT**
Hand Delivered

Copy to:
**FDA and UDAPT Executive Board**

Dear Sirs:

I write this letter in my capacity as attorney and legal representative of the plaintiffs in the lawsuit that, for more than 22 years, residents of the provinces of Orellana and Sucumbios have been pursuing against the Chevron Corporation oil company.

In recent months, we have seen several inappropriate and unlawful actions by the Amazon Defense Front (FDA), actions that place at serious risk the lawsuit that the plaintiffs with their team of Ecuadorian attorneys have legitimately won against the Chevron Corporation oil company.

To better illustrate this, here are a few examples:

a.      On November 20, 2015, the FDA arbitrarily and unlawfully adopted a resolution that gravely affected the lawsuit's financing process, and in turn, the legitimate defense of the plaintiffs' rights in this case.

b.      On January 19, 2016, Mr. Luiz Yanza and Mr. Steven Donziger signed a contract for the management of financial resources on behalf of the FDA and the plaintiffs. This is extremely serious, since neither of these two persons represents the plaintiffs. Since the filing of the case in Ecuador, Mr. Donziger has not been the plaintiffs' attorney, therefore, he does not represent any of the plaintiffs. Mr. Yanza also does not represent any of the plaintiffs. Presumably, the FDA gave him the authority to sign that contract, when in fact, the FDA also does not represent any of the plaintiffs.

c.      Subsequently, at least two more documents have been signed, supposedly to finance the plaintiffs' case in Canada, the last of which was at the beginning of July 2016, in which you, sir, the President of the FDA, signed those

[Initials]

CERT. ULG VER: JD



**PLAINTIFF'S EXHIBIT**
S315
NO. 6/25/18  TD
PENGAD 800-631-6989



**Fromboliere**

attorneys

documents on behalf of the organization and of the "plaintiffs." In other words, you are asking for money in the name of persons that you do not represent, which clearly constitutes a serious crime, whether as a scam or because you are acting as if you have powers that neither you nor your organization has.

d.      According to the information that your own organization is disseminating through various means, the FDA, on behalf of the plaintiffs, has obtained disbursements of 250,000 dollars each, which totals 500,000 dollars. Likewise, the information being disseminated indicates that all the money has been delivered to the law firm of Alan Lenczner, in Canada; however, according to the report that we have, in the first disbursement, attorney Alan Lenczner was only sent the sum of 175,000 dollars. Therefore, 75,000 is missing, and I do not know if you or the base of your organization know the destination of that money; or in what account it is.

e.      It is worth reminding you, Mr. President of the FDA, that the FDA's leading role begins when the judgment proceeds have been received, and not before. But at that time, you and your organization must display honesty, transparency and respect for the litigation rights of the plaintiffs; something that is not currently the case. The fact that there is an assignment of rights, in addition to being unlawful, does not mean that you or your organization have the green light to make use of third party rights in an arbitrary fashion.

In conclusion, Mr. Guaman, I must remind you and tell you that:

1.      The Amazon Defense Front does not represent any of the plaintiffs in this lawsuit, therefore, any document, contract or agreement that you have signed on behalf of the Plaintiffs is unlawful and will not be recognized at any time; everything seems to indicate that this is a scam.

2.      In representation of the plaintiffs, until they themselves decide otherwise, I do not authorize and you and the FDA are prohibited from signing any document, contract or anything else on behalf of the plaintiffs, without my consent, since, to date, I am the person who represents them, or that of the plaintiffs themselves, in a total and absolute manner.

3.      I ask you to immediately provide me with a copy of each and every one of the documents, contracts or agreements that the FDA has signed with the different third parties, whether they be: funders, possible funders, resource managers, supporters, advisers,

[Initials]

CERT. ULG VER: JD



**Fromboliere**
attorneys

in conclusion, any type of document, contract or agreement that is related to the Aguinda v. Chevron lawsuit.

4.      I demand that you immediately hand over all details, with the supporting documentation recognized by the law, of the use that has been made of all the money that the FDA represents it has obtained; that is, for each of the disbursements it has made. The money was requested on behalf of the plaintiffs and, therefore, they have the absolute right to adequately and timely know the use made of every cent, with special attention to the first disbursement, in which we already know 75,000 dollars are missing.

5.      Any embezzlement, fraud, waste of money or theft, which is related to the Chevron case, to the plaintiffs, is the responsibility of the Amazon Defense Front, of which you are the legal represented.

As I am open to dialogue, I urge you and the organization you represent to act within the framework of the law. If you want to discuss any of these matters, I will gladly listen.

Without prejudice to the foregoing, I reserve the right to file the relevant legal actions if necessary, in the legitimate defense of those I represent.

I will receive any correspondence at the UDAPT office, which is well known by you, and at the following email: pablofajardom@gmail.com.


Cordially,

[Signature]
Atty. Pablo Fajardo Mendoza
**REPRESENTATIVE OF THE PLAINTIFFS IN THE LAWSUIT AGAINST CHEVRON**

CERT. ULG VER: JD



**United Language Group**
3 Columbus Circle
14th Floor
New York, NY 10119
+1 888.601.9814
legaltranslations@ulgroup.com

State of New York                    )
Estado de Nueva York                 )
                                     )                    ss:
                                     )              a saber:
County of New York                   )
Condado de Nueva York                )

**Certificate of Accuracy**
**Certificado de Exactitud**

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation from Spanish into English of the attached document.
Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y completa del idioma español al idioma inglés del documento adjunto.

Dated: March 9, 2018
Fecha: 9 de marzo 2018

Yasushi Sasaki
Senior Project Manager– Legal Translations
United Language Group
_____ [firmado] _____
Yasushi Sasaki
Gerente de Proyeto Senior – Traducciones Legales
United Language Group

Sworn to and signed before
Jurado y firmado ante
Me, this _____ 9th _____ day of
mí, a los _____ 9 _____ días del
_____ March _____ 2018
mes de _____ marzo _____ de 2018

Notary Public
Notario Público

[firmado]
[sello]

GINA MARIE STLAURENT
Notary Public, State of New York
No. 01ST6146442
Qualified in New York County
Commission Expires May 15, 2018



Señor
Carlos Guamán
**PRESIDENTE DEL FRENTE DE DENESA DE LA AMAZONIA**
Presente

Con copia a:
**Consejo Ejecutivo del FDA y de la UDAPT.**

De mi consideración;

Le escribo esta carta en mi calidad de abogado y representante legal de los actores o demandantes en el juicio que por más de 22 años, pobladores de las provincias de Orellana y Sucumbíos, mantenemos en contra de la Petrolera Chevron Corporation.

En los últimos meses hemos visto distintas acciones inadecuadas e ilegales por parte del Frente de Defensa de la Amazonía, acciones que ponen en grave riesgo el proceso que los demandantes con su equipo de abogados ecuatorianos ha ganado de forma legítima en contra de la petrolera Chevron Corporation.

Para una mejor ilustración aquí unos pocos ejemplos;

a.      El día 20 de noviembre del 2015, el FDA de forma arbitraria e ilegal adoptó una resolución, que afectó gravemente el proceso de financiamiento del juicio y a la vez, la legítima defensa de los derechos de los acci0onantes en éste proceso.

b.      El día 19 de enero del 2016 los señores: Luis Yanza y Steven Donziger, suscriben un contrato para la gestión de recursos económicos, en nombre del FDA y de los demandantes. Cosa tremendamente grave, ya que ninguna de las dos personas representa a los demandantes. El señor Donziger, desde que el proceso se instaló en el Ecuador, no es abogado de los demandantes, por ende no representa a ningún demandante. El señor Yanza tampoco representa a ningún demandante. Presumiblemente el FDA le habría dado el aval para dicha suscripción de contrato, cuando el FDA tampoco representa a ningún demandante.

c.      Posteriormente se han suscrito al menos dos documentos más, para supuesto financiamiento del caso de los accionantes en Canadá, siendo el último de ellos a inicios del mes de julio del año 2016, en los cuales, usted señor Presidente del FDA, suscribe dichos



**Fromboliere** abogados

documentos en nombre de su organización y de los "demandantes". Es decir, se está pidiendo dinero en nombre de personas a las cuales usted no representa, lo que a legua constituye un grave delito, sea por estafa o por arrogarse funciones de las cuales usted ni su organización no las tiene.

d.      Según la información que su misma organización está difundiendo por distintos medios, se indica que el FDA, en nombre de los demandantes, han conseguido dos desembolsos de 250.000 dólares cada uno de ellos, lo que da un total de 500.000 dólares. Igualmente la información que se difunde indica que la totalidad del dinero ha sido entregada a la firma de abogados de Alan Lenczner, de Canadá; sin embargo de acuerdo al reporte que disponemos, en el primer desembolso, al abogado Alan Lenczner, únicamente le entregaron la suma de 175.000 dólares. Por lo tanto faltan 75.000, que no se si usted y las bases de su organización saben el destino de ese dinero; o en que cuenta están.

e.      Cabe recordarle señor Presidente del FDA, que el rol protagónico del FDA inicia cuando se hayan recaudado los recursos económicos de la sentencia, no antes. Pero en ese momento usted y su organización deben demostrar honradez, transparencia y respeto a los derechos litigiosos de los demandantes. Cosa que no está pasando en la actualidad. El hecho que exista una cesión de derechos, además de ser ilegal, no quiere decir que usted ni su organización tienen luz verde, para disponer de derechos de terceros de forma arbitraria.

En conclusión señor Guamán debo recordarle y decirle que:

1.      El Frente de Defensa de la Amazonía no representa a ningún demandante en éste proceso judicial, por lo tanto cualquier documento, contrato o convenio que haya firmado en nombre de los Demandantes, carece de toda legalidad y no será reconocido en ningún momento, todo apunta que se trataría de una estafa.

2.      En representación de los demandantes, mientras ellos mismos no dispongan lo contrario, no autorizo, y le queda prohibido a usted y al FDA suscribir cualquier documento, contrato o lo que fuere; en nombre de los demandantes, sin el consentimiento de mi persona que hasta ahora soy quien los representa o de los mismos demandantes en forma total y absoluta.

3.      Le solicito que de forma inmediata, me proporcione una copia de todos y cada uno de los documentos, contratos o convenios que el FDA ha suscrito con distintos actores externos, sean éstos: Financistas, posibles financistas, gestores de recursos, patrocinadores, asesores,



**Fromboliere**
abogados

en conclusión cualquier tipo de documentos, contratos o convenios que tengan relación con el juicio Aguinda Vs. Chevron.

4.      Le exijo, que de forma inmediata, entregue todos los detalles, con los justificativos legalmente reconocidos del destino de todo el dinero que el FDA asegura a ver conseguido. Es decir, de cada uno de los desembolsos que ha logrado. Ese dinero fue pedido en nombre de los demandantes y por ende tienen pleno derecho para conocer de forma adecuada y oportuna el destino de cada centavo. Poniendo especial atención en el primer desembolso, donde desde ya conocemos que faltan 75.000 dólares.

5.      Cualquier desfalco, estafa, despilfarro de dinero o robo, que esté vinculado con el caso Chevron, con los demandantes, o actores, es de responsabilidad del Frente de Defensa de la Amazonía, legalmente representada por usted.

Como un amante del diálogo, le exhorto, a usted y a la organización que usted representa, a actuar dentro del marco de la ley. Si usted quiere dialogar sobre cualquiera de éstos temas, gustosamente lo escuchare.

Sin perjuicio de lo dicho, me reservo el derecho de iniciar las acciones legales pertinentes en caso de ser necesario, en legítima defensa de quienes represento.

Comunicaciones que me correspondan, las recibiré en la oficina de la UDAPT, plenamente conocida por usted y en el correo electrónico: pablofajardom@gmail.com

Cordialmente

Ab. Pablo Fajardo Mendoza
**PROCURADOR DE LOS DEMANDANTES EN EL JUICIO CONTRA CHEVRON**