# EXHIBIT 30

### DECLARATION OF THE AFFECTED NATIONALITIES IN THE PROVINCE OF SUCUMBIOS

On August 20, 2016, the presidents of the nationalities represented by Mr. Juan Yiyocuro, in his capacity as president of the Siona nationality, ONISE; Mr. Justino Piaguaje, as president of the Siekopai nationality, NASIEPAI; Mr. Roberto Aguinda, President of the Indigenous Nationality A'i Cofan of Ecuador, NOAIKE; and Mr. Guillermo Grefa, representative of the Kichwa nationality, meet in the city of Lago Agrio.

We are the plaintiffs and people affected—Siekopai, "Secoya," Siona, A'i Cofan, and Kichwa nationalities—who have supported and backed this fight for over 22 years, together with the settler peasants who live in the oil fields operated by Texaco in the provinces of Sucumbios and Orellana. The immense desire and dream of the nationalities is to achieve justice, repair the environmental and cultural damage, and remediate the natural habitat of the indigenous groups of Ecuador's northern Amazon. For all these reasons, for over two decades we have kept UNITY, AND TOGETHER WE SEEK JUSTICE FOR THE DIGNITY OF THOSE CURRENTLY ALIVE AND FOR FUTURE GENERATIONS, AND FOR THE HEALTH OF OUR AMAZON AND THE PLANET.

In recent months the technicians, advisors and leaders of the AMAZON DEFENSE FRONT, FDA, have made public statements about the position they have adopted. These statements have appeared in local, national and international media and have been made at meetings and conversations held with different people, both in the communities of Orellana and Sucumbios, and with NGO allies of the UDAPT. They have discussed the fight that belongs exclusively to the plaintiffs, the different communities of the nationalities who have been affected. They state that "we do not represent [them], and we have no right to the proceeds from this fight," disregarding the UNION OF PEOPLE AFFECTED BY TEXACO'S OIL OPERATIONS, UDAPT, claiming that it has exclusively prosecuted the court case against Chevron on behalf of the indigenous nationalities and peasants affected by the oil fields through the 47 plaintiffs that signed the complaint and under a power of attorney given to Atty. Pablo Fajardo, joint counsel in the case.

WHEREAS:

> This seriously harms our fight and the unity of the indigenous nationalities and peasants and the UDAPT, the highest body, which represents us, due to the malicious and reckless actions of some former leaders, such as Luis Yanza, Steven Dozinger and Ermel Chavez, who led this historic case, through the FDA, at the start of the court case in the U.S. and Ecuador, and Dr. Patricio Salazar, whom we have never met.

> On January 19, 2016, Mr. Steven Donziger and Mr. Luis Yanza, without informing and without authorization from the undersigned Nationalities, or from the plaintiffs, executed an agreement with financers from a so-called tax haven on behalf of the people affected and the nationalities, without any authorization to do so.

> Judging by their actions, Mr. Luis Yanza, Mr. Steven Donziger, Mr. Ermel Chavez, and Dr. Patricio Salazar are working to break up and to deprive the indigenous nationalities and plaintiffs of any right to social and cultural benefit from the case.

> Steven Donziger, who is not authorized to represent the nationalities, has repeatedly issued statements in different media in the

CERT. ULG VER: JD

PLAINTIFF'S EXHIBIT NO. S316  6/25/18 TD

U.S., and lately in Ecuador, claiming to be the attorney in the case, though he does not represent any nationality or any of the plaintiffs.

Mr. Steven Donziger, Mr. Luis Yanza, and, in recent years, Mr. Pablo Fajardo, have administered or managed money owned by the Plaintiffs. Consequently, on January 29, 2016, the UDAPT, convened at a general meeting, issued a resolution to ask Mr. Steven Donziger, Mr. Luis Yanza, and Mr. Pablo Fajardo to provide an accounting, in other words, to provide the UDAPT with detailed information about all of the money they have managed that belongs to the UDAPT. To date, only Mr. Pablo Fajardo has provided that information. Mr. Steven Donziger and Mr. Luis Yanza have failed to do so.

It is clear that the above individuals have an obvious desire to take economic advantage of the case and to achieve some public fame for personal benefit, without considering the UDAPT's fight, which seeks to achieve a dignified, healthy life without contamination, through remediation of the damage caused by the human rights violation caused by the oil operations of Texaco, now Chevron, in the Ecuadorian Amazon.

Based on the foregoing background and considerations, the nationalities Siona, Siekopai, Cofan and Kichwa, exercising our right and in order to protect the fight we have carried on and unity we have had for 22 years while fighting Texaco in search for JUSTICE for human life and nature, publicly

DECLARE THE FOLLOWING:

1. Mr. Luis Yanza and Mr. Steven Donziger are hereby considered personae non gratae because they failed to defend the collective interest rights of the indigenous nationalities and peasants. It is clear to us that they seek to advance their own private and personal interests.

2. Mr. Luis Yanza, Mr. Steven Donziger, Mr. Ermel Chavez and Mr. Patricio Salazar are prohibited perpetually and absolutely from speaking for or representing the Siona, Siekopai and Cofan nationalities before any organization, court, or media of any kind, investor, or any other person. None of them represent the undersigned Nationalities.

3. We demand that within two months, starting August 20 of this year, Mr. Luis Yanza and Mr. Steven Donziger submit a detailed report accounting for all of the money they have managed on behalf of the people affected or the plaintiffs in the case that our people have against Chevron.

4. In previous years, the leaders of the nationalities, trusting him, gave Mr. Luis Yanza a power of attorney to conduct certain acts. However, it is apparent that Mr. Yanza abused that power and used it inappropriately, signing documents on behalf of the nationalities without the power to do so. Consequently, the special power of attorney the three nationalities gave Mr. Luis Yanza is hereby revoked, as is any other document that gave him power to act on our behalf. Also, as nationalities, we disavow any contract, agreement, arrangement or any other document that Mr. Luis Yanza may have signed on our behalf in 2015 and 2016. Those documents were not authorized by the nationalities and therefore are not, and will not be, valid.

CERT. ULG VER: JD

5. This resolution will be immediately sent to all social organizations, law firms and other persons who, in any way, work jointly or in cooperation with the plaintiffs in the case we are pursuing against Chevron.

In the defense of the ancestral and cultural rights of our nationalities, we, the presidents of the nationalities, sign this declaration on the 20th day of August 2016.

[signature]
Mr. Justino Piaguaje

PRESIDENT SIEKOPAI

[signature]
Mr. Juan Yiyocuro

PRESIDENT ONISE-SIONA

[signature]
Mr. Roberto Aguinda

PRESIDENT NOAIKE KOFAN

[signature]
Mr. Guillermo Grefa

REPRESENTATIVE OF THE KICHWA NATIONALITY

CERT. ULG VER: JD



**United Language Group**
3 Columbus Circle
14th Floor
New York, NY 10119
+1 888.601.9814
legaltranslations@ulgroup.com

State of New York            )
Estado de Nueva York

                             )        ss:
                             )        a saber:
County of New York           )
Condado de Nueva York

## Certificate of Accuracy
## Certificado de Exactitud

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation from Spanish into English of the attached document.

Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y completa del idioma español al idioma inglés del documento adjunto.

Dated: October 11, 2017
Fecha: 11 de octubre 2017

[signature]
Yasushi Sasaki
Senior Project Manager– Legal Translations
United Language Group

_____[firmado]_____
Yasushi Sasaki
Gerente de Proyeto Senior – Traducciones Legales
United Language Group

Sworn to and signed before
Jurado y firmado ante
Me, this ___11th___ day of
mí, a los ___11___ días del
___October___ 2017
mes de ___octubre___ de 2017

[signature]
Notary Public
Notario Público

SELIN CAYIRLI
Notary Public, State of New York
No. 01CA6275260
Qualified in New York County
Commission Expires Jan 22, 20__

[firmado]
[sello]

## DECLARATORIA DE LAS NACIONALIDADES AFECTADAS DE LA PROVINCIA DE SUCUMBIOS

A los 20 días del mes de Agosto del 2016, se reúnen en la ciudad de Lago Agrio los presidentes de las nacionalidades representado por el Sr. Juan Yiyocuro en calidad de Presidente de la Nacionalidad Siona ONISE, por el Sr. Justino Pisguaje en calidad de Presidente de la nacionalidad Siekopai NASIEPAI, el Sr. Roberto Aguinda, Presidente de la Nacionalidad Originaria A'i Kofan del Ecuador NOA'IKE y el Señor Guillermo Grefa Representante de las Nacionalidad Kichwa.

Somos las Nacionalidades Siekopai "Secoya", Siona, A'i "Kofán" y Kichwa demandantes y afectados quienes llevamos respaldando y apoyando esta lucha más de 22 años, conjuntamente con los compañeros campesinos colonos que viven en los campos petroleros operados por la Texaco en las provincias de Sucumbios y Orellana. El gran sentimiento y sueño de las nacionalidades es lograr justicia, reparar los daños ambientales y culturales, la reparación del hábitat natural de los grupos originarios de esta Amazonia Norte del Ecuador, por todas aquellas razones es que durante más de dos décadas, hemos mantenido la UNIDAD Y JUNTOS BUSCAMOS JUSTICIA POR LA DIGNIDAD DE LA VIDA ACTUAL Y DE NUESTRA FUTURA GENERACIÓN, ASI COMO POR LA SALUD DE NUESTRA AMAZONIA Y DEL PLANETA.

En los últimos meses, se han generado pronunciamientos y versiones públicos, sobre la posición que han adoptaron los técnicos, asesores y dirigentes del FRENTE DE DEFENSA DE LA AMAZONIA, FDA, a través de los medios de comunicación local, nacional e internacional, así como también a través de reuniones y conversaciones con distintas personas tanto en las comunidades de Orellana y Sucumbios, como con ONGs, aliados de la UDAPT, sobre la lucha exclusivamente de los demandantes afectados por las diferentes comunidades de las nacionalidades en donde mencionan que "no lo representamos ni tenemos derechos al beneficio a este lucha", y por el desconocimiento a la UNION DE AFECTADOS Y AFECTADAS POR LAS OPERACIONES PETROLERAS TEXACO "UDAPT" a la instancia que viene representando exclusivamente al proceso del juicio en contra de Chevron a favor de las nacionalidades indígenas y campesinos afectados de los campos petroleros, a través de los 47 demandantes firmantes y bajo poder concedido al Abg. Pablo Fajardo Procurador Común del caso.

### CONSIDERANDO:

Que, afecta severamente a nuestra lucha y la unidad de las nacionalidades indígenas y campesinos y a la UDAPT instancia máxima que nos representa, por algunos actos maliciosos y temerarios de algunos líderes históricos como Luis Yanza, Steven Dozinger y Ermel Chávez dirigentes que llevaron este proceso de lucha histórica mediante el FDA al inicio del caso Judicial en los EEUU y en Ecuador, el señor Dr. Patricio Salazar a quien nunca le habíamos conocido.

Que, los señores Steven Donziger y Luis Yanza sin previa información y sin la autorización de las Nacionalidades suscriptores de esta resolución, ni de los demandantes, el día 19 de Enero del 2016, procedieron a suscribir un convenio, con gestores de financiamiento, de un lugar denominado Paraíso Fiscal, a nombre de los afectados y de las nacionalidades, sin tener ninguna facultad ni autorización para aquello.

Que, de acuerdo a las acciones y actitudes, los señores Luis Yanza, Steven Donziger, Ermel Chávez y el Dr. Patricio Salazar, están trabajando con el fin de lograr la desunión y dejar sin derecho a ningún beneficio social y cultural de las nacionalidades indígenas y a los demandantes.

Que, el Ab. Steven Donziger sin ser abogado autorizado por las nacionalidades reiteradamente emite pronunciamiento en distintos medios de comunicación en los

EEUU y últimamente en los medios nacional como abogado del caso, cuando él, no representa a ninguna Nacionalidad, ni a ninguno de los demandantes.

Que, los señores Steven Donziger, Luis Yanza y en los últimos años el abogado Pablo Fajardo, han administrado o manejado cantidades de dinero, de propiedad de los Demandantes, en consecuencia, el día 29 de enero del 2016, la Asamblea Ordinaria de la UDAPT, resolvió pedir a los señores Steven Donziger, Luis Yanza y Pablo Fajardo, que rindan cuenta, es decir, que informen detalladamente a la UDAPT sobre todo el dinero que ellos han manejado y que es propiedad de la UDAPT. Hasta éste día únicamente el señor Pablo Fajardo ha rendido cuentas. No lo han hecho los señores Steven Donziger y Luis Yanza.

Que, es evidente, que los señores antes mencionados, existe una clara muestra de ambición por aprovecharse económicamente del caso y lograr algún tipo de Notoriedad Pública para su beneficio personal; sin considerar ni tener en cuenta la lucha de la UDAPT que es *Hacer realidad una vida digna, sana y sin contaminación, mediante la reparación de los daños provocados debido a la violación de los derechos humanos causados por la operación petrolera de Texaco, hoy Chevron, en la Amazonía ecuatoriana.*

Con todos estos antecedentes y consideraciones las nacionalidades Siona, Siekopai, A'i y Kichwa bajo nuestro derecho y por precautelar la lucha y la unidad que sostenemos y seguimos los 22 años de lucha a Texaco en busca de JUSTICIA a la vida humana y naturaleza, ante la opinión pública;

### DECLARAMOS.-

1.- Persona no grata al señor Luis Yanza y al Abogado Steven Donziger por no defender a los derechos intereses colectivos de las nacionalidades indígenas y campesinos; es más está claro para nosotros que ellos defienden sus interés particulares y personales.

2.- Se prohíbe de forma absoluta y perpetua a los señores Luis Yanza y Steven Donziger, Ermel Chávez y Patricio Salazar, hablar y representar a las nacionalidades Siona, Siekopai y A'i en cualquier instancia, judicial, medios de comunicación de cualquier naturaleza, inversores, o cualquier persona. Ninguno de ellos representa a las Nacionalidades suscriptoras de ésta resolución.

3. Le exigimos a los señores Luis Yanza y Steven Donziger, que en un plazo de dos meses, contados a partir del día 20 de agosto del presente año, entreguen el informe detallado de todo el dinero que ellos han administrado en nombre de los afectados o demandantes del caso que nuestros pueblos mantenemos en contra de Chevron.

4.- En años anteriores, los dirigentes de las Nacionalidades, en confianza, le otorgaron algún tipo de poder para determinadas actuaciones al señor Luis Yanza; sin embargo, es visible que el señor Yanza abusó de ese poder y lo ha utilizado en forma inadecuada, ha suscrito documentos en nombre de las nacionalidades sin tener ninguna facultad para hacerlo. En consecuencia, dejamos sin efecto, el poder especial de representación otorgado por las tres nacionalidades en favor del señor Luis Yanza, y cualquier otro documento que le dabe algún tipo de facultad para actuar en nombre nuestra. A la vez, que como Nacionalidades no reconocemos ningún tipo de contratos, convenios, acuerdos o cualquier documento que el señor Yanza Luis haya suscrito en nuestro nombre, durante los años 2015 y 2016. Los mismos no fueron autorizados por las Nacionalidades y no tienen ni tendrán ningún valor.

5 - Esta resolución, será enviada de forma inmediata a todas las organizaciones sociales, bufetes de abogados, y más personas que de una u otra manera tienen algún tipo de trabajo en solidaridad, cooperación, con los demandantes del caso que sostenemos en contra de Chevron

En defensa a los derechos ancestrales y culturales de nuestras nacionalidades firmamos esta declaratoria los presidentes de las nacionalidades, a los 20 días del mes de Agosto del 2016.

Sr Justino Piaguaje

PRESIDENTE SIEKOPAI


Sr Juan Yaicuro

PREIDENTE ONISE-SIONA


Sr Roberto Aguinda

PRESIDENTE NOAIKE KOFAN


Sr Guadalupe Grefa

REPRESENTANTE DE LA NACIONALIDAD KICHWA