# EXHIBIT 36

| | |
|---|---|
| **From:** | Steven Donziger <sdonziger@donzigerandassociates.com> |
| **Sent:** | Tuesday, September 5, 2017 9:36 PM |
| **To:** | John van Merkensteijn |
| **Subject:** | here's the profit and loss |
| **Attachments:** | Profit and Loss Detail2.pdf |
| **Categories:** | KF2 |

This is what I showed Ian. Needs to be updated.

1

JVM 002465

ENFORCEMENT OF ECUADOR JUDGMENT IN CANADA
Profit and Loss Detail
May 1, 2016 through February 2, 2017

02/02/17

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| **Investor Funds** | | | | | | | | |
| Deposit | 05/09/16 | | Investor I | | Deposit | Lenczner Slaght Escrow Account | 250,000.00 | 250,000.00 |
| Deposit | 07/13/16 | | Investor I | | Deposit | Lenczner Slaght Escrow Account | 100,000.00 | 350,000.00 |
| Deposit | 07/19/16 | | Investor II | | Deposit | Lenczner Slaght Escrow Account | 250,000.00 | 600,000.00 |
| Deposit | 10/03/16 | | Investor III | | Deposit | Lenczner Slaght Escrow Account | 285,000.00 | 885,000.00 |
| Deposit | 10/19/16 | | Investor IV | | Deposit | Lenczner Slaght Escrow Account | 200,000.00 | 1,085,000.00 |
| Deposit | 12/01/16 | | Investor III | | Deposit | Lenczner Slaght Escrow Account | 95,000.00 | 1,180,000.00 |
| Deposit | 01/03/17 | | Investor V | | Deposit | Lenczner Slaght Escrow Account | 237,500.00 | 1,417,500.00 |
| **Total Investor Funds** | | | | | | | 1,417,500.00 | 1,417,500.00 |
| **Total Income** | | | | | | | 1,417,500.00 | 1,417,500.00 |
| **Expense** | | | | | | | | |
| **Bank Service Charges** | | | | | | | | |
| Check | 05/10/16 | | Wire Transfer Fee | | | Donziger Escrow Account | 15.00 | 15.00 |
| Check | 05/23/16 | | Wire Transfer Fee | | | Donziger Escrow Account | 40.00 | 55.00 |
| Check | 07/08/16 | | Wire Transfer Fee | | | Donziger Escrow Account | 25.00 | 80.00 |
| Check | 08/16/16 | | Wire Transfer Fee | | | Donziger Escrow Account | 15.00 | 95.00 |
| Check | 08/16/16 | | Wire Transfer Fee | | | Donziger Escrow Account | 40.00 | 135.00 |
| Check | 08/19/16 | | Wire Transfer Fee | | | Donziger Escrow Account | 25.00 | 160.00 |
| Check | 08/19/16 | | Wire Transfer Fee | | | Donziger Escrow Account | 25.00 | 185.00 |
| Check | 08/19/16 | | Wire Transfer Fee | | | Donziger Escrow Account | 25.00 | 210.00 |
| Check | 08/30/16 | | Wire Transfer Fee | | | Donziger Escrow Account | 40.00 | 250.00 |
| Check | 09/26/16 | | Wire Transfer Fee | | | Donziger Escrow Account | 40.00 | 290.00 |
| Check | 10/06/16 | | Wire Transfer Fee | | | Donziger Escrow Account | 15.00 | 305.00 |
| Check | 11/09/16 | | Wire Transfer Fee | | | Donziger Escrow Account | 40.00 | 345.00 |
| Check | 12/05/16 | | Wire Transfer Fee | | | Donziger Escrow Account | 40.00 | 385.00 |
| Check | 12/08/16 | | Wire Transfer Fee | | | Donziger Escrow Account | 25.00 | 410.00 |
| **Total Bank Service Charges** | | | | | | | 410.00 | 410.00 |
| **Consulting** | | | | | | | | |
| **Case Help** | | | | | | | | |
| Check | 05/23/16 | WIRE | Shuyana Natalia Yanza Allauca | | | Donziger Escrow Account | 3,000.00 | 3,000.00 |
| Check | 08/16/16 | WIRE | Shuyana Natalia Yanza Allauca | | | Donziger Escrow Account | 2,000.00 | 5,000.00 |
| Check | 08/30/16 | WIRE | Shuyana Natalia Yanza Allauca | | | Donziger Escrow Account | 1,500.00 | 6,500.00 |
| Check | 11/09/16 | WIRE | Shuyana Natalia Yanza Allauca | | | Donziger Escrow Account | 2,000.00 | 8,500.00 |
| **Total Case Help** | | | | | | | 8,500.00 | 8,500.00 |
| **Total Consulting** | | | | | | | 8,500.00 | 8,500.00 |
| **Ecuador** | | | | | | | | |
| Check | 09/26/16 | | Luis Yanze | | | Donziger Escrow Account | 1,000.00 | 1,000.00 |
| Check | 12/05/16 | WIRE | Frente De Defense De La Amazonia | | | Donziger Escrow Account | 5,000.00 | 6,000.00 |
| Check | 12/08/16 | WIRE | Patricia Salazar Cordova | | | Donziger Escrow Account | 3,179.00 | 9,179.00 |
| **Total Ecuador** | | | | | | | 9,179.00 | 9,179.00 |
| **Expenses/Loan Pay Down** | | | | | | | | |
| Check | 05/11/16 | | Donziger & Associates PLLC | | | Donziger Escrow Account | 40,000.00 | 40,000.00 |
| Check | 07/20/16 | | Donziger & Associates PLLC | | | Donziger Escrow Account | 85,000.00 | 125,000.00 |
| Check | 10/07/16 | | Donziger & Associates PLLC | | | Donziger Escrow Account | 50,000.00 | 175,000.00 |
| Check | 10/22/16 | | Donziger & Associates PLLC | | | Donziger Escrow Account | 75,000.00 | 250,000.00 |
| Check | 12/20/16 | | Donziger & Associates PLLC | | | Donziger Escrow Account | 30,000.00 | 280,000.00 |
| **Total Expenses/Loan Pay Down** | | | | | | | 280,000.00 | 280,000.00 |
| **Legal** | | | | | | | | |
| **Canadian Legal** | | | | | | | | |
| Check | 05/10/16 | | Lenczner Slaght | | | Lenczner Slaght Escrow Account | 175,000.00 | 175,000.00 |
| Check | 07/19/16 | | Lenczner Slaght | | | Lenczner Slaght Escrow Account | 245,000.00 | 420,000.00 |
| Check | 10/06/16 | | Lenczner Slaght | | | Lenczner Slaght Escrow Account | 141,500.00 | 561,500.00 |
| Check | 10/21/16 | | Lenczner Slaght | | | Lenczner Slaght Escrow Account | 100,000.00 | 661,500.00 |
| Check | 12/19/16 | | Lenczner Slaght | | | Lenczner Slaght Escrow Account | 30,000.00 | 691,500.00 |
| **Total Canadian Legal** | | | | | | | 691,500.00 | 691,500.00 |
| **Legal – Other** | | | | | | | | |
| Check | 07/08/16 | WIRE | Meyers Saxon & Col | | | Donziger Escrow Account | 15,570.00 | 15,570.00 |
| Check | 07/08/16 | WIRE | Meyers Saxon & Col | | | Donziger Escrow Account | 15,750.00 | 31,320.00 |
| Check | 08/19/16 | WIRE | Aaron Marr Page | | | Donziger Escrow Account | 5,000.00 | 36,320.00 |
| Check | 08/19/16 | WIRE | Long Tuminello LLP | | | Donziger Escrow Account | 10,000.00 | 46,320.00 |
| Check | 12/05/16 | WIRE | Aaron Marr Page | | | Donziger Escrow Account | 5,000.00 | 51,320.00 |
| Check | 12/08/16 | WIRE | Deepak Gupta | | | Donziger Escrow Account | 25,000.00 | 76,320.00 |
| Check | 12/16/16 | WIRE | Aaron Marr Page | | | Donziger Escrow Account | 5,000.00 | 81,320.00 |
| **Total Legal – Other** | | | | | | | 81,320.00 | 81,320.00 |
| **Total Legal** | | | | | | | 772,820.00 | 772,820.00 |
| **PR Wire Service** | | | | | | | | |
| Check | 10/17/16 | WIRE | 3BI Media LLC | | | Donziger Escrow Account | 4,600.00 | 4,600.00 |
| **Total PR Wire Service** | | | | | | | 4,600.00 | 4,600.00 |
| **Total Expense** | | | | | | | 1,075,509.00 | 1,075,509.00 |
| **Net Ordinary Income** | | | | | | | 341,991.00 | 341,991.00 |
| **Net Income** | | | | | | | 341,991.00 | 341,991.00 |

| Availabe Cash in Escrow Accounts | |
|---|---:|
| Lenczner Slaght | 237,500.00 |
| Donziger | 104,466.00 |
| | 341,966.00 |

