# EXHIBIT 39

Court File No. M48342, C63309, C63310
Court File No.: CV-12-9808-00CL

## COURT OF APPEAL FOR ONTARIO

BETWEEN:

DANIEL CARLOS LUSITANDE YAIGUAJE, BENANCIO FREDY
CHIMBO GREFA, MIGUEL MARIO PAYAGUAJE PAYAGUAJE,
TEODORO GONZALO PIAGUAJE PAYAGUAJE, SIMON LUSITANDE
YAIGUAJE, ARMANDO WILMER PIAGUAJE PAYAGUAJE, ANGEL
JUSTINO PIAGUAJE LUCITANTE, JAVIER PIAGUAJE PAYAGUAJE,
FERMIN PIAGUAJE, LUIS AGUSTIN PAYAGUAJE PIAGUAJE, EMILIO
MARTIN LUSITANDE YAIGUAJE, REINALDO LUSITANDE YAIGUAJE,
MARIA VICTORIA AGUINDA SALAZAR, CARLOS GREFA
HUATATOCA, CATALINA ANTONIA AGUINDA SALAZAR, LIDIA
ALEXANDRIA AGUINDA AGUINDA, CLIDE RAMIRO AGUINDA
AGUINDA, LUIS ARMANDO CHIMBO YUMBO, BEATRIZ MERCEDES
GREFA TANGUILA,
LUCIO ENRIQUE GREFA TANGUILA, PATRICIO WILSON AGUINDA
AGUINDA, PATRICIO ALBERTO CHIMBO YUMBO, SEGUNDO ANGEL
AMANTA MILAN, FRANCISCO MATIAS ALVARADO YUMBO, OLGA
GLORIA GREFA CERDA, NARCISA AIDA TANGUILA NARVAEZ,
BERTHA ANTONIA YUMBO TANGUILA, GLORIA LUCRECIA
TANGUILA GREFA, FRANCISCO VICTOR TANGUILA GREFA, ROSA
TERESA CHIMBO TANGUILA, MARIA CLELIA REASCOS REVELO,
HELEODORO PATARON GUARACA, CELIA IRENE VIVEROS
CUSANGUA, LORENZO JOSE ALVARADO YUMBO, FRANCISCO
ALVARADO YUMBO, JOSE GABRIEL REVELO LLORE, LUISA DELIA
TANGUILA NARVAEZ, JOSE MIGUEL IPIALES CHICAIZA, HUGO
GERARDO CAMACHO NARANJO, MARIA MAGDALENA RODRIGUEZ
BARCENES, ELIAS ROBERTO
PIYAHUAJE PAYAHUAJE, LOURDES BEATRIZ CHIMBO TANGUILA,
OCTAVIO ISMAEL CORDOVA HUANCA, MARIA HORTENCIA VIVEROS
CUSANGUA, GUILLERMO VINCENTE PAYAGUAJE LUSITANDE,
ALFREDO DONALDO PAYAGUAJE
PAYAGUAJE and DELFIN LEONIDAS
PAYAGUAJE PAYAGUAJE

Plaintiffs/Appellants

and

CHEVRON CORPORATION, CHEVRON CANADA LIMITED and CHEVRON
CANADA FINANCE LIMITED

Defendants/Respondents

## MOTION RECORD OF THE MOVING PARTY

**DATE:**    October 10, 2017

**GRANT HUBERMAN**
Barristers & Solicitors
1075 W. Georgia Street
Suite 1620
Vancouver, BC  V6E 3C9

**Peter Grant** (LSBC#4513)
E:  pgrant@grantnativelaw.com
T:  (604) 685-1229
F:  (604) 685-0244

Lawyers for the Appellants/Plaintiffs, José
Miguel Ipiales Chicaiza, Segundo Angel
Amanta Milán, Francisco Victor Tanguila
Grefa, Hugo Gerardo Camacho Naranjo,
Heleodoro Patarón Guaraca, José Gabriel
Revelo Llore, Maria Celia Reascos Revelo,
Rosa Teresa Chimbo Tanguila, Maria
Magdaldena Rodriguez Bárcenas and Maria
Hortencia Viveros Cusangua

**TO:**    **LENCZNER SLAGHT ROYCE SMITH GRIFFIN LLP**
Barristers
130 Adelaide Street West
Suite 2600
Toronto, ON  M5H 3P5

**Alan J. Lenczner, Q.C.**
E:  alenczner@litigate.com
T:  (416) 865-3093
F:  (416) 865-2844

**Brendan F. Morrison**
E:  bmorisson@litigate.com
T:  (416) 865-3559
F:  (416) 865-3731

**KOSKIE MINSKY LLP**
20 Queen Street West
Suite 900
Toronto, ON  M5H 3R3

**Kirk M. Baert**
E: kmbaert@kmlaw.ca
T: (416) 595-2092
F: (416) 204-2889
**Celeste Poltak**
E: cpoltak@kmlaw.ca
T: (416) 595-2701
F: (416) 204-2909

**Garth Myers**
E: gmyers@kmlaw.ca
T: (416) 595-2102
F: (416) 977-3316

Lawyers for the Plaintiffs / Appellants,
Daniel Carlos Lusitande Yaiguaje, Benancio Fredy Chimbo Grefa,
Miguel Mario Payaguaje Payaguaje, Teodoro Gonzalo Piaguaje Payaguaje,
Simon Lusitande Yaiguaje, Armando Wilmer Piaguaje Payaguaje,
Angel Justino Piaguaje Lucitante, Javier Piaguaje Payaguaje, Fermin Paiguaje,
Luis Agustin Payaguaje Piaguaje, Emilio Martin Lusitande Yaiguaje,
Reinaldo Lusitande Yaiguaje, Maria Victoria Aguinda Salazar,
Carlos Grefa Huatatoca, Catalina Antonia Aguinda Salazar,
Lidia Alexandria Aguinda Aguinda, Clide Ramiro Aguinda Aguinda,
Luis Armando Chimbo Yumbo, Beatriz Mercedes Grefa Tanguila,
Lucio Enrique Grefa Tanguila, Patricio Wilson Aguinda Aguinda,
Patricio Alberto Chimbo Yumbo, Francisco Matias Alvarado Yumbo,
Olga Gloria Grefa Cerda, Narcisa Aida Tanguila Narvaez,
Bertha Antonia Yumbo Tanguila, Gloria Lucrecia Tanguila Grefa,
Celia Irene Viveros Cusangua, Lorenzo Jose Alvarado Yumbo,
Francisco Alvarado Yumbo, Luisa Delia Tanguila Narvaez,
Elias Roberto Piyahuaje Payahuaje, Lourdes Beatriz Chimbo Tanguila,
Octavio Ismael Cordova Huanca, Guillermo Vincente Payaguaje Lustitande,
Alfredo Donaldo Payaguaje Payaguaje, and Delfin Leonidas Payaguaje Payaguaje

**AND**    **NORTON ROSE FULBRIGHT CANADA LLP**
**TO:**    Barristers and Solicitors
Royal Bank Plaza, South Tower
200 Bay Street
Suite 3800
PO Box 84
Toronto, ON  M5J 2Z4

**Robert Frank**
T:  (416) 202-6741

**Clarke Hunter, QC**
T:  (403) 267-8292
F:  (403) 264-5973

**Anne Kirker, QC**
T:  (403) 267-9564

Lawyers for the Defendant / Respondent,
Chevron Canada Finance Limited


**AND**    **GOODMANS LLP**
**TO:**    Barristers and Solicitors
Bay Adelaide Centre
333 Bay Street
Suite 3400
Toronto, ON  M5H 2S7

**Benjamin Zarnett**
T:  (416) 597-4204

**Suzy Kauffman**
T:  (416) 597-6281

**Peter Kolla**
T:  (416) 597-6279

Lawyers for the Defendant / Respondent,
Chevron Canada Limited

**AND**  **OSLER, HOSKIN & HARCOURT LLP**
**TO:**   Barristers & Solicitors
       First Canadian Place
       100 King Street West
       Suite 6200
       Toronto, ON  M5X 1B8

       **Larry Lowenstein**
       T:  (416) 862-6454

       **Laura Fric**
       T:  (416) 862-6454

       **Eric Morgan**
       T:  (416) 862-5871

       Lawyers for the Defendant / Respondent,
       Chevron

# INDEX

# MOTION RECORD INDEX

| TAB | DOCUMENT | PAGE |
|-----|----------|------|
| **1** | **Notice of Motion** | 1-7 |
| **2** | **Affidavit of Patricio Salazar Coirdova** | 8 – 11 |
| A. | Curriculum vitae of Patricio Salazar Coirdova, current as of October 10, 2017 | 12 – 16 |
| B | Income tax searches by Patricio Salazar Coirdova of moving plaintiffs from the Internal Revenue Services website in Ecuador dated October 10, 2017 | 17 – 27 |
| C | Income tax searches by Patricio Salazar Coirdova of non-moving plaintiffs from the Internal Revenue Services website in Ecuador dated October 10, 2017 | 28 – 66 |
| D | Threshold income tax table of Ecuador, current as of October 10, 2017 | 67 – 70 |

# TAB 1

Court File No. C63309, C63310
Court File No.: CV-12-9808-00CL

## COURT OF APPEAL FOR ONTARIO

BETWEEN:

DANIEL CARLOS LUSITANDE YAIGUAJE, BENANCIO FREDY
CHIMBO GREFA, MIGUEL MARIO PAYAGUAJE PAYAGUAJE,
TEODORO GONZALO PIAGUAJE PAYAGUAJE, SIMON LUSITANDE
YAIGUAJE, ARMANDO WILMER PIAGUAJE PAYAGUAJE, ANGEL
JUSTINO PIAGUAJE LUCITANTE, JAVIER PIAGUAJE PAYAGUAJE,
FERMIN PIAGUAJE, LUIS AGUSTIN PAYAGUAJE PIAGUAJE, EMILIO
MARTIN LUSITANDE YAIGUAJE, REINALDO LUSITANDE YAIGUAJE,
MARIA VICTORIA AGUINDA SALAZAR, CARLOS GREFA
HUATATOCA, CATALINA ANTONIA AGUINDA SALAZAR, LIDIA
ALEXANDRIA AGUINDA AGUINDA, CLIDE RAMIRO AGUINDA
AGUINDA, LUIS ARMANDO CHIMBO YUMBO, BEATRIZ MERCEDES
GREFA TANGUILA,
LUCIO ENRIQUE GREFA TANGUILA, PATRICIO WILSON AGUINDA
AGUINDA, PATRICIO ALBERTO CHIMBO YUMBO, SEGUNDO ANGEL
AMANTA MILAN, FRANCISCO MATIAS ALVARADO YUMBO, OLGA
GLORIA GREFA CERDA, NARCISA AIDA TANGUILA NARVAEZ,
BERTHA ANTONIA YUMBO TANGUILA, GLORIA LUCRECIA
TANGUILA GREFA, FRANCISCO VICTOR TANGUILA GREFA, ROSA
TERESA CHIMBO TANGUILA, MARIA CLELIA REASCOS REVELO,
HELEODORO PATARON GUARACA, CELIA IRENE VIVEROS
CUSANGUA, LORENZO JOSE ALVARADO YUMBO, FRANCISCO
ALVARADO YUMBO, JOSE GABRIEL REVELO LLORE, LUISA DELIA
TANGUILA NARVAEZ, JOSE MIGUEL IPIALES CHICAIZA, HUGO
GERARDO CAMACHO NARANJO, MARIA MAGDALENA RODRIGUEZ
BARCENES, ELIAS ROBERTO
PIYAHUAJE PAYAHUAJE, LOURDES BEATRIZ CHIMBO TANGUILA,
OCTAVIO ISMAEL CORDOVA HUANCA, MARIA HORTENCIA VIVEROS
CUSANGUA, GUILLERMO VINCENTE PAYAGUAJE LUSITANDE,
ALFREDO DONALDO PAYAGUAJE
PAYAGUAJE and DELFIN LEONIDAS
PAYAGUAJE PAYAGUAJE

Plaintiffs/Appellants

and

CHEVRON CORPORATION, CHEVRON CANADA LIMITED and CHEVRON
CANADA FINANCE LIMITED

Defendants/Respondents

# NOTICE OF MOTION

### (Returnable October 11, 2017)

**CERTAIN OF THE PLAINTIFFS**, represented by Peter Grant and Diane Soroka, will make a motion to the Court of Appeal on October 11, 2017 at 10:00 a.m. or as soon after that time as the motion can be heard, at Osgoode Hall Court House, 130 Queen Street West, Toronto, Ontario.

**PROPOSED METHOD OF HEARING:**

The motion is to be heard:

      [ ]     in writing under subrule 37.12.1(1) because it is;

      [ ]     in writing as an opposed motion under subrule 37.12.1(4);

      [X]    orally

**THE MOTION IS FOR:**

   (a) An order abridging the time for service and validating service of this notice of motion and motion record, if necessary, so that the motion is properly returnable on the date indicated above;

   (b) An order permitting the moving plaintiffs to adduce further evidence of their impecuniosity; and

   (c) Such further and other relief as this Honourable Court deems just.

**THE GROUNDS FOR THE MOTION ARE:**

   (a) On September 21, 2017, Epstein JA, in chambers, ordered that the plaintiffs post security for costs for this appeal (the "Decision");

   (b) In the Decision, Epstein JA found that insufficient evidence of impecuniosity was led by the plaintiffs;

   (c) Rule 56.07 permits the court to review a decision on security for costs at any time;

3

(d) Additional evidence is available demonstrating, on a balance of probabilities, that the moving plaintiffs are impecunious;

(e) The Decision was premised on the assumption that the moving plaintiffs cannot demonstrate that they are impecunious;

(f) The moving plaintiffs, due to their impecuniosity, will be unable to proceed with this appeal if they are required to post the substantial security for costs ordered by Epstein JA in the Decision and will likely result in the termination of this important litigation without a consideration of the merits or the justice of their case;

(g) The moving plaintiffs, as they are impecunious, should be allowed to have their appeal decided on its merits rather than on the basis of a security for costs order that they cannot pay;

(h) Rules 1.04(1), 1.04(2), 1.05, 2.01(1), 2.03, 37, 56.01, 56.05, 56.07, 61.06, and 61.16(2) of the *Rules of Civil Procedure*, RRO 1990, Reg. 194;

(i) Section 134(4)(b) of the *Courts of Justice Act*, RSO 1990, c C.43; and

(j) Such further and other grounds as counsel may advise and this Honourable Court may permit.

**THE FOLLOWING DOCUMENTARY EVIDENCE** will be used at the hearing of the motion:

(a) The motion records on the motion to vary the order for security for costs filed by the parties before this Court;

(b) The Affidavit of Patricio Salazar Cordova, sworn October 10, 2017 and exhibits thereto; and

(c) Such further and other evidence as counsel may advise and this Honourable Court may permit.

**DATE:**    **October 10, 2017**

4

**GRANT HUBERMAN**
Barristers & Solicitors
1075 W. Georgia Street
Suite 1620
Vancouver, BC  V6E 3C9

**Peter Grant** (LSBC#4513)
E:  pgrant@grantnativelaw.com
T:  (604) 685-1229
F:  (604) 685-0244

Lawyers for the Appellants/Plaintiffs,José
Miguel Ipiales Chicaiza, Segundo Angel
Amanta Milán, Francisco Victor Tanguila
Grefa, Hugo Gerardo Camacho Naranjo,
Heleodoro Patarón Guaraca, José Gabriel
Revelo Llore, Maria Celia Reascos Revelo,
Rosa Teresa Chimbo Tanguila, Maria
Magdaldena Rodriguez Bárcenas and Maria
Hortencia Viveros Cusangua

**TO:**   **LENCZNER SLAGHT ROYCE SMITH GRIFFIN LLP**
Barristers
130 Adelaide Street West
Suite 2600
Toronto, ON  M5H 3P5

**Alan J. Lenczner, Q.C.**
E:  alenczner@litigate.com
T:  (416) 865-3093
F:  (416) 865-2844

**Brendan F. Morrison**
E:  bmorisson@litigate.com
T:  (416) 865-3559
F:  (416) 865-3731

**KOSKIE MINSKY LLP**
20 Queen Street West
Suite 900
Toronto, ON  M5H 3R3

**Kirk M. Baert**
E:  kmbaert@kmlaw.ca
T:  (416) 595-2092
F:  (416) 204-2889

**Celeste Poltak**
E:  cpoltak@kmlaw.ca
T:  (416) 595-2701
F:  (416) 204-2909

**Garth Myers**
E:  gmyers@kmlaw.ca
T:  (416) 595-2102
F:  (416) 977-3316

Lawyers for the Plaintiffs / Appellants,
Daniel Carlos Lusitande Yaiguaje, Benancio Fredy Chimbo Grefa,
Miguel Mario Payaguaje Payaguaje, Teodoro Gonzalo Piaguaje Payaguaje,
Simon Lusitande Yaiguaje, Armando Wilmer Piaguaje Payaguaje,
Angel Justino Piaguaje Lucitante, Javier Piaguaje Payaguaje, Fermin Paiguaje,
Luis Agustin Payaguaje Piaguaje, Emilio Martin Lusitande Yaiguaje,
Reinaldo Lusitande Yaiguaje, Maria Victoria Aguinda Salazar,
Carlos Grefa Huatatoca, Catalina Antonia Aguinda Salazar,
Lidia Alexandria Aguinda Aguinda, Clide Ramiro Aguinda Aguinda,
Luis Armando Chimbo Yumbo, Beatriz Mercedes Grefa Tanguila,
Lucio Enrique Grefa Tanguila, Patricio Wilson Aguinda Aguinda,
Patricio Alberto Chimbo Yumbo, Francisco Matias Alvarado Yumbo,
Olga Gloria Grefa Cerda, Narcisa Aida Tanguila Narvaez,
Bertha Antonia Yumbo Tanguila, Gloria Lucrecia Tanguila Grefa,
Celia Irene Viveros Cusangua, Lorenzo Jose Alvarado Yumbo,
Francisco Alvarado Yumbo, Luisa Delia Tanguila Narvaez,
Elias Roberto Piyahuaje Payahuaje, Lourdes Beatriz Chimbo Tanguila,
Octavio Ismael Cordova Huanca, Guillermo Vincente Payaguaje Lustitande,
Alfredo Donaldo Payaguaje Payaguaje, and Delfin Leonidas Payaguaje Payaguaje


**AND TO:** **NORTON ROSE FULBRIGHT CANADA LLP**
Barristers and Solicitors
Royal Bank Plaza, South Tower
200 Bay Street
Suite 3800
PO Box 84
Toronto, ON  M5J 2Z4

**Robert Frank**
T:  (416) 202-6741

**Clarke Hunter, QC**
T:  (403) 267-8292
F:  (403) 264-5973

6

**Anne Kirker, QC**
T: (403) 267-9564

Lawyers for the Defendant / Respondent,
Chevron Canada Finance Limited


**AND TO:** **GOODMANS LLP**
Barristers and Solicitors
Bay Adelaide Centre
333 Bay Street
Suite 3400
Toronto, ON  M5H 2S7

**Benjamin Zarnett**
T: (416) 597-4204

**Suzy Kauffman**
T: (416) 597-6281

**Peter Kolla**
T: (416) 597-6279

Lawyers for the Defendant / Respondent,
Chevron Canada Limited

**AND TO:** **OSLER, HOSKIN & HARCOURT LLP**
Barristers & Solicitors
First Canadian Place
100 King Street West
Suite 6200
Toronto, ON  M5X 1B8

**Larry Lowenstein**
T: (416) 862-6454

**Laura Fric**
T: (416) 862-6454

**Eric Morgan**
T: (416) 862-5871

Lawyers for the Defendant / Respondent,
Chevron

DANIEL CARLOS LUSITANDE YAIGUAJE et al.                    -and-                    CHEVRON CORPORATION et al.
Appellants/Moving Party                                                                                Respondents/Responding Party

Court File No.: M48342, C63309, C63310

*ONTARIO*
**COURT OF APPEAL**

PROCEEDING COMMENCED AT TORONTO

**NOTICE OF MOTION**

**GRANT HUBERMAN**
Barristers & Solicitors
1075 W. Georgia Street
Suite 1620
Vancouver, BC  V6E 3C9

**Peter Grant** (LSBC#4513)
pgrant@grantnativelaw.com
T: (604) 685-1229
F: (604) 685-0244

Lawyers for the Appellants/Plaintiffs,
José Miguel Ipiales Chicaiza, Segundo Angel Amanta Milán
Francisco Victor Tanguila Grefa, Hugo Gerardo Camacho
Naranjo, Heledoro Patarón Guaraca, José Gabriel Revelo
Llore, Maria Celia Reascos Revelo, Rosa Teresa Chimbo
Tanguila, Maria Magdalena Rodriguez Bárcenas and Maria
Hortencia Viveros Cusangua

# TAB 2

8

Court File No. M48342, C63309, C63310
Court File No.: CV-12-9808-00CL

# COURT OF APPEAL FOR ONTARIO

BETWEEN:

DANIEL CARLOS LUSITANDE YAIGUAJE, BENANCIO FREDY
CHIMBO GREFA, MIGUEL MARIO PAYAGUAJE PAYAGUAJE,
TEODORO GONZALO PIAGUAJE PAYAGUAJE, SIMON LUSITANDE
YAIGUAJE, ARMANDO WILMER PIAGUAJE PAYAGUAJE, ANGEL
JUSTINO PIAGUAJE LUCITANTE, JAVIER PIAGUAJE PAYAGUAJE,
FERMIN PIAGUAJE, LUIS AGUSTIN PAYAGUAJE PIAGUAJE, EMILIO
MARTIN LUSITANDE YAIGUAJE, REINALDO LUSITANDE YAIGUAJE,
MARIA VICTORIA AGUINDA SALAZAR, CARLOS GREFA
HUATATOCA, CATALINA ANTONIA AGUINDA SALAZAR, LIDIA
ALEXANDRIA AGUINDA AGUINDA, CLIDE RAMIRO AGUINDA
AGUINDA, LUIS ARMANDO CHIMBO YUMBO, BEATRIZ MERCEDES
GREFA TANGUILA,
LUCIO ENRIQUE GREFA TANGUILA, PATRICIO WILSON AGUINDA
AGUINDA, PATRICIO ALBERTO CHIMBO YUMBO, SEGUNDO ANGEL
AMANTA MILAN, FRANCISCO MATIAS ALVARADO YUMBO, OLGA
GLORIA GREFA CERDA, NARCISA AIDA TANGUILA NARVAEZ,
BERTHA ANTONIA YUMBO TANGUILA, GLORIA LUCRECIA
TANGUILA GREFA, FRANCISCO VICTOR TANGUILA GREFA, ROSA
TERESA CHIMBO TANGUILA, MARIA CLELIA REASCOS REVELO,
HELEODORO PATARON GUARACA, CELIA IRENE VIVEROS
CUSANGUA, LORENZO JOSE ALVARADO YUMBO, FRANCISCO
ALVARADO YUMBO, JOSE GABRIEL REVELO LLORE, LUISA DELIA
TANGUILA NARVAEZ, JOSE MIGUEL IPIALES CHICAIZA, HUGO
GERARDO CAMACHO NARANJO, MARIA MAGDALENA RODRIGUEZ
BARCENES, ELIAS ROBERTO
PIYAHUAJE PAYAHUAJE, LOURDES BEATRIZ CHIMBO TANGUILA,
OCTAVIO ISMAEL CORDOVA HUANCA, MARIA HORTENCIA VIVEROS
CUSANGUA, GUILLERMO VINCENTE PAYAGUAJE LUSITANDE,
ALFREDO DONALDO PAYAGUAJE
PAYAGUAJE and DELFIN LEONIDAS
PAYAGUAJE PAYAGUAJE

Plaintiffs/Appellants

and

CHEVRON CORPORATION, CHEVRON CANADA LIMITED and CHEVRON
CANADA FINANCE LIMITED

Defendants/Respondents

## AFFIDAVIT OF PATRICIO SALAZAR CÓRDOVA

I, Doctor Patricio Salazar Córdova, of the City of Cumbayá, Ecuador, MAKE OATH AND SAY:

1.     I am a lawyer, licenced to practice law in Ecuador.  I am fluently bilingual in English and Spanish.

2.     I have been directly involved in this case since early 2015.

3.     I am not authorized nor permitted to waive solicitor-client privilege, and nothing in the affidavit can be taken to constitute such a waiver.

4.     I obtained my law degree from SEK International University, in Quito, Ecuador in July 1999.

5.     I obtained my Doctor of Jurisprudence from SEK International University, in Quito, Ecuador in July 2000.

6.     I also attended The University of Birmingham, UK, where I obtained an MBA in Public Service in December 2005.

7.     I have been practicing law in Ecuador since July, 1999.  Attached hereto and marked as Exhibit "A" is a true copy of my Curriculum Vitae.

8.     I am also a member of the board of directors of the Quito Chamber of Commerce, and have held this position for approximately three years.

9.     I am counsel for the Amazon Defence Front ("FDA") and the ten plaintiffs who have retained Peter Grant as counsel in Canada.  Their other legal counsel, in Ecuador, are Angel Cajo, Agustin Salazar, and I work closely with them.

10.     Since I have been working with the FDA, I have travelled to the Amazon region, where

the plaintiffs reside, on several occasions. I am familiar with the communities and the Amazon region from the time I have spent there with plaintiffs and other community members affected by the environmental pollution ("Affected People").

11.   Over the time I have spent with the Affected People in the Amazon region, it has become clear to me that all of them have very limited financial resources. I have met hundreds of Affected People on those trips and had community meetings. With few exceptions, the people live on subsistence existence. Many of the Affected People have dirt floors in their homes; they sleep on a mattress on the dirt floor; and they do not have insurance or access to medical treatment. They travel on dirt roads, and work in fields, with no access to an adequate water supply.

12.   I also have meetings with representatives of the Affected People in Quito and Cumbayá on a weekly basis, as well as phone calls.

13.   In Ecuador, information regarding income tax returns of individuals and entities are a matter of public record.

14.   I have completed a search of the income tax filings of the forty-seven plaintiffs named in this matter. Two of the plaintiffs do not even have a taxpayer number, and thus they have not filed returns. Attached hereto and marked as Exhibit "B" are true copies of the ten plaintiffs', who are my clients and that of Mr. Peter Grant, income tax searches completed on the *Servicio de Rentas Internas,* the website for the Internal Revenue Services in Ecuador. Attached hereto and marked as Exhibit "C" are true copies of the remaining thirty-seven palintiffs' income tax searches completed on the *Servicio de Rentas Internas,* the website for the Internal Revenue Services in Ecuador.

15.   The search provides evidence that only three of the plaintiffs meet the threshold of

$11,920 USD.  Below that threshold, they are not required to file tax returns.

16.    The table also shows any exit tax payable on any monies an Ecuadorian sends overseas, as a 5% exit tax is levied.  None of the representative plaintiffs have sent money overseas, as no amounts are listed in the table.

17.    There are three plaintiffs who have filed income tax returns, and therefore, they are above the threshold.  However, they are very close to the threshold, as the top tax payable are is less than $239 USD.  Attached hereto and marked as Exhibit "D" is a true copy of the current threshold income tax table of Ecuador, setting out the tax payable for different incomes.

18.    According to Ecuadorian law, to be eligible for a loan from any financial institution, an Ecuadorian would have to disclose his/her income tax declaration in order to prove a source of income for repayment of the loan.  This cash flow would allow a person to obtain a loan in proportion to their income, by establishing the ability to repay the loan from their income.

SWORN BEFORE ME at the City of                    )
Toronto, in the Province of                               )
Ontario, this __10TH__ day of                            )
October, 2017.                                                    )
                                                                       )
                                                                       )
                                                                       )
_____                  )        _____
A Commissioner for Taking Affidavits                       PATRICIO SALAZAR CÓRDOVA
Within Ontario

**Christina Shiwsankar**
a Commissioner, etc. for the
Province of Ontario
while being a licensed Paralegal

12

This is Exhibit "......A........" referred to in the
affidavit of ...Patricio Salazar Córdova...
sworn before me at ...Toronto, ON...
this ..10TH.. day of ...OCTOBER...............20..17.

..............................................
A Commissioner for taking Affidavits for Ontario

Christina Shiwsankar
a Commissioner, etc. for the
Province of Ontario
while being a licensed Paralegal

# CURRICULUM VITAE

## DR. PATRICIO SALAZAR CÓRDOVA

**PERSONAL INFORMATION**

| | |
|---|---|
| **Passport Number:** | **1707814354** |
| **Nationality:** | **Ecuadorian** |
| **Civil Status:** | **Married** |
| **Date of Birth:** | **26 October 1975** |
| **Address:** | **Chimborazo S3-43 y Velasco Ibarra, Conjunto Pietralba, Casa 5, Cumbayá** |
| **Phone number:** | **00 593 22041124, Cell. 0999468923** |
| **E-mail address:** | **patriciosalazarcordova@gmail.com** |

**EDUCATION**

Degree: *MBA* Public Service, December 7th 2005, International Development Department, The University of Birmingham, UK.
Birmingham, September 2004 – December 2005.
Subject of dissertation: The Electric Sector in Ecuador.

Degree: *Doctor in Jurisprudence*, February 21st 2001, Faculty of Social and Juridical Science, SEK International University.
Quito, October 1993 - July 2000.
Subject of the doctoral thesis: International Commercial Arbitration.

Degree: *Lawyer*, July 28th 1999, Faculty of Social and Juridical Science, SEK International University.
Quito, October 1993 – July 1999.

Degree: *Bachelor of Juridical Science*, Faculty of Social and Juridical Science, SEK International University.
Quito, October 1993 – July 1998.

**COURSES**

The University of Birmingham, *Business Management English*
Birmingham, UK, August 2004 – September 2004

SEK England, *Cultural Studies*.
London, UK, January 2000.

Harvard Law School, *Program of Instruction for Lawyers*.
Cambridge Mass. USA, June 1998.

14

## PROFESSIONAL BACKGROUND

**Personal Law Office**
Legal Counsel, Administrative Law, Tax Law, Human Rights and Environmental Law, Real Estate, Commercial, Negotiation and Intellectual Property, Trust and other structures. November 2010, to present.

**TROLIBIT**                                *General Manager/Share holder*
Real Estate
Responsibilities: Outline, develop and administrate the company related to Real State Business in Ecuador through the acquisitions of properties, building of commercial stores and finally letting them.
July 2006 to present

**MIDLAND ATALNTIC LLC**                        *Managing Member*
Real Estate
Responsibilities: Outline, develop and administrate the company related to Real State Business in Florida USA, through the acquisitions of Single Family Homes, and finally letting them.
October 2010 to present

**CHAMBER OF COMMERCE OF QUITO**     *Member of the Board of Directors*
Commerce and Industry
Responsibilities: as part of the board involved in the administration of the Chamber by assisting to board meeting twice a month.
April 2015 to present

**CHAMBER OF INDUSTRY & COMMERCE**
**ECUADOR & GREAT BRITAIN**            *Member of the Boar of Directors*
Commerce and Industry
Responsibilities: as part of the board, contribute to establish and achieve the goals of the Chamber by periodically assisting to the board's meetings every month and events as Director. Represent the Chamber before the International Centre for Arbitration and Mediation
July 2008-June 2010, July 2010-June 2012, July 2012-June 2014

**BRUZZONE & SALAZAR ABOGADOS**      *Associate Partner/General Manager*
Law Firm
Responsibilities: Director Trade Area. Alternative Dispute Resolution Methods. Administrative Law, Constitutional Law, Tax Law, Corporate Law, Civil Procedure and Intellectual Property.
As General Manager responsible for managing all issues related to IT, HR, Finance, Marketing, accounting, and sales.
May 2003 to October 2010.

**DEXICORP**                                *General Manager*
Real Estate
Responsibilities: Outline, develop and administrate the company related to Real State Business through the acquisitions of properties, building of commercial stores finally letting them with income over $ 700.000.00 for the year 2005. Activities mainly in Ecuador and subsidiary on Argentina.
March 2003- June 2004; July 2005 December 2006.

15

**GRUPO KFC-ECUADOR/VENEZUELA**            *In-house Lawyer, Manager*
                                           *of the Legal Department*

Business Group, Services, Fast Food, Real State, Electricity generation and Industry in
Ecuador and Venezuela.
Responsibilities: Legal issues, Negotiation (Mergers and acquisitions), Real Estate,
Administration.
July 2005 December 2006.

**SAN FRANCISCO UNIVERSITY**               *Lecturer*

Introduction to the Law
Responsibilities: teach, evaluate and promote students
August 2005 – December 2005.

**GRUPO KFC-ECUADOR**                      *In-house Lawyer, Manager*
                                           *of the Legal Department*

Business Group, Services, Fast Food, Real State and Industry.
Responsibilities: Manage the Legal Department, Trade Law, Corporate Law, Intellectual
Property, Tax Law, Administrative Law, Labour Law, Negotiation.
New stores, manage and negotiate Real Estate projects.
June 2001 – July 2004.

**PROFILE CONSULTORES**                    *Junior Lawyer*

Law Firm-Consultants
Responsibilities: External consultant for Deloitte & Touché on the Project of Diagnosis
and Proposal of the Financial System for the Superintendence of Bank of Ecuador.
Assistance to the development of the Intellectual Property Department of the Firm.
February – June 2001

**PONCE, FERNÁNDEZ DE CORDOBA & SIMON**    *Associate Partner*

Law Firm
Responsibilities: Trade Law, Corporate Law, Intellectual Property, Tax Law,
Administrative Law, Labour Law, Negotiation, Civil Law, Constitutional Law, Civil
Procedure Law.
April 1999 – February 2001.

**SEK INTERNATIONAL UNIVERSITY**           *Lecturer*

Administrative Law
Responsibilities: teach, evaluate and promote students
January 2001 – July 2001.

**SEK INTERNATIONAL UNIVERSITY**           *Assistant Professor*

Civil Law, Assets
Responsibilities: teach and evaluate students
October 2000 – July 2001

**UNIVERSIDAD CATOLICA DE QUITO, (PUCE)**  *Assistant Professor*

Inheritance Successor Law
Responsibilities: teach and evaluate students
October 1999.

**QUEVEDO & PONCE**                        *Legal Assistant*

Law Firm

Responsibilities: Civil Law, Civil Procedure Law, Administrative Law, Constitutional Law, Corporate Law, Trade Law, Human Rights (Interamerican Court of Human Rights, Case Suárez Rosero), Labour Law, Criminal Law, Transit Law.
May, 1995 – April 1999.

**FUNDACIÓN ANTONIO QUEVEDO**                    *Assistant to the Director*
Arbitration and Mediation Centre.
Responsibilities: Statutes, Regulations, Ethic Code, list of arbitrators and mediators and approval of the foundation of the Centre.
October 1997 – March, 1999.

**SEK INTERNATIONAL UNIVERSITY**                 *Internship*
Free Assistance Centre.
Responsibilities: Civil Law, Civil Procedure Law, Labour Law, Criminal Law and Transit Law.
October 1997 – January 1998.

**SEK INTERNATIONAL UNIVERSITY**                 *President of the Student Union*
Responsibilities: Represent the student community and liaison with authorities on Congress, Round Table Seminars and debates in Quito and other cities of the Country
November 1998 – October 1999.

**Languages:**
Spanish: mother tongue.
English: spoken and written.

17

This is Exhibit "......B........" referred to in the
affidavit of ..Patricio  Salazar  Cordova
sworn before me at ..Toronto, ON
this ..10TH.. day of ..October..............20.17.

.................................................................
A Commissioner for taking Affidavits for Ontario

Christina Shiwsankar
a Commissioner, etc. for the
Province of Ontario
while being a licensed Paralegal



18

# SERVICIO DE RENTAS INTERNAS

Consultas de Impuesto a la Renta y Salida de Divisas

**CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS**

Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales

| Ruc, Cédula, Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
| --- | --- | --- |
| 0200660059 | AMANTA MILAN SEGUNDO ANGEL | PERSONA NATURAL |

## Impuesto a la Renta Causado

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
| --- | --- | --- |
| 107 | 2016 | $8.71 |
| 107 | 2015 | $21.50 |
| 107 | 2014 | $0.00 |
| 102 | 2013 | $26.36 |
| 107 | 2012 | $0.00 |
| 107 | 2011 | $0.00 |
| 107 | 2010 | $0.00 |
| 107 | 2009 | $0.00 |
| 107 | 2008 | $0.00 |
| 107 | 2007 | $0.00 |
| 107 | 2006 | $0.00 |
| 107 | 2004 | $0.00 |
| 107 | 2001 | $0.00 |
| 107 | 2000 | $0.00 |

## Impuesto a la Salida de Divisas

| Año Fiscal | Valor Impuesto a la Salida de Divisas* |
| --- | --- |
| 2016 | $0.00 |
| 2015 | $0.00 |
| 2014 | $0.00 |
| 2013 | $0.00 |
| 2012 | $0.00 |
| 2011 | $0.00 |
| 2010 | $0.00 |
| 2009 | $0.00 |
| 2008 | $0.00 |
| 2007 | $0.00 |
| 2006 | $0.00 |
| 2004 | $0.00 |
| 2001 | $0.00 |
| 2000 | $0.00 |

Formulario / Tipo de Declaración:
102 Declaración del Impuesto a la Renta Personas Naturales
107 Retención/Retenido en Relación de Dependencia

Regresar

19



**SRI**

**SERVICIO DE RENTAS INTERNAS**

**CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS**

Consultas de Impuesto a la Renta y Salida de Divisas

**Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales**

| Tipo Cédula, Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 150011193X001 | TANQUILA GREFA FRANCISCO VICTOR | PERSONA NATURAL |

**Impuesto a la Renta Causado**

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|
| 107 | 2002 | $ 0,00 |

**Impuesto a la Salida de Divisas**

| Año Fiscal | Valor Impuesto a la Salida de Divisas* |
|---|---|
| 2002 | $0,00 |

Regresar

Formulario / Tipo de Declaración
102 Declaración del Impuesto a la Renta Personas Naturales
107 Retención Efectuada en Relación de Dependencia

* La información reportada por terceros, sujeto a verificación.

Esta información se encuentra registrada en la base de datos del SRI, la misma que ha sido remitida por los formularios y/o anexos presentados por el contribuyente, entendiéndose la agente de retención. Cualquier inconformidad deberá ser reportada en la oficina más cercana al diferencial SRI, o a través de la opción BUZON DE CONTACTO del menú principal de nuestra página Web: http://www.sri.gob.ec

Para el correcto funcionamiento de este Sitio Web se requiere Internet Explorer 7.0 / Firefox 1.5 (o superiores)

Salinas N17-203 y Santiago. Edif. Alhambra1 1 700 SRI SRI(771 774) | Política de Privacidad | Copyright © 2010 SRI

20

# SERVICIO DE RENTAS INTERNAS

**CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS**

**Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales**

Consultas de Impuesto a la Renta y Salida de Divisas

| Ruc, Cédula, Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 1500159524 | CHIMBO TANGUILA ROSA TERESA | PERSONA NATURAL |

**Impuesto a la Renta Causado**

| Año Fiscal | Formulario | Valor Impuesto a la Renta Causado |
|---|---|---|

**Impuesto a la Salida de Divisas**

| Año Fiscal | Valor Impuesto a la Salida de Divisas* |
|---|---|

Regresar

Formulario / Tipo de Declaración
102 Declaración del Impuesto a la Renta Personas Naturales
107 Retención Efectuada en Relación de Dependencia

* Información reportada por terceros, sujeta a verificación

Esta información se encuentra registrada en la base de datos del SRI, la misma que en una bandeja de las formularios y/o anexos presentados por el contribuyente, empleador o agente de retención.
Cualquier inconsistencia sobre la información que se muestra en la oficina más cercana Agencias N52.34 a los 4 a 34 código RUC/CON 02 CONTACTO del mismo principal de nuestra página Web. http://www.sri.gob.ec

Para el correcto funcionamiento de este Sitio Web se requiere Internet Explorer 7.0 / Firefox 1.5 (o superiores)

Salinas N17-203 y Santiago, Edif. Alhambra | 1 700 SRI SRI (774 774) | Política de Privacidad | Copyright © 2010 SRI



SERVICIO DE RENTAS INTERNAS

**CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS**

Consultas de
Impuesto a la Renta y
Salida de Divisas

**Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales**

| Ruc, Cédula, Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 1700271178 | REASCOS REYELO MARIA CLELIA | PERSONA NATURAL |

**Impuesto a la Renta Causado**

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|

**Impuesto a la Salida de Divisas**

| Año Fiscal | Valor Impuesto a la Salida de Divisas* |
|---|---|

Regresar

Formulario / Tipo de Declaración
102 Declaración de Impuesto a la Renta Personas Naturales
107 Retención Empleado en Relación de Dependencia

* Información reportada por terceros, sujeta a verificación

Esta información es un documento emitido en la base de datos del SRI, la misma que se ha formado de su formulario y otras respuestas por el contribuyente, empleador o agente de retención.
Cualquier inconsistencia deberá ser reportada en la oficina más cercana disponiendo SRI o a través de la aplicación LLUVIA DE COMENTO del menú principal de nuestra página Web. http://www.sri.gov.ec

Para el correcto funcionamiento de este Sitio Web se requiere Internet Explorer 7.0.1 Firefox 1.6 o superior

Salinas N17-203 y Santiago  Edif. Alhambra | 1700 SRI SRI (774 774) | Política de Privacidad | Copyright © 2010 SRI

22



# SERVICIO DE RENTAS INTERNAS

## CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS

Consultas de impuesto a la Renta y Salida de Divisas

### Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales

| Ruc./Cédula/Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
| --- | --- | --- |
| 0900253034001 | PATARON GUARACA HELEODORO | PERSONA NATURAL |

#### Impuesto a la Renta Causado

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
| --- | --- | --- |

#### Impuesto a la Salida de Divisas

| Año Fiscal | Valor Impuesto a la Salida de Divisas* |
| --- | --- |

Renuevo / Tipo de Declarado
101 Declaración del Impuesto a la Renta Personas Naturales
107 Retención Efectuada en Relación de Dependencia

* Información reportada por terceros, sujeta a verificación

Esta información se encuentra registrada en la base de datos del SRI, la misma que ha sido formada de los formularios y/o anexos presentados por el contribuyente, empleador o agente de retención.
Cualquier inconsistencia deberá ser reportada en la oficina más cercana o través del número telefónico 1700 SRI-SRI (1700 774-774) del menú principal de nuestra página Web: http://www.sri.gob.ec

Para el correcto funcionamiento de este Sitio Web se requiere Internet Explorer 7.0 / Firefox 1.5 (o superiores)

Ingresa

23

# SERVICIO DE RENTAS INTERNAS

**SRI**

### CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS

Consultas de
Impuesto a la Renta y
Salida de Divisas

## Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales

| Ruc/Cédula Persona | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 1701815912 | REVELO LLORE JOSE GABRIEL | PERSONA NATURAL |

### Impuesto a la Renta Causado

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|
| 107 | 2009 | $0.00 |
| 107 | 2006 | $0.00 |

### Impuesto a la Salida de Divisas

| Año Fiscal | Valor Impuesto a la Salida de Divisas |
|---|---|
| 2009 | $0.00 |
| 2006 | $0.00 |

Regresar

Formulario 102 de Declaración del Impuesto a la Renta Personas Naturales
102C Declaración del Impuesto a la Renta Personas Naturales
107 Retención Efectuada en Relación de Dependencia

*Información reportada en terceros, sujeta a verificación

Esta información se encuentra registrada en la base de datos del SRI, la misma que los ha proporcionado por el contribuyente, empleador o agente de retención.
Cualquier inconsistencia deberá ser reportada en la sección más cercana (Agencias SRI) o a través de la opción BUZON DE CONTACTO del menú principal de nuestra página Web: http://www.sri.gob.ec

Para la correcta funcionamiento de este Sitio Web se recomienda Internet Explorer 7.0 / Firefox 1.5 (o anteriores).

Salinas N17-203 y Santiago, Edif. Alhambra | 1 700 SRI SRI (774 774) | Política de Privacidad | Copyright © 2010 SRI

24

# SERVICIO DE RENTAS INTERNAS — SRI

## CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS

Consultas de Impuesto a la Renta y Salida de Divisas

### Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales

| Ruc/Cédula/Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 0200782076001 | IPIALES CHICAIZA JOSE MIGUEL | PERSONA NATURAL |

#### Impuesto a la Renta Causado

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|
| 102 | 2010 | $54.20 |
| 102 | 2009 | $0.00 |
| 107 | 2008 | $0.00 |
| 107 | 2007 | $0.03 |
| 107 | 2006 | $0.00 |
| 107 | 2005 | $0.00 |
| 107 | 2004 | $0.00 |
| 107 | 2003 | $0.00 |
| 107 | 2002 | $0.00 |
| 107 | 2001 | $0.00 |

#### Impuesto a la Salida de Divisas

| Año Fiscal | Valor Impuesto a la Salida de Divisas |
|---|---|
| 2010 | $0.00 |
| 2009 | $0.00 |
| 2008 | $0.00 |
| 2007 | $0.00 |
| 2006 | $0.00 |
| 2005 | $0.00 |
| 2004 | $0.00 |
| 2003 | $0.00 |
| 2002 | $0.00 |
| 2001 | $2.20 |

Formulario / Tipo de Declaración:
102 Declaración del Impuesto a la Renta Personas Naturales
107 Retención Efectuada al Relación de Dependencia

* Información reportada por terceros: sujeta a rectificación

Esta información se encuentra registrada en la base de datos del SRI, la misma que ha sido tomada de los formularios y/o anexos presentados por el contribuyente, empleador o agente de retención. Cualquier inconsistencia deberá ser reportada en la oficina más cercana (Agencias SRI) o a través de la página web http://www.sri.gob.ec

Regresar

SRi

# SERVICIO DE RENTAS INTERNAS

**Consultas de Impuesto a la Renta y Salida de Divisas**

**CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS**

## Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales

| Ruc, Cédula, Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 0200569328001 | CAMACHO NARANJO HUGO GERARDO | PERSONA NATURAL |

### Impuesto a la Renta Causado

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|
| 102 | 2016 | $113.26 |

### Impuesto a la Salida de Divisas

| Año Fiscal | Valor Impuesto a la Salida de Divisas* |
|---|---|
| 2016 | $0.00 |

Formulario / Tipo de Declaración
102 Declaración del Impuesto a la Renta Personas Naturales
107 Retención Mensual en Relación de Dependencia

* Información registrada por terceros, sujeta a verificación

Esta información se encuentra soportada en la base de datos del SRI, la misma que ha sido tomada de la información de los Formularios y/o anexos presentados por el contribuyente, empleador o agente de retención. Cualquier inconsistencia deberá ser reportada en la oficina más cercana (Alamedas 5430 o a través de la opción BUZON DE CONTACTO del menú principal de nuestra página Web: http://www.sri.gob.ec)

Para el correcto funcionamiento de este Sitio Web se requiere Internet Explorer 7.0 / Firefox 1.5 (o superior)

Regresar

26

# SERVICIO DE RENTAS INTERNAS

**CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS**

Consultas de Impuesto a la Renta y Salida de Divisas

## Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales

| Ruc, Cédula, Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 1709317673 | RODRIGUEZ BARCENES MARIA MAGDALENA | PERSONA NATURAL |

### Impuesto a la Renta Causado

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|

### Impuesto a la Salida de Divisas

| Año Fiscal | Valor Impuesto a la "Salida de Divisas" |
|---|---|

Formulario.- Tipo de Declaración
102 Declaración del Impuesto a la Renta Persona Naturales
107 Retención Efectuada en Relación de Dependencia

* Información reportada por terceros, sujeta a verificación

Esta información se encuentra registrada en la base de datos del SRI, la misma que fue proporcionada por los formularios presentados por el contribuyente, empleador o agente de retención.
Cualquier inconsistencia deberá ser reportada en la oficina más cercana (Agencias del SRI) a través de la opción BUZON DE CONTACTO del menú principal de nuestra página Web  http://www.sri.gov.ec.

Para el correcto funcionamiento de este Sitio Web le requiere  Internet Explorer 7.0 ó Firefox 1.5 (o superiores)

27

SRI

**SERVICIO DE RENTAS INTERNAS**

Consultas de
Impuesto a la Renta y
Salida de Divisas

**CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS**

**Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales**

| Ruc, Cédula, Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 0409375556 | VIVEROS DURANGUA MARIA HORTENCIA | PERSONA NATURAL |

**Impuesto a la Renta Causado**

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|

**Impuesto a la Salida de Divisas**

| Año Fiscal | Valor Impuesto a la Salida de Divisas* |
|---|---|

Formulario / Tipo de Declaración:
102 Declaración del Impuesto a la Renta Personas Naturales
107 Retención Efectuada en Relación de Dependencia

* Información aprobada por terceros, sujeta a verificación.

Esta información se encuentra registrada en la base de datos del SRI, la misma que ha sido tomada de los formularios y/o anexos presentados por el contribuyente, excepto los de agente de retención.
Cualquier modificación la deberá ser realizada en la oficina más cercana (Agencias SRI) a a través de la opción BUZON DE CONTACTO del menú principal de nuestra página Web: sri.gob.ec www.sri.gob.ec

Para el correcto funcionamiento de esta Sitio Web se requiere Internet Explorer 7.8.i, Firefox 1.5 (o superiores)

Salinas N17-203 y Santiago  Edif. Alhambra | 1 700 SRI SRI (774 774) | Política de Privacidad | Copyright © 2010 SRI

Regresar

28

This is Exhibit "......C......." referred to in the
affidavit of ...PaTRiCiO   SalaZaR CoRDova
sworn before me at ......ToRonTo,  ON......
this ..10TH.. day of ...OCTOBeR.........20.17.

A Commissioner for taking Affidavits for Ontario

Christina Shiwsankar
a Commissioner, etc. for the
Province of Ontario
while being a licensed Paralegal

29



**SRI**

**SERVICIO DE RENTAS INTERNAS**

CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of Income Tax and Exit of Currencies

## Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 21X0XXXXXX01 | LUSITANDE YAIGUAJE DANIEL CARLOS | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year |
|---|---|
| 102 | 2014 |
| 107 | 2013 |
| 107 | 2012 |
| 107 | 2001 |

### Exit Tax

| | Value of the Income Tax Caused | Fiscal year | Value Exit Tax * |
|---|---|---|---|
| | $ 108.93 | 2014 | $ 0.00 |
| | $ 0.00 | 2013 | $ 0.00 |
| | $ 0.00 | 2012 | $ 0.00 |
| | $ 0.00 | 2001 | $ 0.00 |

Form - Type of Declaration
102: Declaration of the Personal Income Tax
107: Withholding made in Relation of Dependence

*Information reported by third parties, subject to verification

This information is elaborated on the SRI database, which has been taken from the forms and/or attachments filed by the taxpayers, employers or withholding agents. Any requests/claims should be requested to the related offices if not agreement or through the CONTACT MAIL option in the main menu of our website: http://www.sri.gob.ec

30



**SERVICIO DE RENTAS INTERNAS**

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of Income Tax and Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc/Certificate/Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 2100348743 | CHIABO GREFA BENANCIO FREDDY | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2013 | $ 0.00 |
| 107 | 2012 | $ 0.00 |
| 107 | 2001 | $ 0.00 |

#### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2001 | $ 0.00 |

Form / Type of Declaration
102: Declaration of the Personal Income Tax
107: Withholding made in Relation of Dependence

* Information received by third parties, subject to verification

This information is exclusive of the SRI, candidate, which has been taken from the forms sent for attachment filed by the taxpayer, employer or withholding agent. Any inconsistencies should be reported to the respective offices - SRI Agencies - or through the CONTACT NOW, option in the main menu of our website (http://www.sri.gob.ec)

To return

31

# SRi

## SERVICIO DE RENTAS INTERNAS

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of Income Tax and Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1500355121001 | PAVA DUANE MIGUEL MARIO | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2013 | $ 0.00 |
| 107 | 2012 | $ 0.00 |
| 107 | 2009 | $ 0.00 |
| 107 | 2002 | $ 0.00 |
| 107 | 2001 | $ 0.00 |

#### Exit Tax

| Fiscal year | Value Exit Tax* |
|---|---|
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2009 | $ 0.00 |
| 2002 | $ 0.00 |
| 2001 | $ 0.00 |

Form - Type of Declaration
102 Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification

This information is obtained from the SRI database, which the declarants are by the taxpayer employer or withholding agent.
Any consideration should be addressed to the taxpayer or through the CONTACT MAIL option in the main menu of our website: http://www.sri.gob.ec

To return



### SERVICIO DE RENTAS INTERNAS

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of
Income Tax and
Exit of Currencies

Natural person          Society

RUC              RUC

Identification card

Passport

* Surnames and names

Click on this image: Piedras

PIAGUAJE PAYAGUAGE TEODORO GE

* No results found for this search

For the proper functioning of this website requires Internet Explorer 7.0 / Firefox 3.5 (or higher)



# SERVICIO DE RENTAS INTERNAS



**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of Income Tax and Exit of Currencies

## Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1500250508201 | LUSITANDE YAIGUAJE SIMON | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of this Income Tax Caused |
|---|---|---|

### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|

Form : Type of Declaration
102 Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification.

This information is occurred in the SRI database, which has been taken from the forms and / or attachments filled by the taxpayer, employer or withholding agent.
Any inconsistencies should be reported to the nearest officer i SRI Agencies, or through the CONTACT MAIL option at the main menu of our website http://www.sri.gob.ec

For the proper functioning of this Website requires Internet Explorer 7.0 - Firefox 1.0 (or higher)

Its return

34

SRI

SERVICIO DE RENTAS INTERNAS

Consultas de
Impuesto a la Renta y
Salida de Divisas

**CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS**

## Búsqueda de Impuesto a la Renta y Salida de Divisas de Divisas Personas Naturales

| Ruc, Cédula, Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 21000456501 | PIAGUANE FARADUALRE ARUANDO WILFRIDO | PERSONA NATURAL |

### Impuesto a la Renta Causado

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|
| | | |

### Impuesto a la Salida de Divisas

| Año Fiscal | Valor Impuesto a la Salida de Divisas* |
|---|---|
| | |

Formulario - Tipo de Declaración
102 Declaración de Impuesto a la Renta Personas Naturales
103* Retención Efectuada en Relación de Dependencia

*Información reportada por terceros, sujeta a verificación

Esta información se encuentra agregada en la base de datos del SRI, la misma que ha sido tomada por el contribuyente, empresa o agente de retención.
Cualquier inconsistencia deberá ser reportada en la opción BUSCAR DE CONTACTO del menú principal de nuestra página web: http://www.sri.gob.ec

Regres...

35

SRI

SERVICIO DE RENTAS INTERNAS

# CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of
Income Tax and
Exit of Currencies

Natural person                    Society

○ RUC                            ○ RUC
○ Identification card            ○ Business name
○ Passport
● Surnames and names

PAGUAVE LUCITANTE ANGEL JUSTI       [ Search ]

Click on the image: Get

- No results found for this search

For the corect functioning of this website requires  Internet Explorer 7.0 / Firefox 1.5 (or higher)

Salinas N17-203 and Santiago, Alhambra Balding | 1 700 SRI SRI (174 774) | Privacy Policy | Copyright © 2010 SRI

36



# SRI
## SERVICIO DE RENTAS INTERNAS

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of Income Tax and Exit of Currencies

## Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 2160046273 | PAYAGUAJE JAVIER PIAGES | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
|  | 2016 | • The Income Statement has not yet been submitted |
|  | 2015 | • The Income Statement has not yet been submitted |
| 102 | 2014 | $ 0.00 |
| 102 | 2013 | $ 0.00 |
| 102 | 2012 | $ 0.00 |
| 102 | 2011 | $ 0.00 |
| 102 | 2005 | $ 0.00 |

### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|
| 2016 | $ 36.62 |
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2011 | $ 0.00 |
| 2005 | $ 0.00 |

Form / Type of Declaration
102 = Declaration of the Personal Income Tax
107 = Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification.

This information is indicated in the SRI database, which has been taken from the forms and / or statements filed by the taxpayer, employer or withholding agent. Any cross-references should be reported to the nearest office / SRI Agencies or through the CONTACT EMAIL system on the main menu of our website www.sri.gob.ec

To return...

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Reviewed [04]

**SRI**

**SERVICIO DE RENTAS INTERNAS**

Consultation of Income Tax and Exit of Currencies

## Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 2100045324 | PAYAGUAJE FERRUN PIASUALAE | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2008 | $ 0.00 |

### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|
| 2008 | $ 0.00 |

*Form / Type of Declaration*
*102 Declaration of a Personal Income Tax*
*107 Withholding made in Relation of Dependence*

* Information reported by third parties, subject to verification

This information is required in the SRI database, which has been taken from the forms and / or attachments filed by the taxpayer, employer or withholding agent.
Any report pretended should be reported to the nearest office ( SRI Agencies ) or through the CONTACT MAIL option in the main menu of our website. https://www.sri.gob.ec

38



**SERVICIO DE RENTAS INTERNAS**

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of
Income Tax and
Exit of Currencies

**Search for Income Tax and Exit of Foreign Exchange Individuals**

| Tax, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1500150716001 | PANDALVAE PIAGUAJE LUIS AGUSTIN | NATURAL PERSON |

**Income Taxes Caused**

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| | | |

**Exit Tax**

| Fiscal year | Value Exit Tax |
|---|---|
| | |

Form - Type of Declaration:
102: Declaration of the Personal Income Tax
107: Withholding made in Relation of Dependence

Information recorded by third parties subject to verification.

This information is provided to the SRI database which has been taken from a forms and/or adjustments filed by the taxpayer and/or an withholding agent.
Any consequences should be reported to the nearest office of our website http://www.sri.gob.ec

# SERVICIO DE RENTAS INTERNAS

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of Income Tax and Exit of Currencies

## Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc Certificate Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1500289797 | LLISTANDE YAKSUANE EMILIO MARTIN | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of first Income Tax Caused |
|---|---|---|

### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|

Form - Type of Declaration
NOT Understand of the Personal Income Tax
NOT Withholding made in Relation of Dependence

* Information recorded by third parties, subject to verification

This information is recorded in the SRI database, which has been taken from the forms and / or statements filed by the taxpayer directly or on withholding agent or through the CONNECT MAIL option in the main menu of our website http://www.sri.gob.ec

For the proper functioning of this Tablach, requires Internet Explorer 2.0 / Firefox 3.5 (or higher)

40

To return

# SRI

## SERVICIO DE RENTAS INTERNAS

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of
Income Tax and
Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 150025021 | LUSITANDE YAIGUAJE REINALDO | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

#### Exit Tax

| Fiscal year | Value Exit Tax* |
|---|---|

Form: Type of Declaration:
102 Declaration of the Personal Income Tax
102 A Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification

This information is exclusive of the SRI database, which has been taken from the forms and / or attachments filed by the taxpayer, employer or withholding agent.
Any consultations or doubts to be responded to the nearest Zonal / SRI Agencies or through the CONTACT MAIL, section in the main menu of our service: http://www.sri.gov.ec



## SERVICIO DE RENTAS INTERNAS

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of
Income Tax and
Exit of Currencies

National person          Society

○ RUC                    ○ RUC
○ Identification card    ○ Business name
○ Passport
● Surnames and names

Click on the image: Balloons

AGUNDA SALAZAR MARIA VICTORIA          • No results found for this search

For the proper functioning of this Website requires  Internet Explorer 7.0 / Firefox 1.5 (or higher)

42



# SERVICIO DE RENTAS INTERNAS

**SRI**

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of Income Tax and Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1600248050001 | OREPA HUATATOCA CARLOS | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2016 | $ 0.00 |
| 107 | 2015 | $ 0.00 |
| 107 | 2014 | $ 0.00 |
| 107 | 2013 | $ 0.00 |
| 107 | 2012 | $ 0.00 |
| 107 | 2011 | $ 0.00 |
| 102 | 2010 | $ 0.00 |
| 107 | 2009 | $ 0.00 |

#### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|
| 2016 | $ 0.00 |
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2011 | $ 0.00 |
| 2010 | $ 0.00 |
| 2009 | $ 0.00 |

Form - Type of Declaration
102: Declaration of the Personal Income Tax
107: Withholding made in Relation of Dependence

* Information received by third parties, subject to verification

This information is recorded in the SRI databases, which can been taken from the forms and / or attachments (Anx) by the taxpayer, employer or withholding agent.
Any inconsistencies should be reported to the nearest office of SRI Agencies, or through the CONTACT BASE option in the main menu of our website http://www.sri.gob.ec

To return...

Consultation of Income Tax and Exit of Currencies

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**



SRI
SERVICIO DE RENTAS INTERNAS

**Search for Income Tax and Exit of Foreign Exchange Individuals**

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 150000030551 | AGUINDA SALAZAR CATALINA ANTONIA | NATURAL PERSON |

| Income Taxes Caused | | Exit Tax | |
|---|---|---|---|
| Form | Fiscal year | Value of the Income Tax Caused | Fiscal year | Value Exit Tax * |

Form: Type of Declaration
102 Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification.

44



## SERVICIO DE RENTAS INTERNAS

### CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of
Income Tax and
Exit of Currencies

**Search for Income Tax and Exit of Foreign Exchange Individuals**

| Ruc, Certificate, Passport | Surnames and Names | Type of taxpayer |
|---|---|---|
| 1600251099 | AGUINDA AGUINDA LIDIA ALEXANDRA | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2016 | $ 0.00 |
| 107 | 2015 | $ 0.00 |
| 107 | 2014 | $ 0.00 |
| 107 | 2013 | $ 0.00 |
| 107 | 2012 | $ 0.00 |
| 107 | 2011 | $ 0.00 |
| 107 | 2010 | $ 0.00 |

### Exit Tax

| Fiscal year | Value Exit Tax* |
|---|---|
| 2016 | $ 0.00 |
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2011 | $ 0.00 |
| 2010 | $ 0.00 |

To return

Form: Type of declaration
102: Declaration of the Personal Income Tax
107: Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification

*This information is accessed of the SRI database, which has been taken from the forms paid, or declarations filled by the taxpayer, employer or withholding agent.
Any inconsistencies should be reported to the relevant Office's SRI dependence, or through the CORRECT MAIL option in the major-mancy of our website http://www.sri.gob.ec*

45

**SRI**

**SERVICIO DE RENTAS INTERNAS**

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of Income Tax and Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Real Certificate, Passport | Surname and names | Type of taxpayer |
|---|---|---|
| 160030913001 | AGUNDA AGUNDA CLIDE RAMIRO | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2016 | $ 0.00 |
| 107 | 2015 | $ 0.00 |
| 107 | 2014 | $ 0.00 |
| 107 | 2013 | $ 0.00 |
| 107 | 2012 | $ 0.00 |
| 107 | 2011 | $ 0.00 |
| 107 | 2010 | $ 0.00 |
| 107 | 2009 | $ 0.00 |
| 107 | 2008 | $ 0.00 |
| 107 | 2004 | $ 0.00 |
| 107 | 2001 | $ 0.00 |

#### Exit Tax

| Fiscal year | Value Exit Tax |
|---|---|
| 2016 | $ 0.00 |
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2011 | $ 0.00 |
| 2010 | $ 0.00 |
| 2009 | $ 0.00 |
| 2008 | $ 0.00 |
| 2004 | $ 0.00 |
| 2001 | $ 0.00 |

Form: Type of declaration.
102: Declaration of the Regatas Income Tax.
107: Withholding made in Relation of Dependence.



# SERVICIO DE RENTAS INTERNAS

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of Income Tax and Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Rtec, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1500200540 | CHIMBO YUMBO LUIS ARMANDO | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2004 | $0.00 |

#### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|
| 2004 | $0.00 |

Form / Type of Declaration
107 Declaration of the Personal Income Tax
101 Information Under of Medical and Dependence

* Information reported by third parties, subject to verification

This information is required by the SRI database, which has been taken from the forms and / or attachments filed by the taxpayer, withholding agent or information agent.
Any incomplete data should be reported to the nearest office / SRI Agencies / or through the main menu of our website  http://www.sri.gov.ec

To return ...

**SRI**

*SERVICIO DE RENTAS INTERNAS*

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of Income Tax and Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

Ruc, Certificate, Passport

1503149865

Surnames and names

GREFA TANGUILA BEATRIZ MERCEDES

Type of taxpayer

NATURAL PERSON

| Income Taxes Caused | | |
|---|---|---|
| Form | Fiscal year | Value of the Income Tax Caused |
| 107 | 2014 | $ 0.00 |

| Exit Tax | | |
|---|---|---|
| Form | Fiscal year | Value Exit Tax * |
| | 2014 | $ 0.00 |

Form - Type of Declaration
102 Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification.

This information is produced on the SRI database which has been taken from the forms and/or by attachments filed by the taxpayer, employer, or withholding agent; any inconsistencies should in responding on the respect inform SRI documents or through the CONTACT SENUL option in the main menu of our locality (http://www.sri.gob.ec

For the proper functioning of this Website requires Internet Explorer 6.0 / Firefox 1.5 and higher

To return



**SRI**

**SERVICIO DE RENTAS INTERNAS**

CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

[DiscIaimer.SRI]

Search for Income Tax and Exit of Foreign Exchange Individuals

Consultation of
Income Tax and
Exit of Currencies

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1505657520001 | GREFA TANGUILA LUDIO ENRIQUE | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2016 | $ 0.00 |
| 107 | 2015 | $ 0.00 |
| 107 | 2014 | $ 0.00 |
| 107 | 2013 | $ 0.00 |
| 107 | 2012 | $ 0.00 |
| 107 | 2011 | $ 0.00 |
| 107 | 2010 | $ 0.00 |
| 107 | 2009 | $ 0.00 |
| 107 | 2008 | $ 0.00 |
| 107 | 2004 | $ 0.00 |
| 107 | 2003 | $ 0.00 |
| 107 | 2001 | $ 0.00 |
| 107 | 2000 | $ 0.00 |

### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|
| 2016 | $ 0.00 |
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2011 | $ 0.00 |
| 2010 | $ 0.00 |
| 2009 | $ 0.00 |
| 2008 | $ 0.00 |
| 2004 | $ 0.00 |
| 2003 | $ 0.00 |
| 2001 | $ 0.00 |
| 2000 | $ 0.00 |

To return



**SRI**

**SERVICIO DE RENTAS INTERNAS**

Consultation of Income Tax and Exit of Currencies

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

RETURN

**Search for Income Tax and Exit of Foreign Exchange Individuals**

| Plus, Certificate, Passport | Surnames and names | Type of taxpayer |
| --- | --- | --- |
| 1500326709G01 | AGUINDA AGUINDA PATRICIO WILSON | NATURAL PERSON |

**Income Taxes Caused**

| Form | Fiscal year | Value of the Income Tax Caused |
| --- | --- | --- |
| 107 | 2016 | $ 0.00 |
| 107 | 2015 | $ 0.00 |
| 107 | 2014 | $ 0.00 |
| 107 | 2013 | $ 0.00 |
| 107 | 2012 | $ 0.00 |
| 107 | 2011 | $ 0.00 |
| 107 | 2010 | $ 0.00 |
| 107 | 2009 | $ 0.00 |
| 107 | 2008 | $ 0.00 |
| 107 | 2004 | $ 0.00 |
| 107 | 2001 | $ 0.00 |

**Exit Tax**

| Fiscal year | Value Exit tax * |
| --- | --- |
| 2016 | $ 0.00 |
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2011 | $ 0.00 |
| 2010 | $ 0.00 |
| 2009 | $ 0.00 |
| 2008 | $ 0.00 |
| 2004 | $ 0.00 |
| 2001 | $ 0.00 |

To return

Form : Type of Declaration
107 Declaration of the Attended Income Tax
IDT Methodology made in Practice of Currencies

Consultation of Income Tax and Exit of Currencies

**SRI**

## SERVICIO DE RENTAS INTERNAS

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc Certificate Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 150003276700 | CHIMBO YUYBO PATRICIO ALBERTO | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2016 | $ 0.00 |
| 107 | 2015 | $ 0.00 |
| 107 | 2014 | $ 0.00 |
| 107 | 2013 | $ 0.35 |
| 107 | 2012 | $ 0.00 |
| 107 | 2011 | $ 0.00 |
| 107 | 2010 | $ 0.00 |
| 107 | 2009 | $ 0.00 |
| 107 | 2008 | $ 0.00 |
| 107 | 2007 | $ 0.00 |
| 107 | 2002 | $ 0.00 |
| 107 | 2001 | $ 0.00 |
| 107 | 2000 | $ 0.00 |

### Exit Tax

| Fiscal year | Value Exit Tax |
|---|---|
| 2016 | $ 0.00 |
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2011 | $ 0.00 |
| 2010 | $ 0.00 |
| 2009 | $ 0.00 |
| 2008 | $ 0.00 |
| 2007 | $ 0.00 |
| 2002 | $ 0.00 |
| 2001 | $ 0.00 |
| 2000 | $ 0.00 |

51



To consult...

# CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

**SRI**

*SERVICIO DE RENTAS INTERNAS*

Consultation of Income Tax and Exit of Currencies

## Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surname and name | Type of taxpayer |
|---|---|---|
| 150909026001 | ALVARADO YUMBO FRANCISCO MATIAS | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|

Form: Type of Declaration
102: Declaration of the Personal Income Tax
107: Withholding made in Relation of Dependence

* Information recorded by third parties, subject to verification.

This information is recorded in the SRI database, which has been taken from the forms and/or attachments filed by the taxpayer, employer or withholding agent.
Any inconsistencies should be reported to the nearest office SRI Agencies, or through the CONTACT EMAIL option at the main menu of our website http://www.sri.gob.ec



# SERVICIO DE RENTAS INTERNAS

**Consultation of Income Tax and Exit of Currencies**

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc / Certificate / Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1600202251 | OREFA CERDA OLGA GLORIA | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

«  »  1  »  size:

#### Exit Tax

| | Fiscal year | Value Exit Tax * |
|---|---|---|

To return

Form / Type of Declaration:
102 Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification.

This information is required in the SRI databases, which has been taken from the source (eec.) or attachments made by the taxpayer, employer or withholding agent.
Any inconsistencies should be reported to the nearest office. I.SRI Agencies ) or through the CONTACT EMAIL button in the main menu of our website: http://www.sri.gob.ec

53



**SRI**

**SERVICIO DE RENTAS INTERNAS**

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of Income Tax and Exit of Currencies

**Search for Income Tax and Exit of Foreign Exchange Individuals**

| Req. Certificate Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1500301732001 | TANGUILA NARVAEZ NARCISA AIDA | NATURAL PERSON |

**Income Taxes Caused**

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| | | |

**Exit Tax**

| Fiscal year | Value Exit Tax* |
|---|---|
| | |

Form - Type of Declaration
NO Declaration of the Personal Income Tax
NOT taxpayers made in Relation of Dependence

*Information reported by third parties, subject to verification

This information is recorded in the SRI database, which has been taken from the forms and/or annexes filed by the taxpayer, employer or withholding agent. Any inconsistencies should be reported to the nearest office - SRI Agencies, or through the main menu of our website: http://www.sri.gob.ec

For the proper functioning of the Website requires Internet Explorer 7.0 - Firefox 1.5 (or higher).

54



# SRI

## SERVICIO DE RENTAS INTERNAS

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of Income Tax and Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 150025954001 | YUMBO TANGUILA BERTHA ANTONIA | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

#### Exit Tax

| Fiscal year | Value Exit tax * |
|---|---|

Form - Type of Declaration
102 Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence

* Information required by third parties, subject to verification.

This information is reported in the SRI database, which has been taken from the forms and / or attachments filed by the taxpayer, executor or withholding agent.
Any reproduction of the amount is reported in the internal official SRI Application, or through the CONTACT MAIL option in the main menu of our website http://www.servicios.sri.gob.ec

55

**SRI**

*SERVICIO DE RENTAS INTERNAS*

Consultation of Income Tax and Exit of Currencies

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Naturales

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1590142955 | TANDUI-LA GREFA GLORIA LUCRECIA | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

<< < 1 2 3 > >> Mas.

#### Exit Tax

| | Fiscal year | Value Exit Tax * |
|---|---|---|

To con

Form / Type of Declaration
IVD Declaration of the Persons Income Tax
IVT Withholding Income in Relation of Dependence

* Information reported by third parties, subject to verification

The information is recorded in the SRI database which has been taken from the items and / or attachments filed by the taxpayer and/or withholding agent
Any inconsistencies should be reported to the respective Ruc / SRI Agencies , or through the CONTACT MAIL option on the main menu of the website http://www.sri.gob.ec



56

# CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of
Income Tax and
Exit of Currencies

SERVICIO DE RENTAS INTERNAS

## Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and Names | Type of Taxpayer |
|---|---|---|
| 0490645950001 | VIVEROS CUSANGUA CELIA IRENE | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | | Value of the Income Tax Caused |
|---|---|---|---|

### Exit Tax

| | Fiscal year | Value Exit Tax * |
|---|---|---|

Form / Type of Declaration
102 Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence

* Information received by third parties, subject to verification

This information is required on the SRI database, which has been taken from the forms and / or attachments filed by the taxpayer, employers or withholding agent.
Any inconsistencies should be reported to the nearest office (SRI Agencies) or through the CONTACT MAIL option in the main menu of our website http://www.sri.gob.ec

For the proper functioning of the Website requires: Internet Explorer 7.0 / Firefox 1.5 (or higher)

57



# SERVICIO DE RENTAS INTERNAS

**SRI**

CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of Income Tax and Exit of Currencies

**Search for Income Tax and Exit of Foreign Exchange Individuals**

| Ruc, Certificate, Passport | Surnames and Names | Type of taxpayer |
|---|---|---|
| 1592011116001 | ALVARADO YUMBO LORENZO JOSE | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2016 | $ 0.00 |
| 107 | 2014 | $ 0.00 |
| 107 | 2009 | $ 0.00 |
| 107 | 2007 | $ 0.00 |

### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|
| 2016 | $ 0.00 |
| 2014 | $ 0.00 |
| 2009 | $ 0.00 |
| 2007 | $ 0.00 |

Form: Type of Declaration:
102 Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence

* Information rendered by third parties, subject to verification

This information is rendered of the SRI database, which has been taken from the forms and / or declarations filled by the taxpayer, employer or withholding agent
Any inconsistencies should be reported to the respective office / SRI Agencies, or through the CONTACT PAGE option in the institutional Portal, website: http://www.sri.gob.ec

to virtual

58

**SRI**

**SERVICIO DE RENTAS INTERNAS**

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of
Income Tax and
Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc/Certificate/Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1500224777 | ALVARADO YUMBO FRANCISCO | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

#### Exit Tax

| Fiscal year | Value Exit tax * |
|---|---|

** * * Etc.

Form : Type of Declaration
102 Declaration of the Persons Income Tax
107 Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification

This information is recorded in the SRI database which has been taken from the home and/or establishment filed by the taxpayer, employer or withholding agent.
Any inconsistencies should be reported in the nearest offices SRI Agencies, or through the main menu of our website: http://www.sri.gov.ec

To return

59

# SRI

## SERVICIO DE RENTAS INTERNAS

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of Income Tax and Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

| RUC, Cedula, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1500116155001 | ALVARADO YUMBO FRANCISCO | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused | Surnames and names |
|---|---|---|---|
| 107 | 2008 | | $ 0.00 |
| 107 | 2007 | | $ 0.00 |

#### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|
| 2008 | $ 0.00 |
| 2007 | $ 0.00 |

Form : Type of Declaration
107 : Declaration of the Personal Income Tax
107 : Withholding made in Pavilion of Dependence

* Information received by third parties, subject to verification

This information is recorded in the SRI database which has been taken from the forms and/or statements filed by the taxpayer, employer or withholding agent.
Any inconsistency should be reported to the nearest office ( SRI Agencies ) or through the CONTACT MAIL option in the main menu, or our website http://www.sri.gov.ec

To return

60

SERVICIO DE RENTAS INTERNAS

SRI

CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of Income Tax and Exit of Currencies

**Search for Income Tax and Exit of Foreign Exchange Individuals**

| Ruc, Certificate, Passport | Surnames and Names | Type of taxpayer |
|---|---|---|
| 1600006142 | TANGUILA NARVAEZ LUISA DELIA | NATURAL PERSON |

**Income Taxes Caused**

| Form | Fiscal year | Value of this Income Tax Caused |
|---|---|---|

**Exit Tax**

| Fiscal year | Value Exit Tax * |
|---|---|

Form: Type of Declaration:
102: Declaration of the Personal Income Tax
107: Withholding made in Relation of Dependence

* Information recorded by third parties subject to verification.

This information is requested of the SRI database which has been taken from the forms and/or attachments filed by the taxpayer, employer or withholding agent. Any inconsistencies should be reported to the nearest office I SRI Agencies or through the main menu of our website http://www.sri.gob.ec

To return



61

## SERVICIO DE RENTAS INTERNAS

**SRI**

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

### Search for Income Tax and Exit of Foreign Exchange Individuals

Consultation of Income Tax and Exit of Currencies

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1200141510001 | PAYAHUALA PAYAHUALA ELIAS ROBERTO | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 102 | 2015 | $0.11 |
| 102 | 2014 | $127.47 |
| 102 | 2013 | $11.51 |
| 102 | 2012 | $0.00 |
| 102 | 2011 | $0.00 |
| 102 | 2004 | $236.95 |
| 102 | 2003 | $110.22 |

### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|
| 2015 | $0.00 |
| 2014 | $0.00 |
| 2013 | $0.00 |
| 2012 | $0.00 |
| 2011 | $0.00 |
| 2004 | $0.00 |
| 2003 | $0.00 |

Form / Type of Declaration
102 Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification

This information recorded in the SRI database, which has been taken from the home and / or attachments filed by the taxpayer, employer or withholding Agent. Also information recorded should be reported to the relevant office / NON Agencies, or through the CONTACT BASE center at the main menu of our website http://www.sri.gob.ec

62

**SERVICIO DE RENTAS INTERNAS**

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of
Income Tax and
Exit of Currencies

## Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1300234849 | CHHABO TANGUILA LOURDES BEATRIZ | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|

Form: Type of Declaration
IQ: Declaration of the Personal Income Tax
IGT: Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification.

This information is reported in the SRI database, which has been taken from the forms and / or attachments filed by the taxpayer, employer or withholding agent.
Any inconsistencies should be reported to the nearest offices or through the CONTACT EARS option in the main menu of our website http://www.sri.gob.ec

63

# CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

## Search for Income Tax and Exit of Foreign Exchange Individuals

SERVICIO DE RENTAS INTERNAS

SRI

Consultation of Income Tax and Exit of Currencies

| Ruc, Certificate, Passport | Surnames and Names | Type of taxpayer |
|---|---|---|
| 11907678370/01 | CORDOVA HUANCA OCTAVIO ISMAEL | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of this Income Tax Caused |
|---|---|---|

### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|

Form / Type of Declaration
102 Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification.

The information is provided in the SRI database, which has been taken from the surname or attachment sued by the taxpayer, employer or purchasing agent.
Any inconsistence should be reported to the nearest office / SRI Agencies, or through the CONTACT TRABAJ, option in the main menu of our website, http://www.sri.gob.ec

To refill

co9

# SERVICIO DE RENTAS INTERNAS

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of Income Tax and Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Tax Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1500255562001 | PANAGUAJE LUSITANDE GUILLERMO VICENTE | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 102 | 2014 | $118.94 |

#### Exit Tax

| Fiscal Year | Value Exit Tax * |
|---|---|
| 2014 | $0.00 |

Form : Type of Declaration
102: declaration of the Personal Income Tax
101: Withholding made in Relation of Dependence

* Information recorded by third parties, subject to verification.

This information recorded in the SRI database, which has been taken from the forms and / or attachments filed by the taxpayer, employer or withholding agent.
Any noncompliances should be reported to the nearest office : SRI Agencies , or through the CONTACT PAGE option in the main menu of our website: https://www.sri.gob.ec

To return

65

# SERVICIO DE RENTAS INTERNAS

**SRI**

Consultation of Income Tax and Exit of Currencies

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Cedula or Passport | Surnames and Names | Type of taxpayer |
| --- | --- | --- |
| 1500050169001 | PAYAGUAJE ALFREDO DONALDO | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
| --- | --- | --- |
| 107 | 2013 | $0.00 |
| 102 | 2009 | $0.00 |
| 102 | 2006 | $0.00 |

#### Exit Tax

| Fiscal year | Value Exit Tax * |
| --- | --- |
| 2013 | $0.00 |
| 2006 | $0.00 |
| 2006 | $0.00 |

Form - Type of Declaration
102 Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence

* Information approved by third parties, subject to verification

This information is recorded in the SRI databases which has been taken from the forms and / or attachments filed by the taxpayer, employer or withholding agent. Any incorrect record should be reported at the nearest office / SRI Agencies / or through the CONTACT 1288, option in the main menu of our institute: http://www.sri.gob.ec

To return

**SRI**

**SERVICIO DE RENTAS INTERNAS**

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of
Income Tax and
Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc Certificate, Passport | Surnames and Names | Type of taxpayer |
|---|---|---|
| 1500236005 | PAYAGUAJE PAYAGUAJE DELFIN LEONIDAS | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

#### Exit Tax

| | Fiscal year | Value Exit Tax |
|---|---|---|

Form - Type of Declaration:
102: Declaration of the Personal Income Tax
102 Withholding made in Relation of Dependence

*Information reported by third parties, subject to verification

This information is included in the SRI database, which has been formed and/or obtained directly by the taxpayer, employer or withholding agent.
Any inconsistencies should be reported to the nearest office - SRI Agencies, or through the CONTACT MAIL option in the main menu of our website http://www.sri.gov.ec

For the proper functioning of this Website requires: Internet Explorer 7.0 / Firefox 1.5 (or higher).

To return,

67

This is Exhibit "......D......" referred to in the
affidavit of ...PATRICIO SALAZAR CORDOVA...
sworn before me at ...TORONTO, ON...
this 10TH day of ...OCTOBER...20...17..

_____
A Commissioner for taking Affidavits for Ontario

Christina Shiwsankar
a Commissioner, etc. for the
Province of Ontario
while being a licensed Paralegal

Tarifas - Servicio de Rentas Internas del Ecuador

 

Buscar

 **ecuador** ama la vida

 **SRi** ...le hace bien al país

Inicio    El SRI    Rendición de cuentas    Información    Servicios en línea    Capacitaciones    Gaceta Tributaria Digital    Normativa Tributaria

Inicio    Información sobre Impuestos    Impuesto a la Renta    Tarifas

Personas naturales y sucesiones indivisas.- Para liquidar el Impuesto a la Renta en el caso de las personas naturales y de las sucesiones indivisas, se aplicará a la base imponible las siguientes tarifas:

| Año 2017 - En dólares | | | |
|---|---|---|---|
| Fracción Básica | Exceso Hasta | Impuesto Fracción Básica | Impuesto Fracción Excedente |
| 0 | 11.290 | | 0% |
| 11.290 | 14.390 | 0 | 5% |
| 14.390 | 17.990 | 155 | 10% |
| 17.990 | 21.600 | 515 | 12% |
| 21.600 | 43.190 | 948 | 15% |
| 43.190 | 64.770 | 4.187 | 20% |
| 64.770 | 86.370 | 8.503 | 25% |
| 86.370 | 115.140 | 13.903 | 30% |
| 115.140 | En adelante | 22.534 | 35% |

NAC -DGERGCG16-00000507 de 21/12/2016

| Año 2016 - En dólares | | | |
|---|---|---|---|
| Fracción Básica | Exceso Hasta | Impuesto Fracción Básica | Impuesto Fracción Excedente |
| 0 | 11.170 | | 0% |
| 11.170 | 14.240 | 0 | 5% |
| 14.240 | 17.800 | 153 | 10% |
| 17.800 | 21.370 | 509 | 12% |
| 21.370 | 42.740 | 938 | 15% |
| 42.740 | 64.090 | 4.143 | 20% |
| 64.090 | 85.470 | 8.413 | 25% |
| 85.470 | 113.940 | 13.758 | 30% |
| 113.940 | En adelante | 22.299 | 35% |

NAC-DGERCGC15-00003195 publicada en el S.R.O. 657 de 28/12/2015

Los beneficiarios de ingresos provenientes de herencias, legados, donaciones, hallazgos y todo tipo de acto o contrato por el cual se adquiera el dominio a título gratuito, de bienes y derechos, pagarán el impuesto, aplicando a la base imponible las tarifas contenidas en la siguiente tabla:

| Año 2017 - En dólares | | | |
|---|---|---|---|
| Fracción Básica | Exceso Hasta | Impuesto Fracción Básica | Impuesto Fracción Excedente |
| 0 | 71.970 | | 0% |
| 71.970 | 143.930 | 0 | 5% |
| 143.930 | 287.870 | 3.598 | 10% |
| 287.870 | 431.830 | 17.992 | 15% |
| 431.830 | 575.780 | 39.586 | 20% |
| 575.780 | 719.710 | 68.376 | 25% |
| 719.710 | 863.640 | 104.359 | 30% |
| 863.640 | En adelante | 147.538 | 35% |

NOTICIAS DESTACADAS

Octubre 6 | EL SRI SUMA MÁS DENUNCIAS COMO PARTE DE LA LUCHA CONTRA LA DEFRAUDACIÓN TRIBUTARIA

Octubre 5 | AHORA LOS CONTRIBUYENTES PUEDEN SOLICITAR FACILIDADES DE PAGO POR INTERNET

Guía práctica declaración de Impuesto a la Renta
Campaña Impuesto a la Renta 2017
Resumen principales cambios Reforma Tributaria
Principales cambios tributarios producto del Código de Producción Comercio e Inversiones
Ingresos de fuente ecuatoriana
Exenciones
Deducciones
Tarifas
Determinación del anticipo
Retenciones en la fuente
Preguntas Frecuentes
Herencias Legados y Donaciones
Crédito tributario y reclamos de devolución
Informe de Cumplimiento Tributario (ICT)
Certificados de declaraciones de retenciones por pagos hechos al exterior

10/10/2017     Case 1:11-cv-00691-LAK-RWL   Tarifas de Servicio de Rentas Internas del Ecuador   Document 2051-39   Filed 10/02/18   Page 79 of 81 

NAC-DGERGCG16-00000507 de 21/12/2016

| Año 2016 - En dólares | | | |
|---|---|---|---|
| Fracción Básica | Exceso Hasta | Impuesto Fracción Básica | Impuesto Fracción Excedente |
| 0 | 71.220 | 0 | 0% |
| 71.220 | 142.430 | 0 | 5% |
| 142.430 | 284.870 | 3.561 | 10% |
| 284.870 | 427.320 | 17.805 | 15% |
| 427.320 | 569.770 | 39.172 | 20% |
| 569.770 | 712.200 | 67.662 | 25% |
| 712.200 | 854.630 | 103.270 | 30% |
| 854.630 | En adelante | 145.999 | 35% |

NAC-DGERCGC15-00003195 publicada en el S.R.O. 657 de 28/12/2015

**Tablas de cálculo de Impuesto a la Renta 2017**
Incluye las tablas de cálculo de este impuesto tanto de períodos anteriores como del presente.



GOBIERNO NACIONAL DE
LA REPÚBLICA DEL ECUADOR

**Presidencia**
El Presidente
La Presidencia
Palacio de Gobierno

**Vicepresidencia**
El Vicepresidente
La Vicepresidencia
Programas / Servicios

**Secretarías Nacionales**
Administración Pública
Comunicación
Gestión de la Política
Planificación y Desarrollo

**Secretarías**
Agua
Educación Superior, Ciencia,
Tecnología e Innovación
Desarrollo Amazónico
Gestión de Riesgos

**Ministerios Coordinadores**
Desarrollo Social
Política Económica
Producción, Empleo y
Competitividad
Sectores Estratégicos
Seguridad
Conocimiento

**Ministerios**
Agricultura, Ganadería,
Acuacultura y Pesca
Ambiente
Comercio Exterior
Cultura y Patrimonio
Defensa Nacional
Deporte
Desarrollo Urbano y Vivienda
Educación
Electricidad y Energía Renovable
Finanzas
Inclusión Económica y Social

Industrias y Productividad
Interior
Justicia, Derechos Humanos y
Cultos
Recursos Naturales no Renovables
Relaciones Exteriores y Movilidad
Humana
Relaciones Laborales
Salud Pública
Telecomunicaciones y de la
Sociedad de la Información
Transporte y Obras Públicas
Turismo



...le hace bien al país!



ecuador ama la vida

1700 SRi SRi
774 774
y desde Cuenca 04-2598-441

70

**DANIEL CARLOS LUISTANDE YAIGUAJE et al.**
Appellants/Moving Party

-and-

**CHEVRON CORPORATION et al.**
Respondents/Responding Party

Court File No.: M48342, C63309, C63310

*ONTARIO*
**COURT OF APPEAL**

PROCEEDING COMMENCED AT TORONTO

**AFFIDAVIT OF PATRICIO SALAZAR CÓRDOVA**

**GRANT HUBERMAN**
Barristers & Solicitors
1075 W. Georgia Street
Suite 1620
Vancouver, BC  V6E 3C9

**Peter Grant** (LSBC#4513)
pgrant@grantnativelaw.com
T: (604) 685-1229
F: (604) 685-0244

Lawyers for the Appellants/Plaintiffs,
José Miguel Ipiales Chicaiza, Segundo Angel Amanta Milán
Francisco Victor Tanguila Grefa, Hugo Gerardo Camacho
Naranjo, Heleodoro Patarón Guaraca, José Gabriel Revelo
Llore, Maria Celia Reascos Revelo, Rosa Teresa Chimbo
Tanguila, Maria Magdalena Rodriguez Bárcenas and María
Hortencia Viveros Cusangua

DANIEL CARLOS LUISTANDE YAIGUAJE et al.
Appellants/Moving Party

-and-

CHEVRON CORPORATION et al.
Respondents/Responding Party

Court File No.: M48342, C63309, C63331

*ONTARIO*
**COURT OF APPEAL**

PROCEEDING COMMENCED AT TORONTO

**MOTION RECORD OF THE MOVING PARTY**

**GRANT HUBERMAN**
Barristers & Solicitors
1075 W. Georgia Street
Suite 1620
Vancouver, BC  V6E 3C9

**Peter Grant** (LSBC#4513)
pgrant@grantnativelaw.com
T: (604) 685-1229
F: (604) 685-0244

Lawyers for the Appellants/Plaintiffs,
José Miguel Ipiales Chicaiza, Segundo Angel Amanta Milán,
Francisco Victor Tanguila Grefa, Hugo Gerardo Camacho
Naranjo, Heleodoro Patarón Guaraca, José Gabriel Revelo
Llore, Maria Celia Reascos Revelo, Rosa Teresa Chimbo
Tanguila, Maria Magdalena Rodriguez Bárcenas and Maria
Hortencia Viveros Cusangua