# EXHIBIT 50

**ECUADOR**

**Amazonia**   More Ecuador news (/centro/ecuador/)

### U.S. journalist joins "The dirty hand of Chevron" campaign



(http://i.eldiario.com.ec/fotos-manabi-ecuador/2014/05/20140515114316_periodista-estadounidense-se-une-a-.jpg)

*Eva Golinger, host of the program "Behind the news," by RT, joined the "The dirty hand of Chevron" campaign.*

Thursday, May 15, 2014 | 11:43

The U.S. journalist travelled to the Ecuadorian Amazon rainforest region to see firsthand the environmental damage caused in that region by U.S. oil company Chevron.

Golinger called the contamination "the hand of death."

(whatsapp://send?text=Diario Centro: U.S. journalist joins campaign)

http://www.eldiario.ec/centro/noticias-santodomingo-ecuador/316010-periodista-estadouni... 9/27/2018

CERT. ULG VER: JD



**United Language Group**
433 Broadway
New York, NY 10013
+1 888.601.9814

legaltranslations@ulgroup.com

State of New York              )
Estado de Nueva York

                                      )      ss:
                                      )      a saber:

County of New York          )
Condado de Nueva York

### Certificate of Accuracy
### Certificado de Exactitud

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation of the attached document, carried out by translators competent to translate from Spanish into English.

Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y precisa del documento adjunto, realizada por traductores competentes para traducir del español al inglés.

Dated: September 27, 2018
Fecha: 27 de septiembre de 2018

_____
Yasushi Sasaki
Senior Project Manager – Legal Translations
United Language Group

_____[firmado]_____
Yasushi Sasaki
Gerente de Proyeto Senior – Traducciones Legales
United Language Group

Sworn to and signed before
Jurado y firmado ante
me, this _____27th_____ day of
mí, a los _____27_____ días del
_____September_____ 2018
mes de ____septiembre____ de 2018

_____
Notary Public
Notario Público

GINA MARIE ST LAURENT    [firmado]
Notary Public, State of New York   [sello]
No. 01ST6146442
Qualified in New York County
Commission Expires May 15, 2022



**ECUADOR**   más noticias de Ecuador    (/centro/ecuador/)

Amazonía
# Periodista estadounidense se une a la campaña "La mano sucia de Chevron"



(http://i.eldiario.com.ec/fotos-manabi-ecuador/2014/05/20140515114316_periodista-estadounidense-se-une-a-.jpg)

*Eva Golinger, presentadora del programa "Detrás de la noticia" emitido por RT, se unió a campaña "La mano sucia de Chevron".*

Jueves 15 Mayo 2014 | 11:43

La estadounidense viajó a la selva amazónica de Ecuador para conocer de primera mano el daño medioambiental causado en esa región por la petrolera estadounidense Chevron.

Golinger llamó "la mano de muerte" a la contaminación.

(whatsapp://send?text=Diario Centro: Periodista estadounidense se une a la campaña )