# EXHIBIT 62

INDIGENOUS SOLUTIONS
FOR ENVIRONMENTAL
CHALLENGES

NOVEMBER 10-12, 2018 BANFF, ALBERTA

CONFERENCE:

# INDIGENOUS SOLUTIONS FOR ENVIRONMENTAL CHALLENGES

**WHAT**

The conference will use the context of the historic Aguinda v. Chevron environmental case to consider the critical role of judicial remedies for violations of the rights of

**WHEN**

NOVEMBER 10-12, 2018

**WHERE**

BANFF CENTRE FOR ARTS AND CREATIVITY

107 TUNNEL MOUNTAIN DR, BANFF, AB T1L 1H5

**COST**

indigenous and other affected peoples and the leading systemic obstacles to the realization of remedies in particular cases, both in Canada and beyond.

**Conference Steering Committee: Kathleen Mahoney, Sharon Mascher, Phil Fontaine, Robert Hamilton, Nigel Bankes, Aaron Marr Page, Michelle Davis, Rajvir Gil**

**EARLY BIRD REGISTRATION DEADLINE:** OCTOBER 1, 2018

**REGULAR REGISTRATION:** OCTOBER 2, 2018 TO NOVEMBER 10, 2018

**CORPORATE/PROFESSIONAL/ACADEMIC:** $555.00 CAD (EARLY BIRD); $630.00 CAD (REGULAR)

**REGULAR REGISTRANT:** $399.00 CAD (EARLY BIRD); $475.00 CAD (REGULAR)

**STUDENT:** $100.00 CAD (EARLY BIRD); $150.00 CAD (REGULAR)

\* Please note that a limited number of scholarships to cover the cost of registration fees will be available. Please contact Penny Jacko at pjacko@ishkonigan.com or Michelle Davis at kmahoney@ucalgary.ca to apply.

**REGISTRATION INCLUDES: BREAKFAST, LUNCH, MORNING AND AFTERNOON BREAK REFRESHMENTS, PREMADE RESERVATIONS FOR DINE AROUND ON NOVEMBER 10TH.**

REGISTER NOW

# PROGRAM

## DAY 1

**8:30am – 9:30am : Opening Ceremony**

- Elders' Circle led by Chief Reg Crowshoe
- Welcome Message from Michael Hart, Vice Provost (Indigenous Engagement), University of Calgary

**9:00am – 9:30am : Introduction**

- Goals and Objectives
    - *Kathleen Mahoney, Phil Fontaine, Luis Macas*

**9:30am – 10:00am: Opening Keynote Address**

- Setting the Bottom Line in the Anthropocene
    - *David Suzuki*

**10:00am – 11:00am: The Path Forward: Victories for Indigenous Peoples Rights in National and International Fora**

- *CHAIR: Grand Chief Ed John*
- The Path to an Indigenous Rights-Respecting Jurisprudence in the Inter-American System
    - *Juan Aulestia*
- The Indian Residential School Settlement Agreement: Effective use of Indigenous Principles
    - *Kathleen Mahoney*
- Success in domestic litigation regarding indigenous rights.
    - *Bill Gallagher*

**11:00am – 11:15pm : Health Break**

**11:15am – 12:15pm : Challenges facing Ecuadorian peoples of Ecuador after the largest environmental catastrophe in the world**

- *CHAIR: Luis Macas*
- Five or six survivors talk about their relationship to resource development in their Amazonian territories, their experiences with the resource development that has taken place, how they worked with NGO's and other local rights groups over many years of struggle, what it's like to grow up in a community struggling for its life, what reparations they need to repair the harms done to them, their families, their communities, their environment, their health, their economies and their lives. There could also be workshops throughout the conference to hear and record survivors' stories through skype.

**12:15 – 1:00pm: Lunch Break**

**1:00pm - 1:30pm: A Lawyer's Experience: The history of the *Aguinda* litigation**

- *MODERATOR: Charles Nesson*
- *Steven Donziger*

**1:30pm – 2:30pm:** : **Corporate Strategies of Obstruction**

*CHAIR: Shaun Fluker*

- Corporate Accountability: From 'Here, There and Everywhere' to 'Nowhere Man'
    - *Shin Imai*
- The New Corporate Playbook: Targeting victims and their Lawyers with harassing SLAPP lawsuits and public "demonization"
    - *Rachel Deming*

**2:30pm – 3:00pm: Keynote: Impediments to Achieving Indigenous Environmental Justice in the Court System**

- How courts deal with entrenched power
    - *TBA and Phil Fontaine*

**3:00pm - 4:00pm: Building New Relationships through the use of Indigenous Principles and Processes: The Residential School Example**

- *CHAIR: TBA*
- Limiting the Range of Permissible Lies: The importance of Truth Commissions for Reconciliation
    - *Willy Littlechild*
- Re-building Indigenous Families After Residential Schools
    - *Cora Voyageur*
- Reconciliation, Forgiveness, and Healing
    - *Chief Bobby Joseph*

**4:00pm – 4:15pm : Health Break**

**4:15pm – 5:15pm : The Political and Operational Dimensions of Reparations**

- Methodology for Bottom Up Engagement for Victims of Institutional Abuse: The Northern Ireland Experience
    - *Patricia Lundy*
- Keeping the Grass roots in Solidarity
    - *Jon McCourt, Derry Survivors Society*
- Methodology Problems with the Missing and Murdered Indigenous Women Inquiry: Lessons learned
    - *Marilyn Poitras*

**6:30pm – 11:00pm : Cultural Activities**

- Country and Western Barbecue and Cultural Night

On Saturday night November 10th, a country and western venue in Banff will be the venue for a "hoe down" western bar-be-que complete with hay bales and country music, line dancing and tunes by the famous Juno nominated indigenous band, Indian City.

- Mini Film festival - Friday November 9th

The mini film festival will present a selection of documentaries on the conference themes. The films will be shown at the opening reception on Friday November 9th and will be hosted. Films will also be shown after the conference sessions and dinners.

Fractured Land - Caleb Behn Host http://www.fracturedland.com

Crude - https://chevrontoxico.com/crude/  TBC

# Day 2

**9:00am – 9:30am: Indigenous Rights and the Arts: Taking the Message to the People**

- *MODERATOR TBA*
    - *Aritha van Herk:* The role of the arts in creating public awareness about the interrelationship between the use of natural resources human rights, women's rights, indigenous self-determination and the planet's life support system.
    - *Roger Waters:* Use of Pop Culture and Music to Inform the Masses
    - *Caleb Behn :* Use of Indigenous centered documentaries

**9:30 am– 9:45am : Q and A**

**9:45am – 10:45am:  Human Rights, Indigenous Rights and Business: Taking the message to Corporations**

- *CHAIR: Brian Calliou*
- The Importance of Relationship Between Business and Human Rights
    - *Glen Murray*
- Hearing from the Capital Markets: Calling Corporate Polluters to Account from the Inside
    - *Simon Billenness*
- UNDRIP and the Business Community: What has Changed?
    - *Basil Ugochukwo*
- Hearing from the Multinationals: The Changing Corporate Approach to Resource Development

- *Audrey Mascarenhas*

**10:45am – 11:00am: Health Break**

**11:00am– 12:30pm: Overlapping Interests: Building Bridges Between Environmental NGO's and Indigenous Communities**

- *CHAIR: Iris Almeida-Côté*
- The Interrelationship Between the Rainforest, Human Rights, Women's Rights, Indigenous Self-Determination and the Planet's Life Support System
    - *Paul Paz y Miño*
- Shifting the Global Conservancy Structure to a More Supportive Role for Indigenous Groups
    - *Jenny Brown*
- Making Connections between Environmental NGOs
    - *Hannah Askew*
- Direct Action: Strategies and Successes with NGOs
    - *Rex Weyler*

**12:30pm – 1:30pm:  Lunch Break**

**1:30pm – 3:00pm: Turning to Indigenous Law: Conceiving Harms and Reparations Through Indigenous Legal Traditions**

- *CHAIR: Robert Hamilton*
- A workshop for teaching Indigenous Legal Principles
    - *Val Napoleon*
- Cree responses to harms to lands/water
    - *Darcy Lindberg*
- Overview of the Indigenous Law Research Unit's Methodology and its Application in Practice
    - *Jessica Asch*

**3:00pm-3:30pm: Health Break**

**3:30pm – 4:30pm: The Master's Tools? Examining the Role and Promise of Existing Law Affecting Indigenous Rights and Interests**

- *CHAIR: TBA*
- Promises Hopes & Fantasies: Can Existing International Arbitration and Judgment Enforcement Mechanisms Serve Indigenous Peoples?

- - Aaron Marr Page
- Enforcement of Foreign Judgments in Canada- Subsidiary Liability/Enterprise Liability
  - *Evar Oshionebo*
- UNDRIP Legislation and how it should be Applied to Environment, Human Rights, Interests of Indigenous peoples, and Trade Treaties
  - *Nigel Bankes*
- *Building Environmental Assessment Processes that Endorses the Principles of the UNDRIP*
  - *Sharon Mascher*

**6:30pm- 11:00pm: Social Activities**

- Dinner Away Night

On Sunday, November 11, Instead of a banquet, we are organizing a "dinner away" evening at a variety of Banff's best restaurants. Delegates will have networking and conversation opportunities through a variety of themed tables hosted by experts attending the conference. Delegates will sign up for a particular dinner table conversation theme when they register and will be assigned to an appropriate group. The hosts will lead informal conversations over dinner. Delegates would be encouraged to sign up for tables where topics of their particular interest will be discussed. The dinners will provide excellent networking opportunities, promote consciousness raising, and achieve more in-depth discussion on the conference themes.

Concurrent dinner discussions at local restaurants on:

- RICO and SLAPP suits: Fighting back
- Growing the Indigenous Coalition between Ecuador and Canada
- Shaping a model for Settling the Aguinda Claim
- Intersections between Environmental and Indigenous Rights Cases
- Indigenous Strategizing for Social Justice
- NGO's and CEO's – Finding Common Ground
- Understanding Indigenous Legal Traditions
- Art and Indigenous Resistance
- Aboriginal Women and Dispute Resolution
- Corporate Responsibility in the 21st Century
- Internationalization of Domestic Law
- Direct Action

Participating Restaurants:

Chuck's Steakhouse - www.chuckssteakhouse.ca

The Maple Leaf - www.banffmapleleaf.com

The Bison -  www.thebison.ca

Park Distillery Restaurant + Bar - www.parkdistillery.com

The Balkan - www.banffbalkan.ca

Castello Ristorante - https://www.fairmont.com/banff-springs/dining/castelloristorante/

Grapes Wine Bar - https://www.fairmont.com/banff-springs/dining/grapeswinebar/

Saltlik Banff - http://www.saltlik.com/banff/

The Vermillion Room - https://www.vermillionroom.com

Primrose Dining Room - http://www.rimrockresort.com/primrose.html

# Day 3

**9:00am – 9:30am: Going Forward Together**

- *MODERATOR: Sharon Mascher*
- *Conversation about Canada's role in Ensuring Indigenous Participation in Resource Decision-Making are Recognized and Respected by Resource Developers*
    - *Speaker TBA*
- The role of organized labour unions
    - *Speaker TBA*

**9:30am – 10:00am: Q and A**

**10:00am – 11:00am: Rapporteur's Report**

- *Richard Devlin*

**11:00am – 12:00pm: Wrap Up**

- Statement of Commitment
- Signing Ceremony and Witnessing
- Formation of a Global Movement to Fight Global Corruption

- Establish a Website to Create a Network for Indigenous and Non-Indigenous Youth Groups

**Other Conference Activities:**

- Poster Display

Graduate students will be invited to present their research on relevant topics in poster displays. These posters could be displayed throughout the conference. Selection of posters would be by a peer review committee.

- Art Display

The art show will include pieces by established and emerging indigenous artists to demonstrate how Indigenous Art challenges colonial law.

# REGISTRATION IS NOW OPEN

*We hope you will join us for this groundbreaking conference*

REGISTER HERE

Powered by Squarespace