EXHIBIT 63

**INDIGENOUS SOLUTIONS FOR ENVIRONMENTAL CHALLENGES (/)**

HOME (/#HOME-1-SECTION)    OVERVIEW (/#RESTAURANT-SECTION)    PROGRAM (/#MENU-SECTION)

REGISTER (/#RESERVATIONS-SECTION)    SPEAKERS (/SPEAKERS/)

# SPEAKERS



## Phil Fontaine

Mr. Fontaine is an articulate advocate for the future of Canada and for Indigenous peoples. He is the former three-term National Chief of the Assembly of First Nations (http://www.afn.ca/), known for his calm and confident demeanor and has a proven track record of opening the lines of communication and bringing people together in a common cause for a better future and to resolve issues of the past. Mr. Fontaine has been instrumental in facilitating change and advancement for First Nations people from the time he was first elected to public office as chief, when he was only 28 years old.

As a fierce advocate for human rights, one of Mr. Fontaine's crowning achievements to date is the residential schools settlement. At $5.6 billion in individual compensation, Mr. Fontaine negotiated the largest settlement in Canadian history –for the largest human rights violation in Canadian history – arising out of the 150-year Indian residential school tragedy.

Phil Fontaine has dedicated most of his life to the advancement of First Nations people. Respected at home and abroad, Fontaine attended President Obama's inauguration, met with Pope Benedict XVI to gain an apology for his people, and raised the Corporate Challenge to Canadian organizations.

LEARN MORE (HTTP://WWW.ISHKONIGAN.COM)



## Reg Crowshoe

Reg Crowshoe is a Blackfoot Cultural and Spiritual Advisor, and is the former Chief of the Piikani Nation. Reg and his late father, Joe Crowshoe, travelled extensively around the world bringing awareness and education about Blackfoot history, traditions and spirituality.  In 1997, Reg developed the Blackfoot Framework for Decision-Making and Mediation Process called Akak'stiman, and presents it widely to Corporations, Government, Aboriginal organizations and the Non-Profit sector.  Akak'stiman is a Blackfoot World View on dual paradigms; Western Thinking and Blackfoot Thinking, and how these paradigms can be integrated to best serve Aboriginal people.  Reg sits on

Treaty Communicated with Leaders in Calgary and commits his time to over provincial and national organizations. As the Board for Calgary 2012 concluded in March 2013, he ensured the Legacy Project for Calgary 2012 was the Making of Treaty 7 Project; a project that tells the important local history of Treaty 7. Beginning in 2011, he played an instrumental role as the Cultural and Spiritual Advisory for the University of Calgary's (UofC) 2011 Solar House Decathlon project which was designed to respond to First Nations housing issues, and named the solar house Spo'pi.  Spo'pi is now a permanent fixture on the UofC Campus for use in research and education.  Reg provides advice to Treaty 7 Management Corporation, and leads a group of Treaty 7 Elders so that they can better be a support system to members in Treaty 7.  Reg Crowshoe, is also a member of the University of Calgary Senate.

**LEARN MORE (HTTPS://WWW.UCALGARY.CA/SENATE/NODE/1164)**



# Michael Hart

Michael Hart is the vice-provost for an Indigenous engagement at the University of Calgary. As part of his role he serves as a key champion and advocate for the Indigenous Strategy at the University of Calgary, and as a strong and visible role model for everyone, but in particular to the University of Calgary's Indigenous scholars and students. Mr. Hart's career has been focused on Indigenous Peoples and ways of helping that will enable the University of Calgary to realize its goals for indigenization on our campuses. His approach is about connecting with and learning from Indigenous elders and traditional knowledge keepers to explore how these philosophies can guide us, transcend boundaries and take incremental steps to change the conversation between different cultures. Since 2012, Michael Hart has held a Canada Research Chair in Indigenous Knowledges and Social Work through the University of Manitoba. He has also held the role of acting director of the Master of Social Work in Indigenous Knowledges program at the University of Manitoba. For the past 17 years, he has been a board member for the Aboriginal Social Workers' Society in Manitoba and was a founding committee member. His work has spanned multiple provinces, including Manitoba, Quebec and Yukon. Hart holds a BSW, MSW and PhD in Social Work from the University of Manitoba, as well as a BA in Psychology from the University of Manitoba.

**LEARN MORE (HTTPS://WWW.UCALGARY.CA/UTODAY/ISSUE/2018-06-21/FIVE-THINGS-YOU-SHOULD-KNOW-ABOUT-MICHAEL-HART-UCALGARYS-INAUGURAL-VICE-PROVOST)**



# Kathleen E. Mahoney

Kathleen E. Mahoney is a Professor of Law at the University of Calgary and Queen's Counsel. She was the Chief Negotiator for Canada's Aboriginal peoples claim for cultural genocide against Canada, achieving the largest financial settlement in Canadian history for the mass human rights violations against the indigenous peoples of Canada. She was



they primarily architected those two band reconciliation accords mandate for Canada and led the negotiations for the historic apology from the Canadian Parliament and from Pope Benedict XVI at the Vatican.

She was co-counsel for Bosnia Herzegovina in their genocide action against Serbia in the International Court of Justice with the result that the definition of genocide in the Genocide Convention was altered to include mass rapes and forced pregnancy as genocide offences.

Among her many awards and distinctions, Professor Mahoney is a Fellow of the Royal Society of Canada, Queen's Counsel, a Trudeau Fellow, and a Fulbright and Human Rights Fellow (Harvard). She received the Governor General's medal for her contribution to equality in Canada. She has held Visiting Professorships or Fellowships at Harvard University, The University of Chicago, Adelaide University, University of Western Australia, Griffiths University, the National University of Australia and Ulster University.

LEARN MORE (HTTP://WWW3.TELUS.NET/KMAHONEY)

## David Suzuki



David Suzuki is a scientist, broadcaster, author, and co-founder of the David Suzuki Foundation. He is Companion to the Order of Canada and a recipient of UNESCO's Kalinga Prize for science, the United Nations Environment Program medal, the 2012 Inamori Ethics Prize, the 2009 Right Livelihood Award, and UNEP's Global 500. Dr. Suzuki is Professor Emeritus at the University of British Columbia in Vancouver and holds 29 honorary degrees from universities around the world. He is familiar to television audiences as host of the CBC science and natural history television series *The Nature of Things*, and to radio audiences as the original host of CBC Radio's *Quirks and Quarks*, as well as the acclaimed series *It's a Matter of Survival* and *From Naked Ape to Superspecies*. In 1990 he co-founded with Dr. Tara Cullis, The David Suzuki Foundation to "collaborate with Canadians from all walks of life including government and business, to conserve our environment and find solutions that will create a sustainable Canada through science-based research, education and policy work." David is adopted into three Indigenous families:  (in absentia) by Chief Wah Moodmx(Killerwhale, Johnny Clifton) of Hartley Bay, BC and was given the name Gootm Lgu Waalksik (Heart of a Prince); and by Chief George Housty of the Heiltsuk; and by Ada Yovanovitch (Eagle Clan) of the Haida of Haida Gwaii and given the name Gyaagan (My Own).  He has also received from Indigenous Peoples the following names; Nuchi (Big Mountain) from the Nuu Chah Nulth of BC; Nan Wa Kawi (Man Who Knows Much) from the Kwagiulth of BC; Nattoo Istuk (Sacred Mountain) from the Kainai (formerly Blood) First Nation of Alberta; Karnumeya (Mountain Man) from the Kaurna of Australia; and Kehiwawasis (Eagle Child) Honorary Chief from the Cree of Alberta.  His written work includes more than 55 books, 19 of them for children.  Dr. Suzuki lives with his wife and family in Vancouver, B.C.

LEARN MORE (HTTP://WWW.DAVIDSUZUKI.ORG/DAVID/)

## Grand Chief Edward John



Grand Chief Edward John is a Hereditary Chief of Tl'azt'en Nation located in Northern BC.



Chief John was called to the BC Bar in 1980. He holds a B.A. from the University of Victoria, an LL.B from the University of British Columbia. As well, he holds Honorary Doctor of Laws degrees from the University of Northern British Columbia and the University of Victoria.

Chief John has served in many leadership roles at the local, provincial, national and international levels. Chief John is currently serving his eleventh consecutive term (June 2016 – June 2019) as an elected leader on the First Nations Summit Political Executive. He is a former Expert Member of the United Nations Permanent Forum on Indigenous Issues (January 2011 – December 2016) and was involved in the development of the Declaration on the Rights of Indigenous Peoples, adopted by the United Nations General Assembly in September 2007.

Chief John continues to actively engage with all levels of government, as well as community groups and organizations, to advocate for the full recognition and implementation of the Declaration.

LEARN MORE (HTTP://FNS.BC.CA/OUR-TEAM/GRAND-CHIEF-EDWARD-JOHN-AKILE-CHOH)

## Juan Aulestia

Juan Aulestia is a distinguished international scholar, social activist, and expert in community development. Since completing his doctorate in Education and Development and his master in International Administration, Dr. Aulestia has taught both undergraduate and graduate students in Ecuador and the US, focusing on Lain American Studies, development issues, research methodology, project planning and leadership training. As Oxfam America's South America Program Coordinator he incorporates more than 35 years of experience with indigenous and afro descendent communities in Bolivia, Peru, Ecuador and Brazil, where he was directly involved in the conceptualization of indigenous universities in the Andean region. He has spearheaded project strengthening bilingual and intercultural education in Ecuador, North-South partnership programs, and other projects of international collaboration. In 2004 he served as Under Secretary of the Ministry of Foreign Affairs in the area of International Cooperation and holds Ambassador status.

Dr. Aulestia is the founder Director of Fundacion Ñaupa for Andean Knowledge.

LEARN MORE (HTTPS://WWW.OXFAM.ORG/EN)

## Bill Gallagher

Bill Gallagher has extensive project experience in all regions of the country. He is an authority on the rise of native empowerment in Canada's resources sector: having defused native logging tensions in New Brunswick's 'War in the Woods'; oil patch eco-terrorism in Alberta; helping guide Inco's Voisey's Bay impact benefits agreements to successful

conclusion of the most complex resource disputes in Canada), with previous career successes as a corporate lawyer in Calgary, an energy regulator in Ottawa, and a treaty negotiator on the prairies.

LEARN MORE (HTTP://BILLGALLAGHER.CA)



## Luis Macas

**Luis Macas** is a _Kichwa_ (https://en.wikipedia.org/wiki/Kichwa) politician and intellectual from Saraguro Ecuador. Macas has honorary university degrees in anthropology, linguistics and jurisprudence. He was one of the founders of the CONAIE (https://en.wikipedia.org/wiki/CONAIE) and of the Pachakutik Movement (https://en.wikipedia.org/wiki/Pluri-National_Pachakutik_United_Movement_-_New_Country), and was member of the National Congress of Ecuador. In 2003 he joined Lucio Gutiérrez's government as Minister of Agriculture, quit because of disagreements with his neoliberal policies. Macas was vice-president of the CONAIE (_Confederación de Nacionalidades Indígenas de Ecuador_) from 1988 to 1991, and CONAIE president from 1991 to 1996 and from 2004–2008.

On May 24, 2006 Macas was proclaimed by the Pachakutik Movement as presidential candidate for the October 15, 2006 election. He came in seventh (out of 13 candidates), with just over 2 percent of the vote.

LEARN MORE (HTTPS://EN.WIKIPEDIA.ORG/WIKI/LUIS_MACAS)



## Charles R. Nesson

**Charles R. Nesson** is the William F. Weld Professor of Law at Harvard Law School and the founder of the Berkman Center for Internet & Society and of the Global Poker Strategic Thinking Society. He is author of _Evidence_, with Murray and Green, and has participated in several cases before the U.S. Supreme Court, including the landmark case _Daubert v. Merrell Dow Pharmaceuticals_. In 1971, Nesson defended Daniel Ellsberg in the Pentagon Papers case. He was co-counsel for the plaintiffs in the case against W. R. Grace and Company that was made into the book _A Civil Action_, which was, in turn, made into the film of the same name. Nesson's nickname in the book, **Billion-Dollar Charlie**, was given to him by Mark Phillips, who worked with him on the W.R. Grace case. Nesson is currently "interested in advancing justice in Jamaica, the evolution of the Internet, as well as national drug policy."

LEARN MORE
(HTTPS://HLS.HARVARD.EDU/FACULTY/DIRECTORY/10615/NESSON)



## Steven Donziger

Steven Donziger is part of a team of advocates representing indigenous and farmer communities in an area of the Ecuadorian Amazon rainforest polluted by oil operations conducted by Texaco, now owned by Chevron. In 2011, the communities won a landmark $19 billion judgment against Chevron for the cleanup of what is considered to be one of the worst oil-related environmental catastrophes in the world. Steven has been involved in advocacy for the affected communities since first visiting the region in 1993. Steven was the founder and director of Project Due Process, a legal advocacy group for Cuban detainees who came to the United States in the Mariel boatlift. He is the former director of the non-partisan National Criminal Justice Commission that produced the book *The Real War on Crime* (HarperCollins). His analysis and commentary on human rights, environmental, and criminal justice matters has been featured in numerous legal publications, academic journals, and news outlets. After graduating from law school in 1991, Steven worked as a trial attorney with the District of Columbia Public Defender Service. He currently serves on the Board of Advisors to the Fortune Society, the largest self-help organization for ex-offenders in the United States. In 1991, Steven led a mission of lawyers and public health specialists to Iraq to assess the impact on civilians of the bombing during the first Gulf War.

LEARN MORE (HTTP://STEVENDONZIGER.COM)



## Shaun Fluker

Shaun Fluker is an Associate Professor with the Faculty of Law at the University of Calgary. Subjects that he lectures on include administrative law, legal theory, statutory interpretation, legal drafting, law and policy, environmental law and ethics, as well as endangered species law. Mr. Fluker has also led the Faculty of Law environmental law clinic since 2011. Currently, his work includes an investigation into how the AER exercises its discretion to grant cost awards, an investigation into the operation of environmental law clinics at Canadian law schools and exploring the use of wilderness rhetoric in legal reasoning. Mr. Fluker is an active member of the Law Society of Alberta with experience providing legal services in the areas of corporate/commercial, securities, environmental and administrative law. Mr. Fluker has appeared as counsel before all levels of Alberta courts.

LEARN MORE (HTTP://CONTACTS.UCALGARY.CA/INFO/LAW/PROFILES/198-462)



## *Shin Imai*





Anawfile became a lawyer in 1983 in Imai practiced at Keewaytinok Native Legal Services in Moosonee and later had his own practice in the areas of human rights, refugee law and indigenous rights. He joined the Ontario Ministry of the Attorney General in 1989 to work on the development of Alternative Dispute Resolution programs and to initiate justice projects in indigenous communities. He was appointed to faculty at Osgoode in 1996 and is currently a director of the Justice and Corporate Accountability Project (http://www.justice-project.org/). He has served as Academic Director at Parkdale Community Legal Services, the Director of the Intensive Program on Aboriginal Lands, Resources and Governments, Director of Clinical Education, and Co-director of the Latin American Network on Research and Education in Human Rights (RedLEIDH). Imai was awarded the Excellence in Teaching Award at the Law School in 2004 and 2007, and the University-wide Teaching Award in 2010.Research Interests: Canada's extra territorial obligation to regulate Canadian mining companies in Latin America, Aboriginal law in Canada, and clinical legal education.

LEARN MORE (HTTPS://WWW.OSGOODE.YORKU.CA/FACULTY-AND-STAFF/IMAI-SHIN/)

## Rachel Deming

Professor Rachel E. Deming is an Assistant Professor of Law and director of the Environmental and Earth Law Clinic. She teaches seminar courses on environmental dispute resolution and toxic torts at environmentally impacted sites. Professor Deming joined the Barry faculty in the fall of 2013. Before coming to Barry, she was co-director of the International Transactions Clinic and a professor from practice at the University of Michigan. She also taught environmental dispute resolution at Pace University School of Law. Prior to joining academia, Professor Deming practiced law in New York for over 25 years. She began her career as an associate at a large New York law firm working on international banking issues and cross-border mergers and acquisition litigation. She left to become in-house environmental counsel for a Swiss-based global manufacturing company, a position which led to an increasing range of managerial responsibilities and included advocacy on environmental concerns and corporate sustainable development. She negotiated several consent agreements involving cleanups of major Superfund sites and also managed the resolution of high-profile tort claims against the company outside the courtroom. Recognizing the value of alternative dispute resolution, Professor Deming returned to private practice in 2007 and became a mediator. In recognition of her expertise in environmental and financial issues, Professor Deming was appointed by the Administrator of the U.S. Environmental Protection Agency to its Environmental Financial Advisory Board in 2005 and served on that board until 2011. She was also involved in the establishment of an environmental dispute resolution center at Pace Law School, the Kheel Center for the Resolution of Environmental Interest Disputes, and received the Founder's Award for her work in 2009.

LEARN MORE (HTTPS://WWW.BARRY.EDU/LAW/FUTURE-STUDENTS/FACULTY/STAFF/DEMING.HTML)



# Willy Littlechild

Wilton Littlechild, is a Cree chief, residential school survivor, and lawyer who has worked both nationally and internationally including with the United Nations to advance Indigenous rights and Treaties. He has also – through leadership with the Truth and Reconciliation Commission – raised awareness of former Canadian policies that decimated the livelihood and culture of Indigenous Canadians.

Chief Littlechild was a member of the 1977 Indigenous delegation to the United Nations (UN), and worked on the UN Declaration on the Rights of Indigenous Peoples. He organized within the UN to increase Indigenous input in the economic and social issues the UN tackles.

Chief Littlechild has been a member of parliament, Vice-President of the Indigenous Parliament of the Americas, North American representative to the UN Permanent Forum on Indigenous Issues, and a chairperson for the UN Expert Mechanism on the Rights of Indigenous Peoples and the Commission on First Nations and Métis Peoples and Justice Reform.

**LEARN MORE (HTTPS://STTPCANADA.CTF-FCE.CA/LESSONS/WILTON-LITTLECHILD/BIO/)**



# Cora Voyageur

Cora Voyageur is a Dene woman from the Athabasca Chipewyan First Nation at Fort Chipewyan, Alberta Canada. Her research interests explore the Aboriginal experience in Canada including: leadership employment, community and economic development, women's issues, and health.

She is has published 40 academic papers and has written more than 30 commissioned research reports. She is the author of the books, Firekeepers of the 21st Century: Women Chiefs in Canada and My Heroes have always been Indians: Contributions of Alberta's Indigenous Peoples She is co-editor of Hidden in Plain Sight: Contributions of Aboriginal Peoples to Canadian Identity and Culture, Volumes I and II. She is currently working on manuscripts on Aboriginal Leadership in Canada and the position of Aboriginal women in Canada.

**LEARN MORE (HTTPS://SOCI.UCALGARY.CA/PROFILES/CORA-VOYAGEUR)**



# Chief  Robert Joseph

Chief Robert Joseph, O.B.C., O.C. is a true peace-builder whose life and work are examples of his personal commitment. A Hereditary Chief of the Gwawaenuk First Nation, Chief Joseph has dedicated his life to bridging the differences brought about by intolerance, lack of understanding and racism at home and abroad.



Having insight into the destructive impacts these forces can have on people's lives, families and cultures were shaped by his experience with the Canadian Indian Residential School system.

As one of the last few speakers of the Kwakwaka'wakw language, Chief Joseph is an eloquent and inspiring Ceremonial House Speaker. He shares his knowledge and wisdom in the Big House and as a Language Speaker with the University of British Columbia, an internationally recognized art curator and as co-author of "Down from the Shimmering Sky: Masks of the Northwest Coast".

Chief Joseph is currently the Ambassador for Reconciliation Canada and a member of the National Assembly of First Nations Elders Council. He was formerly the Executive Director of the Indian Residential School Survivors Society and is an honourary witness to Canada's Truth and Reconciliation Commission (TRC). As Chairman of the Native American Leadership Alliance for Peace and Reconciliation and Ambassador for Peace and Reconciliation with the Interreligious and International Federation for World Peace (IFWP), Chief Joseph has sat with the leaders of South Africa, Israel, Japan, South Korea, Mongolia and Washington, DC to learn from and share his understanding of faith, hope, healing and reconciliation.

**LEARN MORE (HTTP://RECONCILIATIONCANADA.CA/ABOUT/TEAM/CHIEF-DR-ROBERT-JOSEPH/)**



# Patricia Lundy

Patricia Lundy is a Professor of sociology. She studied as an undergraduate and postgraduate at Queen's University Belfast (QUB); in 1993 she received her PhD.

In 2016, Patricia was awarded a Leverhulme Trust Major Research Fellowship. She was the recipient of a British Academy Senior Research Fellowship in 2009/2010 and has received other grants from prestigious funding bodies including the Nuffield Foundation, Irish Academy and British Academy. Her research has also been funded by Community Relations Council, Joseph Rowntree Charitable Trust and European Union's Peace funding.

Patricia's research has focused on post-conflict transformation, mechanisms for 'dealing with the past', 'truth' recovery and the politics of memory. She has researched both community-based 'truth' recovery processes and official police-led historical conflict-related inquiries. Her in-depth study of the Police Service Northern Ireland's, Historical Enquiries Team achieved considerable media coverage and impact and  has been widely regarded in changing the landscape in dealing with the past in NI.

Her most recent work is a major empirical study of historic child abuse. She is committed to 'bottom-up' participatory approaches and a desire to ensure that survivors needs drive the form that redress takes. In this regard, Patricia was instrumental in working with survivor groups to set up a panel of experts on Redress. In collaboration with Professor Kathleen Mahoney (Calgary University), she has published a number of practical and policy relevant reports designed to assist redressing historic child abuse; including a framework for compensation. She is committed to linking academia to the wider community and strives to make her research impact positively on beneficiaries.

**LEARN MORE (HTTPS://WWW.ULSTER.AC.UK/STAFF/P-LUNDY)**

# Jon McCourt



McCourt has been a community peace activist and a member of the Peace and Reconciliation Group in the City of Derry, Northern Ireland for more than 30 years.  He has also travelled to and worked with those involved in conflicts in other areas of the world, including Bosnia, the Middle East, Ukraine and conflict torn countries in Africa, and he is en route to Bogota, Colombia, to assist in the FARC Peace Agreement.

He has met with Hope students in Belfast on the Celtic May Term for the past four years. While on campus, he will also be meeting with classes.

McCourt went on the first Civil Rights March in Derry as a young man in October 1968. He was actively engaged in almost every aspect of the conflict that arose as the result of that march.  He took part in the Battle of the Bogside, when the police laid siege to the Catholic/Nationalist of Derry for three days. He saw the first soldiers arrive on the streets of Derry in August 1969, and witnessed the murder of friends and neighbors on Bloody Sunday when 14 people died at the hands of the British Army's 1st Battalion of the Parachute Regiment.

From 1978 he has worked at building bridges between the two major communities in Derry, encouraging and engaging in cross community activities that have assisted in rebuilding contact, trust and cooperation across the city. Through the 1980s he continued with this work while at the same time working with representatives of the major protagonists to the conflict, to limit the impact of the conflict on local communities. He played a major part in the development of the Community Awareness Training Programme used by the British Army which contributed to the reduction of soldiers on the streets, through a process of de-escalation and disengagement locally. With others he founded and established the first Victim Support Service in Northern Ireland in 1986.

LEARN MORE (HTTPS://WWW.BELFASTTELEGRAPH.CO.UK/NEWS/NORTHERN-IRELAND/LIVES-SHORTENED-BY-RESIDENTIAL-HOME-ABUSE-VICTIM-SAYS-34540974.HTML)

# Marilyn Poitras



Professor Poitras joined the University of Saskatchewan in 2009. Prior to the appointment her professional life was a fusion of law, governance, community and institutional education. Her expertise and passion is around Constitutional/Aboriginal Law with a life study of customary laws. Marilyn's legal career began as a Native Court Worker and moved into the area of Constitutional law after her articles with the Saskatchewan Department of Justice. She has developed a number of legal education initiatives including the precursor to the Akitsiraq Law School in Nunavut, where she has also been a professor, and the Indigenous People's Resource Management Program at the University of Saskatchewan. Marilyn has worked in private practice and litigated in every level of court in Canada. She has significant experience in the development of Self Government with the Beaufort Delta Agreement, Treaty Implementation with the Federation of Saskatchewan Indian Nations Treaty Table Justice Portfolio as well as the revisions to the Saskatchewan Métis Election Process. Marilyn also works on CIDA funded research on Ancestral Domain and land conflict in Central Mindanao. Her four children keep her laughing, rounded, grounded and real.

LEARN MORE (HTTPS://LAW.USASK.CA/PEOPLE/FACULTY/MARILYN-POITRAS.PHP#PROFESSIONALEDUCATION)



# Caleb Behn

Caleb Behn is a young Dene lawyer and documentary filmmaker. Caleb Behn is Eh-Cho Dene and Dunne Za/Cree from the Treaty 8 Territory of Northeastern BC. Caleb graduated from the University of Victoria with a Juris Doctor degree and is among the first UVic Law students granted the *Concentration in Environmental Law and Sustainability.* Prior to law school, he was the Oil and Gas Officer for the West Moberly First Nations and a Lands Manager for the Saulteau First Nations.

Here is the sypnosis of his acclaimed documentary *Fractured Land*:

With some of the world's largest fracking operations on his territory, a young indigenous leader and lawyer confronts the fractures within his community and himself as he struggles to reconcile traditional teachings with the law to protect the land.

LEARN MORE (HTTP://WWW.FRACTUREDLAND.COM)



# Aritha Van Herk

Aritha van Herk is a cultural commentator as well as an award-winning Canadian novelist whose work has been acclaimed throughout North America and Europe. Her popular, creative and critical work has been widely published and her work has been translated into ten languages.

AvH was born in central Alberta, read every book in the library at Camrose, and studied at the University of Alberta. She first rose to international literary prominence with the publication of *Judith* (http://avh.igpykin.com/books/fiction/judith/), which received the Seal First Novel Award and which was published in North America, the United Kingdom and Europe. Her book *Mavericks: An Incorrigible History of Alberta* (http://avh.igpykin.com/books/history/mavericks-an-incorrigible-history-of-alberta/) offers an unorthodox narrative of that province's past. *Mavericks* so inspired the Glenbow Museum (http://www.glenbow.org/) of Calgary, that they created a permanent Alberta gallery and named the gallery after the book. AvH returned to her Alberta stories to create *Audacious and Adamant: A Maverick History of Alberta* (http://avh.igpykin.com/books/history/audacious-and-adamant/), the companion book to the exhibition.

AvH is a member of the Royal Society of Canada (https://www.rsc-src.ca/en), and a Professor who teaches Canadian Literature and Creative Writing in the Department of English (http://english.ucalgary.ca/profiles/aritha-van-herk) at the University of Calgary (http://www.ucalgary.ca/), but first of all, she is a writer who loves stories.

LEARN MORE ()



# Roger Waters

Roger Waters is an English songwriter, singer, bassist, and composer. In 1965, he co-founded the progressive rock band Pink Floyd (https://en.wikipedia.org/wiki/Pink_Floyd) with drummer Nick Mason, keyboardist Richard Wright, rhythm guitarist Bob Klose (https://en.wikipedia.org/wiki/Bob_Klose), as well as lead guitarist, singer, and songwriter Syd Barrett. Waters initially served as the bassist, but following the departure of Barrett in 1968, he also became their lyricist, co-lead vocalist, and conceptual leader. Roger Waters is also a prominent environmental and human rights activist and has been vocal in his support for the Indigenous Ecuadorian villagers, in their case against Chevron.

LEARN MORE (HTTPS://ROGERWATERS.COM)



# Brian Calliou

Brian Calliou is the Program Director for the Banff Centre's Indigenous Leadership and Management program area, which designs and delivers leadership development and organizational development programs and applied research for Indigenous leaders. Brian is Cree and a member of the Sucker Creek First Nation in the Treaty 8 area of northern Alberta. Brian is also a PLSNP alumnus.

Brian holds a BA in Political Science, an LLB and an LLM from the University of Alberta. Brian has published several articles and chapters in books of his research. His research interests include Indigenous leadership, self-government, economic development, and treaty rights.

LEARN MORE (HTTPS://WWW.BANFFCENTRE.CA/PEOPLE/LOUGHEED-LEADERSHIP)



# Glen Murray

Glen Murray is the executive director of the Pembina Institute, Canada's leading energy think tank.

Prior to joining the Institute, Glen was an Ontario cabinet minister, and oversaw several portfolios, including transportation; training, colleges, and universities; research and innovation, and most recently, environment and climate change. In his role as environment



minister, overseeing development and implementation of the cap-and-trade system, and extended producer responsibility in Ontario. His work was foundational to the creation of the Quebec-Ontario-California carbon market.

Glen has held a number of leadership roles, including serving as mayor of Winnipeg from 1998-2004, and was chair of the Big City Mayors' Caucus. During his time as mayor, he led the successful fight to transfer the five cents/litre federal gas tax to municipalities.

He also served as chair of the National Round Table on the Environment and the Economy, under Prime Ministers Harper and Martin. Glen was also president and CEO of the Canadian Urban Institute.

Glen started his career in activism as a founding member of the Canadian AIDS Society, and helped establish the Village Clinic in Winnipeg, a centre for AIDS prevention and care. He has worked internationally, helping establish the World Health AIDS Service Organization's working group.

LEARN MORE (HTTP://WWW.PEMBINA.ORG/CONTACT/GLEN-MURRAY)



## Simon Billenness

Described by the New York Times "a super-specialist" in human rights advocacy, Simon Billenness has over 25 years of experience helping investors, non-profits, universities, communities, and unions use their power to lobby their governments and hold corporations accountable.

LEARN MORE (HTTP://WWW.ROHINGYACAMPAIGN.ORG/WHAT-WE-DO.HTML)



## Audrey Mascarenhas

Audrey Mascarenhas has worked in energy for over 30 years with Gulf Canada Resources Ltd. and Questor Technology Inc. She holds a Bachelor's degree in Chemical Engineering from the University of Toronto and a Master's Degree in Petroleum Engineering from the University of Calgary. Audrey served as a distinguished lecturer with the Society of Petroleum Engineers. She is a member of the Schulich Industry Engineering Advisory Council. She is an appointee to Alberta Government Small Medium Enterprise Export Council. Audrey was the recipient of the Ernst & Young Entrepreneur of the Year 2011 Prairies Award for Cleantech and Environmental Services and Valued Innovation.

LEARN MORE (HTTP://ENERGYFUTURESLAB.COM/FELLOWS/AUDREY-MASCARENHAS/)



# Iris Almeida-Côté

Iris Almeida-Côté, ICD.D/IAS.A., LL.M., M.A.is President and Chief Executive Officer at INNOVACONNECT Inc. offering strategic management services to organisations in Executive leadership, governance, public affairs, strategic communications, branding and audit processes. Iris has considerable experience in organizational development and partnerships, governance and indigenous leadership skills and training.

A senior executive leading transformations in organisations over the past thrity-five years, she served as Executive Director at the Royal Society of Canada where she worked with a network of Canada's leading scientists, scholars and artists. She also served as Strategic Executive Director at the International Association for Public Participation and worked with trainers around the world to refine the content and methodologies for effective Stakeholder Engagement. Iris was President and Chief Executive Officer at Canada World Youth, and President and Chief Executive Officer at the Canadian Pension & Benefits Institute. She was Director of Policy and Programs at the Canadian Parliamentary Centre - Rights and Democracy from 1991 to 2006, and Director of Programs at Partnership Africa Canada from 1988 to 1991. On an international level, she was Assistant Secretary-General of CIDSE (*Coopération Internationale pour le Développement et la Solidarité*) an international organisation with consultative status and UN and the European Union in Brussels, and President of the International Movement of University Students in Paris.

**LEARN MORE (HTTP://LEADERSHIPINNOVATIONS.CA)**



# Paul Paz y Miño

Paul joined Amazon Watch in 2007. He has an MA in International Affairs from George Washington University. Since 1995, he has volunteered as Colombia Country Specialist for Amnesty International USA and was the Guatemala/Chiapas Program Director at the Seva Foundation for seven years. Paul has lived in Chiapas, Mexico and Quito, Ecuador, promoting human rights and community development and working directly with indigenous communities. Paul is also an Associate Fellow at the Institute for Policy Studies and served on the board of Peace Brigades International USA.

**LEARN MORE (HTTPS://AMAZONWATCH.ORG)**



# Jenny Brown



Jenny Brown is the Director of Conservation for TNC Canada, the Canadian affiliate of The Nature Conservancy, a global organization working in over 72 countries worldwide.  She has worked for the Conservancy for 20 years and a decade ago began working on the coast of British Columbia, where she worked with partners to start figuring out how a large NGO can work effectively and ethically with Indigenous people. Now she leads the work of a conservation team in coastal BC, the Northwest Territories and the boreal forest of Canada that focuses on supporting Indigenous people as they work to strengthen their leadership and authority over natural resource management, as well as working to align economic drivers with sustainability while ensuring local benefit.   Jenny holds a PhD in Ecology from the University of California, Davis, as well as an MS and BS in mechanical engineering, an education history that follows her professional shift from aerospace engineering to conservation.  She lives in Washington state with her husband, an Australian cattledog (named Brio) and 4 chickens.

**LEARN MORE (HTTPS://WWW.TNCCANADA.CA/INDEX.HTM)**



# Hannah Askew

Hannah is the Executive Director of Sierra Club BC. She loves plants, animals, trees, water and rocks, and is passionate about ensuring healthy wild spaces for present and future generations.

Hannah is a lawyer and practiced public interest environmental law prior to joining Sierra Club BC. Her work focused on addressing the cumulative impacts of industrial development on ecosystems, and advocating for proactive and inclusive planning processes for the land and water. As a part of this work, she traveled to communities across northern BC to hear from people from all walks of life about the impact of industrial activity on their lives and about their hopes for the future of their communities.

Over the past ten years of her career, Hannah has also been deeply involved in learning from Indigenous communities about their systems of law and governance. She worked as a researcher on Anishinaabe and Coast Salish legal orders for the Indigenous Law Research Unit at the University of Victoria, and taught as an instructor in the Aboriginal Justice Studies Program at the Native Education College. She also researched Tsilhqot'in and Ktunaxa law as part of the RELAW project ("Revitalizing Indigenous Law for Land, Air and Water"). The knowledge received from Indigenous colleagues and mentors has been transformative for Hannah and influences every aspect of her work.

Hannah holds Master of Arts degrees in history and anthropology from the University of Toronto and McGill University, as well as a law degree from Osgoode Hall Law School. She was born on Anishinaabe territory into a family of English and Scottish descent.

**LEARN MORE (HTTPS://SIERRACLUB.BC.CA/HANNAH-ASKEW/)**



# Rex Weyler



Journalist Rex Weyler is best known as the early Greenpeace organizer and a co-founder of Greenpeace International. He has written several books, including _Greenpeace: How a Group of Ecologists, Journalists and Visionaries Changed the World_. His history of indigenous American cultures, _Blood of the Land_, was nominated for a Pulitzer.

Between 1974 and 1982, he served as a director of Greenpeace. He was editor of the _Greenpeace Chronicles_ magazine. He sailed on the first Greenpeace whale campaign, and his photographs and news accounts of Greenpeace appeared worldwide.

Weyler's photography and essays have been published in the _New York Times, Oceans, Smithsonian, Rolling Stone, New Age Journal, Conscious Choice, New Times, Shared Vision, National Geographic_, and other publications. Weyler co-authored the self-help classic _Chop Wood, Carry Water_. He co-founded Hollyhock Educational Centre on Cortes Island in British Columbia – dedicated to environmental, personal, and professional studies.

**LEARN MORE (HTTPS://WWW.GREENPEACE.ORG/ARCHIVE-INTERNATIONAL/EN/)**

## Robert Hamilton



Robert holds a B.A. (Hons) in Philosophy from St. Thomas University, a J.D. from University of New Brunswick Law School, and an LL.M. from Osgoode Hall Law School. Robert is a PhD candidate at the University of Victoria Faculty of Law. His dissertation focuses on Aboriginal and Treaty rights in Canada's Maritime Provinces and his research engages law, legal history, and theoretical perspectives on law and history. He has published on Aboriginal land rights in the Maritime Provinces and has presented his research at numerous academic conferences. Robert has also worked with First Nations on treaty rights and Aboriginal title issues and in the development of governance policies.

**LEARN MORE (HTTP://CONTACTS.UCALGARY.CA/INFO/LAW/PROFILES/1-7827675)**

## Val Napoleon



Val Napoleon (LLB (UVic) 2001, PhD (UVic) 2009, called to the British Columbia Bar in 2002), was appointed Law Foundation Professor of Aboriginal Justice and Governance at the Faculty of Law, University of Victoria on January 1, 2012. She is from north east British Columbia (Treaty 8) and a member of Salteaux First Nation. She is also an adopted member of the Gitanyow (Gitksan) House of Luuxhon, Ganada (Frog) Clan. Prior to joining the Faculty of Law at UVIC, she was an associate professor cross-appointed with the Faculties of Native Studies and Law at the University of Alberta.

She worked as a community activist and consultant in northwestern BC for over 25 years, specializing in health, education, and justice issues. She has also worked with a number of regional, provincial, national, and international projects relating to indigenous legal

traditions, conflict, marriage & parenthood education, and citizenship. Her dissertation on Gitksan law and legal theory was awarded the UVIC Governor General's Gold Medal for best dissertation in 2009. Her current research focuses on indigenous legal traditions, indigenous legal theory, indigenous feminism, citizenship, self-determination, and governance. Several of her major initiatives include the proposed JID (joint JD and indigenous law degree) program and establishing an indigenous law clinic. She works with numerous community partners on a range of Indigenous law projects, and also with several national and international Indigenous law research initiatives. She has taught and published on aboriginal legal issues, indigenous legal theory, indigenous feminist legal studies, self-government, critical issues in restorative justice, oral traditions, and contemporary aboriginal issues. She also teaches property law. One of her interests is the development of Indigenous law materials that are plain language and non-text for use beyond the university.

**LEARN MORE**
(HTTPS://WWW.UVIC.CA/LAW/FACULTYSTAFF/FACULTYDIRECTORY/NAPOLEON.PHP)



## Darcy Lindberg

Darcy Lindberg is mixed-rooted Nehiyaw (Plains Cree) from Wetaskiwin, Alberta. Darcy is a current Ph.D student with the Faculty of Law at the University of Victoria. His research is focused on Nehiyaw legal and constitutional ordering and relationships with the land. Lindberg also holds an LLM from the University of Victoria; his thesis explores Cree legal orders through an examination of ceremonial rules of procedure and the transformation of gendered protocols. His article "Transforming Buffalo: Plains Cree Constitutionalism and Food Sovereignty" will be published in a forthcoming collection on Food Law in Canada.

Previously, Lindberg practiced with Davis LLP in Whitehorse as an articling student and then lawyer, where he said the first-hand experience he gained during his time in northern Canada shaped his studies and research.

In addition, for nearly 15 years he's been involved with Alberta's Future Leaders Program (https://albertasport.ca/programs/future-leaders-program/), an Indigenous-focused youth program that helps build sport, recreation and cultural programs in Indigenous communities. He's also been a research assistant in the Indigenous Law Research Unit and is the cultural support coordinator at the University of Victoria Faculty of Law.

**LEARN MORE**
(HTTPS://WWW.UVIC.CA/LAW/FACULTYSTAFF/STAFFDIRECTORY/DARCYLINDBERG.PHP)



## Jessica Asch

Jessica Asch is the Research Director for the Indigenous Law Research Unit at the University of Victoria.




LEARN MORE
(HTTPS://WWW.UVIC.CA/LAW/ABOUT/INDIGENOUS/INDIGENOUSLAWRESEARCHUNIT/IN

## Aaron Marr Page

Aaron Marr Page is an international human rights and U.S. criminal justice attorney. Wearing the former hat, he serves as managing attorney at Forum Nobis PLLC (http://forumnobis.org/), an international human rights and environmental public interest law and consulting firm that works with indigenous people and other affected communities around the world struggling to better understand and assert their rights. Wearing the latter hat, he has served as a Criminal Justice Act panel attorney in Washington, D.C., and maintains a docket of select trial and appellate matters in both state and federal court. He also has experience litigating U.S.-based civil rights (Section 1983) cases.

LEARN MORE (HTTPS://UICHR.UIOWA.EDU/WHO-WE-ARE/ADVISORY-BOARD/AARON-MARR-PAGE/)

## Evaristus Oshionebo



Evaristus Oshionebo joined the University of Calgary's Faculty of Law on July 1, 2013. Evar was awarded a Students' Union Teaching Excellence Award in 2014, a rarity for professors in their first year at an institution. The award honours faculty members and instructors for their commitment to student success.

Prior to joining the University of Calgary, he was a tenured Associate Professor at the Faculty of Law, University of Manitoba. In 2013, he won the University of Manitoba/University of Manitoba Faculty Association Merit Award for Excellence in Teaching, as well as the Students' Teacher Recognition Award for outstanding teaching. Prior to his academic career, Evar practiced law in Nigeria specializing in corporate and commercial litigation. He was also Deputy Editor of a number of Law Reports including the Supreme Court of Nigeria Law Reports, the Nigerian Weekly Law Reports, and the Commercial Law Reports Quarterly.

LEARN MORE (HTTP://CONTACTS.UCALGARY.CA/INFO/LAW/PROFILES/1-4244471)



# Nigel Bankes

Nigel has been with the Faculty of Law since 1984 and is the current holder of the Chair of Natural Resources Law. He teaches or has taught courses in property law, aboriginal law, natural resources law, energy law, oil and gas law and international environmental law. He was seconded to the Department of Foreign Affairs and International Trade in Ottawa as Professor in Residence in the legal bureau in the 1999/2000 academic year. He holds an appointment as an adjunct professor at the University of Tromsø, Norway. In 2010 the University of Akureyri, Iceland conferred an honorary doctoral degree on Nigel in recognition of his contributions to the development of Arctic law in the areas of natural resources law, international environment law and the rights of indigenous peoples. Nigel is the Vice-Chair, Board of Directors for the Canadian Institute of Resources Law.

**LEARN MORE (HTTP://CONTACTS.UCALGARY.CA/INFO/LAW/PROFILES/198-250)**



# Sharon Mascher

Sharon Mascher is a Professor at the Uiversity of Calgary's  Faculty of Law. Prior to joining the Faculty of Law, Sharon was a Professor at Thompson Rivers University's Faculty of Law and an Associate Professor and the Deputy Director (Environment and Climate Change) of the Centre for Mining, Energy and Resources Law at the University of Western Australia's Faculty of Law. She has also held academic positions in the Faculties of Law at Victoria University of Wellington (New Zealand) and the University of Saskatchewan.

Sharon's research focused on legal issues relating to climate change law, environmental law, property law and laws affecting Indigenous peoples. Her recent publications include: a co-authored chapter on the constitutional recognition of aboriginal title (forthcoming, Federation Press, 2016) and a co-authored article comparing the Australian and Canadian approaches to adaptive management in water law (forthcoming, McGill International Journal of Sustainable Development Law & Policy, 2016). Sharon's current research is focused on the design of climate change mitigation legislation and liability for climate change damage.

**LEARN MORE (HTTP://CONTACTS.UCALGARY.CA/INFO/LAW/PROFILES/198-1686)**



# The Honourable Jim Carr

The Honourable Jim Carr has been a dedicated business and community leader in Winnipeg for more than 30 years. He began his career as a musician, as an oboist and trustee with the Winnipeg Symphony Orchestra. He then moved on to journalism, working as an editorial writer and columnist with the *Winnipeg Free Press* as well as for CBC Radio.

Minister Carr entered public life in 1988, when he was elected to represent Fort Rouge in the Legislative Assembly of Manitoba. He was also the deputy leader of his party. He later went on to become the founding CEO of the Business Council of Manitoba, where he worked alongside business leaders to address issues critical to Manitobans and Canadians.

In particular, Minister Carr was one of the architects of the "Winnipeg Consensus" process, which brought together Canadian think tanks and energy leaders, and informed the Canadian Energy Strategy released in 2015 by Canada's provinces and territories.

Minister Carr has been an active volunteer with a number of local, provincial, and national organizations. He was the founding co-chair of the Winnipeg Poverty Reduction Council, and was a member of the board of the Winnipeg Symphony Orchestra, the Canada West Foundation, and the Arthur V. Mauro Centre for Peace and Justice at the University of Manitoba.

Minister Carr's community leadership has earned him numerous awards, including the Canada 125 Medal, the Queen Elizabeth II Diamond Jubilee Medal, and the Order of Manitoba.

Minister Carr has served as a minister since 2015, and is currently the Minister of International Trade Diversification..

LEARN MORE
(HTTPS://WWW.OURCOMMONS.CA/PARLIAMENTARIANS/EN/MEMBERS/JIM-CARR(89059))



## Richard Devlin

Richard Devlin is a Professor of Law at the Schulich School of Law, Dalhousie University. In 2005, he was appointed a Dalhousie University Research Professor, and this position was renewed in 2010. His areas of teaching include Contracts, Jurisprudence, Legal Ethics and Graduate Studies. He has published widely in various journals, nationally and internationally. Recent books include editing Critical Disability Theory and Lawyers' Ethics and Professional Regulation (2nd ed. 2012). In 2003, and again in 2010, he received the Hanna and Harold Barnett Award for Excellence in Teaching First Year. In 2008 he was a recipient of the Canadian Association of Law Teachers Award for Academic Excellence. In 2013 he won Dalhousie University's Centre for Teaching and Learning "Change One Thing Challenge". He has been involved in the design, development and delivery of Judicial Education programmes in Canada and abroad for more than 20 years. In 2012 he agreed to serve as the Founding President of the Canadian Association for Legal Ethics. In 2015 he was inducted as a Fellow of the Royal Society of Canada.

LEARN MORE (HTTPS://WWW.DAL.CA/FACULTY/LAW/FACULTY-STAFF/OUR-FACULTY/RICHARD-DEVLIN.HTML)

**BACK TO TOP OF PAGE (/TEST)**

Powered by Squarespace (http://www.squarespace.com)