# EXHIBIT 69

# District of Columbia
# Court of Appeals



FILED SEP 2 0 2018 DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 18-BG-967**

In the Matter of
STEVEN R. DONZIGER
A Member of the Bar of the
District of Columbia
Court of Appeals
Bar Registration No. 431577            DDN: 288-18

## ORDER

This court having received a certified copy of an order of the Appellate Division of the Supreme Court of the First Judicial Department in the County of New York, New York, temporarily suspending the respondent from the practice of law, it is, accordingly, pursuant to D.C. Bar Rule XI, § 11 (d),

ORDERED that respondent is suspended from the practice of law in the District of Columbia pending final disposition of this proceeding, effective on the date of entry of this order, and it is

FURTHER ORDERED that this proceeding is hereby stayed pending resolution of the disciplinary matter in New York. It is

FURTHER ORDERED that while this matter is stayed, Disciplinary Counsel shall file, at a minimum, annual reports on the status of the disciplinary proceedings in New York. It is

FURTHER ORDERED that respondent's attention is drawn to the requirement of Rule XI, § 14 relating to suspended attorneys and to the provisions of Rule XI, § 16 (c) dealing with the timing of eligibility for reinstatement as related to compliance with Rule XI, § 14, including the filing of the required affidavit.

No. 18-BG-967

BY THE COURT:

ANNA BLACKBURNE-RIGSBY
Chief Judge

Copies to:

Steven R. Donziger
c/o Michael S. Frisch, Esquire
600 New Jersey Avenue, NW
Room 415
Washington, DC 20001

Copies e-served to:

James T. Phalen, Esquire
Executive Attorney
Board on Professional Responsibility
430 E Street, NW, Suite 138
Washington, DC  20001

Hamilton P. Fox, III, Esquire
Disciplinary Counsel
 Office of Disciplinary Counsel
515 5th Street, NW, Suite 117
Washington, DC  20001

oio