# EXHIBIT 71

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION, | INDEX NUMBER: 11 CIV. 0691 (LAK) |
| vs *Plaintiff* | |
| STEVEN DONZIGER, et al., | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Woodside, New York

That on 4/16/2018 at 1:49 PM at 245 West 104th Street, New York, NY 10025

deponent served the following documents:

- Chevron Corporation's Subpoena Ad Testificandum to Steven R. Donziger;
- Chevron Corporation's First Set of Requests for Production of Documents in Aid of the Supplemental Judgment to Defendants Steven Donziger, the Law Offices of Steven R. Donziger, and Donziger & Associates, PLLC;
- Chevron Corporation's First Information Subpoena in Aid of the Supplemental Judgment and Restraining Notice to Defendants Steven Donziger, the Law Offices of Steven R. Donziger, and Donziger & Associates, PLLC, self-addressed postpaid return envelope;

- Subpoena to Testify at a Deposition in a Civil Action to Athenahealth, Inc.
- Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Exhibit A to Athenahealth, Inc.
- Attachment to Subpoena to Produce Documents ("Chevron Corporation's First Information Subpoena, Subpoena Duces Tecum, and Subpoena Ad Testificandum to Athenahealth, Inc."), self-addressed prepaid return envelope

- Subpoena to Testify at a Deposition in a Civil Action to Jonathan Bush
- Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Exhibit A to Jonathan Bush
- Attachment to Subpoena to Produce Documents ("Chevron Corporation's First Information Subpoena, Subpoena Duces Tecum, and Subpoena Ad Testificandum to Jonathan Bush"), self-addressed prepaid return envelope

- Subpoena to Testify at a Deposition in a Civil Action to Katie Sullivan, in her capacity as President of Streamline Family Office, Inc.
- Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Exhibit A to Katie Sullivan, in her capacity as President of Streamline Family Office, Inc.
- Attachment to Subpoena to Produce Documents ("Chevron Corporation's First Information Subpoena, Subpoena Duces Tecum, and Subpoena Ad Testificandum to Katie Sullivan, in her capacity as President of Streamline Family Office, Inc."), self-addressed prepaid return envelope

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

1

- Subpoena to Testify at a Deposition in a Civil Action to Katie Sullivan
- Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Exhibit A to Katie Sullivan
- Attachment to Subpoena to Produce Documents ("Chevron Corporation's First Information Subpoena, Subpoena Duces Tecum, and Subpoena Ad Testificandum to Katie Sullivan."), self-addressed prepaid return envelope

- Subpoena to Testify at a Deposition in a Civil Action to Joshua Rizack
- Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Exhibit A to Joshua Rizack
- Attachment to Subpoena to Produce Documents ("Chevron Corporation's First Information Subpoena, Subpoena Duces Tecum, and Subpoena Ad Testificandum to Joshua Rizack"), self-addressed prepaid return envelope

on **Steven R. Donziger** witness therein named,

by delivering thereat a true copy of each to **Manny "Doe" (Doorman - refused to give his last name and refused server access to apartment)**, a person of suitable age and discretion. Said premises is witness's dwelling place / usual place of abode within the state.

Description of Person Served:
Gender: Male
Skin: Tan
Hair: Bald
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.
Other:

Sworn to before me this
17th day of April, 2018

NOTARY PUBLIC

JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC #01DI4977768
COMMISSION EXPIRES 2/11/2019

Nicholai Granados
License No.2028666

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

2