# EXHIBIT 82

Court File No. CV-12-9808-00CL

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**COMMERCIAL LIST**

| | |
|---|---|
| THE HONOURABLE | ) FRIDAY, THE 20TH DAY OF |
| | ) |
| JUSTICE HAINEY | ) JANUARY, 2017 |

BETWEEN:

DANIEL CARLOS LUSITANDE YAIGUAJE, BENANCIO FREDY CHIMBO GREFA, MIGUEL MARIO PAYAGUAJE PAYAGUAJE, TEODORO GONZALO PIAGUAJE PAYAGUAJE, SIMON LUSITANDE YAIGUAJE, ARMANDO WILMER PIAGUAJE PAYAGUAJE, ANGEL JUSTINO PIAGUAJE LUCITANTE, JAVIER PIAGUAJE PAYAGUAJE, FERMIN PIAGUAJE, LUIS AGUSTIN PAYAGUAJE PIAGUAJE, EMILIO MARTIN LUSITANDE YAIGUAJE, REINALDO LUSITANDE YAIGUAJE, MARIA VICTORIA AGUINDA SALAZAR, CARLOS GREFA HUATATOCA, CATALINA ANTONIA AGUINDA SALAZAR, LIDIA ALEXANDRIA AGUINDA AGUINDA, CLIDE RAMIRO AGUINDA AGUINDA, LUIS ARMANDO CHIMBO YUMBO, BEATRIZ MERCEDES GREFA TANGUILA, LUCIO ENRIQUE GREFA TANGUILA, PATRICIO WILSON AGUINDA AGUINDA, PATRICIO ALBERTO CHIMBO YUMBO, SEGUNDO ANGEL AMANTA MILAN, FRANCISCO MATIAS ALVARADO YUMBO, OLGA GLORIA GREFA CERDA, NARCISA AIDA TANGUILA NARVAEZ, BERTHA ANTONIA YUMBO TANGUILA, GLORIA LUCRECIA TANGUILA GREFA, FRANCISCO VICTOR TANGUILA GREFA, ROSA TERESA CHIMBO TANGUILA, MARIA CLELIA REASCOS REVELO, HELEODORO PATARON GUARACA, CELIA IRENE VIVEROS CUSANGUA, LORENZO JOSE ALVARADO YUMBO, FRANCISCO ALVARADO YUMBO, JOSE GABRIEL REVELO LLORE, LUISA DELIA TANGUILA NARVAEZ, JOSE MIGUEL IPIALES CHICAIZA, HUGO GERARDO CAMACHO NARANJO, MARIA MAGDALENA RODRIGUEZ BARCENES, ELIAS ROBERTO PIYAHUAJE PAYAHUAJE, LOURDES BEATRIZ CHIMBO TANGUILA, OCTAVIO ISMAEL CORDOVA HUANCA, MARIA HORTENCIA VIVEROS CUSANGUA, GUILLERMO VINCENTE PAYAGUAJE LUSITANTE, ALFREDO DONALDO PAYAGUAJE PAYAGUAJE and DELFIN LEONIDAS PAYAGUAJE PAYAGUAJE

Plaintiffs

- and -

CHEVRON CORPORATION, CHEVRON CANADA LIMITED and CHEVRON CANADA FINANCE LIMITED

Defendants

## JUDGMENT AND ORDER

**THESE MOTIONS:**

a) by the Defendant Chevron Canada Limited ("Chevron Canada"), for summary judgment dismissing the claim in this action by the Plaintiffs as against Chevron Canada, as set out in Chevron Canada's Notice of Motion dated October 2, 2015 (the "Chevron Canada Motion");

b) by the Defendant Chevron Corporation ("Chevron Corp."), for summary judgment dismissing the Plaintiffs' claims in this action in and relating to paragraphs 1(c), 1(d), 18-20 and 23-26 of the Amended Amended Statement of Claim as set out in the Notice of Motion of Chevron Corp. dated October 2, 2015 (the "Chevron Corp. Motion"); and

c) by the Plaintiffs, for an Order for summary judgment that, upon obtaining an Ontario Judgment for the recognition and enforcement of the Ecuadorian Judgment for USD $9.51 billion, plus pre-judgment and post-judgment interest, the shares and assets of Chevron Canada are exigible to satisfy the Judgment Debt of Chevron Corp. as set out in the Plaintiffs' Notice of Motion dated October 23, 2015 (the "Plaintiffs' Summary Judgment Motion")

were heard on September 12 and 13, 2016 at the court house, 330 University Avenue, Toronto.

**ON READING** the affidavit of Frank G. Soler sworn August 7, 2012, the affidavit of Jeffrey C. Wasko sworn August 8, 2012, the affidavit of Frank G. Soler sworn October 7, 2015, the affidavit of Beverley Keyes sworn October 9, 2015, and the affidavit of Frank G. Soler sworn June 13, 2016 and the exhibits to such affidavits, and the cross-examinations conducted on such

affidavits and the exhibits and answers to undertakings on those cross-examinations (parts of which were filed on a confidential basis pursuant to the Further Protective Order of this Court dated December 21, 2015), and on hearing the submissions of the lawyers for Chevron Canada, Chevron Corp. and the Plaintiffs, judgment having been reserved until this day:

1. **THIS COURT ORDERS AND ADJUDGES** that the Chevron Canada Motion is granted and that this action against Chevron Canada is dismissed.

2. **THIS COURT ORDERS** that the Chevron Corp. Motion is granted and that the Plaintiffs' claims in and relating to paragraphs 1(c), 1(d), 18-20 and 23-26 of the Amended Amended Statement of Claim are dismissed as against Chevron Corp.

3. **THIS COURT ORDERS** that the Plaintiffs' Summary Judgment Motion is dismissed.

4. **THIS COURT ORDERS** that the issue of costs will be addressed in a separate order.

Hainey J

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO:

FEB 10 2017

PER / PAR:

DANIEL CARLOS LUSITANDE YAIGUAJE *et al.*
Plaintiffs

- and -

CHEVRON CORPORATION *et al.*
Defendants

Court File No. CV-12-9808-00CL

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**COMMERCIAL LIST**

Proceeding commenced at Toronto

**JUDGMENT AND ORDER**

**Goodmans LLP**
Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7

**Benjamin Zarnett** LSUC#: 17247M
bzarnett@goodmans.ca
**Suzy Kauffman** LSUC#: 41703D
skauffman@goodmans.ca
**Peter Kolla** LSUC#: 54608K
pkolla@goodmans.ca
Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Defendant, Chevron Canada Limited