# EXHIBIT 83

Court File No. CV-12-9808-00CL

## *ONTARIO*
## SUPERIOR COURT OF JUSTICE
## COMMERCIAL LIST

| | |
|---|---|
| THE HONOURABLE | ) FRIDAY, THE 26TH DAY OF |
| | ) |
| JUSTICE HAINEY | ) MAY, 2017 |

B E T W E E N:

DANIEL CARLOS LUSITANDE YAIGUAJE, BENANCIO FREDY CHIMBO GREFA, MIGUEL MARIO PAYAGUAJE PAYAGUAJE, TEODORO GONZALO PIAGUAJE PAYAGUAJE, SIMON LUSITANDE YAIGUAJE, ARMANDO WILMER PIAGUAJE PAYAGUAJE, ANGEL JUSTINO PIAGUAJE LUCITANTE, JAVIER PIAGUAJE PAYAGUAJE, FERMIN PIAGUAJE, LUIS AGUSTIN PAYAGUAJE PIAGUAJE, EMILIO MARTIN LUSITANDE YAIGUAJE, REINALDO LUSITANDE YAIGUAJE, MARIA VICTORIA AGUINDA SALAZAR, CARLOS GREFA HUATATOCA, CATALINA ANTONIA AGUINDA SALAZAR, LIDIA ALEXANDRIA AGUINDA AGUINDA, CLIDE RAMIRO AGUINDA AGUINDA, LUIS ARMANDO CHIMBO YUMBO, BEATRIZ MERCEDES GREFA TANGUILA, LUCIO ENRIQUE GREFA TANGUILA, PATRICIO WILSON AGUINDA AGUINDA, PATRICIO ALBERTO CHIMBO YUMBO, SEGUNDO ANGEL AMANTA MILAN, FRANCISCO MATIAS ALVARADO YUMBO, OLGA GLORIA GREFA CERDA, NARCISA AIDA TANGUILA NARVAEZ, BERTHA ANTONIA YUMBO TANGUILA, GLORIA LUCRECIA TANGUILA GREFA, FRANCISCO VICTOR TANGUILA GREFA, ROSA TERESA CHIMBO TANGUILA, MARIA CLELIA REASCOS REVELO, HELEODORO PATARON GUARACA, CELIA IRENE VIVEROS CUSANGUA, LORENZO JOSE ALVARADO YUMBO, FRANCISCO ALVARADO YUMBO, JOSE GABRIEL REVELO LLORE, LUISA DELIA TANGUILA NARVAEZ, JOSE MIGUEL IPIALES CHICAIZA, HUGO GERARDO CAMACHO NARANJO, MARIA MAGDALENA RODRIGUEZ BARCENES, ELIAS ROBERTO PIYAHUAJE PAYAHUAJE, LOURDES BEATRIZ CHIMBO TANGUILA, OCTAVIO ISMAEL CORDOVA HUANCA, MARIA HORTENCIA VIVEROS CUSANGUA, GUILLERMO VINCENTE PAYAGUAJE LUSITANTE, ALFREDO DONALDO PAYAGUAJE PAYAGUAJE and DELFIN LEONIDAS PAYAGUAJE PAYAGUAJE

Plaintiffs

- and -

CHEVRON CORPORATION, CHEVRON CANADA LIMITED and CHEVRON CANADA FINANCE LIMITED

Defendants

## COSTS ORDER

**MOTIONS** by the Defendants Chevron Canada Limited, Chevron Corporation, and the Plaintiffs for summary judgment (the "Summary Judgment Motions") were heard on September 12 and 13, 2016 at the court house, 330 University Avenue, and determined by Judgment and Order dated January 20, 2017, which ordered in paragraph 4 that the issue of costs would be addressed in a separate order.

**A MOTION** brought by the Plaintiffs under Rule 21.01(1)(b) to strike all the defences pleaded by Chevron Corporation in its Statement of Defence dated October 2, 2015 (the "Strike Motion") was heard on September 14 and 15, 2016 at the court house, 330 University Avenue, and determined by Order dated January 20, 2017, which ordered in paragraph 3 that the issue of costs would be addressed in a separate order.

**ON READING** the written costs submissions of the parties, and for reasons released this day:

1. **THIS COURT ORDERS** that the Plaintiffs shall pay to Chevron Canada Limited costs in the amount of $533,001.81, inclusive of tax and disbursements, in respect of the Summary Judgment Motions, by June 26, 2017.

2. **THIS COURT ORDERS** that the Plaintiffs shall pay to Chevron Corporation costs in the amount of $313,283.00, inclusive of tax and disbursements, in respect of the Summary Judgment Motions and the Strike Motion, by June 26, 2017.

_____
CM CHIBA, Registrar
Superior Court of Justice

THIS ORDER BEARS INTEREST at the rate of 2 percent per year commencing on June 26, 2017.

| ENTERED AT / INSCRIT À TORONTO ON / BOOK NO: LE / DANS LE REGISTRE NO: | 330 UNIVERSITY AVE. 7TH FLOOR TORONTO, ONTARIO M5G 1R7 | 330 AVE. UNIVERSITY 7E ÉTAGE TORONTO, ONTARIO M5G 1R7 |

JUN 0 2 2017

PER / PAR: 

| | | |
|---|---|---|
| DANIEL CARLOS LUSITANDE YAIGUAJE *et al.*<br>Plaintiffs | - and - CHEVRON CORPORATION *et al.*<br>Defendants | Court File No. CV-12-9808-00CL |

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**COMMERCIAL LIST**

Proceeding commenced at Toronto

**COSTS ORDER**

**Goodmans LLP**
Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON  M5H 2S7

**Benjamin Zarnett**  LSUC#: 17247M
bzarnett@goodmans.ca
**Suzy Kauffman**  LSUC#: 41703D
skauffman@goodmans.ca
**Peter Kolla**  LSUC#: 54608K
pkolla@goodmans.ca
Tel:   416.979.2211
Fax:   416.979.1234

Lawyers for the Defendant, Chevron Canada Limited

6699359