# EXHIBIT 3-A

Case 1:11-cv-00691-LAK-RWL   Document 2092-3   Filed 10/02/18   Page 2 of 2

Chevron Corporation v. Steven Donziger, et al.

**Detail of Investor Deposits Into Donziger-Controlled Bank Accounts (by Individual Deposits)** — **Exhibit 3-A**

Time Period: January 1, 2016 through June 30, 2018

| # | Tx Date | Investor | To | Bank | Account # | Type | Trans. | Amount |
|---|---|---|---|---|---|---|---|---|
| **PAID DIRECTLY TO DONZIGER** | | | | | | | | |
| 1 | 1/25/16 | George R Waters | Steven R. Donziger | TD Bank | **2265 | Pers. Chkg. | Wire | $ 50,000.00 |
| 2 | 2/14/17 | George R Waters | Donziger & Associates | TD Bank | **8783 | Bus. Chkg. | Wire | 50,000.00 |
| 3 | 12/11/17 | George R Waters | Donziger & Associates | TD Bank | **8783 | Bus. Chkg. | Wire | 50,000.00 |
| | | | | | | **SUBTOTAL DIRECT TO DONZIGER** | $ | **150,000.00** |
| **PAID TO DONZIGER THROUGH LENCZNER SLAGHT ROYCE SMITH [1]** | | | | | | | | |
| 4 | 5/10/16 | ███ | Donziger & Associates | TD Bank | **8783 | Bus. Chkg. | Wire | 74,990.00 |
| 5 | 7/19/16 | ███ | Donziger & Associates | TD Bank | **8783 | Bus. Chkg. | Wire | 104,990.00 |
| 6 | 10/6/16 | ███ | Donziger & Associates | TD Bank | **8783 | Bus. Chkg. | Wire | 143,490.00 |
| 7 | 10/21/16 | ███ | Donziger & Associates | TD Bank | **8783 | Bus. Chkg. | Wire | 99,990.00 |
| 8 | 12/19/16 | ███ | Donziger & Associates | TD Bank | **8783 | Bus. Chkg. | Wire | 64,990.00 |
| 9 | 2/21/17 | ███ | Donziger & Associates | TD Bank | **8783 | Bus. Chkg. | Wire | 137,490.00 |
| | | | | | **SUBTOTAL TO DONZIGER THROUGH LENCZNER SLAGHT ROYCE SMITH** | $ | **625,940.00** |
| **PAID TO DONZIGER THROUGH CWP ASSOCIATES AND FORUM NOBIS** | | | | | | | | |
| 10 | 1/30/18 | CWP Associates | Donziger & Associates | TD Bank | **8783 | Bus. Chkg. | Wire | 25,000.00 |
| 11 | 2/5/18 | CWP Associates | Donziger & Associates | TD Bank | **8783 | Bus. Chkg. | Wire | 25,000.00 |
| 12 | 3/13/18 | CWP Associates | Donziger & Associates | TD Bank | **8783 | Bus. Chkg. | Wire | 75,000.00 |
| 13 | 5/8/18 | Forum Nobis | Steven R. Donziger | TD Bank | **8132 | Pers. Chkg. | Wire | 342,045.16 |
| | | | | | **DIRECT TO DONZIGER FROM CWP AND FORUM NOBIS** | $ | **467,045.16** |
| | | | | | **TOTAL INVESTOR PAYMENTS TO DONZIGER TD BANK ACCOUNTS** | $ | **1,242,985.16** |
| ███ | | | | | | | | |
| | ███ | ███ | ███ | | ███ | ███ | ███ | ███ |
| | ███ | ███ | ███ | | ███ | ███ | ███ | ███ |
| | ███ | ███ | ███ | | ███ | ███ | ███ | ███ |
| | | | | | | **SUBTOTAL INDIRECT TO DONZIGER** | $ | ███ |
| | | | | | | **TOTAL INVESTOR PAYMENTS** | $ | ███ |

**ANALYSES**

| | |
|---|---|
| Subtotal Direct from Investors to Donziger Accounts | $ 150,000.00 |
| Subtotal From Lenczner Slaght to Donziger Accounts | 625,940.00 |
| Three Direct Transfers from CWP to Donziger Accounts | 125,000.00 |
| One to Donziger Accounts via Forum Nobis | 342,045.16 |
| **Total Investor Amounts to Donziger Accounts** | **$ 1,242,985.16** |
| Deposits from Other External Sources 1/1/16 - 6/30/18 | 72,988.15 |
| **Total Deposits to Donziger Accounts 1/1/16 - 6/30/18** | **$ 1,315,973.31** |
| Percentage of Investor Deposits to Total Deposits | 94.5% |

**Note [1]:** As shown on **Exhibit 1**, five payments in 2016 and one in 2017 were paid through Lenczner Slaght Royce Smith.

**Note [2]:** ███



Disbursed as follows: ███

| | |
|---|---|
| Three Direct Transfers to Donziger | (125,000.00) |
| ███ | ███ |
| **TOTAL** | **$ -** |