# EXHIBIT 3-B

Chevron Corporation v. Steven Donziger, et al.

**Detail of Investor Deposits Into Donziger-controlled Bank Accounts (by Year and Investor)**          **Exhibit 3-B**

**Time Period: August 2004 through January 2018**

**ANNUAL SUMMARY**

| Year | # of Deposits | Total Amount |
|------|---------------|--------------|
| 2004 | 5 | $ 92,874.35 |
| 2005 | 18 | 165,621.34 |
| 2006 | 16 | 207,312.96 |
| 2007 | 10 | 1,999,911.36 |
| 2008 | 10 | 233,110.83 |
| 2009 | 10 | 217,414.62 |
| 2010 | 5 | 2,550,000.00 |
| 2011 | 7 | 1,179,486.18 |
| 2012 | 4 | 789,000.00 |
| 2013 | 4 | 447,000.00 |
| 2014 | 0 | - |
| 2015 | 0 | - |
| 2016 | 8 | 538,450.00 |
| 2017 | 3 | 237,490.00 |
| ██ | █ | ████ |
| Total 2016-2018 | █ | ████ |
| Total 2004-2018 | █ | ████ |

**SUMMARY BY INVESTOR**

| Investor | Amount |
|----------|--------|
| Magister Law | $ 3,274,486.18 |
| Russ DeLeon | 1,750,000.00 |
| Kohn, Swift & Graf | 1,166,245.46 |
| Torvia | 714,000.00 |
| Patton Boggs, LLP | 430,000.00 |
| Glenn J. Krevlin | ████ |
| ██ | ████ |
| ██ | ████ |
| ██ | 208,480.00 |
| George R Waters | 202,000.00 |
| Olswang LLP (Woodsford) | 200,000.00 |
| Orin Kramer | 150,000.00 |
| ██ | 137,490.00 |
| ██ | 104,990.00 |
| Michael Donziger | 100,000.00 |
| ██ | 99,990.00 |
| Amazonia Recovery Limited | 45,000.00 |
| Totals | ██ |

| # | Bank Name | Name on Account | Account # | Tx Date | Transaction Type | From | To | Amount |
|---|-----------|-----------------|-----------|---------|------------------|------|-----|--------|
| 1 | Chase | Steven R. Donziger | 61-65 | 8/16/2004 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | $ 31,397.37 |
| 2 | Chase | Steven R. Donziger | 61-65 | 10/18/2004 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 15,000.00 |
| 3 | Chase | Steven R. Donziger | 61-65 | 11/8/2004 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 12,692.39 |
| 4 | Chase | Steven R. Donziger | 61-65 | 11/22/2004 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 30,000.00 |
| 5 | Chase | Steven R. Donziger | 61-65 | 11/24/2004 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 3,784.59 |
| | | | | **Subtotal - 2004** | | | | $ 92,874.35 |
| 6 | Chase | Steven R. Donziger | 52-65 | 1/19/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 27,000.00 |
| 7 | Chase | Steven R. Donziger | 52-65 | 2/3/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 2,818.21 |
| 8 | Chase | Steven R. Donziger | 52-65 | 2/16/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 3,879.95 |
| 9 | Chase | Steven R. Donziger | 52-65 | 2/16/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 15,000.00 |
| 10 | Chase | Steven R. Donziger | 52-65 | 2/18/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 488.70 |
| 11 | Chase | Steven R. Donziger | 52-65 | 4/14/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 1,240.00 |
| 12 | Chase | Steven R. Donziger | 52-65 | 4/14/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 4,216.98 |
| 13 | Chase | Steven R. Donziger | 52-65 | 4/14/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 5,685.30 |
| 14 | Chase | Steven R. Donziger | 52-65 | 4/14/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 15,000.00 |
| 15 | Chase | Steven R. Donziger | 52-65 | 6/23/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 910.60 |
| 16 | Chase | Steven R. Donziger | 52-65 | 6/23/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 3,393.06 |

Chevron Corporation v. Steven Donziger, et al.

**Detail of Investor Deposits Into Donziger-controlled Bank Accounts (by Year and Investor)**   **Exhibit 3-B**

**Time Period: August 2004 through January 2018**

| # | Bank Name | Name on Account | Account # | Tx Date | Transaction Type | From | To | Amount |
|---|---|---|---|---|---|---|---|---|
| 17 | Chase | Steven R. Donziger | 52-65 | 7/18/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 6,478.58 |
| 18 | Chase | Steven R. Donziger | 52-65 | 7/21/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 15,000.00 |
| 19 | Chase | Steven R. Donziger | 52-65 | 7/21/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 15,000.00 |
| 20 | Chase | Steven R. Donziger | 52-65 | 7/21/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 15,000.00 |
| 21 | Chase | Steven R. Donziger | 52-65 | 8/29/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 4,509.96 |
| 22 | Chase | Steven R. Donziger | 5365 | 12/1/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 15,000.00 |
| 23 | Chase | Steven R. Donziger | 5365 | 12/19/2005 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 15,000.00 |
| | | | | **Subtotal - 2005** | | | | **$ 165,621.34** |
| 24 | Chase | Steven R. Donziger | 5365 | 2/1/2006 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 1,952.01 |
| 25 | Chase | Steven R. Donziger | 5365 | 2/1/2006 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 6,026.37 |
| 26 | Chase | Steven R. Donziger | 5365 | 2/6/2006 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 2,572.39 |
| 27 | Chase | Steven R. Donziger | 5365 | 4/11/2006 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 468.39 |
| 28 | Chase | Steven R. Donziger | 5365 | 4/11/2006 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 2,093.37 |
| 29 | Chase | Steven R. Donziger | 5365 | 4/11/2006 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 3,287.28 |
| 30 | Chase | Steven R. Donziger | 5365 | 4/11/2006 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 5,162.87 |
| 31 | Chase | Steven R. Donziger | 5365 | 4/11/2006 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 15,000.00 |
| 32 | Chase | Steven R. Donziger | 5365 | 6/8/2006 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 1,453.67 |
| 33 | Chase | Steven R. Donziger | 5365 | 6/8/2006 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 3,651.98 |
| 34 | Chase | Steven R. Donziger | 5365 | 6/14/2006 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 2,360.32 |
| 35 | Chase | Steven R. Donziger | 5365 | 6/14/2006 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 5,367.24 |
| 36 | Chase | Steven R. Donziger | 5365 | 6/14/2006 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 40,000.00 |
| 37 | Chase | Steven R. Donziger | 5365 | 8/28/2006 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 7,156.46 |
| 38 | Chase | Steven R. Donziger | 5365 | 9/1/2006 | Check deposit | Kohn, Swift & Graf | Steven R. Donziger | 45,000.00 |
| 39 | Chase | Steven R. Donziger | 5365 | 11/30/2006 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 65,760.61 |
| | | | | **Subtotal - 2006** | | | | **$ 207,312.96** |
| 40 | Chase | Steven R. Donziger | 5365 | 2/26/2007 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 9,284.09 |
| 41 | Chase | Donziger & Associates | 0218 | 3/23/2007 | Wire Transfer | Russ DeLeon | Donziger & Associates | 1,750,000.00 |
| 42 | Chase | Steven R. Donziger | 5365 | 5/18/2007 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 13,629.31 |
| 43 | Chase | Steven R. Donziger | 5365 | 5/18/2007 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 15,000.00 |
| 44 | Chase | Steven R. Donziger | 5365 | 5/18/2007 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 90,000.00 |
| 45 | Chase | Steven R. Donziger | 5365 | 7/18/2007 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 20,187.72 |
| 46 | Chase | Steven R. Donziger | 5365 | 8/13/2007 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 30,000.00 |
| 47 | Chase | Steven R. Donziger | 5365 | 9/13/2007 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 13,340.47 |
| 48 | Chase | Steven R. Donziger | 5365 | 10/22/2007 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 30,000.00 |
| 49 | Chase | Steven R. Donziger | 5365 | 11/5/2007 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 28,469.77 |
| | | | | **Subtotal - 2007** | | | | **$ 1,999,911.36** |

Chevron Corporation v. Steven Donziger, et al.

**Detail of Investor Deposits Into Donziger-controlled Bank Accounts (by Year and Investor)**    **Exhibit 3-B**

Time Period: August 2004 through January 2018

| # | Bank Name | Name on Account | Account # | Tx Date | Transaction Type | From | To | Amount |
|---|-----------|-----------------|-----------|---------|------------------|------|-----|--------|
| 50 | Chase | Steven R. Donziger | 5365 | 5/21/2008 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 10,489.30 |
| 51 | Chase | Steven R. Donziger | 5365 | 5/21/2008 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 45,000.00 |
| 52 | Chase | Steven R. Donziger | 5365 | 7/14/2008 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 30,000.00 |
| 53 | Chase | Steven R. Donziger | 5365 | 8/5/2008 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 24,004.50 |
| 54 | Chase | Steven R. Donziger | 5365 | 9/9/2008 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 5,147.93 |
| 55 | Chase | Donziger & Assoc. | 0218 | 9/29/2008 | Check Deposit | Kohn, Swift & Graf | Donziger & Associates | 45,000.00 |
| 56 | Chase | Steven R. Donziger | 5365 | 10/28/2008 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 14,313.25 |
| 57 | Chase | Steven R. Donziger | 5365 | 12/17/2008 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 7,407.13 |
| 58 | Chase | Steven R. Donziger | 5365 | 12/17/2008 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 9,248.72 |
| 59 | Chase | Steven R. Donziger | 5365 | 12/17/2008 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 42,500.00 |
| | | | | | **Subtotal - 2008** | | | **$   233,110.83** |
| 60 | Chase | Steven R. Donziger | 5365 | 3/2/2009 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 8,351.15 |
| 61 | Chase | Steven R. Donziger | 5365 | 3/2/2009 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 15,713.54 |
| 62 | Chase | Steven R. Donziger | 5365 | 4/7/2009 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 30,000.00 |
| 63 | Chase | Steven R. Donziger | 5365 | 5/12/2009 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 18,363.28 |
| 64 | Chase | Steven R. Donziger | 5365 | 5/12/2009 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 30,000.00 |
| 65 | Chase | Steven R. Donziger | 5365 | 7/20/2009 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 44,986.65 |
| 66 | Chase | Steven R. Donziger | 5365 | 7/27/2009 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 30,000.00 |
| 67 | Chase | Steven R. Donziger | 5365 | 8/19/2009 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 5,000.00 |
| 68 | Chase | Steven R. Donziger | 5365 | 8/19/2009 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 17,500.00 |
| 69 | Chase | Steven R. Donziger | 5365 | 10/9/2009 | Check Deposit | Kohn, Swift & Graf | Steven R. Donziger | 17,500.00 |
| | | | | | **Subtotal - 2009** | | | **$   217,414.62** |
| 70 | Chase | Donziger & Assoc. | 0218 | 2/17/2010 | Transfer | Orin Kramer | Donziger & Associates | 150,000.00 |
| 71 | Chase | Donziger & Assoc. | 0218 | 3/10/2010 | Transfer | Magister Law | Donziger & Associates | 500,000.00 |
| 72 | Chase | Donziger & Assoc. | 0218 | 6/11/2010 | Transfer | Magister Law | Donziger & Associates | 250,000.00 |
| 73 | Chase | Donziger & Assoc. | 0218 | 8/17/2010 | Transfer | Magister Law | Donziger & Associates | 1,250,000.00 |
| 74 | Chase | Donziger & Assoc. | 0218 | 12/31/2010 | Transfer | Patton Boggs, LLP | Donziger & Associates | 400,000.00 |
| | | | | | **Subtotal - 2010** | | | **$ 2,550,000.00** |
| 75 | Chase | Donziger & Assoc. | 0218 | 2/24/2011 | Deposit | Michael Donziger | Donziger & Associates | 100,000.00 |
| 76 | Chase | Donziger & Assoc. | 0218 | 3/18/2011 | Transfer | Patton Boggs, LLP | Donziger & Associates | 30,000.00 |
| 77 | Chase | Donziger & Assoc. | 0218 | 6/16/2011 | Transfer | Magister Law | Donziger & Associates | 307,469.57 |
| 78 | Chase | Donziger & Assoc. | 0218 | 7/1/2011 | Transfer | Magister Law | Donziger & Associates | 115,000.00 |
| 79 | Chase | Donziger & Assoc. | 0218 | 8/19/2011 | Transfer | Magister Law | Donziger & Associates | 350,000.00 |
| 80 | Chase | Donziger & Assoc. | 0218 | 9/26/2011 | Transfer | Magister Law | Donziger & Associates | 27,016.61 |
| 81 | Chase | Donziger & Assoc. | 0218 | 11/15/2011 | Transfer | Magister Law | Donziger & Associates | 250,000.00 |
| | | | | | **Subtotal - 2011** | | | **$ 1,179,486.18** |

Chevron Corporation v. Steven Donziger, et al.

**Detail of Investor Deposits Into Donziger-controlled Bank Accounts (by Year and Investor)**     **Exhibit 3-B**

Time Period: August 2004 through January 2018

| # | Bank Name | Name on Account | Account # | Tx Date | Transaction Type | From | To | Amount |
|---|-----------|-----------------|-----------|---------|------------------|------|-----|--------|
| 82 | Chase | Donziger & Assoc. | 0218 | 2/2/2012 | Transfer | Magister Law | Donziger & Associates | 225,000.00 |
| 83 | Chase | Donziger & Assoc. | 0218 | 5/18/2012 | Transfer | Torvia | Donziger & Associates | 380,000.00 |
| 84 | Chase | Donziger & Assoc. | 0218 | 11/23/2012 | Deposit | Torvia | Donziger & Associates | 180,000.00 |
| 85 | Chase | Donziger & Assoc. | 0218 | 11/23/2012 | Deposit | Torvia | Donziger & Associates | 4,000.00 |
| | | | | **Subtotal - 2012** | | | | **$   789,000.00** |
| 86 | TD Bank | Steven R. Donziger | 427-7302265 | 2/25/2013 | Wire Transfer | Torvia | Steven R. Donziger | 150,000.00 |
| 87 | TD Bank | Steven R. Donziger | 427-7302265 | 4/4/2013 | Wire Transfer | Amazonia Recovery Limited | Steven R. Donziger | 45,000.00 |
| 88 | TD Bank | Steven R. Donziger | 427-7302265 | 10/10/2013 | Wire Transfer | Olswang LLP (Woodsford) | Steven R. Donziger | 200,000.00 |
| 89 | TD Bank | Steven R. Donziger | 427-7302265 | 10/28/2013 | Wire Transfer | George R Waters | Steven R. Donziger | 52,000.00 |
| | | | | **Subtotal - 2013** | | | | **$   447,000.00** |
| | | | | **Subtotal - 2014** | | | | **$           -** |
| | | | | **Subtotal - 2015** | | | | **$           -** |
| 92 | TD Bank | Steven R. Donziger | 427-7302265 | 1/25/2016 | Wire Transfer | George R Waters | Steven R. Donziger | 50,000.00 |
| 93 | TD Bank | Donziger & Assoc. | 427-3938783 | 5/10/2016 | Wire Transfer | ▮ [1] | Donziger & Associates | 74,990.00 |
| 94 | TD Bank | Donziger & Assoc. | 427-3938783 | 7/19/2016 | Wire Transfer | ▮ [1] | Donziger & Associates | 104,990.00 |
| 95 | TD Bank | Donziger & Assoc. | 427-3938783 | 10/6/2016 | Wire Transfer | ▮ ) [1] | Donziger & Associates | 143,490.00 |
| 96 | TD Bank | Donziger & Assoc. | 427-3938783 | 10/21/2016 | Wire Transfer | ▮ [1] | Donziger & Associates | 99,990.00 |
| 97 | TD Bank | Donziger & Assoc. | 427-3938783 | 12/19/2016 | Wire Transfer | ▮ [1] | Donziger & Associates | 64,990.00 |
| | | | | **Subtotal - 2016** | | | | **$   538,450.00** |
| 98 | TD Bank | Donziger & Assoc. | 427-3938783 | 2/14/2017 | Wire Transfer | George R Waters | Donziger & Associates | 50,000.00 |
| 99 | TD Bank | Donziger & Assoc. | 427-3938783 | 2/21/2017 | Wire Transfer | ▮ [1] | Donziger & Associates | 137,490.00 |
| 100 | TD Bank | Donziger & Assoc. | 427-3938783 | 12/11/2017 | Wire Transfer | George R Waters | Donziger & Associates | 50,000.00 |
| | | | | **Subtotal - 2017** | | | | **$   237,490.00** |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | | | | **Subtotal - 2018** | | | | ▮ |
| | | | | **Total - 2004 through June 2018** | | | | ▮ |

Note [1]: Five payments in 2016 and one in 2017 were paid through Lenczner Slaght Royce Smith.