# EXHIBIT 4-A

Chevron Corporation v. Steven Donziger, et al.

**Analysis of TD Bank Accounts - Balances, Investor Deposits and Transfers Between Accounts**  **Exhibit 4-A**
Time Period: January 1, 2016 through June 30, 2018

Legend: Transfers between accounts | Investor deposit into a Personal account | Investor deposit into a Law Firm account

| Acct # / Name | **2265 SRD Personal Checking Acct | | **6418 SRD Personal Savings Acct | | **3420 SRD Personal Checking Acct | | **9857 SRD Personal Savings Acct | | **8132 SRD Personal Checking Acct | | **8783 Law Firm Checking Acct | | **8174 Law Firm Checking Acct | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. |
| Jan-16 | 8,975.88 | 52,876 65 | 262,968.14 | 244,514 09 | | | | | | | 5,208.32 | 5,208 32 | | | 277,152.34 | 302,599.06 |
| 1/13/16 | 12,000.00 | ← | (12,000.00) | | | | | | | | | | | | | |
| 1/14/16 | 25,000.00 | ← | (25,000.00) | | | | | | | | | | | | | |
| 1/25/16 | 50,000.00 | Payment from George R Waters into Personal account - *none* transferred to a Law Firm account | | | | | | | | | | | | | | |
| Feb-16 | 72,487.15 | 53,979 34 | 226,060.03 | 226,100 33 | | | | | | | 5,178.32 | 5,178 32 | | | 303,725.50 | 285,257.99 |
| Mar-16 | 41,995.71 | 35,746 56 | 226,140.63 | 226,183 73 | | | | | | | 5,147.32 | 5,148 32 | | | 273,283.66 | 267,078.61 |
| Apr-16 | 30,220.17 | 11,070 95 | 226,226.83 | 226,264 53 | | | | | | | 5,118.32 | 5,118 32 | | | 261,565.32 | 242,453.80 |
| May-16 | (962.38) | 42,807 96 | 226,303.23 | 226,341 57 | | | | | | | 5,088.32 | 14,510 57 | | | 230,429.17 | 283,660.10 |
| 5/10/16 | | | | | | Payment from Lenczner Slaght Royce Smith deposited to Law Firm account | | | | | 74,990.00 | Three days later $70,000 transferred to Personal | | | | |
| 5/13/16 | 70,000.00 | | | | | | | | ← | | (70,000 00) | | | | | |
| Jun-16 | 35,632.55 | 12,321 50 | 226,379.90 | 180,039 52 | | | | | | | 6,993.32 | 6,993 32 | | | 269,005.77 | 199,354.34 |
| Jul-16 | (2,220.45) | 27,654.49 | 133,698.14 | 197,145 08 | | | | | | | 6,963.32 | 18,727 02 | | | 138,441.01 | 243,526.59 |
| 7/19/16 | 50,000.00 | ← | (50,000.00) | | | | | | | | | | | | | |
| 7/19/16 | | | | | | Payment from Lenczner Slaght Royce Smith deposited to Law Firm account | | | | | 104,990.00 | Three days later $100,000 transferred to Personal | | | | |
| 7/22/16 | | | 100,000.00 | | | | | | ← | | (100,000 00) | | | | | |
| Aug-16 | 26,229.53 | 17,739.19 | 260,592.01 | 214,073.11 | | | | | | | 11,908.32 | 8,298 32 | | | 298,729.86 | 240,110.62 |
| Sep-16 | 13,123.17 | 40,208 92 | 167,554.20 | 142,584 83 | | | | | | | 8,298.32 | 8,124 98 | | | 188,975.69 | 190,918.73 |
| 9/19/16 | 50,000.00 | ← | (50,000.00) | | | | | | | | | | | | | |
| Oct-16 | 24,003.68 | 17,562.76 | 117,615.45 | 116,101 25 | | | | | | | 7,228.32 | 151,727 51 | | | 148,847.45 | 285,391.52 |
| 10/6/16 | | | | | | Payment from Lenczner Slaght Royce Smith deposited to Law Firm account | | | | | 143,490.00 | | | | | |
| 10/21/16 | | | | | | Payment from Lenczner Slaght Royce Smith deposited to Law Firm account | | | | | 99,990.00 | Ten days later $25,000 transferred to Personal | | | | |
| 10/31/16 | 25,000.00 | | | | | | | | ← | | (25,000 00) | | | | | |
| Nov-16 | 21,900.45 | 1,681 36 | 114,587.05 | 114,480 82 | $ - | $ 21,354 87 | | | | | 200,248.32 | 192,330 89 | | | 336,735.82 | 329,847.94 |
| 11/14/16 | (20,000.00) | → | | | 20,000.00 | | | | | | | | | | | |
| 11/14/16 | (1,897.73) | → | | | 1,897.73 | | | | | | | | | | | |
| Dec-16 | 226.04 | 211 91 | 114,374.58 | 114,393 96 | 20,652.86 | 20,872.42 | | | | | 189,034.85 | 165,437.17 | | | 324,288.33 | 300,915.46 |
| 12/19/16 | | | | | | Payment from Lenczner Slaght Royce Smith deposited to Law Firm account | | | | | 64,990.00 | Eight days later $80,000 transferred to Personal | | | | |
| 12/27/16 | | | | | 80,000.00 | | | | ← | | (80,000 00) | | | | | |
| Jan-17 | | | 114,413.33 | 114,432.77 | 20,892.64 | 65,626.15 | | | | | 114,562.85 | 114,328 01 | | | 249,868.82 | 294,386.93 |
| Feb-17 | | | 114,452.20 | 114,469.76 | 35,774.23 | 26,070.71 | | | | | 113,522.85 | 170,970 52 | | | 263,749.28 | 311,510.99 |

Chevron Corporation v. Steven Donziger, et al.

**Analysis of TD Bank Accounts - Balances, Investor Deposits and Transfers Between Accounts**   **Exhibit 4-A**

Time Period: January 1, 2016 through June 30, 2018

Legend: Transfers between accounts | Investor deposit into a Personal account | Investor deposit into a Law Firm account

| Acct # | **2265 SRD Personal Checking Acct | | **6418 SRD Personal Savings Acct | | **3420 SRD Personal Checking Acct | | **9857 SRD Personal Savings Acct | | **8132 SRD Personal Checking Acct | | **8783 Law Firm Checking Acct | | **8174 Law Firm Checking Acct | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. |
| 2/14/17 | Payment from George R Waters deposited to Law Firm account | | | | | | | | | | 50,000.00 | | | | | |
| 2/21/17 | Payment from Lenczner Slaght Royce Smith deposited to Law Firm account | | | | | | | | | | 137,490.00 | Over the next 6 months $60,000 transferred to Personal | | | | |
| Mar-17 | | | 114,487.32 | 94,743.44 | 19,999.40 | 13,033.77 | | | | | 285,917.85 | 268,490.36 | | | 420,404.57 | 376,267.57 |
| 3/20/17 | | | | | 25,000.00 | | | | | | (25,000.00) | | | | | |
| Apr-17 | | | 74,999.56 | 37,507.18 | 27,870.21 | 19,943.23 | - | 37,505.95 | | | 250,472.11 | 244,593.33 | | | 353,341.88 | 339,549.69 |
| 4/19/17 | | | (74,999.56) | | | | 74,999.56 | | | | | | | | | |
| May-17 | | | 14.80 | 14.80 | 12,109.76 | 9,362.26 | 75,011.89 | 75,027.82 | | | 232,594.65 | 216,343.09 | | | 319,731.10 | 300,747.97 |
| Jun-17 | | | 14.80 | 14.80 | 6,877.86 | 4,665.46 | 75,043.74 | 75,059.16 | | | 210,213.94 | 171,937.64 | | | 292,150.34 | 251,677.06 |
| 6/27/17 | | | | | 10,000.00 | | | | | | (10,000.00) | | | | | |
| Jul-17 | | | 14.80 | 14.80 | 4,923.07 | 6,581.04 | 75,074.58 | 75,090.52 | | | 127,900.44 | 127,204.95 | | | 207,912.89 | 208,891.31 |
| Aug-17 | | | 14.81 | 14.81 | 515.36 | 8,550.54 | 75,106.46 | 75,122.41 | | | 126,360.44 | 78,367.38 | | | 201,997.07 | 162,055.14 |
| 8/8/17 | | | | | 25,000.00 | | | | | | (25,000.00) | | | | | |
| Sep-17 | | | 14.81 | 14.81 | 12,689.04 | 10,434.58 | 75,138.36 | 62,651.78 | | | 63,326.70 | 39,070.61 | | | 151,168.91 | 112,171.78 |
| 9/15/17 | | | | | 10,000.00 | | (10,000.00) | | | | | | | | | |
| 9/22/17 | | | | | 15,000.00 | | (15,000.00) | | | | | | | | | |
| Oct-17 | | | 14.81 | 14.81 | 15,359.73 | 11,725.44 | 50,165.20 | 32,807.31 | | | 20,336.26 | 19,076.90 | | | 85,876.00 | 63,624.46 |
| Nov-17 | | | 14.81 | 14.81 | 4,422.91 | 4,018.77 | 15,449.41 | 12,944.08 | | | 17,866.26 | 17,024.52 | | | 37,753.39 | 34,002.18 |
| 11/30/17 | | | | | 5,000.00 | | (5,000.00) | | | | | | | | | |
| Dec-17 | | | 14.81 | 14.81 | 3,798.36 | 10,816.94 | 10,438.74 | 10,431.68 | | | 11,523.26 | 33,154.38 | | | 25,775.17 | 54,417.81 |
| 12/11/17 | Payment from George R Waters deposited to Law Firm account | | | | | | | | | | 50,000.00 | Over the next ~6 weeks $45,000 transferred to Personal | | | | |
| 12/18/17 | | | | | 25,000.00 | | | | | | (25,000.00) | | | | | |
| Jan-18 | | | 14.81 | 14.81 | 19,777.44 | 14,325.47 | 10,424.62 | 10,417.57 | | | 35,438.26 | 29,792.13 | | | 65,655.13 | 54,549.98 |
| 1/11/18 | | | | | 5,000.00 | | | | | | (5,000.00) | | | | | |
| 1/24/18 | | | | | 15,000.00 | | | | | | (15,000.00) | | | | | |
| 1/30/18 | Payment from Streamline Family Office deposited to Law Firm account | | | | | | | | | | 25,000.00 | | | | | |
| Feb-18 | | | 14.81 | 14.81 | 2,700.26 | 4,822.93 | 10,410.51 | 10,403.41 | | | 40,393.26 | 43,309.68 | | | 53,518.84 | 58,550.83 |
| 2/5/18 | Payment from Streamline Family Office deposited to Law Firm account | | | | | | | | | | 25,000.00 | Over the next ~5 weeks $20,000 transferred to Personal | | | | |
| 2/7/18 | | | | | 10,000.00 | | | | | | (10,000.00) | | | | | |
| Mar-18 | | | 14.81 | 14.81 | 5,532.38 | 7,401.79 | 10,396.31 | 10,279.91 | | | 44,708.26 | 55,169.16 | | | 60,651.76 | 72,865.67 |
| 3/13/18 | | | | | 10,000.00 | | | | | | (10,000.00) | | | | | |

Chevron Corporation v. Steven Donziger, et al.

**Analysis of TD Bank Accounts - Balances, Investor Deposits and Transfers Between Accounts**

**Exhibit 4-A**

Time Period: January 1, 2016 through June 30, 2018

Legend: Transfers between accounts | Investor deposit into a Personal account | Investor deposit into a Law Firm account

| Acct # | **2265 SRD Personal Checking Acct | | **6418 SRD Personal Savings Acct | | **3420 SRD Personal Checking Acct | | **9857 SRD Personal Savings Acct | | **8132 SRD Personal Checking Acct | | **8783 Law Firm Checking Acct | | **8174 Law Firm Checking Acct | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. | Beg. Bal. | Avg. Bal. |
| 3/13/18 | | | | | Payment from Streamline Family Office deposited to Law Firm account | | | | | | | | 75,000.00 | Over the next ~7 weeks $45,000 transferred to Personal | | |
| Apr-18 | | | 14.81 | 7.41 | 2,375.60 | 4,602.80 | 10,163.51 | 10,156.43 | | | 77,313.19 | 61,479.85 | | | 89,867.11 | 76,246.48 |
| 4/12/18 | | | | | 10,000.00 | | | | | | (10,000.00) | | | | | |
| 4/16/18 | | | | | 15,000.00 | | | | | | (15,000.00) | | | | | |
| 4/25/18 | | | | | 10,000.00 | | | | | | (10,000.00) | | | | | |
| May-18 | | | 0.00 | | 4,562.81 | 5,302.17 | 10,149.34 | 10,142.27 | 0.00 | 52,629.52 | 42,313.19 | 115,861.57 | $ - | 101,187.86 | 57,025.34 | 285,123.39 |
| 5/3/18 | | | | | 10,000.00 | | | | | | (10,000.00) | | | | | |
| 5/8/18 | | | | | Payment from Forum Nobis into Personal account | | | | $342,045.16 | | | | | | | |
| 5/10/18 | | | | | | | | | (342,045.16) | | | | 342,045.16 | | | |
| 5/10/18 | | | | | | | | | | | 125,000.00 | | (125,000.00) | | | |
| 5/10/18 | | | | | | | | | 35,000.00 | | | | (35,000.00) | | | |
| 5/14/18 | | | | | 10,000.00 | | | | | | (10,000.00) | | | | | |
| Jun-18 | | | | | (604.51) | 3,412.03 | 10,121.03 Redacted | | 33,142.65 Redacted | | 147,283.19 | 137,283.19 | 99,719.66 | 92,207.16 | 289,662.02 | 232,902.38 |
| 6/4/18 | | | | | 10,000.00 | | | | | | (10,000.00) | | | | | |
| 6/4/18 | | | | | 10,000.00 | | NO INVESTOR DEPOSITS | | | | (10,000.00) | | | | | |
| Ending Balance at June 30, 2018 | $ - | | | | $ (104.45) | | $ 10,121.03 | | $ 28,102.65 | | $ 127,283.19 | | $ 84,694.66 | | $ 250,097.08 | |
| | | | | | | | at 5/31/18 | | at 6/18/18 | | | | at 6/11/18 | | | |

Note:

The [redacted] Forum Nobis to Donziger $342,045.16 related transactions are outlined.