# EXHIBIT 4-B

**Detail of Specific Investor Deposits into SRD TD Bank Personal Accounts**        <u>Exhibit 4-B</u>

**Time Period: January 1, 2016 through June 30, 2018**

| # | Trans. Date | Transaction Type | From | To | Amount |
|---|---|---|---|---|---|
| 1 | 1/25/16 | Deposit | George Waters | Pers. Chkg. **2265 | 50,000.00 |
| 2 | 5/13/16 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **2265 | 70,000.00 |
| 3 | 7/22/16 | Treasury In | Law Firm Chkg. 8783 | Pers. Svngs. **6418 | 100,000.00 |
| 4 | 10/31/16 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **2265 | 25,000.00 |
| 5 | 12/27/16 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 80,000.00 |
| 6 | 3/20/17 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 25,000.00 |
| 7 | 6/27/17 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 10,000.00 |
| 8 | 8/8/17 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 25,000.00 |
| 9 | 12/18/17 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 25,000.00 |
| 10 | 1/11/18 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 5,000.00 |
| 11 | 1/24/18 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 15,000.00 |
| 12 | 2/7/18 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 10,000.00 |
| 13 | 3/13/18 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 10,000.00 |
| 14 | 4/12/18 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 10,000.00 |
| 15 | 4/16/18 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 15,000.00 |
| 16 | 4/25/18 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 10,000.00 |
| 17 | 5/3/18 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 10,000.00 |
| 18 | 5/8/18 | Deposit | Forum Nobis | Pers. Chkg. **8132 | 342,045.16 |
| 19 | 5/10/18 | Treasury Out | Pers. Chkg. 8132 | Law Firm Chkg. **8174 | (342,045.16) |
| 20 | 5/10/18 | Treasury In | Law Firm Chkg. 8174 | Pers. Chkg. **8132 | 35,000.00 |
| 21 | 5/14/18 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 10,000.00 |
| 22 | 6/4/18 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 10,000.00 |
| 23 | 6/4/18 | Treasury In | Law Firm Chkg. 8783 | Pers. Chkg. **3420 | 10,000.00 |
| **Total Investor Deposits made to SRD Personal Accounts [1] [2]:** | | | | | **$50,000.00** |
| Net Transfers from Law Firm accounts to SRD Personal Accounts | | | | | $510,000.00 |
| Sum of Law Firm funds and Investor Deposits appropriated to Personal Accounts | | | | | $560,000.00 |
| Plus: Total Beg. Balance and Other External Deposits into SRD Personal Accounts | | | | | $340,431.17 |
| Equals: Total Available Cash in SRD Personal Accounts 1/1/16 - 6/30/18 | | | | | $900,431.17 |
| Total Payments made from SRD Personal Accounts | | | | | ($862,401.94) |

[1] All CWP Payments were made to Law Firm Checking Account **8783.

[2] Items #18 and #19 are excluded from the Total Investor Deposits to SRD Personal Accounts calculation as it was immediately transferred to a Law Firm Account in its entirety.