# EXHIBIT 4-C

**Analysis of Chase Bank Accounts - Transfers Between Accounts**  
**Time Period: January 2010 through January 2013**

<u>Exhibit 4-C</u>  
See Summary on page 3.

| # | Date | SRD Personal Checking Acct **5365 | SRD Personal Savings Acct **5678 | SRD Personal Savings Acct **9890 | Law Firm Account **0218 | Ecuador Case Account **2758 | DeLeon IOLA Trust Account **9822 | IOLA Trust Account 2 **0989 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/22/10 | | (10,000.00) | | 10,000.00 | | | | $ - |
| 2 | 2/4/10 | | (10,000.00) | | 10,000.00 | | | | - |
| 3 | 2/17/10 | | | | (150,000.00) | 150,000.00 | | | - |
| 4 | 2/17/10 | 30,000.00 | (30,000.00) | | | | | | - |
| 5 | 2/17/10 | | (10,000.00) | | 10,000.00 | | | | - |
| 6 | 2/18/10 | 300.00 | (300.00) | | | | | | - |
| 7 | 2/22/10 | 300.00 | (300.00) | | | | | | - |
| 8 | 2/26/10 | 300.00 | (300.00) | | | | | | - |
| 9 | 3/1/10 | 50.00 | (50.00) | | | | | | - |
| 10 | 3/2/10 | 300.00 | (300.00) | | | | | | - |
| 11 | 3/5/10 | 6,400.00 | (6,400.00) | | | | | | - |
| 12 | 3/10/10 | 20,000.00 | (20,000.00) | | | | | | - |
| 13 | 3/12/10 | | | | (500,000.00) | 500,000.00 | | | - |
| 14 | 3/16/10 | | | | 10,000.00 | (10,000.00) | | | - |
| 15 | 3/25/10 | | 306,166.79 | | | (306,166.79) | | | - |
| 16 | 3/25/10 | | | | 10,000.00 | (10,000.00) | | | - |
| 17 | 4/20/10 | 52,500.00 | | | | (52,500.00) | | | - |
| 18 | 4/20/10 | | | | 5,000.00 | (5,000.00) | | | - |
| 19 | 6/14/10 | 25,000.00 | (25,000.00) | | | | | | - |
| 20 | 6/28/10 | 20,000.00 | (20,000.00) | | | | | | - |
| 21 | 6/28/10 | 20,000.00 | (20,000.00) | | | | | | - |
| 22 | 8/5/10 | 30,000.00 | | | (30,000.00) | | | | - |
| 23 | 8/12/10 | | (15,000.00) | | | 15,000.00 | | | - |
| 24 | 8/17/10 | 11,450.00 | (11,450.00) | | | | | | - |
| 25 | 8/18/10 | 50.00 | (50.00) | | | | | | - |
| 26 | 8/18/10 | | | | (1,250,000.00) | 1,250,000.00 | | | - |
| 27 | 8/19/10 | 200.00 | (200.00) | | | | | | - |
| 28 | 8/20/10 | 100.00 | (100.00) | | | | | | - |
| 29 | 8/23/10 | 850.00 | (850.00) | | | | | | - |
| 30 | 8/26/10 | 50.00 | (50.00) | | | | | | - |
| 31 | 8/30/10 | | 464,736.50 | | | (464,736.50) | | | - |
| 32 | 8/30/10 | 30,000.00 | (30,000.00) | | | | | | - |
| 33 | 9/24/10 | | 160,000.00 | | | (160,000.00) | | | - |
| 34 | 12/29/10 | | (2,878.01) | | | 2,878.01 | | | - |
| 35 | 12/31/10 | 400.00 | (400.00) | | | | | | - |
| 36 | 1/3/11 | | | | (3,000.00) | 3,000.00 | | | - |
| 37 | 1/3/11 | 50,000.00 | | | (50,000.00) | | | | - |
| 38 | 1/11/11 | | | | (75,000.00) | 75,000.00 | | | - |
| 39 | 2/7/11 | | | | (50,000.00) | 50,000.00 | | | - |
| 40 | 2/7/11 | 900.00 | (900.00) | | | | | | - |
| 41 | 2/11/11 | 20,000.00 | | | (20,000.00) | | | | - |
| 42 | 2/23/11 | | (100,000.00) | | | 100,000.00 | | | - |
| 43 | 2/23/11 | | | | (150,000.00) | 150,000.00 | | | - |
| 44 | 2/23/11 | 20,000.00 | | | (20,000.00) | | | | - |
| 45 | 2/28/11 | | | | (75,000.00) | 75,000.00 | | | - |
| 46 | 3/14/11 | 900.00 | (900.00) | | | | | | - |
| 47 | 3/15/11 | 40,000.00 | | | (40,000.00) | | | | - |
| 48 | 3/17/11 | (30,000.00) | | | | 30,000.00 | | | - |
| 49 | 4/20/11 | | (10,000.00) | | | 10,000.00 | | | - |
| 50 | 4/20/11 | 45,000.00 | (45,000.00) | | | | | | - |
| 51 | 5/6/11 | 10,000.00 | (10,000.00) | | | | | | - |
| 52 | 6/9/11 | 3,850.00 | (3,850.00) | | | | | | - |

**Analysis of Chase Bank Accounts - Transfers Between Accounts**  
**Time Period: January 2010 through January 2013**

<u>Exhibit 4-C</u>  
See Summary on page 3.

| # | Date | SRD Personal Checking Acct **5365 | SRD Personal Savings Acct **5678 | SRD Personal Savings Acct **9890 | Law Firm Account **0218 | Ecuador Case Account **2758 | DeLeon IOLA Trust Account **9822 | IOLA Trust Account 2 **0989 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 53 | 6/14/11 | 1,400.00 | (1,400.00) | | | | | | - |
| 54 | 6/20/11 | 50.00 | (50.00) | | | | | | - |
| 55 | 6/21/11 | 50,000.00 | | | (50,000.00) | | | | - |
| 56 | 6/21/11 | | 265,000.00 | | (265,000.00) | | | | - |
| 57 | 7/29/11 | 20,000.00 | (20,000.00) | | | | | | - |
| 58 | 8/3/11 | 40,000.00 | (40,000.00) | | | | | | - |
| 59 | 9/6/11 | 25,000.00 | | | (25,000.00) | | | | - |
| 60 | 9/26/11 | 250.00 | (250.00) | | | | | | - |
| 61 | 9/27/11 | 300.00 | (300.00) | | | | | | - |
| 62 | 9/30/11 | 50,000.00 | | | (50,000.00) | | | | - |
| 63 | 11/4/11 | 42,650.00 | (42,650.00) | | | | | | - |
| 64 | 11/7/11 | 10,000.00 | | | (10,000.00) | | | | - |
| 65 | 11/16/11 | 10,000.00 | | | (10,000.00) | | | | - |
| 66 | 11/18/11 | | 200,000.00 | | (200,000.00) | | | | - |
| 67 | 12/5/11 | 50,000.00 | | | (50,000.00) | | | | - |
| 68 | 1/20/12 | 30,850.00 | (30,850.00) | | | | | | - |
| 69 | 1/26/12 | 6,550.00 | (6,550.00) | | | | | | - |
| 70 | 1/30/12 | 750.00 | (750.00) | | | | | | - |
| 71 | 2/3/12 | 50.00 | (50.00) | | | | | | - |
| 72 | 2/13/12 | 6,450.00 | (6,450.00) | | | | | | - |
| 73 | 2/16/12 | 300.00 | (300.00) | | | | | | - |
| 74 | 2/17/12 | 1,250.00 | (1,250.00) | | | | | | - |
| 75 | 2/21/12 | 47,450.00 | (47,450.00) | | | | | | - |
| 76 | 2/23/12 | 50.00 | (50.00) | | | | | | - |
| 77 | 2/27/12 | 300.00 | (300.00) | | | | | | - |
| 78 | 3/5/12 | 300.00 | (300.00) | | | | | | - |
| 79 | 3/7/12 | 250.00 | (250.00) | | | | | | - |
| 80 | 3/8/12 | 6,550.00 | (6,550.00) | | | | | | - |
| 81 | 3/12/12 | 50.00 | (50.00) | | | | | | - |
| 82 | 3/14/12 | 200.00 | (200.00) | | | | | | - |
| 83 | 3/19/12 | 550.00 | (550.00) | | | | | | - |
| 84 | 3/20/12 | 15,000.00 | (15,000.00) | | | | | | - |
| 85 | 3/20/12 | 50,000.00 | | | (50,000.00) | | | | - |
| 86 | 3/20/12 | | 300,000.00 | | (300,000.00) | | | | - |
| 87 | 4/6/12 | 4,750.00 | (4,750.00) | | | | | | - |
| 88 | 4/9/12 | 20,400.00 | (20,400.00) | | | | | | - |
| 89 | 4/10/12 | 200.00 | (200.00) | | | | | | - |
| 90 | 4/11/12 | 350.00 | (350.00) | | | | | | - |
| 91 | 4/12/12 | 450.00 | (450.00) | | | | | | - |
| 92 | 4/16/12 | 20,000.00 | | | (20,000.00) | | | | - |
| 93 | 4/24/12 | 128,650.00 | (128,650.00) | | | | | | - |
| 94 | 4/25/12 | 50.00 | (50.00) | | | | | | - |
| 95 | 4/26/12 | 60,000.00 | | | (60,000.00) | | | | - |
| 96 | 4/30/12 | 6,000.00 | (6,000.00) | | | | | | - |
| 97 | 5/1/12 | 2,000.00 | (2,000.00) | | | | | | - |
| 98 | 5/4/12 | 144.92 | | | | (144.92) | | | - |
| 99 | 5/4/12 | 33,408.48 | | | | | (33,408.48) | | - |
| 100 | 5/4/12 | 63,946.17 | | | | | | (63,946.17) | - |
| 101 | 6/18/12 | 9,700.00 | (9,700.00) | | | | | | - |
| 102 | 6/20/12 | 300.00 | (300.00) | | | | | | - |
| 103 | 6/21/12 | 100.00 | (100.00) | | | | | | - |
| 104 | 6/27/12 | 200.00 | (200.00) | | | | | | - |

**Analysis of Chase Bank Accounts - Transfers Between Accounts**
**Time Period: January 2010 through January 2013**

<u>Exhibit 4-C</u>
See Summary on page 3.

| # | Date | SRD Personal Checking Acct **5365 | SRD Personal Savings Acct **5678 | SRD Personal Savings Acct **9890 | Law Firm Account **0218 | Ecuador Case Account **2758 | DeLeon IOLA Trust Account **9822 | IOLA Trust Account 2 **0989 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 105 | 6/29/12 | 5,250.00 | (5,250.00) | | | | | | - |
| 106 | 7/2/12 | 150.00 | (150.00) | | | | | | - |
| 107 | 7/6/12 | 200.00 | (200.00) | | | | | | - |
| 108 | 7/11/12 | 50.00 | (50.00) | | | | | | - |
| 109 | 7/13/12 | 7,250.00 | (7,250.00) | | | | | | - |
| 110 | 7/16/12 | 100.00 | (100.00) | | | | | | - |
| 111 | 7/17/12 | 50.00 | (50.00) | | | | | | - |
| 112 | 7/19/12 | 36,100.00 | (36,100.00) | | | | | | - |
| 113 | 7/31/12 | 40,000.00 | (40,000.00) | | | | | | - |
| 114 | 9/4/12 | 46,995.14 | (46,995.14) | | | | | | - |
| 115 | 9/5/12 | | | 400,000.00 | (400,000.00) | | | | - |
| 116 | 10/9/12 | 20,000.00 | (20,000.00) | | | | | | - |
| 117 | 10/24/12 | 2,700.00 | (2,700.00) | | | | | | - |
| 118 | 10/26/12 | 350.00 | (350.00) | | | | | | - |
| 119 | 10/29/12 | 6,600.00 | (6,600.00) | | | | | | - |
| 120 | 10/31/12 | 250.00 | (250.00) | | | | | | - |
| 121 | 11/2/12 | 12,650.00 | (12,650.00) | | | | | | - |
| 122 | 11/9/12 | 50.00 | (50.00) | | | | | | - |
| 123 | 11/13/12 | 350.00 | (350.00) | | | | | | - |
| 124 | 11/14/12 | 300.00 | (300.00) | | | | | | - |
| 125 | 11/19/12 | 350.00 | (350.00) | | | | | | - |
| 126 | 11/20/12 | 300.00 | (300.00) | | | | | | - |
| | Total Chase Only | $1,406,144.71 | $780,780.14 | $356,100.00 | ($3,848,000.00) | $1,402,329.80 | ($33,408.48) | ($63,946.17) | $0.00 |

Chase Accounts were closed in December 2012 and January 2013; all closing balance amounts were transferred to TD account **2265 Personal Checking.

| # | Date | SRD Personal Checking Acct **5365 | SRD Personal Savings Acct **5678 | SRD Personal Savings Acct **9890 | Law Firm Account **0218 | Ecuador Case Account **2758 | DeLeon IOLA Trust Account **9822 | IOLA Trust Account 2 **0989 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 127 | 12/3/12 | (1,577.54) | | (176,318.59) | (241,131.58) | | | | (419,027.71) |
| 128 | 1/7/13 | | | | (24,970.00) | | | | (24,970.00) |
| | Total Chase & TD | ($1,577.54) | $0.00 | ($176,318.59) | ($266,101.58) | $0.00 | $0.00 | $0.00 | ($443,997.71) |

| | SRD Personal Checking Acct **5365 | SRD Personal Savings Acct **5678 | SRD Personal Savings Acct **9890 | Law Firm Account **0218 | Ecuador Case Account **2758 | DeLeon IOLA Trust Account **9822 | IOLA Trust Account 2 **0989 | All Accounts |
|---|---|---|---|---|---|---|---|---|
| Total In | $1,436,144.71 | $1,695,903.29 | $400,000.00 | $55,000.00 | $2,410,878.01 | $0.00 | $0.00 | $5,997,926.01 |
| Total Out | ($30,000.00) | ($915,123.15) | ($43,900.00) | ($3,903,000.00) | ($1,008,548.21) | ($33,408.48) | ($63,946.17) | ($5,997,926.01) |
| Net | $1,406,144.71 | $780,780.14 | $356,100.00 | ($3,848,000.00) | $1,402,329.80 | ($33,408.48) | ($63,946.17) | $0.00 |

| SUMMARY | Transfers Between Accts | | |
|---|---|---|---|
| **Chase Accounts** | **In** | **Out** | **Net** |
| Law Firm and IOLA Accounts | $2,465,878.01 | ($5,008,902.86) | $ (2,543,024.85) |
| Personal Savings Accounts | $2,095,903.29 | ($959,023.15) | 1,136,880.14 |
| Personal Checking Accounts | $1,436,144.71 | ($30,000.00) | 1,406,144.71 |
| TOTAL | $ 5,997,926.01 | $ (5,997,926.01) | $ - |
| | | | |
| **Chase and TD Accounts** | **In** | **Out** | **Net** |
| Law Firm and IOLA Accounts | $2,465,878.01 | ($5,275,004.44) | $ (2,809,126.43) |
| Personal Savings Accounts | $2,095,903.29 | ($1,135,341.74) | 960,561.55 |
| Personal Checking Accounts | $1,880,142.42 | ($31,577.54) | 1,848,564.88 |
| TOTAL | $ 6,441,923.72 | $ (6,441,923.72) | $ - |