# EXHIBIT 5-A

CHEVRON CORPORATION V. STEVEN DONZIGER, et al.

**Analysis of Financial Transactions in the TD Bank Production**     **Exhibit 5-A**

**Payments Totals from Personal vs Business Accounts - Payees > $1,000**

**Time Period: December 3, 2012 through June 30, 2018**

|  | Payments from… | | |
|---|---|---|---|
| To (Payee) | Personal Accts. | Business Accts. | Total |
| American Express Total | $ 717,773.89 | $ - | $ 717,773.89 |
| Laura Miller Total | 264,523.65 | 135,000.00 | 399,523.65 |
| Wells Fargo Home Mortgage Total | 320,795.69 | - | 320,795.69 [1] |
| Keker & Van Nest Total | 300,000.00 | - | 300,000.00 |
| TD Bank - Credit Card Total | 72,276.12 | 114,951.69 | 187,227.81 |
| Friedman Rubin Total | 150,000.00 | - | 150,000.00 |
| Deepak Gupta Total | 100,000.00 | 25,000.00 | 125,000.00 |
| Aaron Page Total | 82,000.00 | 40,000.00 | 122,000.00 |
| Diplomat Security International Inc Total | 84,000.00 | - | 84,000.00 |
| CitiCards Total | 62,479.95 | - | 62,479.95 |
| UNK Total | 56,354.70 | - | 56,354.70 |
| Matthew D. Krack Total | 53,884.69 | - | 53,884.69 |
| Forum Nobis, PLLC Total | - | 50,000.00 | 50,000.00 |
| Frente De Defensa De La Amazonia Total | - | 38,320.00 | 38,320.00 |
| Meyers Saxon & Cole Total | 15,750.00 | 15,750.00 | 31,500.00 |
| Shuyana Natalia Yanza Allauca Total | 13,000.00 | 17,600.00 | 30,600.00 |
| The Gowen Group Total | 28,000.00 | - | 28,000.00 |
| The Hartford Life Insurance Company Total | 26,330.90 | - | 26,330.90 |
| The Weinberg Group, Inc. Total | 25,000.00 | - | 25,000.00 |
| Anton Tabuns Total | 7,000.00 | 17,364.97 | 24,364.97 |
| Charles Buchanan Total | 23,000.00 | - | 23,000.00 |
| Congregation Rodeph Sholom Total | 22,361.00 | - | 22,361.00 |
| Rapid West 102 Corp Total | 17,471.52 | - | 17,471.52 |
| Josh Rizack Total | 12,566.33 | - | 12,566.33 |
| CSR Wire Total | 12,000.00 | - | 12,000.00 |
| Fundacion Naupa de Saberes Andinos Total | 9,000.00 | 3,000.00 | 12,000.00 |
| Rex Weyler Total | - | 10,900.97 | 10,900.97 |
| Amazon Watch Total | 10,000.00 | - | 10,000.00 |
| Long Tuminello LLP Total | 10,000.00 | - | 10,000.00 |
| Pro Park Total | 9,876.02 | - | 9,876.02 |
| Big House Inc. Total | 9,000.00 | - | 9,000.00 |
| Veritext Total | 8,456.22 | - | 8,456.22 |
| Booth Media Group Inc Total | 8,063.98 | - | 8,063.98 |

CHEVRON CORPORATION V. STEVEN DONZIGER, et al.

**Analysis of Financial Transactions in the TD Bank Production** <span style="float:right">**Exhibit 5-A**</span>

**Payments Totals from Personal vs Business Accounts - Payees > $1,000**

**Time Period: December 3, 2012 through June 30, 2018**

|  | Payments from… | | |
|---|---|---|---|
| **To (Payee)** | **Personal Accts.** | **Business Accts.** | **Total** |
| **Becker Gallagher Legal Publishing Total** | 7,572.12 | - | 7,572.12 |
| **Michael Frisch Total** | 7,500.00 | - | 7,500.00 |
| **The Culture Project Total** | 7,000.00 | - | 7,000.00 |
| **Luis Yanza Angamarca Total** | 4,800.00 | 2,000.00 | 6,800.00 |
| **Lyons Wier Gallery Total** | 6,551.50 | - | 6,551.50 |
| **Craig Longhiest Total** | 6,000.00 | - | 6,000.00 |
| **Gary Greenberg Total** | 6,000.00 | - | 6,000.00 |
| **Teri Gibney Total** | 5,500.00 | - | 5,500.00 |
| **Patricio Salazar Cordova Total** | 1,834.51 | 3,179.00 | 5,013.51 |
| **Christina Page Total** | 5,000.00 | - | 5,000.00 |
| **Gross Law Attorney Trust Total** | - | 5,000.00 | 5,000.00 |
| **3BI Media, LLC Total** | - | 4,600.00 | 4,600.00 |
| **Kevin Koenig Total** | 1,500.00 | 3,000.00 | 4,500.00 |
| **Suzanne Parish Total** | 4,000.00 | - | 4,000.00 |
| **Union De Afectados Por Texaco Total** | 4,000.00 | - | 4,000.00 |
| **Pachamama Alliance Total** | 3,484.11 | - | 3,484.11 |
| **David Zelman Total** | 3,000.00 | - | 3,000.00 |
| **Diane Noboa Total** | 3,000.00 | - | 3,000.00 |
| **GMG Tax Preparers Total** | 2,500.00 | - | 2,500.00 |
| **Dr. Bernard Kruger Total** | 2,335.00 | - | 2,335.00 |
| **US Bank N.A. Total** | 2,122.02 | - | 2,122.02 |
| **Ann Corbett Total** | - | 2,000.00 | 2,000.00 |
| **Michael R. D'Angelo Total** | 1,650.00 | - | 1,650.00 |
| **Camp Kenwood & Kenmont Total** | 1,500.00 | - | 1,500.00 |
| **Nicholas Crowley Total** | 1,467.52 | - | 1,467.52 |
| **Marco Vinicio Maldonado Guerrero Total** | 1,460.00 | - | 1,460.00 |
| **Anne Flicker Total** | 1,142.00 | - | 1,142.00 |
| **Karen Hinton Total** | 1,006.82 | - | 1,006.82 |
| **Grand Total** | $ 2,622,890.26 | $ 487,666.63 | $ 3,110,556.89 |

Note **[1]**: Returned payments were removed from the Wells Fargo Home Mortgage listing and total.