# EXHIBIT 5-B

**Analysis of Financial Transactions in the TD Bank Production**  Exhibit 5-B
**Payments Totals from Personal vs Business Accounts - Payees > $1,000**
**Time Period: January 2016 - June 30, 2018**

| To(Payee) | Payments from… Personal Accts. | Business Accts. | Total | |
|---|---:|---:|---:|---|
| **Laura Miller Total** | $ 212,000.00 | $ 135,000.00 | $ 347,000.00 | |
| **TD Bank - Credit Card Total** | 72,276.12 | 114,951.69 | 187,227.81 | |
| **American Express Total** | 163,831.73 | - | 163,831.73 | |
| **Wells Fargo Home Mortgage Total** | 83,368.49 | - | 83,368.49 | [1] |
| **CitiCards Total** | 62,479.95 | - | 62,479.95 | |
| **Forum Nobis Total** | - | 50,000.00 | 50,000.00 | |
| **Aaron Page Total** | 5,000.00 | 40,000.00 | 45,000.00 | |
| **Frente De Defensa De La Amazonia Total** | - | 38,320.00 | 38,320.00 | |
| **Meyers Saxon & Cole Total** | 15,750.00 | 15,750.00 | 31,500.00 | |
| **UNK Total** | 30,000.00 | - | 30,000.00 | |
| **Shuyana Natalia Yanza Allauca Total** | 11,000.00 | 17,600.00 | 28,600.00 | |
| **Deepak Gupta Total** | - | 25,000.00 | 25,000.00 | |
| **Anton Tabuns Total** | - | 14,364.97 | 14,364.97 | |
| **Josh Rizack Total** | 12,566.33 | - | 12,566.33 | |
| **Fundacion Naupa de Saberes Andinos Total** | 9,000.00 | 3,000.00 | 12,000.00 | |
| **Rex Weyler Total** | - | 10,900.97 | 10,900.97 | |
| **Long Tuminello LLP Total** | 10,000.00 | - | 10,000.00 | |
| **Pro Park Total** | 9,876.02 | - | 9,876.02 | |
| **3BI Media, LLC Total** | - | 4,600.00 | 4,600.00 | |
| **The Hartford Life Insurance Company Total** | 8,770.00 | - | 8,770.00 | |
| **Becker Gallagher Legal Publishing Total** | 7,572.12 | - | 7,572.12 | |
| **Michael Frisch Total** | 7,500.00 | - | 7,500.00 | |
| **Craig Longhiest Total** | 6,000.00 | - | 6,000.00 | |
| **Patricio Salazar Cordova Total** | 1,834.51 | 3,179.00 | 5,013.51 | |
| **Suzanne Parish Total** | 4,000.00 | - | 4,000.00 | |
| **Pachamama Alliance Total** | 3,484.11 | - | 3,484.11 | |
| **Congregation Rodeph Sholom Total** | 3,361.00 | - | 3,361.00 | |
| **David Zelman Total** | 3,000.00 | - | 3,000.00 | |
| **Diane Noboa Total** | 3,000.00 | - | 3,000.00 | |
| **Kevin Koenig Total** | - | 3,000.00 | 3,000.00 | |
| **Dr. Bernard Kruger Total** | 2,335.00 | - | 2,335.00 | |
| **Ann Corbett Total** | - | 2,000.00 | 2,000.00 | |
| **Gary Greenberg Total** | 2,000.00 | - | 2,000.00 | |
| **Camp Kenwood & Kenmont Total** | 1,500.00 | - | 1,500.00 | |
| **Rapid West 102 Corp Total** | 1,342.12 | - | 1,342.12 | |
| **Anne Flicker Total** | 1,142.00 | - | 1,142.00 | |
| **Karen Hinton Total** | 1,006.82 | - | 1,006.82 | |
| **Luis Yanza Angamarca Total** | - | 1,000.00 | 1,000.00 | |
| **Subtotal - Payees >$1,000** | $ 754,996.32 | $ 478,666.63 | $ 1,233,662.95 | |
| **Subtotal - 151 Payees <$1,000** | $ 107,405.62 | $ 1,960.00 | $ 109,365.62 | |
| **Grand Total** | $ 862,401.94 | $ 480,626.63 | $ 1,343,028.57 | |

Note **[1]**: Payments to Wells Fargo Home Mortgage that were subsequently returned were removed from this total.