# EXHIBIT 5-C

CHEVRON CORPORATION V. STEVEN DONZIGER, et al.

**Analysis of Financial Transactions in the TD Bank Production** **Exhibit 5-C**

**Payments Totals from Personal vs Business Accounts - Payees > $1,000**

**Time Period: December 3, 2012 through March 3, 2014 (RICO Judgment)**

| To (Payee) | Payments from… Personal Accts. | Business Accts. | Total | |
|---|---|---|---|---|
| **Keker & Van Nest Total** | $ 300,000.00 | $ - | $ 300,000.00 | |
| **American Express Total** | 278,229.15 | - | 278,229.15 | |
| **Friedman Rubin Total** | 150,000.00 | - | 150,000.00 | |
| **Deepak Gupta Total** | 100,000.00 | - | 100,000.00 | |
| **Wells Fargo Home Mortgage Total** | 96,302.66 | - | 96,302.66 | [1] |
| **Diplomat Security International Inc Total** | 84,000.00 | - | 84,000.00 | |
| **Aaron Page Total** | 70,000.00 | - | 70,000.00 | |
| **Matthew D. Krack Total** | 53,884.69 | - | 53,884.69 | |
| **Laura Miller Total** | 47,000.00 | - | 47,000.00 | |
| **The Gowen Group Total** | 28,000.00 | - | 28,000.00 | |
| **The Weinberg Group, Inc. Total** | 25,000.00 | - | 25,000.00 | |
| **UNK Total** | 22,000.00 | - | 22,000.00 | |
| **Charles Buchanan Total** | 20,000.00 | - | 20,000.00 | |
| **Anton Tabuns Total** | 7,000.00 | 3,000.00 | 10,000.00 | |
| **Amazon Watch Total** | 10,000.00 | - | 10,000.00 | |
| **Big House Inc. Total** | 9,000.00 | - | 9,000.00 | |
| **Veritext Total** | 8,456.22 | - | 8,456.22 | |
| **Congregation Rodeph Sholom Total** | 8,400.00 | - | 8,400.00 | |
| **The Culture Project Total** | 7,000.00 | - | 7,000.00 | |
| **Lyons Wier Gallery Total** | 6,551.50 | - | 6,551.50 | |
| **Christina Page Total** | 5,000.00 | - | 5,000.00 | |
| **Gross Law Attorney Trust Total** | - | 5,000.00 | 5,000.00 | |
| **The Hartford Life Insurance Company Total** | 4,390.00 | - | 4,390.00 | |
| **Rapid West 102 Corp Total** | 3,403.28 | - | 3,403.28 | |
| **US Bank N.A. Total** | 2,122.02 | - | 2,122.02 | |
| **Michael R. D'Angelo Total** | 1,650.00 | - | 1,650.00 | |
| **Gary Greenberg Total** | 1,500.00 | - | 1,500.00 | |
| **Nicholas Crowley Total** | 1,467.52 | - | 1,467.52 | |
| **GMG Tax Preparers Total** | 1,000.00 | - | 1,000.00 | |
| **Grand Total** | $ 1,351,357.04 | $ 8,000.00 | $ 1,359,357.04 | |

Note [1]: A 9/16/13 payment to Wells Fargo Home Mortgage that was subsequently returned was removed from this total.