# EXHIBIT 7-A

Chevron Corporation v. Steven Donziger, et al.

**Summary of TD Bank Visa & American Express Credit Card Expenses - Top 50 Payees**  **Exhibit 7-A**
Time Period: January 2016 through June 30, 2018

| # | Payee Name | American Express | TD Bank Visa Card | Total |
|---|---|---|---|---|
| 1 | American Airlines | 12,123.08 | 9,835.78 | $ 21,958.86 |
| 2 | Gym Precision | 780.00 | 13,260.00 | 14,040.00 |
| 3 | Avianca Ecuador | 6,586.70 | 6,551.38 | 13,138.08 |
| 4 | Room & Board | 12,890.79 | - | 12,890.79 |
| 5 | Delta Airlines | 10,516.18 | 1,681.15 | 12,197.33 |
| 6 | 3BL Media LLC | - | 11,705.00 | 11,705.00 |
| 7 | AT&T | 2,910.70 | 6,477.93 | 9,388.63 |
| 8 | Browns Hotel | - | 9,371.17 | 9,371.17 |
| 9 | TAP Air Internet | 6,895.92 | - | 6,895.92 |
| 10 | Precision Athlete | 6,340.00 | - | 6,340.00 |
| 11 | United Airlines | 653.09 | 5,037.10 | 5,690.19 |
| 12 | Air Canada | 4,061.05 | 1,536.92 | 5,597.97 |
| 13 | Walkers | 2,341.11 | 2,884.61 | 5,225.72 |
| 14 | Time Warner Cable | 2,484.69 | 2,406.29 | 4,890.98 |
| 15 | Hotel Tonight | 1,239.36 | 3,489.89 | 4,729.25 |
| 16 | JetBlue | 233.10 | 4,286.50 | 4,519.60 |
| 17 | Thompson Hotel | 3,673.56 | 375.53 | 4,049.09 |
| 18 | Charles Hotel | 2,412.35 | 1,633.74 | 4,046.09 |
| 19 | Nylo Hotel | 312.17 | 3,452.11 | 3,764.28 |
| 20 | Intuit | 3,762.03 | - | 3,762.03 |
| 21 | Henry's Restaurant | 1,894.47 | 1,761.23 | 3,655.70 |
| 22 | Limelight Hotel | - | 3,452.04 | 3,452.04 |
| 23 | Sfoglia | 1,863.74 | 1,586.12 | 3,449.86 |
| 24 | Vila Vita Parc | 3,273.59 | - | 3,273.59 |
| 25 | British Airways | - | 3,155.90 | 3,155.90 |
| 26 | Norwegian Air | - | 3,135.60 | 3,135.60 |
| 27 | Le Compagnie | - | 3,058.42 | 3,058.42 |
| 28 | Club Med | 2,865.46 | 134.20 | 2,999.66 |
| 29 | Tap Portugal | 2,770.00 | - | 2,770.00 |
| 30 | NYC Taxi | 1,054.82 | 1,712.09 | 2,766.91 |
| 31 | Intercontinental Hotels | 1,484.20 | 1,238.84 | 2,723.04 |
| 32 | Hotels.com | 769.39 | 1,913.05 | 2,682.44 |
| 33 | Acme Fine Wines | - | 2,578.00 | 2,578.00 |
| 34 | Fairmont Hotels | 1,693.56 | 876.14 | 2,569.70 |
| 35 | Hotel Bachaumont | - | 2,567.44 | 2,567.44 |
| 36 | The White Hart Inn | 162.36 | 2,157.24 | 2,319.60 |
| 37 | Appeal Tech | 172.02 | 2,085.39 | 2,257.41 |
| 38 | Olissipo Lapa Palace | 2,249.43 | - | 2,249.43 |
| 39 | CarmelLimoPass.com | 1,221.40 | 986.10 | 2,207.50 |
| 40 | The Red Cat | 1,310.94 | 887.53 | 2,198.47 |
| 41 | Westin Hotels | 266.72 | 1,913.89 | 2,180.61 |
| 42 | Hotel Quito | - | 2,103.81 | 2,103.81 |
| 43 | Dinahs Garden Hotel | 2,100.57 | - | 2,100.57 |
| 44 | CVS | 2,062.96 | 13.27 | 2,076.23 |
| 45 | Omni Hotel | 2,011.54 | 37.45 | 2,048.99 |
| 46 | Amtrak | 1,341.00 | 657.00 | 1,998.00 |
| 47 | Apple | 1,825.26 | 153.25 | 1,978.51 |
| 48 | Hillstone | 463.00 | 1,359.47 | 1,822.47 |
| 49 | Jean Georges | 152.38 | 1,664.26 | 1,816.64 |
| 50 | New York City MTA | 680.00 | 1,097.10 | 1,777.10 |
| | **Subtotal - Top 50 Entities** | **$ 113,904.69** | **$ 126,269.93** | **$ 240,174.62** |
| | **Subtotal - 603 Remaining Entities** | **75,214.50** | **60,644.17** | **135,858.67** |
| | **Total Charges** | **$ 189,119.19** | **$ 186,914.10** | **$ 376,033.29** |