# EXHIBIT 8

Chevron Corporation v. Steven Donziger, et al.

**Disposition of Investor Payments - Summary of Payees With Totals Greater than $1,000**     **Exhibit 8**

Payment Totals from SRD Personal, SRD Law Firm, CWP, and Streamline Bank Accounts

Time Period: January 2016 through June 2018

| To (Payee) | Payments from SRD... | | Payments from... |
| --- | --- | --- | --- |
| | Personal Accts. | Law Firm Accts. | CWP/ |
| Laura Miller Total | $ (162,000.00) | $ (135,000.00) | $ |
| TD Bank Total | (43,525.20) | (116,496.69) | |
| Peter Grant Law Corp. Total | - | | |
| American Express Total | (63,936.39) | - | |
| CitiCard Total | (82,250.65) | - | |
| Forum Nobis, PLLC Total | - | (50,000.00) | |
| Wells Fargo Mortgage Total | (64,159.16) | - | |
| Frente De Defensa De La Amazonia Total | - | (38,320.00) | |
| Aaron Marr Page Total | (5,000.00) | (40,000.00) | |
| University of Calgary Total | - | - | |
| Anton Tabuns Total | - | (14,364.97) | |
| Fundacion Naupa de Saberes Andinos Total | (5,000.00) | (3,000.00) | |
| Deepak Gupta Total | - | (25,000.00) | |
| Rex Weyler Total | - | (10,900.97) | |
| Steven R. Donziger Total | (17,238.12) | - | |
| Shuyana Yanza Total | (5,000.00) | (11,100.00) | |
| Meyers Saxon & Cole Total | - | (15,750.00) | |
| Long Tuminello LLP Total | (10,000.00) | - | |
| Patricio Salazar Cordova Total | (1,834.51) | (3,179.00) | |
| Unknown Total | (150.00) | - | |
| Pro Park Total | (8,573.90) | - | |
| Becker Gallagher Legal Publishing Total | (7,572.12) | - | |
| Craig Longhurst Total | (6,000.00) | - | |
| Independent Media  Total | - | - | |
| Simon Billenness Total | - | - | |
| Other Payees Total | (4,957.23) | - | |
| 3BL Media LLC Total | - | (4,600.00) | |
| Hartford Life Insurance Total | (4,390.00) | - | |
| Suzanne Parish Total | (4,000.00) | - | |
| First Nations Summit Society Total | - | - | |
| Michael Frisch Total | (3,750.00) | - | |
| Hotel Tonight Total | (3,585.00) | - | |
| Congregation Rodeph Sholom Total | (3,469.00) | - | |
| David Zelman Total | (3,000.00) | - | |
| Diane Noboa Total | (3,000.00) | - | |
| Kevin Koenig Total | - | (3,000.00) | |
| Katie Sullivan Total | - | - | |
| Waddell Phillips Profession. Total | - | - | |
| Andrea Flicker Total | (2,033.00) | - | |
| Ann Corbett Total | - | (2,000.00) | |
| CON ED of NY Total | (1,862.78) | - | |
| Gary Ruth DDS Total | (1,500.00) | - | |
| State Farm Total | (1,418.42) | - | |
| Uyunkar Doming Peas Nampic Total | - | - | |
| Rapid Park Total | (1,342.12) | - | |
| ShopSCAD Total | (1,060.00) | - | |
| Gary Greenberg Total | (1,000.00) | - | |
| Shuyana Natalia Alluaca Total | - | - | |
| Subtotal - 48 Payees With Totals $1,000 or Greater | $ (522,607.60) | $ (472,711.63) | $ |
| Subtotal - 87 Payees With Totals Less Than $1,000 | $ (16,746.31) | $ - | $ |
| Grand Total [1] | $ (539,353.91) | $ (472,711.63) | $ |
| | | | |
| Total Investor Payments Traced to TD and CWP Accounts | $ 1,012,065.54 | | $ |

**Note [1]**:  Payments from the TD accounts equal 81.4% of related Investor deposits.          $  1,242,985.16     Total Investor Deposits