# CONFIDENTIAL DECLARATION OF MARY K. SULLIVAN – FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 723)