# GIBSON DUNN



**MEMO ENDORSED**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212 351 4000
www.gibsondunn.com

Anne Champion
Direct: +1 212.351.5361
Fax: +1 212.351.5281
AChampion@gibsondunn.com

Client: 19624-00020

October 8, 2018

<u>VIA ECF</u>

Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>Chevron Corp. v. Donziger, et al., Case No. 11-cv-0691(LAK)</u>

Dear Judge Kaplan:

I write as counsel for Plaintiff Chevron Corporation ("Chevron") to request that Exhibits 77, 78 and 80 to the Declaration of Anne Champion in Support of Chevron's Motion to Hold Steven Donziger in Contempt of Court [Docket Nos. 2091-77, 2091-78 and 2091-80] be replaced with the enclosed redacted versions. The as-filed versions of these exhibits were inadvertently not properly redacted. Accordingly, we requested that the clerk lock them, and respectfully submit the enclosed as replacements for Docket Nos. 2091-77, 2091-78, and 2091-80, respectively. As always, we appreciate the Court's consideration.

Respectfully,

/s/ Anne Champion

Anne Champion

Enclosures

*Granted*

SO ORDERED

LEWIS A. KAPLAN, USDJ
10/9/18

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.