UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

---------------------------------x

CHEVRON CORPORATION,

    Plaintiff,

v.

STEVEN DONZIGER, *et al.*,

    Defendants.

---------------------------------x

11 Civ. 0691 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/2018

## NOTICE OF CHEVRON CORPORATION'S MOTION TO HOLD STEVEN DONZIGER IN CONTEMPT OF COURT FOR HIS FAILURE TO COMPLY WITH THE COURT'S AUGUST 15 AND 21, 2018 ORDERS

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

STERN, KILCULLEN & RUFOLO LLC
325 Columbia Tpke, Ste 110
P.O. Box 992
Florham Park, New Jersey 07932-0992
Telephone: 973.535.1900
Facsimile: 973.535.9664

*Attorneys for Plaintiff Chevron Corporation*

Memorandum Endorsement                         Chevron Corp. v. Donziger, 11-cv-0691 (LAK)

        Chevron Corporation ("Chevron") moves to hold Donziger in civil contempt of court for failure to comply with the Court's orders of August 15 and 21, 2018 (the "Orders") and for coercive sanctions to compel compliance. It now acknowledges that Donziger recently executed, acknowledged before a notary, and delivered the document that was the subject of the Orders although he did so very belatedly. [DI 2104] In the circumstances, the motion to impose coercive sanctions to compel compliance with the Orders is denied as moot. This ruling is without prejudice to any application for compensatory or other relief.

        SO ORDERED.

Dated:        October 12, 2018

                                                  Lewis A. Kaplan
                                                United States District Judge