# EXHIBIT 39

Court File No. M48342, C63309, C63310
Court File No.: CV-12-9808-00CL

## COURT OF APPEAL FOR ONTARIO

BETWEEN:

DANIEL CARLOS LUSITANDE YAIGUAJE, BENANCIO FREDY
CHIMBO GREFA, MIGUEL MARIO PAYAGUAJE PAYAGUAJE,
TEODORO GONZALO PIAGUAJE PAYAGUAJE, SIMON LUSITANDE
YAIGUAJE, ARMANDO WILMER PIAGUAJE PAYAGUAJE, ANGEL
JUSTINO PIAGUAJE LUCITANTE, JAVIER PIAGUAJE PAYAGUAJE,
FERMIN PIAGUAJE, LUIS AGUSTIN PAYAGUAJE PIAGUAJE, EMILIO
MARTIN LUSITANDE YAIGUAJE, REINALDO LUSITANDE YAIGUAJE,
MARIA VICTORIA AGUINDA SALAZAR, CARLOS GREFA
HUATATOCA, CATALINA ANTONIA AGUINDA SALAZAR, LIDIA
ALEXANDRIA AGUINDA AGUINDA, CLIDE RAMIRO AGUINDA
AGUINDA, LUIS ARMANDO CHIMBO YUMBO, BEATRIZ MERCEDES
GREFA TANGUILA,
LUCIO ENRIQUE GREFA TANGUILA, PATRICIO WILSON AGUINDA
AGUINDA, PATRICIO ALBERTO CHIMBO YUMBO, SEGUNDO ANGEL
AMANTA MILAN, FRANCISCO MATIAS ALVARADO YUMBO, OLGA
GLORIA GREFA CERDA, NARCISA AIDA TANGUILA NARVAEZ,
BERTHA ANTONIA YUMBO TANGUILA, GLORIA LUCRECIA
TANGUILA GREFA, FRANCISCO VICTOR TANGUILA GREFA, ROSA
TERESA CHIMBO TANGUILA, MARIA CLELIA REASCOS REVELO,
HELEODORO PATARON GUARACA, CELIA IRENE VIVEROS
CUSANGUA, LORENZO JOSE ALVARADO YUMBO, FRANCISCO
ALVARADO YUMBO, JOSE GABRIEL REVELO LLORE, LUISA DELIA
TANGUILA NARVAEZ, JOSE MIGUEL IPIALES CHICAIZA, HUGO
GERARDO CAMACHO NARANJO, MARIA MAGDALENA RODRIGUEZ
BARCENES, ELIAS ROBERTO
PIYAHUAJE PAYAHUAJE, LOURDES BEATRIZ CHIMBO TANGUILA,
OCTAVIO ISMAEL CORDOVA HUANCA, MARIA HORTENCIA VIVEROS
CUSANGUA, GUILLERMO VINCENTE PAYAGUAJE LUSITANDE,
ALFREDO DONALDO PAYAGUAJE
PAYAGUAJE and DELFIN LEONIDAS
PAYAGUAJE PAYAGUAJE

Plaintiffs/Appellants

and

CHEVRON CORPORATION, CHEVRON CANADA LIMITED and CHEVRON
CANADA FINANCE LIMITED

Defendants/Respondents

## MOTION RECORD OF THE MOVING PARTY

**DATE:**   **October 10, 2017**

**GRANT HUBERMAN**
Barristers & Solicitors
1075 W. Georgia Street
Suite 1620
Vancouver, BC  V6E 3C9

**Peter Grant** (LSBC#4513)
E:  pgrant@grantnativelaw.com
T:  (604) 685-1229
F:  (604) 685-0244

Lawyers for the Appellants/Plaintiffs,José
Miguel Ipiales Chicaiza, Segundo Angel
Amanta Milán, Francisco Víctor Tanguila
Grefa, Hugo Gerardo Camacho Naranjo,
Heleodoro Patarón Guaraca, José Gabriel
Revelo Llore, Maria Celia Reascos Revelo,
Rosa Teresa Chimbo Tanguila, Maria
Magdaldena Rodriguez Bárcenas and Maria
Hortencia Viveros Cusangua

**TO:**   **LENCZNER SLAGHT ROYCE SMITH GRIFFIN LLP**
Barristers
130 Adelaide Street West
Suite 2600
Toronto, ON  M5H 3P5

**Alan J. Lenczner, Q.C.**
E:  alenczner@litigate.com
T:  (416) 865-3093
F:  (416) 865-2844

**Brendan F. Morrison**
E:  bmorisson@litigate.com
T:  (416) 865-3559
F:  (416) 865-3731

**KOSKIE MINSKY LLP**
20 Queen Street West
Suite 900
Toronto, ON  M5H 3R3

**Kirk M. Baert**
E: kmbaert@kmlaw.ca
T: (416) 595-2092
F: (416) 204-2889
**Celeste Poltak**
E: cpoltak@kmlaw.ca
T: (416) 595-2701
F: (416) 204-2909

**Garth Myers**
E: gmyers@kmlaw.ca
T: (416) 595-2102
F: (416) 977-3316

Lawyers for the Plaintiffs / Appellants,
Daniel Carlos Lusitande Yaiguaje, Benancio Fredy Chimbo Grefa,
Miguel Mario Payaguaje Payaguaje, Teodoro Gonzalo Piaguaje Payaguaje,
Simon Lusitande Yaiguaje, Armando Wilmer Piaguaje Payaguaje,
Angel Justino Piaguaje Lucitante, Javier Piaguaje Payaguaje, Fermin Piaguaje,
Luis Agustin Payaguaje Piaguaje, Emilio Martin Lusitande Yaiguaje,
Reinaldo Lusitande Yaiguaje, Maria Victoria Aguinda Salazar,
Carlos Grefa Huatatoca, Catalina Antonia Aguinda Salazar,
Lidia Alexandria Aguinda Aguinda, Clide Ramiro Aguinda Aguinda,
Luis Armando Chimbo Yumbo, Beatriz Mercedes Grefa Tanguila,
Lucio Enrique Grefa Tanguila, Patricio Wilson Aguinda Aguinda,
Patricio Alberto Chimbo Yumbo, Francisco Matias Alvarado Yumbo,
Olga Gloria Grefa Cerda, Narcisa Aida Tanguila Narvaez,
Bertha Antonia Yumbo Tanguila, Gloria Lucrecia Tanguila Grefa,
Celia Irene Viveros Cusangua, Lorenzo Jose Alvarado Yumbo,
Francisco Alvarado Yumbo, Luisa Delia Tanguila Narvaez,
Elias Roberto Piyahuaje Payahuaje, Lourdes Beatriz Chimbo Tanguila,
Octavio Ismael Cordova Huanca, Guillermo Vincente Payaguaje Lustitande,
Alfredo Donaldo Payaguaje Payaguaje, and Delfin Leonidas Payaguaje Payaguaje

**AND TO:** **NORTON ROSE FULBRIGHT CANADA LLP**
Barristers and Solicitors
Royal Bank Plaza, South Tower
200 Bay Street
Suite 3800
PO Box 84
Toronto, ON  M5J 2Z4

**Robert Frank**
T:  (416) 202-6741

**Clarke Hunter, QC**
T:  (403) 267-8292
F:  (403) 264-5973

**Anne Kirker, QC**
T:  (403) 267-9564

Lawyers for the Defendant / Respondent,
Chevron Canada Finance Limited


**AND TO:** **GOODMANS LLP**
Barristers and Solicitors
Bay Adelaide Centre
333 Bay Street
Suite 3400
Toronto, ON  M5H 2S7

**Benjamin Zarnett**
T:  (416) 597-4204

**Suzy Kauffman**
T:  (416) 597-6281

**Peter Kolla**
T:  (416) 597-6279

Lawyers for the Defendant / Respondent,
Chevron Canada Limited

AND    **OSLER, HOSKIN & HARCOURT LLP**
TO:    Barristers & Solicitors
First Canadian Place
100 King Street West
Suite 6200
Toronto, ON  M5X 1B8

**Larry Lowenstein**
T:  (416) 862-6454

**Laura Fric**
T:  (416) 862-6454

**Eric Morgan**
T:  (416) 862-5871

Lawyers for the Defendant / Respondent,
Chevron

# INDEX

# MOTION RECORD INDEX

| TAB | DOCUMENT | PAGE |
|---|---|---|
| 1 | **Notice of Motion** | 1-7 |
| 2 | **Affidavit of Patricio Salazar Coirdova** | 8 – 11 |
| A. | Curriculum vitae of Patricio Salazar Coirdova, current as of October 10, 2017 | 12 – 16 |
| B | Income tax searches by Patricio Salazar Coirdova of moving plaintiffs from the Internal Revenue Services website in Ecuador dated October 10, 2017 | 17 – 27 |
| C | Income tax searches by Patricio Salazar Coirdova of non-moving plaintiffs from the Internal Revenue Services website in Ecuador dated October 10, 2017 | 28 – 66 |
| D | Threshold income tax table of Ecuador, current as of October 10, 2017 | 67 – 70 |

TAB 1

Court File No. C63309, C63310
Court File No.: CV-12-9808-00CL

## COURT OF APPEAL FOR ONTARIO

BETWEEN:

DANIEL CARLOS LUSITANDE YAIGUAJE, BENANCIO FREDY
CHIMBO GREFA, MIGUEL MARIO PAYAGUAJE PAYAGUAJE,
TEODORO GONZALO PIAGUAJE PAYAGUAJE, SIMON LUSITANDE
YAIGUAJE, ARMANDO WILMER PIAGUAJE PAYAGUAJE, ANGEL
JUSTINO PIAGUAJE LUCITANTE, JAVIER PIAGUAJE PAYAGUAJE,
FERMIN PIAGUAJE, LUIS AGUSTIN PAYAGUAJE PIAGUAJE, EMILIO
MARTIN LUSITANDE YAIGUAJE, REINALDO LUSITANDE YAIGUAJE,
MARIA VICTORIA AGUINDA SALAZAR, CARLOS GREFA
HUATATOCA, CATALINA ANTONIA AGUINDA SALAZAR, LIDIA
ALEXANDRIA AGUINDA AGUINDA, CLIDE RAMIRO AGUINDA
AGUINDA, LUIS ARMANDO CHIMBO YUMBO, BEATRIZ MERCEDES
GREFA TANGUILA,
LUCIO ENRIQUE GREFA TANGUILA, PATRICIO WILSON AGUINDA
AGUINDA, PATRICIO ALBERTO CHIMBO YUMBO, SEGUNDO ANGEL
AMANTA MILAN, FRANCISCO MATIAS ALVARADO YUMBO, OLGA
GLORIA GREFA CERDA, NARCISA AIDA TANGUILA NARVAEZ,
BERTHA ANTONIA YUMBO TANGUILA, GLORIA LUCRECIA
TANGUILA GREFA, FRANCISCO VICTOR TANGUILA GREFA, ROSA
TERESA CHIMBO TANGUILA, MARIA CLELIA REASCOS REVELO,
HELEODORO PATARON GUARACA, CELIA IRENE VIVEROS
CUSANGUA, LORENZO JOSE ALVARADO YUMBO, FRANCISCO
ALVARADO YUMBO, JOSE GABRIEL REVELO LLORE, LUISA DELIA
TANGUILA NARVAEZ, JOSE MIGUEL IPIALES CHICAIZA, HUGO
GERARDO CAMACHO NARANJO, MARIA MAGDALENA RODRIGUEZ
BARCENES, ELIAS ROBERTO
PIYAHUAJE PAYAHUAJE, LOURDES BEATRIZ CHIMBO TANGUILA,
OCTAVIO ISMAEL CORDOVA HUANCA, MARIA HORTENCIA VIVEROS
CUSANGUA, GUILLERMO VINCENTE PAYAGUAJE LUSITANDE,
ALFREDO DONALDO PAYAGUAJE
PAYAGUAJE and DELFIN LEONIDAS
PAYAGUAJE PAYAGUAJE

Plaintiffs/Appellants

and

CHEVRON CORPORATION, CHEVRON CANADA LIMITED and CHEVRON
CANADA FINANCE LIMITED

Defendants/Respondents

*2*

# NOTICE OF MOTION

### (Returnable October 11, 2017)

**CERTAIN OF THE PLAINTIFFS**, represented by Peter Grant and Diane Soroka, will make a motion to the Court of Appeal on October 11, 2017 at 10:00 a.m. or as soon after that time as the motion can be heard, at Osgoode Hall Court House, 130 Queen Street West, Toronto, Ontario.

**PROPOSED METHOD OF HEARING:**

The motion is to be heard:

      [ ]     in writing under subrule 37.12.1(1) because it is;

      [ ]     in writing as an opposed motion under subrule 37.12.1(4);

      [X]    orally

**THE MOTION IS FOR:**

(a) An order abridging the time for service and validating service of this notice of motion and motion record, if necessary, so that the motion is properly returnable on the date indicated above;

(b) An order permitting the moving plaintiffs to adduce further evidence of their impecuniosity; and

(c) Such further and other relief as this Honourable Court deems just.

**THE GROUNDS FOR THE MOTION ARE:**

(a) On September 21, 2017, Epstein JA, in chambers, ordered that the plaintiffs post security for costs for this appeal (the "Decision");

(b) In the Decision, Epstein JA found that insufficient evidence of impecuniosity was led by the plaintiffs;

(c) Rule 56.07 permits the court to review a decision on security for costs at any time;

(d) Additional evidence is available demonstrating, on a balance of probabilities, that the moving plaintiffs are impecunious;

(e) The Decision was premised on the assumption that the moving plaintiffs cannot demonstrate that they are impecunious;

(f) The moving plaintiffs, due to their impecuniosity, will be unable to proceed with this appeal if they are required to post the substantial security for costs ordered by Epstein JA in the Decision and will likely result in the termination of this important litigation without a consideration of the merits or the justice of their case;

(g) The moving plaintiffs, as they are impecunious, should be allowed to have their appeal decided on its merits rather than on the basis of a security for costs order that they cannot pay;

(h) Rules 1.04(1), 1.04(2), 1.05, 2.01(1), 2.03, 37, 56.01, 56.05, 56.07, 61.06, and 61.16(2) of the *Rules of Civil Procedure*, RRO 1990, Reg. 194;

(i) Section 134(4)(b) of the *Courts of Justice Act*, RSO 1990, c C.43; and

(j) Such further and other grounds as counsel may advise and this Honourable Court may permit.


**THE FOLLOWING DOCUMENTARY EVIDENCE** will be used at the hearing of the motion:

(a) The motion records on the motion to vary the order for security for costs filed by the parties before this Court;

(b) The Affidavit of Patricio Salazar Cordova, sworn October 10, 2017 and exhibits thereto; and

(c) Such further and other evidence as counsel may advise and this Honourable Court may permit.


**DATE:     October 10, 2017**

4

**GRANT HUBERMAN**
Barristers & Solicitors
1075 W. Georgia Street
Suite 1620
Vancouver, BC  V6E 3C9

**Peter Grant** (LSBC#4513)
E:  pgrant@grantnativelaw.com
T:  (604) 685-1229
F:  (604) 685-0244

Lawyers for the Appellants/Plaintiffs,José
Miguel Ipiales Chicaiza, Segundo Angel
Amanta Milán, Francisco Victor Tanguila
Grefa, Hugo Gerardo Camacho Naranjo,
Heleodoro Patarón Guaraca, José Gabriel
Revelo Llore, Maria Celia Reascos Revelo,
Rosa Teresa Chimbo Tanguila, Maria
Magdaldena Rodriguez Bárcenas and Maria
Hortencia Viveros Cusangua

**TO:**   **LENCZNER SLAGHT ROYCE SMITH GRIFFIN LLP**
Barristers
130 Adelaide Street West
Suite 2600
Toronto, ON  M5H 3P5

**Alan J. Lenczner, Q.C.**
E:  alenczner@litigate.com
T:  (416) 865-3093
F:  (416) 865-2844

**Brendan F. Morrison**
E:  bmorisson@litigate.com
T:  (416) 865-3559
F:  (416) 865-3731

**KOSKIE MINSKY LLP**
20 Queen Street West
Suite 900
Toronto, ON  M5H 3R3

**Kirk M. Baert**
E:  kmbaert@kmlaw.ca
T:  (416) 595-2092
F:  (416) 204-2889

5

**Celeste Poltak**
E:  cpoltak@kmlaw.ca
T:  (416) 595-2701
F:  (416) 204-2909

**Garth Myers**
E:  gmyers@kmlaw.ca
T:  (416) 595-2102
F:  (416) 977-3316

Lawyers for the Plaintiffs / Appellants,
Daniel Carlos Lusitande Yaiguaje, Benancio Fredy Chimbo Grefa,
Miguel Mario Payaguaje Payaguaje, Teodoro Gonzalo Piaguaje Payaguaje,
Simon Lusitande Yaiguaje, Armando Wilmer Piaguaje Payaguaje,
Angel Justino Piaguaje Lucitante, Javier Piaguaje Payaguaje, Fermin Paiguaje,
Luis Agustin Payaguaje Piaguaje, Emilio Martin Lusitande Yaiguaje,
Reinaldo Lusitande Yaiguaje, Maria Victoria Aguinda Salazar,
Carlos Grefa Huatatoca, Catalina Antonia Aguinda Salazar,
Lidia Alexandria Aguinda Aguinda, Clide Ramiro Aguinda Aguinda,
Luis Armando Chimbo Yumbo, Beatriz Mercedes Grefa Tanguila,
Lucio Enrique Grefa Tanguila, Patricio Wilson Aguinda Aguinda,
Patricio Alberto Chimbo Yumbo, Francisco Matias Alvarado Yumbo,
Olga Gloria Grefa Cerda, Narcisa Aida Tanguila Narvaez,
Bertha Antonia Yumbo Tanguila, Gloria Lucrecia Tanguila Grefa,
Celia Irene Viveros Cusangua, Lorenzo Jose Alvarado Yumbo,
Francisco Alvarado Yumbo, Luisa Delia Tanguila Narvaez,
Elias Roberto Piyahuaje Payahuaje, Lourdes Beatriz Chimbo Tanguila,
Octavio Ismael Cordova Huanca, Guillermo Vincente Payaguaje Lustitande,
Alfredo Donaldo Payaguaje Payaguaje, and Delfin Leonidas Payaguaje Payaguaje

**AND TO:**  **NORTON ROSE FULBRIGHT CANADA LLP**
Barristers and Solicitors
Royal Bank Plaza, South Tower
200 Bay Street
Suite 3800
PO Box 84
Toronto, ON  M5J 2Z4

**Robert Frank**
T:  (416) 202-6741

**Clarke Hunter, QC**
T:  (403) 267-8292
F:  (403) 264-5973

6

**Anne Kirker, QC**
T: (403) 267-9564

Lawyers for the Defendant / Respondent,
Chevron Canada Finance Limited


AND
TO: **GOODMANS LLP**
Barristers and Solicitors
Bay Adelaide Centre
333 Bay Street
Suite 3400
Toronto, ON  M5H 2S7

**Benjamin Zarnett**
T: (416) 597-4204

**Suzy Kauffman**
T: (416) 597-6281

**Peter Kolla**
T: (416) 597-6279

Lawyers for the Defendant / Respondent,
Chevron Canada Limited


AND
TO: **OSLER, HOSKIN & HARCOURT LLP**
Barristers & Solicitors
First Canadian Place
100 King Street West
Suite 6200
Toronto, ON  M5X 1B8

**Larry Lowenstein**
T: (416) 862-6454

**Laura Fric**
T: (416) 862-6454

**Eric Morgan**
T: (416) 862-5871

Lawyers for the Defendant / Respondent,
Chevron

DANIEL CARLOS LUISTANDE YAIGUAJE et al.
Appellants/Moving Party

-and-

CHEVRON CORPORATION et al.
Respondents/Responding Party

Court File No.: M48342, C63309, C63310

*ONTARIO*
**COURT OF APPEAL**

PROCEEDING COMMENCED AT TORONTO

**NOTICE OF MOTION**

**GRANT HUBERMAN**
Barristers & Solicitors
1075 W. Georgia Street
Suite 1620
Vancouver, BC  V6E 3C9

**Peter Grant** (LSBC#4513)
pgrant@grantnativelaw.com
T: (604) 685-1229
F: (604) 685-0244

Lawyers for the Appellants/Plaintiffs,
José Miguel Ipiales Chicaiza, Segundo Angel Amanta Milán,
Francisco Victor Tanguila Grefa, Hugo Gerardo Camacho
Naranjo, Heledoro Patarón Guaraca, José Gabriel Revelo
Llore, María Celia Reascos Revelo, Rosa Teresa Chimbo
Tanguila, María Magdalena Rodríguez Bárcenas and María
Hortencia Viveros Cusangua

TAB 2

Court File No. M48342, C63309, C63310
Court File No.: CV-12-9808-00CL

## COURT OF APPEAL FOR ONTARIO

BETWEEN:

DANIEL CARLOS LUSITANDE YAIGUAJE, BENANCIO FREDY
CHIMBO GREFA, MIGUEL MARIO PAYAGUAJE PAYAGUAJE,
TEODORO GONZALO PIAGUAJE PAYAGUAJE, SIMON LUSITANDE
YAIGUAJE, ARMANDO WILMER PIAGUAJE PAYAGUAJE, ANGEL
JUSTINO PIAGUAJE LUCITANTE, JAVIER PIAGUAJE PAYAGUAJE,
FERMIN PIAGUAJE, LUIS AGUSTIN PAYAGUAJE PIAGUAJE, EMILIO
MARTIN LUSITANDE YAIGUAJE, REINALDO LUSITANDE YAIGUAJE,
MARIA VICTORIA AGUINDA SALAZAR, CARLOS GREFA
HUATATOCA, CATALINA ANTONIA AGUINDA SALAZAR, LIDIA
ALEXANDRIA AGUINDA AGUINDA, CLIDE RAMIRO AGUINDA
AGUINDA, LUIS ARMANDO CHIMBO YUMBO, BEATRIZ MERCEDES
GREFA TANGUILA,
LUCIO ENRIQUE GREFA TANGUILA, PATRICIO WILSON AGUINDA
AGUINDA, PATRICIO ALBERTO CHIMBO YUMBO, SEGUNDO ANGEL
AMANTA MILAN, FRANCISCO MATIAS ALVARADO YUMBO, OLGA
GLORIA GREFA CERDA, NARCISA AIDA TANGUILA NARVAEZ,
BERTHA ANTONIA YUMBO TANGUILA, GLORIA LUCRECIA
TANGUILA GREFA, FRANCISCO VICTOR TANGUILA GREFA, ROSA
TERESA CHIMBO TANGUILA, MARIA CLELIA REASCOS REVELO,
HELEODORO PATARON GUARACA, CELIA IRENE VIVEROS
CUSANGUA, LORENZO JOSE ALVARADO YUMBO, FRANCISCO
ALVARADO YUMBO, JOSE GABRIEL REVELO LLORE, LUISA DELIA
TANGUILA NARVAEZ, JOSE MIGUEL IPIALES CHICAIZA, HUGO
GERARDO CAMACHO NARANJO, MARIA MAGDALENA RODRIGUEZ
BARCENES, ELIAS ROBERTO
PIYAHUAJE PAYAHUAJE, LOURDES BEATRIZ CHIMBO TANGUILA,
OCTAVIO ISMAEL CORDOVA HUANCA, MARIA HORTENCIA VIVEROS
CUSANGUA, GUILLERMO VINCENTE PAYAGUAJE LUSITANDE,
ALFREDO DONALDO PAYAGUAJE
PAYAGUAJE and DELFIN LEONIDAS
PAYAGUAJE PAYAGUAJE

Plaintiffs/Appellants

and

CHEVRON CORPORATION, CHEVRON CANADA LIMITED and CHEVRON
CANADA FINANCE LIMITED

Defendants/Respondents

## AFFIDAVIT OF PATRICIO SALAZAR CÓRDOVA

I, Doctor Patricio Salazar Córdova, of the City of Cumbayá, Ecuador, MAKE OATH AND SAY:

1.    I am a lawyer, licenced to practice law in Ecuador.  I am fluently bilingual in English and Spanish.

2.    I have been directly involved in this case since early 2015.

3.    I am not authorized nor permitted to waive solicitor-client privilege, and nothing in the affidavit can be taken to constitute such a waiver.

4.    I obtained my law degree from SEK International University, in Quito, Ecuador in July 1999.

5.    I obtained my Doctor of Jurisprudence from SEK International University, in Quito, Ecuador in July 2000.

6.    I also attended The University of Birmingham, UK, where I obtained an MBA in Public Service in December 2005.

7.    I have been practicing law in Ecuador since July, 1999.  Attached hereto and marked as Exhibit "A" is a true copy of my Curriculum Vitae.

8.    I am also a member of the board of directors of the Quito Chamber of Commerce, and have held this position for approximately three years.

9.    I am counsel for the Amazon Defence Front ("FDA") and the ten plaintiffs who have retained Peter Grant as counsel in Canada.  Their other legal counsel, in Ecuador, are Angel Cajo, Agustin Salazar, and I work closely with them.

10.   Since I have been working with the FDA, I have travelled to the Amazon region, where

the plaintiffs reside, on several occasions. I am familiar with the communities and the Amazon region from the time I have spent there with plaintiffs and other community members affected by the environmental pollution ("Affected People").

11. Over the time I have spent with the Affected People in the Amazon region, it has become clear to me that all of them have very limited financial resources. I have met hundreds of Affected People on those trips and had community meetings. With few exceptions, the people live on subsistence existence. Many of the Affected People have dirt floors in their homes; they sleep on a mattress on the dirt floor; and they do not have insurance or access to medical treatment. They travel on dirt roads, and work in fields, with no access to an adequate water supply.

12. I also have meetings with representatives of the Affected People in Quito and Cumbayá on a weekly basis, as well as phone calls.

13. In Ecuador, information regarding income tax returns of individuals and entities are a matter of public record.

14. I have completed a search of the income tax filings of the forty-seven plaintiffs named in this matter. Two of the plaintiffs do not even have a taxpayer number, and thus they have not filed returns. Attached hereto and marked as Exhibit "B" are true copies of the ten plaintiffs', who are my clients and that of Mr. Peter Grant, income tax searches completed on the *Servicio de Rentas Internas,* the website for the Internal Revenue Services in Ecuador. Attached hereto and marked as Exhibit "C" are true copies of the remaining thirty-seven palintiffs' income tax searches completed on the *Servicio de Rentas Internas,* the website for the Internal Revenue Services in Ecuador.

15. The search provides evidence that only three of the plaintiffs meet the threshold of

4

$11,920 USD. Below that threshold, they are not required to file tax returns.

16.     The table also shows any exit tax payable on any monies an Ecuadorian sends overseas, as a 5% exit tax is levied. None of the representative plaintiffs have sent money overseas, as no amounts are listed in the table.

17.     There are three plaintiffs who have filed income tax returns, and therefore, they are above the threshold. However, they are very close to the threshold, as the top tax payable are is less than $239 USD. Attached hereto and marked as Exhibit "D" is a true copy of the current threshold income tax table of Ecuador, setting out the tax payable for different incomes.

18.     According to Ecuadorian law, to be eligible for a loan from any financial institution, an Ecuadorian would have to disclose his/her income tax declaration in order to prove a source of income for repayment of the loan. This cash flow would allow a person to obtain a loan in proportion to their income, by establishing the ability to repay the loan from their income.

SWORN BEFORE ME at the City of        )
Toronto, in the Province of            )
Ontario, this  10TH  day of            )
October, 2017.                         )
                                       )
                                       )
                                       )
_____        )
A Commissioner for Taking Affidavits        PATRICIO SALAZAR CÓRDOVA
Within Ontario

Christina Shiwsankar
a Commissioner, etc. for the
Province of Ontario
while being a licensed Paralegal

12

This is Exhibit "......A........." referred to in the
affidavit of ..Patricio Salazar Córdova
sworn before me at ..Toronto, ON
this ..10ᵀᴴ.. day of ..October..........20.17.

A Commissioner for taking Affidavits for Ontario

Christina Shiwsankar
a Commissioner, etc. for the
Province of Ontario
while being a licensed Paralegal

13

# CURRICULUM VITAE

## DR. PATRICIO SALAZAR CÓRDOVA

### PERSONAL INFORMATION

| | |
|---|---|
| Passport Number: | 1707814354 |
| Nationality: | Ecuadorian |
| Civil Status: | Married |
| Date of Birth: | 26 October 1975 |
| Address: | Chimborazo S3-43 y Velasco Ibarra, Conjunto Pietralba, Casa 5, Cumbayá |
| Phone number: | 00 593 22041124, Cell. 0999468923 |
| E-mail address: | patriciosalazarcordova@gmail.com |

### EDUCATION

Degree: *MBA* Public Service, December 7th 2005, International Development Department, The University of Birmingham, UK.
Birmingham, September 2004 – December 2005.
Subject of dissertation: The Electric Sector in Ecuador.

Degree: *Doctor in Jurisprudence*, February 21st 2001, Faculty of Social and Juridical Science, SEK International University.
Quito, October 1993 - July 2000.
Subject of the doctoral thesis: International Commercial Arbitration.

Degree: *Lawyer*, July 28th 1999, Faculty of Social and Juridical Science, SEK International University.
Quito, October 1993 – July 1999.

Degree: *Bachelor of Juridical Science*, Faculty of Social and Juridical Science, SEK International University.
Quito, October 1993 – July 1998.

### COURSES

The University of Birmingham, *Business Management English*
Birmingham, UK, August 2004 – September 2004

SEK England, *Cultural Studies*.
London, UK, January 2000.

Harvard Law School, *Program of Instruction for Lawyers*.
Cambridge Mass. USA, June 1998.

## PROFESSIONAL BACKGROUND

**Personal Law Office**
Legal Counsel, Administrative Law, Tax Law, Human Rights and Environmental Law, Real Estate, Commercial, Negotiation and Intellectual Property, Trust and other structures. November 2010, to present.

**TROLIBIT**                                    *General Manager/Share holder*
Real Estate
Responsibilities: Outline, develop and administrate the company related to Real State Business in Ecuador through the acquisitions of properties, building of commercial stores and finally letting them.
July 2006 to present

**MIDLAND ATALNTIC LLC**                        *Managing Member*
Real Estate
Responsibilities: Outline, develop and administrate the company related to Real State Business in Florida USA, through the acquisitions of Single Family Homes, and finally letting them.
October 2010 to present

**CHAMBER OF COMMERCE OF QUITO**     *Member of the Board of Directors*
Commerce and Industry
Responsibilities: as part of the board involved in the administration of the Chamber by assisting to board meeting twice a month.
April 2015 to present

**CHAMBER OF INDUSTRY & COMMERCE**
**ECUADOR & GREAT BRITAIN**           *Member of the Boar of Directors*
Commerce and Industry
Responsibilities: as part of the board, contribute to establish and achieve the goals of the Chamber by periodically assisting to the board's meetings every month and events as Director. Represent the Chamber before the International Centre for Arbitration and Mediation
July 2008-June 2010, July 2010-June 2012, July 2012-June 2014

**BRUZZONE & SALAZAR ABOGADOS**     *Associate Partner/General Manager*
Law Firm
Responsibilities: Director Trade Area. Alternative Dispute Resolution Methods. Administrative Law, Constitutional Law, Tax Law, Corporate Law, Civil Procedure and Intellectual Property.
As General Manager responsible for managing all issues related to IT, HR, Finance, Marketing, accounting, and sales.
May 2003 to October 2010.

**DEXICORP**                                    *General Manager*
Real Estate
Responsibilities: Outline, develop and administrate the company related to Real State Business through the acquisitions of properties, building of commercial stores finally letting them with income over $ 700.000.00 for the year 2005. Activities mainly in Ecuador and subsidiary on Argentina.
March 2003- June 2004; July 2005 December 2006.

15

**GRUPO KFC-ECUADOR/VENEZUELA**          *In-house Lawyer, Manager*
                                                  *of the Legal Department*
Business Group, Services, Fast Food, Real State, Electricity generation and Industry in
Ecuador and Venezuela.
Responsibilities: Legal issues, Negotiation (Mergers and acquisitions), Real Estate,
Administration.
July 2005 December 2006.

**SAN FRANCISCO UNIVERSITY**          *Lecturer*
Introduction to the Law
Responsibilities: teach, evaluate and promote students
August 2005 – December 2005.

**GRUPO KFC-ECUADOR**          *In-house Lawyer, Manager*
                                      *of the Legal Department*
Business Group, Services, Fast Food, Real State and Industry.
Responsibilities: Manage the Legal Department, Trade Law, Corporate Law, Intellectual
Property, Tax Law, Administrative Law, Labour Law, Negotiation.
New stores, manage and negotiate Real Estate projects.
June 2001 – July 2004.

**PROFILE CONSULTORES**          *Junior Lawyer*
Law Firm-Consultants
Responsibilities: External consultant for Deloitte & Touché on the Project of Diagnosis
and Proposal of the Financial System for the Superintendence of Bank of Ecuador.
Assistance to the development of the Intellectual Property Department of the Firm.
February – June 2001

**PONCE, FERNÁNDEZ DE CORDOBA & SIMON**     *Associate Partner*
Law Firm
Responsibilities: Trade Law, Corporate Law, Intellectual Property, Tax Law,
Administrative Law, Labour Law, Negotiation, Civil Law, Constitutional Law, Civil
Procedure Law.
April 1999 – February 2001.

**SEK INTERNATIONAL UNIVERSITY**          *Lecturer*
Administrative Law
Responsibilities: teach, evaluate and promote students
January 2001 – July 2001.

**SEK INTERNATIONAL UNIVERSITY**          *Assistant Professor*
Civil Law, Assets
Responsibilities: teach and evaluate students
October 2000 – July 2001

**UNIVERSIDAD CATOLICA DE QUITO, (PUCE)**     *Assistant Professor*
Inheritance Successor Law
Responsibilities: teach and evaluate students
October 1999.

**QUEVEDO & PONCE**          *Legal Assistant*
Law Firm

Responsibilities: Civil Law, Civil Procedure Law, Administrative Law, Constitutional
Law, Corporate Law, Trade Law, Human Rights (Interamerican Court of Human Rights,
Case Suárez Rosero), Labour Law, Criminal Law, Transit Law.
May, 1995 – April 1999.

**FUNDACIÓN ANTONIO QUEVEDO**          *Assistant to the Director*
Arbitration and Mediation Centre.
Responsibilities: Statutes, Regulations, Ethic Code, list of arbitrators and mediators and
approval of the foundation of the Centre.
October 1997 – March, 1999.

**SEK INTERNATIONAL UNIVERSITY**          *Internship*
Free Assistance Centre.
Responsibilities: Civil Law, Civil Procedure Law, Labour Law, Criminal Law and Transit
Law.
October 1997 – January 1998.

**SEK INTERNATIONAL UNIVERSITY**          *President of the Student Union*
Responsibilities: Represent the student community and liaison with authorities on
Congress, Round Table Seminars and debates in Quito and other cities of the Country
November 1998 – October 1999.

**Languages:**
Spanish: mother tongue.
English: spoken and written.

17

This is Exhibit "......B........" referred to in the
affidavit of ..PATRICIO  SALAZAR  CORDOVA.....
sworn before me at ......TORONTO, ON.......
this ..10TH...day of ..OCTOBER..........20.17.

A Commissioner for taking Affidavits for Ontario

Christine Shiwsankar
a Commissioner, etc. for the
Province of Ontario
while being a licensed Paralegal

18



# SERVICIO DE RENTAS INTERNAS

SRI

## CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS

Consulta de Impuesto a la Renta y Salida de Divisas

### Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales

| Ruc; Cédula; Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
| --- | --- | --- |
| 0200560089 | AMANTA WILAN SEGUNDO ANGEL | PERSONA NATURAL |

### Impuesto a la Renta Causado

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
| --- | --- | --- |
| 107 | 2016 | $5.71 |
| 107 | 2015 | $24.50 |
| 107 | 2014 | $0.00 |
| 102 | 2013 | $26.36 |
| 107 | 2012 | $0.00 |
| 107 | 2011 | $0.00 |
| 107 | 2010 | $0.00 |
| 107 | 2009 | $0.00 |
| 107 | 2008 | $0.00 |
| 107 | 2007 | $0.00 |
| 107 | 2006 | $0.00 |
| 102 | 2004 | $0.00 |
| 102 | 2001 | $0.00 |
| 107 | 2000 | $0.00 |

### Impuesto a la Salida de Divisas

| Año Fiscal | Valor Impuesto a la Salida de Divisas |
| --- | --- |
| 2016 | $0.00 |
| 2015 | $0.00 |
| 2014 | $0.00 |
| 2013 | $0.00 |
| 2012 | $0.00 |
| 2011 | $0.00 |
| 2010 | $0.00 |
| 2009 | $0.00 |
| 2008 | $0.00 |
| 2007 | $0.00 |
| 2006 | $0.00 |
| 2004 | $0.00 |
| 2001 | $0.00 |
| 2000 | $0.00 |

Formulario / Tipo de Declaración
102 Declaración del Impuesto a la Renta Personas Naturales
107 Retención Relación de Dependencia

Regresar

19



## SERVICIO DE RENTAS INTERNAS

**CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS**

Declaraciones

### Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales

Consultas de
Impuesto a la Renta y
Salida de Divisas

| Ruc,Cédula,Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 1500115932001 | TANDULLA GREFA FRANCISCO VICTOR | PERSONA NATURAL |

#### Impuesto a la Renta Causado

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|
| 107 | 2002 | $ 0,00 |

#### Impuesto a la Salida de Divisas

| Año Fiscal | Valor Impuesto a la Salida de Divisas* |
|---|---|
| 2002 | 40.00 |

*: : :

Formulario / Tipo de Declaración
102 Declaración del Impuesto a la Renta Personas Naturales
107 Retención Efectuada en Relación de Dependencia

*: Información reportada por terceros, sujeta a verificación

Esta información se encuentra registrada en la base de datos del SRI, la misma que ha sido remitida por los formularios y/o trámites presentados por el contribuyente, entendían de agente de retención
Cualquier inconsistencia deberá ser rectificada en la oficina más cercana (Agencias) Más a través de la opción BUZON DE CONTACTO del menú principal de nuestra página Web, registrarse sin problema

Para el correcto funcionamiento de este Sitio Web se requiere  Internet Explorer 7.0 ó Firefox 1.5 (o superiores)

Salinas N17-203 y Santiago, Edif. Alhambra | 1 700 SRI SRI (774 774) | Política de Privacidad | Copyright © 2010 SRI

20

**SRI**

SERVICIO DE RENTAS INTERNAS

CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS

Consultas de Impuesto a la Renta y Salida de Divisas

Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales

| Ruc, Cédula, Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
| --- | --- | --- |
| 1200016524 | CHIMBO TANDUL A ROSA TERESA | PERSONA NATURAL |

**Impuesto a la Renta Causado**

| Año Fiscal | Formulario | Valor Impuesto a la Renta Causado |
| --- | --- | --- |
| | | |

**Impuesto a la Salida de Divisas**

| Año Fiscal | Valor Impuesto a la Salida de Divisas* |
| --- | --- |
| | |

Regresar

Formulario / Tipo de Declaración
102 Declaración del Impuesto a la Renta Personas Naturales
107 Retención Efectuada en Relación de Dependencia

* Información reportada por terceros, sujeta a verificación

Esta información se encuentra sujeta a la base de datos del SRI la misma que en una jornada de las formularios y/o anexos presentados por el contribuyente, instalador o agente de retención
Cualquier inconsistencia sobre la oficina más próxima ingresando SRI 24 a través de la código RUC/RENDS CONTACTO en menú principal de nuestra página Web. http://www.sri.gob.ec

Para el correcto funcionamiento de este Sitio Web se requiere : Internet Explorer 7.0 / Firefox 1.5 (o superiores)

Salinas N17-203 y Santiago, Edif. Alhambra | 1 700 SRI SRI (774 774) | Política de Privacidad | Copyright © 2010 SRI



22



# SERVICIO DE RENTAS INTERNAS

## CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS

### Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales

| Ruc, Cédula, Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 0900253014001 | PATARON GUARACA HELEODORO | PERSONA NATURAL |

### Impuesto a la Renta Causado

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|

### Impuesto a la Salida de Divisas

| Año Fiscal | Valor Impuesto a la Salida de Divisas* |
|---|---|

Consultas de
Impuesto a la Renta y
Salida de Divisas

23

**SERVICIO DE RENTAS INTERNAS**

SRI

**CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS**

Consulta de Impuesto a la Renta y Salida de Divisas

**Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales**

| RUC/Cédula/Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 1701816912 | REVELO LLORÉ JOSE GABRIEL | PERSONA NATURAL |

**Impuesto a la Renta Causado**

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|
| 107 | 2009 | $ 0.00 |
| 107 | 2008 | $ 0.00 |

**Impuesto a la Salida de Divisas**

| Año Fiscal | Valor Impuesto a la Salida de Divisas* |
|---|---|
| 2009 | $0.00 |
| 2008 | $0.00 |

Formulario 107 de Declaración
102 Declaración de Impuesto a la Renta Personas Naturales
107 Retención Efectuada en Relación de Dependencia

* Información reportada por terceros, sujeta a verificación

Esta información se encuentra registrada en la base de datos del SRI. la misma que no está pagada en los formularios, para efectos demostrados por el contribuyente, emprender a ingresar un intención.
Cualquier inconsistencia deberá ser reportada en la página más cercana. Adicional a hacer clic la opción BUSCAR DE CONTRACTO del demo, proceder de nuestra página web. http://www.sri.gob.ec

Para el correcto funcionamiento de esta Sitio Web de requiere  Internet Explorer 7.0 y Firefox 1.5 (o anteriores).

Salinas N17-203 y Santiago. Edif. Alquimia | 1 700 SRI SRI (774 774) | Política de Privacidad | Copyright © 2010 SRI

24



# SERVICIO DE RENTAS INTERNAS — SRI

## CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS

**Consultas de Impuesto a la Renta y Salida de Divisas**

### Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales

| Ruc/Cédula/Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 020978307001 | IPIALES CHICAIZA JOSE MIGUEL | PERSONA NATURAL |

### Impuesto a la Renta Causado

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|
| 102 | 2010 | $54.20 |
| 102 | 2009 | $0.00 |
| 107 | 2008 | $0.00 |
| 107 | 2007 | $0.00 |
| 107 | 2006 | $0.00 |
| 107 | 2005 | $0.00 |
| 107 | 2004 | $0.00 |
| 107 | 2003 | $0.00 |
| 107 | 2002 | $0.00 |
| 107 | 2001 | $0.00 |

### Impuesto a la Salida de Divisas

| Año Fiscal | Valor Impuesto a la Salida de Divisas* |
|---|---|
| 2010 | $0.00 |
| 2009 | $0.00 |
| 2008 | $0.00 |
| 2007 | $0.00 |
| 2006 | $0.00 |
| 2005 | $0.00 |
| 2004 | $0.00 |
| 2003 | $0.00 |
| 2002 | $0.00 |
| 2001 | $0.00 |

Formulario / Tipo de Declaración:
102 Declaración del Impuesto a la Renta Personas Naturales
107 Retención Efectuada en Relación de Dependencia

* Información reportada por terceros: sujeta a reclusión

**SRI**

**SERVICIO DE RENTAS INTERNAS**

## CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS

Consultas de Impuesto a la Renta y Salida de Divisas

### Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales

| Ruc cédula pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 0200669328001 | CAMACHO NARANJO HUGO GERARDO | PERSONA NATURAL |

#### Impuesto a la Renta Causado

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|
| 102 | 2016 | $113,26 |

#### Impuesto a la Salida de Divisas

| Año Fiscal | Valor Impuesto a la Salida de Divisas |
|---|---|
| 2016 | $0.00 |

Formulario / Tipo de Declaración
102 Declaración del Impuesto a la Renta Personas Naturales
102A Retención Mensual en Relación de Dependencia

* Información reportada por terceros sujeta a verificación

Esta información se encuentra registrada en la base de datos del SRI, la misma que fue proporcionada por los formularios o informes presentados por el contribuyente, empleador o agente de retención. Cualquier inconsistencia deberá ser ingresada en la oficina más cercana (Aplicativos SRI) o a través de la opción BUZÓN DE CONTACTO del menú principal de nuestra página Web: http://www.sri.gob.ec

Para el correcto funcionamiento de este Sitio Web se requiere Internet Explorer 7.0 / Firefox 1.5 o superior(es)



SRI

SERVICIO DE RENTAS INTERNAS

CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS

Desconectado

Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales

Consultas de
Impuesto a la Renta y
Salida de Divisas

| Ruc, CMula, Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 1709371073 | RODRIGUEZ BARCENES MARIA MAGDALENA | PERSONA NATURAL |

**Impuesto a la Renta Causado**

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|

**Impuesto a la Salida de Divisas**

| Año Fiscal | Valor Impuesto a la Salida de Divisas* |
|---|---|

Formulario / Tipo de Declaración
101 Declaración del Impuesto a la Renta Personas Naturales
107 Retención Efectuada en Relación de Dependencia

* Información reportada por terceros, sujeta a verificación

Esta información se encuentra registrada en la base de datos del SRI, la misma que ha sido tomada de los formularios presentados por el contribuyente, empleador o agente de retención.
Cualquier inconsistencia deberá ser reportada en la oficina más cercana. Atención al SRI a través de la opción BUZON DE CONTACTO del menú principal de nuestra página Web: http://www.sri.gob.ec.

Para la correcta funcionamiento de este Sitio Web se requiere Internet Explorer 7.0 / Firefox 1.5 (o superiores)

Salinas N17-203 y Santiago, Edif. Alhambra | 1700 SRI SRI (774 774) | Política de Privacidad | Copyright © 2010 SRI

Regresar

**SRI**

*SERVICIO DE RENTAS INTERNAS*

## CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS

Consultar de Impuesto a la Renta y Salida de Divisas

### Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales

| Ruc/Cédula/Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 0400975566 | VIVEROS DURANGUA MARIA HORTENCIA | PERSONA NATURAL |

#### Impuesto a la Renta Causado

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|

#### Impuesto a la Salida de Divisas

| Año Fiscal | Valor Impuesto a la Salida de Divisas |
|---|---|

Formulario / Tipo de Declaración
102 Declaración del Impuesto a la Renta Personas Naturales
107 Retención Efectuada en Relación de Dependencia

* Información aprobada por terceros, sujeta a verificación

Esta información se encuentra registrada en la base de datos del SRI, la misma que ha sido remitida por los formularios y/o anexos presentados por el contribuyente, empleador o agente de retención. Cualquier inconsistencia deberá ser reportada en la oficina más cercana (Agencias SRI) a través de la opción AYUDA del menú principal de nuestra página Web: sri@www.sri.gob.ec

Para el correcto funcionamiento de este Sitio Web se requiere: Internet Explorer 7.0, Firefox 1.5 (o superiores)

Salinas N17-203 y Santiago  Edif. Alhambra | 1 700 SRI SRI (774 774) | Política de Privacidad | Copyright © 2010 SRI

28

This is Exhibit "__C__" referred to in the
affidavit of _Patricio   Salazar Cordova_

sworn before me at _Toronto, ON_

this _10TH_ day of _OCTOBER_ 20_17_.

A Commissioner for taking Affidavits for Ontario

Christina Shiwsankar
a Commissioner, etc. for the
Province of Ontario
while being a licensed Paralegal

29



# SERVICIO DE RENTAS INTERNAS

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 210004562001 | LUSITANDE YAIGUAJE DANIEL CARLOS | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 102 | 2014 | $ 108.89 |
| 107 | 2013 | $ 0.00 |
| 107 | 2012 | $ 9.00 |
| 107 | 2001 | $ 0.00 |

#### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2001 | $ 0.00 |

Form: Type of Declaration
102: Declaration of the Personal Income Tax
107: Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification

This information is elaborated on the SRI database, which has been generated from payroll of attachments (RDEP) and the taxpayer employer of withholding agent.
Any inconsistency should be reported to the interest office if applicable or through the CONTACT MAIL option in the main menu of our website: http://www.sri.gob.ec

30



# SRi

## SERVICIO DE RENTAS INTERNAS

### CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of Income Tax and Exit of Currencies

## Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and Names | Type of taxpayer |
|---|---|---|
| 1500353121001 | PAYASLIAN MIGUEL MARIO | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2013 | $0.00 |
| 107 | 2012 | $0.00 |
| 107 | 2009 | $0.00 |
| 107 | 2002 | $0.00 |
| 107 | 2001 | $0.00 |

### Exit Tax

| Fiscal year | Value Exit Tax |
|---|---|
| 2013 | $0.00 |
| 2012 | $0.00 |
| 2009 | $0.00 |
| 2000 | $0.00 |
| 2001 | $0.00 |

Form - Type of Declaration
102 Declaration of the Periodic Income Tax
107 Withholding made in Relation of Dependence

This information is provided by third parties, subject to verification.



32



33

To return

**SRI**

**SERVICIO DE RENTAS INTERNAS**

Consultation of Income Tax and Exit of Currencies

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc/Certificate/Passport | Surname and names | Type of taxpayer |
|---|---|---|
| 1500250050001 | LLISITANDE YVIDULIVE SIMON | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

### Exit Tax

| | Fiscal year | Value Exit Tax * |
|---|---|---|

Form - Type of Declaration
103 Declaration of the Recipient Income Tax
107 Withholding made at Point of of Generalance

* Information reported by third parties subject to verification

The information is extracted in the IRs electronic, which has been taken from the forms and / or documents filed by the taxpayer, employer or contracting agent.
Any inconsistencies should be reported to the nearest offices / SRI Agencies, or through the CONTACT MAIL option at the main menu of our website. http://www.sri.gob.ec/

For the proper functioning of the consult requires  Internet Explorer 7.0 - Firefox 3.0 (or higher)

34



**SERVICIO DE RENTAS INTERNAS**

CONSULTA DE IMPUESTO A LA RENTA Y SALIDA DE DIVISAS

Búsqueda de Impuesto a la Renta y Salida de Divisas Personas Naturales

Consultas de Impuesto a la Renta y Salida de Divisas

| Ruc, Cédula, Pasaporte | Apellidos y Nombres | Tipo de Contribuyente |
|---|---|---|
| 2100545500201 | PIADUUAE FAPADUAJE ARUANDO WILFRIDO | PERSONA NATURAL |

**Impuesto a la Renta Causado**

| Formulario | Año Fiscal | Valor Impuesto a la Renta Causado |
|---|---|---|
| | | |

**Impuesto a la Salida de Divisas**

| Año Fiscal | Valor Impuesto a la Salida de Divisas |
|---|---|
| | |

Formulario - Tipo de Declaración
IRC Declaración del Impuesto a la Renta Personas Naturales
IRF Retención Efectuada en Relación de Dependencia

*Información registrada por tercera, sujeta a verificación

3S

# SERVICIO DE RENTAS INTERNAS

SRI

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of Income Tax and Exit of Currencies

Natural person    Society

- RUC
- Identification card    RUC
- Passport    Business name
- Surnames and names

PAGUAVE LUCITANTE ANGEL JUSTI

- No records found for this search

Click on the image: Cat

For the proper functioning of this website requires Internet Explorer 7.0 / Firefox 1.5 (or higher)

36



# SRI
## SERVICIO DE RENTAS INTERNAS

Consultation of Income Tax and Exit of Currencies

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surname and names | Type of taxpayer |
|---|---|---|
| 2100246273 | PAYAGUAJE JAVIER PIAGES | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
|  | 2016 | * The Income Statement has not yet been submitted |
|  | 2015 | * The Income Statement has not yet been submitted |
| 102 | 2014 | $ 0.00 |
| 102 | 2013 | $ 0.00 |
| 102 | 2012 | $ 0.00 |
| 102 | 2011 | $ 0.00 |
| 102 | 2005 | $ 0.00 |

### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|
| 2016 | $ 36.62 |
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2011 | $ 0.00 |
| 2005 | $ 0.00 |

Form / Type of Declaration
102: Declaration of the Personal Income Tax
NOT Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification

This information is extracted in the SRI database, which has existed from the date and for attainments cited by the taxpayer, employer or withholding agent.
Any inconsistencies should be reported to the nearest offices SRI Agencies, or through the CONTACT RIMS, option in the main menu of our website http://www.sri.gob.ec

37



38



SERVICIO DE RENTAS INTERNAS

SRI

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of Income Tax and Exit of Currencies

**Search for Income Tax and Exit of Foreign Exchange Individuals**

| Ruc Cardicedic Passport | Surnames and Names | Type of taxpayer |
|---|---|---|
| 1500158716001 | PAVADUAJE PAGUUAJE LUIS AGUSTIN | NATURAL PERSON |

**Income Taxes Caused**

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

**Exit Tax**

| Fiscal year | Value Exit Tax |
|---|---|

Form - Type of Declaration
102: Declaration of the Personal Income Tax
NT Withholding made in Relation of Dependence

*Information reported by third parties, subject to verification.*

This information appears in the SRI database which has been taken from the forms and / or vouchers and filed by the taxpayer and/or by withholding agent. Any endorsement should be applied at the hours at SRI database, or through the CONTACT BANK option of the main menu of our website: http://www.sri.gob.ec



39

SRI

SERVICIO DE RENTAS INTERNAS

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of
Income Tax and
Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc,Certificate,Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1500298797 | LUSITANDE YAIGUAJE EMILIO MARTIN | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of this Income Tax Caused |
|---|---|---|
| | | : : Bin |

### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|

*Form / Type of Declaration*
*NO: Declaration of the Personal Income Tax*
*NO: Withholding made in Relation of Dependence*

*This information is recorded in the SRI database, which has been taken from the tax forms and / or attachments filed by the taxpayer directly or by withholding agent.*
*Any discrepancies should be reported to the nearest offices (SRI Agencies ) or through the CONTACT MAKE option in the main menu of our website http://www.sri.gob.ec*

*For the proper functioning of this Validate, requires Internet Explorer 2.0 ( Firefox 1.5 for higher )*

**SRI**

**SERVICIO DE RENTAS INTERNAS**

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of Income Tax and Exit of Currencies

**Search for Income Tax and Exit of Foreign Exchange Individuals**

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1030206021 | LUSITANDE YAGUAJE REINALDO | NATURAL PERSON |

**Income Taxes Caused**

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

**Exit Tax**

| Fiscal year | Value Exit Tax * |
|---|---|

Form, Type of "Conexion"
102 Declaration of the Personal Income Tax
121 Withholding made in Respect of Dependence

* Information reported by third parties, subject to verification

This information is complete in the SRI database, which has been taken from the forms sent, or attachments filed by the taxpayer, an employer or withholding agent.
Any inconsistencies should be reported to the nearest SRI or SRI Agencies, or through the CONTACT MAIL section in the main menu of our website. https://www.sri.gob.ec

To return

41

Consultation Income Tax  ×

← C ① http://declaraciones.sri.gob.ec/consultas-ingresos-internet/consultarIdivulaes_jsf

∷ Apps  ☐ New tab  Find an Oman.co  STAMPED SERVICES  ♦ CSAP login  Caswell Legal Solut  LSUC Find a Lawyer

SERVICIO DE RENTAS INTERNAS

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of
Income Tax and
Exit of Currencies

Natural person          Society
  RUC                     RUC
  Identification card     Business name
  Passport
  * Surnames and names

AGUINDA SALAZAR MARIA VICTORIA      Consultar      · No results found for this search

For the proper functioning of this Website requires Internet Explorer 7.0 / Firefox 1.5 (or higher)

Click on the image: Galbanos

Salinas N17-203 and Santiago, Alhambra Building | 1 700 SRI SRI (774 774) | Privacy Policy | Copyright © 2010 SRI

42



To return to...

## SERVICIO DE RENTAS INTERNAS

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of Income Tax and Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1600269055001 | OREPA HUATACOCA CARLOS | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the income tax Caused |
|---|---|---|
| 107 | 2016 | |
| 107 | 2015 | |
| 107 | 2014 | |
| 107 | 2013 | |
| 107 | 2012 | |
| 107 | 2011 | |
| 107 | 2010 | |
| 107 | 2009 | |

#### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|
| 2016 | $ 0.00 |
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2011 | $ 0.00 |
| 2010 | $ 0.00 |
| 2009 | $ 0.00 |

Form - Type of Declaration
102. Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification

This information is protected in the SRI database, which has been taken from the forms and / or attachments filed by the taxpayer, employer or withholding agent.
Any inconsistencies should be repaired at the nearest offices ( SRI Agencies ) or through the CONTACT MAKE option in the main menu of our website http://www.sri.gob.ec



43



44

# SERVICIO DE RENTAS INTERNAS

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of Income Tax and Exit of Currencies

## Search for Income Tax and Exit of Foreign Exchange Individuals

| Run, Certificate, Passport | Surnames and Names | Type of taxpayer |
|---|---|---|
| 1600531099 | AGUNDA AGUNDA LIDIA ALEXANDRA | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2016 | $ 0.00 |
| 107 | 2015 | $ 0.00 |
| 107 | 2014 | $ 0.00 |
| 107 | 2013 | $ 0.00 |
| 107 | 2012 | $ 0.00 |
| 107 | 2011 | $ 0.00 |
| 107 | 2010 | $ 0.00 |

### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|
| 2016 | $ 0.00 |
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2011 | $ 0.00 |
| 2010 | $ 0.00 |

Form: Type of declaration
102 Declaration of the Personal Income Tax
107 Withholdings made in Relation of Dependence

* Information reported by third parties, subject to verification

This information is provided in the SRI database, which has been taken from the forms and / or attachments filed by the taxpayer, employer or withholding agent
Any inconsistencies should be reported to the relevant SRI / SRI agencies, or through the CORRECT EMAIL collecter, or if major minor of our website, https://www.sri.gob.ec

To return

# CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

SERVICIO DE RENTAS INTERNAS

**Consultation of Income Tax and Exit of Currencies**

## Search for Income Tax and Exit of Foreign Exchange Individuals

| Ras Certificate, Passport: | Surnames and names | Type of taxpayer |
|---|---|---|
| 160370153001 | AGUACHA AGUINDA CLIDE RAMIRO | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2016 | $ 0.00 |
| 107 | 2015 | $ 0.00 |
| 107 | 2014 | $ 0.00 |
| 107 | 2013 | $ 0.00 |
| 107 | 2012 | $ 0.00 |
| 107 | 2011 | $ 0.00 |
| 107 | 2010 | $ 0.00 |
| 107 | 2009 | $ 0.00 |
| 107 | 2008 | $ 0.00 |
| 107 | 2004 | $ 0.00 |
| 107 | 2001 | $ 0.00 |

### Exit Tax

| Fiscal year | Value Exit Tax |
|---|---|
| 2016 | $ 0.00 |
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2011 | $ 0.00 |
| 2010 | $ 0.00 |
| 2009 | $ 0.00 |
| 2008 | $ 0.00 |
| 2004 | $ 0.00 |
| 2001 | $ 0.00 |

Form, Type of taxpayer
102 Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence



SRI

SERVICIO DE RENTAS INTERNAS

Consultation of Income Tax and Exit of Currencies

CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Welcome Guest

Search for Income Tax and Exit of Foreign Exchange Individuals

| | Rluc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|---|
| 160000540 | CHANGO YUMBO LUIS ARMANDO | | NATURAL PERSON |

**Income Taxes Caused**

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 197 | 2004 | $ 0.00 |

**Exit Tax**

| Fiscal year | Value Exit Tax * |
|---|---|
| 2004 | $ 0.00 |

Form: Type of Declaration
102 Declaration of the Personal Income Tax
107 Withholding Made - Relation of Dependence

* Information reported by third parties, subject to verification

This information is recorded in the SRI database, which has been taken from the forms and/or attachments filed by the taxpayer, withholding or withholding agent. Any inconsistencies should be reported to the nearest office - SRI Agencies or through the CONTACT MAIL option - in the main menu of your website http://www.sri.gob.ec

$ 0.00

To return

47

![SRI logo]

# SERVICIO DE RENTAS INTERNAS

Consultation of Income Tax and Exit of Currencies

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1503518985 | GREA TANGULA BEATRZ MERCEDES | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2014 | $ 0.00 |

#### Exit Tax

| Fiscal year | Value Exit Tax |
|---|---|
| 2014 | $ 0.00 |

To return

Form - Type of Declaration
102 Declaration of the Personal Income Tax
107 Withholding made A Relation of Dependence

* Information recorded to third parties, subject to verification

This information is produced in the SRI database which has been taken from the forms and/or by attachments filed by the taxpayer, employer, or contracting agent.
Any irregularities should be reported to the nearest office of the SRI agencies, or through the CONTACT MAIL option in the main menu of our website (http://www.sri.gob.ec).

For the proper functioning of this Website requires  Internet Explorer 7.0 / Firefox 3.5 use higher



SERVICIO DE RENTAS INTERNAS

**SRI**

### CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

**Search for Income Tax and Exit of Foreign Exchange Individuals**

Consultation of Income Tax and Exit of Currencies

| Iden. Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1500565752001 | GREFA TANGUILA LUDDO ENRIQUE | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2016 | |
| 107 | 2015 | |
| 107 | 2014 | |
| 107 | 2013 | |
| 107 | 2012 | |
| 107 | 2011 | |
| 107 | 2010 | |
| 107 | 2009 | |
| 107 | 2008 | |
| 107 | 2004 | |
| 107 | 2003 | |
| 107 | 2001 | |
| 107 | 2000 | |

### Exit Tax

| Fiscal year | Value Exit tax * |
|---|---|
| 2016 | $ 0.00 |
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2011 | $ 0.00 |
| 2010 | $ 0.00 |
| 2009 | $ 0.00 |
| 2008 | $ 0.00 |
| 2004 | $ 0.00 |
| 2003 | $ 0.00 |
| 2001 | $ 0.00 |
| 2000 | $ 0.00 |



# SERVICIO DE RENTAS INTERNAS

Consultation of
Income Tax and
Exit of Currencies

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Pre Connection

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Run, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1500339796501 | AGUINDA AGUINDA PATRICIO WILSON | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2016 | $ 0.00 |
| 107 | 2015 | $ 0.00 |
| 107 | 2014 | $ 0.00 |
| 107 | 2013 | $ 0.00 |
| 107 | 2012 | $ 0.00 |
| 107 | 2011 | $ 0.00 |
| 107 | 2010 | $ 0.00 |
| 107 | 2009 | $ 0.00 |
| 107 | 2008 | $ 0.00 |
| 107 | 2004 | $ 0.00 |
| 107 | 2001 | $ 0.00 |

### Exit Tax

| Fiscal year | Value Exit tax * |
|---|---|
| 2016 | $ 0.00 |
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2011 | $ 0.00 |
| 2010 | $ 0.00 |
| 2009 | $ 0.00 |
| 2008 | $ 0.00 |
| 2004 | $ 0.00 |
| 2001 | $ 0.00 |

Form - Type of Declaration
102 Declaration of the Personal Income Tax
107 Withholding relation in Relation of Dependence

To return



**SRI**

**SERVICIO DE RENTAS INTERNAS**

Consultation of Income Tax and Exit of Currencies

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc/Certificate/Passport | Surname and Names | Type of taxpayer |
|---|---|---|
| 1902322167001 | CHIMBO YUVERO PATRICIO ALBERTO | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2016 | $ 0.00 |
| 107 | 2015 | $ 0.00 |
| 107 | 2014 | $ 0.00 |
| 107 | 2013 | $ 0.35 |
| 107 | 2012 | $ 0.00 |
| 107 | 2011 | $ 0.00 |
| 107 | 2010 | $ 0.00 |
| 107 | 2009 | $ 0.00 |
| 107 | 2008 | $ 0.00 |
| 107 | 2007 | $ 0.00 |
| 107 | 2002 | $ 0.00 |
| 107 | 2001 | $ 0.00 |
| 107 | 2000 | $ 0.00 |

### Exit Tax

| Fiscal year | Value Exit tax |
|---|---|
| 2016 | $ 0.00 |
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2011 | $ 0.00 |
| 2010 | $ 0.00 |
| 2009 | $ 0.00 |
| 2008 | $ 0.00 |
| 2007 | $ 0.00 |
| 2002 | $ 0.00 |
| 2001 | $ 0.00 |
| 2000 | $ 0.00 |

51



# SRi
## SERVICIO DE RENTAS INTERNAS

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of Income Tax and Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1500990026001 | ALVARADO YUMBO FRANCISCO MATIAS | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| | | |

### Exit Tax

| Fiscal year | Value Exit Tax* |
|---|---|
| | |

Form = Type of Declaration
SRI Declaration of the Personal Income Tax
NOT Withholding made in Relation of Dependence

*Information reported by third parties, subject to verification.

This information is recorded in the SRI database, which has been taken from the forms and / or attachments filed by the taxpayer, employer or withholding agent.
Any inconsistencies should be reported to the nearest office / SRI agencies, or through the CONTACT EMAIL option in the main menu of our website http://www.sri.gob.ec

52



53



## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

SERVICIO DE RENTAS INTERNAS

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Reg. Certificate Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1500397320x1 | TANGUILA NARVAEZ NARCISA AIDA | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

#### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|

*Note: Type of Declaration
NO Declaration on the Personal Income Tax
NO Declaration made in Relation of Dependence

* Information reported by third parties, subject to verification

This information is recorded in the SRI database, which has been taken from the forms and/or or attachments filed by the taxpayer, employer or contracting agent. Any inconsistencies should be reported to the nearest office - SRI Agencies or through the main menu of our website: http://www.sri.gob.ec

For the proper functioning of the Website requires: Internet Explorer 7.0 - Firefox 1.5 (or higher)

54



SERVICIO DE RENTAS INTERNAS

CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Search for Income Tax and Exit of Foreign Exchange Individuals

Ruc, Certificate, Passport
1500256543001

Surnames and names
YUMBO TANGUILA BERTHA ANTONIA

Type of taxpayer
NATURAL PERSON

**Income Taxes Caused**

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

**Exit Tax**

| Fiscal year | Value Exit Tax * |
|---|---|

Form - Type of Declaration
102: Declaration of the Personal Income Tax
107: withholding made in Relation of Dependence

Information reported by one parties, subject to verification.

This information is reported in the SRI database, which has been taken from the forms and / or attachments filed by the taxpayer, employer or withholding agent.
Any reproduction or amount of reporting to the relevant office / SRI Agencies or through the www.sri.gob.ec.

5S

SERVICIO DE RENTAS INTERNAS

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Documents(s)

**Search for Income Tax and Exit of Foreign Exchange Individuals**

Consultation of
Income Tax and
Exit of Currencies

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1500142956 | TANDULA GREFA GLORIA LUCRECIA | NATURAL PERSON |

**Income Taxes Caused**

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

**Exit Tax**

| Fiscal year | Value Exit Tax * |
|---|---|

xx x x x x x Ma

Form : Type of Declaration
(N) Declaration of the Persona Income Tax
N° Withholding made in Reason of Coexistence

* information reported by third parties, subject to verification

The information recorded in the SRI database which has been taken from the forms and/or declarations filed by the taxpayer employer or currency agent
Any inconsistence should be reported to the nearest office / SRI Agencies , or through the CONTACT RAIL option in the main menu of our website http://www.sri.gob.ec

To ac...

56

SRI

**SERVICIO DE RENTAS INTERNAS**

CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of
Income Tax and
Exit of Currencies

**Search for Income Tax and Exit of Foreign Exchange Individuals**

| Ruc Cerificate Passport | Surnames and Names | Type of taxpayer |
|---|---|---|
| 0430645900031 | VIVEROS CUARANQUA CELIA IRENE | NATURAL PERSON |

**Income Taxes Caused**

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

**Exit Tax**

| Fiscal year | Value Exit Tax * |
|---|---|

Form / Type of Declaration
102 Declaration of the Personal Income Tax
No Withholding made in Payroll of Dependence

* Information received by cred partner, subject to verification

This information is required in the SRI database, which has been taken from the forms and / or attachment filed by the taxpayer, emission or withholding agent.
Any incompleteness should be attended to the nearest office ( SRI Agencies ) or through the CONTACT IMAS option in the main menu of our website (http://www.sri.gob.ec

For the proper functioning of this website requires Microsoft Explorer 7.0 / Firefox 1.5 (or higher)

57

**SRI**

**SERVICIO DE RENTAS INTERNAS**

Consultation of
Income Tax and
Exit of Currencies

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and Names | Type of taxpayer |
|---|---|---|
| 1500211160001 | ALVARADO YUMBO LORENZO JOSE | NATURAL PERSON |

#### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2015 | $ 0.00 |
| 107 | 2014 | $ 0.00 |
| 107 | 2009 | $ 0.00 |
| 107 | 2007 | $ 0.00 |

\*\* \* \* \*\* 0.c

#### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2009 | $ 0.00 |
| 2007 | $ 0.00 |

To refu

Form / Type of Declaration:
107 Declaration of the Personal Income Tax
107 Withholding Made In Relation of Dependence

* Information reported by third parties, subject to verification

This information is provided of the SRI database, which has been taken from the forms and / or statements filed by the taxpayer, employer or withholding agent.
Any inconsistencies should be reported to the nearest office / SRI agencies or through the CONTACT PANEL option in the institutional portal of our website http://www.sri.gob.ec.

58

**SERVICIO DE RENTAS INTERNAS**

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

**Search for Income Tax and Exit of Foreign Exchange Individuals**

| Ruc Certificate Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1600024777 | ALVARADO YUMBO FRANCISCO | NATURAL PERSON |

Consultation of Income Tax and Exit of Currencies

**Income Taxes Caused**

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| | | ** * * Bs. |

**Exit Tax**

| Fiscal year | Value Exit tax * |
|---|---|
| | |

Form / Type of Declaration
102 Declaration of the Persons Income Tax
107 Withholding made in Relation of Dependence

* Information reported by third parties. Subject to verification.

This information is provided in the SRI database which has been taken from the forms and / or attachments filled by the taxpayer, employer or withholding agent. Any inconsistencies should be reported in the relevant offices SRI Agencies, i.e. through the CONTACT MAIL option in the main menu of our website http://www.sri.gob.ec

59

**SRI**

**SERVICIO DE RENTAS INTERNAS**

Consultation of Income Tax and Exit of Currencies

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

### Search for Income Tax and Exit of Foreign Exchange Individuals

| RUC, Cédula, Passport | Type of taxpayer |
|---|---|
| 1500116155001 | NATURAL PERSON |

ALVARADO YUMBO FRANCISCO

**Income Taxes Caused**

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2008 | $ 0.00 |
| 107 | 2007 | $ 0.00 |

**Surpluses and taxes**

| | | |
|---|---|---|
| | | $ 0.00 |
| | | $ 0.00 |

**Exit Tax**

| Fiscal year | Value Exit Tax |
|---|---|
| 2008 | $ 0.00 |
| 2007 | $ 0.00 |

To retur

Form : Type of Declaration
102 Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification

This information is indicated in the SRI database, which has been taken from the funds and/or statements filed by the taxpayer, employer or withholding agent.
Any inconsistencies should be reported to the respective form / SRI Specialwe: or through the CONTACT MAIL option, in the main menu of our website: http://www.sri.gob.ec

60

**SRI**

## SERVICIO DE RENTAS INTERNAS

### CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of Income Tax and Exit of Currencies

**Search for Income Tax and Exit of Foreign Exchange Individuals**

| Ruc, Certificate, Passport | Surnames and Names | Type of taxpayer |
| --- | --- | --- |
| 1500096142 | TANGUILA NARVAEZ LIDIA CELIA | NATURAL PERSON |

**Income Taxes Caused**

| Form | Fiscal year | Value of the Income Tax Caused |
| --- | --- | --- |

**Exit Tax**

| Fiscal year | Value Exit Tax * |
| --- | --- |

Form - Type of Declaration:
102: Declaration of the Personal Income Tax
107: Withholding made in Relation of Dependence

* Information reported by third parties subject to verification

This information is recorded in the SRI database, which has been taken from the forms and / or withholdings filed by the taxpayer, employer or withholding agent.
Any inconsistencies should be reported to the nearest office o SRI Agencies or through the CONTACT MAIL option in the main menu of our website: http://www.sri.gob.ec

To refresh

61



# SERVICIO DE RENTAS INTERNAS

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of Income Tax and Exit of Currencies

## Search for Income Tax and Exit of Foreign Exchange Individuals

| Doc. Constituir, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1209141310001 | PAYAHUAJE PAYAHUAJE ELIAS ROBERTO | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 102 | 2015 | $ 8.11 |
| 102 | 2014 | $ 127.47 |
| 102 | 2013 | $ 11.51 |
| 102 | 2012 | $ 0.00 |
| 102 | 2011 | $ 0.00 |
| 102 | 2004 | $ 239.95 |
| 102 | 2003 | $ 119.22 |

### Exit Tax

| Fiscal year | Value Exit Tax * |
|---|---|
| 2015 | $ 0.00 |
| 2014 | $ 0.00 |
| 2013 | $ 0.00 |
| 2012 | $ 0.00 |
| 2011 | $ 0.00 |
| 2004 | $ 0.00 |
| 2003 | $ 0.00 |

Form / Type of Declaration:
102 Declaration of the Personal Income Tax
101 Declaration of Income of Organizations

* Information reported by third parties, subject to verification

This information is recorded in the SRI database, which has been taken from the home and / or attachments filed by the taxpayer, employer or collecting agent.
Any inconsistency should be reported to the nearest office - NAF Agencies - or through the CONTACT BASE center, or the main menu of our website https://www.sri.gob.ec

62



# SERVICIO DE RENTAS INTERNAS

SRI

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

## Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 150025494 | OKHABO TANGUILA LOURDES BEATRIZ | NATURAL PERSON |

### Income Taxes Caused

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|

### Exit Tax

| | Fiscal year | Value Exit Tax * |
|---|---|---|

Form Type of Declaration
102 Declaration of the Persons Income Tax
107 Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification

This information is reported in the SRI database, which has been taken from the Sunat and / or attachments filed by the taxpayer, employer or withholding agent. Any inconsistencies should be reported to the nearest office / SRI Agencies / or through the CONTACT MAIL option in the main menu of our website http://www.sri.gob.ec

Consultation of
Income Tax and
Exit of Currencies



63

**SRI**

**SERVICIO DE RENTAS INTERNAS**

## CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

(Confidential)

Consultation of
Income Tax and
Exit of Currencies

### Search for Income Tax and Exit of Foreign Exchange Individuals

| Ruc, Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 1107674370001 | CORDOVA HUANCA OCTAVIO ISRAEL | NATURAL PERSON |

| Income Taxes Caused | | |
|---|---|---|
| Form | Fiscal year | Value of the Income Tax Caused |
| | | ... ... . . . . 0.- |

| Exit Tax | | |
|---|---|---|
| Fiscal year | | Value Exit Tax * |

Form: Type of Document
102 Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence

* Information reported by third parties, subject to verification.

This information is consulted in the SRI database, which has been taken from the forms and/or attachments used by the taxpayer, retained or withholding agent.
Any consultations should be reproduced from records of the Internet office / SRI Agencies or through the CONTACT (line), option in the main menu of our website. http://www.sri.gob.ec

To ret...

ce9



SERVICIO DE RENTAS INTERNAS

SRI

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of Income Tax and Exit of Currencies

**Search for Income Tax and Exit of Foreign Exchange Individuals**

| Doc. Certificate, Passport | Surnames and names | Type of taxpayer |
|---|---|---|
| 0502090520301 | PAYAGUAJE LUSITANDE GUILLERMO VICENTE | NATURAL PERSON |

**Income Taxes Caused**

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 102 | 2014 | $119.94 |

**Exit Tax**

| Fiscal year | Value Exit Tax * |
|---|---|
| 2014 | $0.00 |

Form - Type of Declaration
102 Declaration of the Personal Income Tax
107 Withholding made in Relation of Dependence

* Information recorded by third parties, subject to verification.

The information recorded in the SRI database, which has been taken from the forms and / or attachments filed by the taxpayer, employer or withholding agent.
Any inconsistencies should be reported to the nearest office. SRI agencies or through the CONTRACTABLE option in the main menu of our website. Advertise.

Disclosure.sri

65

**SRI**

**SERVICIO DE RENTAS INTERNAS**

CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES

Consultation of Income Tax and Exit of Currencies

**Search for Income Tax and Exit of Foreign Exchange Individuals**

| Ruc, Certificate, Passport | Surnames and Names | Type of taxpayer |
|---|---|---|
| 1500230165001 | PAYAGUAJE ALFREDO DONALDO | NATURAL PERSON |

**Income Taxes Caused**

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
| 107 | 2013 | $0.00 |
| 103 | 2009 | $0.00 |
| 102 | 2006 | $0.00 |

**Exit Tax**

| Fiscal year | Value Exit Tax * |
|---|---|
| 2013 | $0.00 |
| 2006 | $0.00 |
| 2006 | $0.00 |

Form - Type of Declaration
102 Declaration of the Appraisal Income Tax
107 Withholding made in Relation of Dependence

This information is recorded in the SRI database, which has been taken from the forms sent by taxpayers filed by the taxpayer, through or withholding agent.
Any inconsistencies should be reported to the nearest office ( SRI Agencies ) or through the CONTACT BASE option or the main menu of our website http://www.sri.gob.ec

SERVICIO DE RENTAS INTERNAS

SRI

**CONSULTATION OF INCOME TAX AND EXIT OF CURRENCIES**

Consultation of Income Tax and Exit of Currencies

**Search for Income Tax and Exit of Foreign Exchange Individuals**

| Ruc/Certificate/Passport | Surnames and Names | Type of taxpayer |
|---|---|---|
| 180028905 | PAYAGUAJE PAYAGUAJE DELFIN LEONIDAS | NATURAL PERSON |

**Income Taxes Caused**

| Form | Fiscal year | Value of the Income Tax Caused |
|---|---|---|
|  |  |  |

**Exit Tax**

| Fiscal year | Value Exit Tax |
|---|---|
|  |  |

Home / Types of Declaration
IVA Declaration of the Personal Income Tax
IGP Withholdings made in Relation of Dependence

Information reported by third parties, subject to verification

This information incorporated in the SRI database, which has been taken from the forms and/or attachments filed by the taxpayer, employer or withholding agent.
Any inconsistencies should be reported to the nearest office / SRI Agencies / or through the CONTACT LINK, option in the main menu of our website, http://www.sri.gob.ec/

For this paper functioning of this Website requires Internet Explorer 7.0 / Firefox 1.5 or higher

67

This is Exhibit "......D......" referred to in the
affidavit of ...Patricio Salazar Cordova...
sworn before me at ...Toronto, ON...
this ..10th.. day of ...OCTOBER......... 20..17

A Commissioner for taking Affidavits for Ontario

Christina Shiwsankar
a Commissioner, etc. for the
Province of Ontario
While being a licensed Paralegal



Buscar

  

Inicio   Información sobre Impuestos   Impuesto a la Renta   Tarifas

Personas naturales y sucesiones indivisas.- Para liquidar el Impuesto a la Renta en el caso de las personas naturales y de las sucesiones indivisas, se aplicará a la base imponible las siguientes tarifas:

| Año 2017 - En dólares | | | |
|---|---|---|---|
| Fracción Básica | Exceso Hasta | Impuesto Fracción Básica | Impuesto Fracción Excedente |
| 0 | 11.290 | 0 | 0% |
| 11.290 | 14.390 | 0 | 5% |
| 14.390 | 17.990 | 155 | 10% |
| 17.990 | 21.600 | 515 | 12% |
| 21.600 | 43.190 | 948 | 15% |
| 43.190 | 64.770 | 4.187 | 20% |
| 64.770 | 86.370 | 8.503 | 25% |
| 86.370 | 115.140 | 13.903 | 30% |
| 115.140 | En adelante | 22.534 | 35% |

NAC -DGERGCG16-00000507 de 21/12/2016

| Año 2016 - En dólares | | | |
|---|---|---|---|
| Fracción Básica | Exceso Hasta | Impuesto Fracción Básica | Impuesto Fracción Excedente |
| 0 | 11.170 | 0 | 0% |
| 11.170 | 14.240 | 0 | 5% |
| 14.240 | 17.800 | 153 | 10% |
| 17.800 | 21.370 | 509 | 12% |
| 21.370 | 42.740 | 938 | 15% |
| 42.740 | 64.090 | 4.143 | 20% |
| 64.090 | 85.470 | 8.413 | 25% |
| 85.470 | 113.940 | 13.758 | 30% |
| 113.940 | En adelante | 22.299 | 35% |

NAC-DGERCGC15-00003195 publicada en el S.R.O. 657 de 28/12/2015

Los beneficiarios de ingresos provenientes de herencias, legados, donaciones, hallazgos y todo tipo de acto o contrato por el cual se adquiera el dominio a título gratuito, de bienes y derechos, pagarán el impuesto, aplicando a la base imponible las tarifas contenidas en la siguiente tabla:

| Año 2017 - En dólares | | | |
|---|---|---|---|
| Fracción Básica | Exceso Hasta | Impuesto Fracción Básica | Impuesto Fracción Excedente |
| 0 | 71.970 | 0 | 0% |
| 71.970 | 143.930 | 0 | 5% |
| 143.930 | 287.870 | 3.598 | 10% |
| 287.870 | 431.830 | 17.992 | 15% |
| 431.830 | 575.780 | 39.586 | 20% |
| 575.780 | 719.710 | 68.376 | 25% |
| 719.710 | 863.640 | 104.359 | 30% |
| 863.640 | En adelante | 147.536 | 35% |

Octubre 6 | EL SRI SUMA MÁS DENUNCIAS COMO PARTE DE LA LUCHA CONTRA LA DEFRAUDACIÓN TRIBUTARIA

Octubre 5 | AHORA LOS CONTRIBUYENTES PUEDEN SOLICITAR FACILIDADES DE PAGO POR INTERNET

Guía práctica declaración de Impuesto a la Renta

Campaña Impuesto a la Renta 2017

Resumen principales cambios Reforma Tributaria

Principales cambios tributarios producto del Código de Producción Comercio e Inversiones

Ingresos de fuente ecuatoriana

Exenciones

Deducciones

Tarifas

Determinación del anticipo

Retenciones en la fuente

Preguntas Frecuentes

Herencias Legados y Donaciones

Crédito tributario y reclamos de devolución

Informe de Cumplimiento Tributario (ICT)

Certificados de declaraciones de retenciones por pagos hechos al exterior

1/2

NAC-DGERGCG16-00000507 de 21/12/2016

| Año 2016 - En dólares | | | |
|---|---|---|---|
| Fracción Básica | Exceso Hasta | Impuesto Fracción Básica | Impuesto Fracción Excedente |
| 0 | 71.220 | 0 | 0% |
| 71.220 | 142.430 | 0 | 5% |
| 142.430 | 284.870 | 3.561 | 10% |
| 284.870 | 427.320 | 17.805 | 15% |
| 427.320 | 569.770 | 39.172 | 20% |
| 569.770 | 712.200 | 67.662 | 25% |
| 712.200 | 854.630 | 103.270 | 30% |
| 854.630 | En adelante | 145.989 | 35% |

NAC-DGERCGC15-00003195 publicada en el S.R.O. 657 de 28/12/2015

**Tablas de cálculo de Impuesto a la Renta 2017**
Incluye las tablas de cálculo de este impuesto tanto de períodos anteriores como del presente.



GOBIERNO NACIONAL DE
LA REPÚBLICA DEL ECUADOR

**Presidencia**
El Presidente
La Presidencia
Palacio de Gobierno

**Vicepresidencia**
El Vicepresidente
La Vicepresidencia
Programas / Servicios

**Secretarías Nacionales**
Administración Pública
Comunicación
Gestión de la Política
Planificación y Desarrollo

**Secretarías**
Agua
Educación Superior, Ciencia,
Tecnología e Innovación
Desarrollo Amazónico
Gestión de Riesgos

**Ministerios Coordinadores**
Desarrollo Social
Política Económica
Producción, Empleo y
Competitividad
Sectores Estratégicos
Seguridad
Conocimiento

**Ministerios**
Agricultura, Ganadería,
Acuacultura y Pesca
Ambiente
Comercio Exterior
Cultura y Patrimonio
Defensa Nacional
Deporte
Desarrollo Urbano y Vivienda
Educación
Electricidad y Energía Renovable
Finanzas
Inclusión Económica y Social

Industrias y Productividad
Interior
Justicia, Derechos Humanos y
Cultos
Recursos Naturales no Renovables
Relaciones Exteriores y Movilidad
Humana
Relaciones Laborales
Salud Pública
Telecomunicaciones y de la
Sociedad de la Información
Transporte y Obras Públicas
Turismo



ecuador  ama la vida

**1700 SRi SRi**
774 774
y desde Cuenca 04-2598-941

70

DANIEL CARLOS LUIS TANDE YAIGUAJE et al.
Appellants/Moving Party

-and-

CHEVRON CORPORATION et al.
Respondents/Responding Party

Court File No.: M48342, C63309, C63331

*ONTARIO*
**COURT OF APPEAL**

PROCEEDING COMMENCED AT TORONTO

**AFFIDAVIT OF PATRICIO SALAZAR CÓRDOVA**

**GRANT HUBERMAN**
Barristers & Solicitors
1075 W. Georgia Street
Suite 1620
Vancouver, BC  V6E 3C9

**Peter Grant** (LSBC#4513)
pgrant@grantnativelaw.com
T: (604) 685-1229
F: (604) 685-0244

Lawyers for the Appellants/Plaintiffs,
José Miguel Ipiales Chicaiza, Segundo Angel Amanta Milán
Francisco Victor Tanguila Grefa, Hugo Gerardo Camacho
Naranjo, Heleodoro Patarón Guaraca, José Gabriel Revelo
Llore, Maria Celia Reascos Revelo, Rosa Teresa Chimbo
Tanguila, Maria Magdalena Rodriguez Bárcenas and Maria
Hortencia Viveros Cusangua

DANIEL CARLOS LUISTANDE YAIGUAJE et al.
Appellants/Moving Party

-and-

CHEVRON CORPORATION et al.
Respondents/Responding Party

Court File No.: M48342, C63309, C63331

*ONTARIO*
**COURT OF APPEAL**

PROCEEDING COMMENCED AT TORONTO

**MOTION RECORD OF THE MOVING PARTY**

**GRANT HUBERMAN**
Barristers & Solicitors
1075 W. Georgia Street
Suite 1620
Vancouver, BC  V6E 3C9

**Peter Grant** (LSBC#4513)
pgrant@grantnativelaw.com
T:  (604) 685-1229
F:  (604) 685-0244

Lawyers for the Appellants/Plaintiffs,
José Miguel Ipiales Chicaiza, Segundo Angel Amanta Milán,
Francisco Victor Tanguila Grefa, Hugo Gerardo Camacho
Naranjo, Heleodoro Patarón Guaraca, José Gabriel Revelo
Llore, Maria Celia Reascos Revelo, Rosa Teresa Chimbo
Tanguila, Maria Magdalena Rodriguez Bárcenas and Maria
Hortencia Viveros Cusangua

# EXHIBIT 40

# Funding Opportunity – Ecuador Litigation

### Summary

The campaign to force Chevron to pay the $12 billion Ecuador pollution judgment in Canada is entering a critical phase where a relatively modest amount of financial support can dramatically increase pressure on the company. We have worked tenaciously over the last several months in Canada to build a "dream team" of lawyers, indigenous leaders, and activists to press forward and positive results are clear. In recent weeks, we received our third consecutive appellate victory in Canada – a favorable dynamic similar to the one that existed when the underlying case was won in Ecuador in 2011.

Now, we need to take advantage of the recent successes to build even more momentum. The Ecuadorian communities are seeking bridge support of $500,000 to increase pressure on Chevron. To be clear, our team operates with great efficiency – most of us work on a contingency fee basis. Chevron has outspent us on the order of 300:1 since the beginning of the case. That said, there are still significant expenses related to press outreach, organizing, travel, and legal fees that must be covered.

Support is needed in the following distinct areas:

- Building alliances in the AFN (confederation of 640 indigenous groups in Canada) for the collection of the full amount of the Ecuador judgment;

- Stepped-up legal work led by Canadian lawyers Peter Grant and Alan Lenczner to continue to garner powerful appellate court victories by re-framing the case as one that matters deeply to all Canadians and aboriginal groups;

- Ongoing advocacy work with environmental groups, media, and government officials to be led by former AFN National Chief Phil Fontaine and legendary Greenpeace Co-founder Rex Weyler;

- General activities to maintain existing pressure on the company, particularly via advocacy with Chevron shareholders;

- Support for a leading expert who will work with Steven Donziger to bring in a longer-term investment deal of between $10 million and $25 million.

### Investment Structure

Support can be structured either as a tax-deductible donation; as an 18-month bridge payable with a 10% interest rate payable upon the successful capital raise; or as an equity investment on same terms as our last round.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

## Alliance Between Indigenous Peoples of Canada and Ecuador

Part of the funding will support the work of Canada's largest indigenous confederation on behalf of the Ecuadorian communities. Four major Ecuadorian indigenous community leaders have been invited to Ottawa as special guests of the national convention of the Assembly of First Nations (AFN) in Canada, scheduled to begin December 4. At the meeting, the leaders of both the national federations of Canada and Ecuador will a) announce a political alliance to hold Chevron accountable; b) explore a global boycott of Chevron over its refusal to pay the Ecuador judgment; c) lay the groundwork for a "Truth and Reconciliation" conference on the Ecuador pollution issue; and d) pass a resolution in support of collecting the judgment. One cannot overestimate the influence of the AFN in Canada, a country whose population is 10% indigenous and whose National Charter and judiciary support aboriginal rights to a much greater extent than in the United States.

Funding is needed for six people to travel from Ecuador to Ottawa for the AFN meeting; for a delegation of Canadian indigenous leaders from the AFN, including the current National Chief, to go to Ecuador; and to engage in advocacy and public education activities in Canada with aboriginal groups that are fighting various Chevron activities that are perceived as damaging to aboriginal rights, land title issues, and the environment.

## Ongoing legal and advocacy work

The funding also will be used to support the activities of the following individuals, all of whom are working at dramatically reduced costs but who bear travel and other expenses that must be covered:

**Peter Grant**: Peter Grant, the leading aboriginal rights lawyer in Canada, recently joined the legal team. Peter's impact is already being felt via a major court victory in Ontario Court of Appeal. Peter has argued almost every major indigenous rights case that has come to Canada's Supreme Court in the last three decades.

**Aaron Page**: Aaron is a U.S.-based lawyer who does critically important legal work in the U.S., Ecuador, and Canada.  Aaron has been working on the matter for 12 years and is leading a number of important initiatives related to intensifying the pressure on Chevron in the legal and shareholder arenas.

**Rex Weyler**: Rex is an author and the co-founder of Greenpeace who has legendary reputation in Canada as an environmental activist and organizer.

**Patricio Salazar and Juan Aulestia**:  Lawyer Patricio Salazar and longtime advocate Juan Aulestia manage issues related to law and government relations in Ecuador.

## Case management and media

Funds also will be used to cover media costs (including distribution of press releases); client relations, overall case management, fundraising, strategic planning and U.S.-based legal work (led by Steven Donziger); and to pay expenses involved in securing long-term funding from pools of capital to support the campaign for a period of years as necessary. Several large hedge funds have expressed interest in a major investment but the time horizon to close any such deal will be six to 12 months.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

## Capital raising

We are committed to aligning strategically with capital partners who understand the urgency of settling the case, have best-in-class thinkers, and who appreciate the global repercussions on all indigenous groups given the magnitude of the judgment against Chevron. A portion of the funds will be used to pay expenses involved in securing long-term funding to support the campaign for a period of years if necessary. We have partnered with Katie Sullivan, who runs a family wealth business, to help lead the capital raise with Steven. Several large funds have expressed interest in a major investment. In building her business over the last 16 years, Katie has built deep relationships with networks of investment professionals.

## Client relations and community organizing work in Ecuador

Some funds also will be used to support the work of the Frente de Defensa de la Amazonia (FDA), the community-based organization in the affected area of Ecuador that is the legal entity that is collecting the judgment. The FDA represents the interests of all the indigenous peoples and farmer communities where Texaco operated. One of the group's founders, Luis Yanza, is a Goldman Prize winner.

## November/December 2017

**Contact:**
Steven R. Donziger, Esq.
sdonziger@donzigerandassociates.com
+1-917-566-2526

## Disclaimer

*Litigation finance transactions entail a high degree of risk, including the risk of loss of some or all invested capital. As potential judgments can be very high, defendants often will invest significant resources to defeat, reduce or merely defer potential payment obligations. Such measures can materially reduce the prospects of successful financial returns from financing high-profile, high-stakes litigation.*

*The information set forth in this overview provides only a brief summary of a complicated, multi-jurisdictional litigation with a long history. Efforts to enforce certain judgments have been time consuming, expensive, subject to reversal or appeal, and are likely to continue to be so. In addition, this litigation and related countersuits have resulted and in the future may result in conflicting determinations and judgments that may limit (a) the plaintiffs' ability to pursue claims, in particular jurisdictions, or at all; (b) the plaintiffs' ability to secure successful judgments or awards; as well as (c) the ability of certain parties to participate in any prospective recoveries.*

*Detailed information regarding the litigation described in this presentation, including without limitation information regarding the parties to the litigation, their respective agents and other interested parties, and the litigation and judgments involving such persons, will be made available to prospective investors prior to any investment by such persons. Prospective investors are strongly urged to carefully review any prospective litigation finance investment, and to discuss the risks associated with such investments with their legal and tax advisers.*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

# EXHIBIT 41

## How New Capital Can Compress Time Frame

**Objective**: Raise risk pressure on Chevron to force settlement of Ecuador judgment at a meaningful price in the near future.

**Strategies** that need to be funded:

\*\*Identify Chevron pending projects in other countries and educate public and government officials there about risks of partnering with a company that does not respect court judgments. Cost to Chevron could be very high.

\*\*Mobilize indigenous groups and environmental NGOs around the world to join a call for a global boycott of Chevron until they pay the Ecuador judgment. Discourage governments from partnering with Chevron for not respecting local laws. Chevron could lose significant business.

\*\*Use public relations to paint company as a rogue actor around the world because of failure to comply with law in Ecuador and other places, like Australia.

\*\*Work with Chevron shareholders to pressure company management via shareholder resolutions and the like. Broaden approach from public pension funds to large private funds that have enormous leverage over management.

\*\*Launch enforcement action in another jurisdiction to seize Chevron assets. Make it feel like the risk is growing and is not contained to Canada (where it is high).

\*\*Launch other legal actions designed to pressure the company – including a defamation suit against company's star witness, who admitted lying in the RICO case; and, a shareholder derivative lawsuit against company management for misleading the markets about the risk from the judgment.

\*\*Step up media and publicity campaign to shine spotlight on company's human rights victims in Ecuador and the destruction of indigenous culture.

\*\*Truth and Reconciliation Conference with world leaders to be held in Calgary. Will put enormous pressure on Chevron to come to table if executed well.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)