# EXHIBIT 31

| | |
|---|---|
| **From:** | Steven Donziger <sdonziger@donzigerandassociates.com> |
| **Sent:** | Monday, December 11, 2017 3:45 PM |
| **To:** | Katie Sullivan <Katie@Streamlinefamilyoffice.com> |
| **Subject:** | Fw: Ecuador budget/talk |
| **Attach:** | 2017.12.09 Ecuador budget.pdf; ATT00001.txt |

---

**From:** Steven Donziger
**Sent:** Monday, December 11, 2017 4:44 PM
**To:** Glenn Krevlin
**Subject:** Ecuador budget/talk

Glen,

Attached is a budget that shows spending at a rate of roughly $1m per year for the next two years.  We expect to be able to cover the next 12 months under the current raise while actively pursuing new capital up to $2.5 million under the same terms as the last round in addition to the longer-term and much larger raise indicated in the time line.  We now have 80% of the current raise committed if you come in at the level you indicated. We expect the $1m round to be oversubscribed.

With regard to the terms you requested, we are happy to offer a discount on participation in future rounds. You have been there for us at critical moments and that deserves our appreciation as well as a material reward.  I have some ideas about how best to structure the discount to allow us optimal flexibility for the major capital partners we are seeking and whose participation will help put major pressure on Chevron to settle the matter.

Let me know a good time to talk and I will take you through the budget.  Katie might join us as she is helping me raise funds. As always, I look forward to hearing your thoughts and insights. Let me know a good time.

Best, SRD

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

**\*\*PRIVILEGED & CONFIDENTIAL\*\***
**Ecuador Case Management - 12 MONTH EXPENSE PROJECTION**
**DECEMBER 2017**

prepared by

S T R E A M L I N E

**EXPENSES**

| | Projected Budget 2018 Monthly | Projected Budget 2018 Annual |
|---|---|---|
| **Legal Fees** | | |
| Steven Donziger | $ 25,000 | $ 300,000 |
| Aaron Marr Page | $ 5,000 | $ 60,000 |
| Full time attorney | $ 10,000 | $ 120,000 |
| Alan Lenczner | $ - | $ - |
| John Phillips | $ - | $ - |
| Legal contingency | $ 4,000 | $ 48,000 |
| | $ 44,000 | $ 528,000 |
| **PR costs** | | |
| Cristina Munoz - Ecuador | $ 500 | $ 6,000 |
| Press releases | $ 1,000 | $ 12,000 |
| | $ 1,500 | $ 18,000 |
| **Stipend Payments** | | |
| Simon Billiness - shareholder support/resolutions | $ 1,500 | $ 18,000 |
| Streamline - administrative/accounting | $ 2,000 | $ 24,000 |
| Juan Aulestia - Ecuador management | $ 2,000 | $ 24,000 |
| Luis Yanza - Ecuador community/client relations | $ 1,000 | $ 12,000 |
| FDA - client group | $ 3,000 | $ 36,000 |
| Rex Weyler | $ 2,000 | $ 24,000 |
| | $ 11,500 | $ 138,000 |
| **Travel** | | |
| Travel - Ecuador in country | $ 1,000 | $ 12,000 |
| Travel - Ecuadorians outside country | $ 4,000 | $ 48,000 |
| Travel - US, fundraising | $ 8,000 | $ 96,000 |
| Travel - Canadian attorneys | $ 4,000 | $ 48,000 |
| | $ 17,000 | $ 204,000 |
| Contingency | $ 5,000 | $ 60,000 |
| **TOTAL** | **$ 79,000** | **$ 948,000** |
| **Onetime payments** | | |
| Sept 2017 Canadian Delegate trip reimbursement to SRD | | $ 50,000 |
| Peter Grant legal retainer | | $ 110,000 |
| Reimburse SRD (back salary, direct expenses) | | $ 150,000 |
| Travel - Chief trip to Ecuador | | $ 20,000 |
| | | **$ 330,000** |
| **2018 projected expenses** | | **$ 1,278,000** |
| **2019 projected expenses** | | $ 948,000 |
| **TOTAL capital funding required thru Dec 2019** | | **$ 2,226,000** |

# EXHIBIT 32

*Bus Platinum Privileges*

 **Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

STREAMLINE FAMILY OFFICE INC
DBA CWP ASSOCIATES
30 SPRINGDALE AVE
DOVER, MA 02030-2374

# Your Business Advantage Checking
# Bus Platinum Privileges

for December 22, 2017 to December 31, 2017

Account number: 9158

**STREAMLINE FAMILY OFFICE INC    DBA CWP ASSOCIATES**

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 22, 2017 | $0.00 | # of deposits/credits: 1 |
| Deposits and other credits | 100.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 10 |
| Service fees | -0.00 | Average ledger balance: $100.00 |
| **Ending balance on December 31, 2017** | **$100.00** | [1]*Includes checks paid,deposited items&other debits* |

Bank of America **Business Advantage**



## Dreading the shredding?

**Go paperless** and make a statement.

• Eliminate storing and shredding
• Get email reminders that link to your statements
• View and download business statements anytime

Online Banking
TIP OF
THE MONTH

Just log in to Online Banking, and click on **Profiles & Settings** (in the upper right, next to **Sign Out**).
To enroll in Online Banking, visit **bankofamerica.com/smallbusiness**.

©2017 Bank of America Corporation. | AR6FCKFN | SSM-06-17-0139.B

MKS-0006473

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



**Bank of America, N.A. Member FDIC and      Equal Housing Lender**

MKS-0006474

 **Bank of America**

# Your checking account

STREAMLINE FAMILY OFFICE INC  |  Account #███████9158  |  December 22, 2017 to December 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 12/22/17 | Online Banking transfer from CHK 1337 Confirmation# 0597624847 | 100.00 |
| **Total deposits and other credits** | | **$100.00** |

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 12/22 | 100.00 |

 Bank of America **Business Advantage**



# Thank you for your business.
# Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work to help you strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

ARLLD94V | SSM-02-17-0642.B

MKS-0006475

This page intentionally left blank

MKS-0006476

# EXHIBIT 33

*Bus Platinum Privileges*

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

STREAMLINE FAMILY OFFICE INC
DBA CWP ASSOCIATES
30 SPRINGDALE AVE
DOVER, MA 02030-2374

**Customer service information**

🕐 1.888.BUSINESS (1.888.287.4637)

🔗 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Checking
# Bus Platinum Privileges

for January 1, 2018 to January 31, 2018

Account number: 9158

**STREAMLINE FAMILY OFFICE INC    DBA CWP ASSOCIATES**

## Account summary

| | | |
|---|---|---|
| Beginning balance on January 1, 2018 | $100.00 | # of deposits/credits: 11 |
| Deposits and other credits | 825,020.00 | # of withdrawals/debits: 33 |
| Withdrawals and other debits | -269,823.79 | # of items-previous cycle[1]: 0 |
| Checks | -4,765.21 | # of days in cycle: 31 |
| Service fees | -599.00 | Average ledger balance: $462,602.62 |
| **Ending balance on January 31, 2018** | **$549,932.00** | [1]Includes checks paid,deposited items&other debits |

Bank of America **Business Advantage**



## Send payments with ACH

As a small business owner, did you know you can pay vendors and suppliers at other financial institutions — outside of Bank of America — using ACH payments?

Online Banking
TIP OF
THE MONTH

Simply use Online Banking to make cost-effective electronic fund transfers with ACH: $10 for next-day delivery and $3 for 3-day delivery. Log in or enroll at bankofamerica.com/smallbusiness. Click the **Transfers** tab, then select **Send Money to Someone** and then **Using Their Account Number at Another Bank**.

AR7C4SJ9
SSM-02-17-0641.B

MKS-0006477

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**

MKS-0006478


## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 01/02/18 | WIRE TYPE:WIRE IN DATE: 180102 TIME:1732 ET TRN:2018010200472168 SEQ:2018010200050902/006888 ORIG:ANTONY ABBIATI ID:4740846 SND BK:STATE STREET BANK AND TRUST C ID: 0028 PMT DET:05740000005 04526CHV LLC | 250,000.00 |
| 01/05/18 | WIRE TYPE:WIRE IN DATE: 180105 TIME:1731 ET TRN:2018010500397002 SEQ:2018010500044349/005174 ORIG:JAMES MCCAFFREY ID:4741676 SND BK:STATE STREE T BANK AND TRUST C ID: 0028 PMT DET:0574000000 504702JAMES MCCAFFREY | 250,000.00 |
| 01/17/18 | Offer Fulfillment: Refund FX Wire Fee 1/11/2018 | 25.00 |
| 01/18/18 | WIRE TYPE:WIRE IN DATE: 180118 TIME:1652 ET TRN:2018011800403747 SEQ:S0680182933801/454326 ORIG:GLENN J. KREVLIN REVOCABL ID: 9601 SND BK:CITIBANK, N.A. ID:0008 PMT DET:PER YOUR REQ UEST | 250,000.00 |
| 01/24/18 | WIRE TYPE:WIRE IN DATE: 180124 TIME:1818 ET TRN:2018012400389583 SEQ:2018012400276403/004604 ORIG:DUE TO OTHER - WIRES ID: 8455 SND BK:TD BANK, NA ID: 3673 PMT DET:221947770 RET YOUR R EF 221947770 DATED JAN 24BY TD BANK UTA INVALID BN | 24,965.00 |
| 01/24/18 | Offer Fulfillment: Refund FX Wire Fee 1/17/2018 | 25.00 |
| 01/24/18 | Offer Fulfillment: Refund FX Wire Fee 1/17/2018 | 25.00 |
| 01/24/18 | Offer Fulfillment: Refund FX Wire Fee 1/17/2018 | 25.00 |
| 01/26/18 | WIRE TYPE:WIRE IN DATE: 180126 TIME:1837 ET TRN:2018012600390848 SEQ:201801260021252529/005557 ORIG:DUE TO OTHER - WIRES ID 8455 SND BK:TD BANK, NA ID 3673 PMT DET:222153806 RTN SNDRF 222153806 DD26JAN BY TD BANK UTA INVLD BNF ACCT NB | 24,965.00 |
| 01/29/18 | WIRE TYPE:WIRE IN DATE: 180129 TIME:1836 ET TRN:2018012900471197 SEQ:2018012900282817/005865 ORIG:DUE TO OTHER - WIRES ID: 8455 SND BK:TD BANK, NA ID: 3673 PMT DET:222318112 RTN YR REF 222318112 DD JAN29 FUNDSRTND BY TD BANK UTA INVAL | 24,965.00 |
| 01/31/18 | Offer Fulfillment: Refund FX Wire Fee 1/24/2018 | 25.00 |

**Total deposits and other credits**     **$825,020.00**

Bank of America **Business Advantage**



Alerts

## Stay informed around the clock

**Online Alerts**[1] help keep you informed.

- Monitor your account balances and receive alerts when payments are due
- Be notified when transactions have cleared

Online Banking

TIP OF
THE MONTH

Log in or enroll at **bankofamerica.com/smallbusiness** and click on **Alerts** in the Activity Center.

[1]Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply. ©2017 Bank of America Corporation. | ARVBSJGG | SSM-04-17-0040.B

MKS-0006479

STREAMLINE FAMILY OFFICE INC  |  Account #         9158  |  January 1, 2018 to January 31, 2018

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 01/11/18 | TRANSFER STREAMLINE FAMILY OF:Independent Media In Confirmation# 1870584542 | -5,000.00 |
| 01/11/18 | WIRE TYPE:FX OUT DATE:180112 TIME:1626 ET TRN:2018011100395938 FX:CAD 125000.00 1.2273 BNF:PETER R GRANT LAW CORPORAT ID:        6729 BNF BK:COAST CAPITAL SAVINGS.. ID:CC19180 PMT DET: 221001274 RETAINER LEGAL FEES POP SERVICES /FXREF/ | -101,849.59 |
| 01/12/18 | WIRE TYPE:WIRE OUT DATE:180112 TIME:1255 ET TRN:2018011200303296 SERVICE REF:009390 BNF:FORUM NOBIS ID:        1194 BNF BK:CITIBANK, N .A. ID:    0116 PMT DET:221092316 LEGAL FEES | -10,000.00 |
| 01/12/18 | WIRE TYPE:INTL OUT DATE:180112 TIME:1729 ET TRN:2018011200421604 SERVICE REF:924641 BNF:FRENTE DE DEFENSA DE LA AM ID:      3804 BNF BK:BANCO DEL PICHINCHA C.A ID:001901333971 PMT DET:221124746 POP SERVICES | -13,100.00 |
| 01/16/18 | WIRE TYPE:WIRE OUT DATE:180116 TIME:1055 ET TRN:2018011600509843 SERVICE REF:010587 BNF:PATRICIO SALAZAR CORDOVA ID:      5844 BNF BK: CITIBANK, N.A. ID:      6554 PMT DET:221313408 EXPE NSE REIMBURSEMENT | -4,642.74 |
| 01/17/18 | WIRE TYPE:INTL OUT DATE:180117 TIME:1241 ET TRN:2018011700329277 SERVICE REF:393979 BNF:FUNDACION NAUPA ID:      9591 BNF BK:PRODUBANC O ID:PRODECEQ/(CH1328 PMT DET:221429346 POP SERVIC ES | -15,286.75 |
| 01/17/18 | WIRE TYPE:FX OUT DATE:180118 TIME:1251 ET TRN:2018011700332430 FX:CAD 5662.93 1.1967 BNF:PETER R GRANT LAW CORPORAT ID:      6729 BNF BK:COAST CAPITAL SAVINGS.. ID:CC19180 PMT DET: 221430330 TRAVEL REIMBURSEMENT POP OTHER /TRAVEL R | -4,732.12 |
| 01/17/18 | WIRE TYPE:INTL OUT DATE:180117 TIME:1305 ET TRN:2018011700337725 SERVICE REF:400015 BNF:UYUNKAR DOMING PEAS NAMPIC ID:      9429 BNF BK:BANCO INTERNACIONAL S.A ID:BINTECEQ/(CH0509 PMT DET:221431696 TRAVEL REIMBURSEMENT POP OTHER / | -1,365.00 |
| 01/17/18 | WIRE TYPE:FX OUT DATE:180118 TIME:1340 ET TRN:2018011700350453 FX:CAD 4510.01 1.1947 BNF:FIRST NATIONS SUMMIT SOCIE ID:   -009-0 BNF BK:ROYAL BANK OF CANADA ID:ROYCCAT2 PMT DET:22 1435400 POP OTHER/TRAVEL REIMBURSEMENT /FXREF/TE-3 | -3,775.01 |
| 01/17/18 | WIRE TYPE:FX OUT DATE:180118 TIME:1346 ET TRN:2018011700352763 FX:CAD 9381.39 1.1947 BNF:REX WEYLER ID:        5753 BNF BK:ROYAL BANK O F CANADA ID:ROYCCAT2 PMT DET:221435974 POP SERVICE S /FXREF/TE-3-18-155812625 | -7,852.51 |
| 01/24/18 | WIRE TYPE:WIRE OUT DATE:180124 TIME:1225 ET TRN:2018012400276403 SERVICE REF:007274 BNF:STEVEN DONZIGER ID:        3783 BNF BK:TD BANK, NA ID:026013673 PMT DET:221947770 | -25,000.00 |
| 01/24/18 | WIRE TYPE:FX OUT DATE:180125 TIME:1329 ET TRN:2018012400297609 FX:CAD 2646.10 1.1919 BNF:WADDELL PHILLIPS PROFESSIO ID:        1232 BNF BK:BANK OF MONTREAL, THE ID:BOFMCAM2 PMT DET:2 21953396 POP SERVICES /FXREF/TE-2-23-142601523 | -2,220.07 |
| 01/26/18 | WIRE TYPE:WIRE OUT DATE:180126 TIME:0913 ET TRN:2018012600212529 SERVICE REF:004294 BNF:DONZIGER & ASSOCIATES ID:        3783 BNF BK:TD BANK, NA ID:      3673 PMT DET:222153806 LEGAL SER VICES | -25,000.00 |
| 01/29/18 | WIRE TYPE:WIRE OUT DATE:180129 TIME:0950 ET TRN:2018012900282817 SERVICE REF:005578 BNF:DONZIGER AND ASSOCIATES PL ID:        8783 BNF BK:TD BANK, NA ID:      3673 PMT DET:222318112 | -25,000.00 |
| 01/30/18 | WIRE TYPE:WIRE OUT DATE:180130 TIME:1108 ET TRN:2018013000280850 SERVICE REF:006727 BNF:DONZIGER AND ASSOCIATES PL ID:4273938783 BNF BK:TD BANK, NA ID:      3673 PMT DET:222439070 | -25,000.00 |

**Total withdrawals and other debits** — **-$269,823.79**

MKS-0006480



# Your checking account

STREAMLINE FAMILY OFFICE INC | Account # █████████9158 | January 1, 2018 to January 31, 2018

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 01/18/18 | 1001 | -3,622.21 | 01/23/18 | 1002 | -1,143.00 |
| | | | **Total checks** | | **-$4,765.21** |
| | | | **Total # of checks** | | **2** |

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 01/11/18 | CHECK ORDER00493 DES:FEE ID:1C5N7911<br>PMT INFO: PRODUCT(S): 93.18    S&H: 0.00    MA TAX: 5.82 | -99.00 |
| 01/11/18 | Wire Transfer Fee | -35.00 |
| 01/12/18 | Wire Transfer Fee | -45.00 |
| 01/12/18 | Wire Transfer Fee | -30.00 |
| 01/12/18 | External transfer fee - Next Day - 01/11/2018 | -10.00 |
| 01/16/18 | Wire Transfer Fee | -30.00 |
| 01/17/18 | Wire Transfer Fee | -45.00 |
| 01/17/18 | Wire Transfer Fee | -45.00 |
| 01/17/18 | Wire Transfer Fee | -35.00 |
| 01/17/18 | Wire Transfer Fee | -35.00 |
| 01/17/18 | Wire Transfer Fee | -35.00 |
| 01/24/18 | Wire Transfer Fee | -35.00 |
| 01/24/18 | Wire Transfer Fee | -30.00 |
| 01/26/18 | Wire Transfer Fee | -30.00 |
| 01/29/18 | Wire Transfer Fee | -30.00 |
| 01/30/18 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$599.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|-----------|------|-------------|
| 01/01 | 100.00 | 01/16 | 365,258.67 | 01/26 | 575,002.00 |
| 01/02 | 250,100.00 | 01/17 | 332,077.28 | 01/29 | 574,937.00 |
| 01/05 | 500,100.00 | 01/18 | 578,455.07 | 01/30 | 549,907.00 |
| 01/11 | 393,116.41 | 01/23 | 577,312.07 | 01/31 | 549,932.00 |
| 01/12 | 369,931.41 | 01/24 | 575,067.00 | | |

MKS-0006481

This page intentionally left blank

MKS-0006482

# EXHIBIT 34



Invoice

Law Offices of Steven R. Donziger
245 West 104th Street, #7D
New York, NY 10025

**Legal and consultative services/Ecuador environmental case
December 2017**

Due: $25,000.00

**Wire info:**

**Steven Donziger**
TD Bank
2831 Broadway, New York, NY
Account # ████8783
RTN ████3673
Swift Code NRTHUS33XXX

# Invoice

Law Offices of Steven R. Donziger
245 West 104th Street, #7D
New York, NY 10025

**Legal and consultative services/Ecuador environmental case
January 2018**

Due: $25,000.00

*Pd 2/2/2018
ACH pmct 2/5/18*

**Wire info:**

**Steven Donziger**
TD Bank
2831 Broadway, New York, NY
Account # ████8783
RTN ████3673
Swift Code NRTHUS33XXX

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

# Invoice

Law Offices of Steven R. Donziger
245 West 104th Street, #7D
New York, NY 10025

**Invoice, February 2018**
**Due: $25,000.00**

**Wire $25,000.00:**

**Steven Donziger**
**TD Bank**
2831 Broadway, New York, NY
Account # ████████8783
RTN: ████3673

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

MKS-0000405

**Katie Sullivan**

| | |
|---|---|
| **From:** | Katie Sullivan |
| **Sent:** | Monday, March 12, 2018 6:26 PM |
| **To:** | Katie Sullivan |
| **Subject:** | Print |

## Invoice

Law Offices of Steven R. Donziger
245 West 104th Street, #7D
New York, NY 10025

**Date: March 11, 2018**

**Partial Expense Reimbursement/Ecuador environmental case
2015, 2016, 2017**

Due: $50,000.00

**Wire $50,000:**

**Steven Donziger**
TD Bank
2831 Broadway, New York, NY
Account # ██████3783
RTN: ████3673

1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

# Invoice

Law Offices of Steven R. Donziger
245 West 104th Street, #7D
New York, NY 10025

*2/5/2018*
*Do not pay until*
*SRD approval*

**Partial reimbursement for legal and consultative services and expenses/Ecuador environmental case**

**2013-2017**

Due: $200,000.00

**Wire $150,000:**

**Steven Donziger**
TD Bank
2831 Broadway, New York, NY
Account # ████8783
RTN ████3673
Swift Code NRTHUS33XXX

**Wire $50,000:**

Laura B. Miller
Citibank
Account # ████6374
RTN: ████008-9
Swift Code CITI US 33

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

# EXHIBIT 35

*Bus Platinum Privileges*

Bank of America

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

STREAMLINE FAMILY OFFICE INC
DBA CWP ASSOCIATES
30 SPRINGDALE AVE
DOVER, MA 02030-2374

# Your Business Advantage Checking Bus Platinum Privileges

for April 1, 2018 to April 30, 2018

Account number: [redacted]9158

**STREAMLINE FAMILY OFFICE INC DBA CWP ASSOCIATES**

## Account summary

| | |
|---|---|
| Beginning balance on April 1, 2018 | $368,529.65 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -12,107.99 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on April 30, 2018** | **$356,421.66** |

# of deposits/credits: 0
# of withdrawals/debits: 2
# of items-previous cycle[1]: 0
# of days in cycle: 30
Average ledger balance: $361,954.92
[1]*Includes checks paid,deposited items&other debits*

Bank of America **Business Advantage** LIFE / BETTER CONNECTED℠

Thanks for enriching your community

During National Small Business Week and throughout the month of May, we'll be celebrating the contribution that businesses like yours make to communities across the nation. You make them more interesting places in which to live and work. Learn more at **bankofamerica.com/SBcelebrate**.

©2018 Bank of America Corporation | AR5SPVQL | SSM-11-17-0583.B

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

 Bank of America, N.A. Member FDIC and  Equal Housing Lender

MKS-0006494

 **Bank of America**

## Your checking account

STREAMLINE FAMILY OFFICE INC   |   Account #     9158   |   April 1, 2018 to April 30, 2018

## Withdrawals and other debits

| Date | Description | | | Amount |
|---|---|---|---|---|
| 04/02/18 | AMERICAN EXPRESS DES:ACH PMT<br>WEB | ID:W3940 INDN:CWP Associates | CO ID:1133133497 | -1,115.86 |
| 04/16/18 | AMERICAN EXPRESS DES:ACH PMT<br>WEB | ID:W8574 INDN:CWP Associates | CO ID:1133133497 | -10,992.13 |

**Total withdrawals and other debits**        **-$12,107.99**

## Service fees

The Monthly Fee on your Business Advantage Checking account was waived for the statement period ending 03/30/18. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

◯   $2,500+ in new net purchases on a linked Business credit card

✓   $15,000+ average monthly balance in primary checking account

✓   $35,000+ combined average monthly balance in linked business accounts

◯   active use of Bank of America Merchant Services

◯   active use of Payroll Services

◯   enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/01 | 368,529.65 | 04/02 | 367,413.79 | 04/16 | 356,421.66 |

How can we improve your business banking?

Join the **Bank of America® Advisory Panel**. You can help us learn what we're doing right and what we can do better.

To learn more and join, enter code **SBDD** at **bankofamerica.com/advisorypanel** today.

Inclusion on the Advisory Panel subject to qualifications.
©2017 Bank of America Corporation.      SSM-06-17-0635.A1   |   AR687WH3

MKS-0006495

This page intentionally left blank

MKS-0006496

# EXHIBIT 36

5:41 PM

02/01/18

Accrual Basis

# CWP Associates
# Profit & Loss Detail
### January 2018

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| **Ordinary Income/Expense** | | | | | |
| **Expense** | | | | | |
| **Administartion** | | | | | |
| Check | 01/12/2018 | 1002 | Wilson-EPES Printing | Invoie 0028724/Donziger | 1,143.00 |
| Total Administartion | | | | | 1,143.00 |
| **Bank Service Charges** | | | | | |
| Check | 01/11/2018 | | Harland Checks | CHECK ORDER00493 DES:FEE ID:1C5N7911 INDN:... | 99.00 |
| Check | 01/11/2018 | | Wire fees | | 35.00 |
| Check | 01/12/2018 | | Wire fees | External transfer fee - Next Day - 01/11/2018 Confirmat... | 10.00 |
| Check | 01/12/2018 | | Wire fees | | 30.00 |
| Check | 01/12/2018 | | Wire fees | | 45.00 |
| Check | 01/16/2018 | | Wire fees | | 30.00 |
| Deposit | 01/17/2018 | | Wire fees | Offer Fulfillment: Refund FX Wire Fee 1/11/2018 | -25.00 |
| Check | 01/17/2018 | | Wire fees | | 35.00 |
| Check | 01/17/2018 | | Wire fees | | 35.00 |
| Check | 01/17/2018 | | Wire fees | | 35.00 |
| Check | 01/17/2018 | | Wire fees | | 45.00 |
| Check | 01/17/2018 | | Wire fees | | 45.00 |
| Check | 01/24/2018 | | Wire fees | | 30.00 |
| Deposit | 01/24/2018 | | Wire fees | Offer Fulfillment: Refund FX Wire Fee 1/17/2018 | -25.00 |
| Deposit | 01/24/2018 | | Wire fees | Offer Fulfillment: Refund FX Wire Fee 1/17/2018 | -25.00 |
| Deposit | 01/24/2018 | | Wire fees | Offer Fulfillment: Refund FX Wire Fee 1/17/2018 | -25.00 |
| Check | 01/24/2018 | | Wire fees | | 35.00 |
| Check | 01/26/2018 | 1 | Wire fees | | 30.00 |
| Check | 01/29/2018 | 3 | Wire fees | | 30.00 |
| Check | 01/30/2018 | 5 | Wire fees | | 30.00 |
| Deposit | 01/31/2018 | | Wire fees | Deposit | -25.00 |
| Total Bank Service Charges | | | | | 474.00 |
| **Canadian Management** | | | | | |
| Check | 01/17/2018 | | Rex Weyler | Media coverage, travel reimb, Oct 2017 invoice | 7,852.51 |
| Total Canadian Management | | | | | 7,852.51 |
| **Ecuador Management** | | | | | |
| Check | 01/12/2018 | | FDA | 3 months fees/overhead for Ecuador office | 13,100.00 |
| Check | 01/16/2018 | | Patricia Salazar | Expense reimbursement | 4,642.74 |
| Check | 01/17/2018 | | Domingo Peas | trip to Canada | 1,365.00 |
| Check | 01/17/2018 | | Juan Aulestia | 2017 research fees | 15,286.75 |
| Total Ecuador Management | | | | | 34,394.49 |
| **Legal Fees** | | | | | |
| **Aaron Marr Page** | | | | | |
| Check | 01/12/2018 | | Forum Nobis | Aug-Dec 2017 $2.5k, Jan 12-Feb 8 $7.5k | 10,000.00 |
| Total Aaron Marr Page | | | | | 10,000.00 |
| **Peter Grant** | | | | | |
| Check | 01/11/2018 | | Peter R. Grant Law C... | Retainer deposit $125k CAD | 101,849.59 |
| Total Peter Grant | | | | | 101,849.59 |
| **Steven Donziger** | | | | | |
| Check | 01/24/2018 | | Steven Donziger | WIRE TYPE:WIRE OUT DATE:180124 TIME:1225 ET ... | 25,000.00 |
| Deposit | 01/24/2018 | | Steven Donziger | WIRE TYPE:WIRE IN DATE: 180124 TIME:1818 ET T... | -24,965.00 |
| Check | 01/26/2018 | | Steven Donziger | | 25,000.00 |
| Deposit | 01/26/2018 | | Steven Donziger | returned $25k wire/wrong account # provided | -24,965.00 |
| Check | 01/29/2018 | 2 | Steven Donziger | | 25,000.00 |
| Deposit | 01/29/2018 | | Steven Donziger | returned $25k wire/wrong account # provided | -24,965.00 |
| Check | 01/30/2018 | 4 | Steven Donziger | | 25,000.00 |
| Total Steven Donziger | | | | | 25,105.00 |
| Total Legal Fees | | | | | 136,954.59 |
| **Public Relations** | | | | | |
| Check | 01/11/2018 | | Independent Media | TRANSFER STREAMLINE FAMILY OF:Independent M... | 5,000.00 |
| Total Public Relations | | | | | 5,000.00 |
| **Shareholder Advocacy** | | | | | |
| Check | 01/12/2018 | 1001 | Simon Billenness | JAN 8, 2018 invoice | 3,622.21 |
| Total Shareholder Advocacy | | | | | 3,622.21 |
| **Travel** | | | | | |
| **Canadian travel** | | | | | |

MKS-0006026

5:41 PM

02/01/18

Accrual Basis

# CWP Associates
## Profit & Loss Detail
### January 2018

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Check | 01/17/2018 | | First Nations Summit ... | Ed John travel reimbursement | 3,775.01 |
| Check | 01/17/2018 | | Peter R. Grant Law C... | Peter Grant and John Phillips travel reimbursement | 4,732.12 |
| Check | 01/24/2018 | | Waddell Phillips PC | John Phillips travel reimbursement | 2,220.07 |
| Total Canadian travel | | | | | 10,727.20 |
| Total Travel | | | | | 10,727.20 |
| Total Expense | | | | | 200,168.00 |
| Net Ordinary Income | | | | | -200,168.00 |
| Net Income | | | | | -200,168.00 |

Page 2

MKS-0006027

# EXHIBIT 37

Message:    This Document has been Produced
            Natively

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

MKS-0020982

| | A | B | E | F | G |
|---|---|---|---|---|---|
| 1 | **Start Time: Date** | **Start Time: Time** | **Participants** | **From** | **Body** |
| 2 | 4/23/2018 | 4/23/2018 11:38:51 PM(UTC+0) | 12022512218@s.whatsapp.net<br>Aaron Marr Page<br>16178173512@s.whatsapp.net<br>Katie Sullivan (owner) | 12022512218@s.whatsapp.net<br>Aaron Marr Page | At kids hockey practice in late April in Iowa - how did this happen?! Fun tho.... |
| 3 | 4/23/2018 | 4/23/2018 11:38:51 PM(UTC+0) | 12022512218@s.whatsapp.net<br>Aaron Marr Page<br>16178173512@s.whatsapp.net<br>Katie Sullivan (owner) | 12022512218@s.whatsapp.net<br>Aaron Marr Page | Any chance we can talk again, or you can let me know status re your attorney? If you send name/#, Steven or I can just get in touch directly. |
| 4 | 4/23/2018 | 4/23/2018 11:38:51 PM(UTC+0) | 12022512218@s.whatsapp.net<br>Aaron Marr Page<br>16178173512@s.whatsapp.net<br>Katie Sullivan (owner) | 12022512218@s.whatsapp.net<br>Aaron Marr Page | If we can't hear from you, we may need to send a litigation hold letter, and perhaps intervene, which I had hoped wouldn't be necessary. Your lawyer should be able ask Chevron for more time, start a discussion, and we can all work out a process that gets Chevron off your back and avoids court. Otherwise we may need to go to court, which would suck! |

# EXHIBIT 38

international law * human rights * the environment

*Forum Nobis* pllc

A PROFESSIONAL
LIMITED LIABILITY
COMPANY

Aaron Marr Page
*Managing Attorney*
Forum Nobis PLLC
1015 15th Street NW, Ste 1110
Washington, D.C. 20005
+1 202 618 2218
aaron@forumnobis.org

May 3, 2018

**VIA FIRST-CLASS MAIL**

Frank Libby, Esq.
LibbyHoopes, P.C.
399 Boylston Street, Suite 600
Boston MA 02116

RE:   Acknowledgment of receipt: FDA-related materials, documents, and funds

Dear Mr. Libby:

This letter sets forth certain parameters and acknowledgments regarding the transfer of materials, documents, and funds from your client, Ms. Katie Sullivan, to me, in my capacity as a representative of the *Frente de Defensa de la Amazonía* (FDA).

**Preliminary Statement**

To be clear, I will be acting in this transfer process on behalf of the FDA and not as an agent for Mr. Steven Donziger in his personal capacity.

I am an attorney admitted to practice in the District of Columbia since June 2007. I presently reside in Iowa, where I am also admitted to practice since January 2018.

Ms. Sullivan has transferred, and I have accepted, certain materials and documents relating to—and monies derived from—the Funding Escrow Account as that term has meaning in various FDA investment contracts (hereinafter "the Materials and Funds"). I agree to hold the Materials and Funds solely for uses provided within or consistent with such investment contracts (for example, the Ecuador Judgment Investment Agreement dated Dec. 16, 2017).

I am aware of no Order or other writing from any source having the force or effect of precluding either Ms. Sullivan's transfer or my receipt of the Materials and/or Funds under the terms and conditions set forth herein. To the extent any Order or writing impacts, is deemed to impact, or hereafter comes to impact the Materials and/or Funds, any such Order and/or writing will be duly observed by me.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

**Frank Libby**
May 3, 2018
Page 2 of 3

### Acknowledgment of Receipt

This will acknowledge my receipt of the following categories of Materials and Funds as described more fully below: (A) Business records and other operating documents relating to FDA investment contracts previously in Ms. Sullivan's possession; (b) certain monies previously held on account for the benefit of the FDA.

*The Materials*

(1) Two boxes of documents collected from Mr. Joshua Rizack.

(2) One 3-ring binder entitled "CWP Associates 2018," containing investment documents.

(3) One redwell containing statements and transaction detail for a certina American Express card issued in the name of "Steven R. Donziger" (acct number ending in 611013).

(4) Statements and account activity for Bank of America account issued to CWP Associates (account ending in 9158).

(5) Quickbooks reconciliation summaries for CWP Associates.

(6) Invoices/receipts for various litigation related expenses incurred by and reimbursed to Ms. Sullivan.

(7) Invoices covering various litigation-related expenses submitted to Ms. Sullivan by Steven Donziger, the U.S. Representative for the FDA.

I further understand that Ms. Sullivan has retained copies of the above-described Materials.

*The Funds*

The Funds have been transferred from Bank of America account ending in 9158, opened Dec. 22, 2017 ("BOA Account"). An accounting of the funds—as of the date of account closing—appears immediately below:

Total deposits as of May 1, 2018: $825,120 (includes returned wire transfers).

Total debits as of May 1, 2018: $468,698.34 (includes returned wire transfers).

Balance as of May 1, 2018: $356,421.66.

Payments for each of the following litigation-related expenses were made prior to closing out the BOA account:

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

MKS-0021205

Frank Libby
May 3, 2018
Page 3 of 3

    1.  $2580.30 to Ms. Katie Sullivan for various litigation related expenses
        incurred by her;

    2.  $11,746.20 to American Express to cover postage and other litigation-
        related charges incurred by Mr. Donziger from April 10, 2018 to May 1,
        2018.

Net funds transferred: $342,045.16 (less any standard wire or bank check fee).

RECEIPT ACKNOWLEDGED

I hereby acknowledge receipt of the Materials and Funds

_____            5/3/2018
Aaron Marr Page                              DATE

*Acting for the benefit of the
Frente de Defensa de la Amazonía*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

# EXHIBIT 39

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED. R. EVID. 502(d)

Cashier's Check - Customer Copy

No. 1462010035

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days    30-1/1140
                      NTX

Date 05/03/18 10:18:03 AM

NEEDHAM
0005    0088231    0040

00-53-3364B  11-2010

Pay

BANK OF AMERICA

**Three Hundred Forty One Thousand Nine Hundred Forty Five and 16/100 Dollars**

**$341,945.16**

To The Order Of    AARON M PAGE FBO FDA

CLOSING BALANCE

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   CWP ASSOCIATES

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

---

Cashier's Check - Customer Copy

No. 1462010034

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days    30-1/1140
                      NTX

Date 05/03/18 10:16:09 AM

NEEDHAM
0005    0088231    0039

00-53-3364B  11-2010

Pay

BANK OF AMERICA

**One Hundred and 00/100 Dollars**

**$100.00**

To The Order Of    AARON M PAGE FBO FDA

CLOSING BALANCE

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   CWP ASSOCIATES

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

MKS-0021201

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Cashier's Check - Customer Copy

No. 1462010032

Void After 90 Days    30-1/1140
NTX

Date 05/03/18 10:11:34 AM

NEEDHAM
0005    0088231    0037

Pay    BANK OF AMERICA    2580 30    **$2,580.30**
TWO FIVE EIGHT ZERO CTSCTS
**Two Thousand Five Hundred Eighty and 30/100 Dollars**

To The Order Of    KATIE SULLIVAN

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   CWP ASSOCIATES

Bank of America, N.A.
SAN ANTONIO, TX

001641005388

00-53-3364B  11-2010

---

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Cashier's Check - Customer Copy

No. 1462010033

Void After 90 Days    30-1/1140
NTX

Date 05/03/18 10:13:04 AM

NEEDHAM
0005    0088231    0038

Pay    BANK OF AMERICA    11796 20    **$11,796.20**
SEVEN NINE SIX CTSCTS
ONEONEONE
**Eleven Thousand Seven Hundred Ninety Six and 20/100 Dollars**

To The Order Of    AMERICAN EXPRESS

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   CWP ASSOCIATES

Bank of America, N.A.
SAN ANTONIO, TX

001641005388

00-53-3364B  11-2010

MKS-0021202

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

**Bank of America** — Cashier's Check — No. 1462010034

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days

30-1/1140
NTX

Date 05/03/18 10:16:09 AM

NEEDHAM
0005     0088231     0039

Pay **BANK OF AMERICA** ONE ZERO ZERO CTSCTS **100.00**

**$100.00**

**One Hundred and 00/100 Dollars**

To The Order Of   AARON M PAGE FBO FDA

CLOSING BALANCE

Remitter (Purchased By):   CWP ASSOCIATES

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

⑈146 20 10034⑈ ⑈114000019⑈ 001641005388⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ☒ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

---

**Bank of America** — Cashier's Check — No. 1462010035

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days

30-1/1140
NTX

Date 05/03/18 10:18:03 AM

NEEDHAM
0005     0088231     0040

Pay **BANK OF AMERICA** THREE FOUR ONE NINE FOUR FIVE CTSCTS **341,945.16**

**$341,945.16**

**Three Hundred Forty One Thousand Nine Hundred Forty Five and 16/100 Dollars**

To The Order Of   AARON M PAGE FBO FDA

CLOSING BALANCE

Remitter (Purchased By):   CWP ASSOCIATES

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

⑈146 20 10035⑈ ⑈114000019⑈ 001641005388⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ☒ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

MKS-0021203