# EXHIBIT 6

| | |
|---|---|
| **From:** | John van Merkensteijn <jhvm@rossteq.com> |
| **Sent:** | Thursday, December 22, 2016 5:35 PM |
| **To:** | David Zelman |
| **Subject:** | Re: draft agreement for professional services |

Looks ok to me

John H. van Merkensteijn III
Managing Director
Rossi Technology LLC
60 Riverside Boulevard
Suite 2101
New York, NY. 10069
Phone (212) 769-4055
jhvm@rossteq.com

**From:** David Zelman <dzelman@transitionsinstitute.com>
**Date:** Thursday, December 22, 2016 at 9:49 AM
**To:** John van Merkensteijn Quadrant Office <jhvm@rossteq.com>
**Subject:** FW: draft agreement for professional services

Looks good to me.
Any thoughts??

**From:** Steven Donziger <sdonziger@donzigerandassociates.com>
**Date:** Wednesday, December 21, 2016 at 4:42 PM
**To:** David Zelman <dzelman@transitionsinstitute.com>
**Subject:** draft agreement for professional services

David:

Let me know if the language below is acceptable.  If so, I will send as a formal letter on letterhead that you can countersign.  If you have any questions, let me know and we can talk it though. Under this agreement, if there is a full recovery, and I collect my fees in full, you will be entitled to 700,000.  You're a pretty good negotiator.  Any chance I can fold another person (thinking my wife) into the same deal?

Thanks much, Steven



David,

I write to confirm our agreement regarding consulting services you are providing to me to develop my professional capacities with regard to the Ecuador litigation matter against Chevron, and other endeavors.

1

JVM 011236

In exchange for you providing me with $14,000 worth of such services, I pledge to you an interest in the Ecuador judgment from my fees should they be collected.  The amount pledged is based on a pro rata proportion of the latest investment round in the case, which values a $250,000 investment as one-eighth of a point in the total claim won by villagers against Chevron.  Your interest thus will be valued equally with this round based on an investment of $14,000.  The actual amount that will be paid to you will be based on the total amount collected.  To be more specific, your amount under this agreement will be 14/250 of an eighth of a point of whatever is recovered of the total claim.

Note that I am pledging this amount out of my personal fees from this litigation.  Should my personal fees not be recovered from the Ecuador case, you will not be entitled to any recovery of the $14,000. Should a proportion of my fees be recovered, but not the full amount, your recovery will be decreased on a pro rata basis equal to the overall decrease affecting my fees.

If this is acceptable to you, please send me back an email so confirming.

Thanks so much.

Steven

JVM 011237