# EXHIBIT 7

| | |
|---|---|
| **From:** | Steven Donziger <sdonziger@donzigerandassociates.com> |
| **Sent:** | Friday, September 9, 2016 8:09 PM |
| **To:** | 'John van Merkensteijn' |
| **Subject:** | Fw: important -- instructions to Alan about use of funds |
| **Categories:** | KF2 |

**From:** Steven Donziger
**Sent:** Friday, September 9, 2016 4:00 PM
**To:** John van Merkensteijn
**Subject:** important -- instructions to Alan about use of funds

John,

Can you please send an instruction to Alan Lenczner, via email, that 50% of the investor funds under the Agreement received by his law firm are to be forwarded Steven R. Donziger for expenses related to the Ecuador litigation. Alan's email is alenczner@litigate.com. Alan has indicated he needs said instructions directly from you or your representative. I would appreciate it if you could take care of this with dispatch. If you need detail about use of funds, let me know. Thanks much.

Best, Steven

1

JVM 003447