# EXHIBIT 8

| | |
|---|---|
| From: | Steven Donziger <sdonziger@donzigerandassociates.com> |
| Sent: | Saturday, December 17, 2016 1:59 AM |
| To: | 'John van Merkensteijn' |
| Subject: | another instruction to Alan |
| Categories: | KF2 |

John: Sorry for the bother but Alan says his auditor is asking for the following instruction regarding the recent $95,000 investment. Please send this to Alan from the person (I assume MBJ) who represents your entity. I already have discussed this with Alan and he is in agreement with it. Please confirm or let me know if any problem. This is time-sensitive. Thanks so much for all, Steven

Alan:

I hereby instruct your law firm to allocate $65,000 of the $95,000 investment from ENTITY to the law firm of Steven Donziger for expenses related to work on the Ecuador environmental case against Chevron.

Sincerely,

Representative of ENTITY

JVM 003276