# EXHIBIT 9

<u>Josh</u>

✓ Account for all SRD labor thru the years (50m)   2001 full time   60/week

\*\*Account for all money in since May 2016
   Krevlin (250); Cliff (250); JVM (250 minus 15); Ian (250 minus 12,500); Krevlin II (100); JVM (100 minus 5); Josh guy (200); Fenwick (50)

\*\*Divide into two categories: Alan and Other Case Expenses that came to U.S. Rep

\*\*Other includes these recent expenses:
   Transperfect: 31,500
   Gupta: 25,000
   Rizack: 13,000 (approx.)
   Asset counsel: 10,000
   Frisch (bar counsel): 7,500
   Page fees: 25,000 (verify)
   3BL Media: 4,600
   FDA: 10,000 (verify)
   Ecuador other (Yanza): 20,000
   Salazar: 3,200 (verify)
   Snowdy: 50,000
   SRD travel
      June Ecuador trip
      August Ecuador trip
      Sept Ecuador trip w Josh
      Toronto June and then August
      Toronto September
      France trip (calculate airfare at $3,000)
   Wire fees

\*\*Other includes future expenses
   FDA: 25,000
   Page: 25,000
   Gupta: 25,000
   Supreme Court printing: 25,000

\*\*Donziger salary
   hourly actual/donation to case difference between hourly and monthly
   divide between May 1 to today and before
   before May 1 is Donziger debt

\*\*Donziger RICO case expenses

Suchitoto

Suchitot

MKS-0006683

**Subject:** RE: Accounting
**Date:** Monday, January 23, 2017 11:16:55 AM Eastern Standard Time
**From:** Christien Lam
**To:** Joshua Rizack

Here you go:

| Date | Amount Received in USD | Amount Paid out in USD | Amounts Paid to Our Firm's Account |
|---|---|---|---|
| May 9, 2016 | $250,000.00 | — Kremlin | Investor + |
| May 10, 2016 | | $75,000.00 | |
| July 13, 2016 | $100,000.00 | Kremlin | Investor + |
| July 19, 2016 | $250,000.00 | Cliff | Invs II |
| July 19, 2016 | | $105,000.00 | |
| October 3, 2016 | $285,000.00 | JVM | Invest III |
| October 6, 2016 | | $143,500.00 | |
| October 19, 2016 | $200,000.00 | Josh bank | Inves IV |
| October 21, 2016 | | $100,000.00 | |
| December 1, 2016 | $95,000.00 | JVM | Invest IV |
| December 19, 2016 | | $65,000.00 | |
| January 3, 2017 | $237,500.00 | IAN | Invest V |

1/1/16   Firm  $5,000

**From:** Joshua Rizack [mailto:jrizack@therisinggroup.com]
**Sent:** Monday, January 23, 2017 11:07 AM
**To:** Christien Lam
**Subject:** Re: Accounting

Thanks you. Can you also add a column for amounts paid to your firms account.s

Thanks,

**From:** Christien Lam <CLam@litigate.com>
**Date:** Monday, January 23, 2017 11:04 AM
**To:** Josh Rizack <jrizack@therisinggroup.com>
**Cc:** Steven Donziger <sdonziger@donzigerandassociates.com>, Alan Lenczner <alenczner@litigate.com>
**Subject:** Accounting

Page 1 of 2

MKS-0006684



**Lenczner Slaght**

130 Adelaide St W  
Suite 2600  
Toronto, ON  
Canada M5H 3P5

T 416-865-9500  
F 416-865-9010  
www.litigate.com

November 11, 2016

Alan J. Lenczner, Q.C.  
Direct line:  416-865-3090  
Direct fax:   416-865-2844  
Email:        alenczner@litigate.com

**Via Email      sdonziger@gmail.com**

Mr. Steven Donziger  
245 West 104 Street, #7D  
New York, NY  
10025

Dear Mr. Donziger:

**RE: Aguinda et al v. Chevron Corporation et al**
    **Our File No.:    43222**

Herewith a history of investments:

1. I have an Investment Agreement dated May 22, 2016 signed by the FDA representative, Carlos Guaman. I do not know who the funder is and need some verification of that. US $250,000 was received on May 9, 2016. US $75,000 was remitted to you on May 10, 2016.

2. I received a further US $100,000 on July 13, 2016. I have no record of who the funder is. I only have an email to you from George Crossman indicating that the money came from Glenn Krevlin. Can you kindly provide me with an Investment Agreement for this amount?

3. I have an Investment Agreement dated July 11, 2016 signed by Carlos Guaman, but once again, no documentation indicating the funder. US $250,000 was received on July 19, 2016 and, of that amount, US $105,000 was remitted to you on July 19, 2016.

4. I have an Investment Agreement dated August 24, 2016 which indicates that the funder is WDIS Finance LLC. US $285,000 was received on October 3, 2016 and we remitted US $143,000 to you on October 6, 2016.

5. I have an Investment Agreement dated August 24, 2016 indicating that the funder is Wellbeck Partners. We received US $200,000 on October 19, 2016 and we remitted US $100,000 to you on October 21, 2016.

Mr. Steven Donziger  
November 11, 2016

2

I look forward to receiving the requested documentation.

Yours very truly,

*[signature]*

Alan J. Lenczner, Q.C.

AJL/klh

MKS-0006686