# EXHIBIT 11

| | |
|---|---|
| **From:** | John van Merkensteijn <jhvm@rossteq.com> |
| **Sent:** | Thursday, July 27, 2017 2:26 AM |
| **To:** | Steven Donziger |
| **Subject:** | Re: please read and call |

No  I don't think so

Also letting him know that you have or may have others who will commit prompt;y might spur him in to action to close something he wants


John H. van Merkensteijn lll
Managing Director
Rossi Technologies LLC
60 Riverside Boulevard
Suite 2101
New York, NY. 10069
Phone (212) 769-4055

jhvm@rossteq.com

---

**From:** Steven Donziger <sdonziger@donzigerandassociates.com>
**Date:** Wednesday, July 26, 2017 at 8:29 PM
**To:** John van Merkensteijn FCD <jhvm@rossteq.com>
**Subject:** Re: please read and call

Thanks

Does this structure interfere w what mr. Brussels wants to do?  Thoughts?

Sent from my iPhone

On Jul 26, 2017, at 7:08 PM, John van Merkensteijn <jhvm@rossteq.com> wrote:

> In addition to some of what you said below I would suggest
> Something along these lines
>
> PER $ 1 million investment
> Ownership of ½% (.5%) of the Ecaudor Judgment (see definition in the Investment Agreement
> With following adjustments
>
> If the Judgment recovery is  less than $ 500 million, a minimum of $ 2.5million
>
> If the recovery is less than $2 billion, and is paid in more than 3 years an extra 50% (i.e. .75%)
>
> Lets see how that looks

JVM 011444

John H. van Merkensteijn lll
Managing Director
Rossi Technologies LLC
60 Riverside Boulevard
Suite 2101
New York, NY. 10069
Phone (212) 769-4055
jhvm@rossteq.com

---

**From:** Steven Donziger <sdonziger@donzigerandassociates.com>
**Date:** Tuesday, July 25, 2017 at 8:34 AM
**To:** John van Merkensteijn <jhvm@rossteq.com>
**Subject:** please read and call

Michael and Daniel,

We have crunched some numbers and I think we can proceed if we can structure something along the following lines:

** 20x guarantee as long as settlement amount reaches 2b or greater.

**Some sort of progressively descending cap if there is a lower settlement where some return on capital is guaranteed as a minimum at any number.  We can discuss details but generally a $1b would still get 10x return.

**Contract guaranteed by beneficiary of investment (FDA) and acknowledged by Canadian counsel

**$1m minimum investment; could have more flexibility with larger amount up to $3m

**Includes some add-ons, DM as consultant, and possible involvement of investor and law firm

Before I travel to HK, let's make sure we are roughly on the same page.  Best time to go would be early September.

Steven

JVM 011445