# EXHIBIT 12

| | |
|---|---|
| **From:** | John van Merkensteijn <jhvm@rossteq.com> |
| **Sent:** | Saturday, August 26, 2017 12:45 AM |
| **To:** | Steven Donziger |
| **Subject:** | Re: MOAS - Chevron |

Sounds good look forward to hearing more

John H van Merkensteijn,III
Rossi Technologies LLC
60 Riverside Boulevard
Suite 2101
New York, N.Y. 10069
1 212 769 4055
JHvM@rossteq.com

Sent from my iPhone

On Aug 25, 2017, at 7:14 PM, Steven Donziger <sdonziger@donzigerandassociates.com> wrote:

> hong kong guy back in action.  long story but good sign
>
> **From:** Daniel Morton <daniel@bigfootventures.com>
> **Sent:** Friday, August 25, 2017 1:31 PM
> **To:** Steven Donziger
> **Cc:** Mick Gleissner (Fashion One); Roman Popov (Morton Associates)
> **Subject:** MOAS - Chevron
>
> Hi Steven,
>
> Following my discussion with MG, he confirmed that he and his team would be interested to discuss how they might provide legal services in the Chevron case. I suggest that you arrange an in-person meeting with Roman in NYC when it suits you both and then have a conf call with MG discussing strategy. Last time we discussed the idea of pursuing US defamation suits but perhaps that has evolved.
>
> Regards,
> Daniel

1

JVM 009414