# EXHIBIT 13

| | |
|---|---|
| **From:** | John van Merkensteijn <jhvm@rossteq.com> |
| **Sent:** | Wednesday, July 26, 2017 3:33 PM |
| **To:** | Steven Donziger |
| **Cc:** | Ian Watson |
| **Subject:** | Re: Important/request for phone call |

I can do late afternoon or evening depending on what time Ian can do


John H van Merkensteijn,III
Rossi Technologies LLC
60 Riverside Boulevard
Suite 2101
New York, N.Y. 10069
1 212 769 4055
JHvM@rossteq.com

Sent from my iPhone

On Jul 26, 2017, at 11:31 AM, Steven Donziger <sdonziger@donzigerandassociates.com> wrote:

> Ian and John,
>
>
> Deal terms are being discussed with the Hong Kong person whom I met through Ian's contact in Vancouver. I would like to discuss with both of you the terms I am thinking of proposing.  This is moving relatively quickly.  Let me know if you might have a few minutes this afternoon EST as I am traveling to Europe tonight on a 10:25 p.m. flight.  If today does not work perhaps propose another time as I can talk from Europe.
>
>
> Thanks, Steven

JVM 011443