# EXHIBIT 14

**From:**          jhvm@rossteq.com
**Sent:**          Tuesday, December 19, 2017 2:25 AM
**To:**            Bill Twist
**Subject:**       Bitcoin


Hey Bill were you the person that was talking to me about somebody you know that educate me on the use of block chain in bitcoin?

I was thinking maybe it was your idea that this could be useful for investors in the Chevron litigation so that their names would not be disclosed but I don't know how it would work

John H van Merkensteijn,III
Rossi Technologies LLC
60 Riverside Boulevard
Suite 2101
New York, N.Y. 10069
1 212 769 4055
JHvM@rossteq.com

Sent from my iPhone

1

JVM 008424