# EXHIBIT 15

| | |
|---|---|
| **From:** | John van Merkensteijn <jhvm@rossteq.com> |
| **Sent:** | Tuesday, December 19, 2017 5:37 AM |
| **To:** | Bill Twist |
| **Subject:** | Re: Bitcoin |

I thought you had somebody who knew how all this stuff works

John H. van Merkensteijn lll
Phone (212) 769-4055
jhvm@rossteq.com

On Dec 19, 2017, at 12:26 AM, Bill Twist <btwist@pachamama.org> wrote:

> JvM,
> I might have been talking to you about blockchain and bitcoin but I don't know much about whether it would be useful to shield investor's identity. Can't you do that anyway? Or is it that you are worried that Chevron can somehow force access to the investor list? In that case probably bitcoin could be useful because I hear that drug traffickers and arms merchants find it convenient. But you will have to call one of them to find out how and why.
> Please rate me on how helpful this experience has been.
>
>> On Dec 18, 2017, at 6:24 PM, John van Merkensteijn <jhvm@rossteq.com> wrote:
>>
>> Hey Bill were you the person that was talking to me about somebody you know that educate me on the use of block chain in bitcoin?
>>
>> I was thinking maybe it was your idea that this could be useful for investors in the Chevron litigation so that their names would not be disclosed but I don't know how it would work
>>
>> John H van Merkensteijn,III
>> Rossi Technologies LLC
>> 60 Riverside Boulevard
>> Suite 2101
>> New York, N.Y. 10069
>> 1 212 769 4055
>> JHvM@rossteq.com
>>
>> Sent from my iPhone

JVM 011498