UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CHEVRON CORPORATION,

        Plaintiff,

    -against-                                         11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

        Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Any response to plaintiff's proposed forensic protocol and associated papers shall be filed no later than November 8, 2018.

        SO ORDERED.

Dated:      November 1, 2018

                                                    Lewis A. Kaplan
                                                  United States District Judge