# EXHIBIT 2

 **Steven Donziger**
@SDonziger

Follow

Explosive new legal filing by @SDonziger exposing @Chevron witness intimidation of Katie Sullivan, a Boston mother who raised funds for Ecuador rainforest communities. chevrontoxico.com/assets/docs/20... #ChevronEcuador

7:32 AM - 1 Nov 2018

**15** Retweets  **13** Likes

💬 4      ⟲ 15      ♡ 13