# EXHIBIT 3

 **Steven Donziger**
@SDonziger

Follow

Another sad example of @Chevron witness intimidation and racism in Ecuador pollution case. Chevron Intimidation Led Boston Mother to Sign False Affidavit Attacking Landmark Ecuador Pollution Judgment shar.es/a1Q6rx via @CSRwire #ChevronEcuador

 **Chevron Intimidation Led Boston Mother to Sign False Affi...**
NEW YORK, Oct. 25 /CSRwire/ - In a stunning confession, a Boston-area financial manager and mother of four who raised funds for Amazon Indigenous peoples has admitted under oath...
csrwire.com

2:55 PM - 25 Oct 2018

**2** Retweets  **3** Likes