# EXHIBIT 10

CHEVRON CORPORATION V. STEVEN DONZIGER, et al.

**Payments to Specific Payees - Summary**                                                                                                     **Exhibit 10**

Pre-RICO (January 1, 2012 - March 4, 2014) and Post-RICO (March 5, 2014 - May 10, 2018) - Sorted by Total Payments

| # | Payee | PRE-RICO [1] | | | POST-RICO [2] | | | TOTAL | | | Total Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # of Pmts | Donziger & CWP Associates Accts | Other Payors [3] | # of Pmts | Donziger & CWP Associates Accts | Other Payors [3] | # of Pmts | Donziger & CWP Associates Accts | Other Payors [3] | |
| 1 | Aaron Page/ Forum Nobis | 10 | $ 70,000.00 | $ 159,320.60 | 11 | $ 69,500.00 | $ - | 21 | $ 139,500.00 | $ 159,320.60 | $ 298,820.60 |
| 2 | Josh Rizack/ The Rising Group | 4 | 1,342.50 | 156,636.99 | 2 | 13,402.33 | - | 6 | 14,744.83 | 156,636.99 | 171,381.82 |
| 3 | Karen Hinton/Hinton Communications | 6 | - | 164,937.15 | 3 | 6,434.34 | - | 9 | 6,434.34 | 164,937.15 | 171,371.49 |
| 4 | Rick Friedman/ Friedman Rubin | 1 | 150,000.00 | - | 0 | - | - | 1 | 150,000.00 | - | 150,000.00 |
| 5 | Deepak Gupta | 1 | 100,000.00 | - | 1 | 25,000.00 | - | 2 | 125,000.00 | - | 125,000.00 |
| 6 | David Sherman | 1 | - | 125,000.00 | 0 | - | - | 1 | - | 125,000.00 | 125,000.00 |
| 7 | Patricio Salazar Cordova | 0 | - | - | 3 | 9,656.25 | - | 3 | 9,656.25 | - | 9,656.25 |
| 8 | Simon Billiness | 0 | - | - | 2 | 5,250.00 | - | 2 | 5,250.00 | - | 5,250.00 |
| 9 | Waddell Phillips | 0 | - | - | 1 | 2,220.07 | - | 1 | 2,220.07 | - | 2,220.07 |
| | Total | 23 | $ 321,342.50 | $ 605,894.74 | 23 | $ 131,462.99 | $ - | 46 | $ 452,805.49 | $ 605,894.74 | $ 1,058,700.23 |

**Notes:**

[1] Details for payments during the Pre-RICO period (January 1, 2012 - March 4, 2014) are shown on Exhibit 10.1.

[2] Details for payments during the Post-RICO period (March 5, 2014 - May 10, 2018) are shown on Exhibit 10.2.

[3] Kroll identified two relevant listings of payments that were provided by Counsel for Russ DeLeon and Julian Jarvis, as follows.

- AV0000156.xlxs is a schedule titled "Torvia Historic Payments in $" which shows payments to 65 "Beneficiaries" totaling $22.6 million for the period January 20, 2012 through August 5, 2013. Payees on this schedule include Donziger and Rizack and Kroll was able to confirm the related payments for these individuals to other supporting records.

- JRD0031330.xlxs is a schedule titled "Amazonia Recovery Limited - Turricum - Current Account - USD Cashbook" which shows payments to 31 payees totaling $2.2 million for the period March 1, 2013 through May 6, 2013. Payees on this schedule include Donziger and Kroll was able to confirm the related payment to Donziger's TD Bank records.

# EXHIBIT 10.1

CHEVRON CORPORATION V. STEVEN DONZIGER, et al.

## Analysis of Payments to Specific Payees - Detail                                                           Exhibit 10.1
Pre-RICO - January 1, 2012 through March 4, 2014 (Sorted by Total)

| Payor | Bank Name | Account # | Pers. or Bus. | Date | Payee | Amount |
|---|---|---|---|---|---|---|
| Torvia | Unknown | Unknown | N/A | 1/20/2012 | Aaron Page | $ 50,000.00 |
| Torvia | Unknown | Unknown | N/A | 5/17/2012 | Aaron Page | 25,000.00 |
| Torvia | Unknown | Unknown | N/A | 7/20/2012 | Aaron Page | 33,994.60 |
| Torvia | Unknown | Unknown | N/A | 11/22/2012 | Aaron Page | 20,326.00 |
| Torvia | Unknown | Unknown | N/A | 3/19/2013 | Aaron Page | 10,000.00 |
| Amazonia Recovery | Unknown | Unknown | N/A | 4/4/2013 | Aaron Page | 20,000.00 |
| Steven R. Donziger | TD Bank | 427-7302265 | Personal | 8/2/2013 | Aaron Page | 10,000.00 |
| Steven R. Donziger | TD Bank | 427-7302265 | Personal | 10/8/2013 | Aaron Page | 25,000.00 |
| Steven R. Donziger | TD Bank | 427-7302265 | Personal | 11/12/2013 | Aaron Page | 25,000.00 |
| Steven R. Donziger | TD Bank | 427-7302265 | Personal | 1/15/2014 | Aaron Page | 10,000.00 |
| | | | | | **Aaron Page Total $** | **229,320.60** |
| Torvia | Unknown | Unknown | N/A | 2/2/2012 | Josh Rizack/The Rising Group | 85,000.00 |
| Torvia | Unknown | Unknown | N/A | 5/17/2012 | Josh Rizack/The Rising Group | 66,636.99 |
| Steven R. Donziger Atty At Law | Chase | 742190218 | Business | 11/20/2012 | Josh Rizack | 1,342.50 |
| Torvia | Unknown | Unknown | N/A | 11/22/2012 | Josh Rizack/The Rising Group | 5,000.00 |
| | | | | | **Josh Rizack/The Rising Group Total $** | **157,979.49** |
| Steven R. Donziger | TD Bank | 427-7302265 | Personal | 10/7/2013 | Friedman Rubin | 150,000.00 |
| | | | | | **Friedman Rubin Total $** | **150,000.00** |
| Torvia | Unknown | Unknown | N/A | 2/2/2012 | David Sherman | 125,000.00 |
| | | | | | **David Sherman Total $** | **125,000.00** |
| Torvia | Unknown | Unknown | N/A | 1/20/2012 | Karen Hinton | 24,000.00 |
| Torvia | Unknown | Unknown | N/A | 5/17/2012 | Karen Hinton | 40,938.70 |
| Torvia | Unknown | Unknown | N/A | 6/16/2012 | Karen Hinton | 6,282.90 |
| Torvia | Unknown | Unknown | N/A | 7/20/2012 | Karen Hinton | 15,715.55 |
| Torvia | Unknown | Unknown | N/A | 11/22/2012 | Karen Hinton | 38,000.00 |
| Amazonia Recovery | Unknown | Unknown | N/A | 4/4/2013 | Karen Hinton | 40,000.00 |
| | | | | | **Karen Hinton Total $** | **164,937.15** |
| Steven R. Donziger | TD Bank | 427-7302265 | Personal | 12/18/2013 | Deepak Gupta | 100,000.00 |
| | | | | | **Deepak Gupta Total $** | **100,000.00** |
| | | | | | **Grand Total $** | **927,237.24** |

# EXHIBIT 10.2

CHEVRON CORPORATION V. STEVEN DONZIGER, et al.

**Analysis of Payments to Specific Payees - Detail**  **Exhibit 10.2**

Post RICO - March 5, 2014 through May 10, 2018 (Sorted by Total)

| Payor | Bank Name | Account # | Pers. or Bus. | Date | Payee | Amount |
|---|---|---|---|---|---|---|
| Steven R. Donziger | TD Bank | 427-7302265 | Personal | 2/19/2015 | Aaron Page | $ 2,000.00 |
| Steven R. Donziger | TD Bank | 427-7302265 | Personal | 9/10/2015 | Aaron Page | 5,000.00 |
| Steven R. Donziger | TD Bank | 6749166418 | Personal | 8/19/2016 | Aaron Page | 5,000.00 |
| Donziger & Associates | TD Bank | 427-3938783 | Business | 10/19/2016 | Aaron Page | 5,000.00 |
| Donziger & Associates | TD Bank | 427-3938783 | Business | 12/5/2016 | Aaron Page | 5,000.00 |
| Donziger & Associates | TD Bank | 427-3938783 | Business | 12/16/2016 | Aaron Page | 5,000.00 |
| Donziger & Associates | TD Bank | 427-3938783 | Business | 2/13/2017 | Aaron Page | 5,000.00 |
| Donziger & Associates | TD Bank | 427-3938783 | Business | 5/1/2017 | Aaron Page | 10,000.00 |
| Donziger & Associates | TD Bank | 427-3938783 | Business | 6/5/2017 | Aaron Page | 10,000.00 |
| Streamline DBA CWP Associates | Bank of America | 466001799158 | Business | 1/12/2018 | Forum Nobis | 10,000.00 |
| Streamline DBA CWP Associates | Bank of America | 466001799158 | Business | 3/14/2018 | Forum Nobis | 7,500.00 |
| | | | | | **Aaron Page/Forum Nobis Total**  $ | **69,500.00** |
| Donziger & Associates | TD Bank | 427-3938783 | Business | 12/16/2016 | Deepak Gupta | 25,000.00 |
| | | | | | **Deepak Gupta Total**  $ | **25,000.00** |
| Steven R. Donziger | TD Bank | 427-7302265 | Personal | 10/26/2016 | Josh Rizack | 12,566.33 |
| Steven R. Donziger | TD Bank | 4318633420 | Personal | 1/19/2017 | Josh Rizack | 836.00 |
| | | | | | **Josh Rizack Total**  $ | **13,402.33** |
| Donziger & Associates | TD Bank | 427-3938783 | Business | 12/8/2016 | Patricio Salazar Cordova | 3,179.00 |
| Streamline DBA CWP Associates | Bank of America | 466001799158 | Business | 1/16/2018 | Patricio Salazar Cordova | 4,642.74 |
| Steven R. Donziger | TD Bank | 4311018132 | Business | 5/10/2018 | Patricio Salazar Cordova | 1,834.51 |
| | | | | | **Patricio Salazar Cordova Total**  $ | **9,656.25** |
| Steven R. Donziger | TD Bank | 427-7302265 | Personal | 12/26/2014 | Karen Hinton | 941.83 |
| Steven R. Donziger | TD Bank | 427-7302265 | Personal | 10/17/2016 | Karen Hinton | 1,006.82 |
| Streamline DBA CWP Associates | Bank of America | 466001799158 | Business | 2/6/2018 | Hinton Communications | 4,485.69 |
| | | | | | **Karen Hinton/Hinton Communications Total**  $ | **6,434.34** |
| Steven R. Donziger | TD Bank | 427-7302265 | Personal | 10/8/2015 | Simon Billiness | 250.00 |
| Streamline DBA CWP Associates | Bank of America | 466001799158 | Business | 3/14/2018 | Simon Billiness | 5,000.00 |
| | | | | | **Simon Billiness Total**  $ | **5,250.00** |
| Streamline DBA CWP Associates | Bank of America | 466001799158 | Business | 1/24/2018 | Waddell Phillips | 2,220.07 |
| | | | | | **Waddell Phillips Total**  $ | **2,220.07** |
| | | | | | **Grand Total**  $ | **131,462.99** |