**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

January 7, 2019

<u>VIA ECF</u>

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Chevron Corp. v. Donziger, et al.*, Case No. 11 Civ. 0691 (LAK)

Dear Judge Kaplan:

      I write as counsel for Chevron Corporation ("Chevron") to provide the Court with additional information regarding Chevron's proposed alternative neutral forensic expert pursuant to this Court's November 29, 2018 order.  Dkt. 2137.  In that order, the Court asked Chevron to advise the Court whether "LIFARS, LLC, is or has been retained by Chevron Corporation or Gibson Dunn in any matter, related or otherwise and, if it now is retained, the general nature of the current retention."  In response to the Court's request, I can advise the Court that LIFARS has not been retained in any matter by Chevron Corporation.  LIFARS performed discrete consulting work for Gibson Dunn with respect to an unrelated matter, for a client other than Chevron Corporation, handled by different attorneys at the firm; but that work is not ongoing.  LIFARS is not otherwise retained by Gibson Dunn in relation to any matter.

      As always, we appreciate Your Honor's consideration.

Respectfully,

<u>/s/ Randy M. Mastro</u>

Randy M. Mastro

cc: All Counsel of Record via ECF

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.