# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Andrea E. Neuman
Direct: +1 212.351.3883
Fax: +1 212.351.5303
ANeuman@gibsondunn.com

January 7, 2019

VIA ECF FILING AND HAND DELIVERY

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Chevron Corp. v. Donziger, et al.*, No. 11 Civ. 0691 (LAK)

Dear Judge Kaplan:

I write as counsel of record for Plaintiff Chevron Corporation ("Chevron") in the above-referenced action to request permission to bring a computing device into the courtroom during the hearing on January 8, 2019. I will be addressing the subject of the hearing and respectfully request permission to bring the following computing device and accessories into your courtroom for the hearing:

- 1 iPad; and
- Necessary cabling for power.

We appreciate the Court's consideration of this request.

Respectfully,

*/s/ Andrea E. Neuman*

AEN


cc: All Counsel of Record

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.