STEVEN R. DONZIGER, ESQ.

245 WEST 104TH STREET, SUITE 7D
NEW YORK, NEW YORK 10025

212-570-4499 (O)
917-566-2526 (CELL)

January 18, 2019

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

RE:    *Chevron v. Donziger*, Case No. 11 Civ. 691 (LAK)

Dear Judge Kaplan:

I write to request an additional period of one week to submit my response to the proposed protocol and accompanying affidavits submitted by Chevron. As Your Honor knows, I am a sole practitioner (suspended on an interim basis) with limited resources; the proposed Chevron protocol and accompanying affidavits are detailed and technical; the proposed protocol appears to deviate in material ways from the request made by Your Honor to limit its scope and to protect my privacy; and, Chevron's submission makes serious and I believe highly misleading accusations against me that may need to be addressed.

Sincerely,

      / s /

Steven R. Donziger