**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

March 12, 2019

VIA ECF

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, 10007

Re:   *Chevron Corp. v. Donziger*, 11 Civ. 0691 (LAK) (S.D.N.Y.)

Dear Judge Kaplan:

I write to you as counsel for Chevron Corporation ("Chevron") to bring to your attention the email sent yesterday by Defendant Steven Donziger to the Neutral Forensic Expert appointed by this Court, Ondrej Krehel of LIFARS, attached hereto as Exhibit A. In it, Donziger tells Mr. Krehel that he "will voluntarily go into civil contempt of the legally unfounded orders in order to obtain proper appellate review" and that he "hope[s] you have not cleared your schedule to work on this matter, because, as Chevron knows, I will not be producing documents until my due process rights are respected." Consequently, Mr. Donziger did not provide the listings of devices that were required by this Court's Order to be submitted by March 8, 2019. *See* Exh. B (Krehel email); *see also* Dkt. 2172 at 1-2.

Based on this correspondence from Donziger, Chevron expects that when the Court's Neutral Forensic Expert, Mr. Krehel, goes to Donziger's address on March 18 as ordered by the Court, Donziger will refuse to obey the Court's Order to turn over all his devices. At that point, Chevron will immediately bring a motion for contempt.

As always, we appreciate Your Honor's consideration.

Respectfully,

*/s/ Randy M. Mastro*
Randy M. Mastro


Attachments

cc: Ondrej Krehel, LIFARS