UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                                 :

CHEVRON CORPORATION,          :

             Plaintiff,          :

            v.          :     11 Civ. 0691 (LAK)

STEVEN DONZIGER, *et al.*,          :

            Defendants.          :

------------------------------------- x

**NOTICE OF CHEVRON CORPORATION'S
MOTION TO HOLD STEVEN DONZIGER IN CONTEMPT OF COURT FOR HIS
FAILURE TO COMPLY WITH THE COURT'S MARCH 5, 2019 ORDER**

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

STERN, KILCULLEN & RUFOLO LLC
325 Columbia Tpke, Ste 110
P.O. Box 992
Florham Park, New Jersey 07932-0992
Telephone: 973.535.1900
Facsimile: 973.535.9664

*Attorneys for Plaintiff Chevron Corporation*

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Chevron Corporation's ("Chevron") Motion to Hold Steven Donziger in Contempt of Court for His Failure to Comply with the Court's March 5, 2019 Order; the Declaration of Anne Champion, dated March 20, 2019; and all prior pleadings and proceedings in this matter, Chevron respectfully moves this Court for entry of an order holding Steven Donziger in civil contempt pursuant to Federal Rule of Civil Procedure 70(e) and Local Civil Rule 83.6 of the Local Rules of the United States District Court for the Southern District of New York, and imposing monetary sanctions that increase each day until Donziger is in full compliance, and if noncompliance continues, his arrest and imprisonment until such time as he fully complies with the March 5, 2019 Order. The Court may also consider ordering the seizure of Donziger's electronic devices and/or the surrender of his passport to remedy in part his noncompliance. Chevron further requests such other relief as the Court deems just and proper.

| | |
|---|---|
| Dated: March 20, 2019 | Respectfully submitted, |
| New York, New York | GIBSON, DUNN & CRUTCHER LLP |
| | */s/ Randy M. Mastro* |
| | Randy M. Mastro<br>Andrea E. Neuman<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 |

William E. Thomson
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520


STERN, KILCULLEN & RUFOLO LLC
Herbert J. Stern
Joel M. Silverstein
325 Columbia Tpke, Ste 110
P.O. Box 992
Florham Park, New Jersey 07932-0992
Telephone: 973.535.1900
Facsimile: 973.535.9664

*Attorneys for Chevron Corporation*