# EXHIBIT 9

**From:** John van Merkensteijn <jhvm@rossteq.com>
**Sent:** Thursday, October 20, 2016 3:16 AM
**To:** Steven Donziger
**Subject:** Re: hey there

Great


John H. van Merkensteijn lll
Managing Director
Rossi Technologies LLC
60 Riverside Boulevard
Suite 2101
New York, NY. 10069
Phone (212) 769-4055
jhvm@rossteq.com

On Oct 19, 2016, at 8:06 PM, Steven Donziger <sdonziger@donzigerandassociates.com> wrote:

> we worked it out and we are meeting on Nov 1
>
> **From:** John van Merkensteijn <jhvm@rossteq.com>
> **Sent:** Wednesday, October 19, 2016 5:03:10 PM
> **To:** Steven Donziger
> **Subject:** Re: hey there
>
> Ok
>
> I have 10 AM meeting should be over and I will be there
> At 1215
>
> Did you give Zlman a piece of the future paymout to make up for
> The lack of up front cash?  Basically I guess he would invest $ 12,000 of his time
> I thknk it would be great if he had a small stake in your outcome
>
>
> John H. van Merkensteijn lll
> Managing Director
> Rossi Technologies LLC
> 60 Riverside Boulevard
> Suite 2101
> New York, NY. 10069
> Phone (212) 769-4055
>
> jhvm@rossteq.com

1

**From:** Steven Donziger <sdonziger@donzigerandassociates.com>
**Date:** Wednesday, October 19, 2016 at 4:59 PM
**To:** John van Merkensteijn 60 <jhvm@rossteq.com>
**Subject:** Re: hey there

Update:

Ian Watson has a call with Alan tomorrow morning.

I talked to Zelman and offered him 3k; we are talking again in a few minutes.

We have lunch tomorrow at Circo. Maybe we meet before Cliff gets there. Want to talk to you about additional small investment in Ecuador given movement on big investor front, assuming you still have interest.

Want to meet at 1215, and then Cliff can come at 1230 or so? I'm flexible, let me know with time.

Thanks

**From:** John van Merkensteijn <jhvm@rossteq.com>
**Sent:** Wednesday, October 19, 2016 4:38:50 PM
**To:** Steven Donziger
**Subject:** Re: hey there

Now I am good
Sorry about that

Did you talk with Zelman
He is in SF and will meet with Bill

Did you connect Ian Watson with ALAN?

Best

John H. van Merkensteijn lll
Managing Director
Rossi Technologies LLC
60 Riverside Boulevard
Suite 2101
New York, NY. 10069
Phone (212) 769-4055

jhvm@rossteq.com

**From:** Steven Donziger <sdonziger@donzigerandassociates.com>
**Date:** Wednesday, October 19, 2016 at 4:35 PM
**To:** John van Merkensteijn 60 <jhvm@rossteq.com>
**Subject:** hey there

JVM 008899

You feeling ok?

JVM 008900