# EXHIBIT 10

| | |
|---|---|
| **From:** | David Zelman <dzelman@transitionsinstitute.com> |
| **Sent:** | Tuesday, December 20, 2016 12:21 PM |
| **To:** | John van Merkensteijn <jhvm@rossteq.com> |
| **Subject:** | Re: david zelman engagement agreement |
| **Attach:** | Scan 30.jpeg |

Here you go

---

**From:** John van Merkensteijn <jhvm@rossteq.com>
**Date:** Monday, December 19, 2016 at 11:52 PM
**To:** David Zelman <dzelman@transitionsinstitute.com>
**Subject:** Re: david zelman engagement agreement

You are talking about a letter agreement with you?
Do you still have the numbers I worked out and should we not use ethose?

John H. van Merkensteijn III
Managing Director
Rossi Technology LLC
60 Riverside Boulevard
Suite 2101
New York, NY. 10069
Phone (212) 769-4055
jhvm@rossteq.com

---

**From:** David Zelman <dzelman@transitionsinstitute.com>
**Date:** Monday, December 19, 2016 at 8:17 PM
**To:** John van Merkensteijn Quadrant Office <jhvm@rossteq.com>
**Subject:** david zelman engagement agreement

Looks like I may need your support in getting Steven to focus and get this done.
He has promised to have the term sheet to me at least 4 times and not followed thru.
If you prefer, I will put more pressure on him myself but since you offered to help if needed,
I thought I'd ask…

---

**From:** Steven Donziger <sdonziger@donzigerandassociates.com>
**Date:** Friday, December 16, 2016 at 10:31 AM
**To:** David Zelman <dzelman@transitionsinstitute.com>
**Subject:** Re: Updated Ecuador investment documents

Yes, soon

thanks much enjoyed our time together

---

**From:** David Zelman <dzelman@transitionsinstitute.com>
**Sent:** Thursday, December 15, 2016 10:30:05 AM
**To:** Steven Donziger
**Subject:** Re: Updated Ecuador investment documents

Please send me the term sheet

Sent from

On Dec 10, 2016, at 5:07 PM, Steven Donziger <sdonziger@donzigerandassociates.com> wrote:

> John and David,
>
> These documents should be good to go if you want to send to prospective investors interested in the Ecuador matter.
>
> Let me know if any additional tweaks are necessary as you read this.
>
> Best, Steven
> <INVESTMENT.Summary.Short.Dec2016.pdf>
> <INVESTOR.Summary.December2016.pdf>