# EXHIBIT 10



Laura Miller <lbmiller104@gmail.com>

## Please post and push and tweet -- hugely important article on Ecuador

1 message

**Steven Donziger** <sdonziger@donzigerandassociates.com>  Fri, May 11, 2018 at 12:08 PM
To: Karen Hinton <karen@fenton.com>, Howard Glaser <hglaser1@gmail.com>, "lbmiller104@gmail.com" <lbmiller104@gmail.com>

this is huge!!  finally this crazy shit is pulled together under one roof

https://www.greenpeace.org/international/story/16448/chevrons-slapp-suit-against-ecuadorians-corporate-intimidation/



Chevron&#8217;s SLAPP suit against Ecuadorians: corporate intimidation

www.greenpeace.org

SLAPP suits are

LBMiller_000001



Laura Miller <lbmiller104@gmail.com>

## Fwd: USA/Ecuador: Lawyer who battled Chevron may get chance to defend himself
1 message

**Steven Donziger** <sdonziger@gmail.com>  Mon, Nov 19, 2018 at 9:13 AM
To: aaron@forumnobis.org, lbmiller104@gmail.com

Contact this guy please and set up phone call

Sent from my iPhone

Begin forwarded message:

> **From:** Stuart Russell <jsrussell301254@gmail.com>
> **Date:** November 19, 2018 at 3:37:59 AM GMT-5
> **To:** press@gowengroup.com
> **Cc:** Stuart Russell <jsrussell301254@gmail.com>
> **Subject: USA/Ecuador: Lawyer who battled Chevron may get chance to defend himself**
>
> https://defendlawyers.wordpress.com/2018/11/19/usa-ecuador-lawyer-who-battled-chevron-may-get-chance-to-defend-himself/
>
> I have just submitted a request to join your press list. All the very best
>
> Stuart Russell
> Bordeaux France
>
> --
> Stuart RUSSELL
> Monitoring Committee on Attacks on Lawyers/
> Comité de surveillance des attaques contre les avocats
> International Association of People's Lawyers (IAPL)
>
> 
>
> Blog: https://defendlawyers.wordpress.com/
> Facebook: https://www.facebook.com/IAPL-International-Association-of-Peoples-Lawyers-803546399693677/?fref=ts
> Secure, encrypted email: jsrussell301254@protonmail.com (end-to-end encryption)



# Ecuador

**Laura Miller** <lbmiller104@gmail.com>  Mon, Sep 18, 2017 at 2:42 PM
To: Katie Sullivan <Katie@streamlinefamilyoffice.com>

Hi Katie -

I hope this note finds you well and your September got off to a smooth start. Steven told me that you are joining the Ecuador trip next week - - I am so thrilled!!

I am not sure if Steven mentioned that Matthew and I will also be joining. This will be Matthew's first trip to Ecuador - - I was a bit reluctant to pull him out of school so soon, but it seems like an incredible trip and opportunity for him to see, meet and hopefully appreciate what Steven does and get him thinking about how he can help.

I am trying to help Steven pull the trip together - I am wondering if told you that we need your **passport information** (we are all flying down to the rainforest on Monday and then taking a bus back that afternoon ) and a **short bio** for a packet that we will distribute to all the people on the delegation.

If you have not already ( Steven is in London so I am not sure what he has asked for) can you send it to me so we can purchase your ticket.

Thanks so much,
Please reach out if you have any questions or need any information - -

Laura
(917) 225-6689

---

**Laura Miller** <lbmiller104@gmail.com>  Mon, Sep 18, 2017 at 4:45 PM
To: Katie Sullivan <Katie@streamlinefamilyoffice.com>

Thank you for re-sending all this information. I am waiting for Steven to call me back about the hotel - as soon as I know who to contact or if he handled it already I will let you know.
It would be great if we could get everyone together over the marathon weekend - - keep us posted.

Will hopefully get back to you shortly!

Laura

On Mon, Sep 18, 2017 at 3:08 PM, Katie Sullivan <Katie@streamlinefamilyoffice.com> wrote:

> Hi Laura,

LBMiller_000003

I'm so excited to be included and even better to share it with you & Matthew! Waaaaay more educational than anything he'd learn in the classroom and kids always make things more fun!

We're coming to NYC for the marathon weekend 11/4-5 so hopefully we can all get together then.

Here's my passport & flight info. I sent to Steven already but am certain he's running like a madman. I'll send you a quick bio separately.

Should I book my room at the hotel or is it part of a block? I'm arriving Sat night and departing on the late flight on Tuesday. I'm heading to CA on Thursday so needed a re-group!

Thank you so much and see you soon!

Thank you!!!
Katie

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

**Laura Miller** <lbmiller104@gmail.com>     Thu, Sep 21, 2017 at 11:54 AM
To: Katie Sullivan <Katie@streamlinefamilyoffice.com>

Hi Katie -
Just an FYI - - Steven reserved a block of rooms - when you check in it will be under Steven's name.

See you Saturday,
Laura

On Mon, Sep 18, 2017 at 7:09 PM, Katie Sullivan <Katie@streamlinefamilyoffice.com> wrote:

Thanks Laura!

I texted Steven earlier if I should make a hotel reservation and his reply was 'I got it'.

Here's a quick bio. BTW, you have complete editing authority!

Katie Sullivan

Katie founded Streamline Family Office, a boutique outsourced family office service firm, in 2003 and has been working with wealthy families for over 20 years. Over the past 16 years she has served as a Trusted Advisor to an aggregate of over $2B of client assets. She has extensive experience with and knowledge of the unique complexities and freedoms that wealth creates. Katie has built deep client and advisor relationships based on trust, compassion, privacy and integrity. She has a passion for understanding client needs and can quickly understand how all the moving pieces integrate with the big picture. Katie lives in Dover, MA and has four children with her husband Dan. She is incredibly curious, loves adventure, laughing, reading and pushing herself outside of her comfort zone. Katie travelled in 2016 to Ecuador with the Pachamama Alliance and is currently writing a book titled *Walls of Wealth*.

---

**From:** Laura Miller <lbmiller104@gmail.com>
**Date:** Monday, September 18, 2017 at 4:45 PM
**To:** Katie Sullivan <Katie@Streamlinefamilyoffice.com>
**Subject:** Re: Ecuador

[Quoted text hidden]
[Quoted text hidden]

LBMiller_000005



Laura Miller <lbmiller104@gmail.com>

## Re: Ecuador
3 messages

---

**Laura Miller** <lbmiller104@gmail.com>   Wed, Sep 20, 2017 at 5:12 PM
To: Ed John <edjohn@fns.bc.ca>, Steven Donziger <sdonziger@donzigerandassociates.com>
Cc: Colin Braker <cbraker@fns.bc.ca>, "sandy.sundar@transat.com" <sandy.sundar@transat.com>, Peter Grant <pgrant@grantnativelaw.com>, Willie Littlechild <Wilton.Littlechild@xplornet.ca>

Yes -
We will handle the reservations - could you please send me your travel dates.

Thanks so much,
Laura Miller

On Wed, Sep 20, 2017 at 5:00 PM, Ed John <edjohn@fns.bc.ca> wrote:
> Laura
> Please confirm if your office is organizing hotel reservations? I understand we will be staying at Hotel Quito.
> Thank you.
>
> Sent from my iPhone

---

**Laura Miller** <lbmiller104@gmail.com>   Thu, Sep 21, 2017 at 11:53 AM
To: Ed John <edjohn@fns.bc.ca>, Steven Donziger <sdonziger@donzigerandassociates.com>
Cc: Colin Braker <cbraker@fns.bc.ca>, "sandy.sundar@transat.com" <sandy.sundar@transat.com>, Peter Grant <pgrant@grantnativelaw.com>, Willie Littlechild <Wilton.Littlechild@xplornet.ca>

Good Morning -

As per Steven's instructions, Steven has reserved a block of rooms at the hotel, all rooms will be under Steven's name.
Thank you,
Laura Miller

[Quoted text hidden]

---

**Laura Miller** <lbmiller104@gmail.com>   Thu, Sep 21, 2017 at 1:20 PM
To: Peter Grant <pgrant@grantnativelaw.com>
Cc: Sandy Sundar <sandy.sundar@transat.com>, Ed John <edjohn@fns.bc.ca>, Steven Donziger <sdonziger@donzigerandassociates.com>, Colin Braker <cbraker@fns.bc.ca>, Willie Littlechild <Wilton.Littlechild@xplornet.ca>

Okay, Thanks for letting us know - all rooms will be under Steven's name.

Sent from my iPhone

On Sep 21, 2017, at 12:21 PM, Peter Grant <pgrant@grantnativelaw.com> wrote:

LBMiller_000006

Laura, can you be sure I have a room until Sept. 28 as I will be staying an extra night.

Sent from my BlackBerry - the most secure mobile device

**From:** sandy.sundar@transat.com
**Sent:** September 21, 2017 8:58 AM
**To:** lbmiller104@gmail.com; edjohn@fns.bc.ca; sdonziger@donzigerandassociates.com
**Cc:** cbraker@fns.bc.ca; pgrant@grantnativelaw.com; Wilton.Littlechild@xplornet.ca
**Subject:** RE: Ecuador

Thank you.

Sandy

**From:** Laura Miller [mailto:lbmiller104@gmail.com]
**Sent:** Thursday, September 21, 2017 8:53 AM
**To:** Ed John; Steven Donziger
**Cc:** Colin Braker; Sandy Sundar; Peter Grant; Willie Littlechild
**Subject:** Re: Ecuador

[Quoted text hidden]

LBMiller_000007