UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHEVRON CORPORATION,

                        Plaintiff,

      -against-                                         11-cv-0691 (LAK)

STEVEN DONZIGER, et al.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       In view of the filing of redacted replacements, the Clerk of Court shall remove the PDFs underlying the following entries on the docket.

- DI 2188-1
- DI 2188-2
- DI 2188-3
- DI 2190
- DI 2190-1
- DI 2190-2

SO ORDERED.

Dated:     May 8, 2019

                                                         Lewis A. Kaplan
                                              United States District Judge