UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN DONZIGER *et al.*,<br><br>　　　　　　　Defendants. | 11 Civ. 0691 (LAK) |

**NOTICE OF APPEAL**

　　Notice is hereby given that Defendant Steven Donziger appeals to the United States Court of Appeals for the Second Circuit from the Court's Memorandum Opinion and Order dated May 23, 2019 (Dkt. 2209) and accompanying Supplemental Judgment (Dkt. 2210).

Dated:　May 27, 2019　　　　　　　　Respectfully submitted,
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　*s/ Steven Donziger*
　　　　　　　　　　　　　　　　　　　Steven R. Donziger
　　　　　　　　　　　　　　　　　　　245 W. 104th Street, #7D
　　　　　　　　　　　　　　　　　　　New York, NY 10025
　　　　　　　　　　　　　　　　　　　Tel: (917) 678-3943
　　　　　　　　　　　　　　　　　　　Email: sdonziger@donzigerandassociates.com

　　　　　　　　　　　　　　　　　　　*Pro se*