UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

      -against-                                       11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------------x

                                **ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The plaintiff shall advise the Court promptly whether it intends to file a response to DI 2212 and if so, when it anticipates filing such a response.

       SO ORDERED.

Dated:      May 28, 2019

                                          _____
                                                 Lewis A. Kaplan
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2019