# EXHIBIT 1

This **TRANSFER AND ASSIGNMENT** (this *"Agreement"*) is made effective as of _____ __, 2018 by and among Steven Donziger, The Law Offices of Steven R. Donziger, and Donziger & Associates, PLLC also known as Donziger Associates, PLLC (collectively *"Assignor"*), on the one hand, and Chevron Corporation (*"Assignee"*), on the other hand (*Assignor* and *Assignee* collectively referred to as the *"Parties"*).

IT IS HEREBY AGREED, between and among the Parties, as follows:

1.     Assignment.  *Assignor* (including each person and entity included within that collective term) does hereby irrevocably assign, set over, and transfer to *Assignee* all right, title, and interest *Assignor* has, directly or indirectly, under the Durable International Power of Attorney and Agreement for the Continuous Investment of Professional Services (also known as "Poder Legal Internacional Duradero y Acuerdo Para Inversión Continua De Los Servicios Profesionales"), dated November 1, 2017, between and among the Amazon Defense Front (also known as "the FDA" and "el Frente de Defensa de la Amazonía") and Steven R. Donziger, Esq., together with their successors and assigns and all successors to and predecessors of that agreement, including (a) any contingent fee and (b) any interest in any judgment or funds related to or arising out of the enforcement, collection, or settlement of any judgment, and *Assignee* hereby accepts such assignment.

2.     Counterparts.  This *Agreement* may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute the same document.

IN WITNESS WHEREOF, the Parties have executed this Transfer and Assignment as of _May 28_ , 2018.

_____
Steven Donziger
in his individual capacity and in his capacities as authorized representative of The Law Offices of Steven R. Donziger and Donziger Associates PLLC

STATE OF _____ N Y _____ )
                                              ) ss.:
COUNTY OF _____ N Y _____ )

On the _28_ day of _May 2019_ , before me, the undersigned notary public, personally appeared _Steven R. Donziger_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his individual capacity and in his capacities as authorized representative of The Law Offices of Steven R. Donziger and Donzgier Associates PLLC, and by his signature on the instrument, the individual and the persons upon behalf of which he acted, executed the instrument.

Mark B. Linde
Notary Public, State of New York
No. 01LI6121090
Qualified in Westchester County
Certificate filed in New York County
Commission Expires Jan. 10, 20___

_____ Notary Public

_____
(Name and Title)
CHEVRON CORPORATION

STATE OF _____ )
                               ) ss.:
COUNTY OF _____ )

On the _____ day of _____, before me, the undersigned notary public, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity as _____ of Chevron Corporation, and by his/her signature, the corporation upon behalf of which he/she acted, executed the instrument.

_____ Notary Public