# EXHIBIT 2

| | |
|---|---|
| **From:** | Ondrej Krehel |
| **To:** | Eisinger, Vince |
| **Cc:** | Neuman, Andrea E.; Steven Donziger |
| **Subject:** | RE: Chevron Corp. v. Donziger, 11 Civ. 0691 (S.D.N.Y.), Response Requested |
| **Date:** | Wednesday, May 29, 2019 11:38:18 AM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

[External Email]

Dear Esq. Eisinger,

Mr. Donziger did not comply with paragraph 4 of the Forensic Protocol order, and has not contacted me since May 23, 2019 regarding Forensic Protocol Order.

Kind Regards,

Ondrej Krehel



**Ondrej Krehel, CISSP, CEH, CEI , EnCE**
Digital Forensics Lead, CEO and Founder, LIFARS
+1.212.203.7082 | +1.212.222.7061 | ondrej.krehel@lifars.com |
LIFARS.com | 244 Fifth Avenue, Suite 2035, New York, NY 10001

---

**From:** Eisinger, Vince <VEisinger@gibsondunn.com>
**Sent:** Wednesday, May 29, 2019 10:18 AM
**To:** Ondrej Krehel <ondrej.krehel@lifars.com>
**Cc:** Neuman, Andrea E. <ANeuman@gibsondunn.com>; Steven Donziger <sdonziger@donzigerandassociates.com>
**Subject:** Chevron Corp. v. Donziger, 11 Civ. 0691 (S.D.N.Y.), Response Requested

Dear Mr. Krehel,

I represent Chevron Corporation in *Chevron Corp. v. Donziger*, 11 Civ. 0691 (LAK) (S.D.N.Y.). On May 23, 2019, the Court issued the attached order and directed the parties to file an affidavit by 1 pm this afternoon indicating whether Mr. Donziger has complied with Paragraph 4 of the Forensic Protocol Order (also attached). Please reply to confirm whether or not Mr. Donziger has contacted you since May 23 regarding the Forensic Protocol Order in regards to Paragraph 4 or otherwise. We request that you respond as soon as possible, and no later than noon if at all possible, given the Court's filing deadline.

Regards,
**Vince Eisinger**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3993 • Fax +1 212.817.9593
VEisinger@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

The information contained in this message and any attachments may be privileged, confidential, proprietary or otherwise protected from disclosure. If you, the reader of this message, are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to the message, permanently delete it from your computer and destroy any printout.