USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

CHEVRON CORPORATION,

                Plaintiff,

      -against-                                    11-cv-0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.

------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Donziger objects to the briefing schedule set by the Court regarding a motion that he made to vacate the Paragraph 5 Order [DI 2222]. The Court set a short schedule because it appeared to be in Donziger's interest to resolve the motion promptly. The Court grants Donziger a brief extension to file his reply. Any reply shall be filed on or before Tuesday, June 11, 2019 at 12:00 p.m. at which time the motion will be taken on submission unless ordered otherwise.

        The Paragraph 5 Order remains in effect during the period in which the motion is briefed and under consideration by the Court.

        SO ORDERED.

Dated:     June 6, 2019

                                                  /s/   Lewis A. Kaplan

                                                        Lewis A. Kaplan
                                                United States District Judge