# EXHIBIT F

```
                                                            Page 1
 1
 2      UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
 3      Case No. 11 Civ. 0691 (LAK)
        ------------------------------------------x
 4      CHEVRON CORPORATION,
 5                          Plaintiff,
 6           - against -
 7      STEVEN DONZIGER, et al.,
 8                          Defendants.
 9      ------------------------------------------x
10                    June 6, 2019
                      9:45 a.m.
11
12                    200 Park Avenue
                      New York, New York
13
14
15         EXAMINATION BEFORE TRIAL of LAURA MILLER,
16      held at the offices of GIBSON DUNN & CRUTCHER LLP,
17      located at 200 Park Avenue, New York, New York
18      10166, before Anthony Giarro, a Registered
19      Professional Reporter, a Certified Realtime
20      Reporter and a Notary Public of the State of New
21      York.
22
23
24
25
```

| | |
|---|---|
| Page 78<br>1          LAURA MILLER<br>2     Q     Ms. Miller, there are<br>3  deposits into your accounts from a<br>4  Fidelity Brokerage Services account.<br>5          Are you familiar with that<br>6  account?<br>7     A     Yes, I am.<br>8     Q     Whose account is the<br>9  Fidelity Brokerage?<br>10    A     My deceased father.<br>11    Q     Is that account, the<br>12 Fidelity Brokerage Services account, an<br>13 account to which Mr. Donziger has any<br>14 access?<br>15    A     No.<br>16    Q     And is it an account into<br>17 which you or he have ever transferred any<br>18 money?<br>19    A     No.<br>20    Q     So it's just an account from<br>21 which you receive money?<br>22    A     Yes.<br>23    Q     And the source of all the<br>24 money in that account is your parents; is<br>25 that right? | Page 80<br>1          LAURA MILLER<br>2          MS. NEUMAN:  No.<br>3     Q     Ms. Miller, did you have any<br>4  conversations related to your depo during<br>5  the break?<br>6     A     We just discussed that I<br>7  need to take it slow.<br>8     Q     With Mr. Donziger?<br>9     A     Yes.<br>10    Q     I'll ask you some questions<br>11 about electronics.<br>12         So in your household<br>13 currently, how many computers are there?<br>14    A     Three.<br>15    Q     And who do they belong to?<br>16    A     Steven has one, I have one,<br>17 and our son has one.<br>18    Q     Does Mr. Donziger have any<br>19 access to your computer?<br>20    A     No.<br>21    Q     Does he have any access to<br>22 your son's computer?<br>23    A     No.<br>24    Q     You've never seen him use<br>25 your computer or your son's computer? |
| Page 79<br>1          LAURA MILLER<br>2     A     Yes.<br>3          MS. NEUMAN:  Go off the<br>4  record for about five minutes.<br>5          THE VIDEOGRAPHER:  The time<br>6  on the video monitor is 11:19 a.m.<br>7  We're off the record.  This ends<br>8  Media 1.<br>9          (A short recess was taken.)<br>10         THE VIDEOGRAPHER:  We are<br>11 back on the record.  The time on the<br>12 video monitor is 11:37 a.m.  This<br>13 starts Media 2.<br>14         MS. NEUMAN:  Mr. Donziger, I<br>15 neglected to note at the beginning of<br>16 the deposition, we've noted in prior<br>17 discussions that you've taken<br>18 pictures of people without their<br>19 consent.<br>20         So we ask you not to do<br>21 that.  If you need to take a picture<br>22 of someone, you need to ask their<br>23 consent.<br>24         MR. DONZIGER:  Can I take a<br>25 picture of you? | Page 81<br>1          LAURA MILLER<br>2     A     No.<br>3     Q     The computer that you have,<br>4  was that a computer that you purchased?<br>5     A     Yes.<br>6     Q     And the computer that your<br>7  son has, who purchased that?<br>8     A     I don't recall.<br>9     Q     The computer that<br>10 Mr. Donziger has, do you know what kind<br>11 of computer it is?<br>12    A     I think it's an Apple.  I'm<br>13 not sure what kind.<br>14    Q     Do you ever use that<br>15 computer?<br>16    A     No.<br>17    Q     Never?<br>18    A     No.<br>19    Q     In terms of iPads, do you<br>20 have any iPads in your apartment?<br>21    A     We used to.  But we don't<br>22 any longer.<br>23    Q     How many did you used to<br>24 have?<br>25    A     One. |

Page 82

LAURA MILLER

2  Q  And whose was it?
3  A  Mine.
4  Q  And was that one that was
5  bought on your account or a different
6  account or do you recall?
7  A  It was given through the
8  company I had worked for at the time.
9  Q  Your company gave you an
10 iPad?
11 A  Yes.
12 Q  Did you give it back when
13 you stopped working there?
14 A  Yes.
15 Q  And was that iPad used
16 exclusively by yourself?
17 A  Yes.
18 Q  So Mr. Donziger never had
19 access to it?
20 A  No.
21 Q  And currently, there's no
22 iPads in your household?
23 A  I don't recall.
24 Q  You don't currently use one?
25 A  No. My son doesn't. I

Page 83

LAURA MILLER

2  don't think we use them, no.
3  Q  How many phones are in your
4  household?
5  A  Three.
6  Q  And is that one for
7  Mr. Donziger, one for yourself and one
8  for your son?
9  A  Yes.
10 Q  And were those -- your
11 phone, is that a phone you bought?
12 A  Yes.
13 Q  How did you get your phone?
14 A  I purchased it.
15 Q  Your son's phone?
16 A  I purchased it.
17 Q  You purchased that?
18 A  Yes.
19 Q  Have you ever purchased any
20 phones for Mr. Donziger?
21 A  No.
22 Q  Do you know of Mr. Donziger
23 ever having multiple phones?
24 A  At the same time?
25 Q  Correct.

Page 84

LAURA MILLER

2  A  No.
3  Q  Do you have a phone number
4  that you use for Mr. Donziger?
5  A  I use his public phone
6  number.
7  Q  Do you know what it is?
8  A  Yes.
9  Q  Can you state it for the
10 record, please?
11 A  ▮▮▮-2526.
12 Q  Do you have any other phone
13 numbers on which you can reach
14 Mr. Donziger?
15 A  No.
16 Q  Do you ever use any
17 messaging apps to communicate with
18 Mr. Donziger?
19 A  Yes.
20 Q  Which ones?
21 A  WhatsApp.
22 Q  Any others?
23 A  No.
24 Q  Are you aware of
25 Mr. Donziger having an iCloud account?

Page 85

LAURA MILLER

2  A  No. I'm not aware.
3  Q  Are you aware of him having
4  any cloud-based accounts?
5  A  I'm not aware.
6  Q  Web sites, are you aware of
7  Mr. Donziger maintaining any Web sites?
8  A  Yes.
9  Q  Can you tell me what those
10 Web sites are?
11 A  Just for his law firm.
12 Q  And do you know the address
13 of the Web sites that you're aware of?
14 A  I think it's Steven Donziger
15 & Associates.
16 Q  .com?
17 A  Yes.
18 Q  Do you ever do any work on
19 Mr. Donziger's Web sites?
20 A  I introduced him to a
21 gentleman who helps build Web sites.
22 That's all.
23 Q  But you yourself never
24 worked on the Web sites?
25 A  I think I did it once. I

22 (Pages 82 - 85)

Page 90

1  LAURA MILLER
2  phone bill out of your accounts?
3      A      Right now, the past few
4  months, I have been because his accounts
5  are frozen, yes.
6      Q      To your knowledge, has he
7  attempted to open a new account since the
8  TD accounts were frozen?
9      A      Not to my knowledge.
10     Q      I'm going to hand you some
11 documents being marked as Exhibit 5659.
12 They were produced by AT&T. And they
13 start with the Bates number 8762 and go
14 through 8767.
15            (The above-referred-to
16    document was marked as Exhibit 5659
17    for identification, as of this date.)
18     Q      So these are AT&T documents
19 that they sent to us --
20     A      Right. Okay.
21     Q      -- under subpoena.
22            So if you go down to user
23 information on the first page, page 8762,
24 it shows a phone number of ▮▮▮▮-2526.
25     A      Yes.

Page 91

1  LAURA MILLER
2      Q      Are you familiar with that
3  number?
4      A      Yes.
5      Q      That's the number you gave
6  earlier?
7      A      Yes.
8      Q      So you know that number to
9  be Mr. Donziger's number?
10     A      Mm-hmm.
11     Q      If you look on the next
12 page, Bates 763, there's a number
13 ▮▮▮▮-4656 associated with
14 Mr. Donziger's since 2016?
15     A      Yes.
16     Q      Are you familiar with that
17 number?
18     A      Yes.
19     Q      What's that number for?
20     A      Our son.
21     Q      So that number's actually
22 under his name?
23     A      It goes under his bill, yes.
24     Q      Sorry. I thought you said
25 it was on yours earlier.

Page 92

1  LAURA MILLER
2      A      No. I bought him the phone.
3      Q      So if we go to the next
4  page, 8764, there's the number
5  ▮▮▮▮-7967 that was used for a couple
6  of years, year and a half. Are you
7  familiar with that number?
8      A      I have no knowledge.
9      Q      You don't know anything
10 about that number?
11     A      No.
12     Q      Correct?
13     A      Correct.
14     Q      Go to the next page, 8765.
15 There's a phone number associated with
16 Mr. Donziger's account, ▮▮▮▮-2457,
17 that was used for, more or less, four
18 years, 2014, 2018. Do you see that?
19     A      Yes. I see it. I have no
20 knowledge.
21     Q      You don't know what that
22 number relates to?
23     A      Nope.
24     Q      The next page, 8766, the
25 number associated with Mr. Donziger's

Page 93

1  LAURA MILLER
2  account, ▮▮▮▮-1715, do you know
3  anything about that number?
4      A      I have no knowledge, no.
5      Q      One more.
6      A      Okay.
7      Q      Page 8767, it's a phone
8  number, ▮▮▮▮-1731, used from 2012 to
9  2016 on Mr. Donziger's account. Do you
10 know anything about that one?
11     A      I have no knowledge. But I
12 am wondering if one of these might be an
13 iPad.
14     Q      An iPad with a cell
15 information?
16     A      Yeah. But I can't recall.
17     Q      You don't recall whether
18 Mr. Donziger had an iPad and if so,
19 whether it had a cell phone number
20 attached to it?
21     A      I can't recall, no.
22     Q      Does anybody have an Apple
23 Watch?
24     A      No.
25     Q      Other than WhatsApp, do you

Page 102

LAURA MILLER

2 me.
3  A   Mm-hmm.
4  Q   Were you on the
5 Denver-Colorado trip?
6  A   No.
7  Q   The Washington, D.C. trip?
8  A   No.
9  Q   The May 2016 Amelia Island?
10 A   Yes.
11 Q   Was anyone other than
12 yourself and Mr. Donziger on that trip or
13 your son?
14 A   Our son. That's it.
15 Q   No one else?
16 A   No.
17 Q   Did that trip have any
18 business purpose that you're aware of?
19 A   No.
20 Q   The Washington, D.C. trip in
21 June, were you involved in that?
22 A   In June, no.
23 Q   On page 3, the August trip
24 to Portugal, were you involved in that?
25     MR. DONZIGER: I'm going to

Page 103

LAURA MILLER

2 object. I'm going to assert marital
3 privilege over the rest of this,
4 unless you can actually figure out
5 some nexus between a trip and my
6 assets or money. She's already
7 testified she was not involved in
8 investor activity as a general
9 matter. And I just think this is
10 redundant and harassing.
11     So I'm asserting marital
12 privilege. If you feel like out of
13 all these things remaining you can
14 find something that really hones in
15 on what you're properly entitled to
16 question her about, please do so.
17     But if you're going to go
18 through this generally, I'm going to
19 assert marital privilege and ask the
20 witness to please respect my marital
21 privilege and not answer.
22 Q   The August trip to Portugal,
23 were you involved in that trip?
24 A   Yes.
25 Q   Did that trip relate in any

Page 104

LAURA MILLER

2 way to business?
3  A   No.
4  Q   That you're aware of?
5  A   It did not relate to any
6 business.
7  Q   Was there any non-family
8 members with you on that trip?
9     MR. DONZIGER: Objection.
10 This is marital privilege.
11 A   Okay.
12 Q   What was your answer?
13 A   It's marital privilege. I
14 agree. This is -- it was a family
15 vacation.
16     MR. DONZIGER: Listen, it's
17 a marital privilege. I'm asserting
18 marital privilege.
19 A   Okay. I'm asserting marital
20 privilege for me.
21     MR. DONZIGER: Do not
22 answers the questions as long as I'm
23 asserting marital privilege.
24     MS. NEUMAN: Mr. Donziger,
25 you can't properly instruct the

Page 105

LAURA MILLER

2 witness not to answer. I'll state
3 that for the record.
4     MR. DONZIGER: Okay. But
5 I'm asking her to respect my marital
6 privilege.
7  A   I respect it. Okay.
8  Q   On any of the trips that
9 you've taken abroad with Mr. Donziger
10 since 2014, has he taken any devices and
11 left them in any foreign location?
12     MR. DONZIGER: That's fine.
13 You can ask that question. But I
14 object to the phrasing of the
15 question. If you know, lay a
16 foundation, if you know, has he taken
17 devices.
18     MS. NEUMAN: You have to put
19 if you know in front of a witness.
20 It's obviously based on their
21 personal knowledge. You can ask
22 other questions if you think some of
23 my questions need clarifying.
24     Can you read the question
25 back to the witness, please?

27 (Pages 102 - 105)

Page 106

LAURA MILLER

2  (The requested portion was
3  read back by the court reporter.)
4  A   He lost his phone last --
5  last August.
6  Q   In what location?
7  A   In France.
8  Q   In any trip that you've been
9  on with Mr. Donziger since 2014, has he
10 taken any money or other assets with him
11 and deposited it in a foreign location or
12 left it?
13 A   Not to my knowledge.
14 Q   Other than the trip to
15 Portugal, were you involved in any of the
16 other trips shown on page 3?
17 A   No.
18 Q   Looking at page 4 of Exhibit
19 5660, can you take a minute to read each
20 of those dates and locations and let me
21 know if you were involved in any of those
22 trips?
23     MR. DONZIGER:  I'm going to
24 object.  I mean first of all, the
25 time frame of these trips, 2016, was

Page 107

LAURA MILLER

2  prior to the entrance of the
3  judgment.
4     MS. NEUMAN:  Again, he's
5  already ruled on the relevant time
6  frame which is not the date of the
7  money judgment.
8  Q   I see you're jumping ahead.
9  A   No.  It's pretty obvious.
10 It's a school vacation in December.
11 Q   Were you involved in any of
12 the other trips?
13 A   No.
14 Q   On page 5, can you read the
15 dates and locations and let me know if
16 you participated in any of those trips?
17 A   February 17th to the 21st, I
18 was with Steven and my son.
19 Q   In Ecuador?
20 A   No.  In Savannah, Georgia.
21 Q   And did that trip have any
22 business purpose, to your knowledge?
23 A   No.
24 Q   Were you involved in any of
25 the other trips?

Page 108

LAURA MILLER

2  A   No.
3  Q   The trips on page 6, did you
4  have any involvement in any of those
5  trips?
6  A   May 28th to 30th in
7  Jacksonville, Florida.
8  Q   Did that trip have any
9  business purpose that you're aware of?
10 A   No business purpose.
11 Q   As to the trips that you
12 weren't involved in, do you have any
13 knowledge about the purposes of those
14 trips?
15 A   No.
16 Q   On page 7, there's six trips
17 shown.
18     Were you involved in any of
19 the trips?
20 A   Yes, I was.  The June 27th
21 to July 5th trip, the July 8th to 10th
22 trip and the July 27th to August 3rd
23 trip.
24 Q   Did any of those trips have
25 any business purpose that you're aware

Page 109

LAURA MILLER

2  of?
3  A   No.
4     MR. DONZIGER:  I'm going to
5  ask for a break.
6     MS. NEUMAN:  Okay.  Go off
7  the record.
8     THE VIDEOGRAPHER:  The time
9  on the video monitor is 12:08 p.m.
10 We're off the record.
11     (A short recess was taken.)
12     THE VIDEOGRAPHER:  We are
13 back on the record.  The time on the
14 video monitor is 12:12 p.m.
15 Q   Ms. Miller, did you have any
16 conversations related to your depo during
17 the break?
18 A   Yes.  I'm reading too fast.
19 And I made a mistake.
20 Q   And do you want to correct
21 something?
22 A   Yes.  In Deauville, Steven
23 did have some meetings.  I was not
24 involved with them.
25 Q   You're referring to the trip

Page 178

LAURA MILLER

2  that separately. And Mr. Donziger
3  wanted an opportunity to question the
4  witness before 3:30. So I'm going to
5  turn the witness over to Mr. Donziger
6  for that purpose at this time.
7       MR. DONZIGER: Thank you.
8       Just to clarify further, do
9  you have more questions other than
10 the ones she declined to answer?
11      MS. NEUMAN: No. My
12 questions relate to the ones she
13 declined to answer.
14      MR. DONZIGER: Those aside,
15 you have no more questions?
16      MS. NEUMAN: No. I don't
17 think so.
18 EXAMINATION BY
19 MR. DONZIGER:
20   Q    I'm just going to ask you a
21 few questions -- okay?
22   A    Mm-hmm.
23   Q    -- related to some things
24 you said in this deposition.
25      Do you remember that you saw

Page 179

LAURA MILLER

2  a document that showed in a particular
3  year, I think it was 2017, the Gibson,
4  Dunn documents said that I had
5  transferred to you was significantly
6  higher than some of the other years? Do
7  you remember that?
8    A   Yes.
9    Q   Can you explain why in that
10 particular year, those funds might have
11 been higher than some of the other years?
12      MS. NEUMAN: Objection.
13 Asked and answered. But you can
14 answer.
15   A   I'll answer it. I did not
16 really work that year. I did not have a
17 separate income coming in. And you had
18 to give more money to supplement and pay
19 for more of our household expenses.
20   Q   And as a general matter, who
21 pays most of the bills in your household?
22   A   It varies month to month.
23   Q   Who actually
24 administratively pays the bills?
25   A   I do.

Page 180

LAURA MILLER

2       MS. NEUMAN: Physically, you
3  mean?
4       MR. DONZIGER: Yes.
5       MS. NEUMAN: Writes the
6  checks?
7       MR. DONZIGER: Writes the
8  checks.
9    A   I do.
10   Q   Referencing your attention
11 to my history of cell phones, my use of
12 cell phones, as a general matter, do you
13 have any recollection other than the one
14 time you stated in your testimony to me,
15 having lost cell phones?
16   A   Do I know that you lose
17 them?
18   Q   Have you known me to be
19 someone --
20   A   You lose everything, yeah.
21   Q   -- on occasion loses cell
22 phones?
23   A   Yes. Many times.
24   Q   Would you say I'm kind of
25 disorganized when it comes to that stuff?

Page 181

LAURA MILLER

2       MS. NEUMAN: Objection.
3  Leading.
4    Q   What's your opinion of my
5  level of organization with that kind of
6  stuff?
7    A   Horrible.
8       MS. NEUMAN: That kind of
9  stuff being phones?
10      MR. DONZIGER: Phones.
11   A   Wallets, cell phones, keys.
12   Q   And do you remember when
13 Ms. Neuman took you through that chart,
14 purportedly documenting all my travel
15 over several years?
16   A   Yes.
17   Q   So my question is, on the
18 trips that you characterize as personal
19 in nature --
20   A   Right.
21   Q   -- as a general matter,
22 would I do work related to the Ecuador
23 case that I characterize as personal in
24 nature?
25      MS. NEUMAN: Objection.

Page 198

```
 1
 2              CERTIFICATION
 3
 4
 5       I, ANTHONY GIARRO, a Shorthand Reporter and a
 6  Notary Public, do hereby certify that the foregoing
 7  witness, LAURA MILLER, was duly sworn on the date
 8  indicated, and that the foregoing, to the best of
 9  my ability, is a true and accurate transcription of
10  my stenographic notes.
11       I further certify that I am not employed by
12  nor related to any party to this action.
13
14              [signature]
15
16              ANTHONY GIARRO
```

Page 199

```
 1
 2              ERRATA SHEET
             VERITEXT/NEW YORK REPORTING, LLC
 3              1-800-727-6396
 4  330 Old Country Road    1250 Broadway
    Mineola, NY 11501    New York, New York 10001
 5
    NAME OF CASE:  Chevron RICO
 6  DATE OF DEPOSITION: June 6, 2019
    NAME OF DEPONENT:  Laura Miller
 7
 8  PAGE LINE (S) CHANGE      REASON
 9
10
11
12
13
14
15
16
17
18
19
20
              _____
21              LAURA MILLER
22
    SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS ___ DAY OF _____, 20__
24
    _____
25  (NOTARY PUBLIC)  MY COMMISSION EXPIRES:
```