# EXHIBIT G



| | |
|---|---|
| **IMEI**<br>**International Mobile**<br>**Equipment Identifier** | A 15-digit number that uniquely identifies an individual wireless device<br><br>Only the IMEI of the number requested is displayed. |
| **IMSI**<br>**International Mobile**<br>**Subscriber Identity** | The IMSI is a globally-unique code number that identifies a GSM subscriber to the network. The IMSI is linked to your account information with the carrier. The IMSI resides in the SIM card which can be moved from one GSM phone to another.<br><br>Only the IMSI of the number requested in the legal demand is displayed. |
| **CT (Call**<br>**Type)** | Denotes if the leg of a call is an originating leg or terminating leg.<br><br>Mobile Originating (MO)<br>Mobile Terminating (MT)<br>Service Originating (SO)<br>Service Terminating (ST)<br><br>**A leg of a call represents each time the call is processed through a network switch. Calls**<br>**may go through several switches in AT&Ts network in order to reach the intended party.**<br><br>**A service record is generated when the network generates a leg of a call to reach a service on**<br>**the network. For example, a leg connecting to the voicemail platform denotes a service**<br>**invoked on the network and may show up as a service record.** |
| **Feature** | This column represents the type of call that occurred as recorded by our network and used for purposes of processing a call on AT&Ts network. These are not necessarily indicative of features on a customer's account or the types of services subscribed too. |
| **Make** | The Make of the handset used in the transaction. |
| **Model** | The Model of the handset used in the transaction. |
| **Cell Location** | **Identifiers:**<br>3G Network cell Site= LAC/CID<br><br>4G Network Cell Site= ECGI<br><br>**Examples:**<br>3G Network Cell Site. [27077/11621:-80.05629:26.74779:350:90.0]<br>                LAC/CID      LONG:LAT    Sector:Beamwidth |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.

ATT_PJD_00000002

**MOBILITY**

2706559
04/16/2019

AT&T has queried for records from 06/11/2012 12:00:00am to 01/13/2016 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



Run Date: 05/20/2019
Run Time: 06:19:05
Voice Usage For: ▬-1731

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/14/12 | 16:17:56 | 0:11 | 0:00 | ▬1731 | ▬2727 | 3584270364440721 RIM CURVE 8520 | 310410514505584 | MO | [NIOR] |
| 2 | 06/14/12 | 16:22:25 | 0:03 | 0:00 | ▬2724 | ▬1731 | 3584270364440721 CURVE 8520 | 310410514505584 | MT | [NIOP] |
| 3 | 06/14/12 | 16:22:35 | 0:01 | 0:07 | ▬1731 ▬3276(D) | ▬3276 | 3584270364440721 RIM CURVE 8520 | 310410514505584 | MO | [NIOR:VM] |
| 4 | 06/14/12 | 16:22:58 | 0:00 | 0:00 | ▬1731 | ▬1731 | | 310410514505584 | MT | [VM] |
| 5 | 06/14/12 | 16:22:58 | 0:07 | 0:00 | ▬1731 | ▬1731 | 3584270364440721 RIM CURVE 8520 | 310410514505584 | MO | [NIOR:VM] |
| 6 | 06/14/12 | 16:23:23 | 0:03 | 0:00 | ▬1731 | ▬1731 | 3584270364440721 CURVE 8520 | 310410514505584 | MO | [NIOR:VM] |
| 7 | 06/14/12 | 16:23:24 | 0:00 | 0:00 | ▬1731 | ▬1731 | | 310410514505584 | MT | [VM] |
| 8 | 06/14/12 | 16:25:07 | 0:01 | 1:46 | ▬1731 ▬3275(F) | ▬3275 | | 310410514505584 | MO | [CFB:VM] |
| 9 | 06/14/12 | 16:25:07 | 0:02 | 1:46 | ▬1731 ▬3275(F) | ▬1731 | | 310410514505584 | MT | [CFB:VM] |
| 10 | 06/14/12 | 16:25:07 | 0:02 | 1:46 | ▬1731 | ▬1731 | 3584270364440721 RIM CURVE 8520 | 310410514505584 | MO | [NIOR:VM] |
| 11 | 06/14/12 | 16:28:03 | 0:10 | 0:00 | ▬1731 | ▬4332 | 3584270364440721 RIM CURVE 8520 | 310410514505584 | MO | [NIOR] |
| 12 | 06/14/12 | 16:28:09 | 0:07 | 0:00 | ▬1731 | ▬4332 | | 310410514505584 | MT | [NIOP] |
| 13 | 06/14/12 | 17:45:47 | 0:24 | 0:00 | ▬1731 ▬1785(D) | ▬1785 | 3584270364440721 RIM CURVE 8520 | 310410514505584 | MO | [NIOR] |
| 14 | 06/14/12 | 17:47:58 | 0:06 | 0:00 | ▬1731 ▬8717(D) | ▬8717 | 3584270364440721 RIM CURVE 8520 | 310410514505584 | MO | [NIOR:CBOOP] |
| 15 | 06/14/12 | 17:48:15 | 0:05 | 0:00 | ▬1731 ▬0049(D) | ▬0049 | 3584270364440721 RIM CURVE 8520 | 310410514505584 | MO | [NIOR:CBOOP] |
| 16 | 06/14/12 | 17:48:49 | 0:10 | 0:00 | ▬1731 | ▬2727 | 3584270364440721 RIM CURVE 8520 | 310410514505584 | MO | [NIOR] |
| 17 | 06/14/12 | 17:49:07 | 0:18 | 0:00 | ▬1731 ▬0049(D) | ▬0049 | 3584270364440721 RIM CURVE 8520 | 310410514505584 | MO | [NIOR:CBOOP] |

AT&T Proprietary

MF      The information contained here is for use by authorized persons only and is not for general distribution.

ATT_PJD_00000018

MOBILITY

2706559
04/16/2019

AT&T has queried for records from 06/11/2012 12:00:00am to 01/13/2016 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



Run Date:        05/20/2019
Run Time:        06:19:05
Voice Usage For:  ████-1731

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 06/14/12 | 17:50:09 | 0:23 | 0:15 | 1731 ████1785(D) | 1785 | 3584270364440721 RIM CURVE 8520 | 310410514505584 | MO | [NIOR] |
| 19 | 06/14/12 | 17:59:53 | 0:14 | 1:22 | 1731 ████1785(D) | 1785 | 3584270364440721 RIM CURVE 8520 | 310410514505584 | MO | [NIOR] |
| 20 | 06/16/12 | 23:23:24 | 0:04 | 0:02 | 1731 | 2727 | 0124220028996615 APPLE IPHONE4 | 310410514505584 | MO | [NIOR] |
| 21 | 06/23/12 | 21:40:31 | 0:10 | 0:01 | 1731 | 0077 | 3543180402675523 NOKIA C3-00 | 310410451496991 | MO | [NIOR] |
| 22 | 06/23/12 | 22:13:52 | 0:00 | 0:00 | 8038 | 2491 | | | MT | [] |
| 23 | 06/28/12 | 18:16:43 | 0:09 | 0:00 | 1731 | 0077 | 0116840058149861 NOKIA 2610 ATT | 310410451496991 | MO | [NIOR] |
| 24 | 06/28/12 | 18:17:18 | 0:00 | 0:00 | 0077 | 2276 | | 310410451496991 | MT | [] |
| 25 | 06/28/12 | 18:17:55 | 0:07 | 0:00 | 0077 ████9275(F) | 1731 | 0116840058149861 NOKIA 2610 ATT | 310410451496991 | MT | [NIOP:CFB:VM] |
| 26 | 06/28/12 | 18:18:08 | 0:00 | 0:00 | 1731 | -1 | | 310410451496991 | MO | [] |
| 27 | 06/28/12 | 18:25:47 | 0:06 | 0:00 | 2724 ████9275(F) | 1731 | 0116840058149861 NOKIA 2610 ATT | 310410451496991 | MT | [NIOP:CFB:VM] |
| 28 | 06/28/12 | 18:25:58 | 0:00 | 0:00 | 1731 | | | 310410451496991 | MO | [] |
| 29 | 06/28/12 | 18:27:33 | 0:10 | 0:00 | 2724 ████9275(F) | 1731 | 0116840058149861 NOKIA 2610 ATT | 310410451496991 | MT | [NIOP:CFB:VM] |
| 30 | 06/28/12 | 18:27:50 | 0:00 | 0:00 | 1731 | | | 310410451496991 | MO | [] |
| 31 | 06/28/12 | 18:29:38 | 0:10 | 0:00 | 1731 | 0077 | 0116840058149861 NOKIA 2610 ATT | 310410451496991 | MO | [NIOR] |
| 32 | 06/28/12 | 18:30:08 | 0:07 | 0:00 | 0077 ████9275(F) | 1731 | 0116840058149861 NOKIA 2610 ATT | 310410451496991 | MT | [NIOP:CFB:VM] |
| 33 | 06/28/12 | 18:30:20 | 0:00 | 0:00 | 1731 | | | 310410451496991 | MO | [] |
| 34 | 06/28/12 | 19:33:02 | 0:14 | 0:00 | 7880 | 1731 | 0116840058149861 NOKIA 2610 ATT | 310410451496991 | MT | [NIOP] |
| 35 | 06/28/12 | 21:12:19 | 0:12 | 1:51 | 1731 | 0077 | 0116840058149861 NOKIA 2610 ATT | 310410451496991 | MO | [NIOR] |

AT&T Proprietary

MF

The information contained here is for use by authorized persons only and is not for general distribution.

ATT_PJD_00000019

**MOBILITY**



2706559
04/16/2019

AT&T has queried for records from 06/11/2012 12:00:00am to 01/13/2016 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 05/20/2019
Run Time: 06:19:06
Voice Usage For: ███████-1731

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 256 | 07/28/12 | 17:38:09 | 0:10 | 1:49 | ███1731 | ███6611 | 0116840058149861 NOKIA 2610 ATT | 310410451496991 | MO | [NIOR] |
| 257 | 07/28/12 | 23:14:12 | 0:23 | 0:00 | ███1731 | ███9777 | | | MT | [NIOP] |
| 258 | 07/28/12 | 23:14:33 | 0:01 | 0:11 | ███1731 | ███9777 | | | ST | [OOR] |
| 259 | 07/28/12 | 23:14:33 | 0:25 | 0:11 | ███1731 | ███9777 | 0116840058149861 NOKIA 2610 ATT | 310410451496991 | MO | [NIOR] |
| 260 | 07/28/12 | 23:16:30 | 0:11 | 0:23 | ███9777 | ███1731 | 0116840058149861 NOKIA 2610 ATT | 310410451496991 | MT | [NIOP] |
| 261 | 07/28/12 | 23:16:33 | 0:18 | 0:22 | ███9777 | ███1731 | | | MO | [] |
| 262 | 07/29/12 | 13:23:00 | 0:21 | 0:00 | ███6746 ███3275 (F) | ███1731 | 0116840058149861 NOKIA 2610 ATT | 310410451496991 | MT | [NIOP:CFNA:VM] |
| 263 | 07/29/12 | 13:23:27 | 0:00 | 0:00 | ███1731 | | | 310410451496991 | MO | [] |
| 264 | 07/29/12 | 15:50:57 | 0:21 | 0:00 | ███6746 ███3275 (F) | ███1731 | 0116840058149861 NOKIA 2610 ATT | 310410451496991 | MT | [NIOP:CFNA:VM] |
| 265 | 07/29/12 | 15:51:21 | 0:00 | 0:00 | ███1731 | | | 310410451496991 | MO | [] |
| 266 | 07/30/12 | 21:33:50 | 0:20 | 0:00 | ███1214 ███3275 (F) | ███1731 | 0116840058149861 NOKIA 2610 ATT | 310410451496991 | MT | [NIOP:CFNA:VM] |
| 267 | 07/30/12 | 21:34:13 | 0:01 | 0:48 | ███1214 ███3275 (F) | ███1731 | | 310410451496991 | MT | [CFNA:VM] |
| 268 | 07/30/12 | 21:34:13 | 0:01 | 0:48 | ███1731 ███1214 (OO) | ███3275 | | 310410451496991 | MT | [CFNA:VM] |
| 269 | 07/30/12 | 21:34:13 | 0:27 | 0:48 | ███1214 ███3275 (F) | ███1731 | | | MO | [VM] |
| 270 | 07/30/12 | 21:34:17 | 0:00 | 0:00 | ███1731 | | | 310410451496991 | MO | [] |
| 271 | 07/30/12 | 21:45:33 | 0:00 | 0:00 | ███1214 | ███1731 | | | MO | [] |
| 272 | 07/30/12 | 21:45:34 | 0:00 | 0:00 | ███1214 | ███2257 | | | MT | [] |
| 273 | 08/01/12 | 14:24:12 | 0:05 | 0:04 | ███1731 | ███2727 | 3557090322075078 | 310410451496991 | MO | [NIOR] |
| 274 | 01/25/13 | 22:45:07 | 0:04 | 0:03 | ███1731 | ███5406 | | | MT | [NIOP] |
| 275 | 01/25/13 | 22:45:08 | 0:10 | 0:01 | ███1731 | ███5406 | 8634960148921937 HUAWEI U8665 | 310410499734431 | MO | [] |
| 276 | 01/26/13 | 01:47:21 | 0:10 | 0:05 | ███1731 | ███2639 | | | MT | [NIOP] |
| 277 | 01/26/13 | 01:47:21 | 0:13 | 0:05 | ███1731 | ███2639 | 8634960148921937 HUAWEI U8665 | 310410499734431 | MO | [NIOR] |

---

AT&T Proprietary

MF          The information contained here is for use by authorized persons only and is not
for general distribution.

ATT_PJD_00000032

**MOBILITY**

2706559
04/16/2019

AT&T has queried for records from 06/11/2012 12:00:00am to 01/13/2016 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



| Run Date: | 05/20/2019 |
| Run Time: | 06:19:12 |
| SMS Usage For: | ████1731 |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | Feature |
|---|---|---|---|---|---|---|---|---|
| 51 | 06/23/12 | 21:39:44 | ████2609 | ██1731 | 3543180402675523 NOKIA C3-00 | 310410451496991 | SMST | |
| 52 | 06/23/12 | 21:40:00 | ████2609 | ██1731 | 3543180402675523 NOKIA C3-00 | 310410451496991 | SMST | |
| 53 | 06/23/12 | 21:40:04 | ████2609 | ██1731 | 3543180402675523 NOKIA C3-00 | 310410451496991 | SMST | |
| 54 | 06/23/12 | 21:42:06 | | █1731 | | 310410451496991 | SMST | |
| 55 | 06/23/12 | 21:43:32 | | █1731 | | 310410451496991 | SMST | |
| 56 | 06/23/12 | 21:44:56 | | █1731 | | 310410451496991 | SMST | |
| 57 | 06/23/12 | 21:50:21 | | █1731 | | 310410451496991 | SMST | |
| 58 | 06/23/12 | 21:55:49 | | █1731 | | 310410451496991 | SMST | |
| 59 | 06/23/12 | 22:01:11 | | █1731 | | 310410451496991 | SMST | |
| 60 | 06/23/12 | 22:06:35 | | █1731 | | 310410451496991 | SMST | |
| 61 | 06/23/12 | 22:22:01 | | █1731 | | 310410451496991 | SMST | |
| 62 | 06/23/12 | 22:37:29 | | █1731 | | 310410451496991 | SMST | |
| 63 | 06/23/12 | 22:52:53 | | █1731 | | 310410451496991 | SMST | |
| 64 | 06/23/12 | 23:08:15 | | █1731 | | 310410451496991 | SMST | |
| 65 | 06/24/12 | 00:08:41 | | █1731 | | 310410451496991 | SMST | |
| 66 | 06/24/12 | 01:09:06 | | █1731 | | 310410451496991 | SMST | |
| 67 | 06/24/12 | 02:09:32 | | █1731 | | 310410451496991 | SMST | |
| 68 | 06/24/12 | 03:09:59 | | █1731 | | 310410451496991 | SMST | |
| 69 | 06/24/12 | 04:10:23 | | █1731 | | 310410451496991 | SMST | |
| 70 | 06/24/12 | 05:10:49 | | █1731 | | 310410451496991 | SMST | |
| 71 | 06/24/12 | 06:11:14 | | █1731 | | 310410451496991 | SMST | |
| 72 | 06/24/12 | 07:11:42 | | █1731 | | 310410451496991 | SMST | |
| 73 | 06/24/12 | 08:12:06 | | █1731 | | 310410451496991 | SMST | |
| 74 | 06/24/12 | 09:12:34 | | █1731 | | 310410451496991 | SMST | |
| 75 | 06/24/12 | 09:41:43 | | █1731 | | 310410451496991 | SMST | |
| 76 | 06/25/12 | 22:56:25 | | █1731 | | 310410451496991 | SMST | |
| 77 | 06/25/12 | 23:11:25 | | █1731 | | 310410451496991 | SMST | |
| 78 | 06/25/12 | 23:41:23 | | █1731 | | 310410451496991 | SMST | |
| 79 | 06/26/12 | 00:41:26 | | █1731 | | 310410451496991 | SMST | |
| 80 | 06/26/12 | 01:41:24 | | █1731 | | 310410451496991 | SMST | |
| 81 | 06/26/12 | 03:41:27 | | █1731 | | 310410451496991 | SMST | |
| 82 | 06/26/12 | 05:41:31 | | █1731 | | 310410451496991 | SMST | |

AT&T Proprietary

MF

The information contained here is for use by authorized persons only and is not for general distribution.

Page 3

ATT_PJD_00000115

**MOBILITY**



2706559
04/16/2019

AT&T has queried for records from 03/04/2012 12:00:00am to 04/08/2019 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        05/20/2019
Run Time:        06:21:30
Voice Usage For: �&blk;2526

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03/04/12 | 14:09:15 | 0:22 | 0:00 | ▉2747 | ▉2526 | 3573600300845328 RIM BOLD 9700 | 310410223350608 | MT | [NIOP] |
| 2 | 03/04/12 | 15:50:46 | 0:13 | 0:22 | ▉2526 | ▉6689 | 3573600300845328 RIM BOLD 9700 | 310410223350608 | MO | [] |
| 3 | 03/04/12 | 15:50:46 | 0:09 | 0:22 | ▉2526 | ▉6689 | | | MT | [NIOP] |
| 4 | 03/04/12 | 15:51:23 | 0:21 | 0:00 | ▉2526 0432(F) | ▉2639 | | | MT | [NIOP:CFNA:VM] |
| 5 | 03/04/12 | 15:51:45 | 0:24 | 0:04 | ▉2526 0432(F) | ▉2639 | | | MT | [CFNA:VM] |
| 6 | 03/04/12 | 15:51:45 | 0:26 | 0:03 | ▉2526 | ▉2639 | 3573600300845328 RIM BOLD 9700 | 310410223350608 | MO | [] |
| 7 | 03/04/12 | 15:52:02 | 0:22 | 0:00 | ▉2526 | ▉3109 | | | MT | [NIOP] |
| 8 | 03/04/12 | 15:52:24 | 0:00 | 0:04 | ▉3109 2526(OO) | ▉3091 | | | MO | [CFNA:VM] |
| 9 | 03/04/12 | 15:52:24 | 0:00 | 0:04 | ▉2526 3091(F) | ▉3109 | | | MT | [CFNA:VM] |
| 10 | 03/04/12 | 15:52:24 | 0:26 | 0:04 | ▉2526 | ▉3109 | 3573600300845328 RIM BOLD 9700 | 310410223350608 | MO | [] |
| 11 | 03/04/12 | 15:53:35 | 0:23 | 2:29 | ▉2526 | ▉2218 | 3573600300845328 RIM BOLD 9700 | 310410223350608 | MO | [] |
| 12 | 03/04/12 | 15:56:12 | 0:05 | 0:28 | ▉4115 | ▉2526 | 3573600300845328 RIM BOLD 9700 | 310410223350608 | MT | [NIOP] |
| 13 | 03/04/12 | 16:19:49 | 0:22 | 0:00 | ▉3109 | ▉2526 | 3573600300845328 RIM BOLD 9700 | 310410223350608 | MT | [NIOP] |
| 14 | 03/04/12 | 16:20:12 | 0:27 | 0:31 | ▉3109 | ▉2526 | | | MO | [] |
| 15 | 03/04/12 | 16:26:47 | 0:22 | 0:00 | ▉2526 | ▉3109 | | | MT | [NIOP] |
| 16 | 03/04/12 | 16:27:10 | 0:01 | 0:13 | ▉3109 2526(OO) | ▉3091 | | | MO | [CFNA:VM] |
| 17 | 03/04/12 | 16:27:10 | 0:01 | 0:13 | ▉2526 3091(F) | ▉3109 | | | MT | [CFNA:VM] |
| 18 | 03/04/12 | 16:27:10 | 0:27 | 0:12 | ▉2526 | ▉3109 | 3573600300845328 RIM BOLD 9700 | 310410223350608 | MO | [] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

MF                                                                                                    Page 1

ATT_PJD_00000406

MOBILITY

2706559
04/16/2019



AT&T has queried for records from 03/04/2012 12:00:00am to 04/08/2019 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:       05/20/2019
Run Time:       06:21:33
Voice Usage For: ▇▇▇-2526

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| 968 | 03/17/12 | 15:23:30 | 0:01 | 0:03 | 2526 5689 (OO) | 3595 | | 310410223350608 | MO | [CFNR:VM] |
| 969 | 03/17/12 | 15:23:30 | 0:22 | 0:03 | 5689 3595 (F) | 2526 | | | MO | [VM] |
| 970 | 03/17/12 | 16:09:56 | 0:01 | 0:05 | 5689 3595 (F) | 2526 | | 310410223350608 | MT | [CFNR:VM] |
| 971 | 03/17/12 | 16:09:56 | 0:01 | 0:05 | 2526 5689 (OO) | 3595 | | 310410223350608 | MO | [CFNR:VM] |
| 972 | 03/17/12 | 16:09:56 | 0:23 | 0:05 | 5689 3595 (F) | 2526 | | | MO | [VM] |
| 973 | 03/17/12 | 16:24:29 | 0:01 | 0:04 | 5689 3595 (F) | 2526 | | 310410223350608 | MT | [CFNR:VM] |
| 974 | 03/17/12 | 16:24:29 | 0:01 | 0:04 | 2526 5689 (OO) | 3595 | | 310410223350608 | MO | [CFNR:VM] |
| 975 | 03/17/12 | 16:24:29 | 0:24 | 0:04 | 5689 3595 (F) | 2526 | | | MO | [VM] |
| 976 | 03/17/12 | 18:48:03 | 0:00 | 0:00 | 5376 | 2526 | | -1 | MT | [CBIOP] |
| 977 | 03/17/12 | 18:48:30 | 0:09 | 0:00 | 5376 2526 (D) | 2526 | | | MO | [NIOR] |
| 978 | 03/17/12 | 19:36:19 | 0:00 | 0:00 | 7580 | 2526 | | -1 | MT | [CBIOP] |
| 979 | 03/17/12 | 19:38:40 | 0:00 | 0:00 | 7580 | 2526 | | -1 | MT | [CBIOP] |
| 980 | 03/17/12 | 19:42:43 | 0:00 | 0:00 | 7580 | 2526 | | -1 | MT | [CBIOP] |
| 981 | 03/17/12 | 20:07:51 | 0:00 | 0:00 | 7580 | 2526 | | -1 | MT | [CBIOP] |
| 982 | 03/17/12 | 20:08:03 | 0:00 | 0:00 | 7580 | 2526 | | -1 | MT | [CBIOP] |
| 983 | 03/17/12 | 20:22:50 | 0:01 | 0:00 | 7580 | 2526 | | -1 | MT | [CBIOP] |
| 984 | 03/17/12 | 20:23:45 | 0:00 | 0:00 | 2044 | 2526 | | -1 | MT | [CBIOP] |
| 985 | 03/17/12 | 21:36:17 | 0:12 | 0:10 | 2727 | 2526 | 3579660415957614 RIM 9900 | 310410223350608 | MT | [NIOP] |
| 986 | 03/17/12 | 21:55:41 | 0:01 | 0:04 | 5689 2526 (OO) | 0230 | | | MO | [CFNA] |
| 987 | 03/17/12 | 21:55:41 | 0:22 | 0:04 | 2526 0230 (F) | 6689 | | | MT | [NIOP:CFNA] |
| 988 | 03/17/12 | 21:55:41 | 0:25 | 0:04 | 2526 0230 (F) | 6689 | 3579660415957614 RIM 9900 | 310410223350608 | MO | [] |
| 989 | 03/17/12 | 22:16:23 | 0:13 | 6:42 | 0547 | 2526 | 3579660415957614 RIM 9900 | 310410223350608 | MT | [NIOP] |

---

AT&T Proprietary

MF          The information contained here is for use by authorized persons only and is not
                              for general distribution.

Page 53

ATT_PJD_00000458

**MOBILITY**

2706559
04/16/2019



AT&T has queried for records from 03/04/2012 12:00:00am to 04/08/2019 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        05/20/2019
Run Time:        06:23:27
Voice Usage For:  ████ 2526

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| 31610 | 10/18/13 | 15:46:22 | 0:07 | 0:00 | 9459 | 2526 | | | MO | [] |
| 31611 | 10/18/13 | 16:29:27 | 0:08 | 0:00 | 9459 | 2526 | | | MO | [] |
| 31612 | 10/18/13 | 17:28:39 | 0:06 | 0:08 | 0977 | 2526 | 0134320029803204 APPLE IPHONE5 | 310410546165985 | MT | [NIOP] |
| 31613 | 10/18/13 | 17:28:39 | 0:08 | 0:08 | 0977 | 2526 | | | MO | [] |
| 31614 | 10/18/13 | 19:06:11 | 0:10 | 3:17 | 0139 | 2526 | 0134320029803204 APPLE IPHONE5 | 310410546165985 | MT | [NIOP] |
| 31615 | 10/18/13 | 19:17:01 | 0:06 | 0:37 | 2526 | 0139 | 0134320029803204 APPLE IPHONE5 | 310410546165985 | MO | [] |
| 31616 | 10/18/13 | 19:22:49 | 0:07 | 0:32 | 0600 | 2526 | 0134320029803204 APPLE IPHONE5 | 310410546165985 | MT | [NIOP] |
| 31617 | 10/18/13 | 19:32:24 | 0:08 | 0:31 | 2526 | 0600 | 0134320029803204 APPLE IPHONE5 | 310410546165985 | MO | [] |
| 31618 | 10/18/13 | 20:42:21 | 0:22 | 0:00 | 9459 | 2526 | 0134320029803204 APPLE IPHONE5 | 310410546165985 | MT | [NIOP] |
| 31619 | 10/18/13 | 20:42:44 | 0:01 | 0:41 | 9459 3595 (F) | 2526 | | 310410546165985 | MT | [CFNA:VM] |
| 31620 | 10/18/13 | 20:42:44 | 0:01 | 0:41 | 2526 9459 (OO) | 3595 | | 310410546165985 | MO | [CFNA:VM] |
| 31621 | 10/18/13 | 20:42:44 | 0:29 | 0:41 | 9459 3595 (F) | 2526 | | | MO | [VM] |
| 31622 | 10/18/13 | 22:43:30 | 0:21 | 0:00 | 0240 | 2526 | 0134320029803204 APPLE IPHONE5 | 310410546165985 | MT | [NIOP] |
| 31623 | 10/19/13 | 21:45:57 | 0:22 | 0:00 | 9459 | 2526 | 0134320029803204 APPLE IPHONE5 | 310410546165985 | MT | [NIOP] |
| 31624 | 10/19/13 | 21:46:20 | 0:01 | 0:07 | 9459 3595 (F) | 2526 | | 310410546165985 | MT | [CFNA:VM] |
| 31625 | 10/19/13 | 21:46:20 | 0:01 | 0:07 | 2526 9459 (OO) | 3595 | | 310410546165985 | MO | [CFNA:VM] |
| 31626 | 10/19/13 | 21:46:20 | 0:29 | 0:07 | 9459 3595 (F) | 2526 | | | MO | [VM] |
| 31627 | 10/19/13 | 23:37:20 | 0:22 | 0:00 | 9459 | 2526 | 0134320029803204 APPLE IPHONE5 | 310410546165985 | MT | [NIOP] |

AT&T Proprietary

MF

The information contained here is for use by authorized persons only and is not for general distribution.

Page 1805



**MOBILITY**

2706559
04/16/2019

AT&T has queried for records from 03/04/2012 12:00:00am to 04/08/2019 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        05/20/2019
Run Time:        06:23:42
Voice Usage For:         2526

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 35259 | 05/27/14 | 22:36:23 | 0:09 | 0:13 | 2526 | 9959 | 3534110640722502 SAMSUNG SM-G900A | 310410703757508 | MO | [] |
| 35260 | 05/27/14 | 22:40:02 | 0:33 | 0:18 | 2526 | 2218 | 3534110640722502 SAMSUNG SM-G900A | 310410703757508 | MO | [] |
| 35261 | 05/27/14 | 22:51:01 | 0:10 | 6:51 | 2526 | 6158 |  |  | MT | [NIOP] |
| 35262 | 05/27/14 | 22:51:01 | 0:16 | 6:51 | 2526 | 6158 | 3534110640722502 SAMSUNG SM-G900A | 310410703757508 | MO | [] |
| 35263 | 05/27/14 | 23:01:10 | 0:17 | 30:51 | 2526 | 8323 | 3534110640722502 SAMSUNG SM-G900A | 310410703757508 | MO | [] |
| 35264 | 05/28/14 | 00:06:13 | 0:11 | 0:00 | 2218 | 2526 | 3534110640722502 SAMSUNG SM-G900A | 310410703757508 | MT | [NIOP] |
| 35265 | 05/28/14 | 00:07:45 | 0:28 | 9:31 | 2526 | 2218 | 3534110640722502 SAMSUNG SM-G900A | 310410703757508 | MO | [] |
| 35266 | 05/28/14 | 00:22:57 | 0:22 | 34:40 | 2526 | 2218 | 3534110640722502 SAMSUNG SM-G900A | 310410703757508 | MO | [] |
| 35267 | 05/28/14 | 01:01:05 | 0:03 | 13:12 | 2526 | 8460 | 3534110640722502 SAMSUNG SM-G900A | 310410703757508 | MO | [] |
| 35268 | 05/28/14 | 01:14:36 | 0:02 | 0:08 | 2526 | 3747 | 3534110640722502 SAMSUNG SM-G900A | 310410703757508 | MO | [VM] |
| 35269 | 05/28/14 | 01:15:12 | 0:21 | 0:00 | 2526 | 5689 |  |  | MT | [NIOP] |
| 35270 | 05/28/14 | 01:15:35 | 0:02 | 0:58 | 5689 2526(OO) | 0230 |  |  | MO | [CFNA:VM] |
| 35271 | 05/28/14 | 01:15:35 | 0:02 | 0:58 | 2526 0230(F) | 5689 |  |  | MT | [CFNA:VM] |
| 35272 | 05/28/14 | 01:15:35 | 0:30 | 0:58 | 2526 0230(F) | 5689 | 3534110640722502 SAMSUNG SM-G900A | 310410703757508 | MO | [VM] |
| 35273 | 05/28/14 | 01:17:14 | 0:08 | 0:27 | 2526 | 9020 | 3534110640722502 SAMSUNG SM-G900A | 310410703757508 | MO | [] |
| 35274 | 05/28/14 | 01:18:35 | 0:12 | 3:52 | 5689 | 2526 |  |  | MO | [] |
| 35275 | 05/28/14 | 01:18:35 | 0:08 | 3:52 | 5689 | 2526 | 3534110640722502 SAMSUNG SM-G900A | 310410703757508 | MT | [NIOP] |

AT&T Proprietary

MF

The information contained here is for use by authorized persons only and is not for general distribution.

Page
2021

ATT_PJD_00002426



**MOBILITY**

2706559
04/16/2019

AT&T has queried for records from 03/04/2012 12:00:00am to 04/08/2019 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        05/20/2019
Run Time:        06:23:50
Voice Usage For: 2526

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 37542 | 09/05/14 | 22:00:17 | 0:32 | 0:18 | 2526 | 6689 | 3534110660477602 SAMSUNG SM-G900A | 310410703757588 | MO | [] |
| 37543 | 09/05/14 | 22:00:17 | 0:07 | 0:18 | 2526 | 6689 | | | MT | [NIOP] |
| 37544 | 09/05/14 | 22:06:44 | 0:06 | 5:33 | 2526 | 9020 | 3534110660477602 SAMSUNG SM-G900A | 310410703757588 | MO | [] |
| 37545 | 09/06/14 | 00:40:04 | 0:01 | 0:03 | 6689 3595 (F) | 2526 | | 310410703757588 | MT | [CFNR:VM] |
| 37546 | 09/06/14 | 00:40:04 | 0:01 | 0:03 | 2526 6689 (OO) | 3595 | | 310410703757588 | MO | [CFNR:VM] |
| 37547 | 09/06/14 | 00:40:04 | 0:03 | 0:03 | 6689 3595 (F) | 2526 | | | MO | [VM] |
| 37548 | 09/06/14 | 01:59:06 | 0:01 | 0:07 | 2526 4735 (OO) | 3595 | | 310410703757588 | MO | [CFNR:VM] |
| 37549 | 09/06/14 | 01:59:06 | 0:01 | 0:07 | 4735 3595 (F) | 2526 | | 310410703757588 | MT | [CFNR:VM] |
| 37550 | 09/06/14 | 01:59:06 | 0:03 | 0:07 | 4735 3595 (F) | 2526 | | | MO | [VM] |
| 37551 | 09/06/14 | 22:22:16 | 0:02 | 0:02 | 6689 3595 (F) | 2526 | | 310410703757588 | MT | [CFNR:VM] |
| 37552 | 09/06/14 | 22:22:16 | 0:02 | 0:02 | 2526 6689 (OO) | 3595 | | 310410703757588 | MO | [CFNR:VM] |
| 37553 | 09/06/14 | 22:22:16 | 0:03 | 0:02 | 6689 3595 (F) | 2526 | | | MO | [VM] |
| 37554 | 09/08/14 | 14:41:30 | 0:09 | 0:06 | 2727 | 2526 | 3533130501810004 HTC PM33100 | 310410717697139 | MT | [NIOP] |
| 37555 | 09/08/14 | 14:44:49 | 0:02 | 1:29 | 2526 | 3747 | 3533130501810004 HTC PM33100 | 310410717697139 | MO | [VM] |
| 37556 | 09/08/14 | 15:05:12 | 0:22 | 0:00 | 0547 | 2526 | 3533130501810004 HTC PM33100 | 310410717697139 | MT | [NIOP] |
| 37557 | 09/08/14 | 15:06:18 | 0:11 | 3:36 | 2526 | 0547 | 3533130501810004 HTC PM33100 | 310410717697139 | MO | [] |
| 37558 | 09/08/14 | 15:22:59 | 0:22 | 0:00 | 1467 | 2526 | 3533130501810004 HTC PM33100 | 310410717697139 | MT | [NIOP] |
| 37559 | 09/08/14 | 15:26:33 | 0:13 | 0:09 | 1467 | 2526 | 3533130501810004 HTC PM33100 | 310410717697139 | MT | [NIOP] |

**AT&T Proprietary**

MF

The information contained here is for use by authorized persons only and is not for general distribution.

ATT_PJD_00002557

MOBILITY

2706559
04/16/2019

AT&T has queried for records from 03/04/2012 12:00:00am to 04/08/2019 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



| Run Date: | 05/20/2019 |
| Run Time: | 06:23:50 |
| Voice Usage For: | ███████-2526 |

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|------------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| 37608 | 09/10/14 | 02:57:12 | 0:01 | 0:04 | 2526 6689 (OO) | 3595 | | 310410717697139 | MO | [CFNR:VM] |
| 37609 | 09/10/14 | 02:57:12 | 0:02 | 0:04 | 6689 3595 (F) | 2526 | | | MO | [VM] |
| 37610 | 09/12/14 | 16:11:31 | 0:01 | 0:04 | 6689 3595 (F) | 2526 | | 310410717697139 | MT | [CFNR:VM] |
| 37611 | 09/12/14 | 16:11:31 | 0:01 | 0:04 | 2526 6689 (OO) | 3595 | | 310410717697139 | MO | [CFNR:VM] |
| 37612 | 09/12/14 | 16:11:31 | 0:03 | 0:04 | 6689 3595 (F) | 2526 | | | MO | [VM] |
| 37613 | 09/12/14 | 16:52:08 | 0:03 | 0:06 | 0109 | 2526 | | | MO | [] |
| 37614 | 09/14/14 | 01:33:36 | 0:04 | 17:18 | 2526 | 6200 | 3534110693207303 SAMSUNG SM-G900A | 310410728652976 | MO | [] |
| 37615 | 09/14/14 | 01:51:18 | 0:01 | 0:01 | 2526 | 3747 | 3534110693207303 SAMSUNG SM-G900A | 310410728652976 | MO | [VM] |
| 37616 | 09/14/14 | 02:07:22 | 0:04 | 21:57 | 2526 | 3932 | 3534110693207303 SAMSUNG SM-G900A | 310410728652976 | MO | [] |
| 37617 | 09/14/14 | 03:17:44 | 0:11 | 3:56 | 8339 | 2526 | 3534110693207303 SAMSUNG SM-G900A | 310410728652976 | MT | [NIOP] |
| 37618 | 09/14/14 | 03:56:52 | 0:10 | 6:49 | 7888 | 2526 | 3534110693207303 SAMSUNG SM-G900A | 310410728652976 | MT | [NIOP] |
| 37619 | 09/14/14 | 03:56:52 | 0:14 | 6:49 | 7888 | 2526 | | | MO | [NIOR] |
| 37620 | 09/14/14 | 14:45:30 | 0:14 | 3:06 | 2526 | 1405 | 3534110693207303 SAMSUNG SM-G900A | 310410728652976 | MO | [] |
| 37621 | 09/14/14 | 14:50:14 | 0:13 | 8:43 | 2526 | 9339 | 3534110693207303 SAMSUNG SM-G900A | 310410728652976 | MO | [] |
| 37622 | 09/14/14 | 14:57:34 | 0:21 | 0:00 | 7888 | 2526 | 3534110693207303 SAMSUNG SM-G900A | 310410728652976 | MT | [NIOP:CMW] |
| 37623 | 09/14/14 | 14:57:56 | 0:24 | 0:08 | 7888 | 2526 | | | MO | [NIOR] |
| 37624 | 09/14/14 | 14:59:54 | 0:22 | 8:23 | 2526 | 7888 | 3534110693207303 SAMSUNG SM-G900A | 310410728652976 | MO | [] |
| 37625 | 09/14/14 | 14:59:54 | 0:02 | 8:23 | 2526 | 7888 | | | MT | [NIOP] |

AT&T Proprietary

MF

The information contained here is for use by authorized persons only and is not for general distribution.

Page 2156

ATT_PJD_00002561

**MOBILITY**

2706559
04/16/2019

AT&T has queried for records from 03/04/2012 12:00:00am to 04/08/2019 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



Run Date:        05/20/2019
Run Time:        06:24:42
Voice Usage For: ▮▮▮▮▮2526

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| 51332 | 01/10/16 | 17:18:03 | 0:11 | 2:30 | 2526 | 6689 | 3534110693207320 SAMSUNG SM-G900A | 310410728652976 | MO | [VCORR] |
| 51333 | 01/10/16 | 17:18:03 | 0:09 | 2:29 | 2526 | 6689 | | | MT | [NIOP] |
| 51334 | 01/10/16 | 18:56:48 | 0:05 | 0:20 | 2526 | 6689 | | | MT | [NIOP] |
| 51335 | 01/10/16 | 18:56:48 | 0:08 | 0:20 | 2526 | 6689 | 3534110693207320 SAMSUNG SM-G900A | 310410728652976 | MO | [VCORR] |
| 51336 | 01/10/16 | 19:46:23 | 0:22 | 0:00 | 2526 | 6689 | | | MT | [NIOP] |
| 51337 | 01/10/16 | 19:46:46 | 0:01 | 0:11 | 2526(OO) | 0230 | | | MO | [CFNA:VM] |
| 51338 | 01/10/16 | 19:46:46 | 0:01 | 0:11 | 2526 0230(F) | 6689 | | | MT | [CFNA:VM] |
| 51339 | 01/10/16 | 19:46:46 | 0:27 | 0:11 | 2526 | 6689 | 3534110693207320 SAMSUNG SM-G900A | 310410728652976 | MO | [VCORR] |
| 51340 | 01/10/16 | 19:53:27 | 0:13 | 1:10 | 5392 | 2526 | 3534110693207320 SAMSUNG SM-G900A | 310410728652976 | MT | [NIOP:VCORR] |
| 51341 | 01/10/16 | 22:31:52 | 0:04 | 2:06 | 2526 | 1092 | 3534110693207 SAMSUNG SM-G900A | 310410728652976 | MO | [10251024] |
| 51342 | 01/10/16 | 22:59:48 | 0:01 | 0:25 | 2526 | 3747 | 3549520700186004 APPLE IPHONE6SPLUS | 310410861684801 | MO | [VCORR:VM] |
| 51343 | 01/10/16 | 23:00:51 | 0:02 | 0:14 | 2526 | 3747 | 3549520700186004 APPLE IPHONE6SPLUS | 310410861684801 | MO | [VCORR:VM] |
| 51344 | 01/10/16 | 23:09:47 | 0:01 | 2:40 | 2526 | 3747 | 3549520700186004 APPLE IPHONE6SPLUS | 310410861684801 | MO | [VCORR:VM] |
| 51345 | 01/10/16 | 23:16:37 | 0:05 | 0:38 | 6689 | 2526 | 3549520700186004 APPLE IPHONE6SPLUS | 310410861684801 | MT | [NIOP:VCORR] |
| 51346 | 01/10/16 | 23:16:37 | 0:06 | 0:38 | 6689 | 2526 | | | MO | [] |
| 51347 | 01/11/16 | 16:32:36 | 0:06 | 0:00 | 0077 | 2526 | 35495207001860 APPLE IPHONE6SPLUS | 310410861684801 | MT | [NIOP] |
| 51348 | 01/11/16 | 16:32:37 | 0:07 | 0:06 | 0077 3595(F) | 2526 | 35495207001860 APPLE IPHONE6SPLUS | 310410861684801 | MT | [NIOP:CFB:VM] |

---

**AT&T Proprietary**

MF                    The information contained here is for use by authorized persons only and is not
for general distribution.

ATT_PJD_00003354



**MOBILITY**

2706559
04/16/2019

AT&T has queried for records from 03/04/2012 12:00:00am to 04/08/2019 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:       05/20/2019
Run Time:       06:25:33
Voice Usage For:  ███-2526

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 64534 | 10/25/16 | 23:33:26 | 0:01 | 0:00 | ███5400 | ███2526 | | 310410861684801 | MT | [NIOP] |
| 64535 | 10/25/16 | 23:33:27 | 0:02 | 0:16 | ███5400 3595(F) | ███2526 | | 310410861684801 | MT | [NIOP:CFNR:VM] |
| 64536 | 10/26/16 | 00:05:52 | 0:00 | 0:00 | ███6689 | ███2526 | | 310410861684801 | MT | [NIOP] |
| 64537 | 10/26/16 | 00:05:53 | 0:01 | 0:04 | ███6689 3595(F) | ███2526 | | 310410861684801 | MT | [NIOP:CFNR:VM] |
| 64538 | 10/26/16 | 00:05:53 | 0:05 | 0:04 | ███6689 | ███2526 | | | MO | [] |
| 64539 | 10/26/16 | 00:49:26 | 0:00 | 0:00 | ███8339 | ███2526 | | 310410861684801 | MT | [NIOP] |
| 64540 | 10/26/16 | 00:49:27 | 0:01 | 0:06 | ███8339 3595(F) | ███2526 | | 310410861684801 | MT | [NIOP:CFNR:VM] |
| 64541 | 10/26/16 | 16:19:25 | 0:00 | 0:00 | ███4219 | ███2526 | | 310410861684801 | MT | [NIOP] |
| 64542 | 10/26/16 | 16:19:27 | 0:02 | 0:56 | ███4219 3595(F) | ███2526 | | 310410861684801 | MT | [NIOP:CFNR:VM] |
| 64543 | 10/26/16 | 16:27:34 | 0:01 | 0:00 | ███3000 | ███2526 | | 310410861684801 | MT | [NIOP] |
| 64544 | 10/26/16 | 16:27:35 | 0:02 | 0:04 | ███3000 3595(F) | ███2526 | | 310410861684801 | MT | [NIOP:CFNR:VM] |
| 64545 | 10/26/16 | 17:17:56 | 0:00 | 0:00 | ███2639 | ███2526 | | 310410861684801 | MT | [NIOP] |
| 64546 | 10/26/16 | 17:17:57 | 0:01 | 0:03 | ███2639 3595(F) | ███2526 | | 310410861684801 | MT | [NIOP:CFNR:VM] |
| 64547 | 10/26/16 | 17:17:57 | 0:01 | 0:03 | ███2639 | ███2526 | | | MO | [VCORR] |
| 64548 | 10/26/16 | 17:52:44 | 0:00 | 0:00 | ███6689 | ███2526 | | 310410861684801 | MT | [NIOP] |
| 64549 | 10/26/16 | 17:52:45 | 0:01 | 0:03 | ███6689 3595(F) | ███2526 | | 310410861684801 | MT | [NIOP:CFNR:VM] |
| 64550 | 10/26/16 | 17:52:45 | 0:03 | 0:03 | ███6689 | ███2526 | | | MO | [] |
| 64551 | 10/26/16 | 19:14:05 | 0:01 | 0:00 | ███2639 | ███2526 | | 310410861684801 | MT | [NIOP] |
| 64552 | 10/26/16 | 19:14:06 | 0:02 | 0:06 | ███2639 3595(F) | ███2526 | | 310410861684801 | MT | [NIOP:CFNR:VM] |
| 64553 | 10/26/16 | 19:14:06 | 0:02 | 0:06 | ███2639 | ███2526 | | | MO | [VCORR] |
| 64554 | 10/26/16 | 19:14:15 | 0:00 | 0:00 | ███2639 | ███2526 | | 310410861684801 | MT | [NIOP] |
| 64555 | 10/26/16 | 19:14:16 | 0:01 | 0:40 | ███2639 3595(F) | ███2526 | | 310410861684801 | MT | [NIOP:CFNR:VM] |
| 64556 | 10/26/16 | 19:14:16 | 0:01 | 0:40 | ███2639 | ███2526 | | | MO | [VCORR] |
| 64557 | 10/26/16 | 21:21:02 | 0:10 | 0:45 | ███2793 | ███2526 | APPLE IPHONE7 | | ST | [NIOP] |
| 64558 | 10/26/16 | 21:21:02 | 0:19 | 0:45 | ███2793 | ███2526 | | | MO | [VCORR] |
| 64559 | 10/26/16 | 21:21:02 | 0:05 | 0:45 | ███2793 | ███2526 | 3591520731467103 APPLE IPHONE7 | 310410931732972 | MT | [NIOP] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

MF

ATT_PJD_00004127

**MOBILITY**

2706559
04/16/2019

AT&T has queried for records from 03/04/2012 12:00:00am to 04/08/2019 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



| Run Date: | 05/20/2019 |
|---|---|
| Run Time: | 06:25:50 |
| Voice Usage For: | ▓▓▓▓▓2526 |

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 69458 | 02/16/17 | 21:10:24 | 0:08 | 2:12 | 7899 | 2526 | 3533250708718012 APPLE IPHONE6SPLUS | 310410931732972 | MT | [NIOP:VCORR] |
| 69459 | 02/16/17 | 21:14:16 | 0:06 | 0:18 | 7899 | 2526 | 3533250708718012 APPLE IPHONE6SPLUS | 310410931732972 | MT | [NIOP:VCORR] |
| 69460 | 02/16/17 | 21:15:06 | 0:06 | 2:24 | 2526 | 8339 | 3533250708718012 APPLE IPHONE6SPLUS | 310410931732972 | MO | [VCORR] |
| 69461 | 02/16/17 | 21:18:09 | 0:05 | 0:00 | 2526 | 3111 | 3533250708718012 APPLE IPHONE6SPLUS | 310410931732972 | MO | [] |
| 69462 | 02/16/17 | 21:20:33 | 0:05 | 0:10 | 2526 | 7899 | 3533250708718012 APPLE IPHONE6SPLUS | 310410931732972 | MO | [VCORR] |
| 69463 | 02/16/17 | 21:21:04 | 0:03 | 1:46 | 2526 | 1705 | 3533250708718012 APPLE IPHONE6SPLUS | 310410931732972 | MO | [10251024:VCORR] |
| 69464 | 02/17/17 | 12:00:29 | 0:03 | 1:27 | 2526 | 6666 | 3553590808829307 APPLE IPHONE7PLUS | 310410950974159 | MO | [VCORR] |
| 69465 | 02/17/17 | 12:56:27 | 0:15 | 0:16 | 5936 | 2526 | 3553590808829307 APPLE IPHONE7PLUS | 310410950974159 | MT | [NIOP:VCORR] |
| 69466 | 02/17/17 | 13:11:19 | 0:13 | 0:50 | 5609 | 2526 | 3553590808829307 APPLE IPHONE7PLUS | 310410950974159 | MT | [NIOP:VCORR] |
| 69467 | 02/17/17 | 13:11:19 | 0:15 | 0:50 | 5609 | 2526 | | | MO | [] |
| 69468 | 02/17/17 | 14:25:25 | 0:01 | 0:35 | 9318 2526(OO) | 9980 | | | MO | [CFNA:VM] |
| 69469 | 02/17/17 | 14:25:25 | 0:22 | 0:35 | 2526 9980(F) | 9318 | | | MT | [NIOP:CFNA:VM] |
| 69470 | 02/17/17 | 14:25:26 | 0:26 | 0:33 | 2526 | 9318 | 3553590808829307 APPLE IPHONE7PLUS | 310410950974159 | MO | [VCORR] |
| 69471 | 02/17/17 | 14:30:14 | 0:03 | 6:14 | 2526 | 7888 | | | MT | [NIOP] |
| 69472 | 02/17/17 | 14:30:14 | 0:09 | 6:14 | 2526 | 7888 | 3553590808829307 APPLE IPHONE7PLUS | 310410950974159 | MO | [VCORR] |
| 69473 | 02/17/17 | 14:30:14 | 0:09 | 6:14 | 2526 | 7888 | | | ST | [NIOP] |
| 69474 | 02/17/17 | 14:38:43 | 0:28 | 0:41 | 2526 | 8339 | 3553590808829307 APPLE IPHONE7PLUS | 310410950974159 | MO | [VCORR] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

MF

ATT_PJD_00004408

**MOBILITY**



2706559
04/16/2019

AT&T has queried for records from 03/04/2012 12:00:00am to 04/08/2019 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:       05/20/2019
Run Time:       06:26:55
Voice Usage For:       2526

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 86751 | 06/06/18 | 00:00:54 | 0:03 | 0:14 | 1895 3595 (F) | 2526 | 3567720896292808 APPLE IPHONE8PLUS | 310410020658780 | MT | [NIOP:CFB:VM] |
| 86752 | 06/06/18 | 00:11:28 | 0:03 | 0:00 | 1895 | 2526 | 3567720896292808 APPLE IPHONE8PLUS | 310410020658780 | MT | [NIOP] |
| 86753 | 06/06/18 | 00:11:29 | 0:04 | 0:06 | 1895 3595 (F) | 2526 | 3567720896292808 APPLE IPHONE8PLUS | 310410020658780 | MT | [NIOP:CFB:VM] |
| 86754 | 06/06/18 | 14:57:48 | 0:01 | 0:00 | 7420 | 2526 | 3567720896292808 APPLE IPHONE8PLUS | 310410020658780 | MT | [NIOP] |
| 86755 | 06/06/18 | 14:57:49 | 0:02 | 0:05 | 7420 3595 (F) | 2526 | 3567720896292808 APPLE IPHONE8PLUS | 310410020658780 | MT | [NIOP:CFB:VM] |
| 86756 | 06/06/18 | 17:08:37 | 0:04 | 0:00 | 6313 | 2526 | 3567720896292808 APPLE IPHONE8PLUS | 310410020658780 | MT | [NIOP] |
| 86757 | 06/06/18 | 17:08:38 | 0:05 | 0:09 | 6313 3595 (F) | 2526 | 3567720896292808 APPLE IPHONE8PLUS | 310410020658780 | MT | [NIOP:CFB:VM] |
| 86758 | 06/06/18 | 17:08:39 | 0:00 | 0:08 | 6313 | 2526 | | | MO | [] |
| 86759 | 06/06/18 | 17:08:39 | 0:00 | 0:08 | 6313 | 2526 | | | MO | [] |
| 86760 | 06/06/18 | 18:01:06 | 0:02 | 0:00 | 6431 | 2526 | 3567720896292808 APPLE IPHONE8PLUS | 310410020658780 | MT | [NIOP] |
| 86761 | 06/06/18 | 18:01:07 | 0:03 | 0:01 | 6431 3595 (F) | 2526 | 3567720896292808 APPLE IPHONE8PLUS | 310410020658780 | MT | [NIOP:CFB:VM] |
| 86762 | 06/06/18 | 18:09:00 | 0:01 | 0:00 | 1895 | 2526 | 3567720896292808 APPLE IPHONE8PLUS | 310410020658780 | MT | [NIOP] |
| 86763 | 06/06/18 | 18:09:02 | 0:03 | 0:06 | 1895 3595 (F) | 2526 | 3567720896292808 APPLE IPHONE8PLUS | 310410020658780 | MT | [NIOP:CFB:VM] |
| 86764 | 06/06/18 | 23:49:39 | 0:32 | 0:16 | 2526 | 8339 | 8696410270082005 ZTE Z831 | 310410074641691 | MO | [VCORR] |
| 86765 | 06/06/18 | 23:55:27 | 0:21 | 0:00 | 8339 | 2526 | 8696410270082005 ZTE Z831 | 310410074641691 | MT | [NIOP] |

AT&T Proprietary

MF

The information contained here is for use by authorized persons only and is not for general distribution.

Page 5012

ATT_PJD_00005417

MOBILITY

2706559
04/16/2019



AT&T has queried for records from 03/04/2012 12:00:00am to 04/08/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        05/20/2019
Run Time:        06:26:56
Voice Usage For:  2526

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 86783 | 06/07/18 | 14:36:43 | 0:10 | 1:02 | 2526 | 6689 | 8696410270082005 ZTE Z831 | 310410074641691 | MO | [VCORR] |
| 86784 | 06/07/18 | 14:36:43 | 0:09 | 1:02 | 2526 | 6689 | | | MT | [NIOP:VCORR] |
| 86785 | 06/07/18 | 14:43:07 | 0:17 | 7:58 | 2526 | 4039 | 8696410270082005 ZTE Z831 | 310410074641691 | MO | [VCORR] |
| 86786 | 06/07/18 | 14:45:55 | 0:21 | 0:00 | 4017 | 2526 | 8696410270082005 ZTE Z831 | 310410074641691 | MT | [NIOP] |
| 86787 | 06/07/18 | 14:45:56 | 0:22 | 0:04 | 4017 3595(F) | 2526 | 8696410270082005 ZTE Z831 | 310410074641691 | MT | [NIOP:CFNA:VM] |
| 86788 | 06/07/18 | 15:00:10 | 0:06 | 2:40 | 2526 | 4039 | 8696410270082005 ZTE Z831 | 310410074641691 | MO | [VCORR] |
| 86789 | 06/07/18 | 15:21:27 | 0:09 | 2:36 | 2526 | 3412 | 8696410270082005 ZTE Z831 | 310410074641691 | MO | [VCORR] |
| 86790 | 06/07/18 | 15:23:05 | 0:20 | 0:00 | 4017 | 2526 | 8696410270082005 ZTE Z831 | 310410074641691 | MT | [NIOP] |
| 86791 | 06/07/18 | 15:23:06 | 0:21 | 0:05 | 4017 3595(F) | 2526 | 8696410270082005 ZTE Z831 | 310410074641691 | MT | [NIOP:CFNA:VM] |
| 86792 | 06/07/18 | 15:25:08 | 0:10 | 4:25 | 5361 | 2526 | 8696410270082005 ZTE Z831 | 310410074641691 | MT | [NIOP:VCORR] |
| 86793 | 06/07/18 | 15:32:04 | 0:10 | 7:13 | 2526 | 2663 | 8696410270082005 ZTE Z831 | 310410074641691 | MO | [VCORR] |
| 86794 | 06/07/18 | 17:07:38 | 0:23 | 0:00 | 2526 | 6689 | | | MT | [NIOP] |
| 86795 | 06/07/18 | 17:07:39 | 0:24 | 0:02 | 2526 0230(F) | 6689 | | | MT | [NIOP:CFNA:VM] |
| 86796 | 06/07/18 | 17:07:39 | 0:24 | 0:02 | 2526 | 6689 | 3586330737640817 APPLE IPHONESE | 310410074641691 | MO | [VCORR] |
| 86797 | 06/07/18 | 17:11:46 | 0:21 | 0:00 | 6689 | 2526 | 3586330737640817 APPLE IPHONESE | 310410074641691 | MT | [NIOP] |
| 86798 | 06/07/18 | 17:11:47 | 0:22 | 0:02 | 6689 | 2526 | | | MO | [VCORR] |

AT&T Proprietary

MF        The information contained here is for use by authorized persons only and is not
for general distribution.

Page
5014

ATT_PJD_00005419

**MOBILITY**



2706559
04/16/2019

AT&T has queried for records from 03/04/2012 12:00:00am to 04/08/2019 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        05/20/2019
Run Time:        06:26:56
Voice Usage For:  ▇▇▇2526

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 86912 | 06/10/18 | 18:01:37 | 0:26 | 0:00 | 5689 | 2526 | 3586330737640817 APPLE IPHONESE | 310410074641691 | MT | [NIOP] |
| 86913 | 06/10/18 | 18:01:38 | 0:27 | 0:02 | 5689 | 2526 | | | MO | [VCORR] |
| 86914 | 06/10/18 | 18:01:38 | 0:27 | 0:02 | 5689 5595(F) | 2526 | 3586330737640817 APPLE IPHONESE | 310410074641691 | MT | [NIOP:CFNA:VM] |
| 86915 | 06/10/18 | 19:17:39 | 0:21 | 0:00 | 2526 | 4656 | | | MT | [NIOP] |
| 86916 | 06/10/18 | 19:17:41 | 0:23 | 0:06 | 2526 5990(F) | 4656 | | | MT | [NIOP:CFNA:VM] |
| 86917 | 06/10/18 | 19:17:41 | 0:23 | 0:06 | 2526 | 4656 | 3586330737640817 APPLE IPHONESE | 310410074641691 | MO | [VCORR] |
| 86918 | 06/10/18 | 19:18:07 | 0:03 | 0:37 | 4656 | 2526 | | | MO | [VCORR] |
| 86919 | 06/10/18 | 19:18:07 | 0:03 | 0:37 | 4656 | 2526 | 3586330737640817 APPLE IPHONESE | 310410074641691 | MT | [NIOP:VCORR] |
| 86920 | 06/10/18 | 19:19:24 | 0:05 | 0:00 | 4656 | 2526 | | | MO | [] |
| 86921 | 06/10/18 | 19:19:24 | 0:05 | 0:00 | 4656 | 2526 | 3586330737640817 APPLE IPHONESE | 310410074641691 | MT | [NIOP] |
| 86922 | 06/10/18 | 20:17:26 | 0:12 | 0:11 | 2526 | 6689 | | | MT | [NIOP:VCORR] |
| 86923 | 06/10/18 | 20:17:26 | 0:12 | 0:11 | 2526 | 6689 | 3594990897690908 APPLE IPHONE8PLUS | 310410074641691 | MO | [VCORR] |
| 86924 | 06/10/18 | 21:01:57 | 0:25 | 18:09 | 2526 | 4912 | 3594990897690908 APPLE IPHONE8PLUS | 310410074641691 | MO | [VCORR] |
| 86925 | 06/11/18 | 13:16:11 | 0:32 | 0:04 | 2526 | 4912 | 3594990897690908 APPLE IPHONE8PLUS | 310410074641691 | MO | [VCORR] |
| 86926 | 06/11/18 | 14:29:49 | 0:10 | 21:09 | 4055 | 2526 | 3594990897690908 APPLE IPHONE8PLUS | 310410074641691 | MT | [NIOP:VCORR] |
| 86927 | 06/11/18 | 14:39:52 | 0:05 | 0:00 | 2639 | 2526 | 3594990897690908 APPLE IPHONE8PLUS | 310410074641691 | MT | [NIOP] |
| 86928 | 06/11/18 | 14:39:54 | 0:07 | 0:03 | 2639 | 2526 | | | MO | [VCORR] |
| 86929 | 06/11/18 | 14:39:54 | 0:07 | 0:03 | 2639 5595(F) | 2526 | 3594990897690908 APPLE IPHONE8PLUS | 310410074641691 | MT | [NIOP:CFB:VM] |

AT&T Proprietary

MF

The information contained here is for use by authorized persons only and is not for general distribution.

Page 5022

ATT_PJD_00005427