# EXHIBIT H

| | |
|---|---|
| **From:** | Bill Powers [bpowers@powersengineering.com] |
| **Sent:** | Thursday, May 24, 2007 2:07 PM |
| **To:** | 'Steven Donziger'; 'Atossa Soltani' |
| **Cc:** | 'Simeon Tegel'; 'Kevin Koenig'; 'Jennifer Delury Ciplet' |
| **Subject:** | RE: exxon valdez 30x |

Atossa and Steven,

Atossa, you might want to send Steven my calculations and the references I used.

Bill

---

**From:** Steven Donziger [mailto:sdonziger@gmail.com]
**Sent:** Thursday, May 24, 2007 10:10 AM
**To:** Atossa Soltani
**Cc:** Simeon Tegel; Kevin Koenig; Jennifer Delury Ciplet; Bill Powers
**Subject:** Re: exxon valdez 30x

I think Bill is incorrect. We have checked this with a number of people.


On 5/24/07, **Atossa Soltani** <asoltani@igc.org> wrote:

Hi Steven,

I found the email below from April 2005, where I think is the first time; we the 30 times figure surfaced. It seems like the 2 percent figure (petroleum in formation waters) initially came from, Edison (others fyi, Edison was the tecnico ["technician"] hired by the plaintiffs for the field inspections though he is no longer there). Bill Powers says it is more like an average of .2 percent not 2 percent. So we are off by to factor of 10 it seems. The question is how we save face moving forward and what to do with all the documents where we site this figure on our website.

Atossa



Begin forwarded message:

**From:** Atossa Soltani < asoltani@igc.org>
**Date:** April 21, 2005 7:35:59 PM PDT



**PLAINTIFF'S EXHIBIT**
**861**
11 Civ. 0691 (LAK)

CERT. MERRILL VER: JD               DONZ-HDD-0112888

**To:** Steven Donziger < sdonziger@yahoo.com>
**Subject: Re: exxon valdez 30x**

this says we haven't confirmed????

On Apr 21, 2005, at 2:40 PM, Steven Donziger wrote:

> for your viewing pleasure...
>
> edison camino <limcas2002@yahoo.com> wrote:
> Date: Thu, 21 Apr 2005 16:36:22 -0500 (CDT)
> From: edison camino <limcas2002@yahoo.com>
> Subject: Fwd: URGENT CORRECTION
> To: Steven DONZIGER <sdonziger@yahoo.com>
>
> Note: forwarded message attached.
>
> Steve:
> On 28 of March I sent you, by Internet, the corrected data on Texaco's toxic dumping, during its operation.
>
> The 50 scientists who signed the last letter VOL 11/NO 2, APR/JUN 2005, are writing data that we haven't confirmed. Summary:
>
> | | |
> |---|---:|
> | TEXACO'S OIL PRODUCTION | 1,350 million barrels |
> | TEXACO'S EQUIVALENT OIL PRODUCTION | 57,375 million gallons |
> | FORMATION WATER DUMPED IN THE RIVERS | 16,600 million gallons |
> | OIL MIXED IN FORMATION WATER | 332 million gallons |
> | COMPARISON WITH EXXON VALDEZ | 30 times more |
>
> Edison
>
>
> Do You Yahoo!?

CERT. MERRILL VER: JD                                                                                                         DONZ-HDD-0112889

Plaintiff's Exhibit 861   p. 2 of 9

<dailynews.gif> Everything you want to know about the United States, Latin America and the rest of the World.
Visit Yahoo! News.
Date: Mon, 28 Mar 2005 16:24:21 -0600 (CST)
From: edison camino <limcas2002@yahoo.com>
Subject: URGENT CORRECTION
To: Steven DONZIGER <sdonziger@yahoo.com>

Steve:
We are making a mistake. We have used the wrong data to calculate the formation water. The following data are the correct ones:

FORMATION WATER OF TEXACO
PRODUCTION IN THE TIME OF THE TEXACO           395 million barrels
EQUIVALENT IN GALLONS (42 gallons per barrel)  16,600 million gallons

OIL IN THE FORMATION WATER   332 million gallons
Assuming 2% hydrocarbons dissolved in the formation water, we get:
16,600 X 0.02 = 332 million gallons, that went to the rivers.
If the tanker ship EXXON VALDEZ had a load of 11 million gallons of oil, this means that TEXACO spilled 30 times more in the Amazon, in a direct, efficient, systematic, intentional, efficient manner. They know what they were doing.

Edison



Do You Yahoo!?
<dailynews.gif> Everything you want to know about the United States, Latin America and the rest of the World.
Visit Yahoo! News.


Steven Donziger
212-570-4499 (land)
212-570-9944 (Fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
111 AND. 79th St., #5
New York, New York 10021
Email: sdonziger@yahoo.com


CERT. MERRILL VER: JD                                                    DONZ-HDD-0112890

&lt;mime-attachment&gt;

--
Steven Donziger
212-570-4499 (land)
212-570-9944 (Fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com

CERT. MERRILL VER: JD

DONZ-HDD-0112891

Plaintiff's Exhibit 861   p. 4 of 9

# MERRILL CORPORATION
Merrill Communications LLC



25 West 45th Street, 8th Floor
New York, NY 10036 • (212) 840-1133

State of New York            )
Estado de Nueva York

                             )       ss:
                             )       a saber:
County of New York           )
Condado de Nueva York

## Certificate of Accuracy
## Certificado de Exactitud

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation from Spanish into English of the attached document.

Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y completa del idioma español al idioma inglés del documento adjunto.

Dated: March 10, 2011
Fecha: 10 de marzo de 2011

_____
Violeta Lejtman
Team Lead – Legal Translations
Merrill Brink International/Merrill Corporation
_____[firmado]_____
Violeta Lejtman
Líder del equipo – Traducciones Legales
Merrill Brink International/Merrill Corporation

Sworn to and signed before
Jurado y firmado ante
Me, this _____10th_____ day of
mí, a los _____10_____ días del
_____March_____2011
mes de_____marzo_____de 2011

_____
Notary Public
Notario Público

GINA ST LAURENT                [firmado]
Notary Public, State of New York    [sello]
No. 01ST6146442
Qualified in New York County
Commission Expires May 15, 2014

OFFICES IN MAJOR CITIES THROUGHOUT THE WORLD

| | |
|---|---|
| **From:** | Bill Powers [bpowers@powersengineering.com] |
| **Sent:** | Thursday, May 24, 2007 2:07 PM |
| **To:** | 'Steven Donziger'; 'Atossa Soltani' |
| **Cc:** | 'Simeon Tegel'; 'Kevin Koenig'; 'Jennifer Delury Ciplet' |
| **Subject:** | RE: exxon valdez 30x |

Atossa and Steven,

Atossa, you might want to send Steven my calculations and the references I used.

Bill

**From:** Steven Donziger [mailto:sdonziger@gmail.com]
**Sent:** Thursday, May 24, 2007 10:10 AM
**To:** Atossa Soltani
**Cc:** Simeon Tegel; Kevin Koenig; Jennifer Delury Ciplet; Bill Powers
**Subject:** Re: exxon valdez 30x

I think Bill is incorrect.  We have checked this with a number of people.


On 5/24/07, **Atossa Soltani** <asoltani@igc.org> wrote:
Hi Steven,


I found the email below from April 2005, where I think is the first time, we the 30 times figure surfaced. It seems like the 2 percent figure (petroleum in formation waters) initially came from, Edison (others fyi, Edison was the tecnico hired by the plaintiffs for the field inspections though he is no longer there).  Bill Powers says it is more like an average of .2 percent not 2 percent.  So we are off by a factor of 10 it seems. The question is how we save face moving forward and what to do with all the documents where we site this figure on our website.


Atossa




Begin forwarded message:

**From:** Atossa Soltani < asoltani@igc.org>
**Date:** April 21, 2005 7:35:59 PM PDT


5/24/2007

DONZ-HDD-0112888

**To:** Steven Donziger < sdonziger@yahoo.com>
**Subject: Re: exxon valdez 30x**

this says no hemos confirmado????

On Apr 21, 2005, at 2:40 PM, Steven Donziger wrote:

> for your viewing pleasure...
>
> edison camino <limcas2002@yahoo.com> wrote:
>  Date: Thu, 21 Apr 2005 16:36:22 -0500 (CDT)
> From: edison camino <limcas2002@yahoo.com>
> Subject: Fwd: URGENTE CORRECCION
> To: Steven DONZIGER <sdonziger@yahoo.com>
>
>
> Note: forwarded message attached.
>
> Steve:
> El 28 de marzo te envié por internet los datos correguidos sobre los vertidos tóxicos de Texaco, durante su operación.
>
> Los 50 científicos que firman la última carta VOL 11/NO 2, APR/JUN 2005, están escribiendo datos que nosotros no hemos confirmado. Resúmen:
>
> | | |
> |---|---|
> | PRODUCCION DE PETRÓLEO DE LA TEXACO | 1,350 millones de barriles |
> | EQUIVALENTE PRODUCCION DE PETROLEO DE TEXACO | 57,375 millones de galones |
> | AGUA DE FORMACION VERTIDA EN LOS RIOS | 16,600 millones de galones |
> | PETROLEO MEZCLADO EN AGUA DE FORMACION | 332 millones de galones |
> | COMPARACION CON EXXON VALDEZ | 30 veces más |
>
> Edison
>
>
>
> Do You Yahoo!?

5/24/2007

DONZ-HDD-0112889

Plaintiff's Exhibit 861   p. 7 of 9

&lt;dailynews.gif&gt; Todo lo que quieres saber de Estados Unidos, América Latina y el resto del Mundo. Visíta Yahoo! Noticias.
Date: Mon, 28 Mar 2005 16:24:21 -0600 (CST)
From: edison camino &lt;limcas2002@yahoo.com&gt;
Subject: URGENTE CORRECCION
To: Steven DONZIGER &lt;sdonziger@yahoo.com&gt;

Steve:
Estamos en un error. Hemos tomado los datos equivocados para calcular el agua de formación. Los siguiente datos son los correctos:

AGUA DE FORMACION DE LA TEXACO
PRODUCCIÓN EN EL TIEMPO DE LA TEXACO          395 millones de barriles
EQUIVALENTE EN GALONES (42 galones por barril)    16,600 millones de galones

PETROLEO EN EL AGUA DE FORMACION    332 millones de galones
Asuminendo un 2% de hidrocarburos disueltos en las aguas de formación, llegamos a:
16,600 X 0.02 = 332 millones de galones, que fueron a los ríos.
Si el buque tanquero EXXON VALDEZ tenía una carga de 11 miilones de galones de petróleo, esto significa que TEXACO derramó 30 veces más en la Amazonía, en forma directa, eficiente, sistemática, intencionada, eficiente, sabían lo que estaban haciendo.

Edison



Do You Yahoo!?
&lt;dailynews.gif&gt; Todo lo que quieres saber de Estados Unidos, América Latina y el resto del Mundo. Visíta Yahoo! Noticias.



Steven Donziger
212-570-4499 (land)
212-570-9944 (Fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
111 E. 79th St., #5
New York, New York 10021
Email: sdonziger@yahoo.com

5/24/2007

DONZ-HDD-0112890

\<mime-attachment\>


--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com

5/24/2007

DONZ-HDD-0112891