# EXHIBIT J





