# EXHIBIT K

**Skype Logs**

**Created by using SkypeLogView**

| Record Number | Action Type | Action Time | User Name | Display Name | Duration | Chat Message | ChatID | Filename |
|---|---|---|---|---|---|---|---|---|
| 17 | Chat Message | 4/29/2005 2:40:48 PM | donziger | Steven Donziger | | test | #donziger/$bandawatch;961683727ab8ec05 | |
| 21 | Chat Message | 4/29/2005 3:33:02 PM | donziger | Steven Donziger | | test | #donziger/$atossa;60f952c2fb042895 | |
| 54 | Chat Message | 5/18/2005 4:18:03 PM | donziger | Steven Donziger | | test | #donziger/$bosquedor;c70bf29782af3abe | |
| 59 | Chat Message | 5/18/2005 4:20:47 PM | bosquedor | Luis Yanza | | yada | #donziger/$bosquedor;c70bf29782af3abe | |
| 58 | Chat Message | 5/18/2005 4:28:50 PM | donziger | Steven Donziger | | tested | #donziger/$bandawatch;d86dfa355c0d72d4 | |
| 61 | Chat Message | 5/18/2005 4:33:33 PM | donziger | Steven Donziger | | text | #donziger/$bosquedor;c70bf29782af3abe | |
| 66 | Chat Message | 5/18/2005 4:38:44 PM | bosquedor | Luis Yanza | | testing now | #donziger/$bosquedor;c70bf29782af3abe | |
| 64 | Chat Message | 5/18/2005 4:39:18 PM | donziger | Steven Donziger | | tester | #donziger/$bosquedor;c70bf29782af3abe | |
| 67 | Chat Message | 5/18/2005 5:19:31 PM | donziger | Steven Donziger | | leaf | #donziger/$bosquedor;c70bf29782af3abe | |
| 82 | Chat Message | 5/18/2005 6:35:27 PM | donziger | Steven Donziger | | lever | #donziger/$bosquedor;c70bf29782af3abe | |
| 83 | Chat Message | 5/18/2005 6:36:02 PM | bosquedor | Luis Yanza | | never | #donziger/$bosquedor;c70bf29782af3abe | |

DONZ00133934