UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

      -against-                           11-cv-0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/2019

### ORDER CONCERNING COERCIVE CIVIL MONETARY SANCTIONS WITH RESPECT TO CONTEMPT OF FORENSIC INSPECTION PROTOCOL PARAGRAPHS 4 AND 5

LEWIS A. KAPLAN, *District Judge.*

       By orders dated May 23 and 29, 2019, the Court imposed coercive and increasing monetary civil contempt sanctions for continuing violation of paragraphs 4 and 5, respectively, of the Court's Forensic Inspection Protocol [DI 2172] (the "Protocol"). The contemnors have not purged themselves of contempt of paragraph 5. It is not yet clear whether they have done so with respect to contempt of paragraph 4. They have not paid any of those monetary sanctions.

       In current circumstances, it does not appear that the further accumulation of monetary civil contempt sanctions for these violations is likely to have the desired effect. Accordingly, the further accumulation of such monetary sanctions with respect to the contempts of paragraphs 4 and 5 of the Protocol is suspended, subject to further order of this Court.

       Nothing herein forecloses the possibility of the Court granting additional coercive relief, including increased fines and other measures, in the event all civil contempts are not fully purged.

       SO ORDERED.

Dated:     June 28, 2019

                                                    Lewis A. Kaplan
                                              United States District Judge