# EXHIBIT 1

*ACCREDITED TRANSLATION*

## Contracts, Reasons and Recommendations

### Aaron Page/.25 (quarter point)

Aaron has worked over one hundred years as an attorney in this case, mostly without pay;

### Joshua Rizack/.25

Josh helps with fund raising; he has worked 4-5 years mostly without pay organizing POINTS, contracts, expenses and revenues. He is an expert in financing. In the future he will be key in organizing investments and attracting more funds.

### Patricio Salazar/.25

Attorney for the FDA and some plaintiffs. He has already worked 18 months without any pay. Key role. He works until the end of the case.

### Augustin Salazar/.25

Patricio's brother and excellent attorney for FDA/plaintiffs

### Karen Hinton/.125 (eighth)

Has been the plaintiffs' spokeswoman in the U.S. and the world for years; has worked several years without any pay.

### Derek Snowdy DS/.125 (eighth)

Conducts investigations and political work in Canada; general protection.

### John Phillips/.125 (eighth)

Part of the Canadian legal team. [*English-language text*]

Monitoring and other services in Canada; contacts with indigenous groups; Plan B attorney; money protection.

### Deepak Gupta and his law firm/.125

RICO Case appeal, including representing the two colleagues; he will erase debt of more than a million.

### Rick Friedman

Attorney in RICO Case (SRD's fee acknowledged by the plaintiffs)

RIZACKPJD-0000521



PLAINTIFF'S EXHIBIT 5350 10/5/18 AG

*ACCREDITED TRANSLATION*

### Zoe Littlepage

Ditto (SRD's fee acknowledged)

### Glen Krevlin

Investor (SRD's fee acknowledged)

### David Sherman

Investors (SRD's fee acknowledged)

**Eva Contact /.0612 (half of an eighth)**
**Consultant dealing with particular legal issues and settlement discussions.** [*Englis*h text]

**Simon Billiness/.0612 (half of an eighth)**
Consultant dealing with Shareholder outreach/public relations to make Chevron shareholders aware of the case and actions of company. [*English text*]

RIZACKPJD-0000522

# RIVERA INTERPRETING, INC.

*Tel. 310.621.7683* ■ *jrivera@riverainterpreting.com*

Oct. 2, 2018

## STATEMENT OF ACCREDITATIONS

To Whom It May Concern:

I, Jesús Rivera, affirm that I am a certified judicial interpreter and translator of the Spanish and English languages. I am certified and accredited by:
- The Judicial Council of the State of California, since 2000 (No. 300764);
- The Administrative Office of the U.S. Courts, since 2006; and
- The American Translators Association (English ↔ Spanish) since 2008.

On Oct. 2, 2018, I translated from the Spanish into the English language these two documents:
1. "Contracts, Reasons and Recommendations," RIZACKPJD-0000519-20 (two pages)
2. "Contracts, Reasons and Recommendations," RIZACKPJD-0000521-22 (two pages)

I affirm that I translated these documents accurately, correctly and to the best of my ability.

Sincerely,

*[signature]*

Jesús Rivera

## Contratos, Razones y Recomendaciones

### Aaron Page/.25 (cuarto de un punto)

Aaaron ha trabajado como abogado mas de cien anos en el caso, la mayoria sin pago;

### Joshua Rizack/.25

Josh ayuda en le recolecta de plata; ha trabajado 4-5 years mayormente sin pago organizando los puntos, contratos, gastos y ingresos  Es experto en financiamiento. En el future va a ser clave en organizer inversiones y atraer mas plata.

### Patricio Salazar/.25

Abogado de FDA y algunos demandantes.  Ya ha trabajado 18 meses sin pago ningun.  Papel clave.  Trabaja hasa el fin del caso.

### Augustin Salazar/.25

Hermando de Patricio y abogado excelente de FDA/demandantes

### Karen Hinton/.125 (octavo)

Es porta voz de los demandantes en EEUU y el mundo por anos; ha trabajado varios anos sin pago ningun.

### Derek Snowdy DS/.125 (octavo)

Hace investigaciones y trabajo politico en Canada; proteccion general.

### John Phillips/.125 (octavo)

Part of the Canadian legal team.

Monitoreo y otros servicios en Canada; contactos con grupos indigenas; abogado Plan B; proteccion de plata.

### Deepak Gupta y su bufete/.125

Apelacion del caso RICO, incluso representacion de los dos companeros; mas de un millon en deuda que va a borrar.

### Rick Friedman

Abogado en caso RICO (honorario de SRD reconocido por los demandantes)

RIZACKPJD-0000521

### Zoe Littlepage

Ditto (Honorario de SRD reconocido)

### Glen Krevlin

Inversionista (Honorario de SRD reconocido)

### David Sherman

Inversionistas (Honorario de SRD reconocido)

**Eva Contacto /.0612 (mitad de octavo)**
**Consultant dealing with particular legal issues and settlement discussions.**

**Simon Billiness/.0612 (mitad de octavo)**
Consultant dealing with Shareholder outreach/public relations to make Chevron shareholders aware of the case and actions of company.

RIZACKPJD-0000522

