# EXHIBIT 3

JRIZACK0000020

## Non-Active Attorneys and Other

| Non-Active Attorneys | Date Last Invoice Sent | Credit | Principal | Accrued Interest | Balance Due | Period | Comments |
|---|---|---|---|---|---|---|---|
| Butz Dunn & DeSantis | 03/31/11 | | 770.00 | | 770.00 | 12/10-1/11 | |
| Foster & Wolkind (UHY Advisors FLVS, Inc.) | 11/15/11 | | 56,928.20 | | 56,928.20 | ? | |
| Fox Rothschild | 08/02/12 | | 15,681.49 | | 15,681.49 | 1/11-10/11 | |
| Friedman Kaplan Seiler & Adelman | 08/08/12 | | 773,004.58 | | 773,604.58 | 9/11-1/12 | |
| Hoff Curtis | 08/01/12 | | 171.91 | | 171.91 | ? | |
| Slater Tenaglia Fritz & Hunt | 11/30/11 | | 3,825.00 | | 3,825.00 | 2010 | |
| Stein Sperling | 07/16/12 | | 7,031.50 | | 7,031.50 | 2011 | |
| Strauss & Troy | 06/02/11 | | 2,152.65 | | 2,152.65 | 2011 | |
| Wharton Aldhizer & Weaver | 01/03/12 | | 1,310.79 | | 1,310.79 | 12/10-2/11 | |
| White & White | 07/12/11 | | 2,736.25 | | 2,736.25 | 6/11 | |
| | | | | | 863,611.37 | | |
| **Other** | | | | | | | |
| DTI Skyline | 03/05/11 | | 12,181.76 | | 12,181.76 | 10/10 | |
| Nexar Partners Consulting, Inc | 04/01/11 | | 25,000.00 | | 25,000.00 | 8/11-4/11 | seeking for payment |
| Transperfect | 04/23/12 | | 30,606.84 | 10,185.58 | 40,979.42 | 2010 | seeking for payment |
| | | | | | 78,152.18 | | |
| | | | | | | | |
| Total | | | | | 941,763.55 | | |
| | | | | | | | |
| **Other** | | | | | | | |
| Sherman | | | | | 125,000.00 | | Paid back $125,000 of $250,000 Used for Keker |
| | | Total | | | 1,066,763.55 | | |

JRIZACK0000021

| Page # | PAYEE | AMOUNT £ | AMOUNT $ | INVOICE REF (ATTACHED) | WITHIN APPROVED BUDGET (Y/N) | ENGAGEMENT REF (ATTACHED UNLESS PREVIOUSLY PROVIDED) | APPROVED BY STEERING COMMITTEE | Comments |
|---|---|---|---|---|---|---|---|---|
| | Payment Request | | 12/14/12 | | | | | |
| | Selva Viva | | $ 43,000.00 | | Yes | Previously Provided | Steven Donziger | |
| | Ecuador Local Counsel | | $ 25,000.00 | | Yes | Previously Provided | Steven Donziger | |
| | Amazon Watch (Pair Pension, London) | | $ 71,200.00 | | Yes | Previously Provided | Steven Donziger | |
| | Sta Gross | | $ 10,000.00 | | Yes | Previously Provided | Steven Donziger | |
| | Lenczner Slaght Royce Smith Griffin LLP | | $ 122,280.33 | | Yes | Previously Provided | Steven Donziger | |
| | Keker & Van Nest LLP | | $ 110,000.00 | | Yes | Previously Provided | Steven Donziger | |
| | Law Offices of Steven Donziger | | $ 75,000.00 | | Yes | Previously Provided | Steven Donziger | |
| | Karen Hinton | | $ 24,000.00 | | Yes | Previously Provided | Steven Donziger | |
| | Aaron Marr Page | | $ 20,326.00 | | Yes | Previously Provided | Steven Donziger | |
| | Graham Erion | | $ 15,000.00 | | Yes | Previously Provided | Steven Donziger | |
| | Keviarts LLC | | $ 100,000.00 | | Yes | Previously Provided | Steven Donziger | |
| | The Hoving Group Consulting, Inc. | | $ 5,000.00 | | Yes | Previously Provided | Steven Donziger | |
| | Escobar, Fernandez Madero & Lombardi | | $ 35,140.00 | | Yes | Previously Provided | Steven Donziger | |
| | Producciones Nuevos | | $ 35,000.00 | | Yes | Previously Provided | Steven Donziger | |
| | | | $ 666,946.33 | | | | | |

JRIZACK0000022

JRIZACK0000023

**Payment Request**

Estimated Currency Rate — October 10, 2012

| Page # | PAYEE | AMOUNT £ | AMOUNT US$ | AMOUNT BRITISH | INVOICE REF (ATTACHED) | WITHIN APPROVED BUDGET CAPS. | ENGAGEMENT REF (ATTACHED UNLESS PREVIOUSLY PROVIDED) | APPROVED BY STEERING COMMITTEE | Comments |
|--------|-------|----------|------------|----------------|------------------------|------------------------------|------------------------------------------------------|--------------------------------|----------|
| | Graham Erion | | 20,000.00 | | | Yes | Previously Provided | Steven Donziger | |
| | Selva Viva | | 40,000.00 | | | Yes | Previosuly Provided | Steven Donziger | |
| | | | 60,000.00 | | | | | | |
| | | £0.00 | $ 120,000.00 | 50.00 | | | | | |

JRIZACK0000024

**Payment Request**

Estimated Currency Rate — October 10, 2012

| Page # | PAYEE | AMOUNT £ | AMOUNT US$ | AMOUNT BRITISH | INVOICE REF (ATTACHED) | WITHIN APPROVED BUDGET CAPS. | ENGAGEMENT REF (ATTACHED UNLESS PREVIOUSLY PROVIDED) | APPROVED BY STEERING COMMITTEE | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | Cardenas & Cardenas (Colombia) | | 20,389.17 | | | Yes | Previously Provided | Steven Donziger | |
| | Sergio Bermudes (Brazil) | | 10,832.82 | | | Yes | Previously Provided | Steven Donziger | |
| | Graham Erion | | 15,000.00 | | | Yes | Previously Provided | Steven Donziger | |
| | Law Office of Steven Donziger | | 50,000.00 | | | Yes | Previously Provided | Steven Donziger | |
| | Sturart Gross | | 5,000.00 | | | Yes | Previously Provided | Steven Donziger | |
| | Julio Gomez | | 13,000.00 | | | Yes | Previously Provided | Steven Donziger | |
| | Amazon (Fair/Pensions) | | 21,200.00 | | | Yes | Previously Provided | Steven Donziger | |
| | Karen Hinton | | 12,000.00 | | | Yes | Previously Provided | Steven Donziger | |
| | Karen Hinton (PR News Wire) | | 7,978.72 | | | Yes | Previously Provided | Steven Donziger | |
| | Oil Change International | | 11,250.00 | | | Yes | Previously Provided | Steven Donziger | |
| | Selva Viva | | 40,000.00 | | | Yes | Previously Provided | Steven Donziger | |
| | The Rising Group (Rizack) | | 5,000.00 | | | Yes | Previously Provided | Steven Donziger | |
| | | | 211,650.71 | | | | | | |
| | | £0.00 | $ 423,301.42 | $0.00 | | | | | |

JRIZACK0000025

**Payment Request**                     October 1, 2012

Estimated Currency Rate

| Page # | PAYEE | AMOUNT £ | AMOUNT US$ | AMOUNT BRITISH | INVOICE REF (ATTACHED) | WITHIN APPROVED BUDGET CAPS. | ENGAGEMENT REF (ATTACHED UNLESS PREVIOUSLY PROVIDED) | APPROVED BY STEERING COMMITTEE | Comments |
|---|---|---|---|---|---|---|---|---|---|
|  | Cardenas & Cardenas (Colombia) |  | 20,389.17 |  |  | Yes | Previously Provided | Steven Donziger |  |
|  | Miranda & Amado Abogados (Peru - Jose Daniel) |  | 31,575.00 |  |  | Yes | Previously Provided | Steven Donziger |  |
|  | Sergio Bermudes (Brazil) |  | 10,832.82 |  |  | Yes | Previously Provided | Steven Donziger |  |
|  | Tinoco, Travieso, Planchart & Nunez (Venezuela) |  | 3,958.82 |  |  | Yes | Previously Provided | Steven Donziger | Invoice plus under payment of $527.57 |
|  |  |  | 66,755.81 |  |  |  |  |  |  |
|  |  | £0.00 | $ 133,511.62 | $0.00 |  |  |  |  |  |

JRIZACK0000026

**Payment Request**

Estimated Currency Rate: 1.57

July 20, 2012

| Page # | PAYEE | AMOUNT £ | AMOUNT US$ | AMOUNT BRITISH | Total US$ | INVOICE REF (ATTACHED) | WITHIN APPROVED BUDGET CAPS. | ENGAGEMENT REF (ATTACHED UNLESS PREVIOUSLY PROVIDED) | APPROVED BY STEERING COMMITTEE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Steven Donziger & Associates |  | 107,423.57 |  | $107,423.57 | May and June 2012 | Yes | Previously Provided | Steven Donziger |  |
|  |  | £0.00 | $ 107,423.57 | $0.00 | $107,423.57 |  |  |  |  |  |

JRIZACK0000027

**Steven Donziger**
**Cash Reconciliation**

| | 2007 Total | 2008 Total | 2009 Total | 2010 Total | 2011 Total |
|---|---|---|---|---|---|
| **Income** | | | | | |
| Personal Account | | | | - | - |
| Attorney Escrows Account | 1,500,400.00 | - | - | 2,300,153.00 | 1,429,486.18 |
| | 1,500,400.00 | - | - | 2,300,153.00 | 1,429,486.18 |
| | | | | | |
| **American Express Expenses** | | | | | |
| Transportation | | | | | |
| Air | | | | 38,613.44 | 98,603.67 |
| Taxi | | | | 9,212.50 | 6,835.47 |
| Train | | | | 2,283.66 | 1,686.41 |
| Car Rental | | | | 635.97 | 829.91 |
| Total Transportation | | | | 50,745.57 | 102,955.46 |
| | | | | | |
| Hotel | | | | 18,278.19 | 20,890.85 |
| Meals | | | | 22,939.54 | 30,577.82 |
| Telephone | | | | 8,160.34 | 11,054.96 |
| Printing & Supplies | | | | 4,046.17 | 1,166.11 |
| Press Releases | | | | 29,235.00 | 59,180.50 |
| Shipping | | | | 797.58 | 636.05 |
| Misc. | | | | 9,911.69 | 12,878.79 |
| Professional Services | | | | 5,000.00 | 1,938.41 |
| | | | | 98,368.51 | 139,223.49 |
| | | | | | |
| **Personal Account Expenses** | | | | | |
| Professional Fees | 16,120.00 | 12,996.30 | 24,419.77 | 783,226.86 | 85,000.00 |
| Bank Fees | - | - | - | 550.00 | 80.00 |
| | 16,120.00 | 12,996.30 | 24,419.77 | 783,776.86 | 85,080.00 |
| **2007-2009 Bank fees are included in Professional Fees | | | | | |
| **Attorney Escrow Account Expenses** | | | | | |
| Professional Fees | 1,002,361.53 | 28,211.61 | 203,958.99 | 1,387,137.50 | 702,491.21 |
| Bank Fees | | | | 1,496.00 | 648.00 |
| ADP Fees | | | | 1,036.80 | 56.30 |
| ADP Tax | | | | 24,145.60 | |
| Payroll Check | | | | 27,181.71 | |
| | 1,002,361.53 | 28,211.61 | 203,958.99 | 1,440,997.61 | 703,195.51 |
| | | | | | |
| **Donziger Trust** | | | | | |
| Loan To Personal Account to Keker & Van Nest | | | | | 100,000.00 |
| | | | | | 100,000.00 |
| | | | | | |
| **Donziger & Associates Fees** | | | | | |
| Monthly Fee | 25,000.00 | 30,000.00 | 35,000.00 | 35,000.00 | 35,000.00 |
| Yearly Fee | 300,000.00 | 360,000.00 | 420,000.00 | 420,000.00 | 420,000.00 |
| | | | | | |
| **Net Income** | 181,118.47 | (401,207.91) | (648,378.76) | (493,735.55) | (120,968.28) |
| | | | | | |
| **Total Due** | | | | | (1,482,772.03) |

JRIZACK0000028

# Steven Donziger

|  | January Total | Febuary Total | March Total | April Total | May Total | June Total |
|---|---|---|---|---|---|---|
| Beginning Balance (Due Donziger) | (1,482,772.03) |  |  |  |  |  |

## Incoming Wires

|  | January Total | Febuary Total | March Total | April Total | May Total | June Total |
|---|---|---|---|---|---|---|
| Attorney Escrows Account | - | 225,000.00 | - | - | 380,000.00 | - |
|  |  | 225,000.00 | - | - | 380,000.00 | - |

## Monthly Expenses

|  | January Total | Febuary Total | March Total | April Total | May Total | June Total |
|---|---|---|---|---|---|---|
| Transporation | 24,002.25 | 9,556.72 | 11,750.81 | 11,465.63 | 7,552.34 | 12,809.12 |
| Lodging | 2,865.22 | 2,473.85 | 1,467.06 | 473.08 | 473.87 | 6,325.22 |
| Meals | 2,652.62 | 1,392.15 | 2,382.26 | 3,004.52 | 1,016.13 | 4,012.58 |
| Telephone | 1,761.13 | 1,267.01 | 2,067.45 | 998.01 | 925.02 | 2,884.08 |
| Other | 1,467.21 | 873.56 | 878.70 | 1,015.29 | - | 1,425.21 |
| PR Wire | 15,014.60 | 22,869.91 | 6,054.80 | 1,539.95 | - |  |
|  | 47,763.03 | 38,343.20 | 24,601.08 | 18,496.48 | 9,967.36 | 27,456.21 |

## Attorney Escrow Account Expenses

|  | January Total | Febuary Total | March Total | April Total | May Total | June Total |
|---|---|---|---|---|---|---|
| Professional Fees | 24,061.25 | 9,788.78 | 38.41 | 31,600.00 | 4,831.87 | - |
| Bank Fees |  |  | 30.00 | 30.00 | 40.00 | 15.00 |
|  | 20,061.25 | 9,788.78 | 68.41 | 31,630.00 | 4,871.87 | 15.00 |
| Total Monthly Expenses | 71,824.28 | 48,131.98 | 24,669.49 | 50,126.48 | 14,839.23 | 27,471.21 |

## Donziger & Associates Fees

|  | January Total | Febuary Total | March Total | April Total | May Total | June Total |
|---|---|---|---|---|---|---|
| Monthly Fee | 36,000.00 | 35,000.00 | 35,000.00 | 35,000.00 | 35,000.00 | 35,000.00 |
| Total Money Expenses + Fees | 106,824.28 | 83,131.98 | 59,669.49 | 85,126.48 | 49,839.23 | 62,471.21 |
| Net Income | (106,824.28) | 141,868.02 | (59,669.49) | (85,126.48) | 330,160.77 | (62,471.21) |
| **Total Due** | (1,589,596.31) | (1,447,728.29) | (1,507,397.78) | (1,592,524.26) | (1,262,363.49) | (1,324,834.70) |

JRIZACK0000029

**Steven Donziger**
**Cash Reconciliation**

| | 2007 Total | 2008 Total | 2009 Total | 2010 Total | 2011 Total |
|---|---|---|---|---|---|
| **Income** | | | | | |
| Personal Account | | | | - | - |
| Attorney Escrows Account | 1,500,000.00 | - | - | 2,300,153.00 | 1,429,485.18 |
| | 1,500,000.00 | - | - | 2,300,153.00 | 1,429,485.18 |
| | | | | | |
| **American Express Expenses** | | | | | |
| Transportation | | | | | |
| Air | | | | 38,613.44 | 93,603.67 |
| Taxi | | | | 9,212.50 | 6,835.47 |
| Train | | | | 2,283.66 | 1,686.41 |
| Car Rental | | | | 635.97 | 829.91 |
| Total Transportation | | | | 50,745.57 | 102,955.46 |
| | | | | | |
| Hotel | | | | 18,278.19 | 20,890.85 |
| Meals | | | | 22,939.54 | 30,577.82 |
| Telephone | | | | 8,160.34 | 11,954.96 |
| Printing & Supplies | | | | 4,046.17 | 1,166.11 |
| Press Releases | | | | 29,235.00 | 59,180.50 |
| Shipping | | | | 797.58 | 636.05 |
| Misc. | | | | 9,911.69 | 12,878.79 |
| Professional Services | | | | 5,000.00 | 1,938.41 |
| | | | | 98,368.51 | 139,223.49 |
| | | | | | |
| **Personal Account Expenses** | | | | | |
| Professional Fees | 16,120.00 | 12,996.30 | 24,419.77 | 783,226.86 | 85,000.00 |
| Bank Fees | - | - | - | 550.00 | 80.00 |
| | 16,120.00 | 12,996.30 | 24,419.77 | 783,776.86 | 85,080.00 |
| **2007-2009 Bank fees are included in Professional Fees | | | | | |
| **Attorney Escrow Account Expenses** | | | | | |
| Professional Fees | 1,002,361.53 | 28,211.61 | 203,958.99 | 1,387,137.50 | 702,491.21 |
| Bank Fees | | | | 1,496.00 | 648.00 |
| ADP Fees | | | | 1,036.80 | 56.30 |
| ADP Tax | | | | 24,145.60 | |
| Payroll Check | | | | 27,181.71 | |
| | 1,002,361.53 | 28,211.61 | 203,958.99 | 1,440,997.61 | 703,195.51 |
| | | | | | |
| **Donziger Trust** | | | | | |
| Loan To Personal Account to Keker & Van Nest | | | | | 100,000.00 |
| | | | | | 100,000.00 |
| | | | | | |
| **Donziger & Associates Fees** | | | | | |
| Monthly Fee | 25,000.00 | 30,000.00 | 35,000.00 | 35,000.00 | 35,000.00 |
| Yearly Fee | 300,000.00 | 360,000.00 | 420,000.00 | 420,000.00 | 420,000.00 |
| | | | | | |
| **Net Income** | 181,518.47 | (401,207.91) | (648,378.76) | (493,735.55) | (120,968.28) |
| | | | | | |
| **Total Due** | | | | | (1,482,772.03) |

JRIZACK0000030

| Date | Ck # | Credit | Debit | Description | | Expenses | Bank Fees | ADP Fees | ADP Payroll Tax | Payroll |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/08 | 10001 | | 2,442.12 | | | | | | | |
| 1/6/10 | | | 2,606.11 | ADP Tax | 4 | | | | 2,606.11 | |
| 1/6/10 | | | 13.00 | ADP Tax | 4 | | | | 13.00 | |
| 1/11/10 | 1132 | | 2,122.50 | Angela Zawaduk | 1 | 2,122.50 | | | | |
| 1/12/10 | 10020 | | 3,020.19 | Andrew Woods | 1 | | | | | 3,020.19 |
| 1/12/10 | | | 35.00 | Bank Fee | 2 | | 35.00 | | | |
| 1/13/10 | | | 97.00 | ADP Payroll Fee | 3 | | | 97.00 | | |
| 1/13/10 | | | 35.00 | Bank Fee | 2 | | 35.00 | | | |
| 1/20/10 | | | 56.30 | ADP Payroll Fee | 3 | | | 56.30 | | |
| 1/20/10 | | | 35.00 | Bank Fee | 2 | | 35.00 | | | |
| 1/21/10 | | | 35.00 | Bank Fee | 2 | | 35.00 | | | |
| 1/22/10 | | | 2,520.61 | ADP Tax | 4 | | | | 2,520.61 | |
| 1/22/10 | | | 13.00 | ADP Tax | 4 | | | | 13.00 | |
| 1/27/10 | 10021 | | 3,020.19 | Andrew Woods | 5 | | | | | 3,020.19 |
| 1/27/10 | | | 97.00 | ADP Payroll Fee | 3 | | | 97.00 | | |
| 2/4/10 | | | 2,361.11 | ADP Tax | 4 | | | | 2,361.11 | |
| 2/4/10 | 10022 | | 3,020.19 | Andrew Woods | 5 | | | | | 3,020.19 |
| 2/5/10 | | | 13.00 | ADP Tax | 4 | | | | 13.00 | |
| 2/16/10 | | | 97.00 | ADP Payroll | 3 | | | 97.00 | | |
| 2/17/10 | | | 15.00 | Bank Fee | 2 | | 15.00 | | | |
| 2/17/10 | | | 3.00 | Bank Fee | 2 | | 3.00 | | | |
| 2/17/10 | Wire | 150,000.00 | | Orin Kramer | | | | | | |
| 2/18/10 | | | 2,361.11 | ADP Tax | 4 | | | | 2,361.11 | |
| 2/18/10 | | | 45.00 | Bank Fee | 2 | | 45.00 | | | |
| 2/18/10 | | | 25.00 | Bank Fee | 2 | | 25.00 | | | |
| 2/18/10 | | | 10,000.00 | Brownstein Hyatt Farber Schrecref | 1 | 10,000.00 | | | | |
| 2/18/10 | | | 25,000.00 | Selva Viva Cia | 1 | 25,000.00 | | | | |
| 2/19/10 | | | 13.00 | ADP Tax | 4 | | | | 13.00 | |
| 2/19/10 | 10023 | | 3,020.19 | Andrew Woods | 5 | | | | | 3,020.19 |
| 2/22/10 | | | 25.00 | Bank Fee | 2 | | 25.00 | | | |
| 2/22/10 | | | 50,000.00 | Kerry Kennedy | 1 | 50,000.00 | | | | |
| 2/24/10 | | | 97.00 | ADP Payroll | 3 | | | 97.00 | | |
| 3/4/10 | | | 2,361.11 | adp tax | 4 | | | | 2,361.11 | |
| 3/5/10 | | | 13.00 | adp tax | 4 | | | | 13.00 | |
| 3/5/10 | | 153.00 | | ADP Tax (Credit) | | | | | | |
| 3/9/10 | 930991 | | 4,298.50 | | 1 | 4,298.50 | | | | |
| 3/9/10 | 10025 | | 3,020.19 | Andrew Woods | 5 | | | | | 3,020.19 |
| 3/9/10 | 930993 | | 7,500.00 | | 1 | 7,500.00 | | | | |
| 3/10/10 | | | 97.00 | adp payroll | 3 | | | 97.00 | | |
| 3/10/10 | | | 10.00 | bank fee | 2 | | 10.00 | | | |
| 3/10/10 | | | 3.00 | bank fee | 2 | | 3.00 | | | |
| 3/10/10 | | | 25.00 | bank fee | 2 | | 25.00 | | | |
| 3/10/10 | | | 25,000.00 | Constantine Cannon | 1 | 25,000.00 | | | | |
| 3/15/10 | | 500,000.00 | | Magister Law | | | | | | |
| 3/15/10 | | | 35.00 | bank fee | 2 | | 35.00 | | | |
| 3/15/10 | | | 45.00 | bank fee | 2 | | 45.00 | | | |
| 3/15/10 | | | 20.00 | bank fee | 2 | | 20.00 | | | |
| 3/15/10 | | | 25,000.00 | Fine and Assoc | 1 | 25,000.00 | | | | |
| 3/15/10 | | | 20,000.00 | Selva Viva | 1 | 20,000.00 | | | | |
| 3/16/10 | 10024 | | 10,000.00 | | 1 | 10,000.00 | | | | |
| 3/18/10 | | | 2,361.11 | adp tax | 4 | | | | 2,361.11 | |
| 3/19/10 | | | 13.00 | adp tax | 4 | | | | 13.00 | |
| 3/22/10 | 10026 | | 3,020.19 | Andrew Woods | 5 | | | | | 3,020.19 |
| 3/22/10 | 930994 | | 1,763.05 | | 1 | 1,763.05 | | | | |
| 3/22/10 | 930995 | | 82,790.00 | | 1 | 82,790.00 | | | | |
| 3/24/10 | | | 97.00 | adp payroll | 3 | | | 97.00 | | |
| 3/25/10 | 930996 | | 506,166.79 | | 1 | 506,166.79 | | | | |
| 3/26/10 | | | 25.00 | bank fee | 2 | | 25.00 | | | |
| 3/26/10 | | | 20,000.00 | Recht & Korsfeld | 1 | 20,000.00 | | | | |
| 4/1/10 | | | 2,361.11 | adp tax | 4 | | | | 2,361.11 | |
| 4/2/10 | | | 13.00 | adp tax | 4 | | | | 13.00 | |
| 4/7/10 | | | 107.50 | adp payroll | 3 | | | 107.50 | | |
| 4/7/10 | 10027 | | 3,020.19 | Andrew Woods | 5 | | | | | 3,020.19 |
| 4/7/10 | | | 40.00 | Bank fee | 2 | | 40.00 | | | |
| 4/7/10 | | | 20,000.00 | Selva Viva | 1 | 20,000.00 | | | | |
| 4/15/10 | | | 2,361.11 | adp tax | 4 | | | | 2,361.11 | |
| 4/16/10 | | | 13.00 | adp tax | 4 | | | | 13.00 | |
| 4/20/10 | | | 15,441.76 | Aaron Marr Page | 1 | 15,441.76 | | | | |
| 4/20/10 | | | 25.00 | Bank fee | 2 | | 25.00 | | | |
| 4/20/10 | 2101 | | | Steven Donziger | | | | | | |
| 4/21/10 | | | 97.00 | adp payroll | 3 | | | 97.00 | | |
| 4/21/10 | 10028 | | 3,020.19 | Andrew Woods | 5 | | | | | 3,020.19 |
| 4/26/10 | | | 5,000.00 | Selva Viva | 1 | 5,000.00 | | | | |
| 4/29/10 | | | 2,361.11 | adp tax | 4 | | | | 2,361.11 | |
| 4/29/10 | | | 40.00 | Bank fee | 2 | | 40.00 | | | |
| 4/30/10 | | | 13.00 | adp tax | 4 | | | | 13.00 | |
| 5/4/10 | | | 3,020.19 | Andrew Woods | 5 | | | | | 3,020.19 |
| 5/4/10 | | | 34.00 | Bank fee | 2 | | 34.00 | | | |
| 5/5/10 | | | 97.00 | adp payroll | 3 | | | 97.00 | | |
| 5/5/10 | | | 34.00 | Bank fee | 2 | | 34.00 | | | |
| 5/11/10 | | | 15.00 | Bank fee | 2 | | 15.00 | | | |
| 5/13/10 | | | 2,361.11 | adp tax | 4 | | | | 2,361.11 | |
| 5/13/10 | | | 34.00 | adp tax | 2 | | 34.00 | | | |
| 5/13/10 | | | 13.00 | adp tax | 4 | | | | 13.00 | |
| 5/14/10 | | | 34.00 | Bank fee | 2 | | 34.00 | | | |
| 5/14/10 | | | 34.00 | Bank fee | 2 | | 34.00 | | | |

JRIZACK0000031

| Date | Check # | | Amount | Payee | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/4/08 | 10001 | | 2,442.12 | | | | | | |
| 8/31/11 | | | 20.00 | Bank fee | 2 | | 20.00 | | |
| 9/26/11 | | | 18.00 | Bank fee | 2 | | 18.00 | | |
| 9/26/11 | | 27,016.61 | | Magister Law | | | | | |
| 9/30/11 | | | 20.00 | Bank fee | 2 | | 20.00 | | |
| 10/13/11 | 1133 | | 781.25 | Jeanine Moss | 1 | 781.25 | | | |
| 10/24/11 | 1134 | | 816.25 | Jeanine Moss | 1 | 816.25 | | | |
| 10/28/11 | 1137 | | 540.00 | Chris Longseth | 1 | 540.00 | | | |
| 10/28/11 | 1136 | | 501.25 | Jeanine Moss | 1 | 501.25 | | | |
| 11/14/11 | 1139 | | 300.00 | Chris Longseth | 1 | 300.00 | | | |
| 11/15/11 | 1138 | | 1,600.00 | Jeanine Moss | 1 | 1,600.00 | | | |
| 11/15/11 | | 250,000.00 | | Magister Law | | | | | |
| 11/22/11 | 1153 | | 225.44 | Jeanine Moss | 1 | 225.44 | | | |
| 12/5/11 | | | 15.00 | Bank fee | 2 | | 15.00 | | |
| 12/5/11 | | | 15.00 | Bank fee | 2 | | 15.00 | | |
| 12/5/11 | | | 7,500.00 | Louis F Demetteis or Lillian Mreedwood | 1 | 7,500.00 | | | |
| 12/8/11 | 1154 | | 1,918.75 | Jeanine Moss | 1 | 1,918.75 | | | |
| 12/29/11 | 1157 | | 1,257.48 | Jeanine Moss | 1 | 1,257.48 | | | |
| 12/31/11 | | | | Danziger Yearly Fee | | | | | |
| 1/4/12 | 2006 | | 30,000.00 | Henton Communication | 1 | 30,000.00 | | | |
| 6/13/11 | | 250,000.00 | | Magister Law | | | | | |
| 5/18/11 | 2096 | | 459.80 | | 1 | 459.80 | | | |
| | | 1,429,486.18 | 703,195.51 | | | 702,491.21 | 548.00 | 50.30 | |

JRIZACK0000032

**Chase Personal - Steven R Donziger**

| Date | Ck # | Credit | Debit | Description | | Bank Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 1/27/10 | | | 15,000.00 | Selva Viva | | - | 15,000.00 |
| 2/4/10 | | | 70.00 | Bank Wire Fees | 1 | 70.00 | - |
| 2/4/10 | | | 15,000.00 | Brownstein Hyatt Farber | | - | 15,000.00 |
| 5/11/10 | | | 20.00 | Bank Wire Fees | 1 | 20.00 | - |
| 5/11/10 | | | 90,000.00 | Emery Celli Brinckerhoff & ABANEW | | - | 90,000.00 |
| 5/20/10 | | | 20,000.00 | Selva Viva | | - | 20,000.00 |
| 6/3/10 | | | 80.00 | Bank Wire Fees | 1 | 80.00 | - |
| 6/3/10 | | | 30,000.00 | Selva Viva | | - | 30,000.00 |
| 6/23/10 | | | 20,000.00 | Andew Woods | | - | 20,000.00 |
| 6/23/10 | | | 20.00 | Bank Wire Fees | 1 | 20.00 | - |
| 8/16/10 | | | 20.00 | Bank Wire Fees | 1 | 20.00 | - |
| 8/16/10 | | | 100,000.00 | Friedman Kaplan Seiler & Adelmnew | | - | 100,000.00 |
| 9/24/10 | | | 75,000.00 | Friedman Kaplan Seiler & Adelmnew | | - | 75,000.00 |
| 9/28/10 | | | 95,200.88 | Emery Celli Brinckerhoff & ABANEW | | - | 95,200.88 |
| 10/6/10 | | | 80.00 | Bank Wire Fees | 1 | 80.00 | - |
| 10/6/10 | | | 30,000.00 | Selva Viva | | - | 30,000.00 |
| 10/27/10 | | | 50,000.00 | Friedman Kaplan Seiler & Adelmnew | | - | 50,000.00 |
| 11/5/10 | | | 60.00 | Bank Wire Fees | 1 | 60.00 | - |
| 11/5/10 | | | 35,000.00 | Selva Viva | | - | 35,000.00 |
| 11/29/10 | | | 100,000.00 | Friedman Kaplan Seiler & Adelmnew | | - | 100,000.00 |
| 12/7/10 | | | 46,525.98 | Friedman Kaplan Seiler & Adelmnew | | - | 46,525.98 |
| 12/7/10 | | | 40,000.00 | Selva Viva | | - | 40,000.00 |
| 12/20/10 | | | 10,000.00 | Maria Cristina Cadena Ponce | | - | 10,000.00 |
| 12/27/10 | | | 85.00 | Bank Wire Fees | 1 | 85.00 | - |
| 12/28/10 | | | 115.00 | Bank Wire Fees | 1 | 115.00 | - |
| 12/28/10 | | | 7,500.00 | Grant Fine Imad | | - | 7,500.00 |
| 12/28/10 | | | 2,000.00 | Juan Pablo Saenz Mena | | - | 2,000.00 |
| 12/28/10 | | | 2,000.00 | Julio Marcele Prieto Mendez | | - | 2,000.00 |
| | | | 783,776.86 | | | 550.00 | 783,226.86 |
| | | | | | | Bank Fees | Expenses |
| 4/8/11 | | | 40.00 | Bank Wire Fees | 1 | 40.00 | - |
| 4/8/11 | | | 35,000.00 | Selva Viva | | - | 35,000.00 |
| 6/28/11 | | | 50,000.00 | Pablo Estenio Mendoza | | - | 50,000.00 |
| 7/12/11 | | | 40.00 | Bank Wire Fees | 1 | 40.00 | - |
| | | | 85,080.00 | | | 80.00 | 85,000.00 |

JRIZACK0000033

**Steven Donziger**
**Cash Reconciliation**

| | 2007 Total | 2008 Total | 2009 Total | 2010 Total | 2011 Total |
|---|---|---|---|---|---|
| **Income** | | | | | |
| Personal Account | | | | - | - |
| Attorney Escrows Account | 1,500,000.00 | - | - | 2,300,153.00 | 1,429,486.18 |
| | 1,500,000.00 | - | - | 2,300,153.00 | 1,429,486.18 |
| **American Express Expenses** | | | | | |
| Transportation | | | | | |
| Air | | | | 38,613.44 | 93,603.67 |
| Taxi | | | | 9,212.50 | 6,835.47 |
| Train | | | | 2,283.66 | 1,686.41 |
| Car Rental | | | | 635.97 | 829.91 |
| Total Transportation | | | | 50,745.57 | 102,955.46 |
| Hotel | | | | 18,278.19 | 20,890.85 |
| Meals | | | | 22,939.54 | 30,577.82 |
| Telephone | | | | 8,160.34 | 11,954.96 |
| Printing & Supplies | | | | 4,046.17 | 1,166.11 |
| Press Releases | | | | 29,235.00 | 59,180.50 |
| Shipping | | | | 797.58 | 636.05 |
| Misc. | | | | 9,911.69 | 12,878.79 |
| Professional Services | | | | 5,000.00 | 1,938.41 |
| | | | | 98,368.51 | 139,223.49 |
| **Personal Account Expenses** | | | | | |
| Professional Fees | 16,120.00 | 12,996.30 | 24,419.77 | 783,226.86 | 85,000.00 |
| Bank Fees | | | | 550.00 | 80.00 |
| | 16,120.00 | 12,996.30 | 24,419.77 | 783,776.86 | 85,080.00 |
| **2007-2009 Bank fees are included in Professional Fees | | | | | |
| **Attorney Escrow Account Expenses** | | | | | |
| Professional Fees | 1,002,361.53 | 28,211.61 | 203,958.99 | 1,387,137.50 | 702,491.21 |
| Bank Fees | | | | 1,496.00 | 648.00 |
| ADP Fees | | | | 1,036.80 | 56.30 |
| ADP Tax | | | | 24,145.60 | |
| Payroll Check | | | | 27,181.71 | |
| | 1,002,361.53 | 28,211.61 | 203,958.99 | 1,440,997.61 | 703,195.51 |
| **Donziger Trust** | | | | | |
| Loan To Personal Account to Keker & Van Nest | | | | | 100,000.00 |
| | | | | | 100,000.00 |
| **Donziger & Associates Fees** | | | | | |
| Monthly Fee | 25,000.00 | 30,000.00 | 35,000.00 | 35,000.00 | 35,000.00 |
| Yearly Fee | 300,000.00 | 360,000.00 | 420,000.00 | 420,000.00 | 420,000.00 |
| **Net Income** | 181,518.47 | (401,207.91) | (648,378.76) | (493,735.55) | (120,968.28) |
| **Total Due** | | | | | (1,482,772.09) |

JRIZACK0000034

**Case Expenditures 2007 - 2013**

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Total |
|---|---|---|---|---|---|---|---|---|
| Admin | - | - | - | - | 10,041.81 | - | - | 10,041.81 |
| Admin/Legal/Support | 2,361.53 | 10,736.57 | 112,608.45 | 124,305.87 | 179,227.01 | 249,710.81 | 12,000.00 | 690,950.24 |
| Advocacy/PR | - | - | - | 65,000.00 | - | 687,175.88 | - | 752,175.88 |
| Ecuador Case Exp | 12,000.00 | 2,000.00 | - | - | - | - | - | 14,000.00 |
| Ecuador Legal | 4,000.00 | 10,571.30 | 36,080.00 | 368,000.00 | 454,000.00 | 718,000.00 | - | 1,590,651.30 |
| Enforcement | - | - | - | - | 605,000.00 | 1,861,031.96 | - | 2,466,031.96 |
| Fundraising | - | - | - | - | - | 587,905.90 | 61,801.98 | 649,707.87 |
| Fundraising/Case Support | - | - | - | - | - | 156,636.99 | - | 156,636.99 |
| Legal for Case Support | - | - | - | - | 600,000.00 | 309,100.00 | - | 909,100.00 |
| Misc. | - | 17,475.04 | 66,305.54 | 593,625.12 | 242,178.95 | 231,996.16 | - | 1,151,580.81 |
| US Legal | 1,000,000.00 | - | 500,000.00 | 1,077,721.68 | 8,203,001.19 | 1,516,926.65 | 300,000.00 | 12,597,649.52 |
| US Legal/Investigation | - | - | 10,000.00 | 32,500.00 | - | 25,000.00 | - | 67,500.00 |
| US Litigation Support | - | - | - | 110,689.88 | 131,570.92 | 121,000.00 | - | 363,260.80 |
| | 1,018,361.53 | 40,782.91 | 724,993.99 | 2,371,842.55 | 10,425,019.88 | 6,464,484.35 | 373,801.98 | 21,419,287.19 |

JRIZACK0000035

## Case Expenditures 2007

| | 2007 | % |
|---|---|---|
| Misc. | - | 0% |
| Admin | - | 0% |
| Admin/Legal/Support | 2,361.53 | 0% |
| Advocacy/PR | - | 0% |
| Ecuador Case Exp | 12,000.00 | 1% |
| Ecuador Legal | 4,000.00 | 0% |
| Enforcement | - | 0% |
| Fundraising | - | 0% |
| Fundraising/Case Support | - | 0% |
| Legal for Case Support | - | 0% |
| US Legal | 1,000,000.00 | 98% |
| US Legal/Investigation | - | 0% |
| US Litigation Support | - | 0% |
| | 1,018,361.53 | 100% |



2007

- Misc.
- Admin
- Admin/Legal/Support
- Advocacy/PR
- Ecuador Case Exp
- Ecuador Legal
- Enforcement
- Fundraising

JRIZACK0000036

## Case Expenditures Total
## 2007 - 2013

| | Total | % |
|---|---|---|
| Misc. | 1,151,580.81 | 5% |
| Admin | 10,041.81 | 0% |
| Admin/Legal/Support | 690,950.24 | 3% |
| Advocacy/PR | 752,175.88 | 4% |
| Ecuador Case Exp | 14,000.00 | 0% |
| Ecuador Legal | 1,590,651.30 | 7% |
| Enforcement | 2,466,031.96 | 12% |
| Fundraising | 649,707.87 | 3% |
| Fundraising/Case Support | 156,636.99 | 1% |
| Legal for Case Support | 909,100.00 | 4% |
| US Legal | 12,597,649.52 | 59% |
| US Legal/Investigation | 67,500.00 | 0% |
| US Litigation Support | 363,260.80 | 2% |
| | 21,419,287.19 | 100% |



Total

- Misc.
- Admin
- Admin/Legal/Support
- Advocacy/PR
- Ecuador Case Exp
- Ecuador Legal
- Enforcement
- Fundraising

JRIZACK0000037

## Case Expenditures 2008

| | 2008 | % |
|---|---|---|
| Misc. | 17,475.04 | 43% |
| Admin | - | 0% |
| Admin/Legal/Support | 10,736.57 | 26% |
| Advocacy/PR | - | 0% |
| Ecuador Case Exp | 2,000.00 | 5% |
| Ecuador Legal | 10,571.30 | 26% |
| Enforcement | - | 0% |
| Fundraising | - | 0% |
| Fundraising/Case Support | - | 0% |
| Legal for Case Support | - | 0% |
| US Legal | - | 0% |
| US Legal/Investigation | - | 0% |
| US Litigation Support | - | 0% |
| | 40,782.91 | 100% |



JRIZACK0000038

## Case Expenditures 2009

| | 2009 | % |
|---|---|---|
| Misc. | 66,305.54 | 9% |
| Admin | - | 0% |
| Admin/Legal/Support | 112,608.45 | 16% |
| Advocacy/PR | - | 0% |
| Ecuador Case Exp | - | 0% |
| Ecuador Legal | 36,080.00 | 5% |
| Enforcement | - | 0% |
| Fundraising | - | 0% |
| Fundraising/Case Support | - | 0% |
| Legal for Case Support | - | 0% |
| US Legal | 500,000.00 | 69% |
| US Legal/Investigation | 10,000.00 | 1% |
| US Litigation Support | - | 0% |
| | 724,993.99 | 100% |



**2009**

- ※ Misc.
- ※ Admin
- ※ Admin/Legal/Support
- ※ Advocacy/PR
- ※ Ecuador Case Exp
- ※ Ecuador Legal
- ※ Enforcement
- ※ Fundraising

JRIZACK0000039