# EXHIBIT 13

$ 5,000,000 Investment =

| Settlement Amount | Shares | Return On Investment/X | |
|---|---|---|---|
| $ 10,000,000,000 | 2.500% | $ 250,000,000 | 50.00 |
| $ 9,000,000,000 | 2.500% | $ 225,000,000 | 45.00 |
| $ 8,000,000,000 | 2.500% | $ 200,000,000 | 40.00 |
| $ 7,000,000,000 | 2.500% | $ 175,000,000 | 35.00 |
| $ 6,000,000,000 | 2.500% | $ 150,000,000 | 30.00 |
| $ 5,000,000,000 | 2.500% | $ 125,000,000 | 25.00 |
| $ 4,000,000,000 | 2.500% | $ 100,000,000 | 20.00 |
| $ 3,000,000,000 | 2.500% | $ 75,000,000 | 15.00 |
| $ 2,000,000,000 | 2.500% | $ 50,000,000 | 10.00 |
| $ 1,000,000,000 | 2.500% | $ 25,000,000 | 5.00 |

$ 3,000,000 Investment =

| Settlement Amount | Shares | Return On Investment/X | |
|---|---|---|---|
| $ 10,000,000,000 | 1.500% | $ 150,000,000 | 50.00 |
| $ 9,000,000,000 | 1.500% | $ 135,000,000 | 45.00 |
| $ 8,000,000,000 | 1.500% | $ 120,000,000 | 40.00 |
| $ 7,000,000,000 | 1.500% | $ 105,000,000 | 35.00 |
| $ 6,000,000,000 | 1.500% | $ 90,000,000 | 30.00 |
| $ 5,000,000,000 | 1.500% | $ 75,000,000 | 25.00 |
| $ 4,000,000,000 | 1.500% | $ 60,000,000 | 20.00 |
| $ 3,000,000,000 | 1.500% | $ 45,000,000 | 15.00 |
| $ 2,000,000,000 | 1.500% | $ 30,000,000 | 10.00 |
| $ 1,000,000,000 | 1.500% | $ 15,000,000 | 5.00 |

$ 1,000,000 Investment =

| Settlement Amount | Shares | Return On Investment/X | |
|---|---|---|---|
| $ 10,000,000,000 | 0.500% | $ 50,000,000 | 50.00 |
| $ 9,000,000,000 | 0.500% | $ 45,000,000 | 45.00 |
| $ 8,000,000,000 | 0.500% | $ 40,000,000 | 40.00 |
| $ 7,000,000,000 | 0.500% | $ 35,000,000 | 35.00 |
| $ 6,000,000,000 | 0.500% | $ 30,000,000 | 30.00 |
| $ 5,000,000,000 | 0.500% | $ 25,000,000 | 25.00 |
| $ 4,000,000,000 | 0.500% | $ 20,000,000 | 20.00 |
| $ 3,000,000,000 | 0.500% | $ 15,000,000 | 15.00 |
| $ 2,000,000,000 | 0.500% | $ 10,000,000 | 10.00 |
| $ 1,000,000,000 | 0.500% | $ 5,000,000 | 5.00 |