# **EXHIBIT 16**

# Joshua Rizack

| | |
|---|---|
| **From:** | Aaron Marr Page <aaron@forumnobis.org> |
| **Sent:** | Wednesday, September 28, 2016 11:03 AM |
| **To:** | Alan Lenczner |
| **Cc:** | 'Steven Donziger'; Joshua Rizack |
| **Subject:** | FW: to sign -- second investment agreement |
| **Attachments:** | Funder 200 - Appendix 3.pdf; Funder 200 - Appendix 2.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

The appendices are attached. Recognizing the technical nature of these appendices (the relevant binding obligations are in the agreement itself) this funder did not require that the appendices be signed, which makes more sense to us, and is easier. So we just need a signature on the agreement.

Josh will be working with the investor on the side letter.

**From:** Steven Donziger [mailto:sdonziger@donzigerandassociates.com]
**Sent:** Wednesday, September 28, 2016 10:27 AM
**To:** Joshua Rizack <jrizack@therisinggroup.com>; Aaron Marr Page <aaron@forumnobis.org>
**Subject:** Fwd: to sign -- second investment agreement


Begin forwarded message:

> **From:** Alan Lenczner <alenczner@litigate.com>
> **Date:** September 28, 2016 at 8:08:34 AM GMT-5
> **To:** Steven Donziger <sdonziger@donzigerandassociates.com>
> **Cc:** Joshua Rizack <jrizack@therisinggroup.com>, Alan Lenczner <alenczner@litigate.com>
> **Subject: RE: to sign -- second investment agreement**
>
> I have the Ecuador Judgment Investment Agreement for the investment of $200,000 that you forwarded yesterday.
>
> I do not have the appendices. Kindly forward them.
>
> I will also need a letter from the funder confirming that there is no requirement that Lenczner Slaght LLP continue with the recognition and enforcement action in Canada once monies for legal fees and disbursements are exhausted.

RIZACKPJD-0001826

Alan

**Alan J. Lenczner, Q.C.**
T 416-865-3090
F 416-865-2844
alenczner@litigate.com

Lenczner Slaght
130 Adelaide St W
Suite 2600
Toronto, ON
Canada M5H 3P5
www.litigate.com

This e-mail may contain legally privileged or confidential information. This message is intended only for the recipient(s) named in the message. If you are not an intended recipient and this e-mail was received in error, please notify us by reply e-mail and delete the original message immediately. Thank you. Lenczner Slaght Royce Smith Griffin LLP.

**From:** Steven Donziger [mailto:sdonziger@donzigerandassociates.com]
**Sent:** Tuesday, September 27, 2016 5:44 PM
**To:** Alan Lenczner; Karen Hayter
**Cc:** Joshua Rizack
**Subject:** to sign -- second investment agreement

Alan

Pls sign the attached and return to me and Josh, copied above. Thanks, Steven

**From:** Joshua Rizack <jrizack@therisinggroup.com>
**Sent:** Tuesday, September 27, 2016 5:40 PM
**To:** Steven Donziger
**Subject:** Agrement

RIZACKPJD-0001827

See attached Ecuador Judgement Agreement 200 – Needs Signature on last page

Best,
Joshua Rizack
The Rising Group Consulting, Inc.
T: (203) 227-4115
JRizack@TheRisingGroup.com

RIZACKPJD-0001828