# EXHIBIT 23

Josh

Account for all SRD labor thru the years (50m)   2001 full time 60/wedn

**Account for all money in since May 2016
  Krevlin (250); Cliff (250); JVM (250 minus 15); Ian (250 minus 12,500); Krevlin II (100); JVM (100 minus 5); Josh guy (200); Fenwick (50)

**Divide into two categories: Alan and Other Case Expenses that came to U.S. Rep

**Other includes these recent expenses:
  Transperfect: 31,500
  Gupta: 25,000
  Rizack: 13,000 (approx.)
  Asset counsel: 10,000
  Frisch (bar counsel): 7,500
  Page fees: 25,000 (verify)
  3BL Media: 4,600
  FDA: 10,000 (verify)
  Ecuador other (Yanza): 20,000
  Salazar: 3,200 (verify)
  Snowdy: 50,000
  SRD travel
    June Ecuador trip
    August Ecuador trip
    Sept Ecuador trip w Josh
    Toronto June and then August
    Toronto September
    France trip (calculate airfare at $3,000)
  Wire fees

**Other includes future expenses
  FDA: 25,000
  Page: 25,000
  Gupta: 25,000
  Supreme Court printing: 25,000

**Donziger salary
  hourly actual/donation to case difference between hourly and monthly
  divide between May 1 to today and before
  before May 1 is Donziger debt

**Donziger RICO case expenses

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

MKS-0000854

**Subject:** RE: Accounting
**Date:** Monday, January 23, 2017 11:16:55 AM Eastern Standard Time
**From:** Christien Lam
**To:** Joshua Rizack

Here you go:

| Date | Amount Received in USD | Amount Paid out in USD | Amounts Paid to Our Firm's Account |
|---|---|---|---|
| May 9, 2016 | $250,000.00 | Kremlin | Investor I |
| May 10, 2016 | | $75,000.00 | |
| July 13, 2016 | $100,000.00 | Kremlin | Investor I |
| July 19, 2016 | $250,000.00 | Cliff | Invs II |
| July 19, 2016 | | $105,000.00 | |
| October 3, 2016 | $285,000.00 | JVm | Invest III |
| October 6, 2016 | | $143,500.00 | |
| October 19, 2016 | $200,000.00 | Jusk 6mx | Invs IV |
| October 21, 2016 | | $100,000.00 | |
| December 1, 2016 | $95,000.00 | JVm | Invest IV |
| December 19, 2016 | | $65,000.00 | |
| January 3, 2017 | $237,500.00 | IAN | Invest V |

*Handwritten note: 1/1/16 Firm fee 5,000*

**From:** Joshua Rizack [mailto:jrizack@therisinggroup.com]
**Sent:** Monday, January 23, 2017 11:07 AM
**To:** Christien Lam
**Subject:** Re: Accounting

Thanks you. Can you also add a column for amounts paid to your firms account.s

Thanks,

**From:** Christien Lam <CLam@litigate.com>
**Date:** Monday, January 23, 2017 11:04 AM
**To:** Josh Rizack <jrizack@therisinggroup.com>
**Cc:** Steven Donziger <sdonziger@donzigerandassociates.com>, Alan Lenczner <alenczner@litigate.com>
**Subject:** Accounting

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

MKS-0000855



130 Adelaide St W  T 416-865-9500
Suite 2600  F 416-865-9010
Toronto, ON  www.litigate.com
Canada M5H 3P5

November 11, 2016

Alan J. Lenczner, Q.C.
Direct line:  416-865-3090
Direct fax:  416-865-2844
Email:  alenczner@litigate.com

**Via Email**   sdonziger@gmail.com

Mr. Steven Donziger
245 West 104 Street, #7D
New York, NY
10025

Dear Mr. Donziger:

**RE: Aguinda et al v. Chevron Corporation et al**
    **Our File No.:   43222**

Herewith a history of investments:

1. I have an Investment Agreement dated May 22, 2016 signed by the FDA representative, Carlos Guaman. I do not know who the funder is and need some verification of that. US $250,000 was received on May 9, 2016. US $75,000 was remitted to you on May 10, 2016.

2. I received a further US $100,000 on July 13, 2016. I have no record of who the funder is. I only have an email to you from George Crossman indicating that the money came from Glenn Krevlin. Can you kindly provide me with an Investment Agreement for this amount?

3. I have an Investment Agreement dated July 11, 2016 signed by Carlos Guaman, but once again, no documentation indicating the funder. US $250,000 was received on July 19, 2016 and, of that amount, US $105,000 was remitted to you on July 19, 2016.

4. I have an Investment Agreement dated August 24, 2016 which indicates that the funder is WDIS Finance LLC. US $285,000 was received on October 3, 2016 and we remitted US $143,000 to you on October 6, 2016.

5. I have an Investment Agreement dated August 24, 2016 indicating that the funder is Wellbeck Partners. We received US $200,000 on October 19, 2016 and we remitted US $100,000 to you on October 21, 2016.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

MKS-0000856

Mr. Steven Donziger  
November 11, 2016

2

I look forward to receiving the requested documentation.

Yours very truly,

*[signature]*

Alan J. Lenczner, Q.C.

AJL/klh

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
PROTECTED BY FED R. EVID. 502(d)

MKS-0000857