# EXHIBIT 24

| | |
|---|---|
| **From:** | Steven Donziger <sdonziger@donzigerandassociates.com> on behalf of Steven Donziger |
| **Sent:** | Wednesday, July 13, 2016 11:49 PM |
| **To:** | John H. van Merkensteijn III; Bill Twist |
| **Subject:** | Ecuador cap chart |
| **Attachments:** | Cap Chart.pdf |
| **Categories:** | KFLaw |

John and Bill,

Take a look at this and let's set up a call so I can explain the issue of the valuations.

I am available tomorrow (Thursday) or Friday if that works, or next week.

The timing is important; if you want in at this valuation we will have to move quickly.

I am also copying Josh Rizack who is helping me with these issues.

Thanks, Steven

---

**From:** Joshua Rizack <jrizack@therisinggroup.com>
**Sent:** Wednesday, July 13, 2016 9:29 AM
**To:** Steven Donziger
**Subject:** Cap Chart

See attached.

1

**Cap Chart**
**May-16**

|  | Definite | Forfeited | Disputed |
|---|---|---|---|
| **Investors** | | | |
| Treca | | 1.4700% | |
| Torvia | | 7.4797% | |
| DeLeon | | | |
| Temeaire | | 0.5000% | |
| Oren Kramer | 0.0610% | | |
| | **0.0610%** | **9.4497%** | **0.0000%** |
| | | | |
| **Attorneys & Consultants** | | | |
| Fromboliere | 2.0000% | | |
| Steven Donziger | 6.3000% | | |
| Patton Boggs | | 5.0000% | |
| SKV (Smyser) | 1.0000% | | |
| Barnes | 0.6000% | | |
| Fabiani/Lehane | 0.2500% | | |
| Downey McGrath Group | 0.2000% | | |
| Nextant | | 0.3000% | |
| H5 | | 1.2500% | |
| Bonifaz | | | |
| Motley Rice | | | 3.3000% |
| ECBA | | | 2.0000% |
| Maples | | | 2.0000% |
| Kohn, Swift & Graf | | | Not Included |
| | **10.3500%** | **6.5500%** | **7.3000%** |
| **Total** | **10.4110%** | **15.9997%** | **7.3000%** |