# EXHIBIT 30

Message

**From**: Jay Goldstein [jg@bertralaw.com]
**Sent**: 10/14/2016 06:04:46 PM
**To**: Joshua Rizack [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cac40543c733439e85b4aba5fb77f118-jrizack]
**Subject**: RE: Send data from MFP07468927 10/14/2016 13:46

Thank you

-----Original Message-----
From: Joshua Rizack [mailto:jrizack@therisinggroup.com]
Sent: Friday, October 14, 2016 2:03 PM
To: Jay Goldstein <jg@bertralaw.com>
Subject: Re: Send data from MFP07468927 10/14/2016 13:46

Please see attached signed agreement by all parties to the agreement and wire instructions for funding. Please don't hesitate to call me with any questions.

Best,

Joshua Rizack

The Rising Group Consulting, Inc.
T: (203) 227-4115
JRizack@TheRisingGroup.com

RIZACKPJD-0003974