# EXHIBIT 31

Aaron Marr Page
FORUM NOBIS PLLC
513 Capitol Court NE, Suite 100
Washington, D.C. 20002
(202) 618 2218
aaron@forumnobis.org
http://forumnobis.org/
@forumnobis

## Message

| | |
|---|---|
| **From**: | Steven Donziger [sdonziger@donzigerandassociates.com] |
| **Sent**: | 2/15/2017 02:35:54 PM |
| **To**: | Aaron Marr Page [aaron@forumnobis.org]; Joshua Rizack [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cac40543c733439e85b4aba5fb77f118-jrizack] |
| **Subject**: | Re: Investments/contracts/interests |

Josh

please study this and make sure it comports with what you know. are we missing anything?

---

**From:** Aaron Marr Page <aaron@forumnobis.org>
**Sent:** Tuesday, February 14, 2017 9:54:44 PM
**To:** Steven Donziger; Joshua Rizack
**Subject:** Investments/contracts/interests

Here is everything I have been able to gather, set out in categories. Let me know re any necessary adjustments. We can keep this updated going forward.

RIZACKPJD-0004071