# EXHIBIT 3-21

## Joshua Rizack

**From:** Joshua Rizack
**Sent:** Tuesday, October 09, 2018 6:02 PM
**To:** 'Delgass, Michael'
**Subject:** RE: Accounting

Can you please give me a call on my cell when you get a chance (203) 246-2639.

Thanks,

**From:** Delgass, Michael [mailto:mdelgass@sontagadvisory.com]
**Sent:** Friday, October 05, 2018 7:07 AM
**To:** Joshua Rizack <jrizack@therisinggroup.com>
**Subject:** RE: Accounting

Thanks very much – please keep me informed.

Regards,
Mike

Michael N. Delgass, J.D. | Chief Executive Officer, Managing Director |mdelgass@sontagadvisory.com
Sontag Advisory, LLC | 295 Madison Avenue, 5th Floor | New York, NY 10017
tel: (212) 973-0360 | fax: (646) 390-6446

Follow me on Twitter: @DelgassMichael

www.sontagadvisory.com
Follow the firm on Twitter: @SontagAdvisory

**From:** Joshua Rizack <jrizack@therisinggroup.com>
**Sent:** Thursday, October 4, 2018 6:08 PM
**To:** Delgass, Michael <mdelgass@sontagadvisory.com>
**Subject:** RE: Accounting

**ATTENTION - EXTERNAL EMAIL - This email originated from the following external email address - jrizack@therisinggroup.com.**

Spoke with Steven and he will send me the accounting early next week. I assume you want to see all of the funds received and disbursed from the time of the investment to current. Will forward to you as soon as I receive it.

Best,
Josh

**From:** Joshua Rizack
**Sent:** Wednesday, October 03, 2018 8:03 AM
**To:** Delgass, Michael <mdelgass@sontagadvisory.com>
**Subject:** Re: Accounting

**RIZACKPJD-0001130**

I have not been directly involved with this case in a while. I do get updates and I will forward your request to Steven Donziger. Don't hesitate to call me with any questions.

Best,
Josh Rizack

Sent from my iPhone

On Oct 3, 2018, at 7:22 AM, Delgass, Michael <mdelgass@sontagadvisory.com> wrote:

> Josh, you may recall that I am counsel and advisor to Wellbeck Partners, LLC with respect to its investment in the litigation against Chevron (per attached). While I have been following the course of the litigation closely, I do not have any visibility into how the invested funds have been expended.
>
> I would therefore like to formally request an accounting of those funds: that is, I would like to understand, on behalf of my client, what funds have been received and when, and what funds have been spent and when and to what purpose. While you should of course feel free to consult your own counsel, I think you will find this is a straightforward and typical request under the circumstances.
>
> Please let me know if you have any questions about what I am looking for.
>
> Regards,
> Mike
>
> Michael N. Delgass, J.D. | Chief Executive Officer, Managing Director |mdelgass@sontagadvisory.com
> Sontag Advisory, LLC | 295 Madison Avenue, 5th Floor | New York, NY 10017
> tel: (212) 973-0360 | fax: (646) 390-6446
>
> Follow me on Twitter: @DelgassMichael
>
> www.sontagadvisory.com
> Follow the firm on Twitter: @SontagAdvisory
>
> This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.
> <INVESTMENT.Summary.Short.Dec2016.pdf>