# EXHIBIT 3-24

Case 1:11-cv-00691-LAK-JCF   Document 2115-1   Filed 10/24/18   Page 4 of 40

Chevron Corporation v. Steven Donziger, et al.

**Investment Agreements Reviewed and Comparison with Known Investor Deposits into Donziger-Related Bank Accounts**     **Exhibit 2**
Time Period: May 2016 through January 2018

| Invstr. # | Investor | Date of Agreement | Execution Status [1] | Equity Interest [1] | Lenczner Slaght Role(s) [1] | Agreement Amount | Agreement After Fees | [2] Remained w/ Lenczner Slaght | Deposit Amount | Date | Bank | Account Name | Acct. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LENCZNER SLAGHT ROYCE SMITH ("LENCZNER SLAGHT") RELATED INVESTORS** | | | | | | | | | | | | | |
| I | Glenn Krevlin | 5/2/16 | Partial | 0.125% | Party | $ 250,000.00 | $ 250,000.00 | $ 175,000.00 | $ 74,990.00 | 5/10/16 | TD | Donziger & Associates | **8783 |
| I | Glenn Krevlin | 7/11/16 | Partial | 0.050% | Party | $ 100,000.00 | $ 100,000.00 | $ 100,000.00 | $ - | | | | |
| II | Cliff Eisler | 7/11/16 | Full | 0.125% | Party and Escrow Agent | $ 250,000.00 | $ 250,000.00 | $ 145,000.00 | $ 104,990.00 | 7/19/16 | TD | Donziger & Associates | **8783 |
| III | WDIS Finance LLC (John van Merkensteijn) | 8/24/16 | Full | 0.165% | Party and Escrow Agent | $ 300,000.00 | $ 285,000.00 | $ 141,500.00 | $ 143,490.00 | 10/6/16 | TD | Donziger & Associates | **8783 |
| IV | Wellbeck Partners (Jay L. Goldstein) | 8/24/16 | Full | 0.110% | Party and Escrow Agent | $ 200,000.00 | $ 200,000.00 | $ 100,000.00 | $ 99,990.00 | 10/21/16 | TD | Donziger & Associates | **8783 |
| III | WDIS Finance LLC (John van Merkensteijn) | 11/10/16 | Full | 0.055% | Party and Escrow Agent | $ 100,000.00 | $ 95,000.00 | $ 30,000.00 | $ 64,990.00 | 12/19/16 | TD | Donziger & Associates | **8783 |
| V | Indigenous People Limited [2] | 11/24/16 | Full | 0.1375% | Party and Escrow Agent | $ 250,000.00 | $ 237,500.00 | $ 100,000.00 | $ 137,490.00 | 2/21/17 | TD | Donziger & Associates | **8783 |
| | **LENCZNER SLAGHT-RELATED TOTALS** | | | | | $ 1,450,000.00 | $ 1,417,500.00 | $ 791,500.00 | $ 625,940.00 | | | | |
| **OTHER INVESTORS / INVESTMENTS** | | | | | | | | | | | | | |
| **FENWICK (GEORGE R. WATERS) RELATED** | | | | | | | | | | | | | |
| VI | Fenwick (George R. Waters) | 1/22/16 | Full | None | N/A | $ 102,000.00 | $ 100,000.00 | N/A | $ 50,000.00 | 1/25/16 | TD | Steven R. Donziger | **2265 |
| VI | Fenwick (George R. Waters) | 2/3/17 | Full | 0.076% | N/A | $ 50,000.00 | $ 50,000.00 | N/A | $ 50,000.00 | 2/14/17 | TD | Donziger & Associates | **8783 |
| VI | Fenwick (George R. Waters) | 12/17/17 | Not Exect'd | 0.025% | N/A | $ 50,000.00 | $ 50,000.00 | N/A | $ 50,000.00 | 12/11/17 | TD | Donziger & Associates | **8783 |
| | **FENWICK (GEORGE R. WATERS) TOTALS** | | | | | $ 202,000.00 | $ 200,000.00 | | $ 150,000.00 | | | | |
| **OTHER INVESTMENTS DEPOSITED WITH STREAMLINE FAMILY OFFICE INC DBA CWP ASSOCIATES ("CWP ASSOCIATES")** | | | | | | | | | | | | | |
| VII | CHV LLC / Tony Abbiati & Client (appears to be James McCaffrey) | 12/20/17 | Full | 0.250% | N/A | $ 500,000.00 | $ 500,000.00 | N/A | $ 250,000.00 | 1/2/18 | Bank of America | CWP Associates | **9158 |
| | | | | | | | | | $ 250,000.00 | 1/5/18 | Bank of America | CWP Associates | **9158 |
| I | Glenn Krevlin | 1/2/18 | Partial | 0.16675% | N/A | $ 250,000.00 | $ 250,000.00 | N/A | $ 250,000.00 | 1/18/18 | Bank of America | CWP Associates | **9158 |
| | **DEPOSITED WITH CWP ASSOCIATES TOTALS** | | | | | $ 750,000.00 | $ 750,000.00 | | $ 750,000.00 | | | | |
| | **GRAND TOTALS** | | | | | $ 2,402,000.00 | $ 2,367,500.00 | $ 791,500.00 | $ 1,525,940.00 | | | | |

**Notes:**

[1] In addition to Agreements, Kroll identified the "Execution Status," "Equity Interest," and "Lenczner Slaght Role(s)" based on documents provided in the Mary Katherine Sullivan productions.

[2] Per **JVM 002466**, Lenczner Slaght has retained $691,500 of the $1,417,500 it has received to satisfy outstanding legal fees. The $100,000 difference is likely due to the timing of the Indigenous People Ltd. Agreement transactions.
    **JVM 002466** was dated February 2, 2017, prior to the February 21, 2017 payment into the Donziger & Associate's TD Bank account.
    It also identifes the $237,500.00 After-Fees amount for the Indigenous People Ltd. Agreement as "Available Cash" in the Lenczner Slaght Escrow Account.