# EXHIBIT 3-45

## David Sherman

**From:** Steven Donziger <sdonziger@donzigerandassociates.com>
**Sent:** Wednesday, July 11, 2018 2:43 PM
**To:** Steven Donziger
**Subject:** Latest on Ecuador case

Friends,

Big news: As expected, Ecuador's Constitutional Court yesterday issued a 151-page decision unanimously affirming the judgment against Chevron and rejecting Judge Kaplan's so-called fraud findings. This is the end of the road for Chevron in Ecuador; the affected communities have won the case in the venue where Chevron insisted the trial be held and where it accepted jurisdiction. This is the first time in history Indigenous group have won a sizable environmental judgment against a large oil company that has been affirmed on appeal at every level.

The battle to collect the judgment continues in Canada, but this development should be a huge boost to our efforts.

On the other side of the ledger, and on a more personal note, a New York intermediate appellate court yesterday decided in a perfunctory one-page decision to suspend me from the practice of law based on Judge Kaplan's flawed and disputed findings without affording me a hearing. I am not disbarred; I am suspended on an interim basis as a "threat to the public order" pending further hearings to determine actual discipline. I am appealing this decision which I consider politically-motivated and the result of Chevron's and Judge Kaplan's overbearing influence rather than the result of a fair analysis of the facts.

Note that I am still a member of the District of Columbia bar which has not decided to discipline me based on Judge Kaplan's findings. While I find the NY decision extremely unjust and upsetting, I can assure it will not affect my work on the case. My statement in response is in the second link below.

Please review the materials below. If you have questions, do not hesitate to reach out. Thank you again for your support.

Best, Steven

http://www.csrwire.com/press_releases/41192-Chevron-Suffers-Major-8-0-Defeat-in-Ecuador-s-Constitutional-Court-Over-Landmark-Pollution-Judgment

## Chevron Suffers Major 8-0 Defeat in Ecuador's Constitutional Court Over Landmark Pollution Judgment – Press Releases on CSRwire.com

www.csrwire.com

1

Press Releases get your corporate social responsibility news and information out to journalists, investors, and industry professionals utilizing CSRwire's targeted reach.

http://www.csrwire.com/press_releases/41186-Chevron-Trying-to-Orchestrate-Disbarment-of-Attorney-Who-Won-Large-Pollution-Case-Claims-Threat-to-the-Public-Order-

Chevron Trying to Orchestrate Disbarment of Attorney Who Won Large Pollution Case; Claims "Threat to the Public Order" – Press Releases on CSRwire.com

www.csrwire.com

Press Releases get your corporate social responsibility news and information out to journalists, investors, and industry professionals utilizing CSRwire's targeted reach.

Sherman00000850