UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHEVRON CORPORATION,
                  Plaintiff,

        -against-

STEVEN DONZIGER, et al.,
                  Defendants.
------------------------------------------------------------X

11 **CIVIL** 691 (LAK)

**SUPPLEMENTAL JUDGMENT**

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated July 16, 2019, Chevron's motion [DI 2243] is granted in all respects; Chevron is awarded the sum of $3,433,384.30, against Donzinger and Donzinger Associates, PLLC, jointly and severally, as reasonable attorneys' fees incurred.

**Dated:**  New York, New York
             July 19, 2019

RUBY J. KRAJICK
**Clerk of Court**
BY:
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 7/19/2019