```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

                -against-                              11-cv-0691 (LAK)

STEVEN DONZIGER,

                Defendant.
------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2019

## ORDER OF APPOINTMENT

LEWIS A. KAPLAN, *District Judge.*

WHEREAS, the Court by order issued today is directing Steven Donziger to show cause why he should not be held in criminal contempt of court, and

WHEREAS, the Court previously tendered to the United States Attorney for the Southern District of New York the prosecution of Steven Donziger for criminal contempt of court and

WHEREAS, the United States Attorney "respectfully decline[d] on the ground that the matter would require resources that we do not readily have available," it is hereby

ORDERED, pursuant to Fed. R. Crim. P. 42(a)(2) and the inherent power of the Court, that Rita M. Glavin, Brian Maloney, and Sareen Armani are hereby appointed to prosecute Steven Donziger on the charges of criminal contempt of court set forth in the Order to Show Cause, dated today, and it is further

ORDERED, that these attorneys shall have the same power to investigate, gather evidence and present it to the Court as could any other government prosecutor including, without limitation, the power to issue or procure issuance of subpoenas and apply for and execute or cause the execution of search warrants.

Dated:    July 30, 2019

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge