# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

August 5, 2019

VIA ECF

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Chevron Corp. v. Donziger*, 11 Civ. 0691 (LAK) (S.D.N.Y.)

Dear Judge Kaplan:

On August 2, 2019, the Court issued an order to Chevron Corporation ("Chevron") to "file proper proof of service" of Chevron's third motion to compel discovery responses from non-party Ms. Laura Miller. Dkt. 2282. I write as Chevron's counsel to apprise Your Honor that Chevron filed with the Court on Friday an Affidavit of Service showing that Chevron caused a process agent to serve Ms. Miller by "delivering a true copy [of Chevron's motion] to said witness personally" on July 24. Dkt. 2284. Under Federal Rule of Civil Procedure 5(b)(2)(A), "handing [a motion] to [a] person" is sufficient to effect service of the motion on that person. On August 1, 2019, Ms. Miller effectively confirmed she received service: she contacted Chevron's counsel to request that Chevron provide her a second copy of the motion because she misplaced it. *See* Ex. 1. As a courtesy to Ms. Miller, on August 2, Chevron sent her a second copy by Federal Express next-day delivery. Chevron also confirmed in a response email to Ms. Miller that her filing deadline had passed on July 26. *Id.* As always, we appreciate the Court's consideration.

Respectfully,

*/s/ Randy M. Mastro*
Randy M. Mastro

Attachment