# EXHIBIT 113

This **TRANSFER AND ASSIGNMENT** (this *"Agreement"*) is made effective as of _____ __, 2019 by and among Aaron Marr Page and Forum Nobis PLLC (collectively referred to as *"Assignor"*), on the one hand, and Chevron Corporation (*"Assignee"*), on the other hand (*Assignor* and *Assignee* collectively referred to as the *"Parties"*).

IT IS HEREBY AGREED, between and among the Parties, as follows:

1. Assignment.  *Assignor* does hereby irrevocably assign, set over, and transfer to *Assignee* all right, title, and interest *Assignor* has, directly or indirectly, under the Agreement for Compensation and Investment for Professional Services, dated January 11, 2017, between and among the Amazon Defense Front (also known as "FDA" and "Frente de Defensa de la Amazonía") and Aaron Marr Page, Esq., together with their successors and assigns and all successors to and predecessors of that agreement, including (a) any contingent fee and (b) any interest in any judgment or funds related to or arising out of the enforcement, collection, or settlement of any judgment, and *Assignee* hereby accepts such assignment.

2. Counterparts.  This *Agreement* may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute the same document.

IN WITNESS WHEREOF, the Parties have executed this Transfer and Assignment as of _____ __, 2019.

 _____
 Aaron Marr Page
 in his individual capacity and in his capacity as
 authorized representative of Forum Nobis PLLC

STATE OF _____ )
 ) ss.:
COUNTY OF _____ )

On the _____ day of _____, before me, the undersigned notary public, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his individual capacity and in his capacities as authorized representative of Forum Nobis PLLC, and by his signature on the instrument, the individual and the persons upon behalf of which he acted, executed the instrument.

 _____ Notary Public

 _____
 (Name and Title)
 CHEVRON CORPORATION

STATE OF _____ )
                                         ) ss.:
COUNTY OF _____ )

On the _____ day of _____, before me, the undersigned notary public, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity as _____ of Chevron Corporation, and by his/her signature, the corporation upon behalf of which he/she acted, executed the instrument.

                                                 _____ Notary Public