```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
CHEVRON CORPORATION,

                    Plaintiff,     Docket No: 11 Civ 0691(LAK)

    - against -

STEVEN DONZINGER, et al.           NOTICE OF APPEARANCE

                    Defendants.
----------------------------------x
```

**PLEASE TAKE NOTICE**, that the Law Office of Anthony T. DiPietro, P.C., hereby appears in the above-captioned action as counsel to Laura Miller, for the limited purpose of the court conference conducted on September 13, 2019.

```
                        Law Office of Anthony T. DiPietro, P.C.

                        _____
                        By: Anthony T. DiPietro
                        Attorney for Laura Miller
                        233 Broadway, Suite 880
                        New York, New York 10279
                        (212) 233-3600
                        ANTHONY@ATDLaw.com
                        Fax: 212.202.7575
```