USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-17-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHEVRON CORPORATION,

                       Plaintiff,

      - against -

STEVEN DONZIGER, et al.,

                       Defendants.
------------------------------------------------------------X

11 CV 691 (LAK)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Court scheduled a hearing for August 7, 2019 to address the question of whether Defendant Donziger has purged his contempt of Paragraph 4 of the Forensic Inspection Protocol governing Donziger's identification of electronic devices, online social media and email accounts he has used since 2012 (the "Paragraph 4 Hearing").

Given then recently-initiated criminal contempt proceedings for which Donziger expressed a desire to retain counsel, and at Donziger's request (over Chevron's objection), the Court adjourned the Paragraph 4 Hearing until at least September 16, 2019 to provide Donziger with a three-week period to try to obtain counsel, and a two-week-plus period beyond that in the event he was successful in that effort.

As of September 16, 2019, no counsel has appeared on behalf of Donziger in this action, and the parties have not contacted the Court to reset the Paragraph 4 Hearing. Accordingly, Chevron and Donziger, whether represented by counsel or proceeding pro se, shall cooperate and coordinate with the undersigned's Courtroom Deputy to schedule the Paragraph 4 Hearing.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     September 17, 2019
           New York, New York

Copies transmitted to all counsel of record
and Steven R. Donziger (by ECF)