UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
CHEVRON CORPORATION,

    Plaintiff,

    v.

STEVEN DONZIGER, et al.,

    Defendants.
------------------------------------- x

11 Civ. 0691 (LAK)

### DECLARATION OF ANNE CHAMPION IN SUPPORT OF CHEVRON CORPORATION'S REPLY IN SUPPORT OF ITS MOTION TO HOLD AARON MARR PAGE AND FORUM NOBIS PLLC IN CONTEMPT OF COURT FOR THEIR VIOLATION OF THE RICO AND DEFAULT JUDGMENTS

I, ANNE CHAMPION, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York and before this Court. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Chevron Corporation ("Chevron") in this matter. I make this declaration, based on personal knowledge, in support of Chevron Corporation's Reply in support of its Motion to Hold Aaron Marr Page and Forum Nobis PLLC in Contempt of Court for their Violation of the RICO and Default Judgments. If called as a witness, I could and would testify competently as to the content of this declaration.

2. Attached hereto as **Exhibit 114** are excerpts from a true and correct copy of the September 16, 2019 transcript of New York state bar attorney disciplinary hearing for Steven Donziger, styled *In the Matter of Steven Donziger*, RP#2018.7008, and currently pending before the Departmental Disciplinary Committee of the Appellate Division. Page appeared as Donziger's

2

counsel during the proceeding and also testified on his behalf. During Page's testimony at the disciplinary hearing, Page testified that he was involved in assisting Donziger with fundraising and that Donziger received some investor funds for his own benefit.

Executed on this 16th day of October, 2019 at New York, New York.

                                                                                */s/ Anne Champion*
                                                                                 Anne Champion