# EXHIBIT A-1

**Analysis of SRD Cash Flows**  **Exhibit A-1**

**Summary of Litigation Related Inflows and Outflows:**
**Investor/Client Funds Deposits into Known SRD Accounts and Ecuador Litigation Related Vendor Expenditures**

Time Period: January 2010 through December 2018

| Category | | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Investor/Client Funds Deposits into Known SRD Accounts | A | $ 2,550,000 | $ 1,179,486 | $ 789,000 | $ 447,000 | $ - | $ - | $ 538,450 | $ 237,490 | $ 750,000 | $ 6,491,426 |
| Ecuador Litigation Related Vendor Expenditures [1] | B | (1,747,386) | (280,966) | (124,321) | (112,506) | (88,636) | (22,636) | (65,091) | (86,604) | (329,701) | (2,857,847) |
| SUBTOTAL | (A+B) | $ 802,614 | $ 898,520 | $ 664,679 | $ 334,494 | $ (88,636) | $ (22,636) | $ 473,359 | $ 150,886 | $ 420,299 | $ 3,633,579 |
| *Less*: $25,000/month Claimed Retainer | | | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (2,400,000) |
| TOTAL | | $ 802,614 | $ 598,520 | $ 364,679 | $ 34,494 | $ (388,636) | $ (322,636) | $ 173,359 | $ (149,114) | $ 120,299 | $ 1,233,579 |

**Note:**
[1] Aaron Marr Page has testified that he was paid for both work on the Ecuador Litigation and as personal counsel for Donziger; however, it is unclear which payments were related to any particular case. As such, all payments to Aaron Marr Page and Forum Nobis are split 50/50 between the Ecuador case and SRD Personal Counsel.