# EXHIBIT B-3

**Analysis of SRD Cash Flows**  **Exhibit B-3**

**Investor/Client Funds Deposits into Known SRD Accounts (Sorted by Declining Total)**

Time Period: January 2010 through December 2018

| Investor | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Magister Law | $ 2,000,000 | $ 1,049,486 | $ 225,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,274,486 |
| Torvia | - | - | 564,000 | 150,000 | - | - | - | - | - | 714,000 |
| Patton Boggs, LLP | 400,000 | 30,000 | - | - | - | - | - | - | - | 430,000 |
| Glenn J. Krevlin | - | - | - | - | - | - | 74,990 | - | 250,000 | 324,990 |
| Antony Abbiati | - | - | - | - | - | - | - | - | 250,000 | 250,000 |
| James McCaffrey | - | - | - | - | - | - | - | - | 250,000 | 250,000 |
| WDIS Finance (JV Merkensteijn) | - | - | - | - | - | - | 208,480 | - | - | 208,480 |
| George R Waters | - | - | - | 52,000 | - | - | 50,000 | 100,000 | - | 202,000 |
| Olswang LLP (Woodsford) | - | - | - | 200,000 | - | - | - | - | - | 200,000 |
| Orin Kramer | 150,000 | - | - | - | - | - | - | - | - | 150,000 |
| Indigenous People Ltd (Ian Watson) | - | - | - | - | - | - | - | 137,490 | - | 137,490 |
| Cliff Eisler | - | - | - | - | - | - | 104,990 | - | - | 104,990 |
| Michael Donziger | - | 100,000 | - | - | - | - | - | - | - | 100,000 |
| Wellbeck Partners (David Yass) | - | - | - | - | - | - | 99,990 | - | - | 99,990 |
| Amazonia Recovery Limited | - | - | - | 45,000 | - | - | - | - | - | 45,000 |
| **TOTAL** | $ 2,550,000 | $ 1,179,486 | $ 789,000 | $ 447,000 | $ - | $ - | $ 538,450 | $ 237,490 | $ 750,000 | $ 6,491,426 |