# EXHIBIT B-4

**Analysis of SRD Cash Flows**                                                                                                   Exhibit B-4

**Ecuador Litigation Related Vendor Expenditures and SRD Expenditures That May Be Ecuador Litigation Related (Sorted by Declining Total)**

Time Period: January 2010 through December 2018

| Payee | Role/Relationship [1] | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ecuador Litigation Expenditures** | | | | | | | | | | | |
| Selva Viva | Case Administration | $ (320,000) | $ (130,000) | $ (30,000) | $ - | $ - | $ - | $ - | $ - | $ - | $ (480,000) |
| Friedman Kaplan Seiler & Adelman | Donziger 1782 Counsel | (446,526) | - | - | - | - | - | - | - | - | (446,526) |
| Emery Celli Brinckerhoff & Abady | LAP Legal Representation for 1782s | (395,973) | - | - | - | - | - | - | - | - | (395,973) |
| Aaron Marr Page / Forum Nobis [2] | LAP Legal Team | (12,721) | - | - | (37,500) | (22,500) | (3,500) | (12,500) | (20,000) | (33,750) | (142,471) |
| Karen Hinton/Hinton Communications | Media/PR | (88,283) | (30,000) | - | - | (942) | - | (1,007) | - | (4,486) | (124,717) |
| Stratus Consulting | Environmental Consultants | (108,567) | - | - | - | - | - | - | - | - | (108,567) |
| PR Newswire | Media/PR | - | (53,480) | (41,499) | - | - | - | - | - | - | (94,979) |
| Pablo Estenio Fajardo Mendoza | LAP Ecuadorian Counsel | (14,000) | (50,000) | (15,000) | - | - | - | - | - | - | (79,000) |
| The Weinberg Group | Environmental Consultants | (50,000) | - | - | (25,000) | - | - | - | - | - | (75,000) |
| Jay Horowitz | LAP Legal Representation for 1782s | (65,813) | - | - | - | - | - | - | - | - | (65,813) |
| CSR Wire | Media/PR | - | (3,115) | (13,635) | (14,550) | (24,235) | (1,550) | - | - | - | (57,085) |
| Frente De Defensa De La Amazonia | FDA | - | - | - | - | - | - | (10,000) | (16,500) | (24,920) | (51,420) |
| Kerry Kennedy | Activist | (50,000) | - | - | - | - | - | - | - | - | (50,000) |
| Shuyana Natalia Yanza Allauca | Luis Yanza's Daughter | - | - | - | - | - | (2,000) | (19,500) | (9,100) | (3,000) | (33,600) |
| Fundacion Naupa de Saberes Andinos | NGO | - | - | - | - | - | - | - | (5,500) | (22,287) | (27,787) |
| 3BL Media LLC | Media/PR | - | - | - | - | - | - | (4,600) | (11,705) | (10,100) | (26,405) |
| Amazon Watch | NGO and Media/PR | (5,000) | - | - | (10,000) | (10,000) | - | - | - | - | (25,000) |
| Brownstein Hyatt Farber Schreck | LAP Legal Representation for 1782s | (25,000) | - | - | - | - | - | - | - | - | (25,000) |
| Constantine Cannon LLP | LAP Legal Representation for 1782s | (25,000) | - | - | - | - | - | - | - | - | (25,000) |
| Fine and Associates | Investigations | (25,000) | - | - | - | - | - | - | - | - | (25,000) |
| Counsel Press | Professional Services - Legal | - | - | - | - | (24,250) | - | - | - | - | (24,250) |
| Maria Cristina Cadena Ponce | LAP Legal Team | (20,000) | (2,000) | - | - | - | - | - | - | - | (22,000) |
| Recht & Kornfeld | LAP Legal Representation for 1782s | (20,000) | - | - | - | - | - | - | - | - | (20,000) |
| Coffield Law Group LLC | 1782 Counsel for A. Wray | (19,410) | - | - | - | - | - | - | - | - | (19,410) |
| Luis Yanza Angamarca | FDA | (10,000) | - | - | - | - | (5,800) | (1,000) | - | - | (16,800) |
| Outpost Digital | Media/PR | (15,000) | - | - | - | - | - | - | - | - | (15,000) |
| Pablo Guayasamin | Other Services | - | - | (15,000) | - | - | - | - | - | - | (15,000) |
| Julio Marcelo Prieto Mendez | LAP Ecuadorian Counsel | (10,000) | (2,000) | - | - | - | - | - | - | - | (12,000) |
| Long Tuminello Llp | Professional Services - Legal | - | - | - | - | - | - | (10,000) | - | - | (10,000) |
| Louis F Dematteis | Photographer | (410) | (7,500) | (418) | - | (309) | - | - | (605) | - | (9,242) |
| Becker Gallagher | Legal Publishing | - | - | - | - | - | (1,012) | - | (7,572) | - | (8,584) |
| Veritext | Court Reporter | - | - | - | (8,456) | - | - | - | - | - | (8,456) |
| Angela Zawadzki | Translator/Interpreter | (8,184) | - | - | - | - | - | - | - | - | (8,184) |
| Booth Media Group Inc | Media/PR | - | - | - | - | (6,040) | (2,024) | - | - | - | (8,064) |
| Appeal Tech | Professional Services - Legal | - | - | - | - | - | - | - | - | (7,973) | (7,973) |
| Paul Orzulak | Media/PR | (7,500) | - | - | - | - | - | - | - | - | (7,500) |
| Patricio Salazar Cordova | LAP Ecuadorian Counsel | - | - | - | - | - | - | - | - | (6,477) | (6,477) |
| Pachamama Alliance | NGO | - | - | - | - | (100) | (1,000) | (3,484) | (1,500) | - | (6,084) |
| Simon Billeness | Media/PR/Pressure | - | - | - | - | - | (250) | - | - | (5,000) | (5,250) |
| CD Language Solutions | Translations | - | - | (5,200) | - | - | - | - | - | - | (5,200) |
| Independent Media | Media/PR | - | - | - | - | - | - | - | - | (5,000) | (5,000) |
| John Boyd | 1782 Counsel for Kamp and E-Tech | (5,000) | - | - | - | - | - | - | - | - | (5,000) |
| Kevin Koenig | NGO (Amazon Watch) and Media/PR | - | - | - | - | - | (1,500) | - | (3,000) | - | (4,500) |
| Suzanne Parish | Other Services | - | - | - | - | - | - | - | (4,000) | - | (4,000) |
| Union De Afectados Por Texaco | LAP Allied Organization | - | - | - | - | - | (4,000) | - | - | - | (4,000) |
| Diane Noboa | Media/PR | - | - | - | - | - | - | (3,000) | - | - | (3,000) |
| Katie Sullivan | Financial Administration and Funding | - | - | - | - | - | - | - | - | (2,580) | (2,580) |
| Jason Glaser | Investigations | - | - | (2,018) | - | - | - | - | - | - | (2,018) |
| Ann Corbett | Media/PR (Wife of Simon Billeness) | - | - | - | - | - | - | - | (2,000) | - | (2,000) |
| Eissran Business Alliance | Other Services | - | (1,861) | - | - | - | - | - | - | - | (1,861) |
| Transperfect | Translations | - | (1,010) | (511) | - | (260) | - | - | - | - | (1,781) |
| Uyunkar Domingo Peas Nampichkai | Ecuadorian Activist | - | - | - | - | - | - | - | - | (1,365) | (1,365) |
| Asteri Soultions LLC | Investigations (Jason Glaser) | - | - | (1,039) | - | - | - | - | - | - | (1,039) |
| Square Space | Media/PR | - | - | - | - | - | - | - | (216) | (822) | (1,038) |
| **Subtotal: Ecuador Litigation Expenditures** | | **$ (1,747,386)** | **$ (280,966)** | **$ (124,321)** | **$ (95,506)** | **$ (88,636)** | **$ (22,636)** | **$ (65,091)** | **$ (81,698)** | **$ (127,760)** | **$ (2,634,000)** |

**Analysis of SRD Cash Flows**     <u>**Exhibit B-4**</u>

**Ecuador Litigation Related Vendor Expenditures and SRD Expenditures That May Be Ecuador Litigation Related (Sorted by Declining Total)**

Time Period: January 2010 through December 2018

| Payee | Role/Relationship [1] | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Canada Litigation Expenditures** | | | | | | | | | | | |
| Peter Grant Law Corp. | LAP Legal Team | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (106,582) | $ (106,582) |
| Anton Tabuns | Professional Services - Legal | - | - | - | (17,000) | - | - | - | - | (34,365) | (51,365) |
| University of Calgary | Media/PR | - | - | - | - | - | - | - | - | (41,152) | (41,152) |
| Rex Weyler | Media/PR | - | - | - | - | - | - | - | (4,905) | (13,848) | (18,753) |
| First Nations Summit Society | Indigenous Representative | - | - | - | - | - | - | - | - | (3,775) | (3,775) |
| Waddell Phillips, PC | Professional Services - Legal | - | - | - | - | - | - | - | - | (2,220) | (2,220) |
| **Subtotal: Canada Litigation Expenditures** | | $ - | $ - | $ - | $ (17,000) | $ - | $ - | $ - | $ (4,905) | $ (201,941) | $ (223,847) |
| **Subtotal: Ecuador & Canada Litigation Expenditures** | | $ (1,747,386) | $ (280,966) | $ (124,321) | $ (112,506) | $ (88,636) | $ (22,636) | $ (65,091) | $ (86,604) | $ (329,701) | $ (2,857,847) |
| **SRD Expenditures That May Be Ecuador Litigation Related [3]** | | | | | | | | | | | |
| SRD Employee | | $ (122,159) | $ (47,937) | $ (2,775) | $ (51,160) | $ (3,000) | $ - | $ - | $ - | $ - | $ (227,030) |
| Airline | | (1,081) | (14,823) | (64,227) | (7,624) | (5,884) | (6,870) | (7,115) | (14,683) | (17,860) | (140,166) |
| Lodging | | (1,859) | (1,973) | (6,160) | (1,411) | (3,506) | (2,653) | (4,874) | (9,943) | (6,162) | (38,541) |
| Dining | | - | (1,262) | (3,526) | (1,338) | (1,563) | (237) | (384) | (3,416) | (4,964) | (16,689) |
| Travel - Other | | - | - | - | - | - | - | (8) | - | (40) | (48) |
| **Subtotal: SRD Expenditures That May Be Ecuador Litigation Related** | | $ (125,100) | $ (65,995) | $ (76,687) | $ (61,532) | $ (13,953) | $ (9,760) | $ (12,381) | $ (28,041) | $ (29,025) | $ (422,475) |
| **TOTAL - Ecuador & Canada Litigation Expenditures and SRD Expenditures That May Be Ecuador Litigation Related** | | $ (1,872,486) | $ (346,961) | $ (201,008) | $ (174,038) | $ (102,589) | $ (32,396) | $ (77,472) | $ (114,645) | $ (358,727) | $ (3,280,322) |

<u>**Notes:**</u>

[1] Firms and individuals that performed either "Media/PR" or "Investigations" services may have done so in support of the Ecuador Litigation or for Donziger personally. For the purposes of this analysis, it is assumed that such services were in support of the Ecuador Litigation.

[2] Aaron Marr Page has testified that he was paid for both work on the Ecuador Litigation and as personal counsel for Donziger; however, it is unclear which payments were related to any particular case. As such, all payments to Aaron Marr Page and Forum Nobis are split 50/50 between the Ecuador case and SRD Personal Counsel.

[3] "SRD Expenditures That May Be Ecuador Litigation Related" includes Airfare, Lodging, Dining, and Travel expenditures made in Ecuador, Canada, Argentina, Brazil, and Belgium which were ostensibly in support of the Ecuador Litigation, as well as payroll and other payments to Donziger's employees.