# EXHIBIT B-6

**Analysis of SRD Cash Flows**  Exhibit B-6

**SRD Personal Expenditures (Adjusted for SRD Expenditures That May Be Ecuador Litigation Related and Sorted by Declining Total)**

Time Period: January 2010 through December 2018

| Payee | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| SRD Personal Counsel (EXH B-6.1) [1] | $ (12,721) | $ - | $ (170,000) | $ (650,500) | $ (22,500) | $ (5,294) | $ (72,750) | $ (23,750) | $ (33,750) | $ (991,265) |
| Unknown Purpose (EXH B-6.2) [2] | (25,110) | (411,198) | (45,961) | (107,287) | (10,558) | (3,247) | (3,108) | (7,250) | (13,669) | (627,388) |
| Spousal Disbursements | - | - | (50,000) | (59,000) | (103,000) | (3,044) | (77,000) | (210,000) | (115,727) | (617,771) |
| Mortgage | (83,624) | (77,606) | (77,350) | (77,093) | (70,562) | (76,965) | (51,225) | (6,403) | (51,373) | (572,201) |
| Credit Card [3] | (197,671) | (131,764) | (2,889) | (681) | (285) | (706) | (1,000) | (621) | (5,287) | (340,905) |
| Payee Under $1k [4] | (4,564) | (23,447) | (47,844) | (40,262) | (39,035) | (41,144) | (38,617) | (34,567) | (55,550) | (325,030) |
| Airline | (114) | (70,008) | (38,430) | (20,482) | (10,938) | (20,785) | (23,777) | (33,809) | (18,345) | (236,688) |
| Government Taxes and Fees | (5,078) | (48,952) | (188,636) | (266) | (754) | (575) | (372) | (798) | (728) | (246,159) |
| Lodging | (652) | (26,703) | (19,341) | (38,121) | (17,725) | (23,413) | (41,060) | (23,887) | (21,051) | (211,954) |
| Dining | (1,262) | (14,013) | (22,219) | (23,883) | (13,564) | (19,346) | (24,951) | (18,137) | (22,208) | (159,583) |
| Professional Services | (2,000) | (1,100) | (8,343) | (102,740) | (2,700) | (3,950) | (14,566) | (3,836) | - | (139,235) |
| Automotive | (31,137) | (6,414) | (12,822) | (15,439) | (11,364) | (9,058) | (8,005) | (7,230) | (6,663) | (108,131) |
| Cash | (16,776) | (15,283) | (16,709) | (9,594) | (10,536) | (5,694) | (10,112) | (2,182) | (2,616) | (89,501) |
| Telecom | (490) | (8,898) | (17,578) | (16,540) | (6,754) | (7,218) | (7,689) | (9,781) | (5,860) | (80,810) |
| Travel - Other | (233) | (7,485) | (7,998) | (16,349) | (11,571) | (7,378) | (8,592) | (7,413) | (8,766) | (75,784) |
| Insurance | (7,271) | (7,155) | (5,058) | (5,720) | (5,792) | (10,678) | (2,059) | (5,800) | (14,645) | (64,178) |
| Fitness | (1,690) | (5,080) | (2,738) | (4,397) | (3,550) | (5,222) | (12,632) | (7,997) | (7,823) | (51,127) |
| Synagogue | (20,329) | - | - | (8,400) | - | (10,600) | - | - | (5,461) | (44,790) |
| Clothing and Jewelry | (510) | (825) | (4,502) | (12,377) | (3,097) | (463) | (4,264) | (2,466) | (1,481) | (29,985) |
| Medical | (283) | (32) | (2,501) | (68) | (4,201) | (2,559) | (9,014) | (3,126) | (6,345) | (28,128) |
| Home and Office Furnishings | - | (22) | (6,692) | (3,611) | (143) | - | (12,891) | (1,081) | - | (24,440) |
| Technology | - | (1,204) | (3,761) | (3,954) | (596) | (1,973) | (1,989) | (10) | (5,301) | (18,789) |
| Office Supplies and Related Expenses | - | (687) | (1,632) | (3,624) | (5,181) | (1,158) | (1,000) | (852) | (2,262) | (16,397) |
| Pet Care | - | (467) | (1,407) | (4,542) | (3,101) | (6,550) | - | - | - | (16,067) |
| Misc. Retail | - | (1,650) | (2,490) | (1,212) | (1,924) | (2,362) | (2,245) | (1,249) | (2,895) | (16,027) |
| Donation | (1,000) | (1,000) | (1,600) | (7,330) | (330) | (360) | (270) | (2,090) | (1,330) | (15,310) |
| Child Related | - | - | (2,048) | (4,009) | (1,625) | (175) | (2,478) | - | (1,834) | (12,169) |
| Utilities | - | - | (250) | (1,401) | (1,092) | (2,778) | (2,365) | (2,397) | (1,555) | (11,839) |
| Entertainment | - | (350) | (2,179) | (987) | (818) | (903) | (1,841) | (1,389) | (1,902) | (10,369) |
| Bank Fees | (2,008) | (720) | (85) | (488) | (521) | (670) | (1,643) | (1,461) | (1,151) | (8,747) |
| Dry Cleaning | - | (1,003) | (1,538) | (1,383) | (1,175) | (1,176) | (1,229) | (501) | - | (8,004) |
| Grocery | - | (38) | (417) | (800) | (880) | (1,110) | (381) | - | (1,032) | (4,658) |
| Legal Fees and Dues | - | (278) | (255) | (295) | (803) | (750) | - | (1,045) | (872) | (4,298) |
| Beauty | (37) | (110) | (549) | (611) | (622) | (437) | (847) | (423) | (141) | (3,777) |
| Home Improvement/Repair | - | (840) | (225) | - | - | (327) | (1,307) | - | - | (2,698) |
| Subscriptions | - | (783) | (432) | (956) | (294) | - | - | - | (39) | (2,505) |
| **TOTAL** | $ (414,560) | $ (865,114) | $ (766,478) | $ (1,244,404) | $ (367,590) | $ (278,068) | $ (441,280) | $ (421,553) | $ (417,661) | $ (5,216,708) |

**Notes:** [1] Aaron Marr Page has testified that he was paid for both work on the Ecuador Litigation and as personal counsel for Donziger; however, it is unclear which payments were related to any particular case. As such, all payments to Aaron Marr Page and Forum Nobis are split 50/50 between the Ecuador case and SRD Personal Counsel. In addition, counsel who represented Mr. Donziger in the RICO trial and appeals, where the appealing LAPs were represented by seperate counsel, are treated as SRD Personal Counsel.

[2] "Unknown Purpose" includes payments for which supporting documentation is not available, as well as to payees who received more than $1,000 in payments, but for which the purpose is unclear.

[3] The Payee of "Credit Card" relates to payments made to credit card companies for periods for which the underlying statements are not available, as well as interest and miscellaneous fees.

[4] There are approximately 2,100 payees who each received less than $1,000 in aggregate from 2010-2018. These payees were not considered for categorization or relation to the Ecuador Litigation.