# EXHIBIT B-6.1

**Analysis of SRD Cash Flows** <u>**Exhibit B-6.1**</u>

**SRD Personal Expenditures - SRD Personal Counsel (Sorted by Declining Total)**

Time Period: January 2010 through December 2018

| Payee | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Keker & Van Nest, LLP | $ - | $ - | $ (150,000) | $ (300,000) | $ - | $ - | $ - | $ - | $ - | $ (450,000) |
| Aaron Marr Page / Forum Nobis | (12,721) | - | - | (37,500) | (22,500) | (3,500) | (12,500) | (20,000) | (33,750) | (142,471) |
| Friedman Rubin | - | - | - | (150,000) | - | - | - | - | - | (150,000) |
| Deepak Gupta | - | - | - | (100,000) | - | - | (25,000) | - | - | (125,000) |
| Ford, Miller & Wainer, P.A. | - | - | (10,000) | (30,000) | - | - | - | - | - | (40,000) |
| Meyers Saxon & Cole | - | - | - | - | - | - | (31,500) | - | - | (31,500) |
| The Gowen Group | - | - | - | (28,000) | - | - | - | - | - | (28,000) |
| Maya Murphy | - | - | (10,000) | - | - | (1,794) | - | - | - | (11,794) |
| Michael Frisch | - | - | - | - | - | - | (3,750) | (3,750) | - | (7,500) |
| Gross Law | - | - | - | (5,000) | - | - | - | - | - | (5,000) |
| TOTAL | $ (12,721) | $ - | $ (170,000) | $ (650,500) | $ (22,500) | $ (5,294) | $ (72,750) | $ (23,750) | $ (33,750) | $ (991,265) |

<u>Note:</u>

[1] Aaron Marr Page has testified that he was paid for both work on the Ecuador Litigation and as personal counsel for Donziger; however, it is unclear which payments were related to any particular case. As such, all payments to Aaron Marr Page and Forum Nobis are split 50/50 between the Ecuador case and SRD Personal Counsel.