# EXHIBIT B-6.2

**Analysis of SRD Cash Flows**  <u>**Exhibit B-6.2**</u>

**SRD Personal Expenditures - Unknown Purpose [1] (Sorted by Declining Total)**

Time Period: January 2010 through December 2018

| Payee | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Unknown Payee | $ (25,110) | $ (411,198) | $ (1,000) | $ (31,008) | $ (2,098) | $ (3,247) | $ (3,108) | $ (7,250) | $ (7,795) | $ (491,813) |
| UBS Ag Zurich Acct 8021 | - | - | (30,000) | - | - | - | - | - | - | (30,000) |
| Charles Buchanan | - | - | - | (20,000) | (7,000) | - | - | - | - | (27,000) |
| Nissman Esquire | - | - | - | (22,040) | - | - | - | - | - | (22,040) |
| Big House Inc. | - | - | - | (9,000) | - | - | - | - | - | (9,000) |
| Brant McGee | - | - | - | (9,000) | - | - | - | - | - | (9,000) |
| TSI TOSS Inc | - | - | (7,925) | - | - | - | - | - | - | (7,925) |
| Key Bank | - | - | - | (6,472) | - | - | - | - | - | (6,472) |
| Christina Page | - | - | - | (5,000) | - | - | - | - | - | (5,000) |
| Peter deCastro | - | - | (4,300) | - | - | - | - | - | - | (4,300) |
| Michael R. D'Angelo | - | - | - | (3,300) | - | - | - | - | - | (3,300) |
| Leif Utne | - | - | - | - | - | - | - | - | (2,750) | (2,750) |
| White & White | - | - | (2,736) | - | - | - | - | - | - | (2,736) |
| Bogart House LLC | - | - | - | - | - | - | - | - | (2,000) | (2,000) |
| Nicholas Crowley | - | - | - | (1,468) | - | - | - | - | - | (1,468) |
| Marco Vinicio Maldonado Guerrero | - | - | - | - | (1,460) | - | - | - | - | (1,460) |
| Sociedad De Preservacion | - | - | - | - | - | - | - | - | (1,124) | (1,124) |
| **TOTAL** | $ (25,110) | $ (411,198) | $ (45,961) | $ (107,287) | $ (10,558) | $ (3,247) | $ (3,108) | $ (7,250) | $ (13,669) | $ (627,388) |

<u>**Note:**</u>

[1] "Unknown Purpose" includes payments for which supporting documentation is not available, as well as to payees who received more than $1,000 in payments, but for which the purpose is unclear.