# EXHIBIT 3

| | |
|---|---|
| From: | Pedro Córdova [pcordovab@gmail.com] |
| Sent: | Monday, May 28, 2007 10:28 AM |
| To: | Alejandro Ponce Villacís |
| Cc: | Steven Donziger; HAVOC CIA. LTDA.; Pablo Fajardo; Julio Prieto; Mateo Borrero; asalazar |
| Subject: | Re: HAVOC Fw: RV: RECUSAL of TWENTIETH JUDGE |
| Attachments: | image001.gif |

True. That motion, however, must be ruled on by the twentieth judge, since jurisdiction returns to him.

PCB

On 5/28/07, **Alejandro Ponce Villacís** <aponcev@uio.satnet.net> wrote:
The judge still has to rule, before the inspection, on the motion to summon all the plaintiffs in the Lago case.
a.

----- Original Message -----
**From:** Pedro Córdova
**To:** Steven Donziger
**Cc:** HAVOC CIA. LTDA. ; alejandrop@usfq.edu.ec ; Pablo Fajardo ; Julio Prieto ; Mateo Borrero ; asalazar@salazarcordova.com
**Sent:** Monday, May 28, 2007 11:30 AM
Subject: Re: HAVOC Fw: RV: RECUSAL of TWENTIETH JUDGE

The preceding refers to the recusal proceedings filed against the twentieth Civil Judge. On Alejandro's recommendation, a request for clarification of the judgement was filed. It was denied. Once that order is executed, the main case (that is, the inspection one) returns to the twentieth civil judge (it won't be in the sixth court).

If there are any other questions, let me know.

On 5/27/07, **Steven Donziger** <sdonziger@gmail.com> wrote:
I don't understand. Is the HAVOC Lab inspection happening or not?

On 5/24/07, **Pedro Córdova** <pcordovab@gmail.com> wrote:
Dear Fausto:

Regarding the matter of reference, we wish to inform you that we were served the order from the Fourth Civil Court denying the clarification we requested, since apparently the judgment is clear and all the contested points have been decided. This judgment will be final and binding on Monday, May 28, 2007. Since there can be no appeal on the appeal, on Tuesday the main proceeding will go back to the twentieth court.

I'm copying the rest of the interested parties so that they can comment.

Best

DONZ00043310 Page 1 of 4

CERT. ULG VER: JD

Pedro Córdova

On 5/11/07, **Alejandro Ponce Villacís** <alejandrop@usfq.edu.ec> wrote:
It's important to ask for an expansion of the judgment in order to delay the return to the 20th Court. In the time we have to get the sixth judge to rule on my motion to summon all the plaintiffs in the Nueva Loja lawsuit.
Regarding Fausto's concern, that is the recusal case, my motion was on the inspection request.
Best,
Alejandro

> ----- Original Message -----
> **From:** HAVOC CIA. LTDA.
> **To:** Steven Donziger
> **Cc:** aponcev@uio.satnet.net
> **Sent:** Friday, May 11, 2007 9:20 AM
> Subject: HAVOC Fw: RV: RECUSAL of TWENTIETH JUDGE

Dear Steven and Alejandro:

What is the alternative now? Alejandro's motion to the 6th civil court was dismissed, what does this all mean.

Thanks in advance for your response.

Best.

Fausto Moreano V.
HAVOC CIA. LTDA.

> ----- Original Message -----
> **From:** Pedro Córdova
> **To:** havoc@interactive.net.ec
> **Sent:** Thursday, May 10, 2007 7:45 PM
> Subject: Fw: RV: RECUSAL of TWENTIETH JUDGE

Attaching again

Best

PCB

> ---------- Forwarded message ----------
> From: **Pedro Cordova** <pcordova@salazarcordova.com>
> Date: May 10, 2007 7:59 PM
> Subject: RV: RECUSAL of TWENTIETH JUDGE
> To: pcordovab@gmail.com

CERT. ULG VER: JD

From: Pedro Cordova
Sent: Thursday, May 10, 2007 9:56 A.M.
To: HAVOC CIA. LTDA
CC: Agustín Salazar; Salazar Córdova
Subject: RECUSAL of TWENTIETH JUDGE
Importance: High

Dear Fausto:

With regard to the matter of reference, I'd like to inform you that today we were served the judgment of the Fourth Judge of the Pichincha Civil Court, in which he denies the recusal motion HAVOC filed against the Twentieth Judge of the Pichincha Civil Court.

Concerning the above judgment, there is no appeal, under the law.

It's worth mentioning that we expected this outcome because the judicial [council] didn't let us intervene in the evidentiary phase, as was mentioned previously.

As a result of this, the Twentieth Judge will again assume jurisdiction of the main case and will rule on the inspection to possibly be performed at the labs.

We'll continue with the strategy initially set out, and we will prevent the judicial inspection from being carried out at all costs.

If you need any additional information, we'll be happy to assist you.

Best,

Pedro Córdova Balda

DONZ00043310 Page 3 of 4

CERT. ULG VER: JD

Av. 12 de Octubre y Cordero, Ed. World Trade Center

Offices 505 and 1001    Telephone: (593 2) 252 72 00

Intellectual Property Division: (593-2) 252 0900/254 0032

---

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.467 / Virus Database: 269.6.8/797 - Release Date: 5/10/2007 17:10


--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com

---

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.472 / Virus Database: 269.8.1/822 - Release Date: 5/28/2007 11:40

DONZ00043310 Page 4 of 4

CERT. ULG VER: JD



United Language Group
433 Broadway
New York, NY 10013
+1 888.601.9814

legaltranslations@ulgroup.com

State of New York )
Estado de Nueva York
) ss:
) a saber:
County of New York )
Condado de Nueva York

### Certificate of Accuracy
### Certificado de Exactitud

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation of the attached document, carried out by translators competent to translate from Spanish into English.

Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y precisa del documento adjunto, realizada por traductores competentes para traducir del español al inglés.

Dated: September 18, 2019
Fecha: 18 de septiembre de 2019

_[signature]_
Yasushi Sasaki
Senior Project Manager – Legal Translations
Gerente de Proyeto Senior – Traducciones Legales

Sworn to and signed before
Jurado y firmado ante
me, this ____18th____ day of
mí, a los ____18____ días del
____September____ 2019
mes de ___septiembre___ de 2019

_[signature]_
Notary Public
Notario Público
[firmado] [sello]

GINA MARIE STLAURENT
Notary Public, State of New York
Reg. No. 01ST6146442
Qualified in New York County
Commission Expires May 15, 20 22

| | |
|---|---|
| **From:** | Pedro Córdova [pcordovab@gmail.com] |
| **Sent:** | Monday, May 28, 2007 10:28 AM |
| **To:** | Alejandro Ponce Villacís |
| **Cc:** | Steven Donziger; HAVOC CIA. LTDA.; Pablo Fajardo; Julio Prieto; Mateo Borrero; asalazar |
| **Subject:** | Re: HAVOC Fw: RV: RECUSACION a JUEZ VIGESIMO |
| **Attachments:** | image001.gif |

Cierto. Esa solicitud, sin embargo, la deberá responder ya el juez vigésimo, por cuanto la competencia vuelve donde él.

PCB

On 5/28/07, **Alejandro Ponce Villacís** <aponcev@uio.satnet.net> wrote:
El juez aún tiene que resolver, antes de la inspección, sobre el pedido de que se cite a todos los actores del juicio de Lago.
a.

----- Original Message -----
**From:** Pedro Córdova
**To:** Steven Donziger
**Cc:** HAVOC CIA. LTDA. ; alejandrop@usfq.edu.ec ; Pablo Fajardo ; Julio Prieto ; Mateo Borrero ; asalazar@salazarcordova.com
**Sent:** Monday, May 28, 2007 11:30 AM
**Subject:** Re: HAVOC Fw: RV: RECUSACION a JUEZ VIGESIMO

Lo anterior se refiere al proceso de recusacion presentada en contra del Juez vigesimo de lo Civil. Por recomendación de Alejandro, se presentó una solicitud de aclaración de la sentencia. La misma fue negada. Una vez que esa providencia se encuentre ejecutoriada, el proceso principal (es decir, el de la inspección) vuelve al juez vigésimo de lo civil (ya no estara en el juzgado sexto).

Cualquier otra duda, avisenme.

On 5/27/07, **Steven Donziger** <sdonziger@gmail.com> wrote:
No entiendo. Esta pasando una inspeccion del laboratorio HAVOC o no?

On 5/24/07, **Pedro Córdova** <pcordovab@gmail.com> wrote:
Estimado Fausto:

En relación con el asunto de la referencia, nos permitimos informarte que hemos sido notificados con la providencia del Juzgado Cuarto de lo Civil, mediante la cual niegan la aclaración solicitada por nosotros, ya que al parecer, la sentencia es clara, y se han resuelto todos los puntos controvertidos. Dicha sentencia se ejecutoria el día lunes 28 de mayo de 2007. En virtud de que no cabe presentar recurso sobre recurso, el martes el proceso principal volvería al juzgado vigésimo.

Copio este correo al resto de interesados, a fin de que emitan sus comentarios.

Saludos

Pedro Córdova

On 5/11/07, **Alejandro Ponce Villacís** <alejandrop@usfq.edu.ec> wrote:
Sería importante pedir una ampliación de la sentecia con el fin de retardar el retorno al Juzgado 20. En el tiempo hay que lograr que el juez sexto se pronuncie sobre mi pedido de citación a todos los actores del juicio en Nueva Loja. En cuanto a la preocupación de Fausto, este es el juicio de recusación, mi escrito fue en el pedido de inspección.
Saludos,
Alejandro

----- Original Message -----
**From:** HAVOC CIA. LTDA.
**To:** Steven Donziger
**Cc:** aponcev@uio.satnet.net
**Sent:** Friday, May 11, 2007 9:20 AM
**Subject:** HAVOC Fw: RV: RECUSACION a JUEZ VIGESIMO


Estimado Steven y Alejandro:

Cual es la alternativa ahora. Esta desechado el escrito de Alejandro al juzgado 6to de los civil, que implica todo esto.

Gracias de antemano por su respuesta.


Saludos.

Fausto Moreano V.
HAVOC CIA. LTDA.

----- Original Message -----
**From:** Pedro Córdova
**To:** havoc@interactive.net.ec
**Sent:** Thursday, May 10, 2007 7:45 PM
**Subject:** Fwd: RV: RECUSACION a JUEZ VIGESIMO


Adjunto nuevamente

Saludos

PCB

---------- Forwarded message ----------
From: **Pedro Cordova** <pcordova@salazarcordova.com>
Date: May 10, 2007 7:59 PM
Subject: RV: RECUSACION a JUEZ VIGESIMO
To: pcordovab@gmail.com

**De:** Pedro Cordova
**Enviado el:** jueves, 10 de mayo de 2007  9:56
**Para:** 'HAVOC CIA. LTDA.'
**CC:** Agustín Salazar; Salazar Cordova
**Asunto:** RECUSACION a JUEZ VIGESIMO
**Importancia:** Alta

Estimado Fausto:

En relación con el asunto de la referencia, me permito informarte que el día de hoy hemos sido notificados con la sentencia del Juez Cuarto de lo Civil de Pichincha, en la que desecha la demanda de recusación interpuesta por HAVOC en contra del Juez Vigésimo de lo Civil de Pichincha.

De la mencionada sentencia, no cabe recurso alguno, de conformidad con la Ley.

Cabe mencionar que esperábamos este resultado, por cuanto la judicatura no nos permitió intervenir en la etapa probatoria, tal como fuera mencionado previamente.

Como resultado de esto, el Juez Vigésimo nuevamente avocará conocimiento de la causa principal, y proveerá respecto de la posible inspección a realizarse en los laboratorios.

Continuaremos con la estrategia planteada inicialmente, y evitaremos a toda costa que la inspección judicial se realice.

Cualquier información adicional, estaremos gustosos de atenderla.

Atentamente,

Pedro Córdova Balda

BRUZZONI & SALAZAR

Av. 12 de Octubre y Cordero, Ed. World Trade Center

Oficinas 505 y 1001.      Teléfonos: (593 2) 252 72 00

División de Propiedad Intelectual: (593-2) 252 0900/254 0032

---

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.467 / Virus Database: 269.6.8/797 - Release Date: 5/10/2007 17:10

--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com

---

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.472 / Virus Database: 269.8.1/822 - Release Date: 5/28/2007 11:40