# EXHIBIT 5

```
BEG_CTRL_NUM      : DONZ00062973
END_CTRL_NUM      : DONZ00062973
DATESENT          = 09/03/2007
TIMESENT          = 14:41:50
RECEIVEDDATE      = 09/03/2007
TIMERECEIVED      = 14:41:50
FILENAME          : Imputado con la situacion HAVOC.msg
SUBJECT           : Pissed off with the HAVOC situation
TEXT              : From: Steven Donziger <sdonziger@gmail.com>
                    Sent: Monday, September 3, 2007 2:42 PM
                    To: PABLO FAJARDO <pafam@ecuanex.net.ec>
                    Cc: toxico <toxico@ecuanex.net.ec>; lupitadeheredia <lupitadeheredia@yahoo.com>; garcesme
                    <garcesme@gmail.com>; julprieto <julprieto@hotmail.com>; juanpasaenz <juanpasaenz@hotmail.com>
                    Subject: Imputado con la situacion HAVOC
```

Subject: Pissed off with the HAVOC situation

Guys,

I am pissed off. I just spoke with Fausto Moreano and Pedro, Augustin's partner. The HAVOC situation is a possible DISASTER for me that we are NEGLECTING with possible terrible repercussions for our case in Lago. What would happen if tomorrow Texaco started up its efforts again to get in illegally? What is the plan to stop this possibility? We have to understand that Texaco DOESN'T CARE ABOUT THE LAW, those sons of bitches would go without any judge at all and with guards to try again.

I AM SURE THAT TEXACO WILL BE ABLE TO INSPECT HAVOC SOME DAY IF WE DON'T PAY MORE ATTENTION AND GIVE MORE IMPORTANCE TO THE SITUATION. AN INSPECTION OF THIS SORT WOULD BE A DISASTER FOR THE LAGO AGRIO CASE.

I say that we consider adopting new strategies (some of which I mentioned months ago):

1) We accuse all of them, including the judge, of CORRUPTION for still even thinking of ordering an illegal inspection with no basis in the law in order to favor a corrupt transnational that is killing innocent Ecuadorians.

2) We ourselves request an inspection of the three offices of Callejas, Perez Pallares, and Ortiz to search for evidence of corruption and human rights violations against our team.

3) Every time there is a meeting with the Judge on the HAVOC matter, we go with a camera to film the corrupt people and we tell the media that an "event" is going to take place, like that time two years ago with me and Luiz.

Did you all know that today Texaco had FIVE lawyers with the judge, including the gringa Sylvia Garriga, who came directly from Reis Veiga's office in Miami. And we had two young guys --Pedro and Mateo. This is really very bad friends – although the young guys are good lawyers, we are neglecting [the situation] because the judges here don't respect young people, plus they don't have the strength necessary.

Let's meet at the office on Wednesday to discuss the path ahead -- with Augustin, Fausto, and Alejandro I hope.

SRD

On 9/3/07, PABLO FAJARDO <pafam@ecuanex.net.ec> wrote:

> I have the feeling that they have been a bit careless.
> What worries me is that after this CV can request that the Judge conduct the inspection with law
> enforcement officers, in other words that they go in by force. I think we need to reevaluate the HAVOC
> strategy.
>
> PFM
>
> ----- Original Message -----
> From: Steven Donziger <mailto:sdonziger@gmail.com>
> To: PABLO FAJARDO <mailto:pafam@ecuanex.net.ec> ; LUIS YANZA <mailto:toxico@ecuanex.net.ec>



**DEPOSITION EXHIBIT**
**Donziger 1642**

**PLAINTIFF'S EXHIBIT**
**909**
11 Civ. 0691 (LAK)

CERT. MERRILL VER: JD                                                                                   Page 1

Sent: Monday, September 03, 2007 12:04 PM
Subject : HAVOC – how strange

Guys,

Didn't Alejandro Ponce and Augustin tell us THAT THE HAVOC INSPECTION WAS NOT GOING TO TAKE PLACE?

Then why did the judge go there today if they had suspended the inspection?
I am worried about this "team" that is handling the HAVOC matter – that they are not fighting hard or something.

SRD

--
--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com
--
Este mensaje ha sido analizado por MailScanner <http://www.mailscanner.info/> en busca de virus y otros contenidos peligrosos,
y se considera que está limpio.
--
Este mensaje ha sido analizado por MailScanner <http://www.mailscanner.info/> en busca de virus y otros contenidos peligrosos,
y se considera que está limpio.
--

--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com

| | |
|---|---|
| FROM | : Steven Donziger <sdonziger@gmail.com> |
| RECIPIENT | : PABLO FAJARDO <pafam@ecuanex.net.ec> |
| CC | : toxico <toxico@ecuanex.net.ec>; lupitadeheredia <lupitadeheredia@yahoo.com>; garcesme <garcesme@gmail.com>; julprieto <julprieto@hotmail.com>; juanpasaenz <juanpasaenz@hotmail.com> |
| CUSTODIAN | : Donziger, Steven |
| SOURCE | : Sent.pst |
| DOCTYPE | : E-MAIL |
| PAGES | = 0 |
| UPDATEDATE | = 01/15/2011 |
| PRIV_DOC_NO | = 0 |
| NATIVELINK | : M:\Production\Gibson\Chevron\CONCORDANCE_DONZIGER_COMPEL\DON028\NATIVES\023\DONZ00062973.msg |

CERT. MERRILL VER: JD                                                                                              Page 2

# MERRILL CORPORATION
Merrill Communications LLC



225 Varick Street
New York, NY 10014 • (212) 620-5600

State of New York            )
Estado de Nueva York

                                                )        ss:
                                                )        a saber:

County of New York           )
Condado de Nueva York

**Certificate of Accuracy**
**Certificado de Exactitud**

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation from Spanish into English of the attached document.

Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y completa del idioma español al idioma inglés del documento adjunto.

Dated: August 23, 2013
Fecha: 23 de agosto 2013

_Kate Alexander_ (signature)
Kate Alexander
Project Manager – Legal Translations
Merrill Brink International/Merrill Corporation

_____[firmado]_____
Kate Alexander
Gerente de Proyecto – Traducciones Legales
Merrill Brink International/Merrill Corporation

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2014

Sworn to and signed before
Jurado y firmado ante
Me, this ____23rd____ day of
mí, a los ____23____ días del
____August____ 2013
mes de ___agosto___ de 2013

_____
Notary Public
Notario Público

[firmado]
[sello]

OFFICES IN MAJOR CITIES THROUGHOUT THE WORLD

```
BEG_CTRL_NUM      : DONZ00062973
END_CTRL_NUM      : DONZ00062973
DATESENT          = 09/03/2007
TIMESENT          = 14:41:50
RECEIVEDDATE      = 09/03/2007
TIMERECEIVED      = 14:41:50
FILENAME          : Imputado con la situacion HAVOC.msg
SUBJECT           : Imputado con la situacion HAVOC
TEXT              : From:  Steven Donziger <sdonziger@gmail.com>
```

Sent:  Monday, September 3, 2007 2:42 PM
To:  PABLO FAJARDO <pafam@ecuanex.net.ec>
Cc:  toxico <toxico@ecuanex.net.ec>; lupitadeheredia <lupitadeheredia@yahoo.com>; garcesme <garcesme@gmail.com>; julprieto <julprieto@hotmail.com>; juanpasaenz <juanpasaenz@hotmail.com>
Subject:  Imputado con la situacion HAVOC

Compas,

Estoy imputado. Acabo de hablar con Fausto Moreano y Pedro, el socio de Augustin. La cuestion de HAVOC para mi es un posible DESASTRE que estamos DESCUIDANDO con posibles impactos terribles para nuestro caso en Lago. Que pasa si manana Texaco empieza otra vez con sus esfuerzos de lograr la entrada ilegal? Cual es el plan para detener esa posibilidad? Hay que entender que LA LEY NO IMPORTA a Texaco, esos hijos de putas son capaces de ir sin ningun juez y con guardia para insistir.

ESTOY SEGURO QUE TEXACO UN DIA PODRA INSPECCIONAR HAVOC SI NO HAGAMOS MAS CASO Y MAS IMPORTANCIA A LA SITUACION. UNA INSPECCION ASI SERIA UN DESASTRE PARA EL CASO EN LAGO AGRIO.

Digo que consideramos adoptar nuevas estrategia (algunas mencione yo hace meses):

1) Acusamos todos ellos, incluso el juez, de CORRUPCION por aun pensar de ordenar una inspeccion ilegal sin base in la ley para favorecer una transnacional corrupto que mata Ecuatorianos inocentes.

2) Solicitamos nosotros una inspeccion de las tres oficinas de Callejas, Perez Pallares, y Ortiz para buscar pruebas de corrupcion y violaciones de derechos humanos a nuestro equipo.

3) Cada vez que haya una reunion con el Juez en la cuestion HAVOC vamos con una camera para filmar los corruptos y notificamos los medios que va a pasar un "evento" como la vez hace dos anos con yo y Luis.

Saben Uds. que hoy dia Texaco tenia CINCO abogados con el juez, incluyendo la gringa Sylvia Garriga quien aparecio directamente de la oficina de Reis Veiga en Miami. Y tuvimos nosotros dos jovenes -- Pedro y Mateo. Eso es pesimisimo amigos -- aunque los jovenes son buenos abogados, estamos descuidando porque los jueces aqui no respetan jovenes y ademas no tienen la fuerza necesaria.

Reunimos el Miercoles en la oficina para discutir el camino adelante -- con Augustin, Fausto, y Alejandro ojala.

SRD


On 9/3/07, PABLO FAJARDO <pafam@ecuanex.net.ec> wrote:

    Tengo la senación que se han descuidado un poco.
    Lo que me preocupa es que luego de ésto CV puede solicitar al Juez que haga la inspección con al Fuerza pública, es decir que ingresen a la fuerza. Creo que debemos refefinir la estrategia HAVOC.

    PFM


    ----- Original Message -----
    From: Steven Donziger <mailto:sdonziger@gmail.com>
    To: PABLO FAJARDO <mailto:pafam@ecuanex.net.ec> ; LUIS YANZA <mailto:toxico@ecuanex.net.ec>

Page 1

Sent: Monday, September 03, 2007 12:04 PM
Subject: HAVOC -- que extrano

Compas,

No nos dijo Alejandro Ponce y Augustin que la inspeccion de HAVOC NO IBA A REALIZARSE?

Entonces, porque llego el juez alla hoy dia si ellos habian suspendido la inspeccion?
Me preocupo este "equipo" que esta manejando la cuestion de HAVOC -- que no estan luchando fuerte o algo.

SRD

--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com

--
Este mensaje ha sido analizado por MailScanner <http://www.mailscanner.info/>
en busca de virus y otros contenidos peligrosos,
y se considera que está limpio.

--
Este mensaje ha sido analizado por MailScanner <http://www.mailscanner.info/>
en busca de virus y otros contenidos peligrosos,
y se considera que está limpio.

--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com

| | | |
|---|---|---|
| FROM | : | Steven Donziger <sdonziger@gmail.com> |
| RECIPIENT | : | PABLO FAJARDO <pafam@ecuanex.net.ec> |
| CC | : | toxico <toxico@ecuanex.net.ec>; lupitadeheredia <lupitadeheredia@yahoo.com>; garcesme <garcesme@gmail.com>; julprieto <julprieto@hotmail.com>; juanpasaenz <juanpasaenz@hotmail.com> |
| CUSTODIAN | : | Donziger, Steven |
| SOURCE | : | Sent.pst |
| DOCTYPE | : | E-MAIL |
| PAGES | = | 0 |
| UPDATEDATE | = | 01/15/2011 |
| PRIV_DOC_NO | = | 0 |
| NATIVELINK | : | M:\Production\Gibson\Chevron\CONCORDANCE_DONZIGER_COMPEL\DON028\NATIVES\023\DONZ00062973.msg |

Page 2