# EXHIBIT 6

| | |
|---|---|
| **From:** | Julio Prieto [julprieto@hotmail.com] |
| **Sent:** | Friday, August 31, 2007 1:16 PM |
| **To:** | Steven Donziger; PABLO FAJARDO; Juan Pablo Saenz; LUIS YANZA |
| **Subject:** | RE: WILL SOMEBODY PLEASE DEAL WITH THIS NOW |

Steve,

It is not this legal team handling the Havoc case.

Nobody at this office is working on that case. It is the attorneys from Alejandro's office who sign and are following the matter.

I spoke with Mateo Borrero, who is precisely the one participating in the case with Dr. Agustin I don't remember the last name, and he told me that the judge cannot hold the inspection because he has to address certain motions, and he says that he has not summoned yet…

that is all I can tell you. later I will speak with mateo again. I'll let you know.

regards,

Julio

---

    Date: Fri, 31 Aug 2007 12:47:25 -0400
    From: sdonziger@gmail.com
    To: aponcev@uio.satnet.net; pafam@ecuanex.net.ec; julprieto@hotmail.com;
juanpasaenz@hotmail.com; tox1co@ecuanex.net.ec
    Subject: WILL SOMEBODY PLEASE DEAL WITH THIS NOW

    ALEJANDRO, I DON'T UNDERSTAND WHAT IS HAPPENING HERE. WHO IS FOLLOWING THIS DANGEROUS SITUATION? WHY HAS NOBODY SPOKEN WITH FAUSTO MOREANO? WHERE IS OUR TEAM/TALK TO FAUSTO, THIS IS NOT FAIR TO HIM MORE THAN ANYTHING.

    ---------- Forwarded message ----------
    From: HAVOC CIA. LTDA. <havoc@interactive.net.ec>
    Date: Aug 31, 2007 10:51 AM
    Subject: Re: HAVOC Fw. FW: RECUSAL of TWENTIETH JUDGE
     To: Steven Donziger <sdonziger@gmail.com>

Dear Steve:

What have you heard?

I tried speaking with Alejandro but I could not. I don't know what is happening, do you think Havoc should be closed on Monday?

I would not like to have a scandal outside of the laboratory, I hope this is resolved for once and for all.

We are tired of this situation, I don't know if there is more that can be done, Steven.

Regards

CERT. MERRILL VER: JD

Fausto

```
----- Original Message -----
From: Steven Donziger <mailto:sdonziger@gmail.com>
To: HAVOC CIA. LTDA. <mailto:havoc@interactive.net.ec>

Sent: Wednesday, August 29, 2007 10:29 PM
```
Subject: Re: HAVOC Fw. FW: RECUSAL of TWENTIETH JUDGE

I am working on that… under no circumstances allow the Texaco people in to inspect… hire police, protesters, etc., but they cannot go in, it is illegal, it is the result of corruption. can we talk on Thursday?

On 8/29/07, HAVOC CIA. LTDA. <havoc@interactive.net.ec > wrote:

Dear Steven:

It seems unusual for them to not have accepted Alejandro's request and for this new judge, who is the replacement for the old man to issue that decision.

Do you think we should allow them to come and make an inspection?

I don't know what is going on with this matter

Regards

Fausto

```
----- Original Message -----
From: Steven Donziger <mailto:sdonziger@gmail.com>
To: HAVOC CIA. LTDA. <mailto:havoc@interactive.net.ec>

Sent: Wednesday, August 29, 2007 12:32 PM
```
Subject: Re: HAVOC Fw. FW: RECUSAL of TWENTIETH JUDGE

We have to stop that!!!

On 8/29/07, HAVOC CIA. LTDA. <havoc@interactive.net.ec > wrote:

Dear Steven:

This is the order issued yesterday at the 20th court:

39

2007-08-28

GENERAL ORDER

CERT. MERRILL VER: JD

DONZ00024971 Page 2 of 12

The preceding motion, is added to the record. In the main, in response to the petition made by the plaintiff in this case, it is again indicated that the REQUESTED INSPECTION will be held on September 3 of this year at 10:00 a.m. With no further delays. Notify the parties.

I don't know if Alejandro or Agustin have reviewed it, but this situation worries me.

Regards

Fausto

----- Original Message -----
From: Steven Donziger <mailto:sdonziger@gmail.com>

To: HAVOC CIA. LTDA. <mailto:havoc@interactive.net.ec>
Sent: Thursday, August 09, 2007 1:20 PM
Subject: Re: HAVOC Fw. FW: RECUSAL of TWENTIETH JUDGE

Hello… I think that our team in Quito is working on that. Is everything ok? Regards, SRD

On 8/9/07, HAVOC CIA. LTDA. <havoc@interactive.net.ec > wrote:

Dear Steven:

Last time Luis Yanza and Alejandro Ponce went personally to speak to the judge. This judge is replacing the old man at the 20th, remember? So this time it was a good thing that they did. I don't know if you think this is important, to do it again.

Please, if you have any questions or if it's necessary for us to talk before something else happens, let me know.

Regards.

Fausto

----- Original Message -----

From: Steven Donziger
<mailto:sdonziger@gmail.com>
To: PABLO FAJARDO
<mailto:pafam@ecuanex.net.ec>
Cc: HAVOC CIA. LTDA.
<mailto:havoc@interactive.net.ec> ; Pedro Córdova <mailto:pcordovab@gmail.com> ;

CERT. MERRILL VER: JD

alejandrop@usfq.edu.ec ; Julio Prieto <mailto:julprieto@hotmail.com> ; Mateo Borrero <mailto:mborrero@ponfersi.com> ; asalazar@bslaw.com.ec ; lyanza@selvaviva.com.ec

Sent: Tuesday, August 07, 2007 4:54 PM

Subject: Re: HAVOC Fw. FW:

RECUSAL of TWENTIETH JUDGE

This is ridiculous… somebody has to respond. Perhaps Julio or Juampa or another attorney if Alejandro is not there?

On 8/7/07, PABLO FAJARDO

<pafam@ecuanex.net.ec > wrote:

I am referring to that exactly. I think that we should insist that all of the plaintiffs in the Lago Agrio case should be notified, because any decision in the HAVOC case may affect the rights of third parties.

The problem is that Alejandro is not answering, I don't know if someone can contact him and insist that he does this before the date the inspection is set for the inspection.

Pablo F

----- Original Message -----
From: "HAVOC CIA. LTDA." <
havoc@interactive.net.ec <mailto:havoc@interactive.net.ec> >
To: < pafam@ecuanex.net.ec
<mailto:pafam@ecuanex.net.ec> >; "Steven Donziger" < sdonziger@gmail.com
<mailto:sdonziger@gmail.com> >
Cc: "Pedro Córdova"
<pcordovab@gmail.com >; < alejandrop@usfq.edu.ec <mailto:alejandrop@usfq.edu.ec> >; "Pablo
Fajardo" <pafam@ecuanex.net.ec>;
"Julio Prieto" < julprieto@hotmail.com>;
"Mateo Borrero" <
mborrero@ponfersi.com <mailto:mborrero@ponfersi.com> >; <asalazar@bslaw.com.ec>;
< lyanza@selvaviva.com.ec
<mailto:lyanza@selvaviva.com.ec> >
Sent: Tuesday, August 07, 2007 3:49
PM

Subject: Re: HAVOC Fw. FW:

RECUSAL of TWENTIETH JUDGE

> Dear Pablo:
>
> Are you referring to leaving that

document at the 20th Civil court, here

DONZ00024971 Page 4 of 12

> in Pichincha? Since I don't know if the response to Alejandro's request was received at Agustin's judicial box, it seems absurd to set a new date for the judicial inspection at Havoc, if they have not taken what Alejandro sent into account.

> 
> Regards
> 
> Fausto Moreno
> 
> 
> 

> ----- Original Message -----
> From: < pafam@ecuanex.net.ec >

<mailto:pafam@ecuanex.net.ec>  >

> To: "Steven Donziger"
<sdonziger@gmail.com>

> Cc: "Pedro Córdova" <
pcordovab@gmail.com>; "HAVOC CIA. LTDA."

> < havoc@interactive.net.ec
<mailto:havoc@interactive.net.ec> >; <alejandrop@usfq.edu.ec>; "Pablo Fajardo"
> < pafam@ecuanex.net.ec
<mailto:pafam@ecuanex.net.ec> >; "Julio Prieto" <julprieto@hotmail.com>; "Mateo
> Borrero" < mborrero@ponfersi.com >;
< asalazar@bslaw.com.ec <mailto:asalazar@bslaw.com.ec> >

> Sent: Saturday, August 04, 2007
2:41 PM

Subject: Re: HAVOC Fw. FW:
RECUSAL of TWENTIETH JUDGE

> > Alejandro Ponce filed a document a few days ago in which he requested that all of the plaintiffs in the Lago Agrio case appear, because they are affected and they are not being taken into account. I believe the Judge asked for that intervention to be affirmed, I left the signed document with Martha at our Quito office.

> > I think Alejandro has to assume this part of the case.

> > Pablo Fajardo
> >
> > And now what do we do? Should we schedule a phone call for Tuesday?

´´´
>>> On 8/3/07, Pedro Córdova
<pcordovab@gmail.com> wrote:

>>>>
>>>> Dear Fausto:
>>>>

>>>> Regarding the referenced matter, I inform you that the twentieth court, through the acting judge, Dr. Wilson Lozada Vallacias, has taken over hearing the case, and designated September 3 of this year as the new date for the inspection.

>>>> Thus, the motion filed by CHEVRON on July 18th is addressed, where it again requested that the court indicate the date and time for the proceeding, and requests that no delays be allowed in the process.

>>>> Although we must continue to delay the process, I am copying all of those involved with this email, awaiting your comments.

>>>>

>>>> Regards

>>>>

>>>> PCB

>>>>
>>>>
>>>>
>>>> On 5/24/07, Pedro Córdova <

pcordovab@gmail.com <mailto:pcordovab@gmail.com> > wrote:

>>>> >

>>>> Dear Fausto:

>>>>

>>>> Regarding the referenced matter, we hereby inform you that we have been notified with the order from the Fourth Civil Court, whereby they deny the clarification we requested, since it appears that the judgment is clear, and all of the matters in dispute have been resolved. Said judgment will be enforceable on Monday, May 28, 2007.

>>>> Since an appeal of an appeal cannot be filed, the main case will return to the twentieth court on Tuesday.

>>>> I am copying this email to all of the interested parties, in order for them to comment.

CERT. MERRILL VER: JD

>>>> Regards
>>>>
>>>> Pedro Cordova
>>>> >
>>>> >
>>>> >  On 5/11/07, Alejandro Ponce
Villacis < alejandrop@usfq.edu.ec <mailto:alejandrop@usfq.edu.ec>  >
>>>> > wrote:
>>>> > >
>>>> > > It would be important to ask for an expansion of the judgment, in order to delay the return to the twentieth court. In time we have to get the judge at the sixth to make a pronouncement about my request to summon all of the plaintiffs from the Nueva Loja case.

>>>> > > Regarding Fausto's concern, this is the recusal trial, my motion was on the request for the inspection.

>>>> > > Regards
>>>> > > Alejandro
>>>> > >
>>>> > > ----- Original Message -----
>>>> > > *From:* HAVOC CIA. LTDA.
<havoc@interactive.net.ec>

>>>> > > *To:* Steven Donziger <
sdonziger@gmail.com>

>>>> > > *Cc:* aponcev@uio.satnet.net
>>>> > > *Sent:* Friday, May 11, 2007
9:20 AM

>>>> > > *Subject:* HAVOC Fw:

FW:

RECUSAL of TWENTIETH

JUDGE

>>>> > >
>>>> > >
>>>> > > Dear Steven and
Alejandro:

>>>> > >
>>>> > > What is the alternative now. Alejandro's motion to the 6th civil court is dismissed, what implications does this have.
>>>> > >
>>>> > > Thank you in advance for your response.

>>>> > >
>>>> > >
>>>> > > Regards,
>>>> > >
>>>> > > Fausto Moreano
>>>> > > HAVOC CIA. LTDA.
>>>> > >
>>>> > > ----- Original Message -----
>>>> > >  *From:* Pedro Córdova
<pcordovab@gmail.com>

CERT. MERRILL VER: JD

havoc@interactive.net.ec

2007 7:45 PM

JUDGE

----------

pcordova@salazarcordova.com>

of TWENTIETH JUDGE

---

10, 2007 9:56 a.m.

LTDA'

Salazar Cordova

TWENTIETH JUDGE

>>>> > > *To:*

>>>> > > *Sent:* Thursday, May 10,

>>>> > > *Subject:* Fw: FW:
RECUSAL of TWENTIETH

>>>> > >
>>>> > >
>>>> > > Attaching again
>>>> > >
>>>> > > Regards
>>>> > >
>>>> > > PCB
>>>> > >
>>>> > > ---------- Forwarded message

>>>> > > From: Pedro Cordova <

>>>> > > Date: May 10, 2007 7:59 PM

>>>> > > Subject: FW: RECUSAL

>>>> > > To: pcordovab@gmail.com
>>>> > >
>>>> > >
>>>> > >
>>>> > >
>>>> > >
>>>> > >  --------------------------

>>>> > >
>>>> > > From: Pedro Cordova
>>>> > > Sent on: * Thursday, May

>>>> > > *To:* 'HAVOV CIA.

>>>> > > *CC: * Agustin Salazar;

>>>> > > *Subject:* RECUSAL of

>>>> > > *Importance:* High
>>>> > >
>>>> > > Dear Fausto:
>>>> > >
>>>> > > Regarding the referenced
matter, I hereby inform you that today we have been notified with the judgment of Fourth Civil
Judge of Pichincha, where he dismisses the recusal suit filed by HAVOC against the Twentieth
Judge of Pichincha.

CERT. MERRILL VER: JD

>>>> > >
>>>> > >
>>>> > >
>>>> > > There is no appeal
available to the aforementioned judgment according to the law.
>>>> > >
>>>> > >
>>>> > > It is worth mentioning that
we expected this result, since the judiciary did not allow us to intervene in the evidence phase, as
previously mentioned.
>>>> > >
>>>> > >
>>>> > > As a result of this, the
Twentieth Judge will again be hearing the main case, and he will decide regarding the possible
inspection to be made at the laboratories.
>>>> > >
>>>> > >
>>>> > > We will continue with the
strategy initially presented, and we will prevent the judicial inspection from being performed at
any cost.
>>>> > >
>>>> > >
>>>> > > If you require any
additional information, we will be happy to provide it.
>>>> > >
>>>> > > Sincerely,
>>>> > >
>>>> > >
>>>> > > Pedro Córdova Balda
>>>> > >
>>>> > >
>>>> > >
>>>> > >
>>>> > >
>>>> > >
>>>> > > 12 de Octubre Ave, and
Cordero World Trade Center Bldg.
>>>> > >
>>>> > >

CERT. MERRILL VER: JD

Telephones: (593 2) 252 72 00


Division: (593 2) 252 0900 / 254 0032

--

incoming message.

Database: 269.6.8/797 - Release Date:

Donziger, P.C.

>>>> > > Offices 505 and 1001

>>>> > >
>>>> > > Intellectual Property

 >>>> > >
>>>> > >
>>>> > >
>>>> > >
>>>> > > ----------------------------

>>>> > >
>>>> > > No virus found in this

>>>> > > Checked by AVG Free Edition.
>>>> > > Version: 7.5.467 / Virus

>>>> > > 5/10/2007 17:10
>>>> > >
>>>> > >
>>>> >
>>>>
>>>
>>>
>>> --
>>> Steven Donziger
>>> 212-570-4499 (land)
>>> 212-570-9944 (fax)
>>> 917-566-2526 (cell)
>>>
>>> Steven R. Donziger
>>> Law Offices of Steven R.

>>> 245 W. 104th St., #7D
>>> New York, New York 10025
>>> Email: sdonziger@gmail.com
>>>
>>
>>

--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com

--
Steven Donziger
212 570 4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com


--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com


--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com


--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com

CERT. MERRILL VER: JD

---

Discover the new Windows Vista Learn more!
<http://search.msn.com/results.aspx?q=windows+vista&mkt=en US&form=QBRE>

CERT. MERRILL VER: JD

# MERRILL CORPORATION



Merrill Communications LLC

225 Varick Street
New York, NY 10014 • (212) 620-5600

State of New York                    )
Estado de Nueva York

                                     )                    ss:
                                     )              a saber:
County of New York                   )
Condado de Nueva York

### Certificate of Accuracy
### Certificado de Exactitud

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation from Spanish into English of the attached document.

Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y completa del idioma español al idioma inglés del documento adjunto.

Dated: February 1, 2013
Fecha: 1 de febrero de 2013

*Kate Alexander*

Kate Alexander
Project Manager – Legal Translations
Merrill Brink International/Merrill Corporation
_____ [firmado] _____
Kate Alexander
Gerente de Proyecto – Traducciones Legales
Merrill Brink International/Merrill Corporation

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2014

Sworn to and signed before
Jurado y firmado ante
Me, this _____ 1st _____ day of
mí, a los _____ 1 _____ días del
_____ February _____ 2013
mes de __ febrero __ de 2013

_____
Notary Public
Notario Público

[firmado]
[sello]

| From: | Julio Prieto [julprieto@hotmail.com] |
|---|---|
| Sent: | Friday, August 31, 2007 1:16 PM |
| To: | Steven Donziger; PABLO FAJARDO; Juan Pablo Saenz; LUIS YANZA |
| Subject: | RE: WILL SOMEBODY PLEASE DEAL WITH THIS NOW |

Steve,
No es este equipo legal el que lleva el caso de Havoc.
Nadie de esta oficina trabaja en ese caso. Son abogados de la oficina de Alejandro quienes
firman y están al tanto del tema.
Yo hablé con Mateo Borrero, quien está participando en ese caso justo con el Dr. Agustin no
me acuerdo el apellido, y según me dijo el juez no puede hacer la inspección porque le falta
proveer ciertos escritos, y dice que todavía no ha citado..
es todo cuanto te puedo decir. más tarde hablaré con mateo de nuevo. ahi te cuento

saludos,

julio

---

        Date: Fri, 31 Aug 2007 12:47:25 -0400
        From: sdonziger@gmail.com
        To: aponcev@uio.satnet.net; pafam@ecuanex.net.ec; julprieto@hotmail.com;
juanpasaenz@hotmail.com; toxico@ecuanex.net.ec
        Subject: WILL SOMEBODY PLEASE DEAL WITH THIS NOW

        ALEJANDRO, NO ENTIENDO LO QUE ESTA PASANDO AQUI.  QUIEN ESTA AL TANTO DE ESTE SITUACION
PELIGROSA?  PORQUE NADIE COMUNIQUE DON FUASTO MOREANO?  DONDE ESTA NUESTRO EQUIPO/HABLEN CON
FAUSTO, NO ES JUSTO A EL MAS QUE TODO.

        ---------- Forwarded message ----------
        From: HAVOC CIA. LTDA. <havoc@interactive.net.ec>
        Date: Aug 31, 2007 10:51 AM
        Subject: Re: HAVOC Fw: RV: RECUSACION a JUEZ VIGESIMO
        To: Steven Donziger <sdonziger@gmail.com>


        Estimado Steven:

        Que has sabido?.

        Intente hablar con Alejandro pero no pude hacerlo. No se que pasa crees tu que se deba
cerrar el Lunes Havoc?

        No me gustaria tener un escandalo fuera del laboratorio, espero que esto se solucione
de una vez por todas.

        Ya estamos cansados de esta situacion, nose si se pueda hacer algo mas Steven.

        Saludos

Fausto

        ----- Original Message -----
        From: Steven Donziger <mailto:sdonziger@gmail.com>
        To: HAVOC CIA. LTDA. <mailto:havoc@interactive.net.ec>

        Sent: Wednesday, August 29, 2007 10:29 PM
        Subject: Re: HAVOC Fw: RV: RECUSACION a JUEZ VIGESIMO


        Estoy en eso... de ninguna manera permiten que pasen los de Texaco para
inspeccionar... contratamos policia, manifestantes, etc., pero no puede pasar, es ilegal, es
producto de corrupcion.  hablamos el jueves?


        On 8/29/07, HAVOC CIA. LTDA. <havoc@interactive.net.ec > wrote:

        Estimado Steven:

        Me parece raro que no hayan acogido la solicitud de Alejandro y este nuevo
juez que es reemplazo del viejito saque esa resolucion.

        Crees tu que debemos permitir que vengan hacer la inspección?.

        Ya no se que pasa con este asunto

        Saludos


        Fausto


                ----- Original Message -----
                From: Steven Donziger <mailto:sdonziger@gmail.com>
                To: HAVOC CIA. LTDA. <mailto:havoc@interactive.net.ec>

                Sent: Wednesday, August 29, 2007 12:32 PM
                Subject: Re: HAVOC Fw: RV: RECUSACION a JUEZ VIGESIMO


                Tenemos que para eso!!!


                On 8/29/07, HAVOC CIA. LTDA. <havoc@interactive.net.ec > wrote:

                        Estimado Steven:

                        Esta es la providencia definidia ayer en el juzgado 20:

39

2007-08-28

PROVIDENCIA GENERAL

DONZ00024971 Page 2 of 12

El escrito que antecede, agréguese al proceso. En lo principal atento al petitorio realizado por el actor en esta causa, se vuelve a indicar que la INSPECCIÓN SOLICITADA, se realizará el día 3 de septiembre del año en curso a las 10H00. Sin más dilaciones. Notifíquese.

No se si lo haya revisado Alejandro o Agustin, pero me preocupa esta situacion.

Saludos

Fausto

----- Original Message -----
From: Steven Donziger <mailto:sdonziger@gmail.com>

To: HAVOC CIA. LTDA. <mailto:havoc@interactive.net.ec>
Sent: Thursday, August 09, 2007 1:20 PM
Subject: Re: HAVOC Fw: RV: RECUSACION a JUEZ VIGESIMO

Hola... creo que nuestro equipo en Quito esta en eso. Esta bien todo?  Abrazos, SRD

On 8/9/07, HAVOC CIA. LTDA. <havoc@interactive.net.ec > wrote:

Estimado Steven:

La vez anterior fuero personalmente Luis Yanza y Alejandro Ponce para hablar con el juez. Este juez está reemplazando al viejito del 20 te acuerdas?. Por lo que lo que en esa ocasion si fue buneo hacerlo. No sé si tu consideras esto improtante, hacerlo nuevamente.

Por favor si tienes alguna pregunta o si es conveinte conversar antes que suceda alguna otras situacion, me comentas

Saludos.

Fausto

----- Original Message -----

From: Steven Donziger <mailto:sdonziger@gmail.com>

To: PABLO FAJARDO <mailto:pafam@ecuanex.net.ec>

Cc: HAVOC CIA. LTDA. <mailto:havoc@interactive.net.ec>  ; Pedro Córdova <mailto:pcordovab@gmail.com>  ;

alejandrop@usfq.edu.ec ; Julio Prieto <mailto:julprieto@hotmail.com>  ; Mateo Borrero
<mailto:mborrero@ponfersi.com>  ; asalazar@bslaw.com.ec ; lyanza@selvaviva.com.ec

                                        Sent: Tuesday, August 07, 2007 4:54 PM
                                        Subject: Re: HAVOC Fw: RV: RECUSACION a

JUEZ VIGESIMO


                                        Es un ridiculo... alguien tiene que
responder.  Quizas Julio o Juampa o otro abogado si no esta Alejandro?



                                        On 8/7/07, PABLO FAJARDO

<pafam@ecuanex.net.ec > wrote:

                                        Efectivamente me refiero a eso. Creo
que debe´ríamos insistir con el hecho      que se debe notificar a todos los
demandantes del caso de Lago Agrio, debido a que cualquier resolución en el caso
HAVOC, puede afectar los derechos de       terceros.

                                        El problema es que Alejandro no
responde, no se si alguien le puede         contactar e insistir que haga esta
gestión antes de la fecha fijada para la   inspección.


                                        Pablo F


                                        ----- Original Message -----
                                        From: "HAVOC CIA. LTDA." <
havoc@interactive.net.ec <mailto:havoc@interactive.net.ec> >
                                        To: < pafam@ecuanex.net.ec
<mailto:pafam@ecuanex.net.ec> >; "Steven Donziger" < sdonziger@gmail.com
<mailto:sdonziger@gmail.com> >
                                        Cc: "Pedro Córdova"
<pcordovab@gmail.com >; < alejandrop@usfq.edu.ec <mailto:alejandrop@usfq.edu.ec> >; "Pablo
                                        Fajardo" <pafam@ecuanex.net.ec>;
"Julio Prieto" < julprieto@hotmail.com>;
mborrero@ponfersi.com <mailto:mborrero@ponfersi.com> >; <asalazar@bslaw.com.ec>;
                                        "Mateo Borrero" <
                                        < lyanza@selvaviva.com.ec
<mailto:lyanza@selvaviva.com.ec> >
                                        Sent: Tuesday, August 07, 2007 3:49
PM
                                        Subject: Re: HAVOC Fw: RV: RECUSACION
a JUEZ VIGESIMO


                                        > Estimado Pablo:
                                        >
                                        > Te refieres a que se dejó este
documento en el juzgado 20 de lo civil, de

en el casillero de Agustín recibieron

Alejandro, me parece absurdo dar nueva fecha

si no se ha tomado en cuenta lo que

<mailto:pafam@ecuanex.net.ec>  >

<sdonziger@gmail.com>

pcordovab@gmail.com>; "HAVOC CIA. LTDA."

<mailto:havoc@interactive.net.ec >; <alejandrop@usfq.edu.ec>; "Pablo Fajardo"

<mailto:pafam@ecuanex.net.ec> >; "Julio Prieto" <julprieto@hotmail.com>; "Mateo

< asalazar@bslaw.com.ec <mailto:asalazar@bslaw.com.ec> >

2:41 PM

RECUSACION a JUEZ VIGESIMO

documento días anteriores en el cual se pedía

demandantes del Juicio de Lago Agrio, debido a

siendo tomados en cuenta. Creo que el Juez

intervención, yo dejé el documento firmado con

QUito.

asumir éste componente del caso.

llamada telefonica para el martes?

<pcordovab@gmail.com> wrote:

> acá de Pichincha?, ya que no se si

> respuesta sobre le pedido de

> para inspeccion judicial a Havoc,

> envió Alejandro.

>

> Saludos

>

> Fausto Moreano

>

>

>

> ----- Original Message -----

> From: < pafam@ecuanex.net.ec

> To: "Steven Donziger"

> Cc: "Pedro Córdova" <

> < havoc@interactive.net.ec

> < pafam@ecuanex.net.ec

> Borrero" < mborrero@ponfersi.com >;

> Sent: Saturday, August 04, 2007

> Subject: Re: HAVOC Fw: RV:

>

>

>> Alejandro Ponce presentó un

>> que comparezcan todos los

>> que son afectados y no están

>> pidió que se ratifique esa

>> Martha en nuestra oficina de

>>

>> Creo que Alejandro tiene que

>>

>> Pablo Fajardo

>>

>> Y ahora que hacemos?  prgramos una

>>>

>>> On 8/3/07, Pedro Córdova

>>>>

>>>> Estimado Fausto:

>>>>

referencia, te informo que el juzgado

juez encargado, doctor Wilson Lozada

proceso, y señalado para el 3 de septiembre

inspección.   Asi, se provee el escrito

julio, mediante el cual solicito

diligencia, y solicita que no se admita

dilatando el proceso, copio este mail a todos

comentarios.

pcordovab@gmail.com <mailto:pcordovab@gmail.com> wrote:

la referencia, nos permitimos informarte

la providencia del Juzgado Cuarto de

la aclaración solicitada por nosotros,

clara, y se han resuelto todos los puntos

sentencia se ejecutoria el día lunes 28 de

cabe presentar recurso sobre recurso, el

al juzgado vigésimo.

interesados, a fin de que emitan sus

>>>> En relación con el asunto de la

>>>> vigesimo, por intermedio del

>>>> Villacis,
>>>> ha avocado conocimiento del

>>>> de
>>>> este año, la nueva fecha pra la

>>>> presentado por CHEVRON el 18 de

>>>> nuevamente
>>>> señalar dia y hora para la

>>>> dilación
>>>> alguna en el proceso.
>>>>
>>>> Aunque debemos continuar

>>>> los
>>>> implicados, en espera de sus

>>>>
>>>> Saludos
>>>>
>>>> PCB
>>>>
>>>>
>>>>
>>>> On 5/24/07, Pedro Córdova <

>>>> >
>>>> > Estimado Fausto:
>>>> >
>>>> > En relación con el asunto de

>>>> > que hemos sido notificados con

>>>> > lo
>>>> > Civil, mediante la cual niegan

>>>> > ya que
>>>> > al parecer, la sentencia es

>>>> > controvertidos.   Dicha

>>>> > mayo
>>>> de
>>>> > 2007.   En virtud de que no

>>>> martes
>>>> > el proceso principal volvería

>>>> >
>>>> > Copio este correo al resto de

>>>> > comentarios.

>>>> >
>>>> > Saludos
>>>> >
>>>> > Pedro Córdova
>>>> >
>>>> >
>>>> >  On 5/11/07, Alejandro Ponce
Villacís < alejandrop@usfq.edu.ec <mailto:alejandrop@usfq.edu.ec>  >
>>>> > wrote:
>>>> > >
>>>> > >  Sería importante pedir una
ampliación de la sentecia con el fin de
>>>> > > retardar el retorno al
Juzgado 20. En el tiempo hay que lograr que
>>>> el juez
>>>> > > sexto se pronuncie sobre mi
pedido de citación a todos los actores
>>>> del
>>>> > > juicio en Nueva Loja.
>>>> > > En cuanto a la preocupación
de  Fausto, este es el juicio de
>>>> > > recusación, mi escrito fue
en el pedido de inspección.
>>>> > > Saludos,
>>>> > > Alejandro
>>>> > >
>>>> > > ----- Original Message -----
>>>> > > *From:* HAVOC CIA. LTDA.
<havoc@interactive.net.ec>
>>>> > > *To:* Steven Donziger <
sdonziger@gmail.com>
>>>> > > *Cc:* aponcev@uio.satnet.net
>>>> > > *Sent:* Friday, May 11, 2007
9:20 AM
>>>> > > *Subject:* HAVOC Fw: RV:
RECUSACION a JUEZ VIGESIMO
>>>> > >
>>>> > >
>>>> > > Estimado Steven y Alejandro:
>>>> > >
>>>> > > Cual es la alternativa
ahora. Esta desechado el escrito de
>>>> > > Alejandro
>>>> > > al juzgado 6to de los civil,
que implica todo esto.
>>>> > >
>>>> > > Gracias de antemano por su
respuesta.
>>>> > >
>>>> > >
>>>> > > Saludos.
>>>> > >
>>>> > > Fausto Moreano V.
>>>> > > HAVOC CIA. LTDA.
>>>> > >
>>>> > > ----- Original Message -----
>>>> > >  *From:* Pedro Córdova
<pcordovab@gmail.com>

havoc@interactive.net.ec

2007 7:45 PM

RECUSACION a JUEZ VIGESIMO

----------

pcordova@salazarcordova.com>

JUEZ VIGESIMO

---

mayo de 2007  9:56

Salazar Cordova

VIGESIMO

la referencia, me permito informarte

notificados con la sentencia del Juez

que desecha la demanda de recusación

Vigésimo de lo Civil de Pichincha.

>>>> > > *To:*

>>>> > > *Sent:* Thursday, May 10,

>>>> > > *Subject:* Fwd: RV:

>>>> > >
>>>> > >
>>>> > > Adjunto nuevamente
>>>> > >
>>>> > > Saludos
>>>> > >
>>>> > > PCB
>>>> > >
>>>> > > ---------- Forwarded message

>>>> > > From: Pedro Cordova <

>>>> > > Date: May 10, 2007 7:59 PM
>>>> > > Subject: RV: RECUSACION a

>>>> > > To: pcordovab@gmail.com
>>>> > >
>>>> > >
>>>> > >
>>>> > >
>>>> > >
>>>> > >
>>>> > >  ---------------------------

>>>> > >
>>>> > > *De:* Pedro Cordova
>>>> > > *Enviado el:* jueves, 10 de

>>>> > > *Para:* 'HAVOC CIA. LTDA.'
>>>> > > *CC:* *Agustín Salazar;

>>>> > > *Asunto:* RECUSACION a JUEZ

>>>> > > *Importancia:* Alta
>>>> > >
>>>> > >
>>>> > >
>>>> > > Estimado Fausto:
>>>> > >
>>>> > >
>>>> > >
>>>> > > En relación con el asunto de

>>>> que
>>>> > > el día de hoy hemos sido

>>>> Cuarto de lo
>>>> > > Civil de Pichincha, en la

>>>> interpuesta
>>>> > > por HAVOC en contra del Juez

```
                                        >>>> > >
                                        >>>> > >
                                        >>>> > >
                                        >>>> > > De la mencionada sentencia,
no cabe recurso alguno, de conformidad
                                        >>>> con
                                        >>>> > > la Ley.
                                        >>>> > >
                                        >>>> > >
                                        >>>> > >
                                        >>>> > > Cabe mencionar que
esperábamos este resultado, por cuanto la
                                        >>>> > > judicatura no nos permitió
intervenir en la etapa probatoria, tal
                                        >>>> como fuera
                                        >>>> > > mencionado previamente.
                                        >>>> > >
                                        >>>> > >
                                        >>>> > >
                                        >>>> > > Como resultado de esto, el
Juez Vigésimo nuevamente avocará
                                        >>>> > > conocimiento de la causa
principal, y proveerá respecto de la
                                        >>>> posible
                                        >>>> > > inspección a realizarse en
los laboratorios.
                                        >>>> > >
                                        >>>> > >
                                        >>>> > >
                                        >>>> > > Continuaremos con la
estrategia planteada inicialmente, y
                                        >>>> > > evitaremos
                                        >>>> a
                                        >>>> > > toda costa que la inspección
judicial se realice.
                                        >>>> > >
                                        >>>> > >
                                        >>>> > >
                                        >>>> > > Cualquier información
adicional, estaremos gustosos de atenderla.
                                        >>>> > >
                                        >>>> > >
                                        >>>> > >
                                        >>>> > > Atentamente,
                                        >>>> > >
                                        >>>> > >
                                        >>>> > >
                                        >>>> > > Pedro Córdova Balda
                                        >>>> > >
                                        >>>> > >
                                        >>>> > >
                                        >>>> > >
                                        >>>> > >
                                        >>>> > >
                                        >>>> > >
                                        >>>> > > Av. 12 de Octubre y Cordero,
Ed. World Trade Center
                                        >>>> > >
```

Teléfonos:  (593 2) 252 72 00

Intelectual:   (593-2) 252 0900/254 0032


--

incoming message.

Database: 269.6.8/797 - Release Date:

>>>> > > Oficinas 505 y 1001.

>>>> > >
>>>> > > División  de Propiedad

>>>> > >
>>>> > >
>>>> > >
>>>> > > ---------------------------

>>>> > >
>>>> > > No virus found in this

>>>> > > Checked by AVG Free Edition.
>>>> > > Version: 7.5.467 / Virus

>>>> > > 5/10/2007 17:10
>>>> > >
>>>> > >
>>>> >
>>>>
>>>
>>>
>>> --
>>> Steven Donziger
>>> 212-570-4499 (land)
>>> 212-570-9944 (fax)
>>> 917-566-2526 (cell)
>>>
>>> Steven R. Donziger
>>> Law Offices of Steven R.

Donziger, P.C.

>>> 245 W. 104th St., #7D
>>> New York, New York 10025
>>> Email: sdonziger@gmail.com
>>>
>>
>>


--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com

```
--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com




--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com




--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com




--
Steven Donziger
212-570-4499 (land)
212-570-9944 (fax)
917-566-2526 (cell)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025
Email: sdonziger@gmail.com
```

DONZ00024971 Page 11 of 12

---

Discover the new Windows Vista Learn more!
<http://search.msn.com/results.aspx?q=windows+vista&mkt=en-US&form=QBRE>

DONZ00024971 Page 12 of 12