# EXHIBIT 13

```
                                                             1
DEPARTMENTAL DISCIPLINARY COMMITTEE
FIRST JUDICIAL DEPARTMENT
SUPREME COURT - APPELLATE DIVISION
---------------------------------------x

In the Matter of:                          RP #2018.7008

     STEVEN DONZIGER


---------------------------------------x

                              61 Broadway
                              New York, New York 10006
                              Monday, September 16, 2019

BEFORE:  JOHN HORAN, REFEREE

APPEARANCES:

For the Departmental Disciplinary Committee
First Judicial Department:
        61 Broadway
        2nd Floor
        New York, New York 10006

    BY: NAOMI GOLDSTEIN, ESQ.
        GEORGE DAVIDSON, ESQ.

For the Respondent:

    RICHARD FRIEDMAN, ESQ.
    MARTIN GARBUS, ESQ.
    AARON PAGE, ESQ.
```

**Carole Ludwig**
*Transcription Services*
**141 East Third Street #3E
New York, New York 10009
Phone: (212) 420-0771
Email: transcription420@aol.com**

```
                                                          188
 1           SALAZAR - DIRECT (by Friedman)
 2      to get to come to court, a Raphael Pandom
 3      (phonetic), am I pronouncing that right?
 4           THE WITNESS:  Yes, I just heard minutes ago
 5      that he had been denied his visa application
 6      because he has been told he was denied because
 7      he was on Chevron's list.
 8           MR. FREIDMAN:  And what was his position --
 9           MR. DAVIDSON:  I'm sorry, hearsay, I'm
10      going to ask that that be stricken?
11           THE REFEREE:  Well, it is hearsay, I will
12      allow it for what it's worth.
13           MR. FREIDMAN:  Let me ask you this, did you
14      have some concerns, yourself, about coming here
15      to testify?
16           THE WITNESS:  Yes, I have concerns about my
17      visa.  I have never come to the States to do
18      anything related to the case besides attending
19      the general shareholders meeting and this time
20      for this hearing.
21           MR. FREIDMAN:  Okay. I want to turn to the
22      Ecuador, I don't know if this is the right
23      term, Ecuador Civil Code, the Code of
24      Procedure?
25           THE WITNESS:  Civil Procedure Code, yeah.
```

```
                                                                221
 1
 2                    C E R T I F I C A T E
 3
 4           I, Carole Ludwig, certify that the foregoing
 5   transcript of proceedings in the State of New York,
 6   County of New York, was prepared using PC-based
 7   transcribing software and is a true and accurate record
 8   of the proceedings.
 9
10
11
12   Signature_____Carole Ludwig_____
13
14   Date:   September 20, 2019
15
16
17
18
19
20
21
22
23
24
25
```