# EXHIBIT 17

**2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L11000125366

**Entity Name:** MIDLAND ATLANTIC LLC

**FILED**
**Apr 28, 2019**
**Secretary of State**
**9443543417CC**

**Current Principal Place of Business:**

6940 PLANTATION ROAD
PLANTATION, FL 33317

**Current Mailing Address:**

6940 PLANTATION ROAD
PLANTATION, FL 33317 US

**FEI Number:** 39-2078760

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CHACON, FRANCISCO
6940 PLANTATION ROAD
PLANTATION, FL 33317 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent         Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGRM | Title | MGR |
| Name | SALAZAR, PATRICIO | Name | CHACON, FRANCISCO |
| Address | 6940 PLANTATION ROAD | Address | 6940 PLANTATION ROAD |
| City-State-Zip: | PLANTATION FL 33317 | City-State-Zip: | PLANTATION FL 33317 |
| Title | AMBR | Title | AMBR |
| Name | SALAZAR, FERNANDO | Name | SALAZAR, CARLOS |
| Address | 6940 PLANTATION ROAD | Address | 6940 PLANTATION ROAD |
| City-State-Zip: | PLANTATION FL 33317 | City-State-Zip: | PLANTATION FL 33317 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FRANCISCO CHACON         MGR         04/28/2019

Electronic Signature of Signing Authorized Person(s) Detail         Date