UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEVRON CORPORATION,

                Plaintiff,

v.

STEVEN DONZIGER, et al.,

                Defendants.

11 Civ. 0691 (LAK)

**Stipulation and [Proposed] Order**

WHEREAS, Non-Party Patricio Salazar Cordova ("Salazar") filed a motion to quash Plaintiff Chevron Corporation's subpoena duces tecum and subpoena ad testificandum on October 2, 2019 [Dkt No. 2348];

WHEREAS, pursuant to the Court's Order, Chevron's opposition to the motion to quash was due on October 18, 2019;

WHEREAS, the Court's electronic filing system was experiencing an outage at the time Chevron's opposition was due remained unavailable until October 20, 2019;

WHEREAS, accordingly, Chevron served Salazar's counsel of record with its motion papers via email at 12:01 AM on October 19, 2019;

WHEREAS, Chevron filed its opposition through the Court's electronic filing system when the system became available again on October 20, 2019;

WHEREAS, the deadline for Salazar to file his reply in support of his motion is currently due on Monday, October 21, 2019;

WHEREAS, in light of the complexity of the issues raised in Chevron's opposition, and that, pursuant to the Local Rules, Salazar would have one business day to prepare and file his reply;

1

IT IS HEREBY STIPULATED AND AGREED between the parties and their undersigned counsel:

1    The time for Salazar to file his reply memorandum of law in support of his motion to quash the subpoenas shall be extended to and including October 23, 2019.

2.    Salazar stipulates that the service of Chevron's opposition shall be deemed timely.

Dated: October 20, 2019
New York, NY

By: BAILEY DUQUETTE P.C.

/s/ James D. Bailey
James D. Bailey
104 Charlton St., #1W
New York, NY 10014
(917) 797-5948
james@baileyduquette.com
*Attorneys for Salazar*

By: GIBSON, DUNN & CRUTCHER LLP

/s/ Andrea E. Neuman
Andrea E. Neuman
200 Park Ave.
New York, NY 10166
ANeuman@gibsondunn.com
(212) 351-4000
*Attorneys for Chevron Corporation*

IT IS SO ORDERED.
Dated: 10/22/19

HON. LEWIS KAPLAN, U.S.D.J.