UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| CHEVRON CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | 11 Civ. 0691 (LAK) |
| STEVEN DONZIGER, et al., | : | **Stipulation and [Proposed] Order** |
| Defendants. | : | |

WHEREAS, Gary Greenberg ("Greenberg") failed to appear for his properly noticed deposition on October 21, 2019;

WHEREAS, Greenberg also failed to appear for his properly noticed deposition on October 24, 2019;

WHEREAS, Greenberg has represented to Plaintiff Chevron Corporation ("Chevron") that he will appear for his deposition on December 9, 2019;

WHEREAS, Greenberg is in possession of documents responsive to subpoenas served on him by Chevron that he has not produced to Chevron, including but not limited to a declaration Greenberg recently signed for counsel for Steven Donziger that was mentioned in Donziger's attorney discipline proceedings on October 28, 2019;

WHEREAS, the parties seek to avoid the need for motion practice regarding Greenberg's deposition and production of documents;

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties:

1. Greenberg shall produce all documents responsive to Chevron's subpoenas that are within his possession, custody, or control on a rolling basis, beginning as of the date of this stipulation, and shall produce all such documents by no later than December 7, 2019.

2. Greenberg shall appear for his deposition on December 9, 2019 at 2:00 PM at Gibson, Dunn & Crutcher LLP, 200 Park Ave., New York, NY 10166.

Dated: November 19, 2019

By: GIBSON, DUNN & CRUTCHER LLP

_____
Andrea E. Neuman
200 Park Ave.
New York, NY 10166
ANeuman@gibsondunn.com
(212) 351-4000
*Attorneys for Chevron Corporation*

By: GARY GREENBERG

_____ w/ permission 11/19/19
Gary Greenberg
GMG Tax Preparers
411 E 53rd St.
New York, NY 10022

IT IS SO ORDERED.

Dated: _____

_____
HON. LEWIS KAPLAN, U.S.D.J.

2