# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CHEVRON CORPORATION
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

STEVEN DONZIGER
_____

(List the full name(s) of the defendant(s)/respondent(s).)

11 CV 691 (LAK)(RWL)

**NOTICE OF APPEAL**

FILED
2019 DEC 12
U.S. DISTRICT COURT
S.D. OF N.Y.

Notice is hereby given that the following parties: STEVEN DONZIGER

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☐ judgment ☒ order entered on: December 9, 2019
(date that judgment or order was entered on docket)

that: DENIED HIS APPLICATION FOR A STAY OR ADJOURNMENT OF A HEARING SCHEDULED FOR DECEMBER 12, 2019 AND FOR SPECIAL APPEARANCE OF COUNSEL

(If the appeal is from an order, provide a brief description above of the decision in the order.)

December 11, 2019
Dated

Signature

DONZIGER, STEVEN
Name (Last, First, MI)

245 W 104th ST     NY        NY        10025
Address            City      State     Zip Code

Telephone Number

SDonziger@DonzigerandAssociates.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13