THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-17-19

December 16, 2019

By ECF
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Chevron Corp. v. Steven Donziger, et al.*
          Civil Docket Number 11-0691 (LAK)

Dear Magistrate Judge Lehrburger:

    At this past Thursday's civil contempt hearing, your Honor adjourned continuation of the hearing *sine die*. Please treat this letter as a request that your Honor schedule the hearing to continue after resolution of the criminal case pending before Judge Preska. Mr. Donziger expects to pursue any necessary appellate remedies upon receipt of the transcript of Thursday's hearing from the court reporter.

                                    Respectfully submitted,

                                      /s/
                                    Andrew J. Frisch

cc: All Counsel

*Denied. The parties shall promptly notify the court of any ruling by the Court of Appeals with respect to Donziger's motion for a stay.*

SO ORDERED:

                    12/17/19
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

WWW.ANDREWFRISCH.COM