# EXHIBIT 3

Message

**From**: Joshua Rizack [jrizack@therisinggroup.com]
**Sent**: 3/7/2019 4:25:29 PM
**To**: Steven Donziger [sdonziger@donzigerandassociates.com]
**Subject**: Re: List of documents for Chevron
**Attachments**: 2515_001.pdf

See attached list

RIZ00000385

#63728132v10_US_ - JVM Investor Judgment Agreement[2]

#DRAFT Contract AMP-FRENTE #ESP.docx

#DRAFT Contract AMP-FRENTE.docx

% of deal

~$Donziger ATTY Acct 2007 -2011.xlsx

~$INVESTMENT OPPORTUNITY.pptx

~$Org Chart.pptx

~$SD Exp Sheet Jan 2012.xlsx

~$ver email II.docx

~WRL0003.tmp

1117_001.pdf

1118_001.pdf

1119_001.pdf

1119_049.pdf

1120_001.pdf

1121_001.pdf

2011.10.18 Executed Contingent Fee Agreement.PDF

2011.12.03 Letter & Proposal to Julian Jarvis.pdf

2011.12.23 Letter to J. Jarvis re Fee Proposal.pdf

2450_001.pdf

2451_001.pdf

2452_001.pdf

2453_001.pdf

4529_001.pdf

32105llap

20120815 [SRD amended answer and counterclaims].pdf

20160824 Rizack Investor #DRAFT #ESP.DOCX

20160824 Rizack Investor #DRAFT.DOCX

Account Payable

Active AP.pdf

ACUERDO DE CONTRATACIÓN DE SUSTITUCIÓN.pdf

Acuerdo de inversión _ inglés.pdf

ACUERDO DE INVERSION 200 ESP.pdf

Acuerdo de Inversion En La Sentencia de Ecuador.pdf

ADP .PDF

Advisory Agreement -- Ben Barnes (2011-11-01) (English).docx

Advisory Agreement -- Hinton (2011-10-19) (English).docx

Advisory Agreement -- JJ (2012-01-09) (English).docx

Advisory Agreement -- Lehane-Fabiani (2011-02-17) (English).docx

Advisory Agreement -- Nextant (execution) (English).docx

Advisory Agreement -- Rizack (2011-10-19) (English).docx

Advisory Agreement -- Tom Downey (2011-09-27) (English).docx

Advisory Agreement -- Tom Downey (executed)(English).pdf

Advisory Agreement -- TRG (execution) (English).docx

Advisory Agreement -- TRG (execution) (Spanish)

Advisory Agreement -- Willie Brown (2011-10-19) (English).docx

Agenda (2012-01-04).docx

Agreement between Kohn and Donziger re allocation and distribution of fees (2008.08.07).pdf

Agreement to Dispute a Case Againt Chevron (2006.04.27).pdf

Agreements needed

AKTI Agreement.pdf

Amazon_AdPlan.xlsx

Amazon_EarnedMediaPlan033012.docx

Amazon_EarnedMediaPlan033012[1].docx

Amazon_MessagingPlan033012.docx

Amazon_MessagingPlan033012[1].docx

Amazon_OnlinePlan033012.docx

Amazon_TacticalPlan033012.xlsx

Amazon_YoudCareDeck033012.pdf

Amazonia Budget_01.20.12.xlsx

Amazonia Budget_02.16.12.xlsx

Amazonia Budget_4.12.12.xlsx

Amazonia Term Sheet 1.18.16.docx

Amazonia Term Sheet 3.10.16.docx

Amazonia Term Sheet 6.27.16.docx

Amazonia Term Sheet 6.27.docx

Amazonia Term Sheet_011516

Amazonia Term Sheet_071012[1]

Amazonia Term Sheet_071612

AP 3.10.12.xlsx

Appendice 2.pdf

Appendice 3.pdf

APPENDIX 1.pdf

Appendix2

attachment.pdf

AX dowloan 10.19.13 ro 9.21.14.csv

AX dowloan 10.19.13 ro 10.31.15.csv

AX Download 5.14.14 - 8.29.15.xls

AX jan - Mar

Billing and Exp to date

Billings2003-2007

Briefing Book Template 032612

Budget 6.11.12.xlsb

Budget 7.5.12.xlsb

Budget 7.12 (combo)

Budget 7.12 (Full Payments)

Budget 7.12 (No RICO)

Budget 7.16.16.xlsb

Budget 8.17 (Full Payments)

Budget 9.11 (fixed fees 25%)

Budget 9.11 (fixed fees)

Budget 10.5.12.xlsb

Budget 10.6 (fixed fees)

Budget 10.14 (6)

Budget 10.15 (6)

Budget 10.24 (6)

Budget 11.4.12 (6)

Canada launch blog post.docx

canada launch press release draft.docx

cap chart

Cap Chart 2.22.16.xlsx

Cap Chart Carmody

Cap Chart May 2016

Carmody Letter from JRice 111011.pdf

Carta Motley Rice (EN) (2011.10.19).pdf

Case Budget.xlsx

Case Overview for Claimants_033012[1]

Cases in which ECBA remains counsel of record for the LAPs (2012.01.04)(unconfirmed).docx

Certificación 200.00.pdf

Certificación 300.000.pdf

Certificate of incorproation - Indigenous People Limited.pdf

Chevron CA2 Opinion - 2nd circuit appeal.pdf

Chevron Ecuador Deck_April 4_R2[2].pdf

Chevron Project 12-27.mov

Chevron-Ecuador_Risk_Analysis_Report_May2011

Chevron-Ecuador_Risk_Analysis_Report_May2011.pdf

Clean Up Ecuador Campaign Expansion Proposal.pdf

Confidential Memorandum (as of 2012.07.09)[1]

Confidential Memorandum (as of 2012.07.10)

Confidential Memorandum_031312.pdf

confidential proposal for New Orleans lawyers.msg

Confidential Settlement Agreement Hudson.pdf

Contact List 1.3.12.docx

Contact List 4.17.12.xlsb

Contact List 4.17.12.xlsx

Contract BILLINESS-FRENTE (English).docx

Contract BILLINESS-FRENTE (Spanish).docx

Contract CONTACTO-FRENTE (English).docx

Contract CONTACTO-FRENTE (Spanish).docx

Contract Donziger-FRENTE (English).docx

Contract Donziger-FRENTE (Spanish).docx

Contract FREIDMAN-FRENTE (Spanish).docx

Contract FRIEDMAN-FRENTE (English).docx

Contract GUPTA-FRENTE (English).docx

Contract GUPTA-FRENTE (Spanish).docx

Contract HINTON-FRENTE (English).docx

Contract HINTON-FRENTE (Spanish).docx

Contract KREVLIN-FRENTE (English).docx

Contract KREVLIN-FRENTE (Spanish).docx

Contract Littlepage-FRENTE (English).docx

Contract LITTLEPAGE-FRENTE (Spanish).docx

Contract PHILLIPS-FRENTE (English).docx

Contract PHILLIPS-FRENTE (Spanish).docx

Contract Salazar-FRENTE (English).docx

Contract SALAZAR-FRENTE (Spanish).docx

Contract SAMPLE-FRENTE (English).docx

Contract SAMPLE-FRENTE (Spanish).docx

Contract SHERMAN-FRENTE (English).docx

Contract SHERMAN-FRENTE (Spanish).docx

Contract SNOWDY-FRENTE (English).docx

Contract Snowdy-FRENTE (Spanish).docx

Contract TRGC-FRENTE

Contractos.Recomendations.docx

Contractos.Recomendations[3].docx

Contrato - Inglés copy.pdf

Contrato - Inglés.pdf

Copy of LATAM Budget numbers.xls

Copy of Torvia Payments Reconciliation with NEXTANT adjustment and LATAM Added

Copy of Torvia Payments Reconciliation_021612.xlsx

Cover email II.docx

Cover email.docx

critical (1).msg

ct-canada2.png

Daniel English.pdf

Daniel Spanish.pdf

Deal Summary

Distribution Appendix #FINAL.docx

Distribution Escrow Agreement #FINAL.docx

Documento para analizar.pdf

Dole compared to Chevron 4.9.12 Meeting Memo - AMW.pdf

Donziger - signed pages_7139471.pdf

Donziger ATTY Acct 2007 -2011 (Totaled)

Donziger ATTY Acct 2007 -2011 (version 1).xlsx

Donziger ATTY Acct 2007 -2011 Debt Calculation

Donziger ATTY Acct 2007 -2011.xlsx

Donziger ATTY Acct 2010 -2011.xlsx

Donziger ATTY Acct.xlsx

Draft (2011.12.20) (clean).docx

Draft Confidential Memorandum (DRAFT 2012-03-01)(clean).docx

Draft contract for Gerald to review.msg

Draft PPM (J Rizack sections).docx

ECBA - CARTA ABADY INGLES.pdf

ECBA retainer agreement (2010.10.26) (clean) (execution) (English) (signed by ECBA and plaintiffs).pdf

ECBA retainer agreement (2010.10.26) (clean) (execution) (English).doc

Ecuador - Funding Agreement (Kramer) (execution)(English).docx

Ecuador - Funding Agreement (Torvia) (2011-06-08)(English) (execution) (executed by claimants).pdf

Ecuador - Funding Agreement(torys 2010-10-31)(2)(FINAL).DOC

Ecuador Judgment Investment Agreement 200.pdf

Ecuador-NLC Proposal doc2-11-12(PMW comments 2012-03-13).doc

Eisler.Agreement.SpanishFinal.pdf

Engagement Agreement (Lago Agrio matter) (first).msg

Engagement Agreement (Lago Agrio matter) (second) (1).msg

Environmental Justice for Ecuador Committee Timeline.docx

Escrow Agreement $10 Million

Escrow Agreement Distribution

Escrow Agreement for funds in

Escrow Agreement for signature.docx

EvidenceSummary FINAL.pdf

Executed Intercreditor Agreement.pdf

Exhibit B - Website Bio (Getto).pdf

Exhibt A - Press Release.pdf

Exp Sheet

Exp Sheet April 2012

Exp Sheet December 2012

Exp Sheet Mar 2012

Exp Sheet.xlsx

Expenses Quito Sept 2016

Final Steven Acct 2007-2012

Final Steven Acct 2007-2016 (2.2.17)

Final Steven Acct 2007-2016 (9.18.16)

Fisher.onepagerindigenous.doc

Funder 200 - Appendix 2.pdf

Funder3 Agreement #FINAL[4]$200k

Funder3 DraftAgreement 6.track[1]

Funder3.Appendix2.docx

Funder200.Final.Aug24

Funder200k.Contract.Aug20[1]

FunderDY.Agreement.Final1

FunderVI Appendix 2 Oct 24 2016

FunderVI Appendix3 Oct 2016

FunderVI Escrow Agreement Oct 24 2106

FunderVI Final Oct 24 2016

FunderVI Final Oct 24 2016 ESP

Funding Agreement (Burford) (executed).pdf

Funding Escrow Agreement #FINAL.docx

Fundraiser NDA (Form)(2012-02-20).docx

FW Chevron v Donziger Chevron v Salalzar Ltr and drft pldgs.msg

Gerard_Maples_Appearances_Spreadsheet.XLS

global launch blog post.docx

global launch press release draft.docx

GrossLaw_Trust_AC_Wire_Instructions.pdf

guidance.msg

H5 - Advisory Agreement - english (Executed)(2011-02-24).pdf

H5 Advisory Agreement 02-10-2011 (CLEAN).docx

H5 Indemnification Letter 08-08-11.pdf

Indemnification Notice 03 Aug 2011.pdf

Intercreditor Agreement(final).DOC

Investment Agreement Glen K.pdf

INVESTMENT OPPORTUNITY.docx

INVESTMENT OPPORTUNITY.pdf

INVESTMENT OPPORTUNITY.pptx

INVESTMENT.Summary.Short.Dec2016.pdf

INVESTOR.Summary.December2016.pdf

Invoice April 2012

Invoice August 2012

Invoice Dec 2011.xlsx

Invoice Feb 2012

Invoice Gibson, Dunn & Crutcher - Chevron v. Steven Donziger

Invoice Gibson, Dunn & Crutcher - Chevron v. Steven Donziger

Invoice Jan 2012.xlsx

Invoice July 2012

Invoice June 2012

Invoice Mar 2012.xlsx

Invoice May 2012

Invoice November 2012

Invoice October 2012

Invoice September 2012

Invoice Septemebr 2012

Israel % Worksheet

Jan 2012 AP Bal

JJ Revised Budget

JJ Revised Budget II 5.17.12.xlsb

JJ Steering

Joint Appendix 3.pdf

JR on SD Exp Sheet August 2012

JRD Engagement Agreement (executed).pdf

Kohn Terminaton Letter (2010.07.26).pdf

Krevlin notes.pdf

l-WJC to Joe Rice (2011.12.27)(draft).docx

Lago Agrio (1).msg

Lago Agrio (2).msg

Lago Agrio (A-1).msg

LatAm form Retainer Agreement (2012.01.10).doc

Latin America Contact List(1)

Letter Agreement -- Willie Brown (2009-02-26).pdf

Letter dated 9.23.11 to Treca re proposed trust documents (executed).pdf

Letter dated 9.28.11 from Treca re Trust Deed delivery.pdf

Letter dated 9.29.11 from Burford Group alleging breach of Funding Agreement.pdf

Letter dated 9.29.11 from Treca purporting to terminate Funding Agreement.pdf

Letter dated 9.29.11 from Treca re settlement offer.pdf

Letter dated 10.14.11 from Treca re intercreditor agreement.pdf

Letter dated October 6, 2011 to Burford from SRD and others.pdf

Letter dated October 6, 2011 to Treca re acceptance of termination of FA.pdf

Letter from Bill Narwold to WJC (2011.10.31).pdf

Letter from Joe Rice to WJC (2011.11.10).pdf

Letter from Jonathan Abady (2011.02.05) (Spanish).DOC

Letter from Jonathan Abady (2011.06.16) (English).PDF

Letter from Joseph Kohn to Donziger et al (2010.08.09).pdf

Letter to Alan Lenczner dated andexecuted 9.20.2016 by Michael Ben-Jacob as Trustee of the Evan FamilyTrust.pdf

Letter to Gerald Maples (2011.10.20).pdf

Letter to Motley Rice (2011.10.19) (English and Spanish).pdf

Letter to Treca Financial Solutions (2011.03.15).pdf

Letter to Treca (2011.10.20) (draft).docx

Letter to Treca Financial Solutions (2011.02.15).pdf

list of cases handled by GM.pdf

list of payments 5.8.12.xlsx

London Meeting.xlsx

Mantid International (Iraq)

March 2012 - Payment Request

Master Agreement (2010-12-6).docx

MASTER AP

MASTER AP (Old)

MASTER AP 4.1.16.xlsx

Master Contact List 4.25.12.xlsx

MedialistBrazil.xlsx

Medialistcanada.xlsx

MediaListChevronEmail.xls

Memo 3.38.12 Steering & Budgets

Memo Finc 9.20.16.docx

Memo R

Memo to Pablo Fajardo re questions on damages recoveries + responses (2012.01.04).docx

Memorandum and Articles of Association - Indigenous People Limited.pdf

Motley Rice and F.Gerald Maples appearances.docx

Motley_Rice_Appearances_spreadsheet.XLS

NDA.LAPs.2016

New Eauity Available.xlsx

next steps.msg

NEXTANT

Nextant Invoice 100-1501.pdf

Nextant Invoice 100-1504.pdf

Nov bill.msg

Nov AP Bal

OLD AP Non Active.pdf

Org Chart.docx

Org Chart.pptx

Panam Itinerary 6.27.12.docx

Patton Boggs Retainer Agreement (2011.12.20).doc

payment 5.10.12.xlsx

Payment Request 1 18 12.docx

Payment Request 1 18 12.pdf

Payment Request 3 11 12.docx

Payment Request 3 16 12.docx

Payment Request 3 27 12

Payment Request 3 30 12

Payment Request 5.29.12.xlsx

Payment Request 6.26.12.xlsx

Payment Request 6.28.12.xlsx

Payment Request 7.13.12.xlsx

Payment Request 7.20.12 sd

Payment Request 7.20.12.xlsx

Payment Request 10.1.12 sd

Payment Request 10.10.12 sd

Payment Request 10.15.12 .xlsx

Payment Request 11.14.12.xlsx

Payment Request 12 22 11.docx

Payment Status.msg

Payments - Andrew Edit

Payments - Torvia

payments 1.15.12.xlsx

Payments 11.9.12.xlsx

Placement Agreement - AKTI (2012-02-27).docx

Placement Agreement - AKTI (2012-02-27)(v2) marked up.docx

PR Comments 5.7.12.docx

PR Comments 5.30.12.docx

Preference Waterfall103111-current.xlsx

Preference Waterfalln6.30.15.xlsx

PRN LOA Hinton Communications 5_2012 (signed).pdf

Promisory Note Donzinger to Roger Water.pdf

Proposal for payments 9.14.12.docx

Q&A.docx

QA.pdf

Re confidential proposal for New Orleans lawyers.msg

RE critical.msg

RE Ecuador (1).msg

RE Ecuador (2).msg

RE Ecuador (3).msg

RE Ecuador (4).msg

RE Ecuador (5).msg

RE Ecuador (6).msg

RE Engagement Agreement (Lago Agrio matter).msg

RE Gerald Maples Agreement.msg

RE Lago Agrio (3).msg

RE Lago Agrio (4).msg

RE Lago Agrio (5).msg

Re Lago Agrio (A-2).msg

RE Lago Agrio (A-3).msg

Re Lago Agrio (A-4).msg

RE Lago Agrio (A-5).msg

RE Lago Agrio (A-6).msg

RE next steps (1).msg

RE next steps (2).msg

Re next steps (3).msg

RE next steps (4).msg

RE next steps (5).msg

Response from Treca (2011.02.21).pdf

Retainer Agreement - Motley Rice (2010-12-16) (English).docx

Retainer Agreement - Motley Rice (fully executed) (English).pdf

Retainer Agreement - SKV (draft) 2011-10-10) (English).docx

Retainer Agreement -- Donziger & Associates (2011.01.12) (English)execution.docx

Retainer Agreement -- Donziger & Associates (executed) (English).pdf

Retainer Agreement -- Gerald Maples (2011.02.04) (English)GM executed.doc

Retainer Agreement -- Gerald Maples (English) (fully executed-not released).pdf

Retainer Agreement -- Pablo Fajardo (2011.01.05)(v2) (English)execution.docx

Retainer Agreement -- Pablo Fajardo (executed)(English).pdf

Retainer Agreement -Sergio Bermudes (2012.05.18)(EN)

Retainer Agreement. Aguinda v. Chevron (00042553).pdf

Rizack Agreement 2046_001.pdf

SD Calander

SD Exp Jan 2012

SD Exp Sheet

SD Exp Sheet August 2012

SD Exp Sheet Feb 2012

SD Exp Sheet Febuary 2013

SD Exp Sheet Jan 2012.xlsx

SD Exp Sheet January 2013

SD Exp Sheet July 2012

SD Exp Sheet June 2012

SD Exp Sheet June Rizack AX 2012

SD Exp Sheet May 2012

SD Exp Sheet November 2012

SD Exp Sheet October 2012

SD Exp Sheet September 2012

SD Invoice Jan - March 2012

Segundo Addendum.pdf

Selected News and Multimedia – Chevron Ecuador

September 22 Wellbeck.docx

Sherman note.pdf

Side Letter _ inglés.pdf

Sider Letter _ español.pdf

signature page letter of direction.pdf

Signed Documents Nov 24 16_7359481.pdf

Signed NDA Israel.pdf

Singed Agreement 2046_001.pdf

SKV Fee Proposal (2011.10.04).xlsx

Smyser reconcillaton

Steering

Steve's list.docx

Steve's list.LNK

Steven Acct 2007-2010

Steven Acct 2007-2010 .pdf

Steven Acct 2007-2010 FINAL

Steven Acct 2012

Steven Acct 2012 to date.pdf

Steven Acct 2013

Steven Acct Summary and amount due 2012 & 2013

Steven Donziger_North Social_Portal-A_Proposal_6_11_12.pdf

Summary of Disputes and Potential Disputes (2012 01 05) (3).docx

Summary of Disputes and Potential Disputes (2012.01.05).docx

Summary of LatAm deals 9.11.12.docx

Summary of Payments 2007-2012 Pie Charts

Table of fundings (as of 2012.01.08)(2).docx

TARGET INVETORS.xlsx

Tax opinion.pdf

TD Bank Transations

Teaser4.26.12.docx

Term sheet.docx

TO DO 4.25.12.docx

TO DO 5.8.12.docx

TO DO 5.26.12.docx

To DO Checklist

TO DO LIST.docx

Torvia -- side letter re option to provide additional funding (2011.06.08)(English)(execution) (signed by claimants).pdf

Torvia final Investment agreement (executed).pdf

Torvia payments as of 7.26.12.xlsx

Torvia Payments Reconciliation_021612.xlsx

Torvia-SRD Agreement for Chevron-Ecuador (executed).pdf

Travel Packing List

UHY Advisors Wire Instructions.docx

untitled

Valuation Model with discounts

valuation vs investment

Valuations 11.4.12.xlsx

VERSION INGLES.pdf

Wellbeck Partners Funding Agreement.pdf

West end 3/25/14

West end 4/4/14

West end 4/7/14

William Carmondy proposal

wire instructions past Oct23.doc

Wire instructions US trust acct_7141891.pdf

WIre List

Workbook1

Workbook5

Working Group Contact List

Youd care budget

RIZ00000403