# EXHIBIT 6

Message

**From**: Steven Donziger [sdonziger@donzigerandassociates.com]
**Sent**: 12/13/2018 6:33:20 PM
**To**: Joshua Rizack [jrizack@therisinggroup.com]
**Subject**: Fw: Chevron Corp. v. Donziger, Deposition of David Yass
**Attachments**: Notice of Deposition (Yass).pdf

---

**From:** Eisinger, Vince <VEisinger@gibsondunn.com>
**Sent:** Thursday, December 13, 2018 4:59 PM
**To:** Steven Donziger
**Cc:** Neuman, Andrea E.; Champion, Anne
**Subject:** Chevron Corp. v. Donziger, Deposition of David Yass

Dear Mr. Donziger,

Please find attached Chevron's notice of deposition for David Yass on December 20, 2018.

Regards,
**Vince Eisinger**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3993 • Fax +1 212.817.9593
VEisinger@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

RIZ00000086

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
CHEVRON CORPORATION, :
:
Plaintiff, :
:
v. : No. 11 Civ. 0691 (LAK)
:
:
STEVEN DONZIGER, et al., :
:
Defendants. :
:
:
------------------------------------- x

**CHEVRON CORPORATION'S NOTICE OF DEPOSITION OF
<u>DAVID STEVEN YASS AND WELLBECK PARTNERS LLC</u>**

PLEASE TAKE NOTICE that Plaintiff Chevron Corporation, by and through its counsel, will depose David Steven Yass, in his individual capacity and on behalf of Wellbeck Partners LLC, under Rules 69 and 70 of the Federal Rules of Civil Procedure, at 9:00 a.m. on December 20, 2018 at the offices of Gibson, Dunn & Crutcher, 200 Park Avenue, New York, NY 10166.

PLEASE TAKE FURTHER NOTICE that the deposition will be conducted before a notary public or other person authorized by law to administer oaths, and will be recorded by both stenographic means and audiovisual recording. LiveNote will be used during this deposition, and the transcript and video recording of the deposition may be transmitted through LiveNote's web streaming feature for real time viewing by counsel for Chevron.

2

Date:   December 12, 2018

                                                              */s/ Andrea Neuman*

Randy M. Mastro
Andrea E. Neuman
Anne Champion
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

William E. Thomson
333 South Grand Avenue
Los Angeles, California 90071
Telephone 213.229.7000


STERN, KILCULLEN & RUFOLO LLC
Herbert J. Stern
Joel M. Silverstein
325 Columbia Tpke, Ste 110
P.O. Box 992
Florham Park, New Jersey 07932-0992
Telephone:  973.535.1900
Facsimile:  973.535.9664

*Attorneys for Chevron Corporation*

RIZ00000088