# EXHIBIT 23

Message

| | |
|---|---|
| **From**: | Steven Donziger [sdonziger@donzigerandassociates.com] |
| **Sent**: | 5/15/2017 7:39:39 AM |
| **To**: | aaron@forumnobis.org; Joshua Rizack [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cac40543c733439e85b4aba5fb77f118-jrizack] |
| **Subject**: | thoughts/investors/important |

I am going to have difficulty bringing in more $$ for Ecuador without us dealing further with the investor protection issue in Canada and with Alan. I think this includes Alan signing off on the appendix that outlines all payments upon recovery as well as some other things that I think we are going to be needed based on my latest trip, including possibly the new trust in Canada.  Another investor said he wanted the recovery to arrive "automatically" without having to depend on the discretion of Alan.  I think we need to have a phone call with the three of us to discuss.  This affects the interests of all investors including the two of you.  I don't think investors are protected to the extent they could be.  Need to pay attention to this.  Ideally we should meet in person but absent that let's do a phone call.

SRD

RIZ00001526