# EXHIBIT 25

Message

**From**: Steven Donziger [sdonziger@donzigerandassociates.com]
**Sent**: 2/6/2017 2:53:47 PM
**To**: alenczner@litigate.com; Joshua Rizack [jrizack@therisinggroup.com]
**Subject**: introducing you

Alan,

I am introducing you to my colleague Josh Rizack in this email. Josh has helped me on the Ecuador case for many years; his background is in finance and he has served as a court-appointed Special Master in many U.S. cases.  He also has helped us raise funds to pay your fees and he continues to do so.

Josh is going to be in Toronto later this week and if you have time I thought it might be helpful if you guys could briefly meet and say hello. I think he is around on Wed of this week.  I will leave it to both of you to try to arrange something.

Thanks!

Best, Steven

RIZ00001473