# EXHIBIT 26

Message

---

**From**:        Steven Donziger [sdonziger@donzigerandassociates.com]
**Sent**:        3/4/2017 8:30:04 AM
**To**:          Joshua Rizack [jrizack@therisinggroup.com]
**Subject**:     catch up

Let me know if u can have lunch Thursday of next week in the city

Going to London on the 13th to meet with some potential new investors set up by the London guy and Van Merk

Do you have any other potential investors?  Our materials look excellent and we are going to do a $1m round.  Will explain.

RIZ00000925