# EXHIBIT 27

Message

| | |
|---|---|
| **From**: | Steven Donziger [sdonziger@donzigerandassociates.com] |
| **Sent**: | 8/25/2017 7:59:20 PM |
| **To**: | Joshua Rizack [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cac40543c733439e85b4aba5fb77f118-jrizack] |
| **Subject**: | when talk |

need to deal with budget and other things happening.  need u take more active role will explain

key meeting tuesday need to get it done this weekend

thanks

RIZ00001560