# EXHIBIT 29

Message

**From:** Joshua Rizack [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CAC40543C733439E85B4ABA5FB77F118-JRIZACK]
**Sent:** 12/4/2016 6:37:41 PM
**To:** Steven Donziger [sdonziger@donzigerandassociates.com]
**Subject:** Re: dire situation

Tried calling you earlier. Call me in the morning and we can discuss.

**From:** Steven Donziger <sdonziger@donzigerandassociates.com>
**Date:** Sunday, December 4, 2016 4:07 PM
**To:** Josh Rizack <jrizack@therisinggroup.com>
**Subject:** dire situation

hey there

It is imperative we prepare an investor presentation for the clients to show use of funds, debts, charts, etc. Pablo is attacking the Frente on this point and if we lose the Frente we lose control of the case. they had a meeting two days ago about this.

WE need to get this done even if it takes a week. You need to give me a couple of days to do it; come to my house and stay overnight in the city. we need to focus. let me know when.


SRD

RIZ00003479