# EXHIBIT D

| From: | Aaron Marr Page -/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=13ea22c6374845958095cbc9e6c28550-aaron> |
|---|---|
| Sent: | Friday, January 13, 2017 7:33 AM |
| To: | Steven Donziger <sdonziger@donzigerandassociates.com> |
| Subject: | RE: draft contract/Ecuador |

EXHIBIT 5620
WIT:
DATE:
RANDY DUNN, CRR, RPR, CCR

Too late now?

EXHIBIT
PX 9109

-------- Original message --------
From: Steven Donziger <sdonziger@donzigerandassociates.com>
Date: 1/13/17 5:06 AM (GMT-05:00)
To: Aaron Marr Page <aaron@forumnobis.org>
Subject: Re: draft contract/Ecuador

Call me asap. With Daniel

Thanks

Sent from my iPhone

On Jan 12, 2017, at 9:35 PM, Aaron Marr Page <aaron@forumnobis.org> wrote:

> It doesn't seem like they are reading the documents that closely, nonetheless I think they might be surprised if we remove Alan entirely? The obligation on him to pay out investors first is really the heart of these contracts. I don't think Alan has a problem signing an "acknowledgment" of something that directs payment to you, I think he just doesn't want it going through his firm?
>
> Working on translating it in the meantime....
>
>
> -------- Original message --------
> From: Steven Donziger <sdonziger@donzigerandassociates.com>
> Date: 1/12/17 4:50 AM (GMT-05:00)
> To: Aaron Marr Page <aaron@forumnobis.org>
> Subject: Re: draft contract/Ecuador
>
> yes, payment to me but proceeds from recovery. we don't need Alan involved at all.
>
>
> SRD

**From:** Aaron Marr Page <aaron@forumnobis.org>
**Sent:** Thursday, January 12, 2017 12:02:37 AM
**To:** Steven Donziger
**Subject:** FW: draft contract/Ecuador

I need to do this and send to you, correct?

Up terms to 152K. And re-write so that payment goes directly to you.

**From:** Steven Donziger [mailto:sdonziger@donzigerandassociates.com]
**Sent:** Tuesday, January 10, 2017 5:25 PM
**To:** Mark Fenwick <markfenwick@mfm.london>
**Cc:** Aaron Marr Page <aaron@forumnobis.org>; Peter Fairley <Peter.Fairley@CohnReznick.com>; Kate Watkins <katewatkins@mfm.london>
**Subject:** Re: draft contract/Ecuador

Thanks so much. Will send relevant paperwork shortly. Happy New Year.

**From:** Mark Fenwick <markfenwick@mfm.london>
**Sent:** Tuesday, January 10, 2017 12:23:17 PM
**To:** Steven Donziger
**Cc:** aaron@forumnobis.org; Peter Fairley; Kate Watkins
**Subject:** Re: draft contract/Ecuador

Steve,
My apologies for the delay in responding, the holidays etc. We appreciate the uplift in the return, he would like to make a further $50k available.

Would you send the relevant paperwork to Peter Fairley.

Best,

Mark

---

**From:** Steven Donziger <sdonziger@donzigerandassociates.com>
**Date:** Sunday, 4 December 2016 at 23:26
**To:** "markfenwick@mfm.london" <markfenwick@mfm.london>
**Cc:** "aaron@forumnobis.org" <aaron@forumnobis.org>
**Subject:** draft contract/Ecuador

Mark,


Attached is a draft contract based on the form we use with our recent group of investors.  This is designed to supersede our previous agreement.


Please review this but pay special attention to the percentage interest granted to your investor and what entity (if other than the name of the funder) you want to put in the contract.  This contract is going to be guaranteed by Canadian counsel and the group in Ecuador that is the judgment holder (as distinct from me).  This provides even more security for your funder and is consistent with the returns being promised to the other recent investors.


You are probably going to have some questions so let me know when you would like to talk, and I will make myself available.


I am copying my colleague Aaron Page, a lawyer who assists me on the financial issues.


Thanks much and give my regards to R.


Best, Steven