# EXHIBIT I



# Closure of CWP Account and Transfer of Funds To Donziger Through Page



