# EXHIBIT J

Chevron Corporation v. Steven Donziger, et al.



EXHIBIT PX 9137

## Transfers from George R. Waters to Steven Donziger

| Item # | Tx Date | Tx Type | Payor | Deposit | SRD Account | Bates Ref |
|---|---|---|---|---|---|---|
| 1 | 10/28/2013 | Wire Transfer | George R Waters | $ 52,000.00 | SRD TD Personal Checking x2265 | TD BANK 0000461 |
| 2 | 1/25/2016 | Wire Transfer | George R Waters | 50,000.00 | SRD TD Personal Checking x2265 | TD BANK 0000580 |
| 3 | 2/14/2017 | Wire Transfer | George R Waters | 50,000.00 | SRD TD Business Checking x8783 | TD BANK 0000133 |
| 4 | 12/11/2017 | Wire Transfer | George R Waters | 50,000.00 | SRD TD Business Checking x8783 | TD BANK 0000159 |
| | | | TOTAL | $ 202,000.00 | | |



# Bank
America's Most Convenient Bank®

T               STATEMENT OF ACCOUNT

STEVEN R DONZIGER
245 W 104TH ST APT 7D
NEW YORK NY  10025

Page: 1 of 4
Statement Period: Oct 12 2013-Nov 11 2013
Cust Ref #: 35618362-635-T-###
Primary Account #: 427-7302265

## Summary of Accounts

| DEPOSIT ACCOUNTS | ACCOUNT NUMBER | BALANCE |
|---|---|---|
| TD Relationship Checking | 427-7302265 | 314,491.68 |
| TD Relationship Savings | 00004782142388 | 4,512.47 |
| Total Deposit Accounts | | 319,004.15 |

### TD Relationship Checking
STEVEN R DONZIGER

Account # 427-7302265

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | 481,554.90 | Average Collected Balance | 368,470.44 |
| Deposits | 21,000.00 | Interest Paid this Period | 15.65 |
| Other Credits | 52,021.65 | Interest Paid Year-to-Date | 41.03 |
| | | Annual Percentage Yield Earned | 0.05% |
| Checks Paid | 73,770.63 | Days in Period | 31 |
| Electronic Payments | 37,159.24 | | |
| Other Withdrawals | 129,155.00 | | |
| Ending Balance | 314,491.68 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

**DAILY ACCOUNT ACTIVITY**

Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/18 | DEPOSIT | 21,000.00 |
| | Subtotal: | 21,000.00 |

Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/28 | WIRE TRANSFER INCOMING, GEORGE R WATERS | 52,000.00 |
| 11/8 | FREE ATM REBATE | 6.00 |
| 11/8 | INTEREST PAID | 15.65 |
| | Subtotal: | 52,021.65 |

Checks Paid    No. Checks: 9    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/4 | 1098 | 2,500.00 | 10/22 | 1112* | 10,000.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender   

**TD BANK 0000461**



STATEMENT OF ACCOUNT

STEVEN R DONZIGER
245 W 104TH ST APT 7D
NEW YORK NY  10025

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Jan 12 2016-Feb 11 2016 |
| Cust Ref #: | 4277302265-635-T-### |
| Primary Account #: | 427-7302265 |

## TD Relationship Checking
STEVEN R DONZIGER

Account # 427-7302265

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 8,975.88 | Average Collected Balance | 52,876.65 |
| Other Credits | 87,001.34 | Interest Paid this Period | 1.34 |
| | | Interest Paid Year-to-Date | 1.77 |
| Checks Paid | 2,165.81 | Annual Percentage Yield Earned | 0.03% |
| Electronic Payments | 20,284.26 | Days in Period | 31 |
| Other Withdrawals | 1,040.00 | | |
| Ending Balance | 72,487.15 | | |

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/13 | DEPOSIT TRANSFER, From Savings 6749166418 | 12,000.00 |
| 1/14 | DEPOSIT TRANSFER, From Savings 6749166418 | 25,000.00 |
| 1/25 | WIRE TRANSFER INCOMING, GEORGE R WATERS | 50,000.00 |
| 2/11 | INTEREST PAID | 1.34 |
| | Subtotal: | 87,001.34 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 1/19 | 253 | 165.81 |
| 1/29 | 257* | 2,000.00 |
| | Subtotal: | 2,165.81 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/14 | ACH DEBIT, AMEX EPAYMENT ACH PMT S0086 | 19,139.64 |
| 1/19 | TD ATM DEBIT, *****45121221903, AUT 011616 DDA WITHDRAW  2831 BROADWAY     NEW YORK    * NY | 300.00 |
| 1/28 | TD ATM DEBIT, *****45121221903, AUT 012816 DDA WITHDRAW  2831 BROADWAY     NEW YORK    * NY | 300.00 |
| 1/29 | ELECTRONIC CK PMT-ARC, NYC DOF PV CHECKPAYMT 0256 | 65.00 |
| 2/2 | ELECTRONIC CK PMT-ARC, STATE FARM RO 27  PYMT 255 | 163.32 |
| 2/8 | DEBIT CARD PURCHASE, *****45121221903, AUT 020516 VISA DDA PUR  MOKSHA YOGA DOWNTOWN     TORONTO    C AN | 16.30 |
| 2/9 | TD ATM DEBIT, *****45121221903, AUT 020916 DDA WITHDRAW  2831 BROADWAY     NEW YORK    * NY | 300.00 |
| | Subtotal: | 20,284.26 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/22 | WIRE TRANSFER OUTGOING, Shuyana Natalia Yanza Allauca | 1,000.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD BANK 0000580**



America's Most Convenient Bank®    E    STATEMENT OF ACCOUNT

DONZIGER AND ASSOCIATES PLLC
245 W 104TH ST
NEW YORK NY  10025

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Feb 01 2017-Feb 28 2017 |
| Cust Ref #: | 36845140-719-E-*** |
| Primary Account #: | 427-3938783 |

## Summary of Accounts

| DEPOSIT ACCOUNTS | ACCOUNT NUMBER | BALANCE |
|---|---|---|
| TD Business Premier Checking | 427-3938783 | 285,917.85 |
| Total Deposit Accounts | | 285,917.85 |

TD Business Premier Checking
DONZIGER AND ASSOCIATES PLLC

Account # 427-3938783

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 113,522.85 | Average Collected Balance | 170,970.52 |
| Other Credits | 187,490.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |
| Other Withdrawals | 15,095.00 | | |
| Ending Balance | 285,917.85 | | |

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/14 | WIRE TRANSFER INCOMING, GEORGE R WATERS | 50,000.00 |
| 2/21 | WIRE TRANSFER INCOMING, LENCZNER SLAGHT ROYCE SMITH | 137,490.00 |
| | Subtotal: | 187,490.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/13 | WIRE TRANSFER OUTGOING, Frente De Defensa La Amazonia | 10,000.00 |
| 2/13 | WIRE TRANSFER OUTGOING, Aaron Marr Page | 5,000.00 |
| 2/13 | WIRE TRANSFER FEE | 40.00 |
| 2/13 | WIRE TRANSFER FEE | 25.00 |
| 2/14 | WIRE TRANSFER FEE | 15.00 |
| 2/21 | WIRE TRANSFER FEE | 15.00 |
| | Subtotal: | 15,095.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 1/31 | 113,522.85 | 2/14 | 148,442.85 |
| 2/13 | 98,457.85 | 2/21 | 285,917.85 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender   

**TD BANK 0000133**



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DONZIGER AND ASSOCIATES PLLC
245 W 104TH ST
NEW YORK NY  10025

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Dec 01 2017-Dec 31 2017 |
| Cust Ref #: | 36845140-719-E-*** |
| Primary Account #: | 427-3938783 |

## Summary of Accounts

| DEPOSIT ACCOUNTS | ACCOUNT NUMBER | BALANCE |
|---|---|---|
| TD Business Premier Checking | 427-3938783 | 35,438.26 |
| **Total Deposit Accounts** | | **35,438.26** |

### TD Business Premier Checking

DONZIGER AND ASSOCIATES PLLC

Account # 427-3938783

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | 11,523.26 | Average Collected Balance | 33,154.38 |
| Other Credits | 50,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 25,000.00 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 1,055.00 | Days in Period | 31 |
| Service Charges | 30.00 | | |
| Ending Balance | 35,438.26 | | |

**DAILY ACCOUNT ACTIVITY**

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | WIRE TRANSFER INCOMING, GEORGE R WATERS | 50,000.00 |
| | Subtotal: | 50,000.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/18 | eTransfer Debit, Online Xfer Transfer to CK 4318633420 | 25,000.00 |
| | Subtotal: | 25,000.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | WIRE TRANSFER OUTGOING, Shuyana Natalia Yanza Allauca | 1,000.00 |
| 12/04 | WIRE TRANSFER FEE | 40.00 |
| 12/11 | WIRE TRANSFER FEE | 15.00 |
| | Subtotal: | 1,055.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD BANK 0000159**