# EXHIBIT 7

Message

**From:** Joshua Rizack [jrizack@therisinggroup.com]
**on behalf of** Joshua Rizack <jrizack@therisinggroup.com> [jrizack@therisinggroup.com]
**Sent:** 9/20/2015 8:17:36 PM
**To:** Steven Donziger [sdonziger@donzigerandassociates.com]
**Subject:** proposed budget

Don't make the mistake of asking for 1 year of funding.  How long will it take to get to the end game in Canada?   Alan needs to agree to a fixed monthly and total cap amount that will get to the supreme court if necessary.

---

**From:** Steven Donziger <sdonziger@donzigerandassociates.com>
**Date:** Sunday, September 20, 2015 4:37 PM
**To:** Josh Rizack <jrizack@optonline.net>
**Subject:** proposed budget

How does this look for a rough budget

Alan (some sort of monthly cap plus success fee)
SRD/20 monthly/240 for 12 months plus redemption for uncompensated hours at end
Amazon Watch/10 monthly/120
Travel/expenses/10 monthly/120
Aaron Page/7 monthly/84/success fee
Media/5 monthly/60
Assistant/5 monthly/60
Partial expense reimbursement SRD/100
Finance support/?

Total 12 months other than Alan:  750,000 (roughly)

Plus we need to figure out equity for you and Aaron

call


--
Steven Donziger
212-570-4499 (land)
917-566-2526 (cell)
212-409-8628 (fax)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025

To learn more about Steven and the Ecuador matter please visit StevenDonziger.com.
Follow on Twitter: @SDonziger
Like on Facebook: Steven Donziger
----------------------
This e-mail is confidential and privileged.  If the reader is not the intended recipient, any review, dissemination or copying of any part of this e-mail is prohibited.  If you received this e-mail in error, please notify the sender by e-mail or at 212-570-4499.