# EXHIBIT 8

Message

| | |
|---|---|
| **From**: | Steven Donziger [sdonziger@donzigerandassociates.com] |
| on behalf of | Steven Donziger <sdonziger@donzigerandassociates.com> [sdonziger@donzigerandassociates.com] |
| **Sent**: | 2/12/2015 1:13:55 PM |
| **To**: | Josh Rizack [jrizack@optonline.net] |
| **Subject**: | how does this sound in event we need to use it; call and let's catch up |

This settlement is another example of Chevron trying to win by might what it cannot win on merit and it will have no material impact on the company's growing risk related to a liability in Ecuador recently affirmed unanimously by the country's Supreme Court in a 5-0 decision.

Mr. DeLeon is a committed humanitarian who provided invaluable support at a critical time to what is probably the greatest triumph of corporate accountability in the history of environmental law.   Without his support, the case simply could not have continued against a company that has used 60 law firms and 2,000 law firms in its defense.  Given that Mr. DeLeon has not been involved in this matter for years, his decision to withdraw will have no material impact on the efforts of the villagers to seize Chevron's assets to fund a comprehensive clean-up of their ancestral lands.  The villagers currently enjoy a far more diversified base of financial support from law firms and individiuals around the world than they did when Mr. DeLeon was actively involved.  This includes some of the most prominent litigation and appellate firms in Canada, Brazil, Argentina, and the United States.

We also want to point out that Mr. DeLeon is a former lawyer who has visited Chevron's disaster zone in Ecuador and who has consistently vouched for the validity of the Ecuador judgment. It was only when Chevron imposed yet another one of its harassing lawsuits on him and his personal lawyer Julian Jarvis – immediately forcing them to spend huge sums for legal defense and threatening years of additional litigation – that Mr. DeLeon decided to settle with Chevron as a way to end what surely had become a personal nightmare for him and his family.

This settlement is consistent with Chevron's avowed strategy to retaliate against anybody who provides meaningful support to the impoverished villagers who had the courage to stand up to Chevron's intimidatiion campaign.  This strategy has been seen most obviously in Chevron's highly questionable racketeering case against Mr. DeLeon's law school classmate, Steven Donziger.  But it also  has been seen in bogus lawsuits filed by Chevron against Stratus Consulting, Patton Boggs, Burford Capital, Woodsford Litigation Funding, human rights attorney Aaron Page, the environmental groups Amazon Watch and Rainforest Action Network, and dozens of others.  All of these actions are SLAPP-style lawsuits designed to drive people away from the villagers and silence their criticism of Chevron.  Unfortunately for the villagers, this abusive strategy all too often has been effective.

When the affected communities of Ecuador achieve the full recovery they expect, they will retain the option to compensate Mr. DeLeon and all of the other entities Chevron has harrassed out of the case consistent with the terms of their original contracts.

--
Steven Donziger
212-570-4499 (land)
917-566-2526 (cell)
212-409-8628 (fax)

Steven R. Donziger
Law Offices of Steven R. Donziger, P.C.
245 W. 104th St., #7D
New York, New York 10025

To learn more about Steven and the Ecuador matter please visit StevenDonziger.com.
Follow on Twitter: @SDonziger
Like on Facebook: Steven Donziger
------------------------

This e-mail is confidential and privileged. If the reader is not the intended recipient, any review, dissemination or copying of any part of this e-mail is prohibited. If you received this e-mail in error, please notify the sender by e-mail or at 212-570-4499.

RIZ00009276