# EXHIBIT 9

Message

**From**:      +19175662526 Steven R. Donziger [+19175662526 Steven R. Donziger]
**Sent**:      11/23/2016 10:26:15 AM

Start thinking about a new phase of a fundraising strategy

RIZ00004294