# EXHIBIT 12

Message

**From**:     +12032539595 David Yass [+12032539595 David Yass]
**Sent**:     10/18/2016 5:48:40 PM

Joshua!  The lawyer here now has the funds and can wire out in the next 2 days. Anything new (good or bad) before Wellbeck Partners gives the ok to send?

RIZ00004263