# EXHIBIT 13

Message

| | |
|---|---|
| **From**: | Aaron Marr Page [aaron@forumnobis.org] |
| **Sent**: | 10/24/2016 11:17:58 AM |
| **To**: | Joshua Rizack [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cac40543c733439e85b4aba5fb77f118-jrizack] |
| **Subject**: | RE: critical -- need new investor papers asap |
| **Attachments**: | Escrow Agreement (63756055).docx; Funder5.Appendix2.docx; Funder5.Appendix3.docx; Funder5.Final.Aug24.docx; Funder5.Final.Aug24.ESP.DOCX |

Sure here is what I have. Not positive it is the final only because I think I usually sent the docs to you guys and you sent on to JVM, but if you didn't make any changes than these should be final. Also attaching the funding Escrow (Crossman) that they sent to us at one point, not sure how final it is.

**From:** Joshua Rizack [mailto:jrizack@therisinggroup.com]
**Sent:** Monday, October 24, 2016 10:55 AM
**To:** Aaron Marr Page <aaron@forumnobis.org>
**Cc:** Steven Donziger <sdonziger@donzigerandassociates.com>
**Subject:** Re: critical -- need new investor papers asap

Yes, can you please send me all of the jvm documents with the appendix in word. As I believe I only have the final version in PDF.

Thanks.

Sent from my iPhone

On Oct 24, 2016, at 10:50 AM, Aaron Marr Page <aaron@forumnobis.org> wrote:

Hey Josh – what do you think, can you work this one up? I am currently trying to focus on the Second Circuit response doc we are trying to get out this week, but can do this if needed. Let me know.

**From:** Steven Donziger [mailto:sdonziger@donzigerandassociates.com]
**Sent:** Monday, October 24, 2016 7:27 AM
**To:** Joshua Rizack <jrizack@therisinggroup.com>; Aaron Marr Page <aaron@forumnobis.org>
**Subject:** critical -- need new investor papers asap

Ian Watson is putting in 250,000. These are the instructions:

1) Need to prepare papers to send asap (as early as possible TODAY) to his lawyer in London, Anthony Gordon.

2) Use the exact same papers as JVM with same terms, with these changes:

**Change the math to reflect the lower investment number, but add the proportional 10% kicker
**For name, put XYZ placeholder as he is setting up LLC today and will send us name
**He needs to fund thru the escrow agreement at Beard Winter law firm. I will connect him to George Crossman directly.
**He is going to send a proportional amount to Kaye Scholer to pay for JVM's due diligence, so add a clause. If JVM paid 285 and got credit for 300, he should pay ?? on the 250 (a lower number, please figure it out)

SEPARATELY, JVM is going to put in more -- at least 100k, maybe 150 (I will discuss with him later). Need to prepare addendum to his agreement reflecting same.

I am out of pocket most of morning starting around 10 am due to my testimony. I am available now until then if you can talk.

As for Daniel, not sure where it stands. About to send him an email.

Josh, pls give me a call.

SRD

RIZ00006530