# EXHIBIT 14

| | |
|---|---|
| **From:** | Yaeger, Michael L. |
| **To:** | Fernandez, Ashley; Neuman, Andrea E. |
| **Cc:** | Silverman, Alex B. |
| **Subject:** | RE: Bill for December 2019 |
| **Date:** | Wednesday, February 26, 2020 12:31:21 PM |

[External Email]

Ashley,

Thank you for the email. The time entries that you have highlighted total $5,991.50 in fees, and the costs you have highlighted total $245. Thus, all of the fees and costs you have highlighted total $6,236. We believe that not only the highlighted costs and fees but all of the entries on the bill are covered by the Court's order, and we plan on seeking the total amount of the bill. However, we appreciate Chevron's admission that it is obligated by the order to pay at least the entries highlighted, and we look forward to receiving prompt payment for those entries.

Best,
Michael

**Michael L Yaeger**
Shareholder | Carlton Fields
405 Lexington Avenue, 36th Floor | New York, New York  10174-0002
Direct:  212.380.9623 | Fax:  860.392.5058
MYaeger@carltonfields.com

**From:** Fernandez, Ashley <AFernandez@gibsondunn.com>
**Sent:** Wednesday, February 26, 2020 10:49 AM
**To:** Yaeger, Michael L. <MYaeger@carltonfields.com>; Neuman, Andrea E. <ANeuman@gibsondunn.com>
**Cc:** Silverman, Alex B. <ASilverman@carltonfields.com>
**Subject:** RE: Bill for December 2019

Michael,

We have reviewed Carlton Fields' invoice dated January 30, 2020 once again and have highlighted all expenses incurred complying with the subpoena pursuant to the Court's January 6, 2020 order ("Starting with the date that Rizack filed the instant motion, December 3, 2019, Plaintiff Chevron Corp. shall pay reasonable attorneys' fees and expenses incurred by Rizack in his efforts to comply with the subpoena.").

The remaining entries are related to costs incurred in drafting Rizack's reply brief in support of his motion for fees.  Chevron maintains that, under the Court's order and relevant authorities, it is not required to pay these fees and expenses.

Thanks,

Ashley

**Ashley Fernandez**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3884 • Fax +1 212.716.0884
AFernandez@gibsondunn.com • www.gibsondunn.com

---

**From:** Yaeger, Michael L. <MYaeger@carltonfields.com>
**Sent:** Thursday, January 30, 2020 4:18 PM
**To:** Neuman, Andrea E. <ANeuman@gibsondunn.com>
**Cc:** Fernandez, Ashley <AFernandez@gibsondunn.com>; Silverman, Alex B. <ASilverman@carltonfields.com>
**Subject:** RE: Bill for December 2019

[External Email]
Everything on the bill, including the motion, is related to Mr. Rizack's efforts to comply with the subpoena, and we are seeking all of those fees.  If you believe only certain portions are payable now, please circle or highlight those portions for us to review.

**Michael L Yaeger**
Shareholder | Carlton Fields
405 Lexington Avenue, 36th Floor | New York, New York  10174-0002
Direct:  212.380.9623 | Fax:  860.392.5058
MYaeger@carltonfields.com

---

**From:** Neuman, Andrea E. <ANeuman@gibsondunn.com>
**Sent:** Thursday, January 30, 2020 2:27 PM
**To:** Yaeger, Michael L. <MYaeger@carltonfields.com>
**Cc:** Fernandez, Ashley <AFernandez@gibsondunn.com>; Silverman, Alex B. <ASilverman@carltonfields.com>
**Subject:** Re: Bill for December 2019

Michael,

This bill contains extensive time that is unrelated to subpoena compliance.  The vast majority of the bill appears to be related to Mr. Rizack's reply brief in support of his motion for fees which is u related to subpoena compliance.  Please send us a corrected bill that contains only time related to subpoena compliance so that we can submit it for payment.  Thank you.

Regards,

Andrea E. Neuman


> On Jan 30, 2020, at 1:55 PM, Yaeger, Michael L. <MYaeger@carltonfields.com> wrote:

[External Email]

Andrea and Ashley,

On January 6, 2020, the Court ordered that "[s]tarting with the date that Rizack filed the instant motion, December 3, 2019, Plaintiff Chevron Corp. shall pay reasonable attorneys' fees and expenses incurred by Rizack in his efforts to comply with the subpoena." Dkt. 2438.  Accordingly, I am attaching a copy of our invoice for costs and services incurred from December 3, 2019 to December 26, 2019.  The wiring information is on the first page.

All the best,

Michael

<image001.png>

**Michael L Yaeger**
Shareholder

405 Lexington Avenue, 36th Floor
New York, New York  10174-0002
Direct:  212.380.9623 | Fax:  860.392.5058

MYaeger@carltonfields.com |  www.carltonfields.com |vcard

**Carlton Fields is ISO 27001:2013 certified.**

*Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product.  If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.*

<14062-39418_1043608.pdf>

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.