UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
CHEVRON CORPORATION,                                       :    11 Civ. 691 (LAK) (RWL)
                                                           :
                          Plaintiff,                       :
                                                           :    **ORDER**
          - against -                                      :
                                                           :
STEVEN DONZIGER, et al.,                                   :
                                                           :
                          Defendants.                      :
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

   The Court considers it appropriate to provide Mr. Rizack with an opportunity to reply to Chevron's April 20, 2020 letter. If Mr. Rizack chooses to file a reply letter, he shall do so by **May 1, 2020**.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated:   April 24, 2020
         New York, New York

Copies transmitted to all counsel of record via ECF.