# EXHIBIT 1



| Kevin Faulkner | The Rising Group Consulting, Inc. - CEN19-662- CEO/VP | 12/24/2019 | 1.00 | Yes | 550 | $ | 550.00 | Forensic Analysis | Call with Counsel confirming all mobile communications were provided to Counsel's eDiscovery team. | E001, E002, E003, E004, E005 | Protocol; Windows-Based and Macintosh Based Hard Drives, Analysis Steps, Step 3 |
| Kevin Faulkner | The Rising Group Consulting, Inc. - CEN19-662- CEO/VP | 1/10/2020 | 0.50 | Yes | 550 | $ | 275.00 | Client Meeting | Call with Counsel on billing to date. Set call with opposing Counsel. | None/All | None, responding to request from opposing Counsel. |
| Kevin Faulkner | The Rising Group Consulting, Inc. - CEN19-662- CEO/VP | 1/15/2020 | 1.25 | Yes | 550 | $ | 687.50 | Client Meeting | Gather and review information in preparation for call with opposing Counsel. Discuss billing information with Counsel. | None/All | None, responding to request from opposing Counsel. |
| Kevin Faulkner | The Rising Group Consulting, Inc. - CEN19-662- CEO/VP | 1/17/2020 | 0.75 | Yes | 550 | $ | 412.50 | Client Meeting | Call with Counsel and opposing Counsel RE: billings. Follow up with Counsel. | None/All | None, responding to request from opposing Counsel. |
| Kevin Faulkner | The Rising Group Consulting, Inc. - CEN19-662- CEO/VP | 2/17/2020 | 0.75 | Yes | 550 | $ | 412.50 | Client Meeting | Call with Counsel on response to opposing Counsel. Call with Counsel on questions from and additional information requested by opposing Counsel. | None/All | None, responding to request from opposing Counsel. |
| Kevin Faulkner | The Rising Group Consulting, Inc. - CEN19-662- CEO/VP | 2/25/2020 | 5.00 | Yes | 550 | $ | 2,750.00 | Case management | Prepare and send response to questions and generate additional information requested by opposing Counsel. | None/All | None, responding to request from opposing Counsel. |
| Kevin Faulkner | The Rising Group Consulting, Inc. - CEN19-662- CEO/VP | 4/13/2020 | 1.25 | Yes | 550 | $ | 687.50 | Case management | Initial review of 3 documents from opposing Counsel. | None/All | None, responding to opposing Counsel |
| Kevin Faulkner | The Rising Group Consulting, Inc. - CEN19-662- CEO/VP | 4/16/2020 | 4.00 | Yes | 550 | $ | 2,200.00 | Case management | Review documents from Counsel and summarize comments | None/All | None, responding to opposing Counsel |
| Kevin Faulkner | The Rising Group Consulting, Inc. - CEN19-662- CEO/VP | 4/30/2020 | 3.50 | Yes | | | 1,925.00 | | Review and update draft declaration. Discuss with Counsel. | | None, responding to opposing Counsel |
| | | | | | | $ | 139,864.75 | | | | |

| Data Collection - As per Paragraph 5 of the Order | | $ | 18,349.75 |
| Revise Order | | $ | 6,875.00 |
| Draft and Revise Protocol | | $ | 4,950.00 |
| Responding to Opposing Counsel Questions and Requests | | $ | 9,350.00 |
| **Total Fees Carved-Out from Protocol Budget:** | | **$** | **39,518.75** |
| Work So Far Under Protocol: Budget #1 $70K - Exhausted 11/12/2019 | | $ | 70,000.00 |
| Work So Far Under Protocol: Requested Budget #2 $40K | | $ | 30,350.00 |
| | | **$** | **100,350.00** |
| **Grand Total Billings to Date:** | | | **139,868.00** |