```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19 Cr. 561 (LAP) |
| -versus- | 11 Civ. 691 |
| STEVEN DONZIGER, | <u>ORDER</u> |
| Defendant. | |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

   The Court is in receipt of Mr. Friedman's letter dated June 15, 2020, which is attached as Exhibit A to this order, requesting copies of invoices submitted by Seward & Kissel to the Southern District of New York for compensation related to this case.  The Prosecution shall inform the Court by letter no later than June 30, 2020 of its views on Mr. Friedman's request.

**SO ORDERED.**

Dated:  June 23, 2020
        New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.

EXHIBIT A



**RICHARD H. FRIEDMAN**
*Attorney at Law... Admitted in AK, CA, KY, NV & WA*

BREMERTON OFFICE

1126 HIGHLAND AVENUE | BREMERTON, WASHINGTON 98337 | P: 360.782.4300 | F: 360.782.4358 | WWW.FRIEDMANRUBIN.COM
EMAIL: rfriedman@friedmanrubin.com

June 15, 2020

United States District Court
Southern District of New York
ATTN: Edward Friedland, District Executive
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    Invoices in *United States v. Steven Donziger*
              No. 1:19-cr-00561-LAP (1:11-cv-00691)

Dear Mr. Friedland:

       On behalf of Steven Donziger, I write to request copies of any and all invoices submitted by Seward & Kissel to the Southern District of New York for compensation for work performed and expenses incurred in the case, *United States v. Steven Donziger*, No. 1:19-cr-00561-LAP. This request was first made to Ms. Rita M. Glavin, who is the Seward & Kissel attorney serving as special prosecutor in the matter. Upon receiving my request, Ms. Glavin informed me that the request should be directed to your attention.

       Please advise if you need any additional information to respond to this request.

                                        Sincerely,

                                        FRIEDMAN | RUBIN

                                        Richard H. Friedman