```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

    -versus-

STEVEN DONZIGER,

    Defendant.

19-CR-561 (LAP)
11-CV-691 (LAK)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Mr. Donziger shall appear in Courtroom 12A, or such other courtroom as the Court may designate, at 11:00 a.m. on August 24, 2020 for a conference pursuant to United States v. Curcio, 680 F.2d 881 (2d Cir. 1982) to address potential conflicts of interest with respect to his attorneys. Defense counsel and the special prosecutors may attend in person or via videoconference.[1] As is the practice in this Court, the special prosecutors are invited to propose questions for the Court to pose to Mr. Donziger as part of the Curcio inquiry by August 21.

    Following the Curcio hearing, the Court invites the vendors mentioned in the Government's letter of August 14 (dkt. no. 123)

---

[1] Counsel shall inform the Court by e-mail today no later than 4:00 p.m. New York time as to whether they plan to attend in person or remotely.

to perform a demonstration of the platforms that can allow non-attending lawyers to participate in trial proceedings remotely.

**SO ORDERED.**

Dated:  August 17, 2020
        New York, New York

                                             _____
                                             LORETTA A. PRESKA, U.S.D.J.