UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -against-

STEVEN DONZIGER,

        Defendant.

19-CR-561 (LAP)
11-CV-691 (LAK)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The conference scheduled for tomorrow, September 17, is adjourned sine die.  The Court will advise the parties of the new conference date in a later order.

    In the meantime, Mr. Donziger shall comply with the Court's September 2 order directing him to submit a list of witnesses whose testimony the defense proposes to introduce at trial by video.  (See dkt. nos. 124, 161, 166.)  For each such witness, Mr. Donziger shall describe the subject matter of the expected testimony and the reason why remote testimony is needed.

    Finally, the parties are advised that the November 4 trial date in this case is firm and will not be modified.

SO ORDERED.

Dated:   September 16, 2020
          New York, New York

                                                *Loretta A. Preska*

                                        _____
                                        LORETTA A. PRESKA, U.S.D.J.