```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -against-<br><br>STEVEN DONZIGER,<br>            Defendant. | 19-CR-561 (LAP)<br>11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

　　The Prosecution and Mr. Donziger shall appear in Courtroom 12A on Monday, October 5 at 11:30 a.m. for a conference on representation issues and trial witnesses. Mr. Donziger's counsel may attend the conference remotely.

SO ORDERED.

Dated: September 29, 2020

　　　　　　　　　　　　　　　　　　　_Loretta A. Preska_
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LORETTA A. PRESKA, U.S.D.J.