```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -against-<br><br>STEVEN DONZIGER,<br>              Defendant. | 19-CR-561 (LAP)<br>11-CV-691 (LAK)<br><br>NOTICE REGARDING<br>TRIAL ATTENDANCE |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Mr. Donziger's upcoming trial will be held in Courtroom 12A of the Daniel Patrick Moynihan United States Courthouse.  For social distancing purposes, gallery seating will be limited to 13 seats in Courtroom 12A, with 13 overflow seats available in Courtroom 15A.  All seating will be available on a first-come-first-served basis.  Interested members of the public may also listen into the trial proceedings telephonically using the dial-in (888) 363-4734, access code 4645450.

SO ORDERED.

Dated:  October 20, 2020
        New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.