```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA | 19-CR-561 (LAP) |
| -against- | 11-CV-691 (LAK) |
| STEVEN DONZIGER, | NOTICE REGARDING |
| Defendant. | TRIAL |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    A larger courtroom has become available for Mr. Donziger's trial, which will begin at 10:00 a.m. on Monday, November 9. Trial will now be held in Courtroom 26A. Interested members of the public may listen to the trial proceedings telephonically using the dial-in (888) 363-4734, access code 4645450.

    Additionally, the parties have informed the Court that they do not wish to sit for trial on Veterans Day. Court will therefore stand in recess on Wednesday, November 11.

SO ORDERED.

Dated:  November 4, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.

1