UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -against-

STEVEN DONZIGER,

        Defendant.

19-CR-561 (LAP)
11-CV-691 (LAK)

ORDER

---

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Ronald Kuby's letter of November 6, 2020, stating that he will be accompanying Mr. Donziger to trial on Monday and requesting permission to address the Court, "from the well, to discuss scheduling an adjourn date." (Dkt. no. 204.) Trial time is valuable, and using it for a conference is suboptimal. However, Mr. Kuby is always free to confer with the Prosecutors and report the outcome.

SO ORDERED.

Dated:  November 6, 2020
       New York, New York

                                          _____
                                          LORETTA A. PRESKA, U.S.D.J.