```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

    -against-

STEVEN DONZIGER,

        Defendant.

19-CR-561 (LAP)
11-CV-691 (LAK)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

Defendant's motion to adjourn the trial is granted, upon the agreement of the parties.

Trial shall commence on January 19, 2021, at 10:00 a.m. in courtroom 12A or such courtroom as shall hereafter be designated.

Counsel shall confer and inform the Court no later than December 10 whether they will be making opening statements or have any other procedural issues.

Out of an excess of caution, time is excluded until January 19, 2021, from calculation under the Speedy Trial Act in the interests of justice to permit defense counsel to prepare for trial.

SO ORDERED.

Dated: November 7, 2020

*Loretta A. Preska*

_____
LORETTA A. PRESKA, U.S.D.J.