UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEVEN DONZIGER,

                    Defendant.

No. 19-CR-561 (LAP)

No. 11-CV-691 (LAK)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Donziger's letter inquiring about the Special Prosecutor's billing matters, (dkt. no. 218), the Special Prosecutor's response, (dkt. no. 220), and Mr. Donziger's reply, (dkt. no. 221).  The Special Prosecutor is in compliance with the Court's order dated July 22, 2020 (dkt. no. 108) regarding her billing matters.  Nothing more is required. Accordingly, the relief requested in Mr. Donziger's letter (dkt. no. 218) is DENIED.

**SO ORDERED.**

Dated:      December 10, 2020
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1