# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK  10004

TELEPHONE:  (212) 574-1200
FACSIMILE:  (212) 480-8421
WWW.SEWKIS.COM

RITA GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC  20005
TELEPHONE:  (202) 737-8833
FACSIMILE:  (202) 737-5184

January 7, 2021

**VIA ECF**
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *United States v. Donziger*, 19 Cr. 561 (LAP); 11 Civ. 691 (LAK)

Dear Judge Preska:

      I write pursuant to the Court's January 5, 2021 order regarding the January 19, 2021 trial date, and the parties have conferred as directed.  The defense objects to conducting the trial remotely.  While the Special Prosecutors are ready to proceed to trial and prepared to begin on January 19, after consulting with defense counsel we have no objection to an adjournment.  The defense proposed a trial date of May 10, 2021, a date to which we consent if the Court determines that an adjournment of trial is appropriate and that date is acceptable to the Court.

      Respectfully submitted,

      _____/s/_____

      Rita M. Glavin
      *Special Prosecutor on behalf*
      *of the United States*