UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHEVRON CORPORATION,

               Plaintiff,

      -against-                                11-cv-0691 (LAK)

STEVEN DONZIGER, et al.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion to hold Aaron Marr Page in civil contempt, in respect of which Magistrate Judge Robert W. Lehrburger issued a report and recommendation (the "R&R") dated January 27, 2020, is remanded to Magistrate Judge Lehrburger for further consideration in light of the Court of Appeals' recent decision of the portion of the R&R commencing at page 21.

        SO ORDERED.

Dated:      March 26, 2021

                                      Lewis A. Kaplan
                              United States District Judge