UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHEVRON CORPORATION,                  :
                                      :
                    Plaintiff,        :
                                      :
        - against -                   :
                                      :
STEVEN DONZIGER, et al.,              :
                                      :
                    Defendants.       :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____4/1/2021____

11-CV-691 (LAK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 27, 2020, this Court issued a Report and Recommendation regarding allegations of civil contempt against Aaron Marr Page and Forum Nobis PLLC (the "Page Contempt Motion"), but recommended that the decision on the Page Contempt Motion be held in abeyance pending determination of the Second Circuit's decision on Donziger's appeal of the contempt rulings against him.  The Second Circuit recently issued its decision in large part affirming the contempt findings against Donziger but not in all respects.  On March 26, 2021, Judge Kaplan remanded the Page Contempt Motion to me for further consideration in light of the Second Circuit's decision.  Accordingly, by **April 21, 2021**, Chevron and Page shall each submit a brief of no more than ten pages setting forth their views on the extent to which the Second Circuit's decision requires a different outcome than previously recommended by this Court.  By **April 30, 2021**, Chevron and Page may each submit a responding brief of no more than five pages.  To be clear, the Court is not inviting reconsideration of any of the Report and Recommendation in any respect other than the question posed.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  April 1, 2021
        New York, New York

Copies transmitted this date to all counsel of record.