UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>                    Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Steven Donziger's letter regarding his proposed opening statement. (See dkt. no. 252.) Counsel is reminded of the Court's order to confer with opposing counsel regarding the proposed length of opening statements. (See dkt. no. 250.)

**SO ORDERED.**

Dated:   April 5, 2021
         New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1