# GLAVIN PLLC

2585 Broadway #211
New York, New York 10025
646-693-5505

April 7, 2021

**<u>VIA ECF</u>**

Honorable Loretta A. Preska
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re:    <u>United States v. Donziger,</u> 19 Cr. 561 (LAP); [11 Civ. 691 (LAK)]

Dear Judge Preska:

       I write in response to the Court's March 29, 2021 Order directing counsel to confer and inform the Court by letter "whether they wish to make opening statements and, if so, how long they propose for such statements." Dkt. 250.  I conferred with Mr. Garbus this morning, and I expect that the prosecution's opening statement will be no longer than an hour.  Mr. Garbus, per his letter application (Dkt. 252) and in our call, requests four hours for the defense opening.  I defer to the Court regarding potential time limitations for opening statements, and I note that Mr. Garbus informed me that he had no objection to the prosecution taking as much time as we wanted for the opening.

                  Respectfully submitted,


                  _____/s/_____

                  Rita M. Glavin

                  *Special Prosecutor on behalf*
                  *of the United States*