UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>　　　　　　　　　Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Counsel shall confer and inform the Court by letter of the proposed briefing schedule on Defendant Steven Donziger's recently filed motion to dismiss.  (See dkt. no. 258.)

**SO ORDERED.**

Dated:　　April 13, 2021
　　　　　 New York, New York

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　Senior United States District Judge