UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>                    Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Counsel shall inform the Court no later than April 30, 2021 at noon of any witnesses testifying remotely in the trial that will commence on May 10, 2021.  If there will be remote witnesses, counsel will be required to participate in a run-through with the Court's audio-visual team no later than May 5, 2021.

**SO ORDERED.**

Dated:    April 29, 2021
          New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1