# GLAVIN PLLC
2585 Broadway #211
New York, New York 10025
646-693-5505

April 29, 2021

**VIA ECF**
Honorable Loretta A. Preska
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Donziger</u>, 19 Cr. 561 (LAP); [11 Civ. 691 (LAK)]

Dear Judge Preska:

    I represent the United States and write in response to the Court's April 29, 2021 Order directing counsel to "inform the Court no later than April 30, 2021 at noon of any witnesses testifying remotely in the trial that will commence on May 10, 2021." Dkt. 272. None of our witnesses will be testifying remotely in the May 10, 2021 trial.

    Respectfully submitted,

_____/s/_____
Rita M. Glavin

*Special Prosecutor on behalf
of the United States*