UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>                    Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Steven Donziger's recently filed motion for reconsideration and motion to dismiss. (See dkt. no. 274.) Counsel shall confer and propose a briefing schedule for the motion no later than April 30 at 6:00 p.m.

Moreover, in his opposition to the Special Prosecutors' motion in limine, Mr. Donziger indicated that, "[b]efore or during trial," he would "present a trial brief outlining his view of the collateral bar doctrine and how it does and does not apply to the facts of his case." (Dkt. no. 110 at 10.) To the extent Mr. Donziger wishes to file such a brief, counsel shall inform the Court no later than May 3 at noon when such briefing will be filed.

**SO ORDERED.**

Dated:   April 30, 2021
         New York, New York

                                    _Loretta A. Preska_
                                    LORETTA A. PRESKA
                                    Senior United States District Judge

1