# GLAVIN PLLC
2585 Broadway #211
New York, New York 10025
646-693-5505

April 30, 2021

**VIA ECF**
Honorable Loretta A. Preska
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States v. Donziger, 19 Cr. 561 (LAP); [11 Civ. 691 (LAK)]

Dear Judge Preska:

    I represent the United States and write in response to the Court's April 30, 2021 order directing counsel to "confer and propose a briefing schedule. . .no later than April 30 at 6:00 p.m." for "Defendant Steven Donziger's recently filed motion for reconsideration and motion to dismiss." Dkt. 276.

    We have conferred and the parties propose the following briefing schedule: the Special Prosecutor's response to the motion filed by Tuesday, May 4, 2021, and the defense's reply filed by Thursday, May 6, 2021.

                                          Respectfully submitted,

                                          _____/s/_____
                                          Rita M. Glavin

                                          *Special Prosecutor on behalf*
                                          *of the United States*