# EXHIBIT A

| | |
|---|---|
| **From:** | Aaron Marr Page <aaron@forumnobis.org> |
| **Sent:** | Friday, April 23, 2021 11:19 PM |
| **To:** | Champion, Anne |
| **Subject:** | RE: Arrangement re 0.25% contingency interest |

[External Email]
I'll put it in the mail as well.

**From:** Champion, Anne <AChampion@gibsondunn.com>
**Sent:** Friday, April 23, 2021 10:10 PM
**To:** Aaron Marr Page <aaron@forumnobis.org>
**Cc:** Neuman, Andrea E. <ANeuman@gibsondunn.com>
**Subject:** Re: Arrangement re 0.25% contingency interest

Mr. Page: can you confirm that you will send us a signed, notarized original? Thank you.

**Anne Champion**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Mob +1 212.979.0825 • Tel +1 212.351.5361 • Fax +1 212.351.5281
AChampion@gibsondunn.com • www.gibsondunn.com

On Apr 22, 2021, at 10:53 PM, Aaron Marr Page <aaron@forumnobis.org> wrote:

[External Email]
I don't recall seeing this before. Anyway here you go, let's be done with it.

It is not notarized but is perfectly valid and binding especially with this email. If you nonetheless tell me you need it notarized I will see if I can do that tomorrow.

**From:** Champion, Anne <AChampion@gibsondunn.com>
**Sent:** Thursday, April 22, 2021 7:06 PM
**To:** Aaron Marr Page <aaron@forumnobis.org>
**Cc:** Neuman, Andrea E. <ANeuman@gibsondunn.com>
**Subject:** RE: Arrangement re 0.25% contingency interest

Dear Mr. Page:  As you know, both the original RICO injunction and the Default Judgment have obligated you for years now to transfer to Chevron your interest in the Ecuadorian judgment.  Chevron attached a copy of a proposed transfer form to its original motion to hold you in contempt, but you did not execute that transfer form at that time and still have not executed it in the more than a year- and-a-half since that filing.  I attach a copy of that transfer form here.  Contrary to what you appear to believe, your compliance with the injunctions is not optional until your contempt ruling is affirmed on appeal, and Chevron is not required to negotiate your compliance with these court orders or proposed half-measures.  As you should have done long ago, you should execute the attached form and return it to me.

Best regards,

1

**Anne Champion**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Mobile +1 212.979.0825 • Office +1 212.351.5361 • Fax +1 212.351.5281
AChampion@gibsondunn.com • www.gibsondunn.com

---

**From:** Aaron Marr Page <aaron@forumnobis.org>
**Sent:** Wednesday, April 21, 2021 11:53 PM
**To:** Champion, Anne <AChampion@gibsondunn.com>
**Cc:** Neuman, Andrea E. <ANeuman@gibsondunn.com>
**Subject:** RE: Arrangement re 0.25% contingency interest

[External Email]
Any thoughts on this btw? I assumed Chevron has no real interest. If you need a paper "transfer" just send me something.

**From:** Aaron Marr Page
**Sent:** Monday, February 10, 2020 11:04 PM
**To:** Champion, Anne <AChampion@gibsondunn.com>
**Cc:** Neuman, Andrea E. <ANeuman@gibsondunn.com>
**Subject:** Arrangement re 0.25% contingency interest

Anne –

While there no doubt remains substantial district and appellate court litigation on this ahead, I recognize that the law of the case as it stands would have me turn the 0.25% contingency interest to RICO constructive trust. Not sure exactly how this works. I think there is also a concern that the interest not be extinguished or irreparably prejudiced by any turnover if the matter is still on appeal. I think there was some solution reached or proposed in another context that could involve turnover of something to the clerk of court, or execution of some sort of agreement that is expressly contingent on the pending appeals. Let me know what Chevron needs on this, I am willing to work something out.

Aaron Marr Page
FORUM NOBIS PLLC
513 Capitol Court NE, Suite 100
Washington, D.C. 20002
(202) 618 2218

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

<FILE_20210422_0001.pdf>

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.