UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
UNITED STATES OF AMERICA,                               :
                                                        :
-against-                                               :
                                                        :
                                                        : Case No. 19 CR 561 (LAP)
STEVEN DONZIGER,                                        :           11 CV 691 (LAK)
                                                        :
Defendant.                                              :
                                                        :
                                                        :
---------------------------------------------------------x

## ███████ SCHEDULING ORDER REGARDING NON-PARTIES GIBSON, DUNN & CRUTCHER LLP'S MOTION TO QUASH

LORETTA A. PRESKA, United States District Judge:

In connection with the motion to quash filed by non-party Gibson, Dunn & Crutcher LLP, and certain of its partners, the non-parties and the defendant Stephen Donziger have agreed to a briefing schedule with respect to such motion. Pursuant to that agreement, it is hereby ordered that:

Defendant Steven Donziger shall respond to Non-Parties Gibson, Dunn & Crutcher LLP and Certain Partners' Motion to Quash Subpoenas Served Under Federal Rule of Criminal Procedure 17(c) on or before May 5, 2021;

Non-Parties Gibson, Dunn & Crutcher LLP and Certain Partners shall file any reply in support of their motion on or before May 6, 2021.

SO ORDERED.

Dated: New York, New York
       May 4, 2021

_____
LORETTA A. PRESKA
United States District Judge

1