UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>                    Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Trial in this matter will begin on May 10, 2021 at 10:00 a.m. in Courtroom 24B.  Counsel shall appear at 9:45 a.m. on May 10 to discuss trial logistics.

**SO ORDERED.**

Dated:    May 5, 2021
          New York, New York

                    _____
                    LORETTA A. PRESKA
                    Senior United States District Judge

1