UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | No. 19-CR-561 (LAP) |
|---|---|
| -against- | No. 11-CV-691 (LAK) |
| STEVEN DONZIGER, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Garbus's undated letter filed May 5, 2021, (dkt. no. 292), seemingly asking the Court for various items of "discovery." Mr. Garbus is instructed to consult Fed. R. Crim. P. 15-17, Local Criminal Rule 16.1, and any other applicable rule.

**SO ORDERED.**

Dated:   May 6, 2021
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1