UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>                  Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform the Court by letter of a proposed briefing schedule on Mr. Donziger's motion to dismiss based on the Supreme Court's decision in <u>United States v. Arthrex, Inc.</u>  (<u>See</u> dkt. no. 330.)

**SO ORDERED.**

Dated:    June 23, 2021
             New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge