# GLAVIN PLLC

2585 Broadway #211
New York, New York 10025
646-693-5505

June 24, 2021

**VIA ECF**

Honorable Loretta A. Preska
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Donziger, 19 Cr. 561 (LAP); [11 Civ. 691 (LAK)]

Dear Judge Preska:

I represent the United States and write in response to the Court's June 23, 2021 order directing counsel to "confer and inform the Court by letter of a proposed briefing schedule on Mr. Donziger's motion to dismiss based on the Supreme Court's decision in United States v. Arthrex, Inc. (See dkt. no. 330.)"  Dkt. 331.

We have conferred and the parties propose the following briefing schedule: the Special Prosecutor's response to the motion filed by Friday, July 9, 2021, and the defense's reply filed by Monday, July 19, 2021.

Respectfully submitted,

_____/s/_____
Rita M. Glavin

*Special Prosecutor on behalf
of the United States*