UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>                    Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Garbus's letter dated July 12, 2021.  (See dkt. no. 339.)  The parties shall confer and propose by letter a briefing schedule for the bail application made on Mr. Donziger's behalf.

**SO ORDERED.**

Dated:    July 14, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1