```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| UNITED STATES OF AMERICA, | No. 19-CR-561 (LAP) |
|---|---|
| -against- | No. 11-CV-691 (LAK) |
| STEVEN DONZIGER, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Garbus's letter dated July 15, 2021 regarding a briefing schedule for Mr. Donziger's bail application. (See dkt. no. 341.) The Special Prosecutors may respond to the application [dkt. nos. 336, 339] by July 23, 2021. Mr. Donziger shall inform the Court if he will reply and, if so, when.

**SO ORDERED.**

Dated: July 15, 2021
       New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge