UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>            Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br><u>ORDER</u> |
|---|---|

LORETTA A. PRESKA, Senior United States District Judge:

    The Court requests that the Clerk of the Court close the following motions:

- Docket number 189, which was rendered moot by the order entered at docket number 191.

- Docket number 192, which was resolved by the order entered at docket number 196.

- Docket number 194, which was resolved by the order entered at docket number 203.

- Docket number 216, which was directed to Judge Kaplan (not the undersigned). Judge Kaplan addressed that motion in an order at docket number 2590 in 11-CV-691.

- Docket number 246, which was addressed in the order entered at docket number 297.

- Docket number 251, which was resolved by the order entered at docket number 254.

- Docket number 252, which was resolved by the order entered at docket number 257.

- Docket number 283, which was resolved by the order entered at docket number 257.

- Docket number 302, which was resolved on the record at trial.  (<u>See</u> dkt. no. 319 at 858:21-859:5.)

**<u>SO ORDERED.</u>**

Dated:    July 26, 2021
          New York, New York

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA
Senior United States District Judge