UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>                    Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties' proposed briefing schedule for sentencing submissions is approved.  (See dkt. no. 350.)

    Accordingly, the Special Prosecutors will file their submission by August 16, 2021.  Mr. Donziger may file his submission by September 13, 2021.

    The parties are instructed to confine their submissions to materials relevant to sentencing, including, among other things, the 18 U.S.C. § 3553(a) factors.

    Sentencing in this matter is scheduled for October 1, 2021 at 10:00 a.m.  Once a courtroom is designated, the Court will enter an order with the relevant information to the public docket.

The parties shall also confer and propose, by letter, a prompt briefing schedule for Mr. Donziger's recently-filed motion for a new trial. (See dkt. no. 351.)

**SO ORDERED.**

Dated:   August 4, 2021
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge