# GLAVIN PLLC
2585 Broadway #211
New York, New York 10025
646-693-5505

August 16, 2021

**VIA ECF**
Honorable Loretta A. Preska
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Donziger</u>, 19 Cr. 561 (LAP); [11 Civ. 691 (LAK)]

Dear Judge Preska:

 I write to respectfully request an extension of the briefing schedule for sentencing submissions in this matter.  *See* Dkt. 352.  Rather than the Special Prosecutors' submission being due today, August 16, I request that our submission be due on Tuesday, August 24, with the defense submission due on Tuesday, September 21.  I make this request because of some other professional matters that have occupied my time over the last two weeks.  Ronald Kuby, Esq., counsel for Mr. Donziger, consents to our request for an extension of the briefing schedule.

            Respectfully submitted,

            _____/s/_____
            Rita M. Glavin

            *Special Prosecutor on behalf*
            *of the United States*