UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>                Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Kuby's letter of September 7, 2021, which requests expanded access to Mr. Donziger's sentencing via a "teleconferencing/videoconferencing link." (Dkt. no. 366 at 1.)  Mr. Kuby's request is <u>GRANTED</u>.  Consistent with the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, § 15002(b)(1)(I), 134 Stat 281, 528 (2020), the Court will open a listen-only telephone line so that interested parties may access the proceedings remotely.  Prior to sentencing, the Court will enter an order with the relevant information to the public docket.

**SO ORDERED.**

Dated:    September 9, 2021
            New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge