UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>                Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

      The Court is in receipt of Mr. Kuby's letter of September 27, 2021 regarding the courtroom for Mr. Donziger's upcoming sentencing. Sentencing will begin at 10:00 a.m. on Friday, October 1, 2021, in Courtroom 26B. Courtroom 9C will serve as an overflow room. Additionally, consistent with the CARES Act, interested members of the public may listen to the proceedings telephonically using the dial-in 877-226-8189, access code: 7342786. The international dial-in is 409-207-6980.

**SO ORDERED.**

Dated:    September 28, 2021
            New York, New York

                                            *Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge