UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

------------------------------------x

CHEVRON CORPORATION,

    Plaintiff,

v.

STEVEN DONZIGER, *et al.*,

    Defendants.

------------------------------------x

11 Civ. 0691 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2021

### NOTICE OF CHEVRON CORPORATION'S
### MOTION FOR ATTORNEYS' FEES AS TO THE DEFAULTED RICO DEFENDANTS

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Chevron's Application for Attorneys' Fees, dated May 7, 2018, and all prior pleadings and proceedings herein, Plaintiff Chevron Corporation respectfully moves this Court for an award of attorneys' fees, pursuant to 18 U.S.C. § 1964(c), as to the Defaulted RICO Defendants.[1] *See* Dkt. 1985. Chevron requests an award as described in the accompanying memorandum of law and further requests such other relief as the Court deems just and proper.

Dated: May 7, 2018
New York, New York

        Respectfully submitted,

        GIBSON, DUNN & CRUTCHER LLP

        /s/ Randy M. Mastro

        Randy M. Mastro
        Andrea E. Neuman
        200 Park Avenue
        New York, New York 10166

---

[1] The "Defaulted RICO Defendants" are Pablo Fajardo Mendoza, Luis Yanza, Frente de Defensa de la Amazonia, and Selva Viva Selviva Cia, Ltda.

1

Case 1:11-cv-00691-LAK-RWL   Document 1994   Filed 05/07/18   Page 2 of 2

Telephone: 212.351.4000
Facsimile: 212.351.4035

William E. Thomson
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

STERN, KILCULLEN & RUFOLO LLC
Herbert J. Stern
Joel M. Silverstein
325 Columbia Tpke, Ste 110
P.O. Box 992
Florham Park, New Jersey 07932-0992
Telephone: 973.535.1900
Facsimile: 973.535.9664

*Attorneys for Plaintiff Chevron Corporation*

Motion granted. Plaintiff shall have judgment jointly and severally against Pablo Fajardo Mendoza, Luis Yanza, Frente de Defensa de la Amazonia, and Selva Viva Selviva Cia, Ltda. in the sum of $395,138, which the Court finds constitute reasonable attorney's fees based on reasonable hourly rates applied to hours reasonably devoted to the tasks. It notes, contrary to a statement in plaintiff's papers, that defendant Fajardo, unlike the others named herein, in fact appeared in this action. Dkt. 127, 128. As the Court previously held, it has determined that it has personal jurisdiction over all these defendants. Dkt. 1985, at 1 n.1; Dkt. 1977, at 15-18.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

9/30/21