UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHEVRON CORPORATION,

                Plaintiff,                          11 **CIVIL** 691 (LAK)

    -against-                         **SUPPLEMENTAL JUDGMENT**

STEVEN DONZINGER, et al.,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated October 4, 2021, Motion granted. Plaintiff shall have judgment jointly and severally against Pablo Fajardo Mendoza, Luis Yanza, Frente de Defensa de la Amazonia, and Selva Viva Selviva Cia, Ltda. in the sum of $395,138, which the Court finds constitute reasonable attorney's fees based on reasonable hourly rates applied to hours reasonably devoted to the task. It notes, contrary to a statement in plaintiff's papers, that defendant Fajardo, unlike the others named herein, in fact appeared in this action. Dkt. 127, 128. As the Court previously held, it has determined that it has personal jurisdiction over all these defendants. Dkt. 1985, at 1 n. 1; Dkt. 1977, at 15-18.

**Dated:**  New York, New York
           October 5, 2021

                                              **RUBY J. KRAJICK**
                                                 Clerk of Court
                                  **BY:**
                                                    Deputy Clerk