USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

        -against-

STEVEN DONZIGER,

                  Defendant.
------------------------------------- x

11-cv-0691 (LAK)

## ORDER OF APPOINTMENT

LEWIS A. KAPLAN, *District Judge.*

        WHEREAS, the Court by order issued July 30, 2019 (the "Order to Show Cause") directed Steven Donziger to show cause why he should not be held in criminal contempt of court, and

        WHEREAS, the Court previously tendered to the United States Attorney for the Southern District of New York the prosecution of Steven Donziger for criminal contempt of court, and

        WHEREAS, the United States Attorney "respectfully decline[d] on the ground that the matter would require resources that we do not readily have available," and

        WHEREAS, pursuant to Fed. R. Crim. P. 42(a)(2) and the inherent power of the Court, the Court on July 30, 2019 appointed Rita M. Glavin, Brian Maloney, and Sareen Armani to prosecute Steven Donziger on the charges of criminal contempt of court set forth in the Order to Show Cause (the "Order of Appointment"), and

        WHEREAS, Steven Donziger was convicted at trial of criminal contempt of court and sentenced, and a judgment of criminal conviction has been entered against him (the "Judgment"), and

        WHEREAS, Steven Donziger has appealed from the Judgment (the "Appeal"), it is hereby

        ORDERED, that the appointment of Rita M. Glavin, Brian Maloney, and Sareen Armani to prosecute Steven Donziger on the charges of criminal contempt of court set forth in the Order to Show Cause shall include the handling of the appeal, and it is further

        ORDERED, the powers conferred upon the said attorneys by the Order of Appointment are continued.

Dated:     October 27, 2021

                                                                _____
                                                                Lewis A. Kaplan
                                                           United States District Judge