UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA              :
                                      :
                                      :
             v.                        : 19 Cr. 561 (LAP); 11 Civ. 691 (LAK)
                                      :
STEVEN DONZIGER,                      :
                                      :
             Defendant.                 :
-------------------------------------------------------------x

## MOTION TO WITHDRAW AS SPECIAL PROSECUTOR

      Pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4, I respectfully request the withdrawal of the appearance of Sareen K. Armani as Special Prosecutor in the above-referenced actions.  Sareen K. Armani is no longer associated with the firm Glavin PLLC as of January 14, 2022.  Ms. Armani moved to California and now works with another law firm.  I, Rita M. Glavin, along with Brian P. Maloney, will continue to serve as Special Prosecutors pursuant to the Orders of Appointment dated July 30, 2019 and October 27, 2021.  *See* Civ. Dkts. 2277, 2676.


Dated: New York, New York
       March 4, 2022

                                                    By: /s Rita M. Glavin
                                                        Rita M. Glavin
                                                         Glavin PLLC
                                                         2585 Broadway #211
                                                         New York, NY 10025
                                                         Tel: (646) 693-5505
                                                         rglavin@glavinpllc.com

                                                         *Special Prosecutor on behalf of the*
                                                         *United States*