UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2022
```

CHEVRON CORPORATION,

           Plaintiff,

-against-

STEVEN DONZIGER, et al.,

           Defendants.

11 Civ. 0691 (LAK) (RWL)

~~[PROPOSED]~~ ORDER

      Chevron Corporation ("Chevron") propounded discovery requests on Joshua Rizack and The Rising Group Consulting, Inc. (collectively, "Rizack") on April 17, 2018;

      On July 16, 2019, Chevron filed a Motion to Compel Joshua Rizack and The Rising Group Consulting, Inc. to Produce the Mirror Images of their Electronic Devices for Inspection;

      On October 4, 2019, the Court ordered Rizack to comply with the Review, Production, and Forensic Inspection Protocol set forth in Appendix A of the October 4, 2019 Order (the "Protocol") (ECF 2362);

      Paragraph 5(g) of the Protocol required that an unaltered copy of Rizack's "Images," as defined by the Protocol, be provided to the Clerk of Court, to be maintained under seal;

      Rizack's Images were subsequently provided to the Clerk of Court, and are presently being maintained by the Clerk of Court pursuant to the Protocol;

      On May 15, 2020, the Court ruled that Rizack had complied with his obligations under the Protocol, and that the matter as it pertains to Rizack was resolved, with Rizack's attorneys' fees and costs to be paid by Chevron Corporation, as set forth in the May 15, 2020 Order (ECF 2495);

NOW, THEREFORE, IT IS:

ORDERED that Rizack's Images shall be released by the Clerk of Court and provided to Rizack's counsel; and it is

ORDERED that, upon entry of this Order, Rizack's counsel shall provide the Clerk of Court with a pre-paid/stamped envelope to be used to return Rizack's Images to the address set forth below:

Michael L. Yaeger
Alex B. Silverman
Carlton Fields, P.A.
405 Lexington Avenue, 36th Floor
New York, New York 10174

SO ORDERED:

4/8/2022

The Honorable Robert W. Lehrburger, USMJ